# EXHIBIT 1



61-11?5539-1   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   M   0?-04-61

(Do Not Write in the Alien Space)

ll.l.ll..ll.lll..lll..l.llll.....ll.l.l.l.ll.ll....ll.ll

61-1125539-1    50    01128-000350

BARACK HUSSEIN OBAMA

2-02

If you have already reached age 26 or will do so in the current calendar year, you are no longer required to notify Selective Service of any future changes of address or changes to any other items on your registration record.

**Change of Information Form**

G?O  U.S. GOVERNMENT PRINTING OFFICE: 2000 654-123/20901   SSS Form 3B (May-97)

(cut along dotted lines)



Dear Registrant:

Please keep this letter as legal proof of your registration. Or, you may keep only the wallet-sized registration acknowledgment provided below for your convenience.

Use the top portion of this letter to update and/or correct your information. Please review it carefully. Mark through any mistakes and write in the correct information. If you made any changes, cut off the top portion of this letter, and mail it to the Selective Service System using the envelope provided. **If your information is correct, do not return this form.** However, when any of your information changes, you are required to notify the Selective Service System within 10 days. If changing only your address, you may go to www.sss.gov.

**FOR NON-IMMIGRANT ALIENS:** If you are on a valid visa and believe that you were registered in error, send this entire form and a copy of your I-94, I-95A, or Border Crossing Card (DSP-150) to: Selective Service System, P.O. Box 94638, Palatine, Illinois 60094-4638.

If you have questions about the Selective Service System, call 1-847-688-6888.

**Thank You!**

Registration Acknowledgment

**SELECTIVE SERVICE NUMBER**

61-1125539-1    09-04-61

BARACK HUSSEIN OBAMA

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

Signature of Registrant

Lawrence G. Romo

# EXHIBIT 2

# Social Security Number Verification System (SSNVS)



## SSN Verification Results

Employer's EIN
Records Submitted     1
Failed:               1
Verified Records.     0



The following table displays your submitted results. The first column indicates if the submitted record verified, failed or employee is deceased. The first five digits of the SSN will be masked for verified records and records with a verification results code of 2, 3, 4 or 6.

- **Failed** - Data does not match Social Security Administration's records. Select ... : : : : : : : : : : : for more information

- **Deceased** - Data matches Social Security Administration's records, and our records indicate that the person is deceased. For more information, please contact our general SSA information line at 1-800-772-1213 (TDD/TTY 1-800-325-0778) or your local Social Security field office. Select ... to find the office nearest you

- **Verified** - Data matches Social Security Administration's records

| Results | SSN 999999999 | First Name | Middle Name | Last Name | Suffix | Date of Birth MMDDYYYY | Gender F/M | Verification Results |
|---------|---------------|------------|-------------|-----------|--------|------------------------|------------|----------------------|
| . . . | 042684425 | BARACK | - | OBAMA | - | 08041961 | M | : |

| Verification Results | |
|------|--------------------------------|
| Code | Description |
| 1 | SSN not in file (never issued) |

Have a question? Call **1-800-772-6270** Mon - Fri 7AM to 7PM Eastern Time to speak with Employer Customer Service personnel. For TDD/TTY call **1-800-325-0778**

# EXHIBIT 3

Verification Response                                                                    Page 1 of 2



About Us   Contact Us   Home

  Verify a Degree or Past Attendance  

Help
Logul


(Requires
Adobe Acrobat
Reader)

Acroba.
Reader

We have successfully completed your verification request  If you have any questions, see our

Abbreviated View        Detailed View

| | |
|---|---|
| Transaction ID: | Date Requested:  03/06/2011 11 26 EST |
| Requested By:    ORLY TAITZ | Date Notified:   03/06/2011 11 26 EST |

Status:
Fee:            $10 00
Credit Card Order#: 6672402
Credit Card Confirm  dr_taitz@yahoo.com
Email:

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Subject Name: | | | |
| Name Used While Attending School: (if different from above) | First Name | Middle Name | Last Name |
| Date of Birth: | mm/dd/yyyy | | |
| School Name: | | | |
| Attempt To: | | | |

Name On School's Records:
Date Awarded:
Degree Title:
Official Name of School:
Major Course(s) of Study:
Dates of Attendance:

# EXHIBIT 4

Dr. Orly Taitz, Attorney-at-Law
(California SBN 223433)
Orly Taitz Law Offices
26302 La Paz, Suite 211
Mission Viejo, California 92691
Telephone: (949) 683-5411
E-Mail: dr_taitz@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA (SOUTHERN) DIVISION

| | | |
|---|---|---|
| Captain Pamela Barnett, et al.,<br>          Plaintiffs,<br><br>          v.<br><br>Barack Hussein Obama,<br>Michelle L.R. Obama,<br>Hillary Rodham Clinton, Secretary of State,<br>Robert M. Gates, Secretary of Defense,<br>Joseph R. Biden, Vice-President and<br>President of the Senate,<br>          Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action:<br><br>**SACV09-00082-DOC (Anx)** |

## Affidavit of Susan Daniels

1.    My name is Susan Elizabeth Daniels. I am over 18 years old, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2.    I am a citizen of the United States of America, I am 68 years old and I was born and raised in the State of Ohio.

3.    I am licensed by the State of Ohio as a private investigator; I am president of Daniels and Associates Investigations, Inc., incorporated in March 1995, license number 65199565509.

4.    I have personal knowledge of all the facts and circumstances described herein below and will testify in open court to all of the same.

5.    I located a social security number for Barack Hussein Obama and found that it was issued between 1977-1979 in the State of Connecticut but as I investigated

further, I found an additional eight social security numbers. One of the numbers had (Deceased) behind it. I was able to find the name of the person the SSN actually belonged to and printed it from the Social Security Administration death index.

6.      I researched social security numbers for Michelle Obama. When I ran her name, two different social security numbers appeared for her, includimg one that does not belong to her but is listed for her at 1600 Pennsylvania Ave., Washington, D.C.

7.      The true and correct copies I personally obtained are attached.

8.      I solemnly swear under penalty of perjury that all the facts stated and circumstances described above are true and correct statements.

9.      I have not received any compensation for making this affidavit.

Further, Affiant saith naught.
Signed and executed in ___Mentor___, ___OH___ on this ___19___ day of
October, 2009.

By _____
        Susan Elizabeth Daniels

# NOTARY'S JURAT

Susan Elizabeth Daniels appeared before me in person on this __*19*__ day of October, 2009, in _____*Ment*_____ (city), _____*John County Ohio*_____ (state), _____*U S A*_____ (country) and having presented to me her driver's license and having been sworn by me duly under oath and having been admonished that she did so under penalty of perjury, she did then and there depose herself and give the above-listed statements in my presence in the form of his written affidavit.

Specifically but without limitation, Susan Elizabeth Daniels did in my presence authenticate the documents attached here as a true and correct copy of the documents she obtained and described in her affidavit.

_____

Notary Public in the State of Ohio

Business Address of Notary: _____*8057 Broadmoor, Mentor, OA 44060*_____

JAMES V. LOIACONO, Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration Date
Section 147.03 O.R.C.

_____

My Seal Appears Above this line.

