Federal Court Proof of service

I, Lila Dubert, declare under penalty of perjury that I am over 18 years old, I am not a party to this action. On 03.24.2011 I served by Certified mail the following parties with Summons and First Amended Complaint. Certified mail receipts are attached.

Michael Astrue

Commissioner of the Social Security Administration

Windsor Park Building

6401 Security Building

Balimore, MD 21235

Attorney General Eric Holder

959 Pennsylvania Ave, NW

Washington DC 20530

US Attorney District of Columbia

FOIA contact-William G. Stewart II

600 e str. NW., Room 7300

Washington, DC 20530-0001

I declare under the laws of CA and under penalty of perjury that foregoing is true and correct, and that this declaration was executed on March 24, 2011.

_____
Lila Dubert

*[Handwritten note:] Civ. No. 11-402. Let this be filed. The Court notes mailing was sent to wrong address for the U.S. Attorney, and time to respond doesn't run until U.S. Attorney is properly served. Royce C. Lamberth U.S.D.J. 4/8/11*

Received
Mail Room

MAR 31 2011

Angela D. Caesar, Clerk of Court
US District Court, District of Columbia

