**Dr. Orly Taitz. ESQ**
**29839 Santa Margarita Parkway, STE 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
E-Mail: dr_taitz@yahoo.com, orly.taitz@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. ORLY TAITZ, ESQ, PRO SE <br> Plaintiff, <br> <br> v. <br> <br> Michael Astrue, Commissioner of the <br> Social Security Administration, <br> <br> <br> Respondent | § Freedom of information violation <br> § 5USC §552 <br> § <br> § Certified mail proof of service <br> § <br> § 11-cv-00402 <br> § <br> § <br> § Honorable Royce Lamberth <br> § Chief Justice presiding |

This is to verify that summons and First Amended Complaint in the above captioned case were served on the US attorney for the District of Columbia on 30.03.2011 by certified mail.

Exhibit 1, United States post office tracking of the certified mail item 70101870000339932786 is attached.

Respectfully submitted

04.04.2011

Dr. Orly Taitz, ESQ

29839 Santa Margarita Pkwy, ste 100

Rancho Santa Margarita, CA 92688

Received
Mail Room
APR -8 2011
Angela D. Caesar, Clerk of Court
US District Court, District of Columbia

Taitz v Astrue  Proof of receipt of Summons by certified mail     1



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 1870 0003 3993 2786**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 10:54 am on March 30, 2011 in WASHINGTON, DC 20530.

Track & Confirm

Enter Label/Receipt Number.

Go >

Detailed Results:

- **Delivered, March 30, 2011, 10:54 am, WASHINGTON, DC 20530**
- **Notice Left (No Authorized Recipient Available), March 30, 2011, 10:51 am, WASHINGTON, DC 20530**
- **Arrival at Unit, March 30, 2011, 7:33 am, WASHINGTON, DC 20022**

Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   Go >

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA   

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7010 1870 0003 3993 2786

PS Form 3800, August 2006   See Reverse for Instructions