**Dr. Orly Taitz, ESQ**
**29839 Santa Margarita Parkway, STE 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
E-Mail: dr_taitz@yahoo.com, orly.taitz@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. ORLY TAITZ, ESQ, PRO SE<br>Plaintiff,<br><br>v.<br><br>Michael Astrue, Commissioner of the<br>Social Security Administration,<br><br>Respondent | § Freedom of information violation<br>§ 5USC §552<br>§<br>§ Certified mail proof of service<br>§<br>§ 11-cv-00402<br>§<br>§ Honorable Royce Lamberth<br>§ Chief Justice presiding |

I, Lila Dubert, am over 18 years old, not a party to above captioned action and I certify under penalty ot perjury that I served the U.S. attorney for the District of Columbia with the summons and First Amended Complaint in above captioned legal action. Service of process was done by the Certified mail, fully prepaid, receipt attached and by fax

Certified mail letter was placed in the US mail box. Address of the recipient is noted as follows:

U.S. ATTORNEY'S OFFICE  Civil Division

555 Fourth Street, NW

Washington, DC 20530

(202) 514-7204

Fax of the recipient is noted as follows (202) 514-8780 (fax)

I declare under penalty of perjury that the above its true and correct

_____      4-15-11
Lila Dubert

Received
Mail Room

APR 2 1 2011

Angela D. Caesar, Clerk of Court
US District Court, District of Columbia

7010 1670 0001 8822 1033

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: U.S. Attorneys Office Civil
Street, Apt. No.; Division 555 Fourth Street NW
or PO Box No.
City, State, ZIP+4 Washington, DC 20530

PS Form 3800, August 2006          See Reverse for Instructions