**Dr. Orly Taitz, ESQ**
**29839 Santa Margarita Parkway, STE 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
E-Mail: dr_taitz@yahoo.com, orly.taitz@gmail.com

*[Handwritten annotation: Let this be filed. Request DENIED. No proof of service has been filed; only proof of mailing. Royce C. Lamberth U.S.D.J. 5/17/11]*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. ORLY TAITZ, ESQ, PRO SE<br>Plaintiff,<br><br>v.<br><br>Michael Astrue, Commissioner of the<br>Social Security Administration,<br><br>Respondent | § Freedom of information violation<br>§ 5USC §552<br>§ **REQUEST FOR DEFAULT**<br>§<br>§ 11-cv-00402<br>§<br>§ Honorable Royce Lamberth<br>§ Chief Justice presiding |

## ATTENTION CLERK OF THE COURT

1. First Amended complaint and summons in the above captioned case was served on the defendant and the U.S. attorneys' office on March 24, 2011.

2. Summons, prepared by the clerk of the court, called for an answer within 30 days.

3. Defendant received the first amended complaint by certified mail, signed and dated on March 28, 2011.

4. US attorneys office in Washington DC, Civil division, 555 Fourth str, NW, Washington, DC 20530 received the first amended complaint by certified mail, signed and dated on April 3, 2011.

5. 30 days from the date of receipt by the US attorneys' office is May 3rd, 2011.

6. As of today May 13, 2011, 10 days after the answer was due, it was not received and was not docketed by the U.S. attorneys' office.

Taitz v Astrue  Request for Default

RECEIVED Mail Room MAY 17 2011 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

7. Due to the fact that the answer was not received, Plaintiff respectfully demands default to be entered in the above case.

Respectfully submitted,

/s/ Orly Taitz

Dr. Orly Taitz, ESQ

Affidavit of Orly Taitz attached

Certificate of service attached

## CERTIFICATE OF SERVICE

I, Lila Dubert, served the US attorneys' office with the above Request for Default on May 13, 2011 at

US attorneys' office

555 Fourth Str NW

Washington DC, 20530

/s/Lila Dubert

## AFFIDAVIT OF ORLY TAITZ

**I, Orly Taitz, am over 18 years old, do not suffer from any mental impairment, have personal knowledge of foregoing and can attest under penalty of perjury that:**

1. First Amended complaint and summons was received by the US attorneys office on April 3, 2011 according to the Certified mail receipt, returned to me.

2. Answer was due on May 3rd, 2011
3. US attorneys' office did not answer either electronically through ECF nor by mail by May 13, 2011
4. Based on the above I am requesting the clerk of the court to enter default in the above captioned case.

/s/ Orly Taitz