**Dr. Orly Taitz, ESQ**
**29839 Santa Margarita Parkway, STE 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
E-Mail: dr_taitz@yahoo.com, orly.taitz@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. ORLY TAITZ, ESQ, PRO SE<br>　　　　Plaintiff, | § Freedom of information violation<br>§　　　　5USC §552 |
| v. | § |
| Michael Astrue, Commissioner of the<br>　Social Security Administration, | § Certified mail proof of service<br>§　returned<br>§　11-cv-00402 |
| 　　　　　　Respondent | § Honorable Royce Lamberth<br>§ Chief Justice presiding |

To the clerk of the court:

Please find attached Exhibit 1 returned proof of service via Certified mail Returned Receipt:

Commissioner of Social Security Michael Astrue received first Amended Complaint on March 28, 2011

US Attorney General received first amended complaint and summons on March 30, 2011

US Attorney for the District of Columbia received first amended complaint and summons on April 3, 2011

Respectfully submitted

Orly Taitz ESQ

05.19,2011



## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ronald Machen
   Assistant United States
   Attorney for the District
   of Columbia
   555 4th St., N.W.
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7010 1060 0000 4155 4864

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1

---

## Receipt 2 (rotated, left side)

2. Article Number
   7010 0290 0000 9004 9795

1. Article Addressed to:
   US Att'ny General
   District of Columbia
   441 4th St. - NW
   Wash, DC 20001

(Standard SENDER/COMPLETE THIS SECTION checklist and service type options shown rotated.)

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Attorney's office
   Civil Division
   555 Fourth Street NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   [signature]   APR 03 2011

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7010 1670 0001 8822 1033

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1

---

## Receipt 4

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Astrue
   Commissioner of Social
   Security Administration
   Winslow Park Building
   6401 Security Blvd
   Baltimore, MD 21235

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X SOCIAL SECURITY ADMINISTRATION   ☐ Agent
     BALTIMORE, MARYLAND 21235         ☐ Address

B. Received by (Printed Name)   C. Date of Delivery
                                 MAR 28 2011

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7010 1060 0000 4155 3782

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1