# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Dr. ORLY TAITZ, ESQ, PRO SE | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-cv-00402 |
| | ) | The Honorable Royce C. Lamberth |
| MICHAEL ASTRUE, COMMISSIONER OF | ) | |
| THE SOCIAL SECURITY ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Patrick G. Nemeroff will appear in this action as lead counsel on behalf of Defendant Michael Astrue, Commissioner of the Social Security Administration.

Dated: May 23, 2011

Respectfully submitted,

TONY WEST
Assistant Attorney General

ELIZABETH SHAPIRO
Assistant Director
Civil Division, Federal Programs Branch

**/s/ Patrick G. Nemeroff**
Patrick G. Nemeroff
CA Bar No. 268928
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20001
Phone:  (202) 305-8727
Fax:  (202) 616-8460
E-mail: patrick.g.nemeroff@usdoj.gov

        Attorneys for Defendants

*For overnight mail or courier delivery*:    Patrick G. Nemeroff
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Avenue, NW, Room 5381
Washington, DC 20001