UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. ORLY TAITZ, ESQ, PRO SE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 11-CV-00402-RCL |
| | ) The Honorable Royce C. Lamberth |
| MICHAEL ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S COMPLAINT, FIRST AMENDED COMPLAINT, AND ATTACHED EXHIBITS**

Defendant Michael Astrue, Commissioner of the Social Security Administration, by and through its undersigned counsel, hereby moves the Court to strike from the record Plaintiff's Complaint, First Amended Complaint, and all attached exhibits pursuant to Federal Rule of Civil Procedure 5.2. Those filings contain numerous social-security numbers, along with Plaintiff's allegations as to the individuals to whom those numbers are assigned. "Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number . . . a party or nonparty making the filing may include only . . . the last four digits of the social-security number." Fed. R. Civ. P. 5.2(a)(1). Defendant accordingly moves the Court to strike Plaintiff's Complaint, First Amended Complaint, and all attached exhibits, and to order Plaintiff to refile the documents under seal or with properly redacted social-security numbers.

1

Dated: May 23, 2011　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　TONY WEST
　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　ELIZABETH J. SHAPIRO
　　　　　　　　　　　　　　　　　　Deputy Director,
　　　　　　　　　　　　　　　　　　Federal Programs Branch

　　　　　　　　　　　　　　　　　　 /s/ Patrick G. Nemeroff
　　　　　　　　　　　　　　　　　　PATRICK G. NEMEROFF (CA Bar 268928)
　　　　　　　　　　　　　　　　　　Trial Attorney, U.S. Dep't of Justice
　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　20 Massachusetts Avenue, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　Telephone: (202) 305-8727
　　　　　　　　　　　　　　　　　　Fax: (202) 305-8517
　　　　　　　　　　　　　　　　　　Email: patrick.g.nemeroff@usdoj.gov

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*