# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. ORLY TAITZ, ESQ, PRO SE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL ASTRUE, COMMISSIONER ) <br> OF THE SOCIAL SECURITY ) <br> ADMINISTRATION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 11-CV-00402-RCL <br> The Honorable Royce C. Lamberth |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S COMPLAINT, FIRST AMENDED COMPLAINT, AND ATTACHED EXHIBITS

This court, having considered Defendants' Motion to Strike Plaintiff's Complaint, First Amended Complaint, and attached exhibits,

It is hereby ORDERED that Defendants' motion is GRANTED, and Plaintiff's Complaint, First Amended Complaint, and all attached exhibits are stricken from the record. Plaintiff is directed to refile those documents under seal or with properly redacted social-security numbers.

SO ORDERED, this ____ day of _____ 2011.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE