DR. ORLY TAITZ, ESQ
ATTORNEY PRO SE
29839 SANTA MARGARITA PARKWAY, STE 100
RANCHO SANTA MARGARITA CA 92688
TEL: (949) 683-5411; FAX (949) 766-7603
E-MAIL: ORLY.TAITZ@GMAIL.COM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. ORLY TAITZ, ESQ, PRO SE<br>Plaintiff,<br><br>v.<br><br>MICHAEL ASTRUE, Commissioner of the<br>Social Security Administration,<br><br><br><br>Respondent | Freedom of information violation<br>5USC §552<br>CASE # 1:11-cv-00402<br>Assigned to Chief Judge<br><br>Hon. Royce C. Lamberth<br>Designation: FOIA/Privacy Act<br>**PLAINTIFF'S MOTION TO COMPEL PREPARATION OF A VAUGHN INDEX**<br>no oral argument requested |

Plaintiff Dr. Orly Taitz, ESQ moves this court for an order requiring the Defendant to provide within 30 days after granting of this motion, an itemized, indexed inventory of every agency record or portion thereof responsive to Plaintiff's request which Defendant asserts to be exempt from disclosure, accompanied by a detailed justification statement covering each refusal to release records or portions thereof in accordance with the indexing requirements of Vaughn v Rosen, 484 F.2d 820 (D.C. Cir.1973), cert.denied, 415 U.S. 977 (1974).

/s/ Dr. Orly Taitz, ESQ

29839 Santa Margarita Pkwy, ste 100

Rancho Santa Margarita CA 92688



ph 949-683-5411 fax 949-766-7603

orly.taitz@gmail.com

## Service of process

I certify that a true and correct copy of the above pleadings were served on the defendant on 05.26. 2011 via mail and will be served by the court via ECF

/s/ Dr. Orly Taitz ESQ