**DR. ORLY TAITZ, ESQ**
**ATTORNEY PRO SE**
**29839 SANTA MARGARITA PARKWAY, STE 100**
**RANCHO SANTA MARGARITA CA 92688**
**TEL: (949) 683-5411; FAX (949) 766-7603**
**E-MAIL: ORLY.TAITZ@GMAIL.COM**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. ORLY TAITZ, ESQ, PRO SE<br>Plaintiff,<br><br>v.<br><br>MICHAEL ASTRUE, Commissioner of the<br>Social Security Administration,<br><br><br>Respondent | § Freedom of information violation<br>§ 5USC §552<br>§ CASE # 1:11-cv-00402<br>§ Assigned to Chief Judge<br>§<br>§ HON. ROYCE C. LAMBERTH<br>§ Designation: FOIA/Privacy Act<br>§ **ORDER**<br>§ **PREPARATION OF A**<br>§ **VAUGHN INDEX** |

Plaintiff's request for preparation of Vaughn Indices by defendant is granted and Defendant shall provide indices to Plaintiff within 30 days.

Dated_____,2011

_____
CHIEF JUDGE US DISTRICT COURT, DISTRICT OF COLUMBIA
ROYCE C. LAMBERTH