UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. ORLY TAITZ, ESQ, PRO SE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL ASTRUE, COMMISSIONER ) <br> OF THE SOCIAL SECURITY ) <br> ADMINISTRATION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 11-CV-00402-RCL <br> The Honorable Royce C. Lamberth <br> <br> **FILED** <br> JUN - 2 2011 <br> Clerk, U.S. District & Bankruptcy <br> Courts for the District of Columbia |

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S COMPLAINT, FIRST AMENDED COMPLAINT, AND ATTACHED EXHIBITS

This court, having considered Defendants' Motion to Strike Plaintiff's Complaint, First Amended Complaint, and attached exhibits,

It is hereby ORDERED that Defendants' motion is GRANTED, *in part and DENIED in part*. Plaintiff's Complaint, First Amended Complaint, and all attached exhibits *shall be removed* from the public record *and filed under seal*. Plaintiff is directed to refile those documents *with* properly redacted social-security numbers *on the public record within 14 days of this date.*

SO ORDERED, this _1st_ day of _June_ 2011.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE