UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ORLY TAITZ,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    Defendant. | Civil Action No. 11-402 (RCL) |

**FILED**
JUN - 2 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## SCHEDULING ORDER

FOIA actions are exempt from Local Civil Rule 16.3's requirement to meet and confer, as well as the requirement for initial disclosures.

Any dispositive motions that defendant expects to file shall be filed within thirty (30) days of this date.

**SO ORDERED** this 1st day of June 2011.

_____
ROYCE C. LAMBERTH
Chief Judge
United States District Court