**FILED**

FEB 1 6 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**Dr. Orly Taitz, ESQ**
**29839 Santa Margarita Parkway, STE 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
E-Mail: dr_taitz@yahoo.com, orly.taitz@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dr. ORLY TAITZ, ESQ, PRO SE §
    Plaintiff, § Freedom of information violation
        §   5USC §552
    v. §

Michael Astrue, Commissioner of the
 Social Security Administration,
        Case: 1:11-cv-00402
        Assigned To : Lamberth, Royce C.
        Assign. Date : 2/16/2011
  Does 1-100     Description: FOIA/Privacy Act

     Respondents §

## COMPLAINT

### JURISDICTION and venue

Current complaint filed under federal statute 5USC § 552 (a)(4)(B) and the

respondents are officers of the U.S. government

### PLAINTIFF

Plaintiff herein is Dr. Orly Taitz, ESQ, President of "Defend Our Freedoms

foundation", filing pro se

### RESPONDENT

Michael Astrue, Commissioner of the Social Security Administration

1. Plaintiff brings this action pursuant to the provisions of USC §552 known as
   the "Freedom of Information Act" (FOIA) and in particular 5 U.S.C.
   §552(a)(4)(B)

### ALLEGATIONS



Taitz v Astrue

1. Plaintiff, Dr. Orly Taitz, esq, is the "President of the Defend Our Freedoms foundation" (hereinafter Foundation) and an attorney, who represented this foundation.

2. Both the Plaintiff and the foundation are dedicated to the preservation of the Constitutional rights and Freedoms of the U.S. citizens.

3. Plaintiff works closely with a number of licensed investigators.

4. Plaintiff received a report and an affidavit from a licensed investigator and former Elite Anti Communist proliferation and Anti Organized Crime unit Scotland Yard officer Neil Sankey. (Exhibit 2 A and B)Mr. Sankey's report and an affidavit, showed that Barack Hussein Obama, the President of the United States (hereinafter "Obama") is linked in the National databases to some 39 Social Security numbers and multiple addresses. The number he used most often since around 1980 is 042-68-4▆▆▆. According to Lexis Nexis and Choice Point this number originally was assigned to an elderly individual born in 1890, who resided in CT, but was assumed by Obama from around 1980-1981.

5. The first three digits of the Social Security number signify the state. 042 signifies the state of Connecticut.

6. Obama was never a resident of Connecticut.

7. At the time Obama obtained such Social Security number he was a student, residing in Hawaii.

8. To confirm such findings Taitz obtained an opinion of yet another licensed investigator, Susan Daniels, who attested to the fact that national databases show multiple social security numbers associated with the name Barack Obama, among them CT Social Security number 042-68-4▆▆▆ used most often. She, also, found that this number was assigned originally to an individual born in 1890. Later, the same number was associated with the

birth date 04.08.1961 and 08.04.1961. Dates of 04.08.1961 and 08.04.1961 suggest existence of some documents, created using an European system of dating: Day, Month, Year, versus the American system of Month, day, Year. Exhibit 1

9. In and around 1976-1977 due to new Social Security requirements multiple elderly individuals, particularly women, who were housewives and never worked before, applied for Social Security numbers in order to obtain Social Security Benefits, therefore date of birth of 1890 originally connected to 042-68-■■■ was consistent with many other examples of elderly individuals, born between 1890-1915, applying for Social Security cards for the first time between 1976-1977.

10. National Databases such as Lexis-Nexis and Choice Point show another Social Security number, originally assigned to an elderly individual, being connected to the name Barack Obama.

11. This social security 485-40-■■■ is noteworthy, as it was assigned to Lucille I Ballantyne, born 12.22.1912, deceased 09.13.1998

12. Ms. Ballantyne was the mother of Harry C. Ballantyne, Chief Actuary of the Social Security administration, who had access to all Social Security databases and death indices.

13. Obama's selective service certificate verification, readily available on the world wide web, shows a complete match with the number 042-68-■■■5, therefore verification of Obama's use of this number since 1980. Exhibit 4

14. Taitz verified this data with the third investigator, retired Senior Investigator with the Department of Homeland Security John Sampson.

15. Mr. Sampson provided Taitz with an affidavit, stating that according to his investigation, the number Obama is using most of his life, is indeed a CT Social Security number. Mr. Sampson provided an expert opinion, that there

is no reasonable explanation for one residing in HI to get a CT social security number. Exhibit 3.

16. At the same time Taitz found that the National Databases show different dates of birth for Obama: 08.01.1961 and 08.04.1961.

17. Recently released passport records for Obama's mother, Ann Dunham, show that Obama was listed in her passport under a name Soebarkah. (Exhibit 5)

18. AP report from Indonesia, where Obama resided, show Obama's Elementary school record, showing him using last name of his adopted father Soetoro, citizenship Indonesian, religion Islam. Obama denies all three facts.

19. Recently Neil Abercrombie, Governor of HI, in an interview to Honolulu Star Advertiser admitted that he was not able to locate the original birth certificate for Obama, only a notation by someone in archives, that some record exist, though no actual original certified long form U.S. birth certificate was ever found for Obama.

20. Obama provided the public only a short form Certification of live birth created in 2007, right before the election, which does not contain any essential information, which typically would be found in the original long form birth certificate, such as the name of the hospital, the name of the attending physician and signatures, The state of HI statute 338-17 allows a foreign born child of HI resident to obtain HI birth certificate.

21. The state of HI statute 338-5 allows one to obtain a birth certificate based on a statement of one relative only without any corroborating evidence from any hospital.

22. The state of HI statute 338-6 allows one to get a late birth certificate, obtained as a result of adoption or loss of an original birth certificate

23. Numerous reports, claiming that prior Governor of HI Linda Lingle examined Obama's birth certificate were false as well. Lingle's interview

reveals that she relied on a statement of former Director of HI Health Department Chiyome Fukino, but Lingle never personally saw a birth certificate for Obama.

24. Chiyome Fukino made a statement that there is a record in Hawaii, however she never provided any information, what record exists there. A record created pursuant to statute 338-5, 338-6 or 338-17 would not be sufficient to establish one's birth in HI.

25. There were reports of newspaper articles, announcing Obama's birth in HI. Follow up research did not uncover any such article anywhere. Nobody ever found any actual newspapers, announcing Obama's birth. Only a microfiche image was found. There is no evidence, verifying when this image was created. Even if one were to believe that such news paper announcement actually existed, it still did not verify Obama's birth in HI, as a newspaper article is not a prima facie evidence of birth and it could have been created based on a birth certificate, created under statute 338-5 and statute 338-17.

26. As above information showed that Obama does not possess either a long form birth certificate or a Social Security number of his own, Taitz filed a FOIA request for the Social Security number application for CT social security number 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, which was issued in CT around 1977 to an elderly individual born in 1890 and later assumed by Obama.

27. Taitz agreed to accept a redacted application, which was denied.

28. In March of 2010   Taitz filed an appeal and obtained a final determination on May 18, 2010, when her SSA FOIA appeal was denied by Jonathan R Canthor, Executive Director, Office of Privacy and Disclosure of the Social security Administration. Exhibit 6.

29. Taitz appealed to the U.S. District Court, District of Columbia 1:2010-cv-00151, Chief Judge of the DC Circuit, Judge Royce Lamberth

30. Court denied the appeal, citing that the court appeal was filed prior to the final disposition by the agency and the privacy considerations.

31. In and around September 2010, Senior Deportation officer of the Department of Homeland Security (Ret) John Sampson provided an affidavit, where he stated that in situations, where there is a release of the FOIA request for the SS-5 application for the Social Security number, which is suspected to be illegally used by one, who is not the original applicant, routinely government agencies request partial information in order to ascertain, whether indeed the number is fraudulently used. Such information includes: gender of the applicant, zip code, where the Social Security card was sent, race of the applicant. Such information is general enough as not to reveal the identity of the applicant, but on the other hand, it is helpful in identifying fraudulent use of the Social Security number.

32. On October 4, 2010 Taitz filed yet another FOIA request with the Social Security Administration. Exhibit 7. This request was received by the Social Security Administration on October 8, 2010. Six certified mail receipts of the Certified Mail requests are attached (Exhibit 8, 9).

33. In her FOIA request Taitz asked for the following information on several SSA-5 forms: (a) Request for clarification, why SSA-5 form for Stanley Ann Dunham, deceased mother of Barack Hussein Obama, which was filled out in 1959, shows form revision date 7/65. (b) Taitz asked for the dates of the SSA-5 form revision dates (c) Limited information regarding SSA-5 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, such as zip code to which the original form was mailed, gender of the applicant and date of the application. (d) SS-5 application for Margaret Bossing 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 born January 7 1896, death 1982, SS card issued in 1977 (e) SS-5 application for Antoinette Demo born May 30 1890, died April 1979, Social Security card issued between 1977-1979 in Danbury

Connecticut. (f) requested information whether another individual assisted those elderly individuals: Margaret Bossing and Antoinette Demo  in processing of the  Social Security SS-5 applications, Taitz requested the name of the individual, who filled out the cards and the name of the individual, who processed them (g) Taitz provided a sworn affidavit of a licensed investigator Susan Daniels, showing that in national databases the name of Barack Obama is linked to SSN 485-40-▨▨▨, which is traced to Lucille T Ballantyne born 12.22.1912, deceased 09.13.1998, the mother of the Chief Actuary of the Social Security administration Harry C Ballantyne. In light of this fact Taitz requested information whether Harry C Ballantyne, Chief Actuary of the Social Security Administration, made any changes or alterations or additions to the Social Security records 485-40-▨▨▨ and/or 042-68-▨▨▨, 042-68-▨▨▨ and/or 042-68-▨▨▨. In a separate letter Taitz requested for the SSA application for deceased Thomas Wood, SS number 042-68-▨▨▨. SSA acknowledged Taitz requests, however no information was ever provided and no denial of the request was ever received in 120 days.

34. In December of 2010 and January 2011 Taitz sent two follow up certified mail letters, where she stated that she treated lack of requested information as a denial and she demanded that SSA grant her FOIA request or officially deny it. None was received. As such SSA is in violation of the 5 U.S. §552 and Taitz requests an order and adjudication from this Honorable Court, directing Mr. Michael Astrue, Commissioner of the Social Security Administration to provide Taitz the information requested.

35. Plaintiff alleges on information and belief that:

Pursuant to the Freedom and Information Act, 5 U.S.C.§552(a)(3), Plaintiff has a right of access to the documents requested, and Defendant has no legal basis for their actions in withholding the right of access to such documents.

Plaintiff has exhausted its administrative remedies as provided in the Freedom of Information Act and Agency regulations.

### Wherefore, Plaintiff Prays this court:

1. To take jurisdiction over this case;

2. To order Defendants to release the requested documents to Plaintiff;

3. To grant such other and further relief as the court may deem proper and just

### 02.06.2011

### /s/ Dr. Orly Taitz ESQ

### Certificate of service

**Plaintiff certifies that a true and correct copy of the above pleadings was served on the U.S. Attorney for the District of Columbia**

I CERTIFY THAT TRUE AND CORRECT COPY OF THE ABOVE PLEADINGS WERE SERVED on 02.01. 2011 on

Alan Burch, Assistant United States Attorney for the District of Columbia

555 4th str.,N.W.

Washington D.C. 20530 VIA MAIL and  ELECTRONIC FILING

/s/Orly Taitz

---

Dr. Orly Taitz Esq
29839 Santa Margarita PKWY
Rancho Santa Margarita CA 92688

cc Congressman Darrell Issa

Chairman

House Oversight Committee

2347 Rayburn House Building

Washington DC, 20515

cc Congressman Mike Rogers

Chairman

House Intelligence Committee

133 Cannon House Office building

Washington DC 20515

cc Congressman Sam Johnson

Chairman

House Subcommittee on Social Security

House Ways and Means Committee

2929 N Central Expy, 240

Richardson, TX 75080

cc Congressman Dana Rohrbacher

Chairman

House Subcommittee on Oversight and Investigations'

House Committee on Foreign Affairs

2300 Rayburn House Building

Washington DC 20515

# Exhibit 1

11 0402

FILED

FEB 1 6 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Dr. Orly Taitz, Attorney-at-Law
(California SBN 223433)
Orly Taitz Law Offices
26302 La Paz, Suite 211
Mission Viejo, California 92691
Telephone: (949) 683-5411
E-Mail: dr_taitz@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA (SOUTHERN) DIVISION

| | | |
|---|---|---|
| Captain Pamela Barnett, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action: |
| | § | |
| Barack Hussein Obama, | § | **SACV09-00082-DOC (Anx)** |
| Michelle L.R. Obama, | § | |
| Hillary Rodham Clinton, Secretary of State, | § | |
| Robert M. Gates, Secretary of Defense, | § | |
| Joseph R. Biden, Vice-President and | § | |
| President of the Senate, | § | |
| Defendants. | § | |

## Affidavit of Susan Daniels

1.     My name is Susan Elizabeth Daniels. I am over 18 years old, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2.     I am a citizen of the United States of America, I am 68 years old and I was born and raised in the State of Ohio.

3.     I am licensed by the State of Ohio as a private investigator; I am president of Daniels and Associates Investigations, Inc., incorporated in March 1995, license number 65199565509.

4.     I have personal knowledge of all the facts and circumstances described herein below and will testify in open court to all of the same.

5.     I located a social security number for Barack Hussein Obama and found that it was issued between 1977-1979 in the State of Connecticut but as I investigated

further, I found an additional eight social security numbers. One of the numbers had (Deceased) behind it. I was able to find the name of the person the SSN actually belonged to and printed it from the Social Security Administration death index.

6.      I researched social security numbers for Michelle Obama. When I ran her name, two different social security numbers appeared for her, includimg one that does not belong to her but is listed for her at 1600 Pennsylvania Ave., Washington, D.C.

7.      The true and correct copies I personally obtained are attached.

8.      I solemnly swear under penalty of perjury that all the facts stated and circumstances described above are true and correct statements.

9.      I have not received any compensation for making this affidavit.

Further, Affiant saith naught.
Signed and executed in _____ Mentor, OH _____ on this _19th_ day of October, 2009.

                                        By _____
                                           Susan Elizabeth Daniels

# NOTARY'S JURAT

Susan Elizabeth Daniels appeared before me in person on this _19_ day of October, 2009, in _____Mentor____ (city), _Lake__County__Ohio_ (state),___U . S . A_ (country) and having presented to me her driver's license and having been sworn by me duly under oath and having been admonished that she did so under penalty of perjury, she did then and there depose herself and give the above-listed statements in my presence in the form of his written affidavit.

Specifically but without limitation, Susan Elizabeth Daniels did in my presence authenticate the documents attached here as a true and correct copy of the documents she obtained and described in her affidavit.

_____
Notary Public in the State of Ohio

Business Address of Notary: _8057 Broadmoor, Mentor, OA 44060_

JAMES V. LOIACONO, Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration Date
Section 147.03 O.R.C.

