**Dr. Orly Taitz, ESQ**
**29839 Santa Margarita Parkway, STE 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
E-Mail: dr_taitz@yahoo.com, orly.taitz@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. ORLY TAITZ, ESQ, PRO SE,<br>Plaintiff,<br><br>v.<br><br>Michael Astrue, Commissioner of the<br>Social Security Administration,<br><br><br>Respondent | Freedom of information violation<br>5USC §552<br>CASE # 1:11-cv-00402<br>Assigned to Chief Judge<br><br>Hon. Royce C. Lamberth<br>Designation: FOIA/Privacy Act |

## FIRST AMENDED COMPLAINT

### JURISDICTION

Current complaint filed under federal statute 5USC § 552 (a) (4)(B) and the respondents are officers of the U.S. government

### PLAINTIFF

Plaintiff herein is Dr. Orly Taitz, ESQ, President of "Defend Our Freedoms foundation", filing pro se

### RESPONDENT

Michael Astrue, in his official capacity as the Commissioner of the Social Security Administration

**Plaintiff brings this action pursuant to the provisions of 5 USC §552 known as the Freedom of Information Act (FOIA) and in particular 5 USC§552**

**(a)(4)(B)**

### ALLEGATIONS



RECEIVED
Mail Room

JUN 1 4 2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

-

1. Plaintiff, Dr. Orly Taitz, ESQ is the president of the "Defend Our Freedoms" foundation (hereinafter foundation) and an attorney, who represented this foundation.

2. Both the Plaintiff and the foundation are dedicated to the preservation of the Constitutional rights and freedoms of the U.S. citizens.

3. Plaintiff works closely with a number of licensed investigators.

3. Intervener received a report and an affidavit from a licensed investigator and former elite Anti Communist Proliferation and Anti Organized Crime unit of the Scotland Yard officer Neil Sankey. Mr. Sankey's report showed that Barack Hussein Obama (hereinafter "Obama") is linked in the national databases to some 39 different Social Security numbers and multiple addresses. None of these numbers was issued in the state of Hawaii. The number that he used most often since around 1980 and still uses today, while residing in the White House, is a Connecticut Social Security number 042-68-4■■■. According to Lexis Nexis and Choice Point this number was originally issued to an elderly individual born in 1890, who resided in Connecticut, but this number was later assumed by Obama and used by him from around 1980-1981.

4. The first three digits of the Social Security number signify the state. 042 signifies the state of Connecticut.

5. Obama was never a resident of Connecticut.

6. In March-April of 1977 when this number was issued to another individual in Connecticut, Obama was a 16 year old student, residing with his grandparents in Hawaii.

7. To confirm such findings Taitz obtained an opinion of yet another licensed investigator, Susan Daniels, who attested to the fact that the national databases show multiple social security numbers associated with the name Barack Obama, among them Connecticut Social Security number 042-68-4■■■ used most often.

She, also, found that this number was originally assigned to an individual born in 1890. Later, the same number was associated with birth dates 04.08.1961 and 08.04.1961. Dates of 04.08.1961 and 08.04.1961 suggest existence of some documents, created using an European system of dating: Day, Month, Year, versus the American system of Month, day, year. Exhibit 4

8. Obama's selective service certificate verification, readily available on the world wide web, shows a complete match with the number 042-68-~~~~~, therefore verification of Obama's use of this number since 1980. Selective service match provides proof and verification via an official document issued by the U.S. government that Barack Obama is using the Social Security number 042-68-~~~~~ Exhibit 1

9. Further use of SSNVS (Social Security Number Verification System ) shows that combination of Barack Obama's name and the same Social Security number shows as failed, meaning that the number that Barack Obama is using, was not issued to him, but rather to another individual. This provides evidence of the Social Security Fraud and identity fraud by an individual, occupying the position of the President of the United States of America and Commander-in-chief of the US military. Exhibit 2

10 In and around 1976-1977 due to new Social Security requirements multiple elderly individuals, particularly women, who were housewives and never worked before, applied for Social Security numbers in order to obtain Social Security benefits , therefore date of birth of 1890 originally connected to 042-68-~~~~~ was consistent with many other examples of elderly individuals. born between 1890-1915, applying for Social Security cards for the first time between 1976-1977. Exhibit 5 October 3, 2010 FOIA request and March 2, 2011 FOIA response from the Social Security Administration

‹

11. National databases such as Lexis Nexis and Choice Point show another Social Security number, originally assigned to an elderly individual, being connected to the name Barack Obama.

12. This Social Security number 485-40-~~5454~~ is noteworthy, as it was assigned to Lucille I Ballantyne, born 12.22.1912, deceased 09.13.1998. Exhibit 4

13. Ms. Ballantyne was the mother of Harry C. Ballantyne, Chief Actuary of the Social Security Administration, who had access to all Social Security databases and death indices.

14. It is also noteworthy, that Obama's grandmother Madeline Payne Dunham was known to volunteer at the Oahu Circuit court probate department and had access to Social Security numbers of the recently deceased individuals, whose death may or may not have been reported to the Social Security administration.

15. Taitz verified this data with the third investigator, retired Senior Deportation Officer with the Department of Homeland Security John Sampson. Exhibit 7

Mr. Sampson provided Taitz with an affidavit, stating that according to his investigation, the number Obama is using most of his life, is indeed a Connecticut Social Security number. Mr. Sampson provided an expert opinion, that there is no reasonable explanation for one residing in HI to get a CT Social Security number. He also found that on one of Obama's entry questioners the country of origin is listed as an Equatorial Giumea, not Kenya or Hawaii.

16. At the same time Taitz found that national databases show different dates of birth for Obama: 08.01.1961, 08.04.1961 and 04.08.1961 as well as 1890.

11. Recently released passport records of Obama's mother, Ann Dunham, show that Obama was listed in her passport under a name Soebarkah. Exhibit 6

12. AP report from Indonesia, where Obama resided, show Obama's elementary school record under the last name Soetoro.

13. Recently Neil Abercrombie, governor of Hawaii, in an interview to Honolulu Star Advertiser admitted that he was not able to locate the original birth certificate for Obama, only a notation by someone in archives that some record exists, though no actual original certified long form U.S. birth certificate was ever found for Obama.

14. Obama provided the public only a short form certification of live birth created in 2007, right before the election, which does not contain any essential information, which typically would be found in the original long form birth certificate , such as the name of the hospital, the name of the attending physician and signatures. The state of HI statute 338-17 allows a foreign born child of Hawaiian resident to obtain a Hawaiian birth certificate.

15. The state of Hawaii statute 338-5 allows one to obtain a birth certificate based on a statement of one relative only without any corroborating evidence from any hospital.

16. The state of Hawaii statute 338-6 allows one to get a late birth certificate, obtained as a result of adoption or loss of an original birth certificate.

17 Numerous reports, claiming that prior Governor of Hawaii Linda Lingle examined Obama's birth certificate were false as well. Lingle's interview reveals that she relied on a statement of former Director of the Health Department Chiyome Fukino, but Lingle never personally saw a birth certificate for Obama, which means that her statement was a hearsay.

18. Director of the Health Department Chiyome Fukino made a   carefully crafted statement that there is a birth record in Hawaii, but in spite of thousands of demands for clarification from the media and citizens, she refused to clarify, what record exists there. A record or notation in archives created pursuant to statute 338-5, 338-6, 338-17 would constitute "a record", but would not be sufficient to

establish Obama's birth in Hawaii without examining corroborating evidence from the hospital, which was never produced.

19. There were reports of newspaper articles, announcing Obama's birth in HI. Follow up research did not uncover any such article anywhere. Nobody ever produced an actual newspaper with an announcement of Obama's birth in the U.S. Only a microfiche image was found. There is no evidence, verifying when this image was created. Even if one were to believe that such news paper announcement actually existed in 1961, when Obama was born, it still does not prove that Obama was born in HI, as news paper article is not a prima facia evidence of birth and it could have been created based on a birth certificate, created under statute 338-5, 338-6, 338-17, which do not provide proof of birth in Hawaii.

20 . Senior Deportation officer John Sampson   provided Taitz with a second affidavit, stating that when there is a suspicion of illegal use of a Social Security number of another individual, Social Security Administration routinely provides redacted information regarding the original SS_5 application to the Social Security administration.  Such information includes gender, race, age at application, zip code. Such information is general enough not to reveal the identity of the live holder of the social security number, but it is extremely helpful in identifying fraudulent use. Taitz repeatedly submitted FOIA requests to the SSA, but was repeatedly stonewalled and even redacted information was not provided regarding the social security number 042-68-▮▮▮▮. Exhibit 7, 8

21. As above information shows that Obama does not possess either a long form birth certificate or a Social Security number of his own, Taitz filed a FOIA request for the SS-5 for 042-68-▮▮▮▮, she agreed to accept a redacted SS-5, but it was denied.

22. In MArch of 2010 Taitz filed an appeal and obtained a final determination on May 18, 2010, when her SSA FOIA appeal was denied by Jonathan R. Canthor,

Executive Director, Office of Privacy and Disclosure of the social security administration.

23. Taitz appealed to the US District Court, District of Columbia 1:2010-cv-00151, Chief Judge of the DC Court, Hon Royce Lamberth.

24. Court denied the appeal, citing that the court appeal was filed prior to the final disposition by the agency and citing privacy considerations.

25. On October 4, 2010 Taitz filed yet another FOIA request with the Social Security administration requesting redacted information. FOIA requests are supposed to be granted or denied within 20 days. Taitz sent a total of six certified mail letters with requests to either grant or deny her request, but her request was not granted or denied for six months, at which time she filed this legal action. She submitted her original complaint on February 2, 2011, it was docketed on February 16, 2011. After this complaint was filed Taitz received a response from the SSA, but no information was provided regarding SSN 042-68-▨▨▨, citing privacy. No answer to the complaint was received yet and Taitz id filing this First Amended Complaint.