My Printed Name is: _____*James V. Loiacono*_____ ; my notarial commission or license expires on: _____*Lifetime / Statewide*_____

Person Search                                                                 https://secure.accurint.com/app/bps/main

| | All | Full Name | Age/DOB | Address | Dates | Phone Information | |
|---|---|---|---|---|---|---|---|
| | | MICHELLE OBAMA<br>Gender: Female<br>350-60-xxxx | | 5046 S GREENWOOD AVE<br>CHICAGO IL 60615-2806 | Aug 05 - Aug 07 | | |
| | | MICHELLE OBAMA<br>Gender: Female | | 1 OLD STATE CAPITOL PLZ APT<br>SPRINGFIELD IL 62701-1512 | May 09 - Sep 09 | | |
| | | MICHELLE OBAMA<br>Gender: Female<br>282-88-xxxx | | 1600 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20500-0003<br>**Newspaper facility** | Jun 08 - Sep 09 | | |
| | | MICHELLE OBAMA<br>Gender: Female<br>522-67-xxxx | | 5030 QUENTIN ST<br>DENVER CO 80239-4312 | Jul 09 - Aug 09 | 303-365-5697 - MDT | |
| | | MICHELLE OBAMA<br>Gender: Female | | 123 W NORTH AVE<br>CAROL STREAM IL 60188-2001 | Mar 09 - Aug 09 | | |
| | | MICHELLE OBAMA<br>Gender: Female<br>324-56-xxxx | | 936 4 MILE RD NW APT<br>GRAND RAPIDS MI 49544-1503 | Jan 09 - Jul 09 | | |
| | | MICHELLE OBAMA<br>Gender: Female | | 505 CATHARINE ST<br>PHILADELPHIA PA 19147-3009 | Apr 07 | | |
| | | MICHELLE OBAMA<br>Gender: Female | | 3550 S RHODES AVE APT 1802<br>CHICAGO IL 60653-1273 | | | |
| | | MICHELLE OBAMA<br>Gender: Female | | 1901 COLLEGE AVE<br>FREDERICK MD 21701 | Jun 09 - Sep 09 | | |
| | | MICHELLE OBAMA<br>Gender: Female | | 1 PENNSYLVANNIA<br>BEVERLY HILLS CA 90210 | Jan 09 - Sep 09 | | |

10/19/09 9:15 AM

# SSN Verifier Plus

**SSN** ██████ **4425**

| | |
|---|---|
| *Year(s) and State Issued* | |
| Year(s) Issued: | 1977-1979 |
| State Issued: | Connecticut |

| |
|---|
| *Social Security Death Index* |
| SSN not found in Social Security Death Index |

| |
|---|
| *Name Variations* |
| OBAMA, BARACK |
| OBAMA, BARACK HUSSEIN |

| |
|---|
| *Dates of Birth* |
| 1890 |
| 08/04/1961 |
| 04/08/1961 |

# Standard People Search

## 105 Records

**Search Criteria**

**Name:** OBAMA, BARACK

**Flags:** Arrests, Bankruptcies, Criminal Records, Evictions, Professional Licenses, Warrants

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK H | 295 HARVARD ST 1505 CAMBRIDGE MA 02139-2382 **Reported:** 01/2009 - 01/01/2009 **County:** Middlesex | 2x Map It | | | N |
| | OBAMA BARACK | 1600 PENN AVE WASHINGTON DC 20007 **Reported:** 12/2008 - 12/2008 **County:** District of Columbia | 1x Map It | | | N |
| | OBAMA BARACK | 559 W GOLF RD ARLINGTON HTS IL 60005-3904 **Reported:** 11/2008 - 11/2008 **County:** Cook | 1x Map It | | | N |
| | OBAMA BARACK | 56 THORNTON RD NEEDHAM MA 02492-4330 **Reported:** 09/2008 - 11/2008 **County:** NORFOLK | 1x Map It | | | N |
| | OBAMA BARACK | 713 HART SENATE WASHINGTON DC 20510-0001 **Reported:** 11/2008 - 11/2008 **County:** District of Columbia | 1x Map It | | | N |
| | OBAMA BARACK | 3535 OLIVE ST DENVER CO 80207-1523 **Reported:** 09/2008 - 11/2008 **County:** Denver | 1x Map It | | (720)336-7722 | N |
| | OBAMA BARACK | 810 E 13TH AVE EUGENE OR 97401-3742 (POSSIBLE HIGH RISK) **Reported:** 09/2008 - 11/2008 **County:** Lane | 1x Map It | | | N |
| | OBAMA BARACK | 435 DALLAS AVE LANCASTER TX 75146 **Reported:** 09/2008 - 11/2008 **County:** Dallas | 1x Map It | | | N |
| | OBAMA BARACK L | 1930 WALLACE ST PHILADELPHIA PA 19130-3220 **Reported:** 09/17/2008 - 10/03/2008 **County:** Philadelphia | 2x Map It | | Landline: (215)235-3040 | N |
| | OBAMA BARACK | 1000 NW 33 AVE FORT WORTH TX 76180 **Reported:** 04/2008 - 09/2008 **County:** Tarrant | 2x Map It | 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 | | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK | 123 MAIN ST CHARLESTON SC 29464 **Reported:** 08/2008 - 09/2008 **County:** Charleston | 1x Map It | | | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK PK **1x**<br>CHICAGO IL 60615<br>**Reported:** 08/20/2008 - 08/20/2008<br>**County:** Cook | Map It | ▬▬4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK LWYR | 14 W ERIE ST **1x**<br>CHICAGO IL 60654<br>(POSSIBLE HIG~ RISK)<br>**Reported:** 08/20/2008 - 08/20/2008<br>**County:** Cook | Map It | | Cell:<br>(312)310-0069 | N |
| E-mail: bobama@lawmbg.com | | (No IP Address Reported) | | | Phone: (312)751-1170 | |
| | OBAMA BARACK | NO ADDRESS REPORTED<br>CHICAGO IL 60615<br>**Reported:** 08/18/2008 - 08/18/2008<br>**County:** Cook | | | | N |
| | OBAMA BARACK | 180 N LASALLE **1x**<br>CHICAGO IL 60601<br>(POSSIBLE H GH ???  )<br>**Reported:** 08/18/2008 - 08/18/2008<br>**County:** Cook | Map It | | | N |
| | OBAMA BARACK | 83775 BATES RD **2x**<br>JACKSON NJ 08527<br>**Reported:** 02/2008 - 08/2008<br>**County:** Ocean | Map It | 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 (DECEASED) *See attached "A"*<br>**Issued:** 1954-1955 in IA | | N |
| | OBAMA BARACK | 1000 33RD AVE **1x**<br>FORT WORTH TX 76180<br>**Reported:** 08/2008 - 08/2008<br>**County:** Tarrant | Map It | | | N |
| | OBAMA BARACK | 505 FARR C **3x**<br>COLUMBUS GA 31907-6275<br>**Reported:** 01/2008 - 08/2008<br>**County:** Muscogee | Map It | 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 | | N |
| | OBAMA BARACK | 1603 RUCKER RD **1x**<br>ALPHARETTA GA 30004-1435<br>**Reported:** 08/2008 - 08/2008<br>**County:** FULTON | Map It | | | N |
| | OBAMA BARACK HUSSEIN | 180 N LA SALLE ST 2200 **4x**<br>CHICAGO IL 60601-2610<br>(     -             )<br>**Reported:** 06/01/2007 - 06/01/2008<br>**County:** Cook | Map It | ▬▬4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK | OBAMA LN **1x**<br>FRANKLIN WI 53132<br>**Reported:** 05/2008 - 06/2008<br>**County:** Milwaukee | Map It | | | N |
| | OBAMA BARACK | 123 WHITE HOUSE **1x**<br>IRVINE CA 92618<br>**Reported:** 06/2008 - 06/2008<br>**County:** ORANGE | Map It | | | N |
| | OBAMA BARACK | 15 A 1A **1x**<br>MANALAPAN FL 33462<br>**Reported:** 05/2008 - 05/2008<br>**County:** Palm Beach | Map It | | | N |
| | OBAMA BARACK HUSSEIN | 5046 S GREENWOOD AVE **5x**<br>CHICAGO IL 60615-2806<br>(POSSIBLE HIGH RISK)<br>**Reported:** 12/01/2007 - 04/01/2008<br>**County:** Cook | Map It | ▬▬4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |

10/2/09 9:14 AM

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1   **1x**<br>CHICAGO IL 60610<br>**Reported:** 03/25/2008 - 03/25/2008<br>**County:** Cook | Map<br>It | ▓▓▓4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK | NO ADDRESS REPORTED<br>CHICAGO IL 0<br>**Reported:** 03/03/2008 - 03/03/2008 | | | | N |
| | OBAMA BARACK | 40 TRANSFER ST   **1x**<br>DENVER CO 80207<br>**Reported:** 03/2008 - 03/2008<br>**County:** Denver | Map<br>It | | Landline:<br>(303)545-0199 | N |
| | OBAMA BARACK | 111 PENNSYLVANIA AVE   **3x**<br>WASHINGTON UT 84780<br>**Reported:** 08/2007 - 02/2008<br>**County:** Washington | Map<br>It | 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 | | N |
| | OBAMA BARACK | 505 FARR C   **1x**<br>COLUMBUS GA 31907<br>**Reported:** 02/2008 - 02/2008<br>**County:** Muscogee | Map<br>It | 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<br>**Issued:** 1988-1989 in AL | | N |
| | OBAMA BARACK LWYR | 14 W ERIE ST   **7x**<br>CHICAGO IL 60610<br>(POSSIBLE HIGH RISK)<br>**Reported:** 01/02/2008 - 01/02/2008<br>**County:** Cook | Map<br>It | | Landline:<br>(312)751-1170<br>Cell:<br>(312)310-0069 | N |