_____
My Seal Appears Above this line.

My Printed Name is: _James V. Loiacono_ ; my notarial commission or license expires on:_____LIFETIME ✓ STATEWIDE_____

Person Search                                                                 https://secure.accurint.com/app/bps/main

| All | Full Name | Age/DOB | Address | Dates | Phone Information |
|---|---|---|---|---|---|
| | MICHELLE OBAMA Gender: Female 350-60-xxxx | ✔ | 5046 S GREENWOOD AVE CHICAGO IL 60615-2806 | Aug 05 - Aug 07 | |
| | MICHELLE OBAMA Gender: Female | | 1 OLD STATE CAPITOL PLZ APT SPRINGFIELD IL 62701-1512 | May 09 - Sep 09 | |
| | MICHELLE OBAMA Gender: Female 282-88-xxxx | | 1600 PENNSYLVANIA AVE NW WASHINGTON DC 20500-0003 Newspaper facility. | Jun 08 - Sep 09 | |
| | MICHELLE OBAMA Gender: Female 522-67-xxxx | | 5030 QUENTIN ST DENVER CO 80239-4312 | Jul 09 - Aug 09 | 303-365-5697 - MDT |
| | MICHELLE OBAMA Gender: Female | | 123 W NORTH AVE CAROL STREAM IL 60188-2001 | Mar 09 - Aug 09 | |
| | MICHELLE OBAMA Gender: Female 324-56-xxxx | | 936 4 MILE RD NW APT GRAND RAPIDS MI 49544-1503 | Jan 09 - Jul 09 | |
| | MICHELLE OBAMA Gender: Female | | 505 CATHARINE ST PHILADELPHIA PA 19147-3009 | Apr 07 | |
| | MICHELLE OBAMA Gender: Female | | 3550 S RHODES AVE APT 1802 CHICAGO IL 60653-1273 | | |
| | MICHELLE OBAMA Gender: Female | | 1901 COLLEGE AVE FREDERICK MD 21701 | Jun 09 - Sep 09 | |
| | MICHELLE OBAMA Gender: Female | | 1 PENNSYLVANNIA BEVERLY HILLS CA 90210 | Jan 09 - Sep 09 | |

10/19/09 9:15 AM

# SSN Verifier Plus

## SSN ⬛⬛⬛⬛4425

| | |
|---|---|
| Year(s) and State Issued | |
| **Year(s) Issued:** | 1977-1979 |
| **State Issued:** | Connecticut |

| |
|---|
| Social Security Death Index |
| **SSN not found in Social Security Death Index** |

| |
|---|
| Name Associated with SSN |
| OBAMA, BARACK |
| OBAMA, BARACK HUSSEIN |

| |
|---|
| Date of Birth Associated with SSN |
| 1890 |
| 08/04/1961 |
| 04/08/1961 |

# Standard People Search

## 105 Records

**Search Criteria**

**Name:** OBAMA, BARACK

**Flags:** Arrests, Bankruptcies, Criminal Records, Evictions, Professional Licenses, Warrants

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK H | 295 HARVARD ST 1505 **2x**<br>CAMBRIDGE MA 02139-2382<br>**Reported:** 01/2009 - 01/01/2009<br>**County:** Middlesex | Map It | | | N |
| | OBAMA BARACK | 1600 PENN AVE **1x**<br>WASHINGTON DC 20007<br>**Reported:** 12/2008 - 12/2008<br>**County:** District of Columbia | Map It | | | N |
| | OBAMA BARACK | 559 W GOLF RD **1x**<br>ARLINGTON HTS IL 60005-3904<br>**Reported:** 11/2008 - 11/2008<br>**County:** Cook | Map It | | | N |
| | OBAMA BARACK | 56 THORNTON RD **1x**<br>NEEDHAM MA 02492-4330<br>**Reported:** 09/2008 - 11/2008<br>**County:** NORFOLK | Map It | | | N |
| | OBAMA BARACK | 713 HART SENATE **1x**<br>WASHINGTON DC 20510-0001<br>**Reported:** 11/2008 - 11/2008<br>**County:** District of Columbia | Map It | | | N |
| | OBAMA BARACK | 3535 OLIVE ST **1x**<br>DENVER CO 80207-1523<br>**Reported:** 09/2008 - 11/2008<br>**County:** Denver | Map It | | (720)336-7722 | N |
| | OBAMA BARACK | 810 E 13TH AVE **1x**<br>EUGENE OR 97401-3742<br>(POSSIBLE HIGH RISK)<br>**Reported:** 09/2008 - 11/2008<br>**County:** Lane | Map It | | | N |
| | OBAMA BARACK | 435 DALLAS AVE **1x**<br>LANCASTER TX 75146<br>**Reported:** 09/2008 - 11/2008<br>**County:** Dallas | Map It | | | N |
| | OBAMA BARACK L | 1930 WALLACE ST **2x**<br>PHILADELPHIA PA 19130-3220<br>**Reported:** 09/17/2008 - 10/03/2008<br>**County:** Philadelphia | Map It | | Landline:<br>(215)235-3040 | N |
| | OBAMA BARACK | 1000 NW 33 AVE **2x**<br>FORT WORTH TX 76180<br>**Reported:** 04/2008 - 09/2008<br>**County:** Tarrant | Map It | 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 | | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK | 123 MAIN ST **1x**<br>CHARLESTON SC 29464<br>**Reported:** 08/2008 - 09/2008<br>**County:** Charleston | Map It | | | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK PK  1x<br>CHICAGO IL 60615<br>Reported: 08/20/2008 - 08/20/2008<br>County: Cook | Map It | ▅-4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK LWYR | 14 W ERIE ST  1x<br>CHICAGO IL 60654<br>(POSSIBLE HIGH RISK)<br>Reported: 08/20/2008 - 08/20/2008<br>County: Cook | Map It | | Cell:<br>(312)310-0069 | N |
| E-mail: bobama@lawmbg.com | | (No IP Address Reported) | | | Phone: (312)751-1170 | |
| | OBAMA BARACK | NO ADDRESS REPORTED<br>CHICAGO IL 60615<br>Reported: 08/18/2008 - 08/18/2008<br>County: Cook | | | | N |
| | OBAMA BARACK | 180 N LASALLE  1x<br>CHICAGO IL 60601<br>(POSSIBLE HIGH RISK)<br>Reported: 08/18/2008 - 08/18/2008<br>County: Cook | Map It | | | N |
| | OBAMA BARACK | 83775 BATES RD  2x<br>JACKSON NJ 08527<br>Reported: 02/2008 - 08/2008<br>County: Ocean | Map It | 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 (DECEASED)  See<br>Issued: 1954-1955 in IA  Attached "A" | | N |
| | OBAMA BARACK | 1000 33RD AVE  1x<br>FORT WORTH TX 76180<br>Reported: 08/2008 - 08/2008<br>County: Tarrant | Map It | | | N |
| | OBAMA BARACK | 505 FARR C  3x<br>COLUMBUS GA 31907-6275<br>Reported: 01/2008 - 08/2008<br>County: Muscogee | Map It | 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 | | N |
| | OBAMA BARACK | 1603 RUCKER RD  1x<br>ALPHARETTA GA 30004-1435<br>Reported: 08/2008 - 08/2008<br>County: FULTON | Map It | | | N |
| | OBAMA BARACK HUSSEIN | 180 N LA SALLE ST 2200  4x<br>CHICAGO IL 60601-2610<br>(POSSIBLE HIGH RISK)<br>Reported: 06/01/2007 - 06/01/2008<br>County: Cook | Map It | ▅-4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK | OBAMA LN  1x<br>FRANKLIN WI 53132<br>Reported: 05/2008 - 06/2008<br>County: Milwaukee | Map It | | | N |
| | OBAMA BARACK | 123 WHITE HOUSE  1x<br>IRVINE CA 92613<br>Reported: 06/2008 - 06/2008<br>County: ORANGE | Map It | | | N |
| | OBAMA BARACK | 15 A 1A  1x<br>MANALAPAN FL 33462<br>Reported: 05/2008 - 05/2008<br>County: Palm Beach | Map It | | | N |
| | OBAMA BARACK HUSSEIN | 5046 S GREENWOOD AVE  5x<br>CHICAGO IL 60615-2806<br>(POSSIBLE HIGH RISK)<br>Reported: 12/01/2007 - 04/01/2008<br>County: Cook | Map It | ▅-4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |

10/2/09 9:14 AM

. *Tracers Information Specialists, Inc. - Standard People Search*       https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1 **1x** CHICAGO IL 60615 **Reported:** 03/25/2008 - 03/25/2008 **County:** Cook | | Map It | ▮▮4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK | **NO ADDRESS REPORTED** CHICAGO IL 0 **Reported:** 03/03/2008 - 03/03/2008 | | | | | N |
| | OBAMA BARACK | 40 TRANSFER ST **1x** DENVER CO 80207 **Reported:** 03/2008 - 03/2008 **County:** Denver | | Map It | | Landline: (303)545-0199 | N |
| | OBAMA BARACK | 111 PENNSYLVANIA AVE **3x** WASHINGTON UT 84780 **Reported:** 08/2007 - 02/2008 **County:** Washington | | Map It | 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 | | N |
| | OBAMA BARACK | 505 FARR C **1x** COLUMBUS GA 31907 **Reported:** 02/2008 - 02/2008 **County:** Muscogee | | Map It | 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 **Issued:** 1988-1989 in AL | | N |
| | OBAMA BARACK LWYR | 14 W ERIE ST **7x** CHICAGO IL 60610 (POSSIBLE HIGH RISK) **Reported:** 01/02/2008 - 01/02/2008 **County:** Cook | | Map It | | Landline: (312)751-1170 Cell: (312)310-0069 | N |
| **E-mail:** bobama@lawmbg.com | | | **(No IP Address Reported)** | | | **Phone:** (312)751-1170 | |

| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK PK **8x** CHICAGO IL 60615 **Reported:** 01/02/2008 - 01/02/2008 **County:** Cook | | Map It | ▮▮4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK | PO BOX 1236 **1x** PROVO UT 84603-1236 **Reported:** 01/2008 - 01/2008 **County:** Utah | | | | | N |
| | OBAMA BARACK | 15 A1A **1x** MANALAPAN FL 33434 **Reported:** 01/2008 - 01/2008 **County:** Palm Beach | | Map It | 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 | | N |
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1 **8x** CHICAGO IL 60615 **Reported:** 11/15/2007 - 11/15/2007 **County:** Cook | | Map It | ▮▮4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 Age: 48 | Landline: (773)684-4809 | N |
| | MR OBAMA BARACK H | 5046 S GREENWOOD AVE **12x** CHICAGO IL 60615-2806 (POSSIBLE HIGH RISK) **Reported:** 07/2005 - 11/15/2007 **County:** Cook | | Map It | ▮▮4425 **Issued:** 1977-1979 in CT **DOB:** 08/01/1961 Age: 48 | | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY **3x** SOMERVILLE MA 02145 **Reported:** 06/01/1986 - 10/01/2007 **County:** Middlesex | | Map It | ▮▮4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1 **12x** SOMERVILLE MA 02145 **Reported:** 07/17/2001 - 10/01/2007 **County:** Middlesex | | Map It | ▮▮4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK | 918 BAINBRIDGE ST **1x** PHILADELPHIA PA 19147 **Reported:** 08/2007 - 08/2007 **County:** Philadelphia | | Map It | | | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| | OBAMA BARACK | 123 MAIN ST<br>LANSING MI 48910<br>**Reported:** 07/2007 - 07/2007<br>**County:** Ingham | 1x | Map It | | | N |
| | OBAMA BARACK H | 180 N LA SALLE ST 2200N<br>CHICAGO IL 60601-2501<br>(POSSIBLE HIGH RISK)<br>**Reported:** 02/2007 - 06/2007<br>**County:** Cook | 2x | Map It | 4425<br>**Issued:** 1977-1979 in CT | | N |
| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK | 1236 PO BOX<br>PROVO UT 84603<br>**Reported:** 06/2007 - 06/2007<br>**County:** Utah | 2x | | 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 | | N |
| | OBAMA BARACK | 610 E OLD WILLOW RD<br>PROSPECT HEIGHTS IL<br>60070-1913<br>**Reported:** 04/2007 - 04/2007<br>**County:** Cook | 1x | Map It | | | N |
| | OBAMA BARACK | 505 CATHARINE ST<br>PHILADELPHIA PA 19147-3009<br>**Reported:** 04/2007 - 04/2007<br>**County:** Philadelphia | 1x | Map It | | | N |
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1<br>CHICAGO IL 60615-5916<br>**Reported:** 07/2006 - 07/2006<br>**County:** Cook | 3x | Map It | 4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK S | 607 E ADAMS ST<br>SPRINGFIELD IL 62701-1634<br>(POSSIBLE HIGH RISK)<br>**Reported:** 04/21/2006 - 05/07/2006<br>**County:** Sangamon | 9x | Map It | | Landline:<br>(217)492-5089 | N |
| | OBAMA BARACK HUSSEIN | 300 MASSACHUSETTS AVE 5<br>WASHINGTON DC 20001<br>**Reported:** 02/01/2006 - 02/01/2006<br>**County:** District of Columbia | 1x | Map It | 4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 227 6TH ST<br>WASHINGTON DC 20002<br>**Reported:** 02/01/2006 - 02/01/2006<br>**County:** District of Columbia | 1x | Map It | 4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 300 MASSACHUSETTS AVE<br>WASHINGTON DC 20001-2629<br>**Reported:** 09/2005 - 02/01/2006<br>**County:** District of Columbia | 10x | Map It | 4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 04/08/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK H | 300 MASSACHUSETTS AV<br>WASHINGTON DC 20001-2640<br>**Reported:** 06/01/1986 - 02/01/2006<br>**County:** District of Columbia | 3x | Map It | 4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 227 6TH ST<br>WASHINGTON DC 20002<br>**Reported:** 02/01/2006 - 02/01/2006<br>**County:** District of Columbia | 8x | Map It | 4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 04/08/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |
| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK H<br>AKA:<br>OBAMA BARACK AKA: | 227 6TH ST<br>WASHINGTON DC 20002-6067<br>**Reported:** 06/01/1986 - 02/01/2006<br>**County:** District of Columbia | 2x | Map It | 4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | 684-4809 | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | OBAMA BARBACK | | | | | | |
| | OBAMA BARACK | 14 W ERIE ST CHICAGO IL 60610-5397 (POSSIBLE HIGH-RISK) **Reported:** 12/21/2004 - 01/2006 **County:** | **2x** | Map It | | **Landline:** (312)751-1170 | N |
| E-mail: bobama@lawmbg.com | | | (No IP Address Reported) | | Phone: (312)751-1170 | | |
| | OBAMA BARACK | 5046 S GREENWOOD AVE CHICAGO IL 60615-2806 (POSSIBLE HIGH-RISK) **Reported:** 07/2005 - 11/2005 **County:** Cook | **2x** | Map It | ██████-4425 **Issued:** 1977-1979 in CT | **Landline:** (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 54501 E VIEW PARK CHICAGO IL 60615 **Reported:** 06/01/1997 - 05/26/2005 **County:** Cook | **6x** | Map It | ██████-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | **Landline:** (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 7436 S EUCLID AVE 2 CHICAGO IL 60649 **Reported:** 05/26/2005 - 05/26/2005 **County:** Cook | **1x** | Map It | ██████-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | **Landline:** (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 54501 SE VW CHICAGO IL 60615 **Reported:** 05/26/2005 - 05/26/2005 **County:** Cook | **1x** | Map It | ██████-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | **Landline:** (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5450 E VIEW PARK 1 CHICAGO IL 60615 **Reported:** 05/26/2005 - 05/26/2005 **County:** Cook | **1x** | Map It | ██████-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | **Landline:** (773)684-4809 | N |
| | OBAMA BARACK | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615-5916 **Reported:** 05/2005 - 05/2005 **County:** Cook | **1x** | Map It | | | N |
| | OBAMA BARACK | 1013 E 53RD ST CHICAGO IL 60615-4311 **Reported:** 12/21/2004 - 01/14/2005 **County:** Cook | **9x** | Map It | | **Landline:** (773)363-1996 | N |
| | OBAMA BARACK | 14 W ERIE ST CHICAGO IL 60654-5397 (POSSIBLE HIGH-RISK) **Reported:** 12/21/2004 - 01/06/2005 **County:** Cook | **1x** | Map It | | **Landline:** (312)751-1170 | N |
| E-mail: bobama@lawmbg.com | | | (No IP Address Reported) | | Phone: (312)751-1170 | | |
| **Reports** | **Name** | **Address** | | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK | 10131/ 53RD ST CHICAGO IL 60615 **Reported:** 07/2003 - 07/2003 **County:** Cook | **1x** | Map It | | **Landline:** (773)363-1996 | N |
| | OBAMA BARACK | 10131 53RD ST CHICAGO IL 60615 **Reported:** 07/2003 - 07/2003 **County:** Cook | **1x** | Map It | | **Landline:** (773)363-1996 | N |
| | OBAMA BARACK SEN | 1741 E 71ST ST CHICAGO IL 60649 **Reported:** 02/01/2003 - 02/01/2003 **County:** Cook | **7x** | Map It | | **Landline:** (773)363-1996 | N |
| E-mail: jenmasondist13@prodigy.net | | | IP address: 192.100.76.133 | | | Reported: 10/0 | |