26  In this First Amended Complaint Taitz provides additional information, specifically Exhibit 1 Selective Service Application for Barack Obama, showing that he uses SSN 042-68-▨▨▨ and Exhibit 2 SSNVS Social Security number Verification System, which shows that this is not a legally obtained Social Security number for Barack Obama. This is a prima facia evidence of Social Security fraud and Identity Fraud obtained from the official records of the United States Government, which coupled with the age of 121 years old of the original applicant (date of birth 1890) justify release of at least redacted SS-5 information requested, such as gender, race and age of the SS5 applicant for SSN 042-68-▨▨▨ and the zip code, where the original SSN card was mailed by the social Security

‹

administration. concealment of such data will constitute aiding and abetting Social Security Fraud and Identity Theft.

27.     Further records from the Student Clearing House show even more shocking evidence. In his memoirs and multiple speeches Obama wrote that he studied for two years at Columbia University September 1981-May 1983. He admitted that in summer of 1981 he traveled to Pakistan to visit his friends, but repeatedly claimed that from September 1981 until May of 1983 he resided in New York and studied at Columbia University. Taitz ran a check of his    years of attendance at Columbia university and found out that Columbia official records show him attending Columbia university only for nine months September 1982-till May 1983 (Exhibit 3), which means that the President of the United States lied to the whole nation about his whereabouts for a whole year September 1981 until September 1982. One year absence is the best case scenario, as he could get his university credit by reciprocity or through extern studies.

28. As there is no record of Obama residing anywhere else in the United States from September 1981-September 1982, or attending any other university, by way of simple deduction it becomes clear that his visit to Pakistan lasted not a month or two, as he claims, but over a year.

29. In 1981-1982 Pakistan was ruled by a ruthless radical Muslim leader general Zia Ul Hac, who came to power as a result of a military coup, announced himself as a Chief Martial Law Administrator and ruled the country via the system of iron fist terror.    Supreme court of Pakistan, apparently afraid for their lives found such rule to be acceptable due to a "necessity" doctrine. Based on verification of Columbia university records. Taitz found that Obama spent at least a year within the regime of general Zia Ul Hac. This revelation adds urgency in processing this complaint, as it shows that we have today an individual usurping the position of the President of the United States and Commander-in-Chief of the

whole US military, while using a stolen social security number, not possessing a valid long form U.S. birth certificate and defrauding the nation and concealing a whole year of his whereabouts.

Wherefore the plaintiff respectfully prays this court:

1. To take jurisdiction over this case

2. To order defendant to release limited redacted information from SS-5 application for Social Security number 042-68-▓▓▓▓. Information requested: gender, race, age of the applicant and the zip code, where the Social Security card 042-68-▓▓▓▓ was mailed by the Social Security administration

3. To grant attorneys' fees

4. To grant such other and further relief as the court may deem proper and just.

03.24.2011

s. Dr. Orly Taitz, ESQ

29839 Santa Margarita Pkwy, ste 100

Rancho Santa Margarita CA 92688

ph 949-683-5411 fax 949-766-7603

orly.taitz@gmail.com


### Service of process

I certify that a true and correct copy of the above first amended complaint Summons were served on 03.24.2011 on:

Michael Astrue

Commissioner of the Social Security Administration

Social Security Administration

Windsor Park Building

6401 Security Blvd.

Baltimore, MD 21235

Eric Holder-Attorney General of the United States

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington, DC 20530-000.

Us Attorney -district of Columbia

## Freedom of Information Act (FOIA) and Privacy Act (PA) Contact:

William G Stewart II, Assistant Director
FOIA Privacy Staff
Executive Office for United States Attorneys
Department of Justice
600 E Street, NW, Room 7300
Washington DC 20530-0001
(202) 252-6020          (202) 252-6020

cc Congressman Darrell Issa

Chairman

House Oversight Committee

2347 Rayburn House Building

Washington DC. 20515

cc Congressman Mike Rogers

Chairman

,

House Intelligence Committee
133 Cannon House Office building
Washington DC 20515

cc Congressman Sam Johnson
Chairman
House Subcommittee on Social Security
House Ways and Means Committee
2929 N Central Expy. 240
Richardson, TX 75080

cc Congressman Dana Rohrbacher
Chairman
House Subcommittee on Oversight and Investigations'
House Committee on Foreign Affairs
2300 Rayburn House Building
Washington DC 20515

# EXHIBIT 1



**If you have already reached age 26 or will do so in the current calendar year, you are no longer required to notify Selective Service of any future changes of address or changes to any other items on your registration record.**

61-1125539-1    50    01128-000350

**BARACK HUSSEIN   OBAMA**

2-02

Change of Information Form



Dear Registrant:

Please keep this letter as legal proof of your registration. Or, you may keep only the wallet sized registration acknowledgment provided below for your convenience.

Use the top portion of this letter to update and or correct your information. Please review it carefully. Mark through any mistakes and write in the correct information. If corrections are made, mail the top portion of this letter, and mail it to the Selective Service System using the envelope provided. **If your information is correct, do not return this form.** However, when any of your information changes, you are required to notify the Selective Service System within 10 days. If changing only your address, you may go to www.sss.gov.

**FOR NON-IMMIGRANT ALIENS:** If you are on a valid visa and believe that you were registered in error, send this entire form and a copy of your I-94, I-95A, or Border Crossing Card (DSP-150) to Selective Service System, P.O. Box 94638, Palatine, Illinois 60094-3638.

If you have questions about the Selective Service System, call 1-847-688-6888.

**Thank You!**

Registration Acknowledgment

61-1125539-1        08-04-07            61 88-

BARACK HUSSEIN    OBAMA

Lawrence G. Romo

**EXHIBIT 2**

**EXHIBIT 3**

Verification Response



National Student Clearinghouse

Help
Logout

Verify a Degree or Past Attendance

(Requires Adobe Acrobat Reader)

We have successfully completed your verification request. If you have any questions, see our

Transaction ID:
Requested By:      ORLY TAITZ

Date Requested:   03/06/2011 11 26 EST
Date Notified:       03/06/2011 11 26 EST

Status:
Fee:                      $10 00
Credit Card Order#: 6672402
Credit Card Confirm
Email:                   dr_taitz@yahoo com

Subject Name:                     First Name        Middle Name       Last Name

Name Used While Attending
School:                            First Name        Middle Name       Last Name
(if different from above)
Date of Birth:                     mm/dd/yyyy

School Name:

Attempt To:

Name On School's Records:
Date Awarded:
Degree Title:
Official Name of School:
Major Course(s) of Study:
Dates of Attendance:

Dr. Orly Taitz, Attorney-at-Law
(California SBN 223433)
Orly Taitz Law Offices
26302 La Paz, Suite 211
Mission Viejo, California 92691
Telephone: (949) 683-5411
E-Mail: dr_taitz@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA (SOUTHERN) DIVISION

| | | |
|---|---|---|
| Captain Pamela Barnett, et al.,<br>　　　　　　Plaintiffs, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action: |
| Barack Hussein Obama,<br>Michelle L.R. Obama,<br>Hillary Rodham Clinton, Secretary of State,<br>Robert M. Gates, Secretary of Defense,<br>Joseph R. Biden, Vice-President and<br>President of the Senate,<br>　　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **SACV09-00082-DOC (Anx)** |

### Affidavit of Susan Daniels

1.　　My name is Susan Elizabeth Daniels. I am over 18 years old, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2.　　I am a citizen of the United States of America, I am 68 years old and I was born and raised in the State of Ohio.

3.　　I am licensed by the State of Ohio as a private investigator; I am president of Daniels and Associates Investigations, Inc., incorporated in March 1995, license number 65199565509.

4.　　I have personal knowledge of all the facts and circumstances described herein below and will testify in open court to all of the same.

5.　　I located a social security number for Barack Hussein Obama and found that it was issued between 1977-1979 in the State of Connecticut but as I investigated

further, I found an additional eight social security numbers. One of the numbers had (Deceased) behind it. I was able to find the name of the person the SSN actually belonged to and printed it from the Social Security Administration death index.

6.      I researched social security numbers for Michelle Obama. When I ran her name, two different social security numbers appeared for her, includimg one that does not belong to her but is listed for her at 1600 Pennsylvania Ave., Washington, D.C.

7.      The true and correct copies I personally obtained are attached.

8.      I solemnly swear under penalty of perjury that all the facts stated and circumstances described above are true and correct statements.

9.      I have not received any compensation for making this affidavit.

Further, Affiant saith naught.
Signed and executed in _____, _____ on this ___ day of
October, 2009.

By _____
      Susan Elizabeth Daniels

## NOTARY'S JURAT

Susan Elizabeth Daniels appeared before me in person on this _19_ day of October, 2009, in ___Mentor___ (city), ___Lake County Ohio___ (state), ___USA___ (country) and having presented to me her driver's license and having been sworn by me duly under oath and having been admonished that she did so under penalty of perjury, she did then and there depose herself and give the above-listed statements in my presence in the form of his written affidavit.

Specifically but without limitation, Susan Elizabeth Daniels did in my presence authenticate the documents attached here as a true and correct copy of the documents she obtained and described in her affidavit.

_____
Notary Public in the State of Ohio

Business Address of Notary: _8657 Brookmoor Mentor, OH 44060_

JAMES V. LOIACONO, Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration Date
Section 147.03 O.R.C.