E-mail: bobama@lawmbg.com                 (No IP Address Reported)                 Phone: (312)751-1170

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK Pk   **8x**<br>CHICAGO IL 60615<br>**Reported:** 01/02/2008 - 01/02/2008<br>**County:** Cook | Map<br>It | ▓▓▓4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 04/08/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK | PO BOX 1236   **1x**<br>PROVO UT 84603-1236<br>**Reported:** 01/2008 - 01/2008<br>**County:** Utah | | | | N |
| | OBAMA BARACK | 15 A1A   **1x**<br>MANALAPAN FL 33434<br>**Reported:** 01/2008 - 01/2008<br>**County:** Palm Beach | Map<br>It | 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 | | N |
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1   **8x**<br>CHICAGO IL 60615<br>**Reported:** 11/15/2007 - 11/15/2007<br>**County:** Cook | Map<br>It | ▓▓▓4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 04/08/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | MR OBAMA BARACK H | 5046 S GREENWOOD AVE   **12x**<br>CHICAGO IL 60615-2806<br>(POSSIBLE HIGH RISK)<br>**Reported:** 07/2005 - 11/15/2007<br>**County:** Cook | Map<br>It | ▓▓▓4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/01/1961 Age: 48 | | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY   **3x**<br>SOMERVILLE MA 02145<br>**Reported:** 06/01/1986 - 10/01/2007<br>**County:** Middlesex | Map<br>It | ▓▓▓4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1   **12x**<br>SOMERVILLE MA 02145<br>**Reported:** 07/17/2001 - 10/01/2007<br>**County:** Middlesex | Map<br>It | ▓▓▓4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 04/08/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK | 918 BAINBRIDGE ST   **1x**<br>PHILADELPHIA PA 19147<br>**Reported:** 08/2007 - 08/2007<br>**County:** Philadelphia | Map<br>It | | | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK | 123 MAIN ST LANSING MI 48910 **Reported:** 07/2007 - 07/2007 **County:** Ingham `1x` | Map It | | | N |
| | OBAMA BARACK H | 180 N LA SALLE ST 2200N CHICAGO IL 60601-2501 (POSSIBLE HIGH RISK) **Reported:** 02/2007 - 06/2007 **County:** Cook `2x` | Map It | ████-4425 **Issued:** 1977-1979 in CT | | N |
| | OBAMA BARACK | 1236 PO BOX PROVO UT 84603 **Reported:** 06/2007 - 06/2007 **County:** Utah `2x` | | 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 | | N |
| | OBAMA BARACK | 610 E OLD WILLOW RD PROSPECT HEIGHTS IL 60070-1913 **Reported:** 04/2007 - 04/2007 **County:** Cook `1x` | Map It | | | N |
| | OBAMA BARACK | 505 CATHARINE ST PHILADELPHIA PA 19147-3009 **Reported:** 04/2007 - 04/2007 **County:** Philadelphia `1x` | Map It | | | N |
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615-5916 **Reported:** 07/2006 - 07/2006 **County:** Cook `3x` | Map It | ████-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK S | 607 E ADAMS ST SPRINGFIELD IL 62701-1634 (POSSIBLE HIGH RISK) **Reported:** 04/21/2006 - 05/07/2006 **County:** Sangamon `9x` | Map It | | Landline: (217)492-5089 | N |
| | OBAMA BARACK HUSSEIN | 300 MASSACHUSETTS AVE 5 WASHINGTON DC 20001 **Reported:** 02/01/2006 - 02/01/2006 **County:** District of Columbia `1x` | Map It | ████-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 227 6TH ST WASHINGTON DC 20002 **Reported:** 02/01/2006 - 02/01/2006 **County:** District of Columbia `1x` | Map It | ████-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 300 MASSACHUSETTS AVE WASHINGTON DC 20001-2629 **Reported:** 09/2005 - 02/01/2006 **County:** District of Columbia `10x` | Map It | ████-4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | 300 MASSACHUSETTS AV WASHINGTON DC 20001-2640 **Reported:** 06/01/1986 - 02/01/2006 **County:** District of Columbia `3x` | Map It | ████-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 227 6TH ST WASHINGTON DC 20002 **Reported:** 02/01/2006 - 02/01/2006 **County:** District of Columbia `8x` | Map It | ████-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK H AKA: OBAMA BARACK AKA: | 227 6TH ST WASHINGTON DC 20002-6067 **Reported:** 06/01/1986 - 02/01/2006 **County:** District of Columbia `2x` | Map It | ████-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | 684-4809 | N |

10/2/09 9:14 AM

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARBACK | | | | | |
| | OBAMA BARACK | 14 W ERIE ST   2x<br>CHICAGO IL 60610-5397<br>(POSSIBLE HIGH RISK)<br>**Reported:** 12/21/2004 - 01/2006<br>**County:** Cook | Map<br>It | | Landline:<br>(312)751-1170 | N |
| colspan | E-mail: bobama@lawmbg.com | | (No IP Address Reported) | | Phone: (312)751-1170 | |
| | OBAMA BARACK | 5046 S GREENWOOD AVE   2x<br>CHICAGO IL 60615-2806<br>(POSSIBLE HIGH RISK)<br>**Reported:** 07/2005 - 11/2005<br>**County:** Cook | Map<br>It | ▮▮▮-4425<br>**Issued:** 1977-1979 in CT | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 54501 E VIEW PARK   6x<br>CHICAGO IL 60615<br>**Reported:** 06/01/1997 - 05/26/2005<br>**County:** Cook | Map<br>It | ▮▮▮-4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 7436 S EUCLID AVE 2   1x<br>CHICAGO IL 60649<br>**Reported:** 05/26/2005 - 05/26/2005<br>**County:** Cook | Map<br>It | ▮▮▮-4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 54501 SE VW   1x<br>CHICAGO IL 60615<br>**Reported:** 05/26/2005 - 05/26/2005<br>**County:** Cook | Map<br>It | ▮▮▮-4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5450 E VIEW PARK 1   1x<br>CHICAGO IL 60615<br>**Reported:** 05/26/2005 - 05/26/2005<br>**County:** Cook | Map<br>It | ▮▮▮-4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK | 5450 S EAST VIEW PARK 1   1x<br>CHICAGO IL 60615-5916<br>**Reported:** 05/2005 - 05/2005<br>**County:** Cook | Map<br>It | | | N |
| | OBAMA BARACK | 1013 E 53RD ST   9x<br>CHICAGO IL 60615-4311<br>**Reported:** 12/21/2004 - 01/14/2005<br>**County:** Cook | Map<br>It | | Landline:<br>(773)363-1996 | N |
| | OBAMA BARACK | 14 W ERIE ST   1x<br>CHICAGO IL 60654-5397<br>(POSSIBLE HIGH RISK)<br>**Reported:** 12/21/2004 - 01/06/2005<br>**County:** Cook | Map<br>It | | Landline:<br>(312)751-1170 | N |
| colspan | E-mail: bobama@lawmbg com | | (No IP Address Reported) | | Phone: (312)751-1170 | |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK | 10131/ 53RD ST   1x<br>CHICAGO IL 60615<br>**Reported:** 07/2003 - 07/2003<br>**County:** Cook | Map<br>It | | Landline:<br>(773)363-1996 | N |
| | OBAMA BARACK | 10131 53RD ST   1x<br>CHICAGO IL 60615<br>**Reported:** 07/2003 - 07/2003<br>**County:** Cook | Map<br>It | | Landline:<br>(773)363-1996 | N |
| | OBAMA BARACK SEN | 1741 E 71ST ST   7x<br>CHICAGO IL 60649<br>**Reported:** 02/01/2003 - 02/01/2003<br>**County:** Cook | Map<br>It | | Landline:<br>(773)363-1996 | N |
| colspan | E-mail: jenmasondist13@prodigy net | | IP address: 192.100.76.133 | | Reported: 10/0 | |