10/2/09 9:14 AM

| | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| 🖾 | OBAMA BARACK H | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615-5916 **Reported**: 10/1997 - 10/2002 **County**: Cook | **4x** | Map It | ██████-4425 **Issued**: 1977-1979 in CT **DOB**: 08/04/1961 **Age**: 48 | | N |
| 🖾 | OBAMA BARACK H | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615 **Reported**: 07/2002 - 07/2002 **County**: Cook | **1x** | Map It | ██████-4425 **Issued**: 1977-1979 in CT | | N |
| 🖾 | OBAMA BARACK H | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615 **Reported**: 07/2002 - 07/2002 **County**: Cook | **1x** | Map It | 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 **Issued**: 1975-1976 in IL | | N |
| 🖾 | OBAMA BARACK H | 365 BROADWAY SOMERVILLE MA 02145-2440 **Reported**: 06/01/1986 - 07/17/2001 **County**: Middlesex | **7x** | Map It | ██████-4425 **Issued**: 1977-1979 in CT **DOB**: 08/04/1961 **Age**: 48 | 684-4809 | |
| 🖾 | OBAMA BARACK HUSSEIN | 7436 S EUCLID AVE 2 CHICAGO IL 60649 **Reported**: 11/13/2000 - 11/13/2000 **County**: Cook | **8x** | Map It | ██████-4425 **Issued**: 1977-1979 in CT **DOB**: 04/08/1961 **Age**: 48 | Landline: (773)684-4809 | N |
| 🖾 | OBAMA BARACK H | 7436 S EUCLID AV CHICAGO IL 60649-3626 **Reported**: 06/01/1986 - 11/13/2000 **County**: Cook | **8x** | Map It | ██████-4425 **Issued**: 1977-1979 in CT **DOB**: 08/04/1961 **Age**: 48 | 684-4809 | N |
| 🖾 | OBAMA BARACK HUSSEIN | 5450 VIEW PA CHICAGO IL 60615 **Reported**: 10/01/1999 - 10/01/1999 **County**: Cook | **8x** | Map It | ██████-4425 **Issued**: 1977-1979 in CT **DOB**: 04/08/1961 **Age**: 48 | Landline: (773)684-4809 | N |
| **Reports** | **Name** | **Address** | | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| 🖾 | OBAMA BARACK H | 54501 SE VIEW PK CHICAGO IL 60615 **Reported**: 06/01/1986 - 10/01/1999 **County**: Cook | **1x** | Map It | ██████-4425 **Issued**: 1977-1979 in CT **DOB**: 08/1961 **Age**: 48 | 684-4809 | N |
| 🖾 | OBAMA BARACK HUSSEIN | 54501 SE VIEW PK CHICAGO IL 60615 **Reported**: 10/01/1999 - 10/01/1999 **County**: Cook | **1x** | Map It | ██████-4425 **Issued**: 1977-1979 in CT **DOB**: 08/04/1961 **Age**: 48 | Landline: (773)684-4809 | N |
| 🖾 | OBAMA BARACK H | 5450 S EAST VIEW PA 1 CHICAGO IL 60615-5916 **Reported**: 06/01/1986 - 10/01/1999 **County**: Cook | **5x** | Map It | ██████-4425 **Issued**: 1977-1979 in CT **DOB**: 08/04/1961 **Age**: 48 | 684-4809 Landline: (773)684-4809 | N |
| 🖾 | OBAMA BARACK HUSSEIN | 5450 VIEW PA CHICAGO IL 60615 **Reported**: 10/01/1999 - 10/01/1999 **County**: Cook | **1x** | Map It | ██████-4425 **Issued**: 1977-1979 in CT **DOB**: 08/04/1961 **Age**: 48 | Landline: (773)684-4809 | N |
| 🖾 | OBAMA BARACK HUSSEIN | 49798 PO BOX CHICAGO IL 60649 **Reported**: 09/01/1999 - 09/01/1999 **County**: Cook | **1x** | Map It | ██████-4425 **Issued**: 1977-1979 in CT **DOB**: 08/04/1961 **Age**: 48 | Landline: (773)684-4809 | N |
| 🖾 | OBAMA BARACK HUSSEIN | B49798 PO CHICAGO IL 60649 **Reported**: 09/01/1999 - 09/01/1999 **County**: Cook | **1x** | Map It | ██████-4425 **Issued**: 1977-1979 in CT **DOB**: 08/04/1961 **Age**: 48 | Landline: (773)684-4809 | N |
| 🖾 | OBAMA BARACK H | B49798 PO CHICAGO IL 60649 **Reported**: 09/1999 - 09/1999 **County**: Cook | **2x** | Map It | ██████-4425 **Issued**: 1977-1979 in CT | | N |

| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | PO BOX 49798 CHICAGO IL 60649 **Reported:** 09/1999 - 09/1999 **County:** Cook | **2x** | | ▬4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK SEN | 2152 E 71ST ST CHICAGO IL 60649 **Reported:** 05/01/1999 - 05/01/1999 **County:** Cook | **7x** | Map It | | Landline: (773)363-1996 | N |
| | OBAMA BARACK HUSSEIN | 1440 E 52ND ST CHICAGO IL 60615 **Reported:** 01/01/1999 - 01/01/1999 **County:** Cook | **8x** | Map It | ▬4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 Age: 48 | Landline: (773)684-4809 | N |
| **Reports** | **Name** | **Address** | | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK HUSSEIN | 1440 E 52ND ST CHICAGO IL 60615 **Reported:** 01/01/1999 - 01/01/1999 **County:** Cook | **1x** | Map It | ▬4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1 SOMERVILLE MA 02143 **Reported:** 11/12/1997 - 11/12/1997 **County:** Middlesex | **1x** | Map It | ▬4425 **Issued:** 1977-1979 in CT | | N |
| | OBAMA BARACK H | 54501 E VIEW PARK CHICAGO IL 60615 **Reported:** 06/1997 - 06/1997 **County:** Cook | **4x** | Map It | ▬4425 **Issued:** 1977-1979 in CT | | N |
| | OBAMA BARACK HUSSEIN | 54501 VIEW PA CHICAGO IL 60615 **Reported:** 10/01/1994 - 10/01/1994 **County:** Cook | **16x** | Map It | ▬4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | 54501 SE VIEW PA CHICAGO IL 60615-5942 **Reported:** 06/01/1986 - 10/01/1994 **County:** Cook | **5x** | Map It | ▬4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | 684-4809 | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PK 1 CHICAGO IL 60615 **Reported:** 06/01/1986 - 10/01/1994 **County:** Cook | **1x** | Map It | ▬4425 **Issued:** 1977-1979 in CT **DOB:** 08/1961 Age: 48 | | N |
| | OBAMA BARACK HUSSEIN | 54501 SE VIEW PA CHICAGO IL 60615 **Reported:** 10/01/1994 - 10/01/1994 **County:** Cook | **2x** | Map It | ▬4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK | 365 BROADWAY ST BOSTON MA 02111 (POSSIBLE HIGH RISK) **Reported:** 08/01/1994 - 08/01/1994 **County:** Suffolk | **4x** | Map It | | Landline: (617)623-1266 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY ST BOSTON MA 02111 (POSSIBLE HIGH RISK) **Reported:** 08/01/1994 - 08/01/1994 **County:** Suffolk | **1x** | Map It | ▬4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE CHICAGO IL 60615 **Reported:** 12/01/1993 - 12/01/1993 **County:** Cook | **8x** | Map It | ▬4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 Age: 48 | Landline: (773)684-4809 | N |
| **Reports** | **Name** | **Address** | | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE CHICAGO IL 60615 **Reported:** 12/01/1993 - 12/01/1993 | **1x** | Map It | ▬4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |

| | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | | County: Cook | | | | |
| | OBAMA BARACK | 5450 EASTVIEW PK 1   1x<br>CHICAGO IL 60615<br>**Reported: 08/01/1993 - 09/01/1993**<br>**County:** Cook | Map It | ▇▇▇▇4425<br>**Issued: 1977-1979 in CT** | | N |
| | OBAMA BARACK | 7436 S EUCLID AVE   2x<br>CHICAGO IL 60649-3626<br>**Reported: 08/1993 - 08/1993**<br>**County:** Cook | Map It | ▇▇▇▇4425<br>**Issued: 1977-1979 in CT** | | N |
| | OBAMA BARACK HUSSEIN | 365 W BROADWAY   1x<br>BOSTON MA 02127<br>(POSSIBLE HIGH RISK)<br>**Reported: 07/01/1991 - 07/01/1991**<br>**County:** Suffolk | Map It | ▇▇▇▇4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK H | 5324 S KIMBARK AVE   3x<br>CHICAGO IL 60615-5287<br>**Reported: 06/01/1986 - 12/1990**<br>**County:** Cook | Map It | ▇▇▇▇4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1   1x<br>SOMERVILLE MA 02145<br>**Reported: 08/01/1988 - 09/01/1988**<br>**County:** Middlesex | Map It | ▇▇▇▇4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 1990** | Landline:<br>(617)623-1266 | N |
| | OBAMA BARACK HUSSEIN | 1N N   1x<br>CHICAGO IL 60615<br>**Reported: 01/01/1988 - 01/01/1988**<br>**County:** Cook | Map It | ▇▇▇▇4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK H | N 1N   2x<br>CHICAGO IL 60615<br>**Reported: 01/1988 - 01/1988**<br>**County:** Cook | Map It | ▇▇▇▇4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | | N |
| | OBAMA BARACK HUSSEIN | 5429 S HARPER AVE 1N   1x<br>CHICAGO IL 60615<br>**Reported: 10/01/1986 - 10/01/1986**<br>**County:** Cook | Map It | ▇▇▇▇4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK H | 5429 S HARPER AVE 1N   3x<br>CHICAGO IL 60615-5548<br>**Reported: 06/01/1986 - 10/1986**<br>**County:** Cook | Map It | ▇▇▇▇4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | | N |

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK H | 1440 E 52ND ST   1x<br>CHICAGO IL 60615-4131<br>**Reported: 04/1986 - 04/1986**<br>**County:** Cook | Map It | **DOB: 08/1961 Age: 48** | | N |
| | OBAMA BARACK H | 5450 EASTVIEW PARK 1   2x<br>CHICAGO IL 60615<br>**County:** Cook | Map It | ▇▇▇▇4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/1961 Age: 48** | | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1   2x<br>SOMERVILLE MA 02145-2440<br>**County:** Middlesex | Map It | ▇▇▇▇4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 1890** | | N |
| | OBAMA BARACK H | 5450 E VIEW PARK 1   2x<br>CHICAGO IL 60615<br>**County:** Cook | Map It | ▇▇▇▇4425<br>**Issued: 1977-1979 in CT** | | N |
| | OBAMA BARACK H | 54501 SE VW   2x<br>CHICAGO IL 60615<br>**County:** Cook | Map It | ▇▇▇▇4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | 684-4809 | N |



Social Security Death Index Search Results                    http://ssdi.rootsweb.ancestry.com/cgi-bin/ssdi.cgi

Welcome to RootsWeb.com

DISCOVER MORE >

Home    **Searches**    Family Trees    Mailing Lists    Message Boards    Web Sites    Passwords    Help

### Type In Your Name & Get Your Instant Family Tree!

Your First Name      Your Last Name      Your State
**Nationwide** ▾

## Social Security Death Index Search Results

85,156,742 Records
last updated on 9-28-2009

The most full-featured SSDI search engine on the internet

The key to your research
Join Ancestry.com Today!

**Field Value      Records Results**
SSN    485405154  1

Viewing **1-1 of 1**

| Name | Birth | Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|------|-------|-------|----------------|--------------|-----|--------|-------|---------------|
| LUCILLE I BALLANTYNE | 22 Dec 1912 | 13 Sep 1998 (V) | 50140 (Lamoni, Decatur, IA) | (none specified) | 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 | Iowa | SS-5 Letter Add Post-em Search Ancestry.com | |

Viewing **1-1 of 1**

(V)=(Verified) Report verified with a family member or someone acting on behalf of a family member.
(P)=(Proof) Death Certificate Observed.

You can now order the SS-5 Form for deceased individuals directly from the Social Security Administration
online at https://secure.ssa.gov/apps9/eFOIA-FEWeb/internet/main.jsp

Search hundreds of Thousands of

First Name:

Last Name:

**Search**

---

| Last name | **Exact** |
|-----------|-----------|
| First Name | |
| Middle Name | (initial) |
| SSN | **485405154** |
| **Last Residence** | **Last Benefit** |
| Zip | |
| State | |
| County | |
| City | |
| Birth | |

# AFFIDAVIT

The State of California       )

                                      ) S.S.

City of Simi Valley           )

I, Neil SANKEY, of Simi Valley, California, MAKE OATH AND SAY THAT:

1. I, Neil Sankey am over the age of eighteen years.
If called to do so, I could and would competently testify under oath as follows.

I am a Licensed Investigator in the State of California License number P.I. 10905. I have been so licensed for twenty five years. I am a Naturalized American Citizen.
I am experienced in all types of Investigation, both Civil and Criminal, having spent twenty years in the British Police, serving as a Detective Sergeant at New Scotland Yard. In the interest of our Country I have been assisting with research and investigation wherever necessary.

2. During the course of the work that I was doing in the latter part of 2008, regarding the activities and qualifications of Mr. Obama, I have compiled a record of all of the addresses in regards to which I have seen the use of his name. The records and databases which I use are many and varied having been accumulated for many different reasons but all are Public Record and the documents I have used are available to the General Public with, or without the payment of fees.

3. On January 2, 2009 I forwarded to Doctor Taitz a complete list of my efforts to that time. A true and complete copy of that document accompanies this document attached and marked "Exhibit A".

4. On July 6, 2009, I forwarded to Doctor Taitz an updated version of that list, accurate as of that date and having been updated, by me, during the weekend of July 4th and 5th

2009. A true and complete copy of that document accompanies this document attached and marked "Exhibit B"

SUBSCRIBED AND SWORN TO )

BEFORE ME, on the )

6th day of July, 2009 )

)

)

See Attached )

NOTARY PUBLIC ) Neil SANKEY

My Commission expires: _____ )

## CALIFORNIA JURAT WITH AFFIANT STATEMENT

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)



_____     _____
Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

State of California

County of Ventura

Subscribed and sworn to (or affirmed) before me on this

6th day of July, 20 09, by

(1) Neil Sankey,
Name(s) of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (✗)

(and

(2)_____
Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____

Signature of Notary Public

**MARIAN GORMAN**
Commission # 1838491
Notary Public - California
Ventura County
My Comm. Expires Mar 25, 2013

Place Notary Seal Above

——————————— OPTIONAL ———————————

*Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: Affidavit

Document Date: 7/6/09     Number of Pages: N/a

Signer(s) Other Than Named Above: N/a



RIGHT THUMBPRINT
OF SIGNER #1
Top of thumb here



RIGHT THUMBPRINT
OF SIGNER #2
Top of thumb here

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address - **111 S KING ST**
City, State, Zip - **HONOLULU HI 96813-3504**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **514-03-xxxx**
Age - **73**
Date of Birth - **Mar 23, 1918**
Deceased - **Yes**
Date Record Verified - **Jan 90**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address -
City, State, Zip - **HONOLULU HI 96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **514-03-xxxx**
Age - **73**
Date of Birth - **Mar 23, 1918**
Deceased - **Yes**
Date Record Verified - **Feb 92**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address -
City, State, Zip - **HONOLULU HI 96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Nov 95**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address - **1617 S BERETANIA ST APT 100**
City, State, Zip - **HONOLULU HI 96826-1106**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **514-03-xxxx**
Age - **73**
Date of Birth - **Mar 23, 1918**

Deceased - **Yes**
Date Record Verified - **Jan 95 - Jan 96**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address - **5578B M APT 37**
City, State, Zip - **GRAWN MI 49637**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **557-31-xxxx**
Age - **46**
Date of Birth - **1963**
Deceased - **No**
Date Record Verified - **May 97**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **1512 SPRECKELS ST APT 402**
City, State, Zip - **HONOLULU HI 96822-4660**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Jan 87**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **1617 S BERETANIA ST APT 1008**
City, State, Zip - **HONOLULU HI 96826-1112**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Mar 87 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **C O MADELYN DUNHAM**
City, State, Zip - **HONOLULU HI 96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -

Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Oct 95**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **8 WEST ST APT 4**
City, State, Zip - **NEW YORK NY 10004-1001**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Oct 94 - Jan 95**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **235 E 40TH ST APT 8F**
City, State, Zip - **NEW YORK NY 10016-1747**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **1512 S**
City, State, Zip - **HONOLULU HI 96822**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 90 - Dec 91**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **1512 SPRECKELS ST STE E402**
City, State, Zip - **HONOLULU HI 96822-4658**

Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 92**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **1617 S BERETANIA ST APT 1008**
City, State, Zip - **HONOLULU HI 96826-1112**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **67**
Date of Birth - **1942**
Deceased - **No**
Date Record Verified - **Mar 87 - Aug 07**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **C O MADELYN DUNHAM**
City, State, Zip - **HONOLULU HI 96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **67**
Date of Birth - **1942**
Deceased - **No**
Date Record Verified - **Oct 95**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **8 WEST ST APT 4**
City, State, Zip - **NEW YORK NY 10004-1001**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **67**
Date of Birth - **1942**
Deceased - **No**
Date Record Verified - **Oct 94 - Jan 95**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **235 E 40TH ST**
City, State, Zip - **NEW YORK NY 10016-1744**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **67**
Date of Birth - **1942**