_____
My Seal Appears Above this line.

My Printed Name is: _James V. Loiacono_ ; my notarial commission or license expires on:_____ _LIFETIME - STATEWIDE_

https://secure.accurint.com/app/bps/main

| | All | Full Name | Age/DOB | Address | Dates | Phone Information |
|---|---|---|---|---|---|---|
| | | MICHELLE OBAMA<br>Gender Female<br>350-60-xxxx | | 5046 S GREENWOOD AVE<br>CHICAGO IL 60615-2806 | Aug 05 - Aug 07 | |
| | | MICHELLE OBAMA<br>Gender Female | | 1 OLD STATE CAPITOL PLZ APT<br>SPRINGFIELD IL 52701-1512 | May 09 - Sep 09 | |
| | | MICHELLE OBAMA<br>Gender Female<br>282-88-xxxx | | 1600 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20500-0003<br>**Newspaper facility** | Jun 08 - Sep 09 | |
| | | MICHELLE OBAMA<br>Gender Female<br>522-67-xxxx | | 5050 QUENTIN ST<br>DENVER CO 80239-4012 | Jul 09 - Aug 09 | 303-365-9691 - MDT |
| | | MICHELLE OBAMA<br>Gender Female | | 123 W NORTH AVE<br>CAROL STREAM IL 60188-2001 | Mar 09 - Aug 09 | |
| | | MICHELLE OBAMA<br>Gender Female<br>324-56-xxxx | | 556 4 MILE RD NW APT<br>GRAND RAPIDS MI 49544-1501 | Jan 09 - Jul 09 | |
| | | MICHELLE OBAMA<br>Gender Female | | 505 CATHARINE ST<br>PHILADELPHIA PA 19147-3029 | Apr 07 | |
| | | MICHELLE OBAMA<br>Gender Female | | 555 S RHODES AVE APT 1803<br>CHICAGO IL 60653-1211 | | |
| | | MICHELLE OBAMA<br>Gender Female | | 1901 COLLEGE AVE<br>FREDERICK MD 21701 | Jun 09 - Sep 09 | |
| | | MICHELLE OBAMA<br>Gender Female | | 1 PENNSYLVANNIA<br>BEVERLY HILLS CA 90210 | Jan 09 - Sep 09 | |

10/19/09 9:15 AM

# SSN Verifier Plus

**SSN** ▮▮▮▮▮**4425**

| | |
|---|---|
| **Year(s) issued:** | 1977-1979 |
| **State issued:** | Connecticut |

SSN not found in Social Security Death Index

| |
|---|
| OBAMA, BARACK |
| OBAMA, BARACK HUSSEIN |

| |
|---|
| 1890 |
| 08/04/1961 |
| 04/08/1961 |

# Standard People Search

## 105 Records

**Search Criteria**

**Name:** OBAMA, BARACK

**Flags:** Arrests, Bankruptcies, Criminal Records, Evictions, Professional Licenses, Warrants

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK H | 295 HARVARD ST 1505 CAMBRIDGE MA 02139-2382 **Reported:** 01/2009 - 01/01/2009 **County:** Middlesex | **2x** Map It | | | N |
| | OBAMA BARACK | 1600 PENN AVE WASHINGTON DC 20307 **Reported:** 12/2008 - 12/2008 **County:** District of Columbia | **1x** Map It | | | N |
| | OBAMA BARACK | 559 W GOLF RD ARLINGTON HTS IL 60005-3904 **Reported:** 11/2008 - 11/2008 **County:** Cook | **1x** Map It | | | N |
| | OBAMA BARACK | 58 THORNTON RD NEEDHAM MA 02492 4330 **Reported:** 09/2008 - 11/2008 **County:** NORFOLK | **1x** Map It | | | N |
| | OBAMA BARACK | 713 HART SENATE WASHINGTON DC 20510 0X **Reported:** 11/2008 - 11/2008 **County:** District of Columbia | **1x** Map It | | | N |
| | OBAMA BARACK | 3535 OLIVE ST DENVER CO 80207-1523 **Reported:** 09/2008 - 11/2008 **County:** Denver | **1x** Map It | | (720)336-7722 | N |
| | OBAMA BARACK | 810 E 13TH AVE EUGENE OR 97401-3742 (RES. address) **Reported:** 09/2008 - 11/2008 **County:** Lane | **1x** Map It | | | N |
| | OBAMA BARACK | 435 DALLAS AVE LANCASTER TX 75146 **Reported:** 09/2008 - 11/2008 **County:** Dallas | **1x** Map It | | | N |
| | OBAMA BARACK L | 1930 WALLACE ST PHILADELPHIA PA 19130-3225 **Reported:** 09/17/2008 - 10/03/2008 **County:** Philadelphia | **2x** Map It | | **Landline:** (215)235 3040 | N |
| | OBAMA BARACK | 1000 NW 33 AVE FORT WORTH TX 76150 **Reported:** 04/2008 - 09/2008 **County:** Tarrant | **2x** Map It | 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 | | N |
| **Reports** | **Name** | **Address** | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK | 123 MAIN ST CHARLESTON SC 29464 **Reported:** 08/2008 - 09/2008 **County:** Charleston | **1x** Map It | | | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ▓ | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK FR CHICAGO IL 60615 Reported: 08/20/2008 - 08/20/2008 County: Cook | **1x** Map | -4425 **Issued:** 1977-1979 in CT DOB: 08/04/1961 Age: 48 | | **Landline:** (773)684-4809 | N |
| ▓ | OBAMA BARACK LWYR | 14 W ERIE ST CHICAGO IL 60654 (POSSIBLE HOME ADD ) Reported: 08/20/2008 - 08/20/2008 County: Cook | Map | | | **Cell:** (312)310-0069 | N |
| E-mail: bobama@lawmbg.com | | | **(No IP Address Reported)** | | **Phone: (312)751-1170** | | |
| ▓ | OBAMA BARACK | NO ADDRESS REPORTED CHICAGO IL 60615 Reported: 08/18/2008 - 08/18/2008 County: Cook | | | | | N |
| ▓ | OBAMA BARACK | 180 N LASALLE CHICAGO IL 60601 ( ) Reported: 08/18/2008 - 08/18/2008 County: Cook | **1x** Map | | | | N |
| ▓ | OBAMA BARACK | 83775 BATES RD JACKSON NJ 08527 Reported: 02/2008 - 08/2008 County: Ocean | **2x** Map | 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 ( ) **Issued:** 1954-1955 in IA | *See attached "A"* | | N |
| ▓ | OBAMA BARACK | 1000 33RD AVE FORT WORTH TX 76180 Reported: 08/2008 - 08/2008 County: Tarrant | **1x** Map | | | | N |
| ▓ | OBAMA BARACK | 505 FARR C COLUMBUS GA 31907-6275 Reported: 01/2008 - 08/2008 County: Muscogee | **3x** Map | 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 | | | N |
| ▓ | OBAMA BARACK | 1603 RUCKER RD ALPHARETTA GA 30004-1435 Reported: 08/2008 - 08/2008 County: FULTON | **1x** Map | | | | N |
| ▓ | OBAMA BARACK HUSSEIN | 180 N LA SALLE ST 2200 CHICAGO IL 60601-2000 ( ) Reported: 06/01/2007 - 06/01/2008 County: Cook | **4x** Map | -44.. **Issued:** 1977-1979 in CT DOB: 08/04/1961 Age: 48 | | **Landline:** (773)684-4809 | N |

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| ▓ | OBAMA BARACK | OBAMA LN FRANKLIN WI 53132 Reported: 05/2008 - 08/2008 County: Milwaukee | **1x** Map | | | N |
| ▓ | OBAMA BARACK | 123 WHITE HOUSE IRVINE CA 92618 Reported: 08/2008 - 08/2008 County: ORANGE | **1x** Map | | | N |
| ▓ | OBAMA BARACK | 15 A 1A MANALAPAN FL 33462 Reported: 05/2008 - 05/2008 County: Palm Beach | **1x** Map | | | N |
| ▓ | OBAMA BARACK HUSSEIN | 5046 S GREENWOOD AVE CHICAGO IL 60615-2806 ( ) Reported: 12/01/2007 - 04/01/2008 County: Cook | **5x** Map | -4425 **Issued:** 1977-1979 in CT DOB: 08/04/1961 Age: 48 | **Landline:** (773)684-4809 | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | | | | | | |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1   1x<br>CHICAGO IL 60615<br>Reported: 03/25/2008 - 03/25/2008<br>County: Cook | Map<br>ii | 4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK | NO ADDRESS REPORTED<br>CHICAGO IL 0<br>Reported: 03/03/2008 - 03/03/2008 | | | | N |
| | OBAMA BARACK | 40 TRANSFER ST   1x<br>DENVER CO 80207<br>Reported: 03/2008 - 03/2008<br>County: Denver | Map<br>ii | | Landline:<br>(303)545-0199 | N |
| | OBAMA BARACK | 111 PENNSYLVANIA AVE   3x<br>WASHINGTON UT 84780<br>Reported: 08/2007 - 02/2008<br>County: Washington | Map<br>ii | 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 | | N |
| | OBAMA BARACK | 505 FARR C   1x<br>COLUMBUS GA 31907<br>Reported: 02/2008 - 02/2008<br>County: Muscogee | Map<br>ii | 425 29-2961<br>Issued: 1988-1989 in AL | | N |
| | OBAMA BARACK LWYR | 14 W ERIE ST   7x<br>CHICAGO IL 60610<br>(     )<br>Reported: 01/02/2008 - 01/02/2008<br>County: Cook | Map<br>ii | | Landline:<br>(312)751-1170<br>Cell:<br>(312)310-0069 | N |
| E-mail: bobama@lawmbg.com | | (No IP Address Reported) | | | Phone: (312)751-1170 | |