10/2/09 9:14 AM

| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615-59*6 **Reported:** 10/1997 - 10/2002 **County:** Cook | **4x** | Map It | -4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615 **Reported:** 07/2002 - 07/2002 **County:** Cook | **1x** | Map It | -4425 **Issued:** 1977-1979 in CT | | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615 **Reported:** 07/2002 - 07/2002 **County:** Cook | **1x** | Map It | 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 **Issued:** 1975-1976 in IL | | N |
| | OBAMA BARACK H | 365 BROADWAY SOMERVILLE MA 02145-2440 **Reported:** 06/01/1986 - 07/17/2001 **County:** Middlesex | **7x** | Map It | -4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 7436 S EUCLID AVE 2 CHICAGO IL 60649 **Reported:** 11/13/2000 - 11/13/2000 **County:** Cook | **8x** | Map It | -4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | 7436 S EUCLID AV CHICAGO IL 60649-3626 **Reported:** 06/01/1986 - 11/13/2000 **County:** Cook | **8x** | Map It | -4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5450 VIEW PA CHICAGO IL 60615 **Reported:** 10/01/1999 - 10/01/1999 **County:** Cook | **8x** | Map It | -4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 Age: 48 | Landline: (773)684-4809 | N |
| **Reports** | **Name** | **Address** | | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK H | 54501 SE VIEW PK CHICAGO IL 60615 **Reported:** 06/01/1986 - 10/01/1999 **County:** Cook | **1x** | Map It | -4425 **Issued:** 1977-1979 in CT **DOB:** 08/1961 Age: 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 54501 SE VIEW PK CHICAGO IL 60615 **Reported:** 10/01/1999 - 10/01/1999 **County:** Cook | **1x** | Map It | -4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PA 1 CHICAGO IL 60615-5916 **Reported:** 06/01/1986 - 10/01/1999 **County:** Cook | **5x** | Map It | -4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | 684-4809 Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5450 VIEW PA CHICAGO IL 60615 **Reported:** 10/01/1999 - 10/01/1999 **County:** Cook | **1x** | Map It | -4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 49798 PO BOX CHICAGO IL 60649 **Reported:** 09/01/1999 - 09/01/1999 **County:** Cook | **1x** | | -4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | B49798 PO CHICAGO IL 60649 **Reported:** 09/01/1999 - 09/01/1999 **County:** Cook | **1x** | Map It | -4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | B49798 PO CHICAGO IL 60649 **Reported:** 09/1999 - 09/1999 **County:** Cook | **2x** | Map It | -4425 **Issued:** 1977-1979 in CT | | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | PO BOX 49798   2x<br>CHICAGO IL 60649<br>Reported: 09/1999 - 09/1999<br>County: Cook | | ▮▮4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK SEN | 2152 E 71ST ST   7x<br>CHICAGO IL 60649<br>Reported: 05/01/1999 - 05/01/1999<br>County: Cook | Map<br>It | | Landline:<br>(773)363-1996 | N |
| | OBAMA BARACK HUSSEIN | 1440 E 52ND ST   8x<br>CHICAGO IL 60615<br>Reported: 01/01/1999 - 01/01/1999<br>County: Cook | Map<br>It | ▮▮4425<br>Issued: 1977-1979 in CT<br>DOB: 04/08/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK HUSSEIN | 1440 E 52ND ST   1x<br>CHICAGO IL 60615<br>Reported: 01/01/1999 - 01/01/1999<br>County: Cook | Map<br>It | ▮▮4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1   1x<br>SOMERVILLE MA 02143<br>Reported: 11/12/1997 - 11/12/1997<br>County: Middlesex | Map<br>It | ▮▮4425<br>Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK H | 54501 E VIEW PARK   4x<br>CHICAGO IL 60615<br>Reported: 06/1997 - 06/1997<br>County: Cook | Map<br>It | ▮▮4425<br>Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK HUSSEIN | 54501 VIEW PA   16x<br>CHICAGO IL 60615<br>Reported: 10/01/1994 - 10/01/1994<br>County: Cook | Map<br>It | ▮▮4425<br>Issued: 1977-1979 in CT<br>DOB: 04/08/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK H | 54501 SE VIEW PA   5x<br>CHICAGO IL 60615-5942<br>Reported: 06/01/1986 - 10/01/1994<br>County: Cook | Map<br>It | ▮▮4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | 684-4809 | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PK 1   1x<br>CHICAGO IL 60615<br>Reported: 06/01/1986 - 10/01/1994<br>County: Cook | Map<br>It | ▮▮4425<br>Issued: 1977-1979 in CT<br>DOB: 08/1961 Age: 48 | | N |
| | OBAMA BARACK HUSSEIN | 54501 SE VIEW PA   2x<br>CHICAGO IL 60615<br>Reported: 10/01/1994 - 10/01/1994<br>County: Cook | Map<br>It | ▮▮4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK | 365 BROADWAY ST   4x<br>BOSTON MA 02111<br>(POSSIBLE HIGH RISK)<br>Reported: 08/01/1994 - 08/01/1994<br>County: Suffolk | Map<br>It | | Landline:<br>(617)623-1266 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY ST   1x<br>BOSTON MA 02111<br>(POSSIBLE HIGH RISK)<br>Reported: 08/01/1994 - 08/01/1994<br>County: Suffolk | Map<br>It | ▮▮4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE   8x<br>CHICAGO IL 60615<br>Reported: 12/01/1993 - 12/01/1993<br>County: Cook | Map<br>It | ▮▮4425<br>Issued: 1977-1979 in CT<br>DOB: 04/08/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE   1x<br>CHICAGO IL 60615<br>Reported: 12/01/1993 - 12/01/1993 | Map<br>It | ▮▮4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |

10/2/09 9:14 AM

Tracers Information, Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | | County: Cook | | | | |
| | OBAMA BARACK | 5450 EASTVIEW PK 1  **1x**<br>CHICAGO IL 60615<br>**Reported:** 08/01/1993 - 09/01/1993<br>**County:** Cook | Map It | ████4425<br>**Issued:** 1977-1979 in CT | | N |
| | OBAMA BARACK | 7436 S EUCLID AVE  **2x**<br>CHICAGO IL 60649-3626<br>**Reported:** 08/1993 - 08/1993<br>**County:** Cook | Map It | ████4425<br>**Issued:** 1977-1979 in CT | | N |
| | OBAMA BARACK HUSSEIN | 365 W BROADWAY  **1x**<br>BOSTON MA 02127<br>(POSSIBLE HIGH RISK)<br>**Reported:** 07/01/1991 - 07/01/1991<br>**County:** Suffolk | Map It | ████4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | Landline.<br>(773)684-4809 | N |
| | OBAMA BARACK H | 5324 S KIMBARK AVE  **3x**<br>CHICAGO IL 60615-5287<br>**Reported:** 06/01/1986 - 12/1990<br>**County:** Cook | Map It | ████4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1  **1x**<br>SOMERVILLE MA 02145<br>**Reported:** 08/01/1988 - 09/01/1988<br>**County:** Middlesex | Map It | ████4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 1990 | Landline:<br>(617)623-1266 | N |
| | OBAMA BARACK HUSSEIN | 1N N  **1x**<br>CHICAGO IL 60615<br>**Reported:** 01/01/1988 - 01/01/1988<br>**County:** Cook | Map It | ████4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK H | N 1N  **2x**<br>CHICAGO IL 60615<br>**Reported:** 01/1988 - 01/1988<br>**County:** Cook | Map It | ████4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | | N |
| | OBAMA BARACK HUSSEIN | 5429 S HARPER AVE 1N  **1x**<br>CHICAGO IL 60615<br>**Reported:** 10/01/1986 - 10/01/1986<br>**County:** Cook | Map It | ████4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK H | 5429 S HARPER AVE 1N  **3x**<br>CHICAGO IL 60615-5548<br>**Reported:** 06/01/1986 - 10/1986<br>**County:** Cook | Map It | ████4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | | N |
| **Reports** | **Name** | **Address** | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK H | 1440 E 52ND ST  **1x**<br>CHICAGO IL 60615-4131<br>**Reported:** 04/1986 - 04/1986<br>**County:** Cook | Map It | **DOB:** 08/1961 **Age:** 48 | | N |
| | OBAMA BARACK H | 5450 EASTVIEW PARK 1  **2x**<br>CHICAGO IL 60615<br>**County:** Cook | Map It | ████4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/1961 **Age:** 48 | | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1  **2x**<br>SOMERVILLE MA 02145-2440<br>**County:** Middlesex | Map It | ████4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 1890 | | N |
| | OBAMA BARACK H | 5450 E VIEW PARK 1  **2x**<br>CHICAGO IL 60615<br>**County:** Cook | Map It | ████4425<br>**Issued:** 1977-1979 in CT | | N |
| | OBAMA BARACK H | 54501 SE VW  **2x**<br>CHICAGO IL 60615<br>**County:** Cook | Map It | ████4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | 684-4809 | N |

Welcome to RootsWeb.com

DISCOVER MORE

Hcme    **Searches**    Family Trees    Mailing Lists    Message Boards    Web Sites    Passwords    Help

### Type In Your Name & Get Your Instant Family Tree!

Your First Name    Your Last Name    Your State
Nationwide ▾

## Social Security Death Index Search Results

85,156,742 Records
last updated on 9-28-2009

The key to your research
Join Ancestry.com Today!