Deceased - **No**
Date Record Verified - **Apr 93**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAC**
Street Address - **3 MULTIPLE ST**
City, State, Zip - **DENVER CO 80207**
Probable Current Address - **No**
Telephone - **303-451-8454 - MDT**
Telephone Accountholder -
Social Security - **156-42-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **1 PENNSYLVANNIA**
City, State, Zip - **BEVERLY HILLS CA 90210**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 09 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **355 POMELO AVE**
City, State, Zip - **BREA CA 92821-4129**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **537-36-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **123 WHITE HOUSE**
City, State, Zip - **IRVINE CA 92618**
Probable Current Address - **No**

Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Jun 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **3535 OLIVE ST**
City, State, Zip - **DENVER CO 80207-1523**
Probable Current Address - **No**
Telephone - **303-222-5673 - MDT**
Telephone Accountholder -
Social Security - **456-73-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 08 - Jan 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **40 TRANSFER ST**
City, State, Zip - **DENVER CO 80207**
Probable Current Address - **No**
Telephone - **303-545-0199 - MDT**
Telephone Accountholder -
Social Security - **011-23-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 07 - Mar 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **1 WASHINGTON RIDGE RD**
City, State, Zip - **NEW MILFORD CT 06776-2248**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **1400 PENNSYLVANIA AVE SE**
City, State, Zip - **WASHINGTON DC 20003-3029**
Probable Current Address - **No**
Telephone -

Telephone Accountholder -
Social Security - **201-67-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 09 - Jul 09**
********************************************************************************

Name - **OBAMA, BARACK**
Street Address - **1600 PENN AVE NW**
City, State, Zip - **WASHINGTON DC 20007**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
********************************************************************************

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **10 OHIO AVE**
City, State, Zip - **WASHINGTON DC 20059-0001**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
********************************************************************************

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **1600 PENNSYLVANIA AVE NW**
City, State, Zip - **WASHINGTON DC 20500-0003**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
********************************************************************************

Name - **OBAMA, BARACK**
Street Address - **713 HART SENATE**
City, State, Zip - **WASHINGTON DC 20510-0001**
Probable Current Address - **No**
Telephone -

Telephone Accountholder -
Social Security - **282-80-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Nov 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **15 A 1A**
City, State, Zip - **MANALAPAN FL 33462**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 08 - May 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **APPLE ST**
City, State, Zip - **MELBOURNE FL 32940**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **762-41-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **1603 RUCKER RD**
City, State, Zip - **ALPHARETTA GA 30004-1435**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **579-02-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **CNN LIVE**
City, State, Zip - **ATLANTA GA 30303**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **189-16-xxxx**

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **1305 LEE RD**
City, State, Zip - **COLUMBUS GA 31904**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 09 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **505 FARR RD APT C**
City, State, Zip - **COLUMBUS GA 31907-6275**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **420-67-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 08 - Mar 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **505 FARR RD APT C**
City, State, Zip - **COLUMBUS GA 31907-6275**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **423-29-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **559 W GOLF RD**
City, State, Zip - **ARLINGTON HEIGHTS IL 60005-3904**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Sep 08 - Jan 09**
*********************************************************************************

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **14 W ERIE ST**
City, State, Zip - **CHICAGO IL 60610-5397**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 05 - Jan 06**
*********************************************************************************

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **5450 1 EAST VIEW PARK S**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 05**
*********************************************************************************

Name - **OBAMA, BARACK**
Street Address - **10131 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **217-782-5338 - CDT**
Telephone Accountholder -
Social Security - **364-03-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**
*********************************************************************************

Name - **OBAMA, BARACK**
Street Address - **10131 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **773-363-1996 - CDT**
Telephone Accountholder -
Social Security - **364-03-xxxx**
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**
∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗

Name - **OBAMA, BARACK**
Street Address - **10131/2 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **217-782-5338 - CDT**
Telephone Accountholder -
Social Security - **364-03-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**
∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗

Name - **OBAMA, BARACK**
Street Address - **10131/2 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **773-363-1996 - CDT**
Telephone Accountholder -
Social Security - **364-03-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**
∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **5450 S EAST VIEW PARK APT 1**
City, State, Zip - **CHICAGO IL 60615-5916**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 02 - May 05**
∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **5046 S GREENWOOD AVE**
City, State, Zip - **CHICAGO IL 60615-2806**
Probable Current Address - **Yes**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Jun 05 - May 09**
∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **5046 S GREENWOOD AVE**
City, State, Zip - **CHICAGO IL 60615-2806**
Probable Current Address - **No**
Telephone - **773-684-4809 - CDT**
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 05 - May 09**
∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗

Name - **OBAMA, BARACK**
Street Address - **6102 W GIDDINGS ST 1W**
City, State, Zip - **CHICAGO IL 60630-2930**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jul 09**
∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **6102 W GIDDINGS ST APT 1**
City, State, Zip - **CHICAGO IL 60630-2930**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09**
∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗

Name - **OBAMA, BARACK**
Street Address - **6102 W GIDDINGS ST 1W**
City, State, Zip - **CHICAGO IL 60630-2930**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
********************************************************************************

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **7436 S EUCLID AVE**
City, State, Zip - **CHICAGO IL 60649-3626**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 93**
********************************************************************************

Name - **OBAMA, BARACK**
Street Address - **567 WESTLY N**
City, State, Zip - **MOUNT PROSPECT IL 60056**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Feb 09**
********************************************************************************

Name - **OBAMA, BARACK**
Street Address - **610 E OLD WILLOW RD**
City, State, Zip - **PROSPECT HEIGHTS IL 60070-1913**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 06 - Apr 07**
********************************************************************************

Name - **OBAMA, BARACK**
Street Address - **56 THORNTON RD**
City, State, Zip - **NEEDHAM MA 02492-4330**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**

Date Record Verified - **Jul 08 - Nov 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **1 MAIN ST**
City, State, Zip - **WESTFORD MA 01886-2550**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **3660 RUE FORET APT 191**
City, State, Zip - **FLINT MI 48532-2852**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **123 MAIN ST**
City, State, Zip - **LANSING MI 48910**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 07 - Jul 07**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **4322 VALLEY DR NW**
City, State, Zip - **ROCHESTER MN 55901-6691**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **23**
Date of Birth - **Sep 11, 1985**
Deceased - **No**
Date Record Verified -

**********************************************************************************

Name - **OBAMA, BARACK**
Street Address - **83775 BATES RD**
City, State, Zip - **JACKSON NJ 08527**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **485-40-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Aug 08**
**********************************************************************************

Name - **OBAMA, BARACK**
Street Address - **5315 GORNIAK DR**
City, State, Zip - **PARLIN NJ 08859-1315**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 09 - Jul 09**
**********************************************************************************

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **107 RAVENS CREST DR E**
City, State, Zip - **PLAINSBORO NJ 08536-2488**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
**********************************************************************************

Name - **OBAMA, BARACK**
Street Address - **625 WREN CT**
City, State, Zip - **W HEMPSTEAD NY 11552-3815**
Probable Current Address - **Yes**
Telephone - **516-505-2359 - EDT**
Telephone Accountholder - **OBAMA BARACK**
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified -
**********************************************************************************

Name - **OBAMA, BARACK**
Street Address - **810 E 13TH AVE**
City, State, Zip - **EUGENE OR 97401-3742**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08 - Dec 08**
*****************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **218 FLYERS PKWY**
City, State, Zip - **PHILADELPHIA PA 19102**
Probable Current Address - **No**
Telephone - **770-404-4044**
Telephone Accountholder -
Social Security - **410-00-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Aug 08**
*****************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **918 BAINBRIDGE ST**
City, State, Zip - **PHILADELPHIA PA 19147**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 07 - Aug 07**


*****************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **505 CATHARINE ST**
City, State, Zip - **PHILADELPHIA PA 19147-3009**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**

Date Record Verified - **Apr 07**
********************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **123 MAIN ST**
City, State, Zip - **CHARLESTON SC 29464**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
********************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **4034 BRICK CHURCH PIKE**
City, State, Zip - **NASHVILLE TN 37207-1515**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **427-45-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - May 09**
********************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **1000 NW 33 AVE**
City, State, Zip - **FORT WORTH TX 76180**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **675-54-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Oct 08**
********************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **1000 33RD AVE NW**
City, State, Zip - **FORT WORTH TX 76180**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Aug 08**
********************************************************************************************

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **2129 LEMART ST**
City, State, Zip - **GRAND PRAIRIE TX 75051-4034**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Apr 09**
**************************************************************************

Name - **OBAMA, BARACK**
Street Address - **435 DALLAS AVE**
City, State, Zip - **LANCASTER TX 75146**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 08 - Nov 08**
**************************************************************************

Name - **OBAMA, BARACK**
Street Address - **110 N UNIVERSITY AVE**
City, State, Zip - **LUBBOCK TX 79415-2845**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
**************************************************************************

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **1464 CARRINGTON LN**
City, State, Zip - **CENTERVILLE UT 84014-1282**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Apr 09**
**************************************************************************

Name - **OBAMA, BARACK**
Street Address - **PO BOX 1236**
City, State, Zip - **PROVO UT 84603-1236**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **901-09-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 07 - Jan 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **111 WHITE HOUSE DR**
City, State, Zip - **SALT LAKE CTY UT 84115**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name – **OBAMA, BARACK**
Street Address - **111 PENNSYLVANIA AVE**
City, State, Zip - **WASHINGTON UT 84780**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **799-89-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 07 - Feb 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **8521 MIRANDA LN**
City, State, Zip - **WOODBRIDGE VA 22191**
Probable Current Address - **No**
Telephone –
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Apr 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**

Street Address - **OBAMA LN**
City, State, Zip - **FRANKLIN WI 53132**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Jun 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Street Address - **1212 RAINTREE DR**
City, State, Zip - **FORT COLLINS CO 80526-1871**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **1034 S BROAD ST**
City, State, Zip - **CARLINVILLE IL 62626-2122**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Apr 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **180 N LA SALLE ST APT 2200N**
City, State, Zip - **CHICAGO IL 60601-2501**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 07 - Jun 07**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**

Gender - **Male**
Street Address - **1440 E 52ND ST**
City, State, Zip - **CHICAGO IL 60615-4131**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **47**
Date of Birth - **Aug, 1961**
Deceased - **No**
Date Record Verified - **Apr 86**
***************************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5450 S EAST VIEW PARK APT 1**
City, State, Zip - **CHICAGO IL 60615-5916**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug, 1961**
Deceased - **No**
Date Record Verified -
***************************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5450 EASTVIEW PARK S APT 1**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug, 1961**
Deceased - **No**
Date Record Verified -
***************************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5429 S HARPER AVE APT 1N**
City, State, Zip - **CHICAGO IL 60615-5548**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified - **Oct 86**
***************************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5324 S KIMBARK AVE**
City, State, Zip - **CHICAGO IL 60615-5287**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - 47
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified - **Jun 88 - Dec 90**
********************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **N 1N**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - 47
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified - **Jan 88**
********************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **54501 SE VW**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **000-684-4809**
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - 47
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified -
********************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5450 E VIEW PARK APT 1**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**

Date Record Verified -
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **54501 SE VIEW PARK**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified -
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **7436 S EUCLID**
City, State, Zip - **CHICAGO IL 60649**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug, 1961**
Deceased - **No**
Date Record Verified -
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **123 NOWHERE ST**
City, State, Zip - **VALPARAISO IN 46385**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **295 HARVARD ST # 1505**
City, State, Zip - **CAMBRIDGE MA 02139-2382**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -

Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
*******************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **365 BROADWAY APT B1**
City, State, Zip - **SOMERVILLE MA 02145-2440**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified -
*******************************************************************************

Name - **OBAMA, BARACK H**
Street Address - **4085 JACOBS LNDG**
City, State, Zip - **SAINT CHARLES MO 63304-7495**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **999-88-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - May 09**
*******************************************************************************

Name - **OBAMA, BARACK H**
Street Address - **1322 MAIN ST**
City, State, Zip - **TRENTON MO 64683-1825**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jul 09**
*******************************************************************************

Name - **OBAMA, BARACK H**
Street Address - **123 ANYSTREET**
City, State, Zip - **DALLAS TX 75254**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Mar 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **300 MASSACHUSETTS AVE NW**
City, State, Zip - **WASHINGTON DC 20001-2629**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 05**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **180 N LA SALLE ST STE 2200**
City, State, Zip - **CHICAGO IL 60601-2610**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 07 - Jun 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **5450 S EAST VIEW PARK # 1**
City, State, Zip - **CHICAGO IL 60615-5916**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 02 - Jul 06**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **5046 S GREENWOOD AVE**
City, State, Zip - **CHICAGO IL 60615-2806**
Probable Current Address - **Yes**
Telephone -
Telephone Accountholder -
Social Security -

Age -
Date of Birth -
Deceased - No
Date Record Verified - Jun 05
*********************************************************************************************

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **5046 S GREENWOOD AVE**
City, State, Zip - **CHICAGO IL 60615-2806**
Probable Current Address - No
Telephone - **773-684-4809** - CDT
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - No
Date Record Verified - Jun 05
*********************************************************************************************

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **54501 E VIEW PARK S**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - No
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - No
Date Record Verified - **Jun 97 - Aug 04**
*********************************************************************************************

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **PO BOX 49798**
City, State, Zip - **CHICAGO IL 60649**
Probable Current Address - No
Telephone - **773-684-4809** - CDT
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - No
Date Record Verified - Sep 99
*********************************************************************************************

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **365 BROADWAY APT B1**
City, State, Zip - **SOMERVILLE MA 02145-2440**
Probable Current Address - No
Telephone -

Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **119**
Date of Birth - **1890**
Deceased - **No**
Date Record Verified -
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BARACK J SR**
Street Address - **225 ROBINSON S**
City, State, Zip - **STRATFORD TX 79084**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BARACK OBAM**
Street Address - **5131 RFD**
City, State, Zip - **LONG GROVE IL 60047**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 09 - Jul 09**
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BARACK USSEN**
Street Address - **1911 52ND AVE**
City, State, Zip - **MOLINE IL 61265-6381**
Probable Current Address - **Yes**
Telephone - **309-736-1217 - CDT**
Telephone Accountholder - **OBAMA BARACK USSEN**
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified -
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BARAK**
Street Address - **1619 S BENTLEY AVE**
City, State, Zip - **LOS ANGELES CA 90025-3586**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Apr 09**
*************************************************************************************

Name - **OBAMA, BARAK**
Street Address - **1009 DIGITAL HWY**
City, State, Zip - **LOS ANGELES CA 90045**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **999-61-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 05 - Apr 06**
*************************************************************************************

Name - **OBAMA, BARAK**
Street Address - **1680 VIDEO DR**
City, State, Zip - **LOS ANGELES CA 90045**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **999-99-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 05 - Mar 06**
*************************************************************************************

Name - **OBAMA, BARAK**
Street Address - **3600 ONEIDA ST**
City, State, Zip - **DENVER CO 80207-1532**
Probable Current Address - **No**
Telephone - **303-698-7659 - MDT**
Telephone Accountholder -
Social Security - **365-98-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
*************************************************************************************

Name - **OBAMA, BARAK**
Street Address - **40 TRANSFER ST**
City, State, Zip - **DENVER CO 80207**
Probable Current Address - **No**
Telephone - **303-231-4876 - MDT**
Telephone Accountholder -
Social Security -
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Nov 07 - Mar 08**
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BARAK**
Street Address - **22 SCOTT RD**
City, State, Zip - **SOUTHINGTON CT 06489**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08**


••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BARAK**
Street Address - **123 SOUTH DR**
City, State, Zip - **MIAMI SPRINGS FL 33166-5921**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **606-34-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08 - May 09**
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BARAK**
Street Address - **258 WHITE HOUSE RD**
City, State, Zip - **GERMANTOWN MD 20872**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BARAK**
Street Address - **348 6TH ST**
City, State, Zip - **SOUTH AMBOY NJ 08879-1251**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -

Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Gender - **Male**
Street Address - **3531 PROSPECT AVE**
City, State, Zip - **SHADYSIDE OH 43947-1143**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 09 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **1835 AUGUSTA DR**
City, State, Zip - **JAMISON PA 18929-1085**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **18**
Date of Birth - **Feb 12, 1991**
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **2700 ARDMORE ST**
City, State, Zip - **SWISSVALE PA 15218**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **262-55-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **1234 PIPER LN**
City, State, Zip - **MANASSAS VA 20109**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **703-78-xxxx**
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Jan 09 - May 09**
******************************************************************************

Name - **OBAMA, BARAK**
Street Address - **1234 HAPPY ST SE**
City, State, Zip - **COVINGTON WA 98042**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-22-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
******************************************************************************