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK PK   8x<br>CHICAGO IL 60615<br>Reported: 01/02/2008 - 01/02/2008<br>County: Cook | Map<br>ii | 4425<br>Issued: 1977-1979 in CT<br>DOB: 04/08/1961 Age: 48 | Landline<br>773-684-4809 | |
| | OBAMA BARACK | PO BOX 1236<br>PROVO UT 84603-1236   1x<br>Reported: 01/2008 - 01/2008<br>County: Utah | | | | N |
| | OBAMA BARACK | 15 A1A   1x<br>MANALAPAN FL 33434<br>Reported: 01/2008 - 01/2008<br>County: Palm Beach | Map<br>ii | 855 21-4567 | | |
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1   8x<br>CHICAGO IL 60615<br>Reported: 11/15/2007 - 11/15/2007<br>County: Cook | Map<br>ii | 4425<br>Issued: 1977-1979 in CT<br>DOB: 04/08/1961 Age: 48 | Landline:<br>(773)684 4809 | |
| | MR OBAMA BARACK H | 5046 S GREENWOOD AVE   12x<br>CHICAGO IL 60615 2806<br>(     )<br>Reported: 07/2005 - 11/15/2007<br>County: Cook | Map<br>ii | 4425<br>Issued: 1977-1979 in CT<br>DOB: 08/01/1961 Age: 48 | | N |
| | OBAMA BARACK HUSSEIN | 365 OF BADWAY   3x<br>SOMERVILLE MA 02145<br>Reported: 06/01/1986 - 10/01/2007<br>County: Middlesex | Map<br>ii | 4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1   12x<br>SOMERVILLE MA 02145<br>Reported: 07/17/2001 - 10/01/2007<br>County: Middlesex | Map<br>ii | 4425<br>Issued: 1977-1979 in CT<br>DOB: 04/08/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK | 918 BAINBRIDGE ST   1x<br>PHILADELPHIA PA 19147<br>Reported: 08/2007 - 08/2007<br>County: Philadelphia | Map<br>ii | | | N |

         10/2/09 9:14 AM

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK | 123 MAIN ST<br>LANSING MI 48910  **1x**<br>**Reported:** 07/2007 - 07/2007<br>**County:** Ingham | Map<br>it | | | N |
| | OBAMA BARACK H | 180 N LA SALLE ST 2200N  **2x**<br>CHICAGO IL 60601-2501<br>( ··· · · · · )<br>**Reported:** 02/2007 - 06/2007<br>**County:** Cook | Map<br>it | ▇▇4425<br>**Issued:** 1977-1979 in CT | | N |
| **Reports** | **Name** | **Address** | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK | 1236 PO BOX  **2x**<br>PROVO UT 84603<br>**Reported:** 06/2007 - 06/2007<br>**County:** Utah | | ▇▇▇ ▇▇ ▇▇▇▇ | | N |
| | OBAMA BARACK | ▇▇▇ N W MILLION RL  **1x**<br>PROSPECT HEIGHTS IL<br>60070-1513<br>**Reported:** 04/2007 - 04/2007<br>**County:** Cook | Map<br>it | | | N |
| | OBAMA BARACK | 505 CATHARINE ST  **1x**<br>PHILADELPHIA PA 19147-3009<br>**Reported:** 04/2007 - 04/2007<br>**County:** Philadelphia | Map<br>it | | | N |
| | OBAMA BARACK HUSSEIN | 5456 S EAST VIEW PARK 1  **3x**<br>CHICAGO IL 60615-5916<br>**Reported:** 07/2006 - 07/2006<br>**County:** Cook | Map<br>it | ▇▇4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK S | 607 E ADAMS ST  **9x**<br>SPRINGFIELD IL 62701 1634<br>( ··· · · · · )<br>**Reported:** 04/21/2006 - 05/07/2006<br>**County:** Sangamon | Map<br>it | | **Landline:**<br>(217)492-5089 | N |
| | OBAMA BARACK HUSSEIN | 300 MASSACHUSETTS AVE N  **1x**<br>WASHINGTON DC 20001<br>**Reported:** 02/01/2006 - 02/01/2006<br>**County:** District of Columbia | Map<br>it | ▇▇4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 227 6TH ST  **1x**<br>WASHINGTON DC 20002<br>**Reported:** 02/01/2006 - 02/01/2006<br>**County:** District of Columbia | Map<br>it | ▇▇4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 300 MASSACHUSETTS AVE  **10x**<br>WASHINGTON DC 20001-2629<br>**Reported:** 09/2005 - 02/01/2006<br>**County:** District of Columbia | Map<br>it | ▇▇4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 04/08/1961 **Age:** 48 | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK H | 300 MASSACHUSETTS AV  **3x**<br>WASHINGTON DC 20001-2640<br>**Reported:** 06/01/1986 - 02/01/2006<br>**County:** District of Columbia | Map<br>it | ▇▇4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 227 6TH ST  **8x**<br>WASHINGTON DC 20002<br>**Reported:** 02/01/2006 - 02/01/2006<br>**County:** District of Columbia | Map<br>it | ▇▇4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | **Landline:**<br>( 773)684-4809 | N |
| **Reports** | **Name** | **Address** | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK H AKA: OBAMA BARACK AKA: | 227 6TH ST  **2x**<br>WASHINGTON DC 20002-6067<br>**Reported:** 06/01/1986 - 02/01/2006<br>**County:** District of Columbia | Map<br>it | ▇▇4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | 684-4809 | N |

10/2/09 9:14 AM

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARBACK | | | | | |
| | OBAMA BARACK | 14 W ERIE ST CHICAGO IL 606 ~559 ( ~ ~ ) **Reported:** 12/21/2006 - 01/2006 **County:** Cook | **2x** Map It | | Landline: (312)751-1170 | N |
| E-mail: bobama@lawmbg com | | | (No IP Address Reported) | | Phone: (312)751-1170 | |
| | OBAMA BARACK | 5046 S GREENWOOD AVE CHICAGO IL 60615-2806 ( ~ ~ ) **Reported:** 07/2005 - 11/2005 **County:** Cook | **2x** Map It | ████4425 **Issued:** 1977-1979 in CT | Landline: (773)664-4809 | |
| | OBAMA BARACK HUSSEIN | 54501 E VIEW PARK CHICAGO IL 60615 **Reported:** 06/01/1997 - 05/26/2005 **County:** Cook | **6x** Map It | ████4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)664-4809 | |
| | OBAMA BARACK HUSSEIN | 7436 S EUCLID AVE 9 CHICAGO IL 60649 **Reported:** 05/26/2005 - 05/26/2005 **County:** Cook | **1x** Map It | ████4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)664-4809 | |
| | OBAMA BARACK HUSSEIN | 54501 SE VW CHICAGO IL 60615 **Reported:** 05/26/2005 - 05/26/2005 **County:** Cook | **1x** Map It | ████4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)664-4809 | |
| | OBAMA BARACK HUSSEIN | 5450 S VIEW PARK 1 CHICAGO IL 60615 **Reported:** 05/26/2005 - 05/26/2005 **County:** Cook | **1x** Map It | ████4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)664-4809 | |
| | OBAMA BARACK | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615-5916 **Reported:** 05/2005 - 05/2005 **County:** Cook | **1x** Map It | | | N |
| | OBAMA BARACK | 1013 E 53RD ST CHICAGO IL 60615-4311 **Reported:** 12/21/2004 - 01/14/2005 **County:** Cook | **9x** Map It | | Landline: (773)363-1996 | N |
| | OBAMA BARACK | 14 W ERIE ST CHICAGO IL 60654-5397 ( ~ ~ ) **Reported:** 12/21/2004 - 01/06/2005 **County:** Cook | **1x** Map It | | Landline: (312)751-1170 | N |
| E-mail: bobama@lawmbg com | | | (No IP Address Reported) | | Phone: (312)751-1170 | |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK | 10131 53RD ST CHICAGO IL 60615 **Reported:** 07/2003 - 07/2003 **County:** Cook | **1x** Map It | | Landline: (773)363-1996 | N |
| | OBAMA BARACK | 10131 53RD ST CHICAGO IL 60615 **Reported:** 07/2003 - 07/2003 **County:** Cook | **1x** Map It | | Landline: (773)363-1996 | N |
| | OBAMA BARACK SEN | 1741 E 71ST ST CHICAGO IL 60649 **Reported:** 02/01/2003 - 02/01/2003 **County:** Cook | **7x** Map It | | Landline: (773)363-1996 | N |
| E-mail: jenmascndist13@prodigy.net | | | IP address: 192.100.76.133 | | Reported: 10/( | |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1 CHICAGO IL 60515-59*6 **Reported:** 10/1997 - 10/2002 **County:** Cook | **4x** | Map | 4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615 **Reported:** 07/2002 - 07/2002 **County:** Cook | **1x** | Map | 4425 **Issued:** 1977-1979 in CT | | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615 **Reported:** 07/2002 - 07/2002 **County:** Cook | **1x** | Map | 350-60-2 302 **Issued:** 1975-1976 in IL | | N |
| | OBAMA BARACK H | 365 BROADWAY SOMERVILLE MA 02145-2440 **Reported:** 06/01/1986 - 07/17/2001 **County:** Middlesex | **7x** | Map | 4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 7436 S EUCLID AVE 2 CHICAGO IL 60649 **Reported:** 11/13/2000 - 11/13/2000 **County:** Cook | **8x** | Map | 4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 **Age:** 48 | Landline (773)654-4809 | N |
| | OBAMA BARACK H | 7436 S EUCLID AV CHICAGO IL 60649 3626 **Reported:** 06/01/1986 - 11/13/2000 **County:** Cook | **8x** | Map | 4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5450 VIEW PA CHICAGO IL 60615 **Reported:** 10/01/1999 - 10/01/1999 **County:** Cook | **8x** | Map | 4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK H | 5450 SE VIEW PK CHICAGO IL 60615 **Reported:** 06/01/1986 - 10/01/1999 **County:** Cook | **1x** | Map | 4425 **Issued:** 1977-1979 in CT **DOB:** 08/1961 **Age:** 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5450 SE VIEW PK CHICAGO IL 30615 **Reported:** 10/01/1999 - 10/01/1999 **County:** Cook | **1x** | Map | 4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PA 1 CHICAGO IL 60615-5916 **Reported:** 06/01/1986 - 10/01/1999 **County:** Cook | **5x** | Map | 4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | 684-4809 Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5450 VIEW PA CHICAGO IL 60615 **Reported:** 10/01/1999 - 10/01/1999 **County:** Cook | **1x** | Map | 4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 49798 PO BOX CHICAGO IL 60649 **Reported:** 09/01/1999 - 09/01/1999 **County:** Cook | **1x** | Map | 4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 849798 PO CHICAGO IL 60649 **Reported:** 09/01/1999 - 09/01/1999 **County:** Cook | **1x** | Map | 4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline (773)684-4809 | N |
| | OBAMA BARACK H | 849798 PO CHICAGO IL 60649 **Reported:** 09/1999 - 09/1999 **County:** Cook | **2x** | Map | 4425 **Issued:** 1977-1979 in CT | | N |