The most full-featured SSDI search engine on the internet

**Field Value    Records Results**
SSN    485405154  1

Viewing 1-1 of 1

| Name | Birth | Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|---|---|---|---|---|---|---|---|---|
| LUCILLE I BALLANTYNE | 22 Dec 1912 | 13 Sep 1998 (V) | 50140 (Lamoni, Decatur IA) | (none specified) | 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 | Iowa | SS-5 Letter Add Post em Search Ancestry com | First Name: |

Viewing 1-1 of 1                                                    Last Name:

(V)=(Verified) Report verified with a family member or someone acting on behalf of a family member
(P)=(Proof) Death Certificate Observed

You can now order the SS-5 Form for deceased individuals directly from the Social Security Administration
online at https  secure ssa gov apps9 eFOIA-FEWeb internet main jsp

Last name                          Exact          ▾

First Name

Middle Name                   (initial)

SSN    **485405154**

**Last Residence**              **Last Benefit**
Zip

State

County

City

Birth

**EXHIBIT 5**

### DR. ORLY TAITZ, ESQ

### PRESIDENT

### DEFEND OUR FREEDOMS FOUNDATION

### 29839 SANTA MARGARITA PKWY, STE 100

### RANCHO SANTA MARGARITA CA 92688

10.03.10

Ms Dawn Wiggins

Social Security Administration

OEO FOIA Workgroup

300 N. Green Street

P.O. Box 33022

Baltimore, MD 21290-3022

Dear Ms. Higgins,

I am requesting US Code 5 §552 FOIA disclosure of the following information in regards to a number of matters where the disclosure of information under US code 5 §552 FOIA is essential in the interest of US National Security and preservation of the 14 th amendment Equal Protections rights of the U.S. Citizens. A copy of this letter is being forwarded to the 36,000 outlets of U.S. and International media, Inspector General of the Department of Justice and Public Integrity Unit,

Requested information is as follows:

1. Official SS- 5 Social security application for Stanley Ann Dunham, mother of Barack Obama,(Exhibit 1)  show it to be filled out in 1959, however on the bottom

of the card, the revision  7/65. What does 7/65 mean? Does it mean Revision date 7/1965?

2.  What are the dates for the social security form SS-5 revisions?

3. Previously I requested release of Social Security number application 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, issued in the state of CT in and around 1977 to an elderly individual born in 1890 and later assumed by Barack Obama. SSA refused to provide the application. Due to the fact that the full application was denied, I am requesting only partial information:

a. zip code to which the original card was mailed

b. gender of the applicant

c. date of the application

Please, see attached a sworn affidavit from a recently retired senior deportation officer of the department of Homeland Security John Sampson, attesting to the fact that it is a common practice to release partial  SS-5 application. (Exhibit 2)

4. Research of the National databases shows that there were several individuals born between 1890-1896, who obtained Social security cards shortly before passing away, possibly for the purpose of receipt of the Medicare benefits. I am requesting a certified photocopy of the original applications for ss-5 for these individuals, as they are deceased and privacy concerns would not apply in regards to deceased  individuals. Please see an enclosed check for the $27 fee per copy, made payable to the Social Security Administration, attached to the request

Bossing Margaret

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

Birth 07 January, 1896

Death November 1982

SS card issued around 1977

DEMO, ANTOINETTE

Born 30 May 1890

Died Apr 1979   8806810 (Danbury, Fairfield, CT)(none specified)

Connecticut 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

Social security card issued between 1977-1979

5. If another individual assisted those elderly in filling out such SS application, I am requesting information on the name of the individual, who assisted the applicants as well as the official, who processed them.

6. Please, see attached sworn affidavit of a licensed investigator, certified by the department of the Homeland Security, Susan Daniels. It states the in the national databases name Barack Obama is linked to other social security numbers, among them 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

This number was actually assigned to    Lucille T Ballantyne

born 12.22.1912

died  09.13.98

The son of Ms. Ballantyne, Harry C. Ballantyne was the Actuary of the Social security administration with an access to all social security records and death indexes. As any change in the social security records is supposed to leave a paper trail and electronic trail, showing the access code of the employee, who effectuated the change, please advice, if the paper trail and/or electronic trail of such records shows  Mr. Harry C. Ballantyne, Actuary of the Social Security Administration, making any changes or alterations and/or additions to Social Security records  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 and/or 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, 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, and/or 042-68-

DEMO, ANTOINETTE

Born 30 May 1890

Died Apr 1979   8806810 (Danbury, Fairfield, CT)(none specified)

Connecticut 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

Social security card issued between 1977-1979

5. If another individual assisted those elderly in filling out such SS application, I am requesting information on the name of the individual, who assisted the applicants as well as the official, who processed them.

6. Please, see attached sworn affidavit of a licensed investigator, certified by the department of the Homeland Security, Susan Daniels. It states the in the national databases name Barack Obama is linked to other social security numbers, among them 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

This number was actually assigned to   Lucille T Ballantyne

born 12.22.1912

died 09.13.98

The son of Ms. Ballantyne, Harry C. Ballantyne was the Actuary of the Social security administration with an access to all social security records and death indexes. As any change in the social security records is supposed to leave a paper trail and electronic trail, showing the access code of the employee, who effectuated the change, please advice, if the paper trail and/or electronic trail of such records shows  Mr. Harry C. Ballantyne, Actuary of the Social Security Administration, making any changes or alterations and/or additions to Social Security records  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 and/or 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, 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, and/or 042-68-

4427 or any other records, contained in the Affidavits of the investigators Sankey(Exhibit 4), Daniels(exhibit 3) and Sampson (Exhibit 1).

As breach of the integrity of the Social Security administration represents the matter of National security and the time is of the essence, I request a response to this request within 20 days,

Sincerely,

Dr. Orly Taitz ESQ.- President of

Defend our Freedoms Foundation

29839 Santa Margarita Pkwy, ste 100

Rancho Santa Margarita Ca 92688

Public Integrity Section

Department of Justice

950 Pennsylvania Ave, NW

Washington DC 20530-0001

Office of the United Nations High Commissioner for Human Rights (OHCHR)

Special Rapporteur on the Situation of Human Rights Defenders

The Honorable Mrs. Margaret Sekaggya

Palais des Nations

CH-1211 Geneva 10, Switzerland

International Criminal bar Hague

10.03.10. Request for information under the Freedom of Information Act U.S. Code 5-552  4

United Nations Commission for

Civil Rights Defenders

Orsolya Toth (Ms)

Human Rights Officer

Civil and Political Rights Section

Special Procedures Division

Office of the High Commissioner for Human Rights

tel: + 41 22 917 91 51

email: ototh@ohchr.org



## SOCIAL SECURITY

Refer to:
S9H: AF3216                                    March 2, 2011

Dr. Orly Taitz, Esq.
Defend Our Freedoms Foundation
29839 Santa Margarita Parkway
Suite 100
Rancho Santa Margarita, CA  92688

Dear Dr. Orly Taitz, Esq.:

This is in response to your October 4, 2010 Freedom of Information Act (FOIA) request
for the following items:

1. Blank Form SS-5s for 1958, 1959, 1976, and 1977;
2. Zip Code, gender, and date of application for 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
3. Form SS-5 for Margaret Bossing;
4. Form SS-5 for Antoinette Demo;
5. Form SS-5 for Lillian Appleby;
6. The names of the persons who assisted the applicants, as well as the official who
   processed the Form SS-5s; and
7. Written confirmation concerning whether Social Security Administration records
   show that Harry C. Ballantyne or any other person made changes, alterations,
   additions, or amendments to records pertaining to Social Security numbers 485-
   40-5154, 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, 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, or 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.