Name - **OBAMA, BARAK H**
Street Address - **22 CREEK RD APT 27**
City, State, Zip - **IRVINE CA 92604-4760**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **468-56-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 09 - Jun 09**
******************************************************************************

Name - **OBAMA, BARAK H**
Street Address - **2 RETRIEVER CT**
City, State, Zip - **COLUMBUS GA 31909-4815**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **256-65-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Jun 09**
******************************************************************************

Name - **OBAMA, BARAK QUINCY**
Street Address - **523 S EDGEWOOD AVE**
City, State, Zip - **LA GRANGE IL 60525-6132**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 04 - Dec 04**

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BARAKE**
Street Address - **1313 LANE**
City, State, Zip - **BOCA RATON FL 33433**
*Probable Current Address - No*
Telephone -
Telephone Accountholder -
Social Security - **123-45-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - Feb 08 - Aug 08
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BARAQ H**
Street Address - **14300 NE 18TH ST**
City, State, Zip - **VANCOUVER WA 98684-7807**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 08 - Jul 08**
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BARAQ H**
Street Address - **143NE 18TH ST**
City, State, Zip - **VANCOUVER WA 98684**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 08**
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BARBARA**
Street Address - **506 605TH AVE**
City, State, Zip - **AURORA IL 60506**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - Sep 04 - Jan 05
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BAROK**
Street Address - **5290 BARRINGTON RD**
City, State, Zip - **BARRINGTON IL 60192**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 06 - Aug 06**
*********************************************************************************

Name - **OBAMA, BAROK E**
Street Address - **535 WISCONSIN**
City, State, Zip - **CHEVY CHASE MD 20815**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 06 - Feb 07**
*********************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **HOME**
City, State, Zip - **WESTMINSTER CA 92683**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 09 - Jul 09**
*********************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **123 VILLAGE DR**
City, State, Zip - **SHELTON CT 06484-1732**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
*********************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **1420 PENNSYLVANIA AVE SE**

City, State, Zip - **WASHINGTON DC 20003-3029**
Probable Current Address - **No**
Telephone - **202-548-2817 - EDT**
Telephone Accountholder -
Social Security -
Age - **19**
Date of Birth - **Mar 02, 1990**
Deceased - **No**
Date Record Verified -
∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗

Name - **OBAMA, BARRACK**
Gender - **Male**
Street Address - **142354 JSDJDSNFC**
City, State, Zip - **APOPKA FL 32712**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **456-55-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 09 - May 09**
∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗

Name - **OBAMA, BARRACK**
Street Address - **1601 S BAYSHORE DR**
City, State, Zip - **MIAMI FL 33133-4201**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **18**
Date of Birth - **Mar 04, 1991**
Deceased - **No**
Date Record Verified -
∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗

Name - **OBAMA, BARRACK**
Street Address - **916 EATON CT**
City, State, Zip - **LAKE VILLA IL 60046-5040**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 08 - Nov 08**
∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗

Name - **OBAMA, BARRACK**
Street Address - **1234 MAIN**
City, State, Zip - **ATTICA NY 14011**

Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - .
Age -                    :
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BARRACK**
Street Address - **123 MAIN ST**
City, State, Zip - **COLUMBUS OH 43207**
Probable Current Address - **No**
Telephone -                  ,
Telephone Accountholder -
Social Security - **245-85-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08 - Feb 09**
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BARRACK**
Street Address - **12 BRIAN ROBERTS LN**
City, State, Zip - **PHILADELPHIA PA 19102**
Probable Current Address - **No**
Telephone -           .
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BARRACK**
Street Address - **2323 ARISTOTLE CT**
City, State, Zip - **FAIRFAX VA 22030**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **703-59-xxxx**
Age -
Date of Birth -
Deceased - **No** .
Date Record Verified - **Oct 08 - Feb 09**
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BARRACK B**
Gender - **Male**
Street Address - **485 KIMBALL CROSSING DR**
City, State, Zip - **JASPER TN 37347-5650**
Probable Current Address - **No**

Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - No
Date Record Verified - **Mar 09 - Jun 09**
*******************************************************************************

Name - **OBAMA, BARRACK H**
Gender - **Male**
Street Address - **123 MAGNOLIA AVE**
City, State, Zip - **RIVERSIDE CA 92887**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
*******************************************************************************

Name - **OBAMA, BARRAK**
Street Address - **611 N CAPITOL AVE**
City, State, Zip - **INDIANAPOLIS IN 46204-1205**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **264-87-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Jun 09**
*******************************************************************************

Name - **OBAMA, BARRAK W JR**
Street Address - **1001 SE 135TH AVE**
City, State, Zip - **PORTLAND OR 97233-1924**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
*******************************************************************************

Name - **OBAMA, BARROK**
Street Address - **363 NOTLEM ST**
City, State, Zip - **FORT PIERCE FL 34982-7358**
Probable Current Address - **No**
Telephone -

Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08 - Dec 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARROK O**
Street Address - **123 EAST LN**
City, State, Zip - **LAKE BARRINGTON IL 60010-1939**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 06 - Aug 06**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRY**
Street Address - **5003 OAK HILL DR**
City, State, Zip - **WINTER PARK FL 32792-9253**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 08 - Oct 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRY M**
Gender - **Male**
Street Address - **1923 WASHINGTON ST**
City, State, Zip - **ASHEVILLE NC 28803**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BATOCK**
Street Address - **123 MAIN ST**
City, State, Zip - **NORTH CHICAGO IL 60064**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -

Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Feb 09**
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BENEDICTO**
Street Address - **8870 ROYAL MANOR DR**
City, State, Zip - **ALLISON PARK PA 15101-4712**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BERTRAND H**
Gender - **Male**
Street Address - **11235 OAK LEAF DR APT 1720**
City, State, Zip - **SILVER SPRING MD 20901-1318**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **578-11-xxxx**
Age - **44**
Date of Birth - **Jan, 1965**
Deceased - **No**
Date Record Verified - **Dec 95 - Feb 06**
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BERTRAND H OBANG**
Gender - **Male**
Street Address - **11235 OAK LEAF 1720 DR**
City, State, Zip - **SILVER SPRING MD 20901**
Probable Current Address - **No**
Telephone - **301-345-0961 - EDT**
Telephone Accountholder -
Social Security - **578-11-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 97 - May 04**
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BERTRAND O**
Gender - **Male**
Street Address - **11235 OAK LEAF DR APT 1720**
City, State, Zip - **SILVER SPRING MD 20901-1306**
Probable Current Address - **No**
Telephone -

Telephone Accountholder –
Social Security – **578-11-xxxx**
Age – **45**
Date of Birth – **1964**
Deceased – **No**
Date Record Verified –
******************************************************************************

Name – **OBAMA, BETTY**
Street Address – **123 MOHEGAN AVE**
City, State, Zip – **NORTH BRANFORD CT 06471**
Probable Current Address – **No**
Telephone –
Telephone Accountholder –
Social Security –
Age –
Date of Birth –
Deceased – **No**
Date Record Verified – **Apr 08 – Aug 08**
******************************************************************************

Name – **OBAMA, BILLY**
Street Address – **10 7TH ST APT 714**
City, State, Zip – **BUFFALO NY 14201-2214**
Probable Current Address – **No**
Telephone –
Telephone Accountholder –
Social Security –
Age –
Date of Birth –
Deceased – **No**
Date Record Verified – **Mar 09 – Jul 09**
******************************************************************************

Name – **OBAMA, BINLAD SR**
Street Address – **20823 BRYANT ST**
City, State, Zip – **WINNETKA CA 91306-1214**
Probable Current Address – **No**
Telephone –
Telephone Accountholder –
Social Security –
Age –
Date of Birth –
Deceased – **No**
Date Record Verified – **May 09 – Jul 09**
******************************************************************************

Name – **OBAMA, BO**
Street Address – **7363 THOMAS**
City, State, Zip – **MANASSAS VA 20109**
Probable Current Address – **No**
Telephone –
Telephone Accountholder –
Social Security –

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BOB**
Street Address - **12 JACKSON AVE**
City, State, Zip - **WEST HARTFORD CT 06110-1013**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 09 - Jul 09**
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BOB**
Street Address - **4258 FAIRMONT DR**
City, State, Zip - **NAPERVILLE IL 60564**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 08 - Jan 09**
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BOB A**
Street Address - **5719 CANAL N # 4**
City, State, Zip - **SPOKANE WA 99216**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **468-31-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - May 09**
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - **OBAMA, BORACK**
Street Address - **222 20TH ST**
City, State, Zip - **SAN DIEGO CA 92102-3812**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **560-11-xxxx**
Age -
Date of Birth -

Deceased - No
Date Record Verified - Jan 08 - May 08
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - OBAMA, BORACK
Street Address - 1966 BROADWAY ST NE
City, State, Zip - SALEM OR 97301-8336
Probable Current Address - No
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - No
Date Record Verified - May 08 - Sep 08
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - OBAMA, BORAK
Street Address - 3112 1 2 ST
City, State, Zip - SAINT AUGUSTINE FL 32080
Probable Current Address - No
Telephone -
Telephone Accountholder -
Social Security - 213-47-xxxx
Age -
Date of Birth -
Deceased - No
Date Record Verified - Mar 08 - Dec 08

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - OBAMA, BORAK
Street Address - 1213 W MAIN ST
City, State, Zip - FORT WAYNE IN 46808-3334
Probable Current Address - No
Telephone - 260-456-9874 - EDT
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - No
Date Record Verified - Oct 08 - Feb 09
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Name - OBAMA, BRACK
Street Address - WHITE HOUSE
City, State, Zip - BALTIMORE MD 21454
Probable Current Address - No
Telephone -
Telephone Accountholder -
Social Security - 410-67-xxxx

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08**
************************************************************************************************

Name - **OBAMA, BRIANNA**
Street Address - **2612 MALDEN DR**
City, State, Zip - **NASHVILLE TN 37210-5434**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
************************************************************************************************

Name - **OBAMA, BURAK**
Street Address - **16330 BRIDGEWALK DR**
City, State, Zip - **LITHIA FL 33547-4800**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **18**
Date of Birth - **Jan 18, 1991**
Deceased - **No**
Date Record Verified -

Courts for the District of Columbia
Clerk, U.S. District & Bankruptcy
FEB 1 6 2011
**FILED**

11 0402

# Exhibit 3

**Dr. Orly Taitz, Esq**
**29839 Santa Margarita Parkway, STE 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
E-Mail: dr_taitz@yahoo.com

UNITED STTES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Dr. Orly Taitz, Esquire, Pro Se, | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | Civil Action. |
| \ | ) | |
| | ) | |
| Barrack Hussein Obama, | ) | |
| Defendant | ) | |

### Affidavit of John N. Sampson

1.    My name is John N. Sampson. I am over 18 years of age, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2.    I am a citizen of the United States of America, I am 58 years old, and was born in Jackson Heights, Queens, New York and raised in the State of New York

3.    I am the Chief Executive Officer, Owner, and Operator, of CSI Consulting and Investigations LLC, a consulting and private investigative firm registered with the Secretary of State of Colorado as a Limited Liability Company pursuant to the laws of the State of Colorado The company was formed in the State of Colorado on January 2, 2009 and is in good standing with the Secretary of State of Colorado. Colorado does not have any licensing requirements or provisions for private investigators.

4.    I have personal knowledge of all of the facts and circumstances described herein below and will testify in open court to all of the same.

5.    On, or about, November 16, 2009, Orly Taitz, the attorney who is prosecuting the above captioned matter, requested that I access LocatePlus, a commercial database that I subscribe to,

which is located in the State of Massachusetts, and with whom I have a user agreement, and requested that I obtain any and all legally available information relating to U.S Social Security number 042-68-~~4425~~

6    On, or about, November 16, 2009, pursuant to the aforementioned request by Orly Taitz, I requested from LocatePlus. any and all legally obtainable information relating to SSN 042-68-~~4425~~

7.    As a result of this inquiry, I came to learn that Plaintiff Barrack Hussein Obama, has used this Social Security number since at least from June 1, 1986 to present. A detailed report was generated showing family relationships, past residence history, real property owned by Mr. Obama, and other detailed information to include, but not limited to, driver's license information, telephone numbers associated with Mr. Obama, and people possibly related to Mr. Obama.

8.    This information was obtained pursuant to a legitimate and permissible search under the user agreement I have with LocatePlus This request was made in connection with a pending civil action, which is one of the expressed permissible purposes to conduct such an inquiry through LocatePlus, as well as a possible criminal violation of United States law, and possible fraud.

9    As a result of this search and the results that were obtained, on or about November 17, 2009, I accessed a public access database named "SSN Validator" at http://www.ssnvalidator.com/. The information this site provided me was that SSN 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 was issued by the Social Security Administration based upon an application filed for a Social Security Number in the State of Connecticut between the years 1976 and 1977.

10.    Based upon information and belief, Plaintiff Barrack Hussein Obama has never had a direct connection with the State of Connecticut and has never claimed residency in the State of Connecticut.

11.    I am a recently retired Senior Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (DHS ICE) having retired on August 30, 2008.

12.    As a result of my formal training as an immigration officer, conducted at the Federal Law Enforcement Training Center (FLETC), located in Brunswick, Georgia, and advanced training received at FLETC in Artesia, New Mexico and elsewhere during my 27 year career, as well as my professional experience spanning 27 years of federal law enforcement, it is my knowledge and belief that Social Security Numbers can only be applied for in the State in which the applicant habitually resides and has their official residence.

13.    During the period between January 1, 1976 and December 31, 1977 inclusive, it is my knowledge and belief that Barrack Hussein Obama habitually resided solely within the State of Hawaii and was between the ages of 14 and 16 during the time period stated above. During that period of time, based upon information and belief, Mr. Obama resided with his maternal grandparents, Madelyn and Stanley Dunham in the State of Hawaii

14      On or about February 2, 2010, I received an email from a person identifying himself as "Jim Russo". Operations Manager for LocatePlus, 100 Cummings Center, Suite 235M, Beverly, MA. 01915. requesting that I contact him regarding my account

15      On or about February 3, 2010, I telephoned Mr. Russo at 978-921-2727, extension 319 and inquired as to why he wished to discuss my account  At that time, Mr Russo stated that LocatePlus had noticed I had conducted what he called a "celebrity political figure" inquiry and wanted to know why I had done so and which permissible reason pursuant to the user agreement I was under with LocatePlus pertained to my making my inquiry

16.     I told Mr. Russo that I was a private investigator in the State of Colorado, that I had been tasked by Dr Orly Taitz, an attorney in California who was prosecuting a civil suit involving Mr. Obama and that I had emails and other documentation that I could send him verifying that fact. Mr Russo stated that he would appreciate it if I would send that information to him which I did on or about February 3, 2010. He assured me at that time that if I were to provide this information to him it would resolve any "issues" LocatePlus may have regarding my inquiry into a "political celebrity".

17      In the email I sent to Mr Russo, I offered to have Dr. Taitz send him an email as well confirming the fact that I had been tasked by her to conduct this inquiry pursuant to a pending civil suit in the United States District Court for the Central District of California. He stated that he would like to receive such an email.

18.     On or about February 4, 2010, Dr. Orly Taitz, at my request, sent Mr Russo an email indicating that she had requested me, in connection with the pending civil suit in California against Mr. Obama, to conduct research through the commercial databases I habitually use as a private investigator, related to SSN 042-68-████.

19.     Numerous emails have been exchanged between me and Mr Russo due to the fact that as of February 2, 2010, my account with LocatePlus has been frozen and I can no longer access this database despite the fact that I responded to their inquiries and have provided evidence to them indicating that I had followed the user agreement we have entered into  I have repeatedly asked that my account be unlocked, unfrozen, and made available to me.

20.     Despite all of this, as of March 8, 2010, my account remains frozen and I am unable to conduct legitimate, legal database searches in connection with my business. As a result, I am being financially harmed, unable to conduct legal, lawful, legitimate investigations pursuant to law, and unable to provide to my clients, the services they have contracted with me to provide, thereby subjecting me to possible civil litigation for failing to provide contracted services.

21.     Based upon information and belief, misuse of a Social Security number is a direct violation of Title 42 United States Code, Section 408(a)(7)(B), which is a federal felony punishable under Title 18 United States Code by fine or imprisonment of up to five years, or both.

22.    I swear under the penalties of perjury that all the facts stated and circumstances described above are true and correct to the best of my knowledge and belief

23    I have not been compensated for making this affidavit

Further, Affiant sayeth not

Signed and executed in Aurora, Colorado on this 8 day of March, 2010.