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | PO BOX 49798 2x<br>CHICAGO IL 60649<br>**Reported:** 09/1999 - 09/1999<br>**County:** Cook | | ■4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK SEN | 2152 E 71ST ST 7x<br>CHICAGO IL 60649<br>**Reported:** 05/01/1999 - 05/01/1999<br>**County:** Cook | Map<br>it | | **Landline:**<br>(773)363-1996 | N |
| | OBAMA BARACK HUSSEIN | 1440 E 52ND ST 6x<br>CHICAGO IL 60615<br>**Reported:** 01/01/1999 - 01/01/1999<br>**County:** Cook | Map<br>it | ■4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 04/08/1961 **Age:** 48 | **Landline:**<br>(773)684-4809 | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK HUSSEIN | 1440 E 52ND ST 1x<br>CHICAGO IL 60615<br>**Reported:** 01/01/1999 - 01/01/1999<br>**County:** Cook | Map<br>it | ■4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1 1x<br>SOMERVILLE MA 02143<br>**Reported:** 11/12/1997 - 11/12/1997<br>**County:** Middlesex | Map<br>it | ■4425<br>**Issued:** 1977-1979 in CT | | N |
| | OBAMA BARACK H | 5450 S VIEW PARK 4x<br>CHICAGO IL 30615<br>**Reported:** 06/1997 - 06/1997<br>**County:** Cook | Map | ■4425<br>**Issued:** 1977-1979 in CT | | N |
| | OBAMA BARACK HUSSEIN | 54501 VIEW PA 16x<br>CHICAGO IL 60615<br>**Reported:** 10/01/1994 - 10/01/1994<br>**County:** Cook | Map<br>it | ■4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 04/08/1961 **Age:** 48 | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK H | 54501 SE VIEW PA 5x<br>CHICAGO IL 60615-5942<br>**Reported:** 06/01/1986 - 10/01/1994<br>**County:** Cook | Map<br>it | ■4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | 684-4809 | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PK 1 1x<br>CHICAGO IL 60615<br>**Reported:** 06/01/1986 - 10/01/1994<br>**County:** Cook | Map<br>it | ■4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/1961 **Age:** 48 | | N |
| | OBAMA BARACK HUSSEIN | 54501 SE VIEW PA 2x<br>CHICAGO IL 60615<br>**Reported:** 10/01/1994 - 10/01/1994<br>**County:** Cook | Map<br>it | ■4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK | 365 BROADWAY ST 4x<br>BOSTON MA 02131<br>( )<br>**Reported:** 08/01/1994 - 08/01/1994<br>**County:** Suffolk | Map<br>it | | **Landline:**<br>(617)623-1266 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY ST 1x<br>BOSTON MA 02131<br>( )<br>**Reported:** 08/01/1994 - 08/01/1994<br>**County:** Suffolk | Map<br>it | ■4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE 6x<br>CHICAGO IL 60615<br>**Reported:** 12/01/1993 - 12/01/1993<br>**County:** Cook | Map<br>it | ■4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 04/08/1961 **Age:** 48 | **Landline:**<br>(773)684-4809 | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE 1x<br>CHICAGO IL 60615<br>**Reported:** 12/01/1993 - 12/01/1993 | Map<br>it | ■4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | **Landline:**<br>(773)684-4809 | N |

Tracers Information,Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | | | | | | | AR |
|---|---|---|---|---|---|---|---|
| | | **County:** Cook | | | | | |
| | OBAMA BARACK | 5450 EASTVIEW PK 1 CHICAGO IL 60615 **Reported:** 08/01/1993 - 09/01/1993 **County:** Cook | 1x | Map | ████4425 **Issued:** 1977-1979 in CT | | N |
| | OBAMA BARACK | 7436 S EUCLID AVE CHICAGO IL 60649 3526 **Reported:** 08/1993 - 08/1993 **County:** Cook | 2x | Map | ████4425 **Issued:** 1977-1979 in CT | | N |
| | OBAMA BARACK HUSSEIN | 365 W BROADWAY BOSTON MA 02127 ( ) **Reported:** 07/01/1991 - 07/01/1991 **County:** Suffolk | 1x | Map | ████4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline (773)684-4809 | N |
| | OBAMA BARACK H | 5324 S KIMBARK AVE CHICAGO IL 60615-5287 **Reported:** 06/01/1986 - 12/1990 **County:** Cook | 3x | Map | ████4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1 SOMERVILLE MA 02145 **Reported:** 08/01/1988 - 09/01/1988 **County:** Middlesex | 1x | Map | ████4425 **Issued:** 1977-1979 in CT **DOB:** 1990 | Landline: (617)623-1266 | N |
| | OBAMA BARACK HUSSEIN | 1N N CHICAGO IL 60615 **Reported:** 01/01/1988 - 01/01/1988 **County:** Cook | 1x | Map | ████4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | N 1N CHICAGO IL 60615 **Reported:** 01/1988 - 01/1988 **County:** Cook | 2x | Map | ████4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | | N |
| | OBAMA BARACK HUSSEIN | 5429 S HARPER AVE 1N CHICAGO IL 60615 **Reported:** 10/01/1986 - 10/01/1986 **County:** Cook | 1x | Map | ████4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK | 5429 S HARPER AVE 1N CHICAGO IL 60615-5548 **Reported:** 06/01/1986 - 10/1986 **County:** Cook | 3x | Map | ████4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | | N |

| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| | OBAMA BARACK H | 1440 E 52ND ST CHICAGO IL 60615 4151 **Reported:** 04/1986 - 04/1986 **County:** Cook | 1x | Map | **DOB:** 08/1961 **Age:** 48 | | N |
| | OBAMA BARACK H | 5450 EASTVIEW PARK 1 CHICAGO IL 60615 **County:** Cook | 2x | Map | ████4425 **Issued:** 1977-1979 in CT **DOB:** 08/1961 **Age:** 48 | | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1 SOMERVILLE MA 02145 2440 **County:** Middlesex | 2x | Map | ████4425 **Issued:** 1977-1979 in CT **DOB:** 1890 | | N |
| | OBAMA BARACK H | 5450 E VIEW PARK 1 CHICAGO IL 60615 **County:** Cook | 2x | Map | ████4425 **Issued:** 1977-1979 in CT | | N |
| | OBAMA BARACK H | 5450 SE VW CHICAGO IL 60615 **County:** Cook | 2x | Map | ████4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | 684-4809 | N |

10/2/09 9:14 AM



## Social Security Death Index Search Results

85,156,742 Records
last updated on 9-28-2009

The most full-featured SSDI search engine on the internet

| Field Value | | Records Results |
|---|---|---|
| SSN | 485405154 | 1 |

Viewing 1-1 of 1

| Name | Birth | Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|---|---|---|---|---|---|---|---|---|
| LUCILLE I BALLANTYNE | 22 Dec 1912 | 13 Sep 1998 (V) | 50140 (Lamoni, Decatur, IA) | (none specified) | 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 | Iowa | SS-5 Letter Add Photo etc Search Ancestry.com | |

Viewing 1-1 of 1

(V)=(Verified) Report verified with a family member or someone acting on behalf of a family member
(P)=(Proof) Death Certificate Observed

You can now order the SS-5 Form for deceased individuals directly from the Social Security Administration
online at https://secure.ssa.gov/apps9/eFOIA-FEWeb/internet/main.jsp

| Last name | Exact |
|---|---|
| First Name | |
| Middle Name | (initial) |
| SSN | **485405154** |
| Last Residence | Last Benefit |
| Zip | |
| State | |
| County | |
| City | |
| Birth | |

**EXHIBIT 5**

## DR. ORLY TAITZ, ESQ

### PRESIDENT

### DEFEND OUR FREEDOMS FOUNDATION

### 29839 SANTA MARGARITA PKWY, STE 100

### RANCHO SANTA MARGARITA CA 92688

10.03.10

Ms Dawn Wiggins

Social Security Administration

OEO FOIA Workgroup

300 N. Green Street

P.O. Box 33022

Baltimore, MD 21290-3022

Dear Ms. Higgins,

I am requesting US Code 5 §552 FOIA disclosure of the following information in regards to a number of matters where the disclosure of information under US code 5 §552 FOIA is essential in the interest of US National Security and preservation of the 14 th amendment Equal Protections rights of the U.S. Citizens. A copy of this letter is being forwarded to the 36,000 outlets of U.S. and International media, Inspector General of the Department of Justice and Public Integrity Unit,

Requested information is as follows:

1. Official SS- 5 Social security application for Stanley Ann Dunham, mother of Barack Obama,(Exhibit 1) show it to be filled out in 1959, however on the bottom

.      .

of the card, the revision 7/65. What does 7/65 mean? Does it mean Revision date 7/1965?