In addition to the above items, you asked the following questions:

8. The dates for the Form SS-5 revisions;
9. How Stanley Ann Dunham could fill out a Form SS-5 in 1959 that did not exist
   until 1965; and
10. An explanation of the anomalies and discrepancies in Stanley Ann Dunham's and
    Shirley Dunham's records.

We have in our possession four pages of information responsive to your request, which
we can release to you.  We have enclosed the Form SS-5s for Margaret Bossing (item 3),
Antoinette Demo (item 4), and Lillian Appleby (item 5).

Page 2 – Dr. Orly Taitz, Esq.

In response to item 1, we have enclosed a blank copy of Form SS-5 from 1976. We were unable to locate copies of the Form SS-5 for 1958, 1959, and 1977.

In response to the information you requested in item 2, the Privacy Act of 1974 (5 U.S.C. § 552a) protects personal information about the Social Security number (SSN) holder maintained in a Privacy Act system of records. We can comply with your request for disclosure if we have the person's consent or if the FOIA requires disclosure. In this case, we do not have the person's consent. The FOIA does not require release of records if disclosure would constitute an unwarranted invasion of personal privacy. See 5 U.S.C. § 552(b)(6).

In determining whether Exemption 6 of the FOIA applies here, we must balance the public interest in disclosure against the privacy interest of the person whose records you are requesting. The Supreme Court set out certain guiding principles for such determinations in Department of Justice v. Reporters Committee for Freedom of the Press, 489 U.S. 749 (1989).

According to this Supreme Court case, the only public interest that agencies should consider is whether disclosure of the records would shed light on the way an agency performs its statutory duties. We may not consider the identity of the requester, but instead, we must consider the nature of the requested records. While we acknowledge the public interest in knowing how we administer the Social Security Act, we find that disclosure of records containing personal information about the SSN holder would not shed light on how we perform our statutory duties.

You have not identified any public interest that justifies disclosing the requested information. Furthermore, you could use the requested information to identify the SSN holder with reasonable certainty. Therefore, disclosure of such personal information would be a clearly unwarranted invasion of personal privacy, and the FOIA exempts such records from disclosure.

We do not maintain the information you requested in items 6 and 7. We do not maintain information on the names of the persons who may assist applicants or the names of employees who process the Form SS-5. In addition, we do not maintain information on the names of employees making any changes, alterations, additions, or amendments to Social Security records.

Items 8, 9, and 10 of your request were questions rather than requests for documents. The FOIA is a statute that provides access to Federal government agencies' existing documents and records. Although the FOIA provides access, it does not require agencies to answer questions or do research in order to respond. See Zemansky v. United States E.P.A., 767 F. 2 569 (1985) and Poll v. Office of Special Counsel, 208 F. 3d 226, n.2 (10th Cir. 1999).

Page 3 – Dr. Orly Taitz, Esq.

Thank you for your payment to cover the cost of searching our records.

If you disagree with this decision, you may request a review.  Mail your appeal within 30 days after you receive this letter to the Executive Director for the Office of Privacy and Disclosure, Social Security Administration, 6401 Security Boulevard, Baltimore, Maryland 21235.  Mark the envelope "Freedom of Information Appeal."

Sincerely,

Dawn S. Wiggins

Dawn S. Wiggins
Freedom of Information Officer

Enclosures

ID:                CN:              DO:

# APPLICATION FOR A SOCIAL SECURITY NUMBER

See Instructions on Back.    Print in Black or Dark Blue Ink or Use Typewriter.

DO NOT WRITE IN THE ABOVE SPACE

**1** Print FULL NAME YOU WILL USE IN WORK OR BUSINESS | (First Name) | (Middle Name or Initial—if none, draw line ____ ) | (Last Name)

**2** Print FULL NAME GIVEN YOU AT BIRTH

**6** YOUR DATE OF BIRTH    (Month) (Day) (Year)

**3** PLACE OF BIRTH    (City)    (County if known)    (State)

**7** YOUR PRESENT AGE  Age on last birthday)

**4** MOTHER'S FULL NAME AT HER BIRTH (Her maiden name)

**8** YOUR SEX    MALE    FEMALE

**5** FATHER'S FULL NAME (Regardless of whether living or dead)

**9** YOUR COLOR OR RACE    WHITE    NEGRO    OTHER

**10** HAVE YOU EVER BEFORE APPLIED FOR OR HAD A UNITED STATES SOCIAL SECURITY, RAILROAD, OR TAX ACCOUNT NUMBER?    NO    DON'T KNOW    YES    (If "Yes" Print State in which you applied and Date you applied and Social Security Number if known)

**11** YOUR MAILING ADDRESS    (Number and Street, Apt. No., P.O. Box, or Rural Route)    (City)    (State)    (Zip Code)

**12** TODAY'S DATE

NOTICE Whoever, with intent to falsify his or someone else's true identity, willfully furnishes or causes to be furnished false information in applying for a social security number, is subject to a fine of not more than $1,000 or imprisonment for up to 1 year, or both

**13** TELEPHONE NUMBER

Sign YOUR NAME HERE (Do Not Print)

Form Approved OMB No 72-R0571 No social security number may be issued unless this form is completed (26 CFR, Part 31 6011(b)-2)

DHEW, Social Security Administration
Form SS-5 (1-76)

RESCREEN    ASSIGN    DUP ISSUED    Return completed application to nearest SOCIAL SECURITY ADMINISTRATION OFFICE

FOR BUREAU OF DATA PROCESSING

FOR DISTRICT OFFICE USE

Information Furnished On This Form Is CONFIDENTIAL

One Number Is All You Ever Need For Social Security And Tax Purposes

Special Attention Should Be Given To Items Listed Below

## INSTRUCTIONS

Fill in this form completely and correctly. If any information is not available, write "unknown." Use the typewriter or print legibly in dark ink.

**2** Your social security card will be typed with the name you show in item 1. However, if you want to use the name shown in item 2, attach a signed request to this form.

**3** If not born in the USA, enter the name of the country in which you were born.

**5** If a stepfather, adopting father, or foster father is shown, include the relationship after name, for example, "John H Jones, stepfather."

**10** If you have ever before filed out an application like this for a social security, railroad, or tax number, check "yes," even if you never received your card. If you never received your card, give the name of the State and the approximate date on which you applied. Also enter your social security number if you did receive the card and remember the number. You may find your number on an old tax return, payroll slip, or wage statement.

**11** If you get your mail in the country, without a street address, show your R D Route, and Box number, if at the post office, show your P O Box. If there is no such way of showing your mail address, show the town or post office name. If mail under your name is not normally received at the address which you show, use an "in care of" address

**14** Sign your name as usually written. Do not print unless this is your usual signature. (If unable to write, make a mark witnessed by two persons who can write. The witnesses preferably should be persons who work with the applicant, and both must sign the application. A parent, guardian, or custodian who completes this form, on behalf of another person should sign his own name followed by his title or relationship to the applicant, for example, "John Smith, father.")

**7 7 0 6 2 6 3 2 6 9 0**

MARGARET A BOSSING   DOB 01-07-96
CLAIM NUMBER 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 D   PC 1  DOC A91  B252

DO NOT WRITE IN THE ABOVE SPACE

| # | Field | Value |
|---|---|---|
| 1 | PRINT FULL NAME YOU USE IN WORK AND HOME | MARGARET A BOSSING (Last Name) |
| 2 | PRINT FULL NAME GIVEN AT BIRTH | MARGARET A. GOTTSCHAM |
| 3 | PLACE OF BIRTH | DRESDEN — GERMANY |
| 4 | MOTHER'S FULL NAME AT HER BIRTH | MARIE AUGUSTE BECKERT |
| 5 | FATHER'S FULL NAME | FERDINAND GOTTSCHAM |
| 6 | PERSON'S DATE OF BIRTH | JAN 7 1896 |
| 7 | PERSON'S PRESENT AGE | 81 |
| 8 | PERSON'S SEX | FEMALE ☒ |
| 9 | PERSON'S COLOR OR RACE | WHITE ☒ |
| 10 | HAS A PERSON EVER BEFORE APPLIED FOR A SOCIAL SECURITY NUMBER | NO ☒ |
| 11 | TODAY'S DATE | FEB 14 19__ |
| 12 | TELEPHONE NUMBER | 847-9548 |

Margaret A Bossing

MARGARET A BOSSING
NORWALK CT 06851   LOWER ROCK LA

NOTICE: Whoever, with intent to falsify his or someone else's true identity, willfully furnishes or causes to be furnished false information in applying for a social security number, is subject to a fine of not more than $1,000 or imprisonment for up to 1 year, or both.