By_____
John N. Sampson

# Exhibit 4

11 0402

**FILED**

FEB 1 6 2011

**Clerk,** U.S. District & Bankruptcy
**Courts** for the District of Columbia



---------------- KEY INFORMATION ---------------- ▾

## Selective Service Record Search Results

### Search Criteria

**Last Name:** *obama*
**Social Security Number:** *** - ** - *4425*
**Date of Birth:** *08/04/1961*

### Matched Record

**Selective Service Number:**
61-1125539-1

**Date of Registration**
9/4/1980

To obtain written proof of Selective Service registration CLICK HERE and follow the
instructions on our "Registration Information" page

| New Search ? |

**FAQs**

# Exhibit 5

11 0402

**FILED**

FEB 1 6 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia



United States Department of State

*Washington, D.C. 20520*

## JUL 2 9 2010

In reply refer to:
CA/PPT/L/LE – Case Control Number: 200807238

Christopher E. Strunk
593 Vanderbilt Avenue, #281
Brooklyn, NY 11238

Dear Mr. Strunk:

The following is in response to your request to the Department of State, dated November 22, 2008, requesting the release of material under the provisions of the Freedom of Information Act (5 U.S.C. § 552).

We have completed a search for records responsive to your request. The search resulted in the retrieval of six documents that are responsive to your request. After careful review of these documents, we have determined that all six documents may be released in full.

We did not locate a 1965 passport application referenced in an application for amendment of passport that is included in the released documents. Many passport applications and other non-vital records from that period were destroyed during the 1980s in accordance with guidance from the General Services Administration.

Passport records typically consist of applications for United States passports and supporting evidence of United States citizenship. Passport records do not include evidence of travel such as entrance/exit stamps, visas, residence permits, etc., since this information is entered into the passport book after issuance.

This completes the processing of your request.

Sincerely,

Jonathan M. Rolbin, Director
Office of Legal Affairs and Law Enforcement Liaison
Bureau of Consular Affairs
Passport Services

Enclosures:
As stated

P1

FORM APPROVED
BUDGET BUREAU NO. 47-R117.5

**DEPARTMENT OF STATE**
FOREIGN SERVICE OF THE UNITED STATES OF AMERICA

**APPLICATION FOR**

☑ RENEWAL   ☐ AMENDMENT   ☐ EXTENSION
OF

☐ PASSPORT   ☐ CARD OF IDENTITY
☐ REGISTRATION   ☐ CERTIFICATE OF IDENTITY

Document No. _F 777788_   Date Issued _July 19 1965_

POST   Djakarta, Indonesia

☐ REFERRED TO DEPARTMENT FOR ACTION
☒ RENEWED (EXTENDED) TO _Jul.18,1970_
☐ AMENDED AS REQUESTED

$ _5.00_ FEE COLLECTED
☐ NO FEE COLLECTED

(PLEASE PRINT NAME IN FULL)
(FIRST NAME)   (MIDDLE NAME)   (LAST NAME)
I, _Stanley Ann Dunham Soetoro_ , a citizen of the United States, do hereby apply for the service indicated above. (If amendment, set forth details on REVERSE.)

DATE OF BIRTH (Month, day, year)   PLACE OF BIRTH
_Nov. 29,1942_   _Wichita, Kansas_

NOW RESIDING AT _Djakarta, Indonesia_

UNITED STATES RESIDENCE (Street address, city, county, state)

IN THE EVENT OF DEATH OR ACCIDENT NOTIFY (Name in full, relationship, street address, city, state)
_Stanley Armour Dunham, Bank of Hawaii, Honolulu_

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES?
IF THE ANSWER IS YES, EXPLAIN WHEN AND WHY

_NO_

| PROPOSED TRAVEL PLANS | IF RETURNING TO U. S. COMPLETE THE FOLLOWING |
|---|---|
| I INTEND TO RETURN TO THE UNITED STATES PERMANENTLY TO RESIDE WITHIN **Indefinite** YEARS MONTHS | PORT OF DEPARTURE |
| I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING PERIOD AND PURPOSE _INDEFINATE - MARRIED TO AN INDONESIAN CITIZEN_ | NAME OF SHIP OR AIRLINE |
| | DATE OF DEPARTURE |

I have not (and no other person included or to be included in the passport or documentation has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; voted in a political election in a foreign state or participated in an election or plebiscite to determine the sovereignty over foreign territory; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person included in the passport or documentation, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)

_Stanley Ann Dunham Soetoro_
(To be signed by Applicant)

Subscribed and Sworn to (affirmed) before me this _13th_ day of _August_ 13 , 19_68_

(SEAL)

Vice   Consul _____ of the United States at Djakarta, Indonesia _____ Wm. P. La Porta

(The Department will assume that the consular officer, forwarding the application for the Department's decision, is fully satisfied as to the applicant's identity unless a notation to the contrary is made.)

FORM FS-299
7-64

SOETORO (LAST NAME)

STANLEY (FIRST NAME)

ANN (MIDDLE NAME)

DUNHAM

TO BE PRINTED IN FULL

AMEND TO INCLUDE (EXCLUDE) (WIFE)(HUSBAND)

| NAME | BIRTHPLACE | BIRTHDATE |
|---|---|---|
| | | |

SPOUSE WAS PREVIOUSLY MARRIED TO

PREVIOUS MARRIAGE TERMINATED BY

[ ] DIVORCE   [ ] DEATH

NUMBER OF MY SPOUSE'S PREVIOUS PASSPORT  *1 N O O*

DISPOSITION OF MY SPOUSE'S PREVIOUS PASSPORT

[ ] ATTACHED   [ ] CANCELED _____
(DATE)

AMEND TO INCLUDE (EXCLUDE) CHILDREN

| NAMES | RESIDENCE | BIRTHPLACE | BIRTHDATE |
|---|---|---|---|
| Barack Hosein Obama (Sœbarkah) | | | |
| | | | |
| | | | |

AMEND TO READ IN MARRIED NAME

NAME

| DATE MARRIED | PLACE MARRIED | MARRIED TO |
|---|---|---|
| | | |

CITIZENSHIP OF HUSBAND

[ ] U. S. CITIZEN   [ ] ALIEN-CITIZEN OF _____

OTHER AMENDMENT(S) (DESCRIBE IN DETAIL ACTION REQUESTED)

DOCUMENTARY EVIDENCE SUBMITTED TO DEPARTMENT BY CONSULAR OFFICER

DOCUMENTARY EVIDENCE SEEN AND RETURNED TO APPLICANT BY CONSULAR OFFICER

STATEMENT OF ACTION BY POST UPON DEPARTMENT'S AUTHORIZATION (To be executed only in connection with cases referred to Dept.)

THE [ ] PASSPORT             [ ] RENEWED TO _____ DATE _____
     [ ] CARD OF IDENTITY   WAS    [ ] AMENDED AS REQUESTED
     [ ] CERTIFICATE              [ ] EXTENDED TO _____

AUTHORITY _____

*(Consul of the United States of America)*

| X (Photo required for inclusions) | X | OPINION OF CONSULAR OFFICER |
|---|---|---|

**STAPLE ONE PHOTO HERE
DO NOT MAR FACE**
The passport photos required must be approximately 2½ by 2½ inches in size; be on thin unglazed paper, show full front view of applicant with a plain, light background; and have been taken within 2 years of date submitted. When dependents are included they should be shown in a group photograph. The consul will not accept photos that are not a good likeness. Color photographs are acceptable.

Do not staple second photo. Attach loosely by paper clip.

(STAPLE HERE)    (STAPLE HERE)

*(Consul of the United States of America)*

FORM FS-299
7-64

In certain cases specific authorization by the Department will be required. In these cases an extra copy of the form should be prepared. Upon receipt of the Department's reply the extra copy should be transmitted with a notation of the action taken,

AVOID THE LAST ← (PLEASE TYPE OR PRINT) → DON'T PUT IT OFF
APPLY NOW

DEPARTMENT OF STATE
APPLICATION FOR PASSPORT BY MAIL

SERIES
C

DEPARTMENT OF STATE
HONOLULU HAWAII

SOETORO

Dunham
Maria

Kansas

Jan 14, 1972

INDONESIA



L. Ann Dunham Soetoro

JAN 4 '72  120023

FORM APPROVED
BUDGET BUREAU NO 47-R017

DEPARTMENT OF STATE
## REQUEST BY UNITED STATES NATIONAL FOR AND REPORT OF
## EXCEPTION TO SECTION 53.1, TITLE 22 OF THE CODE OF FEDERAL REGULATIONS

### REQUEST

I have been informed that my passport is not valid and that a valid passport is required by law to enter the United States. I request that an exception be granted to me, as provided in Section 53.2(h), Title 22 of the Code of Federal Regulations. I understand that a fee of $25 is required under Section 53.2(h) and I will remit such fee to the Passport Office, Department of State, Washington, D. C., 20524, within 30 days.

*Stanley Ann Dunham Soetoro* *(Signature)*

### REPORT - Pursuant to Section 215 of the Immigration and Nationality Act of 1952

To: Director, Passport Office
Department of State
Washington, D. C.  20524
Attn: PT/AC

### SUBJECT

| NAME | DESCRIPTION |
|---|---|
| STANLEY ANN SOETORO | 5'6"  Brown  Brown  135 lb. |

HOME ADDRESS  Djalan Taman Matraman 22 Pav., Djakarta, Indonesia
(Honolulu, 1617 South Beretania, c/o Stanley Dunham)    96814

| BIRTHDATE Nov. 29, 1942 | NATURALIZATION DATE N. A. | PASSPORT NO., DATE AND PLACE OF ISSUANCE F 777788  07-19-65  Honolulu, Hawaii |
|---|---|---|
| BIRTHPLACE Wichita, Kansas | | |

### DEPARTURE FROM UNITED STATES

| DATE AND PLACE OF DEPARTURE October 1967, Honolulu, Hawaii | DESTINATION Djakarta, Indonesia |
|---|---|
| FLIGHT NUMBER OR VESSEL | NAME OF CARRIER Japan Airlines |

### TRAVEL TO UNITED STATES

| DATE AND PLACE OF DEPARTURE FROM ABROAD October 20, 1971, Djakarta, Indonesia | IDENTITY DOCUMENTS PRESENTED Passport as shown above |
|---|---|
| FLIGHT NUMBER OR VESSEL PAA 812 | NAME OF CARRIER Pan American Airways |
| DATE AND PLACE OF ENTRY October 21, 1971, Honolulu, Hawaii | DESTINATION Honolulu, Hawaii |

### ACTION TAKEN

Identity and citizenship established.

Exception granted under 22 CFR 53.2(h).

OCT 21 1971 *(Inspector's Stamp)*

| PLACE (Immigration and Naturalization Service) HONOLULU, HAWAII | SIGNATURE (Immigration Officer) |
|---|---|

FORM FS-1373    Bill sent — 11/29/71

DEPARTMENT OF STATE
**APPLICATION FOR AMENDMENT OF PASSPORT**

FORM APPROVED   BUDGET BUREAU NO. 47-R059 B

(Passport Office Use Only)

Amend as shown in section:

☐ B   ☐ C   ☐ D   ☑ E   ☐ F

☐ Add visa pages

☐

**P3**

INSTRUCTIONS: All requests for inclusion of persons must be sworn to (or affirmed) before an Agent of the Department of State or Clerk of Court. Photographs, which meet the requirements below, and evidence of citizenship must be submitted for all persons to be included by this amendment. If such persons have had, or been included in, a previous passport, it should be submitted instead of other documents, and Section G completed.

**A**  PASSPORT NO. OF APPLICANT _____   DATE ISSUED _July 17, 19__

BIRTH CERTIFICATE(S) SEEN

CHILD(REN'S)   (WIFE'S)   (HUSBAND'S)

FILED SR CR CITY   FILED SR CR CITY

MARRIAGE CERT.   NAT'N. CERT.   ☐ OTHER

☒ S R   ☐ S R

MAIL PASSPORT TO

STREET _2234 University Ave_

CITY _Honolulu,_   STATE _Hawaii_   _96822_

IN CARE OF _____

(PLEASE PRINT NAME IN FULL)   (First name)   (Middle name)   (Last name)

I, _Stanley Ann Soetoro_, a citizen of the United States, do hereby request that my passport, which is enclosed, be amended as indicated below.

**B**  INCLUDE MY CHILD(REN), AS FOLLOWS: (Also complete Section H if child(ren) acquired citizenship by naturalization, and have not had a previous passport.)

| NAME IN FULL | PLACE OF BIRTH (City, State) | DATE OF BIRTH |
|---|---|---|
|  |  |  |
|  |  |  |

(Photo requirements for inclusion)

**STAPLE ONE PHOTO HERE**
**DO NOT MAR FACE**

Photos must be ONLY of persons to be included by this amendment. The two photos must be duplicates, approximately 2½ by 2½ inches in size, be on thin, unglazed paper with a plain, light background and have been taken within 2 years of date submitted. Photos should be front view, but not full-length, and may not be snapshot, Polaroid, acetate or film base prints. When more than 1 person is to be included, a group photo is required. Color photos are acceptable.

**DO NOT STAPLE SECOND PHOTO**
**ATTACH BY PAPER CLIP**

**C**  INCLUDE MY (WIFE) (HUSBAND), AS FOLLOWS: (Also complete Section H if (wife) (husband) acquired citizenship by naturalization, and/or Section I if wife was previously married before March 3, 1931.)

| (WIFE'S) (HUSBAND'S) FULL LEGAL NAME | PLACE OF BIRTH (City, State) |
|---|---|
|  |  |
| DATE OF BIRTH | DATE OF MARRIAGE |
|  |  |

**D**  EXCLUDE PERSONS, AS FOLLOWS:

☐ MY WIFE

☐ MY HUSBAND

☐ MY CHILDREN (Give name(s))

WHO IS/ARE

☐ TO APPLY FOR SEPARATE PASSPORT

☐ NOT TO ACCOMPANY

☐

**E**  CHANGE TO READ IN MARRIED NAME, AS FOLLOWS:

MARRIED NAME _Stanley Ann Soetoro_

PLACE OF MARRIAGE (City, State) _Molokai, Hawaii_   DATE OF MARRIAGE _3/15/65_

HUSBAND'S NAME IN FULL _Lolo Soetoro_   WHO IS ☐ A UNITED STATES CITIZEN ☑ A CITIZEN OF _Indonesia_

**F**  CHANGE TO READ AS FOLLOWS:

**G**  (CHILD(REN)'S) (WIFE'S) (HUSBAND'S) LAST U.S. PASSPORT

| NUMBER | DATE ISSUED |
|---|---|
| IN NAME OF | ☐ IS SUBMITTED HEREWITH |
|  | ☐ OTHER DISPOSITION (State) |

FORM DSP-19
7-64

(OVER)

PAGE 2

**H**   TO BE COMPLETED BY AN APPLICANT REQUESTING INCLUSION IN THE PASSPORT OF A RELATIVE WHO ACQUIRED CITIZENSHIP THROUGH NATURALIZATION

| MY       IMMIGRATED TO THE U. S. ON (Month, day, year) | ACQUIRED U. S. CITIZENSHIP ON (Month, day, year) | THROUGH THE NATURALIZATION OF |
|---|---|---|
| | | ☐ SELF    ☐ PARENT    ☐ FORMER HUSBAND |

| WHO WAS NATURALIZED BEFORE THE (Name of court) | LOCATED IN (City, State) |
|---|---|

AS SHOWN BY THE ACCOMPANYING CERTIFICATE OF NATURALIZATION NO.

**I**   TO BE COMPLETED BY AN APPLICANT WHOSE WIFE WAS PREVIOUSLY MARRIED BEFORE MARCH 3, 1931, AND WHO IS TO BE INCLUDED IN PASSPORT (If married more than twice, set forth facts in a supplemental statement)

| HER MAIDEN NAME WAS | DATE OF PREVIOUS MARRIAGE |
|---|---|
| NAME OF FORMER HUSBAND | PLACE OF PREVIOUS MARRIAGE |
| FORMER HUSBAND'S PLACE OF BIRTH | MARRIAGE WAS TERMINATED BY    ☐ DEATH    ☐ DIVORCE     DATE |

**J**   IN THE EVENT OF DEATH OR ACCIDENT NOTIFY

| NAME IN FULL | RELATIONSHIP | STREET ADDRESS, CITY, STATE |
|---|---|---|

**K**

I have not (and no other person included or to be included in the passport has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; voted in a political election in a foreign state or participated in an election or plebiscite to determine the sovereignty over foreign territory; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

*(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person included or to be included in the passport, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)*

I solemnly swear (affirm) that the statements herein made are true and that I have not previously asked to have these additional persons included in my passport; that they are not now in possession of valid passports, and that they have not made application for passports and been refused.