2. What are the dates for the social security form SS-5 revisions?

3. Previously I requested release of Social Security number application 042-68-**4435**, issued in the state of CT in and around 1977 to an elderly individual born in 1890 and later assumed by Barack Obama. SSA refused to provide the application. Due to the fact that the full application was denied, I am requesting only partial information:

a. zip code to which the original card was mailed

b. gender of the applicant

c. date of the application

Please, see attached a sworn affidavit from a recently retired senior deportation officer of the department of Homeland Security John Sampson, attesting to the fact that it is a common practice to release partial SS-5 application. (Exhibit 2)

4. Research of the National databases shows that there were several individuals born between 1890-1896, who obtained Social security cards shortly before passing away, possibly for the purpose of receipt of the Medicare benefits. I am requesting a certified photocopy of the original applications for ss-5 for these individuals, as they are deceased and privacy concerns would not apply in regards to deceased individuals. Please see an enclosed check for the $27 fee per copy, made payable to the Social Security Administration, attached to the request

Bossing Margaret

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

Birth 07 January, 1896

Death November 1982

SS card issued around 1977

DEMO, ANTOINETTE

Born 30 May 1890

Died Apr 1979   8806810 (Danbury, Fairfield, CT)(none specified)

Connecticut 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

Social security card issued between 1977-1979

5. If another individual assisted those elderly in filling out such SS application, I am requesting information on the name of the individual, who assisted the applicants as well as the official, who processed them.

6. Please, see attached sworn affidavit of a licensed investigator, certified by the department of the Homeland Security, Susan Daniels. It states the in the national databases name Barack Obama is linked to other social security numbers, among them 485-40-████

This number was actually assigned to   Lucille T Ballantyne

born 12.22.1912

died 09.13.98

The son of Ms. Ballantyne, Harry C. Ballantyne was the Actuary of the Social security administration with an access to all social security records and death indexes. As any change in the social security records is supposed to leave a paper trail and electronic trail, showing the access code of the employee, who effectuated the change, please advice, if the paper trail and/or electronic trail of such records shows  Mr. Harry C. Ballantyne, Actuary of the Social Security Administration, making any changes or alterations and/or additions to Social Security records  485-40-████ and/or 042-68-████, 042-68-████, and/or 042-68-

DEMO, ANTOINETTE

Born 30 May 1890

Died Apr 1979   8806810 (Danbury, Fairfield, CT)(none specified)

Connecticut 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

Social security card issued between 1977-1979

5. If another individual assisted those elderly in filling out such SS application, I am requesting information on the name of the individual, who assisted the applicants as well as the official, who processed them.

6. Please, see attached sworn affidavit of a licensed investigator, certified by the department of the Homeland Security, Susan Daniels. It states the in the national databases name Barack Obama is linked to other social security numbers, among them 485-40-5■■■

This number was actually assigned to   Lucille T Ballantyne

born 12.22.1912

died 09.13.98

The son of Ms. Ballantyne, Harry C. Ballantyne was the Actuary of the Social security administration with an access to all social security records and death indexes. As any change in the social security records is supposed to leave a paper trail and electronic trail, showing the access code of the employee, who effectuated the change, please advice, if the paper trail and/or electronic trail of such records shows  Mr. Harry C. Ballantyne, Actuary of the Social Security Administration, making any changes or alterations and/or additions to Social Security records  485-40-5■■■ and/or 042-68-4■■■, 042-68-4■■■, and/or 042-68-

or any other records, contained in the Affidavits of the investigators Sankey(Exhibit 4), Daniels(exhibit 3) and Sampson (Exhibit 1).

As breach of the integrity of the Social Security administration represents the matter of National security and the time is of the essence, I request a response to this request within 20 days,


Sincerely,


Dr. Orly Taitz ESQ.- President of

Defend our Freedoms Foundation

 29839 Santa Margarita Pkwy, ste 100

Rancho Santa Margarita Ca 92688


Public Integrity Section

Department of Justice

950 Pennsylvania Ave, NW

Washington DC 20530-0001


Office of the United Nations High Commissioner for Human Rights (OHCHR)

Special Rapporteur on the Situation of Human Rights Defenders

The Honorable Mrs. Margaret Sekaggya

Palais des Nations

CH-1211 Geneva 10, Switzerland

International Criminal bar Hague


10.03.10. Request for information under the Freedom of Information Act U.S. Code 5-552  4

United Nations Commission for

Civil Rights Defenders

Orsolya Toth (Ms)

Human Rights Officer

Civil and Political Rights Section

Special Procedures Division

Office of the High Commissioner for Human Rights

tel: + 41 22 917 91 51

email: ototh@ohchr.org



## SOCIAL SECURITY

Refer to:
S9H: AF3216                                    March 2, 2011

Dr. Orly Taitz, Esq.
Defend Our Freedoms Foundation
29839 Santa Margarita Parkway
Suite 100
Rancho Santa Margarita, CA  92688

Dear Dr. Orly Taitz, Esq.:

This is in response to your October 4, 2010 Freedom of Information Act (FOIA) request
for the following items:

1. Blank Form SS-5s for 1958, 1959, 1976. and 1977;
2. Zip Code, gender. and date of application for 042-68-▆▆▆▆.
3. Form SS-5 for Margaret Bossing;
4. Form SS-5 for Antoinette Demo:
5. Form SS-5 for Lillian Appleby.
6. The names of the persons who assisted the applicants, as well as the official who
   processed the Form SS-5s; and
7. Written confirmation concerning whether Social Security Administration records
   show that Harry C. Ballantyne or any other person made changes, alterations,
   additions. or amendments to records pertaining to Social Security numbers 485-
   40-▆▆▆▆, 042-68-4▆▆▆, 042-68-4▆▆▆, or 042-68-▆▆▆▆.

In addition to the above items. you asked the following questions:

8. The dates for the Form SS-5 revisions;
9. How Stanley Ann Dunham could fill out a Form SS-5 in 1959 that did not exist
   until 1965; and
10. An explanation of the anomalies and discrepancies in Stanley Ann Dunham's and
    Shirley Dunham's records.

We have in our possession four pages of information responsive to your request, which
we can release to you.  We have enclosed the Form SS-5s for Margaret Bossing (item 3),
Antoinette Demo (item 4), and Lillian Appleby (item 5).

Page 2 – Dr. Orly Taitz, Esq.

In response to item 1, we have enclosed a blank copy of Form SS-5 from 1976. We were unable to locate copies of the Form SS-5 for 1958, 1959, and 1977.

In response to the information you requested in item 2, the Privacy Act of 1974 (5 U.S.C. § 552a) protects personal information about the Social Security number (SSN) holder maintained in a Privacy Act system of records. We can comply with your request for disclosure if we have the person's consent or if the FOIA requires disclosure. In this case, we do not have the person's consent. The FOIA does not require release of records if disclosure would constitute an unwarranted invasion of personal privacy. See 5 U.S.C. § 552(b)(6).

In determining whether Exemption 6 of the FOIA applies here, we must balance the public interest in disclosure against the privacy interest of the person whose records you are requesting. The Supreme Court set out certain guiding principles for such determinations in Department of Justice v. Reporters Committee for Freedom of the Press, 489 U.S. 749 (1989).

According to this Supreme Court case, the only public interest that agencies should consider is whether disclosure of the records would shed light on the way an agency performs its statutory duties. We may not consider the identity of the requester, but instead, we must consider the nature of the requested records. While we acknowledge the public interest in knowing how we administer the Social Security Act, we find that disclosure of records containing personal information about the SSN holder would not shed light on how we perform our statutory duties.

You have not identified any public interest that justifies disclosing the requested information. Furthermore, you could use the requested information to identify the SSN holder with reasonable certainty. Therefore, disclosure of such personal information would be a clearly unwarranted invasion of personal privacy, and the FOIA exempts such records from disclosure.

We do not maintain the information you requested in items 6 and 7. We do not maintain information on the names of the persons who may assist applicants or the names of employees who process the Form SS-5. In addition, we do not maintain information on the names of employees making any changes, alterations, additions, or amendments to Social Security records.

Items 8, 9, and 10 of your request were questions rather than requests for documents. The FOIA is a statute that provides access to Federal government agencies' existing documents and records. Although the FOIA provides access, it does not require agencies to answer questions or do research in order to respond. See Zemansky v. United States E.P.A., 767 F. 2 569 (1985) and Poll v. Office of Special Counsel, 208 F 3d 226, n.2 (10th Cir. 1999).

Page 3 – Dr. Orly Taitz, Esq.

Thank you for your payment to cover the cost of searching our records.

If you disagree with this decision, you may request a review.  Mail your appeal within 30 days after you receive this letter to the Executive Director for the Office of Privacy and Disclosure, Social Security Administration, 6401 Security Boulevard, Baltimore, Maryland 21235.  Mark the envelope "Freedom of Information Appeal."

Sincerely,

Dawn S. Wiggins

Dawn S. Wiggins
Freedom of Information Officer

Enclosures



ID: CN: DO:

DO NOT WRITE IN THE ABOVE SPACE

# APPLICATION FOR A SOCIAL SECURITY NUMBER

See Instructions on Back. Print in Black or Dark Blue Ink or Use Typewriter.