FORM SSA-9653





**EXHIBIT 6**

DEPARTMENT OF STATE

## APPLICATION FOR

| RENEWAL | AMENDMENT | EXTENSION |
| PASSPORT | OF | |
| REGISTRATION | CARD OF IDENTITY | |
| | CERTIFICATE OF IDENTITY | |

POST _____

REFERRED TO DEPARTMENT FOR ACTION

RENEWED EXTENDED TO _____

AMENDED AS REQUESTED

$ _____ FEE COLLECTED

NO FEE COLLECTED

Document No. _____ Date Issued _____

PLEASE PRINT NAME IN FULL

FIRST NAME        MIDDLE NAME        LAST NAME

_____, a citizen of the United States, do hereby apply for the service indicated above (If amendment, set forth details on REVERSE.)

DATE OF BIRTH (Month, day, year) | PLACE OF BIRTH

NOW RESIDING AT

UNITED STATES RESIDENCE (Street address, city, county, state)

IN THE EVENT OF DEATH OR ACCIDENT NOTIFY (Name in full, relationship, street address, city, state)

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES? IF THE ANSWER IS YES, EXPLAIN WHEN AND WHY

| PROPOSED TRAVEL PLANS | IF RETURNING TO U.S. COMPLETE THE FOLLOWING |
|---|---|
| I INTEND TO RETURN TO THE UNITED STATES PERMANENTLY TO RESIDE WITHIN _____ YEARS _____ MONTHS | PORT OF DEPARTURE |
| I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING PERIOD AND PURPOSE | NAME OF SHIP OR AIRLINE |
| | DATE OF DEPARTURE |

I have not (and no other person included in this inclusion in this passport or documentation has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state, taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state, entered or served in the armed forces of a foreign state, accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof, voted in a political election in a foreign state or participated in an election or plebiscite to determine the sovereignty over foreign territory, made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state, ever sought or claimed the benefits of the nationality of any foreign state, been convicted by a court martial or court of competent jurisdiction, of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person included in the passport or documentation, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)

(To be signed by Applicant)

Subscribed and Sworn (affirmed) before me this _____ day of _____, 19 _____

(SEAL)

_____ of the United States at _____

(The Department will assume that conditions remain unchanged in an application if the Department is not shown is fully satisfied as to the applicant's desire unless a statement to the contrary is made.)

FORM FS-299

AMEND TO INCLUDE (EXCLUDE) WIFE (HUSBAND)

| NAME | BIRTHPLACE | BIRTHDATE |
|---|---|---|

SPOUSE WAS PREVIOUSLY MARRIED TO

PREVIOUS MARRIAGE TERMINATED BY
☐ DIVORCE   ☐ DEATH

NUMBER OF MY SPOUSE'S PREVIOUS PASSPORT

DISPOSITION OF MY SPOUSE'S PREVIOUS PASSPORT
☐ ATTACHED   ☐ CANCELED _____ (DATE)

AMEND TO INCLUDE (EXCLUDE) CHILDREN

| NAMES | RESIDENCE | BIRTHPLACE | BIRTHDATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

AMEND TO READ IN MARRIED NAME

NAME

| DATE MARRIED | PLACE MARRIED | MARRIED TO |
|---|---|---|

CITIZENSHIP OF HUSBAND
☐ U.S. CITIZEN   ☐ ALIEN CITIZEN OF _____

OTHER AMENDMENT(S) (DESCRIBE IN DETAIL ACTION REQUESTED)

DOCUMENTARY EVIDENCE SUBMITTED TO DEPARTMENT BY CONSULAR OFFICER

DOCUMENTARY EVIDENCE SEEN AND RETURNED TO APPLICANT BY CONSULAR OFFICER

STATEMENT OF ACTION BY POST UPON DEPARTMENT'S AUTHORIZATION (To be executed only in connection with cases referred to Dept.)

THE ☐ PASSPORT
☐ CARD OF IDENTITY          WAS
☐ CERTIFICATE

☐ RENEWED TO _____ DATE _____
☐ AMENDED AS REQUESTED
☐ EXTENDED TO _____

AUTHORITY _____

*(Consul of the United States of America)*

X   (Photo required for inclusions)   X

STAPLE ONE PHOTO HERE
DO NOT MAR FACE

The passport photos required must be approximately 2½ by 2½ inches in size; be on thin unglazed paper, show full front view of applicant with a plain, light background, and have been taken within 2 years of date submitted. When dependents are included they should be shown in a group photograph. The consul will not accept photos that are not a good likeness. Color photographs are acceptable.

*Do not staple second photo. Attach loosely by paper clip.*

X   X

(STAPLE HERE)   (STAPLE HERE)

OPINION OF CONSULAR OFFICER

*(Consul of the United States of America)*

FORM FS-299
7-54

In certain cases specific authorization by the Department will be required. In these cases an extra copy of the form should be prepared. Upon receipt of the Department's reply the extra copy should be transmitted with a notation of the action taken.

**EXHIBIT 7**

**Dr. Orly Taitz, Esq**
**29839 Santa Margarita Parkway, STE 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
E-Mail: dr_taitz@yahoo.com

UNITED STTES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. Orly Taitz, Esquire, Pro Se, )<br>Plaintiff )<br>)<br>)<br>v.　　　　　　　　　　　　)<br>)<br>Barrack Hussein Obama, )<br>Defendant ) | Civil Action: |

### Affidavit of John N. Sampson

1.　　My name is John N. Sampson. I am over 18 years of age, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2.　　I am a citizen of the United States of America, I am 58 years old, and was born in Jackson Heights, Queens, New York and raised in the State of New York.

3.　　I am the Chief Executive Officer, Owner, and Operator, of CSI Consulting and Investigations LLC, a consulting and private investigative firm registered with the Secretary of State of Colorado as a Limited Liability Company pursuant to the laws of the State of Colorado. The company was formed in the State of Colorado on January 2, 2009 and is in good standing with the Secretary of State of Colorado. Colorado does not have any licensing requirements or provisions for private investigators.

4.　　I have personal knowledge of all of the facts and circumstances described herein below and will testify in open court to all of the same.

5.　　On, or about, November 16, 2009, Orly Taitz, the attorney who is prosecuting the above captioned matter, requested that I access LocatePlus, a commercial database that I subscribe to,

which is located in the State of Massachusetts, and with whom I have a user agreement, and requested that I obtain any and all legally available information relating to U.S. Social Security number 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.

6.      On, or about. November 16, 2009, pursuant to the aforementioned request by Orly Taitz, I requested from LocatePlus, any and all legally obtainable information relating to SSN 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.

7.      As a result of this inquiry, I came to learn that Plaintiff Barrack Hussein Obama, has used this Social Security number since at least from June 1, 1986 to present. A detailed report was generated showing family relationships, past residence history, real property owned by Mr. Obama, and other detailed information to include, but not limited to, driver's license information, telephone numbers associated with Mr. Obama, and people possibly related to Mr. Obama.

8.      This information was obtained pursuant to a legitimate and permissible search under the user agreement I have with LocatePlus. This request was made in connection with a pending civil action, which is one of the expressed permissible purposes to conduct such an inquiry through LocatePlus, as well as a possible criminal violation of United States law, and possible fraud.

9.      As a result of this search and the results that were obtained, on or about November 17, 2009, I accessed a public access database named "SSN Validator" at http://www.ssnvalidator.com/. The information this site provided me was that SSN 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 was issued by the Social Security Administration based upon an application filed for a Social Security Number in the State of Connecticut between the years 1976 and 1977.

10.     Based upon information and belief, Plaintiff Barrack Hussein Obama has never had a direct connection with the State of Connecticut and has never claimed residency in the State of Connecticut.