X     _____
*(Signature of Applicant)*

Subscribed and sworn to (affirmed) before me this _____ day of _____, 19 ____

_____
*(Agent, Department of State or Clerk of Court)*

FORM DSP 19
7-64

★ U S    RNMENT PRINTING OFFICE 1964 O - 702-926 (218)

(PLEASE PRINT OR TYPE - PENCIL NOT ACCEPTABLE)

For Department Decision

**DEPARTMENT OF STATE**

**APPLICATION FOR ☒ PASSPORT ☐ REGISTRATION**

Complete ALL entries in all sections that apply to you. If information is unknown, write "Unknown". Do not leave blank spaces. Use additional sheets where space provided is not adequate.

POST LOCATION **Jakarta, Indonesia**

POST ACTION

PASSPORT ISSUED

No. **22433100**

Date **June 2, 1976**

Expires **June 1, 1981**

REGISTRATION APPROVED

Date _____

Expires _____

CARD OF IDENTITY AND REG

No. _____

Date _____

☐ $3 fee collected (for card)

☐ 48-page passport

**A**

**TO BE COMPLETED BY ALL APPLICANTS**

(First name)  (Middle name)  (Last name)  **DUNHAM**

I **STANLEY ANN SOETORO**, a citizen of the United States, do hereby apply for (a passport) (registration)

☑ $3 Application fee collected

☐ $10 Fee collected

☐ No fee passport

☐ Official passport

DATE OF BIRTH  **11 29 42**

PLACE OF BIRTH (City, state/province, country) **WICHITA, KANSAS, USA**

MY LAST PASSPORT WAS OBTAINED FROM (Note: if included in another's passport, state name of bearer)

Location of Issuing Office **HONOLULU**   Date of Issuance **JAN. 4 1972**

HEIGHT **5 ft. 5½ in.**

COLOR OF HAIR **BROWN**   COLOR OF EYES **BROWN**   SOCIAL SECURITY NO. **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**

Number: C 030097   Bearer:

☑ Submitted herewith   ☐ Other disposition (state)

☐ Cancelled and returned

☐ Seen and returned

VISIBLE DISTINGUISHING MARKS **NONE**

OCCUPATION **GRAD. STUDENT**

NOW RESIDING AT **DJL. HADJI ROMLI 23 MENTENG DALAM, JAKARTA**

MY LAST REGISTRATION AS A CITIZEN OF THE UNITED STATES WAS APPROVED

Location of Registering Office   Date of Registration

PERMANENT RESIDENCE (Street address, city, state) (If same as above, **1617 S. BERETANIA, HONOLULU, HAWAII**

IN THE EVENT OF DEATH OR ACCIDENT NOTIFY (Name in full, relationship, street address, city, state) **STANLEY DUNHAM (FATHER) 1617 S. BERETANIA # 1008 HONOLULU H ZIP 96814**

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES? ☐ Yes ☑ No
IF ANSWER IS "YES", EXPLAIN WHEN AND WHY

**B**

**TO BE COMPLETED BY AN APPLICANT WHO BECAME A CITIZEN THROUGH NATURALIZATION**

I IMMIGRATED TO THE U.S. (Month, year)   I RESIDED CONTINUOUSLY IN THE U.S. From (Year) To (Year)

NATURALIZATION CERTIFICATE NO.
☐ Submitted herewith
☐ Seen and returned
☐ Previously submitted

PLACE NATURALIZED (City, state)   NATURALIZATION COURT   DATE NATURALIZED

**C**

**COMPLETE ONLY IF OTHERS ARE TO BE INCLUDED IN PASSPORT OR REGISTRATION AND SUBMIT GROUP PHOTOGRAPH**

(WIFE'S) (HUSBAND'S) FULL LEGAL NAME   ☐ NATIVE BORN ☐ NATURALIZED   NATURALIZATION CERTIFICATE NO. ☐ Seen and returned

PLACE NATURALIZED (City, state)   NATURALIZATION COURT   DATE NATURALIZED

(WIFE'S) (HUSBAND'S) PLACE OF BIRTH (City, State or Province, Country)   DATE OF BIRTH (Mo., Day Year)

| NAME IN FULL OF CHILDREN INCLUDED | PLACE OF BIRTH (City, state/province, country) | DATE OF BIRTH (Month, day, year) | RESIDED IN U.S. (From-To) |
|---|---|---|---|
| | | | |

**D**

**EVIDENCE OF PRIOR DOCUMENTATION OF ABOVE-NAMED PERSONS TO BE INCLUDED (For completion by Consular Office)**

| NAMES | PASSPORT NO. | DATE OF ISSUE | CANCELED OR OTHER DISPOSITION | DATE OF REGISTRATION OR BIRTH REPORT | LOCATION OF OFFICE |
|---|---|---|---|---|---|
| | | | | | |

**E**

OTHER EVIDENCE OF U.S. CITIZENSHIP PRESENTED (State disposition)

FORM FS-176
9-74

(OVER - YOU MUST COMPLETE PAGE 2)   FORM APPROVED   BUDGET BUREAU NO. 67-20012

FORM FS-175   9-74                                                                                          PAGE 2

| **F** FATHER'S NAME | FATHER'S PLACE OF BIRTH City, State, Province or Country | ☑ U.S. CITIZEN |
| STANLEY DUNHAM | WICHITA, KANSAS | ☐ NOT U.S. CITIZEN |

| DATE NATURALIZED | PLACE NATURALIZED (City, state) | |

| FATHER'S DATE OF BIRTH | ☐ FATHER DECEASED | FATHER RESIDED IN U.S |
| MARCH 23, 1918 | ☑ FATHER RESIDING AT HONOLULU, HI | From BIRTH To PRESENT |

| MOTHER'S MAIDEN NAME | MOTHER'S PLACE OF BIRTH City, State, Province or Country | ☑ U.S. CITIZEN |
| MADELYN PAYNE | PERU, KANSAS | ☐ NOT U.S. CITIZEN |

| DATE NATURALIZED | PLACE NATURALIZED (City, state) | |

| MOTHER'S DATE OF BIRTH | ☐ MOTHER DECEASED | MOTHER RESIDED IN U.S |
| OCT. 26, 1922 | ☑ MOTHER RESIDING AT HONOLULU, HI | From BIRTH To PRESENT |

**G**
☐ I WAS NEVER MARRIED
☑ I WAS LAST MARRIED ON (Date) MARCH 15, 1965    PRESENT FULL LEGAL NAME OF HUSBAND OR WIFE LOLO SOETORO

| HUSBAND'S OR WIFE'S PLACE OF BIRTH (City, state) | HUSBAND'S OR WIFE'S DATE OF BIRTH | ☐ HUSBAND OR WIFE IS U.S. CITIZEN |
| BANDUNG, INDONESIA | JAN. 2, 1935 | ☑ HUSBAND OR WIFE IS NOT U.S. CITIZEN |

HUSBAND OR WIFE NOW RESIDING AT
DJAKARTA, INDONESIA

☑ MARRIAGE NOT TERMINATED
☐ MARRIAGE TERMINATED BY ☐ DEATH ☐ DIVORCE ON

**H**                    PROPOSED TRAVEL PLANS

☑ I INTEND TO RETURN TO THE UNITED STATES WITHIN __1__ MONTHS
____ YEARS TO ☐ RESIDE ☑ VISIT. ☐ INDEFINITE
☐ I NEVER INTEND TO RETURN TO THE UNITED STATES

I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING REASON PLAN TO
RETURN TO INDONESIA SEPT. — FEB. 77
TO COMPLETE DISSERTATION RESEARCH
COMPLETE IF RETURNING TO U.S.

**I**
| PORT OF DEPARTURE | DATE OF DEPARTURE |
| DJAKARTA | JUNE 16, 1976 |

NAME OF SHIP OR AIRLINE
PAN AM



**J** **WARNING:** False statements made knowingly and willfully in passport applications or in affidavits or other supporting documents submitted therewith are punishable by fine and /or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and /or imprisonment under the provisions of 18 USC 1543. The use of a passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 USC 1544.

I have not (and no other person included in the application has), since acquiring United States Citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person to be included in the passport or registration, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)

I solemnly swear (or affirm) that the statements made on all the pages of this application are true and that the photograph attached is a likeness of me and of those persons to be included in the passport.

_S. Ann Dunham Soetoro_

(To be signed at some time by husband/wife to be included in passport)     (To be signed by Applicant in presence of person administering oath)

Subscribed and sworn to (affirmed) before me this __2nd__ day of __Jun__ 19_76_

(Seal)          Alfred Harding IV                    _Alfred Harding IV_

Consul _____ of the United States at _Jakarta, Indonesia_

(IDENTIFYING DOCUMENTS SUBMITTED (See 8 FAM 243 Procedures)

P 5

**APPLICATION FOR ☒ PASSPORT ☐ REGISTRATION**

POST LOCATION: Jakarta, Indonesia

POST ACTION:

PASSPORT ISSUED:
No. _____ Date _____
Date 4/28/81 Expires _____
Expires 4/27/86

REGISTRATION APPROVED
No. _____ Date _____
CARD OF IDENTITY AND REG.
No. _____

Make ALL entries in all sections that apply to you. If information is unknown, write "Unknown." Do not leave blank spaces. Use additional sheets where space provided is not adequate. PRINT OR TYPE ENTRIES.

☒ $3 Application fee collected
☒ $10 fee collected
☐ No Fee passport
☐ Official passport

☐ $5 fee collected (for card)
☐ 48-page ☐ 96-page passport

**TO BE COMPLETED BY ALL APPLICANTS**

| (First name) | (Middle name) | (Last name) |
|---|---|---|
| STANLEY | ANN | DUNHAM |

I, _____ a citizen of the United States, do hereby apply for (a passport) (registration).

| SEX (M/F) | BIRTHPLACE (City, State or Province, Country) | BIRTH DATE |
|---|---|---|
| F | WICHITA, KANSAS, U.S.A. | Month Nov. Day 29 Year 1942 |

**APPLICANT'S EVIDENCE OF CITIZENSHIP**
☐ Birth Certificate   ☐ Passport
☐ Certificate of Naturalization or Citizenship
Date: 6/2/76
Bearer's Name: Self
No. 22453100
Place: Jakarta
☐ Submitted Herewith
☒ Canceled & Returned
☐ Seen & Returned

| HEIGHT | COLOR OF HAIR (Spell out) | COLOR OF EYES (Spell out) | SOCIAL SECURITY NO. (Not mandatory) |
|---|---|---|---|
| 5 Ft. ½ In. | BROWN | BROWN | 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 |

NOW RESIDING AT: Jalan Daksa I/14, Kebayoran Baru Jakarta Selatan, Indonesia

MY LAST REGISTRATION AS A CITIZEN OF THE UNITED STATES WAS APPROVED

PERMANENT RESIDENCE (Street Address, City, State, U.S. ZIP Code) (If same as above, so indicate) 1617 South Beretania, Apt.1008, Hon., Hawaii

| Location of Registering Office | Date of Registration |
|---|---|

IN THE EVENT OF ACCIDENT OR DEATH NOTIFY (Not mandatory) (Do not give name of a person who will accompany you when traveling)
Name in full: Stanley Dunham   Relationship: Father
Address: 1617 South Beretania, Apt. 1008, Honolulu, Hawaii   Phone No.: (808) 949-2317

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES? ☐ Yes ☒ No
IF ANSWER IS "YES," EXPLAIN WHEN AND WHY



| FATHER'S NAME | BIRTHPLACE | BIRTH DATE | U.S. CITIZEN |
|---|---|---|---|
| STANLEY DUNHAM | WICHITA KANSAS, U.S.A. | March 1918 | ☒ Yes ☐ No |

| MOTHER'S MAIDEN NAME | BIRTHPLACE | BIRTH DATE | U.S. CITIZEN |
|---|---|---|---|
| MADELYN PAYNE | KANSAS, U.S.A. PERU, | Oct.26,'22 | ☐ Yes ☐ No |

☒ I WAS LAST MARRIED ON March 5, '64
☐ I WAS NEVER MARRIED

TO (Wife's/Husband's full legal/maiden name - complete when married, widowed or divorced)
Lolo Soetoro, MAUI, HAWAII

| WIFE'S/HUSBAND'S BIRTHPLACE | WIFE'S/HUSBAND'S BIRTH DATE | U.S. CITIZEN | |
|---|---|---|---|
| Bandung, Indone- | Jan. 2,1936 | ☐ Yes ☒ No | ☐ MARRIAGE NOT TERMINATED ☐ MARRIAGE TERMINATED BY ☐ DEATH ☒ DIVORCE on Aug.28, 1980 |

YOU OR ANYONE INCLUDED IN SECTION B OF THIS APPLICATION BEEN ISSUED OR INCLUDED IN A U.S. PASSPORT? ☒ Yes ☐ No
IF YES, SUBMIT PASSPORT. IF UNABLE TO SUBMIT MOST RECENT PASSPORT, STATE ITS DISPOSITION: Am submitting No.: Z2433100   Issue Date June 2, 1976

COMPLETE IF CHILDREN OR BROTHERS AND SISTERS UNDER AGE 13, AND/OR WIFE/HUSBAND, ARE TO BE INCLUDED AND SUBMIT PHOTO

(CONSULAR OFFICE USE ONLY)
WIFE'S/HUSBAND'S EVIDENCE

(PHOTO REQUIREMENTS FOR PERSONS TO BE INCLUDED)

Photos must be ONLY of persons to be included (other than passport bearer). When more than one person is to be included, a group photograph of the inclusions is required.

CONSULATE WILL STAPLE PHOTO OF INCLUSIONS HERE.

DO NOT IMPRESS SEAL ON PHOTOGRAPHS.

| WIFE'S/HUSBAND'S FULL LEGAL NAME | | |
|---|---|---|
| BIRTHPLACE (City, State or Province, Country) | | BIRTH DATE (Mo., Day, Yr.) |

☐ Submitted Herewith
☐ Canceled & Returned
☐ Seen & Returned

| CHILD(REN)'S NAME(S) IN FULL | BIRTHPLACE(S) (City, State or Country) | BIRTH DATE(S) (Mo., Day, Yr.) | CHILD(REN)'S EVIDENCE |
|---|---|---|---|
| | | | ☐ Submitted Herewith ☐ Canceled & Returned ☐ Seen & Returned |

I have not (and no other person included in this application has), since acquiring United States citizenship, performed any of the acts listed in section I on the reverse of this application form (unless explanatory statement is attached). I solemnly swear (or affirm) that the statements made on all of the pages of this application are true and the photograph(s) attached is (are) a likeness of me and of those persons to be included in the passport.

(SEAL)

(To be signed at same time by husband/wife to be included in passport)

(To be signed by Applicant in presence of person administering oath)
_S. Ann Dunham_

Subscribed and sworn to (affirmed) before me this ___27___ day of ___April___ 19_81_

Consul _____ of the United States at Jakarta, Indonesia

(Signature of person taking application)

OPTIONAL FORM 178
(FORMERLY FS-178)

(OVER - YOU MUST COMPLETE PAGE 2)

January 1978
Dept. of State

DF-178  1-78

PAGE

| TO BE COMPLETED BY AN APPLICANT WHO BECAME A CITIZEN THROUGH NATURALIZATION | | |
|---|---|---|
| **C** I IMMIGRATED TO THE U.S. (Month, year) | I RESIDED CONTINUOUSLY IN THE U.S. From (Year) To (Year) | NATURALIZATION CERTIFICATE NO.<br>☐ Submitted herewith<br>☐ Seen and returned<br>☐ Previously submitted |
| PLACE NATURALIZED (City, state) | NATURALIZATION COURT | DATE NATURALIZED |

| TO BE COMPLETED BY ALL APPLICANTS | |
|---|---|
| **D** OCCUPATION<br>PROGRAM OFFICER, FORD FOUNDATION | VISIBLE DISTINGUISHING MARKS<br>none |

**E** WOMEN MUST COMPLETE FOLLOWING IF CHILDREN OF A PREVIOUS MARRIAGE ARE INCLUDED OR IF PREVIOUSLY MARRIED BEFORE MARCH 3, 1931

| I WAS PREVIOUSLY MARRIED ON | TO (Full legal name) | WHO WAS BORN AT (City, State, Country) |
|---|---|---|
| ON (Date of birth) | ☐ FORMER HUSBAND WAS U.S. CITIZEN<br>☐ FORMER HUSBAND WAS NOT U.S. CITIZEN ON (Date) | PREVIOUS MARRIAGE TERMINATED BY ☐ DEATH ☐ DIVORCE |

**F** COMPLETE IF APPLICANT OR ANY PERSON INCLUDED IN SECTION B WAS NOT BORN IN THE UNITED STATES AND CLAIMS CITIZENSHIP THROUGH PARENTS

| ENTERED THE U.S. (Month) (Year)<br>☐ Applicant<br>☐ Wife<br>☐ Husband<br>☐ Child | IF FATHER NATURALIZED: | | IF KNOWN, FATHER'S RESIDENCE PHYSICAL PRESENCE IN U.S.<br>From (Year) To (Year) |
|---|---|---|---|
| | Date | Certificate No. | |
| | Before (Name of Court) | Place (City, State) | |
| RESIDENCE/CONTINUOUS PHYSICAL PRESENCE IN U.S. From (Year) To (Year)<br>☐ Applicant<br>☐ Wife<br>☐ Husband<br>☐ Child | IF MOTHER NATURALIZED: | | IF KNOWN, MOTHER'S RESIDENCE PHYSICAL PRESENCE IN U.S.<br>From (Year) To (Year) |
| | Date | Certificate No. | |
| | Before (Name of Court) | Place (City, State) | |

**G** PROPOSED TRAVEL PLANS (Not Mandatory)

I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING PERIOD AND PURPOSE

Two years contract with Ford Foundation from January 1981 - December 1982.

| I INTEND TO RETURN TO THE UNITED STATES PERMANENTLY TO RESIDE WITHIN ___ YEARS ___ MONTHS | DATE OF DEPARTURE |
|---|---|

**H** PRIVACY ACT STATEMENT

The information solicited on this form is authorized by, but not limited to, those statutes codified in Titles 8, 18, and 22, United States Code, and all predecessor statutes whether or not codified, and all regulations issued pursuant to Executive Order 11295 of August 5, 1966. The primary purpose for soliciting the information is to establish citizenship, identity and entitlement to issuance of a United States Passport or related facility, and to properly administer and enforce the laws pertaining thereto.