1 Print FULL NAME YOU WILL USE IN WORK OR BUSINESS (First Name) (Middle Name or Initial—if none, draw line ——) (Last Name)

2 Print FULL NAME GIVEN YOU AT BIRTH

6 YOUR DATE OF BIRTH (Month) (Day) (Year)

3 PLACE OF BIRTH (City) (County if known) (State)

7 YOUR PRESENT AGE (Age on last birthday)

4 MOTHER'S FULL NAME AT HER BIRTH (Her maiden name)

8 YOUR SEX ☐ MALE ☐ FEMALE

5 FATHER'S FULL NAME (Regardless of whether living or dead)

9 YOUR COLOR OR RACE ☐ WHITE ☐ NEGRO ☐ OTHER

10 HAVE YOU EVER BEFORE APPLIED FOR OR HAD A UNITED STATES SOCIAL SECURITY, RAILROAD, OR TAX ACCOUNT NUMBER? ☐ NO ☐ DON'T KNOW ☐ YES → (If "Yes" Print State in which you applied and Date you applied and Social Security Number if known)

11 YOUR MAILING ADDRESS (Number and Street, Apt. No., P.O. Box, or Rural Route) (City) (State) (Zip Code)

12 TODAY'S DATE

NOTICE: Whoever, with intent to falsify his or someone else's true identity, willfully furnishes or causes to be furnished false information in applying for a social security number, is subject to a fine of not more than $1,000 or imprisonment for up to 1 year, or both.

13 TELEPHONE NUMBER

14 Sign YOUR NAME HERE (Do Not Print)

Form Approved OMB No. 72-R0571 No social security number may be issued unless this form is completed (26 CFR Part 31.6011(b) 2)

DHEW, Social Security Administration
Form SS-5 (1-76)

☐ RESCREEN ☐ ASSIGN ☐ DUP ISSUED

Return completed application to nearest SOCIAL SECURITY ADMINISTRATION OFFICE

Information Furnished On This Form Is CONFIDENTIAL

## INSTRUCTIONS

**One Number Is All You Ever Need For Social Security And Tax Purposes**
**Special Attention Should Be Given To Items Listed Below**

Fill in this form completely and correctly. If any information is not known and is unavailable, write "unknown." Use typewriter or print legibly in dark ink.

1 Your social security card will be typed with the name you show in item 1. However, if you want to use the name shown in item 2, attach a signed request to this form.

3 If not born in the USA, enter the name of the country in which you were born.

5 If a stepfather, adopting father, or foster father is shown, include the relationship after name, for example, "John H. Jones, stepfather."

10 If you have ever before filled out an application like this for a social security, railroad, or tax number, check "yes" even if you never received your card. If you check "yes," give the name of the State and the approximate date on which you applied. Also enter your social security number if you did receive the card and remember the number. You may find your number on an old tax return, payroll slip, or wage statement.

11 If you get your mail in the country, without a street address, show your R.D. Route, and Box number; if at the post office, show your P.O. Box No.; if there is no such way of showing your mail address, show the town or post office name. If mail under your name is not normally received at the address which you show, use an "in care of" address.

14 Sign your name as usually written. Do not print unless this is your usual signature. (If unable to write, make a mark witnessed by two persons who can write. The witnesses preferably should be persons who work with the applicant and both must sign this application. A parent, guardian, or custodian who completes this form on behalf of another person should sign his own name followed by his title or relationship to the applicant, for example, "John Smith, father.")

FOR DISTRICT OFFICE USE

FOR BUREAU OF DATA PROCESSING

7 7 0 6 2 6 3 2 6 9 0

MARGARET A BOSSING          DOB  01-07-96
CLAIM NUMBER 043-07-       D   PC 1  DOC A91  B252

DO NOT WRITE IN THE ABOVE SPACE

1. PRINT NAME OF APPLICANT ... (Last Name) BOSSING
MARGARET A.

2. FULL NAME AT BIRTH (First Name) MARGARET A. (Last) GOTTSCHAM
PERSON'S DATE OF BIRTH  JAN 7 1896

3. PERSON'S PLACE OF BIRTH DRESDEN — GERMANY
PERSON'S PRESENT AGE  81

4. MOTHER'S FULL NAME ... MARIE AUGUSTE BECKERT
PERSON'S SEX  MALE ☐  FEMALE ☒

5. FATHER'S FULL NAME ... FERDINAND GOTTSCHAM
PERSON'S COLOR OR RACE  WHITE ☒

ENTER YEAR ... DATE —

10. HAS THE PERSON EVER BEFORE APPLIED FOR OR HAD A SOCIAL SECURITY NUMBER
YES ☐  NO ☒

NOTICE: Whoever, with intent to falsify his or someone else's true identity, willfully furnishes or causes to be furnished false information in applying for a social security number, is subject to a fine of not more than $1,000 or imprisonment for up to 1 year, or both.

SIGNATURE  Margaret A. Bossing

MARGARET A BOSSING          LOWER ROCK LA
NORWALK CT 06851

11. TODAY'S DATE  FEB 14 19__

12. TELEPHONE NUMBER  847-9548

FORM SSA-9630 (2-78)



7 7 0 8 8 2 2 5 1 3 4

LILLIAN    APPLEBY
CLAIM NUMBER 047-05-____ 0    DOB  08-18-90    PC 1   DOC A91   A141

1  LILLIAN   ELIZABETH   APPLEBY

2  LILLIAN   ELIZABETH   CONNERS

3  NEW YORK CITY          NEW YORK

4  MARY   O'CONNER

5  JOSEPH   CONNERS

6  08/18/1890

7  86

8  MALE ☐  FEMALE ☒

9  WHITE ☐  NEGRO ☐  OTHER ☐

10  NO ☒   YES ☐

12  762-5824

13  NOTICE  Whoever, with intent to falsify his or someone else's true identity, willfully furnishes or causes to be furnished false information in applying for a social security number, is subject to a fine of not more than $1,000 or imprisonment for up to 1 year, or both.

LILLIAN APPLEBY                  9 TWIN OAK LANE
WILTON CT 06897

Linda A. Scott
DAUGHTER

FORM SSA-9636  (2-73)

**EXHIBIT 6**

DEPARTMENT OF STATE

**APPLICATION FOR**

RENEWAL   AMENDMENT   EXTENSION
OF

PASSPORT   CARD OF IDENTITY
REGISTRATION   CERTIFICATE OF IDENTITY

Document No. _____   Date Issued _____

PLEASE PRINT NAME IN FULL

... for the service indicated above ... (REVERSE)

DATE OF BIRTH (Month, Day, Year)   PLACE OF BIRTH

NOW RESIDENT AT

UNITED STATES RESIDENCE Street address, city, county, state

PROPOSED TRAVEL PLANS | IF RETURNING TO U.S. COMPLETE THE FOLLOWING

_____ YEARS   _____ MONTHS

FORM FS-299

AMEND TO INCLUDE EXCLUDE WIFE HUSBAND

CARD CONTINUANCE TERMINATED BY
☐ DIVORCE   ☐ DEATH

AMEND TO INCLUDE EXCLUDE CHILDREN

| NAMES | SEX | AGE | CITIZENSHIP | BIRTHDATE |
|---|---|---|---|---|

AMEND TO READ IN MARRIED NAME

NAME

| DATE MARRIED | PLACE MARRIED | MARRIED TO |
|---|---|---|

CITIZENSHIP OF HUSBAND
☐ U S CITIZEN    ☐ ALIEN CITIZEN OF

OTHER AMENDMENT(S) (DESCRIBE IN DETAIL ACTION REQUESTED)

DOCUMENTARY EVIDENCE SUBMITTED TO DEPARTMENT BY CONSULAR OFFICER

DOCUMENTARY EVIDENCE SEEN AND RETURNED TO APPLICANT BY CONSULAR OFFICER

STATEMENT OF ACTION BY POST UPON DEPARTMENT'S AUTHORIZATION (To be executed only in connection with cases referred to Dept )

THE ☐ PASSPORT      ☐ RENEWED TO _____ DATE ____
☐ CARD OF IDENTITY    WAS   ☐ AMENDED AS REQUESTED
☐ CERTIFICATE           ☐ EXTENDED TO ____

AUTHORITY ____   *(Consul of the United States of America)*

(Photo required for inclusions)

STAPLE ONE PHOTO HERE
DO NOT MAR FACE

OPINION OF CONSULAR OFFICER

*(Consul of the United States of America)*

FORM FS-299

**EXHIBIT 7**

**Dr. Orly Taitz, Esq**
**29839 Santa Margarita Parkway, STE 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
E-Mail: dr_taitz@yahoo.com

UNITED STTES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Dr. Orly Taitz, Esquire, Pro Se,<br>Plaintiff | ) )<br>)<br>) | Civil Action: |
| v. | )<br>) | |
| Barrack Hussein Obama.<br>Defendant | )<br>) | |

### Affidavit of John N. Sampson

1.     My name is John N. Sampson. I am over 18 years of age, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2.     I am a citizen of the United States of America, I am 58 years old, and was born in Jackson Heights, Queens, New York and raised in the State of New York.

3.     I am the Chief Executive Officer, Owner, and Operator, of CSI Consulting and Investigations LLC, a consulting and private investigative firm registered with the Secretary of State of Colorado as a Limited Liability Company pursuant to the laws of the State of Colorado. The company was formed in the State of Colorado on January 2, 2009 and is in good standing with the Secretary of State of Colorado. Colorado does not have any licensing requirements or provisions for private investigators.

4.     I have personal knowledge of all of the facts and circumstances described herein below and will testify in open court to all of the same.

5.     On, or about, November 16, 2009, Orly Taitz, the attorney who is prosecuting the above captioned matter, requested that I access LocatePlus, a commercial database that I subscribe to,

which is located in the State of Massachusetts, and with whom I have a user agreement, and requested that I obtain any and all legally available information relating to U.S Social Security number 042-68-████.

6      On, or about. November 16, 2009, pursuant to the aforementioned request by Orly Taitz, I requested from LocatePlus, any and all legally obtainable information relating to SSN 042-68-████.

7.      As a result of this inquiry, I came to learn that Plaintiff Barrack Hussein Obama, has used this Social Security number since at least from June 1, 1986 to present. A detailed report was generated showing family relationships, past residence history, real property owned by Mr. Obama, and other detailed information to include, but not limited to, driver's license information, telephone numbers associated with Mr Obama, and people possibly related to Mr. Obama.