11.     I am a recently retired Senior Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (DHS ICE) having retired on August 30, 2008.

12.     As a result of my formal training as an immigration officer, conducted at the Federal Law Enforcement Training Center (FLETC), located in Brunswick, Georgia, and advanced training received at FLETC in Artesia, New Mexico and elsewhere during my 27 year career, as well as my professional experience spanning 27 years of federal law enforcement, it is my knowledge and belief  that Social Security Numbers can only be applied for in the State in which the applicant habitually resides and has their official residence.

13.     During the period between January 1, 1976 and December 31, 1977 inclusive, it is my knowledge and belief that Barrack Hussein Obama habitually resided solely within the State of Hawaii and was between the ages of 14 and 16 during the time period stated above. During that period of time, based upon information and belief, Mr. Obama resided with his maternal grandparents, Madelyn and Stanley Dunham in the State of Hawaii.

14.     On or about February 2, 2010, I received an email from a person identifying himself as "Jim Russo", Operations Manager for LocatePlus, 100 Cummings Center, Suite 235M, Beverly, MA, 01915, requesting that I contact him regarding my account.

15.     On or about February 3, 2010, I telephoned Mr. Russo at 978-921-2727, extension 319 and inquired as to why he wished to discuss my account. At that time, Mr. Russo stated that LocatePlus had noticed I had conducted what he called a "celebrity political figure" inquiry and wanted to know why I had done so and which permissible reason pursuant to the user agreement I was under with LocatePlus pertained to my making my inquiry.

16.     I told Mr. Russo that I was a private investigator in the State of Colorado, that I had been tasked by Dr. Orly Taitz, an attorney in California who was prosecuting a civil suit involving Mr. Obama and that I had emails and other documentation that I could send him verifying that fact. Mr. Russo stated that he would appreciate it if I would send that information to him which I did on or about February 3, 2010. He assured me at that time that if I were to provide this information to him it would resolve any "issues" LocatePlus may have regarding my inquiry into a "political celebrity".

17.     In the email I sent to Mr. Russo, I offered to have Dr. Taitz send him an email as well confirming the fact that I had been tasked by her to conduct this inquiry pursuant to a pending civil suit in the United States District Court for the Central District of California. He stated that he would like to receive such an email.

18.     On or about February 4, 2010, Dr. Orly Taitz, at my request, sent Mr. Russo an email indicating that she had requested me, in connection with the pending civil suit in California against Mr. Obama, to conduct research through the commercial databases I habitually use as a private investigator, related to SSN 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.

19.     Numerous emails have been exchanged between me and Mr. Russo due to the fact that as of February 2, 2010, my account with LocatePlus has been frozen and I can no longer access this database despite the fact that I responded to their inquiries and have provided evidence to them indicating that I had followed the user agreement we have entered into. I have repeatedly asked that my account be unlocked, unfrozen, and made available to me.

20.     Despite all of this, as of March 8, 2010, my account remains frozen and I am unable to conduct legitimate, legal database searches in connection with my business. As a result, I am being financially harmed, unable to conduct legal, lawful, legitimate investigations pursuant to law, and unable to provide to my clients, the services they have contracted with me to provide, thereby subjecting me to possible civil litigation for failing to provide contracted services.

21.     Based upon information and belief, misuse of a Social Security number is a direct violation of Title 42 United States Code, Section 408(a)(7)(B), which is a federal felony punishable under Title 18 United States Code by fine or imprisonment of up to five years, or both.

22.    I swear under the penalties of perjury that all the facts stated and circumstances described above are true and correct to the best of my knowledge and belief.

23.    I have not been compensated for making this affidavit.

Further, Affiant sayeth not.

Signed and executed in Aurora, Colorado on this 8 day of March, 2010.

By: _____
        John N. Sampson

By _____
John N Sampson

Signed and subscribed to this ___23rd___ day of September, 2010 in Strasburg, Adams County,
State of Colorado

_____
Notary Public  Adams County, Colorado

my commission expires 1-11-11

3

# EXHIBIT 8

Dr. Orly Taitz, Esq.
29839 Santa Margarita Parkway, STE 100
Rancho Santa Margarita CA 92688
Tel: (949) 683-5411; Fax (949) 766-7603
E-Mail: dr_taitz@yahoo.com

UNITED STTES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Dr  Orly Taitz, Esquire, Pro Se,<br>            Plaintiff | )<br>)<br>) | |
| | ) | Civil Action: |
| v. | )<br>) | |
| Barrack Hussein Obama,<br>            Defendant | )<br>) | |

**Affidavit of John N. Sampson**

1.      My name is John N. Sampson  I am over 18 years of age, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2.      I am a citizen of the United States of America. I am 59 years old, and was born in Jackson Heights, Queens, New York and raised in the State of New York.

3.      I am the Chief Executive Officer, Owner, and Operator, of CSI Consulting and Investigations LLC, a consulting and private investigative firm registered with the Secretary of State of Colorado as a Limited Liability Company pursuant to the laws of the State of Colorado. The company was formed in the State of Colorado on January 2, 2009 and is in good standing with the Secretary of State of Colorado  Colorado does not have any licensing requirements or provisions for private investigators.

4.      I am a retired Senior Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), having retired after 25 plus years of credible federal service, on August 30, 2008  (See Exhibit "A", attached)

1

5 As a result of my former employment, and in furtherance of my current employment, I have appeared as an expert witness in numerous courts throughout the United States, having been admitted as an expert witness in the areas of immigration law, immigration enforcement, immigration fraud, immigration marriage fraud, visa fraud, Violence Against Women Act fraud, and as a forensic document analyst. The States in which I've testified as an expert witness include Colorado, New York, Arizona, Florida, Nebraska. I have also been endorsed as an expert witness relating to the aforementioned areas in California, Massachusetts, and Florida.

6. I have personal knowledge of all of the facts and circumstances described herein below and will testify in open court to all of the same

7 From my personal experience having dealt with the verification of social security numbers being used by illegal aliens in violation of law, when there is a need for verification of the legitimacy of a Social Security number, certain information can be, and is routinely, obtained from the Social Security administration on questionable social security numbers that is permitted to be released under the Privacy Act. This information is of non identifying nature and includes, but is not limited to

  a. The exact date that the social security number in question was issued;

  b. The zip code to which the Social Security number card was mailed to;

  c The age of the applicant at the time they applied for the Social Security number in question.

  d. The gender of the applicant who applied for the Social Security number in question.

8. While this information does not provide the identity of the account holder which is Privacy Act protected, it is beneficial in determining if a suspect social security number is being used fraudulently or being misused by someone other than the rightful account holder without violating the provisions of the Privacy Act If the Social Security Administration should refuse to provide the requested information, a court order directing the release of the aforementioned non identifying information would be useful and beneficial in determining if a particular social security number was being misused in violation of Title 42 United States Code, Section 408(a)(7)(B), a felony cognizable under the laws of the United States.

9 I swear under the penalties of perjury that all the facts stated and circumstances described above are true and correct to the best of my knowledge and belief

10 I have not been compensated for making this affidavit

Further, Affiant sayeth not

Signed and executed in Strasburg, Colorado on this 23 <u>&lt;i</u> day of September, 2010

*Office of Detention and Removal Operations*
**U.S. Department of Homeland Security**
425 I Street, NW
Washington, DC  20536



**U.S. Immigration
and Customs
Enforcement**

AUG 2 2

Mr. John Sampson
Office of Detention and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
Denver Field Office
4730 Paris Street
Denver, CO  80239

Dear Mr. Sampson:

On the occasion of your retirement after more than 25 years of service, I would like to take this opportunity to express my sincerest appreciation and best wishes.

In the course of your dedicated service to the Immigration and Naturalization Service and your time with the Department of Homeland Security, U.S. Immigration and Customs Enforcement, we have seen many changes and accomplishments and you have contributed significantly to those.  Your expertise and professionalism were displayed in all aspects of your work.

You have distinguished yourself through the years and you should feel proud of your lasting accomplishments.  Your knowledge and dedication will be greatly missed, but know that the program and agency have benefited greatly because of your work and numerous contributions.

On behalf of the Office of Detention and Removal Operations, I extend our most sincere appreciation.  We wish you all the best in your future endeavors and much happiness for you and your family.

Sincerely,

James T. Hayes, Jr.
Acting Director

www.ice.gov