The information is made available as a routine use on a need-to-know basis to personnel of the Department of State and other government agencies having statutory or other lawful authority to maintain such information in the performance of their official duties; pursuant to a subpoena or court order; and, as set forth in Part 6a, Title 22, Code of Federal Regulations (See Federal Register Volume 40, pages 45755, 45756, 47419 and 47420).

Failure to provide the information requested on this form may result in the denial of a United States Passport, related document or service to the individual seeking such passport, document or service.

NOTE: The disclosure of your Social Security Number or of the identity and location of a person to be notified in the event of death or accident is entirely voluntary. However, failure to provide this information may prevent the Department of State from providing you with timely assistance or protection in the event you should encounter an emergency situation while outside the United States.

**I** ACTS OR CONDITIONS

(If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person to be included in the passport, the portion which applies should be struck out, and supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)

I have not (and no other person included in this application has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

WARNING: False statements made knowingly and willfully in passport applications or in affidavits or other supporting documents submitted therewith are punishable by fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 USC 1543. The use of a passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 USC 1544. All statements and documents submitted are subject to verification.

**J** (FOR USE OF OFFICE TAKING APPLICATION)

| APPLICANT'S IDENTIFYING DOCUMENT(S) | | IDENTIFYING DOCUMENT(S) OF WIFE/HUSBAND TO BE INCLUDED IN PASSPORT | |
|---|---|---|---|
| ☐ Certificate of Naturalization or Citizenship | No.: | ☐ Certificate of Naturalization or Citizenship | No.: |
| ☐ Passport | Issue Date: | ☐ Passport | Issue Date: |
| ☐ Driver's License | Place of Issue: | ☐ Driver's License | Place of Issue: |
| ☐ Other (Specify): | Issued in Name of: | ☐ Other (Specify): | Issued in Name of: |

☆U.S. Government Printing Office: 1977—261-647/3328

APPLICATION FOR PASSPORT BY MAIL

**URGENT** SEE INSTRUCTIONS ON BACK OF FORM
TYPE OR PRINT IN INK IN WHITE AREAS ONLY

P 6

MR3IG 155268

**IDENTIFYING INFORMATION**

FIRST/MIDDLE NAME
LAST

STANLEY / ANN

DUNHAM

MAILING ADDRESS (In Care Of if applicable, Street, City, State ZIP Code)

1512 SPRECKELS
APT. #02
HONOLULU/HAWAII 96822

WILL CALL **
4/1 2 PM

Issue Date ___

SEX  Male / Female ✓

PLACE OF BIRTH
WICHITA (KANSAS) USA
City, State or Province, Country

DATE OF BIRTH
11 29 42
Month Day Year

SOCIAL SECURITY NUMBER
5 B5 40 85 2 5
(Not Mandatory)

HEIGHT
5 6
Feet Inches

COLOR OF HAIR
BROWN

COLOR OF EYES
BROWN

HOME PHONE
808 714 28 45 7
Area Code

BUSINESS PHONE
Area Code

MOST RECENT PASSPORT ISSUED WITHIN PAST 8 YEARS MUST BE ATTACHED

PASSPORT NUMBER
Z3103172011

ISSUE DATE
4 27 81
Month Day Year

OCCUPATION
CONSULTANT

DEPARTURE DATE
APRIL 6, 8

** 4/9/86 - Bpt mailed to perm.
address per her written request attached

PERMANENT ADDRESS (Street, City, State ZIP Code)
1512 SPRECKELS ST APT 402 HONOLULU, HI

SUBMIT TWO RECENT IDENTICAL PHOTOS SIGNED ON THE REVERSE

**PROPOSED TRAVEL PLANS AND EMERGENCY ADDRESS** (Not Mandatory)

LENGTH OF STAY
1 WEEK

COUNTRIES TO BE VISITED
PHILIPPINES

PERSON TO NOTIFY IN CASE OF EMERGENCY (Not Traveling With You)

NAME IN FULL    STANLEY ANN MADELYN DUNHAM

ADDRESS    1617 S. BERETANIA #1008

PHONE NUMBER   808 949 23 17    RELATIONSHIP  PARENTS

**OATH AND SIGNATURE** (If any of the below mentioned acts or conditions have been performed by or apply to the applicant, the person which applies should be lined out and a supplementary explanatory statement should be attached, signed and made a part of this application.)

I have not, since acquiring United States citizenship, been naturalized as a citizen of a foreign state, taken an oath, or made an affirmation or other formal declaration of allegiance to a foreign state, entered or served in the armed forces of a foreign state, accepted or performed the duties of any office, post, or employment under the Government of a foreign state or political subdivision thereof, made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state, or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against the United States, or conspiring to overthrow, put down or destroy by force the Government of the United States.

WARNING: False statements made knowingly and willfully in passport applications or affidavits or other supporting documents are punishable by fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. The alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under 18 USC 1543. The use of a passport in violation of the restrictions therein is punishable by fine and/or imprisonment under 18 USC 1544.

DECLARATION: I declare that the statements made in this application are true and complete to the best of my knowledge and belief, that the attached photographs are a true likeness of me and that I have not been issued or included in a passport issued subsequent to the passport issued herein.

X March 27, 1986
Date

X Stanley Ann Dunham
Signature of applicant. Must be signed in presence of person authorized to accept application

FOLLOW INSTRUCTIONS CAREFULLY – INCOMPLETE OR UNACCEPTABLE APPLICATIONS WILL DELAY THE ISSUANCE OF YOUR PASSPORT

**FOR PASSPORT SERVICES USE ONLY**

Z Passport
Bearer's Name  none

Z 303 2331  4/27/8l  Jakarta

HHI 3/27/86

My trip was delayed by 1 month.
Please mail my passport to
S. ANN DUNHAM
1512 SPRECKELS ST.
APT 402
HONOLULU, HI 96822

Stanley Ann Dunham          PH 942-8454

RECEIVED
APR - 9 1986
Honolulu Passport Agency

# Exhibit 6

11 0402

**FILED**

FEB 1 6 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# DR. ORLY TAITZ, ESQ

## PRESIDENT

## DEFEND OUR FREEDOMS FOUNDATION

## 29839 SANTA MARGARITA PKWY, STE 100

## RANCHO SANTA MARGARITA CA 92688

10.03.10

Ms Dawn Wiggins

Social Security Administration

OEO FOIA Workgroup

300 N. Green Street

P.O. Box 33022

Baltimore, MD 21290-3022

Dear Ms. Higgins,

I am requesting US Code 5 §552 FOIA disclosure of the following information in regards to a number of matters where the disclosure of information under US code 5 §552 FOIA is essential in the interest of US National Security and preservation of the 14 th amendment Equal Protections rights of the U.S. Citizens. A copy of this letter is being forwarded to the 36,000 outlets of U.S. and International media, Inspector General of the Department of Justice and Public Integrity Unit,

Requested information is as follows:

1. Official SS- 5 Social security application for Stanley Ann Dunham, mother of Barack Obama,(Exhibit 1)  show it to be filled out in 1959, however on the bottom

of the card, the revision 7/65. What does 7/65 mean? Does it mean Revision date 7/1965?

2. What are the dates for the social security form SS-5 revisions?

3. Previously I requested release of Social Security number application 042-68-▆▆▆▆, issued in the state of CT in and around 1977 to an elderly individual born in 1890 and later assumed by Barack Obama. SSA refused to provide the application. Due to the fact that the full application was denied, I am requesting only partial information:

a. zip code to which the original card was mailed

b. gender of the applicant

c. date of the application

Please, see attached a sworn affidavit from a recently retired senior deportation officer of the department of Homeland Security John Sampson, attesting to the fact that it is a common practice to release partial SS-5 application. (Exhibit 2)

4. Research of the National databases shows that there were several individuals born between 1890-1896, who obtained Social security cards shortly before passing away, possibly for the purpose of receipt of the Medicare benefits. I am requesting a certified photocopy of the original applications for ss-5 for these individuals, as they are deceased and privacy concerns would not apply in regards to deceased individuals. Please see an enclosed check for the $27 fee per copy, made payable to the Social Security Administration, attached to the request

Bossing Margaret

042-68-▆▆▆▆

Birth 07 January, 1896

Death November 1982

SS card issued around 1977

DEMO, ANTOINETTE

Born 30 May 1890

Died Apr 1979   8806810 (Danbury, Fairfield, CT)(none specified)

Connecticut 042-68-9▓▓

Social security card issued between 1977-1979

5. If another individual assisted those elderly in filling out such SS application, I am requesting information on the name of the individual, who assisted the applicants as well as the official, who processed them.

6. Please, see attached sworn affidavit of a licensed investigator, certified by the department of the Homeland Security, Susan Daniels. It states the in the national databases name Barack Obama is linked to other social security numbers, among them 485-40-5▓▓

This number was actually assigned to    Lucille T Ballantyne

born 12.22.1912

died  09.13.98

The son of Ms. Ballantyne, Harry C. Ballantyne was the Actuary of the Social security administration with an access to all social security records and death indexes. As any change in the social security records is supposed to leave a paper trail and electronic trail, showing the access code of the employee, who effectuated the change, please advice, if the paper trail and/or electronic trail of such records shows  Mr. Harry C. Ballantyne, Actuary of the Social Security Administration, making any changes or alterations and/or additions to Social Security records  485-40-5▓▓ and/or 042-68-4▓▓, 042-68-4▓▓, and/or 042-68-

or any other records, contained in the Affidavits of the investigators Sankey(Exhibit 4), Daniels(exhibit 3) and Sampson (Exhibit 1).

As breach of the integrity of the Social Security administration represents the matter of National security and the time is of the essence, I request a response to this request within 20 days,

Sincerely,

Dr. Orly Taitz ESQ.- President of

*Defend our Freedoms Foundation*

29839 Santa Margarita Pkwy, ste 100

Rancho Santa Margarita Ca 92688

Public Integrity Section

Department of Justice

950 Pennsylvania Ave, NW

Washington DC 20530-0001

Office of the United Nations High Commissioner for Human Rights (OHCHR)

Special Rapporteur on the Situation of Human Rights Defenders

The Honorable Mrs. Margaret Sekaggya

Palais des Nations

CH-1211 Geneva 10, Switzerland

International Criminal bar Hague

United Nations Commission for

Civil Rights Defenders

Orsolya Toth (Ms)

Human Rights Officer

Civil and Political Rights Section

Special Procedures Division

Office of the High Commissioner for Human Rights

tel: + 41 22 917 91 51

email: ototh@ohchr.org

# Exhibit 7

11 0402



FILED

FEB 1 6 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia



## SOCIAL SECURITY

Refer to:
S9H: AD5672

May 18, 2010

Dr. Orly Taitz, Esq.
29839 Santa Margarita Parkway
Suite 100
Rancho Santa Margarita, CA 92688

Dear Dr. Taitz:

This letter is in response to your March 15, 2010 appeal of the Social Security Administration's (SSA) Freedom of Information Officer's decision that we cannot release information from the records of President Barack Obama to you. After considering all of the facts of the case, I agree with the SSA Freedom of Information Officer's decision to withhold the requested information.

Without a valid consent from President Obama, we cannot comply with your request. The records you requested are subject to the restrictions on disclosure contained in the Privacy Act of 1974 (5 U.S.C. § 552a(b)). The only exception that might permit us to disclose these records to you without consent would be the exception for disclosure required by the Freedom of Information Act (FOIA) (5 U.S.C. § 552).

Exemption 6 of the FOIA does not require agencies to disclose information that would be a clearly unwarranted invasion of personal privacy (See 5 U.S.C. § 552(b)(6)). In considering whether this exemption applies to records, agencies must balance the public interest in disclosure against the privacy interest of the person whose records you are requesting. The Supreme Court set out certain guiding principles for such determinations in Department of Justice v. Reporters Committee for Freedom of the Press, 489 U.S. 749 (1989).

According to the Supreme Court case cited above, the only public interest that agencies should consider is whether disclosure of the records would shed light on the way an agency performs its statutory duties. We may not consider the identity of the requester or the purpose for which the person requests the information. While there clearly is a public interest in knowing how SSA administers the Social Security Act, disclosure of records containing personal information about President Obama would not shed light on how the agency performs its statutory duties. Therefore, disclosure of such personal information would be a clearly unwarranted invasion of personal privacy, and the FOIA exempts the records from disclosure.

Page 2   Dr. Orly Taitz, Esq

This is our final decision in this matter.  If you still believe the decision is incorrect, however, the law permits you to seek review in a district court of the United States.

Sincerely,

Jonathan R. Cantor
Executive Director
Office of Privacy and Disclosure



$ 00.44

NEED TO CONTACT SOCIAL SECURITY?   CALL 1-800-772-1213?
OR
VISIT OUR WEBSITE www.socialsecurity.gov

SOCIAL SECURITY ADMINISTRATION
6401 SECURITY BLVD
BALTIMORE MD 21235-6401

OFFICIAL BUSINESS

# Exhibit 8

11 0402

**FILED**

FEB 1 6 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms Dawn Higgins
300 N. Green Street
Baltimore MD
    21290
    -3022

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
SOCIAL SECURITY ADMINISTRATION
X  BALTIMORE, MARYLAND 21235    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7010 0290 0000 9005 0227

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dawn Wiggins
Social Security Administration
OGC FOIA assistant
300 N. Green Str
PO Box 33022
Baltimore MD 21290 3022

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
SOCIAL SECURITY ADMINISTRATION
X   BALTIMORE, MARYLAND 21235   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
            DEC 3 0 2010

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7010 0290 0000 9005 0067

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dawn Wiggins
Attn Executive Director
Office of Privacy
SSA Security Blvd
Baltimore, MD 21235
    6401

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
SOCIAL SECURITY ADMINISTRATION
BALTIMORE, MARYLAND 21235    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

            JAN - 6 2011

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
            6401
    7006 2150 0004 1916 5001

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

Exhibit 9

11 0402

**FILED**

FEB 1 6 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
JAN 19 2010

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Social Security
Administration
Windsor Park Blvd.
6401 Security Bl
Baltimore, Md
21235

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   7008 1830 0004 6886 2661

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X SOCIAL SECURITY ADMINISTRATION ☐ Agent
BALTIMORE, MARYLAND 21235 ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAR 22 2010

1. Article Addressed to:

Freedom of Information
Officer
Social Security
Administration
6401 Security Blvd.
Baltimore MD 21235-
[Attention: Reginia Wiggins]

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   7008 1830 0004 6886 4191

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X SOCIAL SECURITY ADMINISTRATION ☐ Agent
BALTIMORE, MARYLAND 21235 ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
OCT 8 2010

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Dawn Wiggins
DEO FOIA Officer
PO Box 33022
Baltimore MD
21290-3022

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   7007 2560 0002 1418 5459

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540