8.      This information was obtained pursuant to a legitimate and permissible search under the user agreement I have with LocatePlus. This request was made in connection with a pending civil action, which is one of the expressed permissible purposes to conduct such an inquiry through LocatePlus, as well as a possible criminal violation of United States law, and possible fraud.

9.      As a result of this search and the results that were obtained, on or about November 17, 2009, I accessed a public access database named "SSN Validator" at http://www.ssnvalidator.com/. The information this site provided me was that SSN 042-68-████ was issued by the Social Security Administration based upon an application filed for a Social Security Number in the State of Connecticut between the years 1976 and 1977.

10.     Based upon information and belief, Plaintiff Barrack Hussein Obama has never had a direct connection with the State of Connecticut and has never claimed residency in the State of Connecticut.

11.     I am a recently retired Senior Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (DHS ICE) having retired on August 30, 2008.

12.     As a result of my formal training as an immigration officer, conducted at the Federal Law Enforcement Training Center (FLETC), located in Brunswick, Georgia, and advanced training received at FLETC in Artesia, New Mexico and elsewhere during my 27 year career, as well as my professional experience spanning 27 years of federal law enforcement, it is my knowledge and belief that Social Security Numbers can only be applied for in the State in which the applicant habitually resides and has their official residence.

13.     During the period between January 1, 1976 and December 31, 1977 inclusive, it is my knowledge and belief that Barrack Hussein Obama habitually resided solely within the State of Hawaii and was between the ages of 14 and 16 during the time period stated above. During that period of time, based upon information and belief, Mr. Obama resided with his maternal grandparents, Madelyn and Stanley Dunham in the State of Hawaii.

14    On or about February 2, 2010, I received an email from a person identifying himself as "Jim Russo". Operations Manager for LocatePlus. 100 Cummings Center, Suite 235M, Beverly, MA. 01915. requesting that I contact him regarding my account.

15    On or about February 3, 2010, I telephoned Mr Russo at 978-921-2727, extension 319 and inquired as to why he wished to discuss my account. At that time, Mr. Russo stated that LocatePlus had noticed I had conducted what he called a "celebrity political figure" inquiry and wanted to know why I had done so and which permissible reason pursuant to the user agreement I was under with LocatePlus pertained to my making my inquiry

16.    I told Mr. Russo that I was a private investigator in the State of Colorado, that I had been tasked by Dr. Orly Taitz, an attorney in California who was prosecuting a civil suit involving Mr. Obama and that I had emails and other documentation that I could send him verifying that fact. Mr Russo stated that he would appreciate it if I would send that information to him which I did on or about February 3. 2010. He assured me at that time that if I were to provide this information to him it would resolve any "issues" LocatePlus may have regarding my inquiry into a "political celebrity".

17.    In the email I sent to Mr. Russo, I offered to have Dr. Taitz send him an email as well confirming the fact that I had been tasked by her to conduct this inquiry pursuant to a pending civil suit in the United States District Court for the Central District of California. He stated that he would like to receive such an email

18.    On or about February 4, 2010. Dr Orly Taitz, at my request, sent Mr. Russo an email indicating that she had requested me, in connection with the pending civil suit in California against Mr. Obama, to conduct research through the commercial databases I habitually use as a private investigator, related to SSN 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.

19.    Numerous emails have been exchanged between me and Mr. Russo due to the fact that as of February 2, 2010, my account with LocatePlus has been frozen and I can no longer access this database despite the fact that I responded to their inquiries and have provided evidence to them indicating that I had followed the user agreement we have entered into. I have repeatedly asked that my account be unlocked, unfrozen, and made available to me

20.    Despite all of this, as of March 8, 2010, my account remains frozen and I am unable to conduct legitimate, legal database searches in connection with my business. As a result, I am being financially harmed, unable to conduct legal, lawful, legitimate investigations pursuant to law, and unable to provide to my clients, the services they have contracted with me to provide, thereby subjecting me to possible civil litigation for failing to provide contracted services.

21.    Based upon information and belief, misuse of a Social Security number is a direct violation of Title 42 United States Code, Section 408(a)(7)(B), which is a federal felony punishable under Title 18 United States Code by fine or imprisonment of up to five years, or both.

22.     I swear under the penalties of perjury that all the facts stated and circumstances described above are true and correct to the best of my knowledge and belief.

23.     I have not been compensated for making this affidavit.

Further, Affiant sayeth not

Signed and executed in Aurora, Colorado on this 8 day of March, 2010.

By: _____
                John N. Sampson

By _____
John N Sampson

Signed and subscribed to this _____ day of September, 2010 in Strasburg, Adams County, State of Colorado

_____
Notary Public Adams County, Colorado

my commission expires 1/11/11

3

# EXHIBIT 8

Dr. Orly Taitz, Esq.
29839 Santa Margarita Parkway, STE 100
Rancho Santa Margarita CA 92688
Tel: (949) 683-5411; Fax (949) 766-7603
E-Mail: dr_taitz@yahoo.com

UNITED STTES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dr. Orly Taitz, Esquire, Pro Se,  )
      Plaintiff  )
      )
      )             Civil Action.
   v.  )
      )
Barrack Hussein Obama,  )
      Defendant  )

## Affidavit of John N. Sampson

1.   My name is John N. Sampson. I am over 18 years of age, am of sound mind and free of any mental disease or psychological impairment of any kind or condition

2.   I am a citizen of the United States of America. I am 59 years old, and was born in Jackson Heights, Queens, New York and raised in the State of New York

3.   I am the Chief Executive Officer, Owner, and Operator, of CSI Consulting and Investigations LLC, a consulting and private investigative firm registered with the Secretary of State of Colorado as a Limited Liability Company pursuant to the laws of the State of Colorado. The company was formed in the State of Colorado on January 2, 2009 and is in good standing with the Secretary of State of Colorado. Colorado does not have any licensing requirements or provisions for private investigators

4.   I am a retired Senior Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), having retired after 25 plus years of credible federal service, on August 30, 2008. (See Exhibit "A", attached)

1

5    As a result of my former employment, and in furtherance of my current employment, I have appeared as an expert witness in numerous courts throughout the United States, having been admitted as an expert witness in the areas of immigration law, immigration enforcement, immigration fraud, immigration marriage fraud, visa fraud, Violence Against Women Act fraud, and as a forensic document analyst. The States in which I've testified as an expert witness include Colorado, New York, Arizona, Florida, Nebraska. I have also been endorsed as an expert witness relating to the aforementioned areas in California, Massachusetts, and Florida.

6    I have personal knowledge of all of the facts and circumstances described herein below and will testify in open court to all of the same.

7    From my personal experience having dealt with the verification of social security numbers being used by illegal aliens in violation of law, when there is a need for verification of the legitimacy of a Social Security number, certain information can be, and is routinely, obtained from the Social Security administration on questionable social security numbers that is permitted to be released under the Privacy Act. This information is of non identifying nature and includes, but is not limited to

    a.    The exact date that the social security number in question was issued,

    b.    The zip code to which the Social Security number card was mailed to,

    c.    The age of the applicant at the time they applied for the Social Security number in question

    d.    The gender of the applicant who applied for the Social Security number in question.

8    While this information does not provide the identity of the account holder which is Privacy Act protected, it is beneficial in determining if a suspect social security number is being used fraudulently or being misused by someone other than the rightful account holder without violating the provisions of the Privacy Act. If the Social Security Administration should refuse to provide the requested information, a court order directing the release of the aforementioned non identifying information would be useful and beneficial in determining if a particular social security number was being misused in violation of Title 42 United States Code, Section 408(a)(7)(B), a felony cognizable under the laws of the United States.

9    I swear under the penalties of perjury that all the facts stated and circumstances described above are true and correct to the best of my knowledge and belief.

10    I have not been compensated for making this affidavit

Further, Affiant sayeth not

Signed and executed in Strasburg, Colorado on this 23 <u>rd</u> day of September, 2010

2

*Office of Detention and Removal Operations*

**U.S. Department of Homeland Security**
425 I Street, NW
Washington, DC 20536



**U.S. Immigration
and Customs
Enforcement**

AUG 2 2

Mr. John Sampson
Office of Detention and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
Denver Field Office
4730 Paris Street
Denver, CO 80239

Dear Mr. Sampson:

On the occasion of your retirement after more than 25 years of service, I would like to take this opportunity to express my sincerest appreciation and best wishes.

In the course of your dedicated service to the Immigration and Naturalization Service and your time with the Department of Homeland Security, U.S. Immigration and Customs Enforcement, we have seen many changes and accomplishments and you have contributed significantly to those. Your expertise and professionalism were displayed in all aspects of your work.

You have distinguished yourself through the years and you should feel proud of your lasting accomplishments. Your knowledge and dedication will be greatly missed, but know that the program and agency have benefited greatly because of your work and numerous contributions.

On behalf of the Office of Detention and Removal Operations, I extend our most sincere appreciation. We wish you all the best in your future endeavors and much happiness for you and your family.

Sincerely,

James T. Hayes, Jr.
Acting Director

AO 440 (Rev 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

*Orly Taitz*
_____
Plaintiff

v.

*Michael Astrue*
_____
Defendant

)
)
)
)
)
)
)

Civil

Case: 1:11-cv-00402
Assigned To : Lamberth, Royce C.
Assign. Date : 2/16/2011
Description: FOIA/Privacy Act

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  *Michael Astrue*
*Commissioner of the Social*
*Security administration*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — 30 or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  *Dr. Orly Taitz, ESQ*
*29839 Santa Margarita, Ste 100*
*Rancho Santa Margarita, CA 92688*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: *FEB. 16, 2011*   _____

_____
*Signature of Clerk or Deputy Clerk*