**DR. ORLY TAITZ, ESQ**
**ATTORNEY PRO SE**
**29839 SANTA MARGARITA PARKWAY, STE 100**
**RANCHO SANTA MARGARITA CA 92688**
**TEL: (949) 683-5411; FAX (949) 766-7603**
**E-MAIL: ORLY.TAITZ@GMAIL.COM**

UNITED STATES DISTRICT COURT
FOR THE  DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. ORLY TAITZ, ESQ, PRO SE<br>Plaintiff,<br><br>v.<br><br>MICHAEL ASTRUE, Commissioner of the<br>Social Security Administration,<br><br><br><br>Respondent | Freedom of information violation<br>5USC §552<br>CASE # 1:11-cv-00402<br>Assigned to Chief Judge<br><br>Hon. Royce C. Lamberth<br>Designation: FOIA/Privacy Act<br>**MOTION TO STRIKE** |

**Notice of Motion and Motion to strike defendant's answer**

Plaintiff Dr. Orly Taitz ESQ, hereinafter "Taitz" submits this motion to strike the defendant's answer and issue a default judgment, to be decided on the memorandum of points and authorities provided below and oral argument, if the court deems oral argument to be necessary.

**Memorandum of points and authorities**

1. Docket of this case reflects, that the answer from the respondent was due on May 3, 2011.

2. Defendant did not furnish his answer on May 3, 2011

3. Plaintiff submitted two requests for default.

4. Defendant submitted his answer 20 days late on May 23,2011



5. Plaintiff respectfully requests the court to strike defendant's answer and issue a default judgment as the answer was significantly late, and in the interest of the national security of the United States of America, it is crucial to obtain the application for the SSN 042-68-xxxx. Yellow Book Sales v. White, 2:2010cv03062 USDC, E.D.Pennsylvania ;

U.S. ex rel. Time Equipment Rental & Sales v. Harre, 983 F.2d 128, 24 Fed.R.Serv.3d 1113 (8th Cir. 1993). Plaintiff and the United States of America will be prejudiced, if the motion to strike is not granted. The defendant will not be prejudiced by granting the motion at hand.

6. Current FOIA request was made due to the fact that Mr. Barack Obama's Selective Service certificate shows him using SSN 042-68-xxxx, however SS verification system shows this number to be invalid, never issued to Barack Obama. Exhibits 4, 5

7. For three years Mr. Obama engaged in stonewalling and refused to release his long form birth certificate. Only 5 days prior to the oral argument in Barnett, Keyes at al v Obama 10-55084 in the Ninth Circuit Court of Appeals, Mr. Obama suddenly released his long form birth certificate, which is widely considered to be an attempt to influence the panel of the Ninth Circuit Court of Appeals and make the case before them moot. Taitz, plaintiff in this case, is also an attorney for 40 plaintiffs in Barnett v Obama, which includes complaint by the former UN ambassador Alan Keyes, 10 state representatives and nearly 30 members of the military. While releasing this birth certificate Mr. Obama attacked ones, who challenged his legitimacy due to lack of valid vital records and due to lack of the Constitutional eligibility, calling them "carnival barkers". He unleashed a verbal and psychological pogrom on everyone, who dared to speak up the truth and challenge the eligibility and legitimacy to the US presidency.

8. May 1 at 10 pm, only a few hours prior to May 2, 9 am hearing Mr. Obama announced capture, assassination and throwing overboard of the body of Osama Bin Laden, which temporarily drowned the eligibility issue.

9. Shortly thereafter Taitz received statements from experts Douglas Vogt, Exhibit 2, Chito Papa Exhibit 3, Paul Irey Exhibit 1, attesting to the fact, that the long form birth certificate, released by Obama, is a forgery.

10. **Forged birth certificate is a motif for one to seek a social security number of a deceased individual**. Additional information is provided in Exhibit 6, showing evidence of forgery in the application for Social Security number, which was obtained by Barack Obama's mother, Stanley Ann Dunham. Application purportedly issued in 1959 was filled out on a 1965 form, which clearly didn't exist in 1959.   Therefore, there is a pattern of fraud and forgery in the records of the whole family, which includes Social Security records of Barack Obama, his mother Stanley Ann Dunham, as well as evidence of forgery in the birth certificate and fraud in educational records, IRS records and other vital records of Barack Obama.

11. Evidence, provided in the complaint, first amended complaint and this

motion show, that we have an individual with a forged birth certificate and an invalid Social Security number usurping the position of the president and the Commander-in-Chief by virtue of use of forged and fraudulently obtained vital records. This is the most serious breach of the U.S. national security since the creation of this nation. The interest of protection of the public require urgent resolution of the case at hand.

12. There will be no detriment to the defendant Commissioner of the Social Security administration Michael Astrue, or Mr. Obama if the motion to strike the answer is granted and default judgment is entered and the required application is

released, as one cannot be harmed by release of the application for an invalid Social Security number.

13. There is a high likelihood of further stone walling and aiding and abetting Mr. Obama by the U.S. attorneys' office and the Department of Justice, led by Obama appointee Attorney General Eric Holder, representing the defendant, as prior criminal complaints on the matter by the Plaintiff and thousands of U.S. citizens were unanswered. Additionally, there is evidence of further obstruction of justice by the Social Security administration  and the Selective Service administration (Exhibit 7), as thousands of U.S. citizens are trying to verify information above, they are getting responses, that the Internet page for the Social Security administration shows answer "Access Denied" and Selective service blocks citizens by stating, that they exceeded the daily limit for the verification of these documents, even though these citizens never verified such documents before.

14. There is no other remedy, that would provide the information and the document in question.

15. Privacy interests do not attach to release of an invalid document.

16. Balancing the hardships will unquestionably tip the scale in favor of granting this motion and ordering the Social Security Administration to provide to the Plaintiff the original application to the Social Security number 042-68-xxxx.

## SUMMARY

Based on all of the above plaintiff Orly Taitz respectfully requests her motion to strike to be granted.

/s/ Dr. Orly Taitz, ESQ

Taitz v Astrue Motion to strike answer and grant default judgment        4

29839 Santa Margarita Pkwy, ste 100

Rancho Santa Margarita CA 92688

ph 949-683-5411 fax 949-766-7603

orly.taitz@gmail.com

Declaration of Orly Taitz

I, Orly Taitz, am over 18 years old, do not suffer from any mental impairment, have personal knowledge of facts described below and will be able to competently testify to following:

1. Affidavit of expert Douglas Vogt is a true and correct copy of such affidavit, provided to me by Douglas Vogt

2. Affidavit by expert Chito Papa is a true and correct copy of such affidavit provided to me by Chito Papa.

3. Notarized letter from expert Paul Irey is a true and correct copy of such letter received by me.

I declare under penalty of perjury and laws of the state of California and United States of America, that all the facts stated and circumstances described above are true and correct statements.

Further, Affiant saith naught.

By _____

06.15.2011

/s/ Dr. Orly Taitz ESQ.

### Service of process

I, Lila Dubert, am not a party to the above captioned case, I am over 18 years old and I certify that a true and correct copy of the above pleadings were served on the defendant on 06.15. 2011 via first class mail and will be served by the court via ECF

/s/  Lila Dubert

cc Congressman Darrell Issa

Chairman

House Oversight Committee

2347 Rayburn House Building

Washington DC, 20515


cc Congressman Mike Rogers

Chairman

House Intelligence Committee

133 Cannon House Office building

Washington DC 20515


cc Congressman Sam Johnson

Chairman

House Subcommittee on Social Security

House Ways and Means Committee

2929 N Central Expy, 240

Richardson, TX 75080


cc Congressman Dana Rohrbacher

Chairman

House Subcommittee on Oversight and Investigations'

House Committee on Foreign Affairs

2300 Rayburn House Building

Washington DC 20515


Taitz v Astrue Motion to strike answer and grant default judgment          7

**DR. ORLY TAITZ, ESQ**
**ATTORNEY PRO SE**
**29839 SANTA MARGARITA PARKWAY, STE 100**
**RANCHO SANTA MARGARITA CA 92688**
**TEL: (949) 683-5411; FAX (949) 766-7603**
**E-MAIL: ORLY.TAITZ@GMAIL.COM**

UNITED STATES DISTRICT COURT
FOR THE  DISTRICT OF COLUMBIA

Dr. ORLY TAITZ, ESQ, PRO SE
    Plaintiff,

    v.

MICHAEL ASTRUE, Commissioner of the
    Social Security Administration,




        Respondent

§
§ Freedom of information violation
§        5USC §552
§        CASE # 1:11-cv-00402
§ Assigned to Chief Judge
§
§      Hon. Royce C. Lamberth
§ Designation: FOIA/Privacy Act
§ **MOTION TO STRIKE**
§
§
§
§

PROPOSED ORDER

MOTION TO STRIKE THE ANSWER IS **GRANTED**

_____

Chief Judge US District Court

District of Columbia

Royce C. Lamberth

Date:_____

# EXHIBIT 1

These are 161 typed characters selected from
Obama's birth certificate that do not match
each other for style or size.

# AAEEKKMM

# RRSSUUss

# aaaaaacc

# eeffggii

# llnnpprr

# ttttttttt

# uuyy1122

BARACK HUSSEIN OBAMA, II

Male August 4, 1961 724 P

Honolulu Oahu

Kapiolani Maternity & Gynecological Hospital

Honolulu Oahu Honolulu, Hawaii

6085 Kalanianaole Highway

BARACK HUSSEIN OBAMA African

25 Kenya, East Africa Student University

STANLEY ANN DUNHAM Caucasian

18 Wichita, Kansas None

A A E E K K M M

R R S S U U s s

a a a a a a c c

e f f g g i i

l l n n p p r r

t t t t t t t t t

u u y y 1 1 2 2



# Student

## Difference in the lower case "t"

### t t t t t t t t

Eight different "t"s found.

**AAASSnn**

| 144 | 146 | 201 | 152 | 130 | 162 | 172 | 169 |
|-----|-----|-----|-----|-----|-----|-----|-----|

Differences in size ... angle   and width



State or Florida
County or Palm Beach

this 9th day or June 2011

**MICHAEL GERLICK**
Notary Public, State of Florida
My Comm. Expires Nov. 29, 2013
No. DD943069

# EXHIBIT 2

THE REPOSITORY™
**ARCHIVE INDEX SYSTEMS, INC.**
IMAGING TECHNOLOGIES TO EXPAND MAN'S KNOWLEDGE
P O BOX 40135
BELLEVUE, WASHINGTON 98015
(425) 643.1131; FAX (240) 384-7297
For response to this letter: diehold@comcast net

RESELLERS OF
PRODUCTION DOCUMENT SCANNERS
WIDE-FORMAT SCANNERS
CHECK SCANNERS
B-BASED DOCUMENT IMAGING SOFTWARE
SCANNING SOFTWARE

WEB PAGES
www archiveindex.com
www wholesalecheckscanners.com

May 22, 2011

# Revised and Expanded Affidavit

I, Douglas B. Vogt, am over 18 years old, do not suffer from any mental impairment, have personal knowledge in the following and attest under penalty of perjury that I have knowledge and expertise in documents, imaging, scanners and document imaging programs. Based on my knowledge and expertise the following is true and correct

### My Credentials

I have a unique background for analyzing this document. I owned a typesetting company (Nova Typesetting) for 11 years so I know type and form design very well. I currently own Archive Index Systems since 1993, which sells all types of document scanners worldwide and also developed document imaging software (TheRepository). I know how the scanners work and their capabilities. I have also sold other document imaging programs, such as Laser Fiche, Liberty and Alchemy. I have sold and installed document imaging systems in city and county governments, so I know their procedures with imaging systems and everything about the design of such programs. This will be important in understanding what has happened with Obama's Certificate of Live Birth. I also have a good working knowledge of Adobe Photoshop and Illustrator.



Figure 1. Tiff image of the Obama's Certificate of Live Birth dated August 8, 1961.



Figure 2. The microfilmed Certificate of Live Birth of Susan Nordyke dated August 11, 1961.

What I Discovered about Obama's Certificate of Live Birth and why it is a Forgery.

What the Obama administration released is a PDF image that they are trying to pass off as a Certificate Live Birth Long Form printed on green security paper by the County Health Department, but this form is a created forgery. Ironically the country has a lot to thank Mr. Donald Trump and Mr. Jerome Corsi and his new book, because they made President Obama's birth certificate a public issue which in turn forced the White House to produce this forgery to answer both of them. The Obama Certificate of Live Birth Long Form is a forgery for the following reasons.

**1. Curved and non-curved type.** The image we are looking at was scanned in grayscale and some part in binary which cannot be on the same image. The reason I know this is because of the shadowing along the gutter (left-hand side) is produced by scanning in grayscale. It also means that the county employee who did the original scanning of all the forms, did not take the individual pages out of the post binders. The result is that all the pages in that book display a parallax distorted image of the lines and type. They curve and drop down to the left. If you look at line 2 (Figure 3) on the form that says *Sex* you will notice the letters drop down one pixel but the typed word *Male* does not. Also notice the line just below *Male* drops down 3 pixels.



Figure 3. Line 2 of the form. Baseline differences.

The second incident of this parallax problem is seen in line 6c *Name of Hospital or Institution* (Figure 4). The word *Name* drops down 2 pixels, but the typed hospital name, *Kapiolani*, does not drop down at all, and again the line just below drops down 2 pixels, but not the name *Kapiolani.*

The conclusion you must come to is that the typed in form was superimposed over an existing original Certificate of Live Birth form. In fact, since I found some of the form headings scanned in as binary and grayscale, the form itself is a composite but the person who created it did not flattened the image of the blank form and save it as one file before they started placing the typewriter text on the composite form. The individual(s) who perpetrated this forgery could not evidently find a blank form in the clerks imaging database, so they were forced to clean up existing forms and overlay the typewriter type we see here. The forger was also looking for certificates with the correct stamped dates and that is why I think they used more than one original form. At first I wondered why the forger didn't just typeset the entire form from scratch and overlay the type and not have to worry about the parallax problem. Then I remembered that in the early 1960s there was no phototypesetting and this form was set in hot metal from a linotype machine. The type design I think

2

is Times Roman but they could never replicate the exact design. They were stuck having to use existing forms that were scanned in using binary and grayscale.



Figure 4. Line 6c at 500%. The typewriter name of the hospital does not drop down 2 pixels.

**2. There is a white haloing around all the type on the form**. Figure 5 is an example of this. This effect should not appear on a scanned grayscale image. Figure 6 is a grayscale image scanned in at 240 dpi. You will notice that there is no haloing effect around the type and also the security pattern is seen through the type. Figure 7 is a color image where you can clearly see the security green color through the type and no haloing. Figure 8 shows a Black and White (binary) image of the same type. The important thing to remember is that you cannot have grayscale and binary on the same scan unless the image is a composite. This means that different components of the whole image are made up of smaller parts. Figure 9 is an enlarged version of Figure 6 showing what grayscale letters should look like compared to binary.



Figure 5. Obama's form        Figure 6. Grayscale.        Figure 7. Color image.

The next question would be: What would have caused the halloing effect? We know that all the original Certificates of Live Birth (COLB) were microfilmed because we can see the Nordyke Certificate (Figure 2) was microfilmed. Then some time after 2004 the paper original copies, in post binder books, were scanned using a commercial document scanner with a flatbed, scanned as grayscale images. The forger was working with two types of images. He/she may have used images printed from the microfilmed copy and then scanned the printout in grayscale. At that point the forger would have to invert the image so as to have a white background, black type. Figure 10 is an example of an inverted image of Figure 2. The result would be like Figure 9 but a whiter background. The image I am working with in Figure 10 is only 94 DPI but the forger was working with much higher resolution (≥240 dpi). At that point the forger converted the grayscale to a binary image and placed it onto the background form image. The problem was that there were still image values for the pixels around the placed type so when he/she placed the type image over the

background and instructed the program to bring the type "forward" it blanked out the background image, hence the halloing effect around the type.



Figure 8. Binary image.                Figure 9. An enlarged version of Figure 6 showing grayscale type.



Figure 10, Inverted image of Figure 2.

**3. The Obama Certificate is loaded with both binary and grayscale letters** which is just another smoking gun that this form is a forgery. It appears the lines and some of the boxes were scanned using grayscale, but only some of the form headings were grayscale and sometimes it is only some letters. Figure 11 and Figure 4 give one example. You will notice that the *H* and, *al,* in Hospital, *I* in Institution, *(If* and again the *h* and *l* in hospital were grayscale images, but the rest of the line is binary. The typewriter line below was scanned in as a binary image. I can also tell you for certainty that the form type was scanned in at a lower resolution ($\leq$200 dpi). This is because of the size of the pixels on the letters were such that the openings on the *a* and *s* on the first line are not visible and filled in. This may also further indicate that forger took some of the type images from the microfilmed copies.

Hospital or Institution (If not in hospital (

)lani Maternity & Gyneco

4

Figure 11. showing a mixture of grayscale and binary type on the same line.

Another example is found in form box 1a, his name *BARACK*. For some reason the "R" is a grayscale image and the rest is binary (Figure 13). That means the "R" was originally on the form and the rest was not until it was added.

The question again is: Why did the forger leave some grayscale type images in the form and not just erase the whole form? The answer is that he/she needed the grayscale images to re-establish the baseline of the type for the superimposed binary type. This also told me that the forger was an experienced graphic artist.



Figure 13. Another example of grayscale and binary on the same line.

Another example is the Certificate number itself (Figure 14). The last "1" on the form is a grayscale image but the rest of the numbers are not. This is just another example of a cut and paste job. It also means we do not know what the real Certificate number is if there even is one. There are other form boxes that display the same feature, boxes: 5b, 7e, 11, 13, 16, 18a.



Figure 14. The last "1" is grayscale, but the rest are binary.

**4. The Sequential Number is a fraud.** I would like you to refer back to Figures 1 and 2. You will notice that Barack Obama was supposed to have been born on Friday at 7:24 p.m. August 4, 1961 and the local registrar supposedly accepted it on Tuesday August 8, 1961 and hand stamped the Certificate number "61 10641." Then notice that the other Certificate of Susan E. Nordyke was born on Saturday at 2:12 p.m. August 5, 1961 and another registrar date stamped it on August 11, but her Certificate number is "61 10637." Susan Nordyke was a twin and her sister's Certificate number is 61 10638. Keep in mind there would be only one bates stamp machine in the office so the numbers would all be unique. There cannot be any duplicates so every Certificate has a unique serial number. Obama's Certificate would have most likely been mailed on the following Monday, the 7th and received by the Clerk Tuesday the 8th. Susan Nordyke and her sisters' Certificates looks like they were mailed sometime earlier that week and not accepted until the 11th but Susan has a Certificate 4 numbers less than Obama's. It is impossible to have Obama's Certificate number to be four numbers higher than a Certificate that came in 3 days later.

5

As stated in #3 the last "1" on the form is a grayscale image but the rest of the numbers are not (Figure 14), again irrefutable proof that the Certificate number is a composite of two numbers and hence a forgery. This forgery comes under a separate offense and carries with it 5-years in prison [see Appendix D: Title 19, Ch.47, Sec, 1028(d)1].

The facts I have shown you in #3 and 4 tell me several things about how this forgery was assembled. 1. Some person(s) in the Health Department, who had access to the document imaging program, searched the database for someone close to the actual birth date of Obama and found someone near the 4th of August, if in fact he was born on the 4th and we should not assume that at all. Obama may have chosen the 4th of August because they had a baby who died close to his date of birth. The clerk may have crossed referenced the death database to find someone who had died and had a birth date close to Obama's. It has been reported that an infant girl named Virginia Sunahara was born on August 4, 1961 at Wahiawa Hospital in Wahiawa, Oahu, HI who died on August 5, 1961 at the Kapiolani Women and Children's Medical Center, due to complications. This happens to coincide with date of birth and birthplace of the Nordyke twins. We could make two assuming here. The first would be that the Wahiawa Hospital would have filled the COLB form as customary and mailed it to the County Health Department and the Kapiolani Medical Center would have filled out the death certificate. The other less probable would be that her medical records were transferred to Kapiolani Hospital and they would produce the birth certificate and later the death certificate was later included in the group of birth certificates that contained the Nordyke twins.

The Federal Government wanted the States to cross reference the birth and death databases so the database would have that information. The date stamps have two different colors and sizes (see #5 below) which indicates that both dates came from different Certificates. We can conclude from this that more than one person was involved in the Hawaii Department of Health to assemble the different components that were used and also do the database searches to find the right Certificates to create the fraudulent Certificate of Live Birth and finally someone who signed the fraudulent certificate. I believe that after all the components were assembled they were then given to a graphic artist to actually assemble the whole thing and create the finished forgery. That graphic artist could be located anywhere. In short this was a multi-state conspiracy to defraud the United States.

## 5. Two different colors and font sizes in Form box 22 and 20 *Date Accepted by Reg. General.*
What is very revealing about this box and date entry is there are two different colors on both lines where there should be no color at all. Both lines were scanned using binary mode, but I see two different colors (Figure 15). What I think this is showing us is that the person who put this fraud together was looking for a form that had the right date namely "August 8 19_1." As you can see the only things that are printed in dark green (R=71, G=92, B=73) are "Date A" and "**AUG -8  6**." The rest of the type is in black. This tells me that the forger was working in color mode and what they copied from had a color value for some reason unless they put a color value on it. ~~Finally the font size of the rubber stamp in box 22 is larger than the stamp used in box 20. This is unlikely because the same rubber stamp would have been used, at the same time, by the same registrar to stamp the dates in both places and sign the form in box 21. Since we have two size letters and numbers, this means these elements were taken from two separate forms that may have been years apart using different rubber stamps.~~

## 22. Date Accepted by Reg

## AUG -8 1961

Figure 15. Two different colors, dark green and black.

The same thing is found in form box 20 "Date Accepted by Local Reg." Figure 16 again shows that the date has two different colors. The "**AUG -8 196**" is in dark green (R=87, G=111, B=87) and the "1" is in black. Yet again another irrefutable proof this form is a forgery. Form box 17a displays the same two color image in the word "None". The "Non" is in dark green.

## 20. Date Accepted by Local Reg.

## AUG -8 1961

Figure 16. Another example of two colors on the same line.

**6. The official seal is not part of the Certificate of Live Birth.** The Hawaiian law (Section 11-1-2 Seal of the Department of Health) states:

> a) The official seal of the department of health shall be circular in shape, **two and one-fourth inches in diameter**. At the curve on the top portion there shall be the words "DEPARTMENT OF HEALTH" and at the curve on the bottom portion there shall be the words "STATE OF HAWAII." At the curve on each side portion shall be a star. In the center of the seal shall be the Caduceus, a winged rod entwined with two serpents, which has long been recognized as a universal symbol of medicine. The Caduceus shall be encircled by an indentation, which shall separate it from the words "DEPARTMENT OF HEALTH" and "STATE OF HAWAII ."



Figure 17, Seal on Obamas Short Form    Figure 18: Nordyke seal from 1966    Figure 19· Obama's COLB long form Apr.2011

The first Certificate of Live Birth Obama the candidate produced in June of 2008 was the "Short Form" of the COLB. It had the Department of Health's seal embossed on it (Figure 17) appearing on it about 3" from the bottom of the 11 inch paper. That told me the Health Department is using an electric embosser, which applies ample pressure to leave a clearly visible embossment. Hand seal embossers have only 1¾ inch or less, clearance for a 2¼ inch seal, from the edge of the paper. The Health Department seal does not appear obvious on the Obama COLB. A good embossment will

7

distort the type and lines on a form and is clearly visible (Figure 21). Even on the Nordyke Certificate (Figure 18) in spite of it being an inverted image from a microfilmed image, it is clearly seen. Figure 19 shows Obama's seal on the COLB presented on April 27, 2011 is visible only because a color filter was used to see it, otherwise it completely disappears in the design of the security paper (Figure 20).



Figure 20: Seal on Obama's   Figure 21: Hand stamped seal from
COLB From April 27, 2011.    an original COLB from 1962.

The official seal on the Obama COLB is a second or even third generation image from another form. The seal embossing did not distort the lines or type on the form and it most likely was never part of his Certificate. Yet another indication this Certificate of Live Birth is an obvious forgery.

**7. The hand stamped certification from the current registrar is a forged stamped notice.**

The Department of health has the right to produce a legal copy of the original Certificate of Live Birth to people who have the appropriate right to receive one. The Clerk in the office would search the document imaging database and retrieve the correct Certificate. The Clerk would then print out the Tiff image on the green security paper. They would then take a rubber stand that states the following: I CERTIFY THIS IS A TRUE COPY OR ABSTRACT OF THE RECORD ON FILE IN THE HAWAII STATE DEPARTMENT OF HEALTH. Then below this notice would be the likeness of the State Registrar's signature, in this case it was Alvin T. Onaka, Ph.D. Then the clerk would stamp the date to the left of the certification. See Figure 22 for a Certificate done one month before the Obama's April 25, 2011 Certificate. Please note that since it is a hand stamp the certificate stamp is skewed up on the right-hand side.



Figure 22. Registrar stamp on a persons Certificate done March 2011.

Now let us look at the Obama's Certificate (Figure 23) supposedly done on Aril 25, 2011. Notice the registrars' rubber stamp has an error on the word "the" which reads "TXE," but this error does not show up on the same rubber stamp used one month before. In Figure 24 you will see an enlargement of the word. You will notice that the "X" had been created by the graphic artist by filling in pixels so it appears like an "X" but it really is not. Also notice that the whole stamp is too straight on the form. The red lines drawn under two of the lines of type are aligned with the pixels. The stamp rises only two pixels over 3". My conclusion is that the whole stamp was placed there by

8

the graphic artist to look as straight as possible. The only problem is that no hand stamped notice like this would be placed that perfect on the page.

I CERTIFY THIS IS A TRUE COPY OR
ABSTRACT OF THE RECORD ON FILE IN
THE HAWAII STATE DEPARTMENT OF HEALTH

APR 2 5 2011

*Alvin T. Onaka, Ph.D.*

STATE REGISTRAR

Figure 23. Obama's Registrar stamp with the errors on it,



Figure 24. Enlargment of the "TXE."

Other investigators have mentioned what looks like an italic "*E*" under the capital A in Alvin. In Figure 22 the same artifact does not appear. We have to assume either the artifact was already on the security image the forger used, and forgot to erase it, or it was placed there deliberately for some reason that we don't know yet.

**8. Multiple layers in the PDF file from the White House.** I am not the first one to find this fact and they deserve the credit for discovering it. What they discovered is that when you open up the PDF file in Adobe Illustrator and you turn on layers, you see a long list of nine different layers that correspond to different sections of the form, including the signatures on the form. Figure 25 shows the layer that contains most of the Typewriter and form text.

I discovered using just my Adobe Acrobat 8 Standard that I could also see the different components disappear when I enlarged the image to just 400% and used the "hand" tool to quickly move around the image. When I moved the image fast, the various type components would disappear from the form but the lines stayed just as I had concluded.

I also opened up the White House PDF file in WordPad so I could see the codes and headers in the file. There I discovered the evidence for the 9 layers embedded in the code (see below). The big surprise I discovered was that the file was finished or created on April 27, 2011 and the copy I had downloaded from the White House web site was modified on April 28, 2011 at 9:58 AM, the day after the news conference. The whole White House story is that the President had his Seattle based lawyer fly to Hawaii and pick up a signed and stamped paper Certificate of Live Birth and fly directly to Washington DC, is obviously not the document the public has been shown. In other words the whole story is not true. The Press Secretary proudly stated that he personally put up the PDF on the White House web site and that's probably all they got was the PDF by e-mail.

2 0 obj
<</Subtype/XML/Length 3759/Type/Metadata>>stream
<xap:CreateDate>2011-04-27T12.09:24Z</xap:CreateDate>
    <xap:CreatorTool>Preview</xap:CreatorTool>
    <xap:ModifyDate>2011-04-28T09:58:24-07:00</xap:ModifyDate>
    <xap:MetadataDate>2011-04-28T09:58:24-07 00</xap:MetadataDate>

The following are the header codes for the 9 layers embedded throughout the file.

13 0 obj
<</Subtype/Image/Length 299366/Filter/DCTDecode/BitsPerComponent 8/ColorSpace 9 0 R/Width 1652/Height 1276/Type/XObject>>stream
14 0 obj
<</Subtype/Image/Length 67980/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 1454/Height 1819/Type/XObject>>stream
15 0 obj
<</Subtype/Image/Length 5510/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 199/Height 778/Type/XObject>>stream

16 0 obj
<</Subtype/Image/Length 480/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 42/Height 274/Type/XObject>>stream
17 0 obj
<</Subtype/Image/Length 633/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 123/Height 228/Type/XObject>>stream
18 0 obj
<</Subtype/Image/Length 436/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 47/Height 216/Type/XObject>>stream
19 0 obj
<</Subtype/Image/Length 173/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 34/Height 70/Type/XObject>>stream
20 0 obj
<</Subtype/Image/Length 671/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 243/Height 217/Type/XObject>>stream
21 0 obj
<</Subtype/Image/Length 344/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 132/Height 142/Type/XObject>>stream

This letter may have been accompanied by a CD with the files and images I worked from and the screen shots displayed in this report. I have also included MP4 files of the three videos listed below. You may freely use these images and text for your own report or public notice.

Some of the examples of the layering can be found on the following YouTube web sites. This one shows the layering in Illustrator:
http://www.youtube.com/watch?v=wQAqvtXenKg&feature=related

This one shows that letter "B" in box 1e and 8 are exactly the same. An example of cut and paste.
http://www.youtube.com/watch?v=aMLdrrC1-xs&feature=mfu_in_order&list=UL

Another good explanation of layering showing at least 9 layers.
http://www.youtube.com/watch?v=QNJfdKClbH4&feature=related

The original PDF is on the enclosed CD with this report and you can also download it from the web site: http://www.vectorpub.com/Obamas_Certificate_Forgery.html. The discovering of nine layers in the PDF image didn't matter for my analysis 1 through 7 because I was able to export the image as a TIFF (18.35 MB) out of that PDF using my Adobe Standard software. So I was working from a flattened image and was able to find all that I did, in other words the layers were irrelevant to me but was just further proof that the Obama's Certificate of Live Birth is a forgery.



Figure 25: The layer that contains most of the forms text and typewriter text.

**A Rebuttal to the Discovery of the Multi Layers Found in the PDF File.**

The only rebuttal to the nine layers discovered in the PDF file released by the White House was a statement from a Canadian graphic artists from Quebec by the name of Jean-Claude Tremblay on April 29. It was reported by Fox News and on their web site at:

http://www.foxnews.com/politics/2011/04/29/expert-says-obamas-birth-certificate-legit/.

He tries to excuse the multi-layers as merely an artifact of an OCR (Optical Character Recognition) engine and then saved as a PDF. There are two major reason he is wrong and I know from his statement he knows nothing about OCR engines and how they work and their file structure. First of all the Obama PDF certificate was supposed to have come directly from the Health Departments office. As stated before, the records they have would have absolutely no reason to be OCRed and if they were asked to give the customer a PDF image it would be from their existing TIFF image stored in their document imaging program on the server. The program would have done no OCR processing at that time.

My qualifications on OCR programs are considerable. Our own document imaging program, TheRepository, has an OCR option from Expervision that is called TypeReader. We integrated TypeReader into our program but to do this we had to sign a non-disclosure statement with them and then we got their Took Kit and API. When an OCR program saves a file as a searchable PDF, the file contains three main files within it. The first file is an image file, usually a compressed Group4 TIFF. The second file is a ASCII text file and the last file is a matrix file that contains the X and Y coordinates of all the words in the document. The Starting point for the image file and the matrix file is usually the upper left hand corner of the image measured in pixels. The text file and matrix files would never be seen as separate layers and there is certainly no nine layers. The three files would be in a PDF "wrapper" and that's all. All OCR programs work on the same principle.

**Conclusion**

The Certificate of Live Birth Obama presented on television on Aril 27, 2011 is a forgery.

In witness whereof he has hereto set his hand and seal.

Name of Notary: _ZACHARY S NIEBRUGGE_

Title: _NOTARY PUBLIC_

I, _ZACHARY S NIEBRUGGE_, a Notary Public of King County and the State of Washington aforesaid, hereby certify that Douglas B. Vogt personally known to me to be the affiant in the foregoing affidavit, personally appeared before me this day and having been by me duly sworn deposes and say that the facts set forth in the above affidavit are true and correct.

Witness my hand and official seal this the 22nd day of May, 2011.

Notary Public

My Commission Expires: _3 / 9 /2011_

Notary Public
State of Washington
ZACHARY S NIEBRUGGE
My Appointment Expires Aug 9, 2011

Douglas B. Vogt

11

**THEREPOSITORY™**

**ARCHIVE INDEX SYSTEMS, INC.**
IMAGING TECHNOLOGIES TO EXPAND MAN'S KNOWLEDGE

P.O. Box 40135

BELLEVUE, WASHINGTON 98015

(425) 643.1131; FAX (240) 384-7297
For response to this letter: diehold@comcast.net

**RESELLERS OF**
PRODUCTION DOCUMENT SCANNERS
WIDE-FORMAT SCANNERS
CHECK SCANNERS
B-BASED DOCUMENT IMAGING SOFTWARE
SCANNING SOFTWARE

**WEB PAGES**
www.archiveindex.com
www.wholesalecheckscanners.com

May 10, 2011

# Affidavit

I, Douglas B. Vogt, am over 18 years old, do not suffer from any mental impairment, have personal knowledge in the following and attest under penalty of perjury that I have knowledge and expertise in documents, imaging, scanners and document imaging programs. Based on my knowledge and expertise the following is true and correct

### My Credentials

I have a unique background for analyzing this document. I owned a typesetting company for 11 years so I know type and form design very well. I currently own Archive Index Systems since 1993, which sells all types of document scanners worldwide and also developed document imaging software (TheRepository). I know how the scanners work. I have also sold other document imaging programs, such as Laser Fiche, Liberty and Alchemy. I have sold and installed document imaging systems in city and county governments, so I know their procedures with imaging systems and everything about the design of such programs. This will be important in understanding what has happened with Obama's Certificate of Live Birth.





Figure 1. Tiff image of the Obama's Certificate of Live Birth dated August 8, 1961, presented on TV 4/27/2011.

Figure 2. Another Persons microfilmed Certificate of Live Birth dated August 11, 1961.

### What I Discovered about Obama's Certificate of Live Birth and why it is a Forgery.

What the Obama administration released is a PDF image that they are trying to pass off as a Certificate Live Birth Long Form printed on green security paper by the County Health Department. The form is a created forgery for the following reasons.

**1. Curved and non-curved type.** The image we are looking at was scanned in grayscale and some part in binary which cannot be on the same image. The reason I know this is because of the shadowing along the gutter (left-hand side). It also means that the county employees who did the original scanning of all the forms, did not take the individual pages out of the post binders. The result is that all the pages in that book display a parallax distorted image of the lines and type. They curve and drop down to the left. If you look at line 2 (Figure 3) on the form that says *Sex* you will notice the letters drop down one pixel but the typed word *Male* does not. Also notice the line just below *Male* drops down 3 pixels.



Figure 3. Line 2 of the form. Baseline differences.

The second incident of this parallax problem is seen in line 6c *Name of Hospital or Institution* (Figure 4). The word *Name* drops down 2 pixels, but the typed hospital name, *Kapiolani*, does not drop down at all. And again the line just below drops down 2 pixels, but not the name *Kapiolani*.



Figure 4. Line 6c at 500%. The typewriter name of the hospital does not drop down 2 pixels.

The conclusion you must come to is that the typed in form was superimposed over an existing original Certificate of Live Birth form from the county. In fact, since I found some of the form headings scanned in as binary and grayscale, the form itself is a composite but the person who created it did not flattened the image of the blank form and save it as one file before they started placing the typewriter text on the composite form. The individual(s) who perpetrated this forgery could not evidently find a blank form in the clerks imaging database, so they were forced to clean up existing forms and overlay the typewriter type we see here. The forger was also looking for certificates with the correct stamped dates and that is why I think they used more than one original form. At first I wondered why the forger didn't just typeset the entire form from scratch and overlay the type and not have to worry about the parallax problem. Then I remembered that in the early

2

1960s there was no phototypesetting and this form was set in hot metal from a linotype machine. The type design is Times Roman but they could never replicate the exact design. They were stuck having to use existing forms that were scanned in using binary and grayscale.

**2. There is a white haloing around all the type on the form**. Figure 5 is an example of this. This effect should not appear on a scanned grayscale image. Figure 6 is a grayscale image scanned in at 240 dpi. You will notice that there is no haloing effect around the type and also the security pattern is seen through the type. Figure 7 is a color image where you can clearly see the security green color through the type and no haloing. Figure 8 shows a Black and White (binary) image of the same type. The important thing to remember is that you cannot have grayscale and binary on the same scan unless the image is a composite. That means that different components of the whole image are made up of smaller parts. Figure 9 is an enlarged version of Figure 6 showing what grayscale letters should look like compared to binary.



Figure 5. Obama's form          Figure 6. Grayscale.          Figure 7. Color image.

Figure 8. Binary image.          Figure 9. An enlarged version of Figure 6 showing grayscale type.

**3. The Obama Certificate is loaded with both binary and grayscale letters** which is just another smoking gun that this form is a forgery. It appears the lines and some of the boxes were scanned using grayscale, but only some of the form headings were grayscale and sometimes it is only some letters. Figure 10 and Figure 4 give one example. You will notice that the *H* and, *al,* in Hospital, *I* in Institution, *(If* and again the *h* and *l* in hospital were grayscale images, but the rest of the line is binary. The typewriter line below was scanned in as a binary image. I can also tell you for certainty that the form type was scanned in at a lower resolution ($\leq$200 dpi). This is because of the size of the pixels on the letters were such that the openings on the *a* and *s* on the first line are not visible and filled in.

Figure 10. showing a mixture of grayscale and binary type on the same line.

Another example is found in form box 1a, his name *BARACK*. For some reason the "R" is a grayscale image and the rest is binary (Figure 11). That means the "R" was originally on the form and the rest was not until it was added.

# BARACK

Figure 11. Another example of grayscale and binary on the same line.

Another example is the Certificate number itself (Figure 12). The last "1" on the form is a grayscale image but the rest of the numbers are not. This is just another example of a cut and past job. It also means we do not know what the real Certificate number is if there even is one. There are other form boxes that display the same feature, boxes: 5b, 7e, 11, 13, 16, 18a.

# ARTMENT OF HEALT
# 61 10641

Figure 12. The last "1" is grayscale, but the rest are binary.

**4. The Sequential Number is a fraud.** I would like you to refer back to Figures 1 and 2. You will notice that Barack Obama was supposed to have been born on Friday at 7:24 p.m. August 4, 1961 and the local registrar accepted it on Tuesday August 8, 1961 and hand stamped the Certificate number "61 10641." Then notice that the other Certificate of Susan E. Nordyke was born on Saturday at 2:12 p.m. August 5, 1961 and another registrar date stamped it on August 11, but her Certificate number is "61 10637." Keep in mind there would be only one bates stamp machine in the office so the numbers would all be unique. There cannot be any duplicates so every Certificate has a unique serial number. Obama's Certificate would have most likely been mailed on the following Monday, the 7th and received by the Clerk Tuesday the 8th. Susan Nordyke's Certificate looks like it was mailed sometime earlier that week and not accepted until the 11th but she has a Certificate 4 numbers less than Obama's. It is impossible to have Obama's Certificate number to be four numbers higher than a Certificate that came in 3 days later.

The facts I have shown you in #3 and 4 tell me several things about how this forgery was assembled. 1. Some person(s) in the Health Department, who had access to the document imaging program, search the database for someone close to the actual birth date of Obama and found someone near the 4th of August. They may have crossed referenced the death database to find someone who had died and had a birth date close to Obama's. If you remember, the Federal Government wanted the States to cross reference the birth and death databases so the database would have that information. 2. The date stamps have two different colors and sizes (see #5 below) which indicates that both dates came from different Certificates. 3. More than one person is involved in the Hawaii Department of Health to assemble the different components that were used, do the database searches to find the right Certificates to create President Obama's fraudulent Certificate of Live Birth and finally sign the fraudulent certificate. I believe that after all the components were

assembled they were then given to a graphic artist to actually assemble the whole thing and create the finished forgery. In short this was a conspiracy to defraud the United States.

**5. Two different colors and font sizes in Form box 22 and 20 *Date Accepted by Reg. General.***
What is very revealing about this box and date entry is there are two different colors on both lines. Both lines were scanned using binary mode, but I see two different colors (Figure 13). What I think this is showing us is that the person who put this fraud together was looking for a form that had the right date namely "August 8 19_1." As you can see the only things that are printed in dark green (R=71, G=92, B=73) are "Date A" and "AUG -8  6." The rest of the type is in black. This tells me that the forger was working in color mode. ~~Finally the Font size of the rubber stamp in box 22 is larger than the stamp used in box 20. This is unlikely because the same rubber stamp would have been used by the same registrar to stamp the dates in both places and sign the form in box 21. Since we have two size letters and numbers, that means these elements were taken from two separate forms that may have been years apart using different rubber stamps.~~



Figure 13. Two different colors, dark green and black.

The same thing is found in form box 20 "Date Accepted by Local Reg." Figure 14 again shows that the date has two different colors. The "AUG -8 196" is in dark green (R=87, G=111, B=87) and the "1" is in black. Yet again another irrefutable proof this form is a forgery. Form box 17a displays the same two color image in the word "None". The "Non" is in dark green.



Figure 14. Another example of two colors on the same line.

**6. Multiple layers in the PDF file from the White House.** I am not the first one to find this fact and they deserve the credit for discovering it. What they discovered is that when you open up the PDF file in Adobe Illustrator and you turn on layers, you see a long list of nine different layers that correspond to different sections of the form, including the signatures on the form. I discovered using just my Adobe Acrobat 8 Standard that I could also see the different components disappear when I enlarged the image to just 400% and used the "hand" tool to quickly move around the image. When I moved the image fast, the various type components would disappear from the form but the lines stayed just as I had concluded.

**A Rebuttal to the Discovery of the Multi Layers Found in the PDF File.**
The only rebuttal to the nine layers discovered in the PDF file released by the White House was a statement from a Canadian graphic artists from Quebec by the name of Jean-Claude Tremblay on April 29. It was reported by Fox News an on their web site at
http://www.foxnews.com/politics/2011/04/29/expert-says-obamas-birth-certificate-legit/.

He tries to excuse the multi-layers as merely an artifact of an OCR (Optical Character Recognition) engine and then saved as a PDF. There are two major reason he is wrong and I know from his statement he knows nothing about OCR engines and how they work and their file structure. First of all the Obama PDF certificate was supposed to have come directly from the Health Departments office. As stated before, the records they have would have absolutely no reason to be OCRed and if they were asked to give the customer a PDF image it would be from their existing TIFF image stored in their document imaging program on the server. The program would have done no OCR processing at that time.

My qualifications on OCR programs are considerable. Our own document imaging program, TheRepository, has an OCR option from Expervision that is called TypeReader. We integrated TypeReader into our program but to do this we had to sign a non-disclosure statement with them and then we got their Took Kit and API. When an OCR program saves a file as a searchable PDF, the file contains three main files within it. The first file is an image file, usually a compressed Group4 TIFF. The second file is a ASCII text file and the last file is a matrix file that contains the X and Y coordinates of all the words in the document. The Starting point for the image file and the matrix file is usually the upper right-left hand corner of the image measured in pixels. The test file and matrix files would never be seen as separate layers and there is certainly no nine layers. The three files would be in a PDF "wrapper" and that's all. All OCR programs work on the same principle.

**Conclusion**

The Certificate of Live Birth Obama presented on television on Aril 27, 2011 is a forgery.


In witness whereof he has hereto set his hand and seal.

Name of Notary: _ZACHARY S. NIEBRUEGGE_

Title: _BRANCH MGR, U.S BANK_

I, _ZACHARY S. NIEBRUEGGE_, a Notary Public of King County and the State of Washington aforesaid, hereby certify that Douglas B. Vogt personally known to me to be the affiant in the foregoing affidavit, personally appeared before me this day and having been by me duly sworn deposes and say that the facts set forth in the above affidavit are true and correct.

Witness my hand and official seal this the 10th day of May, 2011.

_____
Notary Public

My Commission Expires: _8_ / _9_ /20 _11_

_____
Douglas B. Vogt

Notary Public
State of Washington
ZACHARY S NIEBRUEGGE
My Appointment Expires Aug 9, 2011

**EXHIBIT 3**

**Affidavit**

STATE OF FLORIDA )
                 )S.S.
COUNTY OF DUVAL)

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment and can competently attest to the following under the penalty of perjury:

1. I am a professional web developer having graduated with a bachelor's degree in IT at ITT Technical Institute in Indianapolis, IN.

2. I have over ten years of experience of web designs and development and have often used software such as Adobe Photoshop and Adobe Illustrator.

3. I downloaded from the official Whitehouse website, www.whitehouse.gov, April 27, 2011, the new birth certificate of Barack Obama II: http://www.whitehouse.gov/sites/default/files/rss_viewer/birth-certificate-long-form.pdf

4. I observed that the birth certificate pdf file could be opened with Adobe Illustrator and the software revealed that this document has many layers of images on it. This indicates that the document was not a true copy of the original birth certificate, but a recently created document using Adobe Illustrator.

5. I further observed that this document does not have an embossed seal normally affixed by civil registrars to attest to the authenticity of government issued documents.

FURTHER AFFIANT SAYETH NOT.

FELICITO PAPA

SUBSCRIBED TO AND SWORN TO before me on April 28, 2011.

NOTARY PUBLIC

GODFREY C WILLIS, JR.
Notary Public, State of Florida
My comm. exp. Jan. 24, 2014
Comm. No. DD 955008

STATE OF HAWAII

## CERTIFICATE OF LIVE BIRTH

FILE NUMBER **151**

DEPARTMENT OF HEALTH

**61 10641**

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| BARACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born | 5a. Birth Date | Month | Day | Year | 5b. Hour |
|---|---|---|---|---|---|---|---|
| Male | Single ☒ Twin ☐ Triplet ☐ | 1st ☐ 2nd ☐ 3rd ☐ | | August | 4 | 1961 | 7:24 P.M. |

| 6a. Place of Birth: City, Town or Rural Location | | 6b. Island |
|---|---|---|
| Honolulu | | Oahu |

| 6c. Name of Hospital or Institution (If not in hospital or institution, give street address) | 6d. Is Place of Birth Inside City or Town Limits? If no, give judicial district |
|---|---|
| Kapiolani Maternity & Gynecological Hospital | Yes ☒ No ☐ |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | 7e. Is Residence Inside City or Town Limits? If no, give judicial district |
|---|---|
| 6085 Kalanianaole Highway | Yes ☒ No ☐ |

| 7f. Mother's Mailing Address | 7g. Is Residence on a Farm or Plantation? |
|---|---|
| | Yes ☐ No ☒ |

| 8. Full Name of Father | | |
|---|---|---|
| BARACK | HUSSEIN | OBAMA |

| 9. Race of Father |
|---|
| African |

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother | | |
|---|---|---|
| STANLEY | ANN | DUNHAM |

| 14. Race of Mother |
|---|
| Caucasian |

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

| 18a. Signature of Parent or Other Informant | 18b. Date of Signature |
|---|---|
| (Ann Dunham Obama) Parent | 8-7-61 |

I certify that the above stated information is true and correct to the best of my knowledge.

| 19a. Signature of Attendant | 19b. Date of Signature |
|---|---|
| (David A. Sinclair) M.D. ☒ D.O. ☐ Midwife ☐ Other ☐ | 8.8.61 |

I hereby certify that this child was born alive on the date and hour stated above.

| 20. Date Accepted by Local Reg. | 21. Signature of Local Registrar | 22. Date Accepted by Reg. General |
|---|---|---|
| AUG -8 1961 | (U.K. Lee) | AUG -8 1961 |

| 23. Evidence for Delayed Filing or Alteration |
|---|
| |

APR 25 2011

I CERTIFY THIS IS A TRUE COPY OR
ABSTRACT OF THE RECORD ON FILE IN
THE HAWAII STATE DEPARTMENT OF HEALTH

Alvin T. Onaka, Ph.D.
STATE REGISTRAR



# EXHIBIT 4

61-1125539-1    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    Y    08-04-61

|||||||||||||||||||||||||||||||||||||||||

61-1125539-1    50    01128-000350

BARACK HUSSEIN   OBAMA

If you have already reached
age 26 or will do so in the
current calendar year, you
are no longer required to
notify Selective Service of
any future changes of
address or changes to any
other items on your
registration record.

2-02

|||||||||||||||||||||||||||||||||||||||||

Change of Information Form



Dear Registrant:

Please keep this letter as legal proof of your registration. Or you may keep only the wallet-sized registration acknowledgment provided below for your convenience.

Use the top portion of this letter to update and/or correct your information. Please review it carefully. Mark through any mistakes and write in the correct information. If you made any changes, cut off the top portion of this letter, and mail it to the Selective Service System using the envelope provided. **If your information is correct, do not return this form.** However, when any of your information changes, you are required to notify the Selective Service System within 10 days. If changing only your address, you may go to www.sss.gov

**FOR NON-IMMIGRANT ALIENS:** If you are on a valid visa and believe that you were registered in error, send this entire form and a copy of your I-94, I-95A, or Border Crossing Card (DSP-150) to: Selective Service System, P.O. Box 94638, Palatine, Illinois 60094-4638

If you have questions about the Selective Service System, call 1-847-688-6888

**Thank You!**

Registration Acknowledgment

61-1125539-1        08-04-61        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

BARACK HUSSEIN    OBAMA

Lawrence G  Romo

**EXHIBIT 5**

# Social Security Number Verification System (SSNVS)

[🖼 SSNVS Help]

## SSN Verification Results

Employer's EIN
Records Submitted    1
Failed               1
Verified Records     0

The following table displays your submitted results. The first column indicates if the submitted record verified, failed or employee is deceased. The first five digits of the SSN will be masked for verified records and records with a verification results code of 2, 3, 4 or 6.

- **Failed** - Data does not match Social Security Administration's records. Select for more information

- **Deceased** - Data matches Social Security Administration's records, and our records indicate that the person is deceased. For more information, please contact our general SSA information line at 1-800-772-1213 (TDD/TTY 1-800-325-0778) or your local Social Security field office. Select to find the office nearest you.

- **Verified** - Data matches Social Security Administration's records

| Results | SSN 999999999 | First Name | Middle Name | Last Name | Suffix | Date of Birth MMDDYYYY | Gender F/M | Verification Results |
|---|---|---|---|---|---|---|---|---|
|  | 042684425 | BARACK |  | OBAMA |  | 08041961 | M |  |

| Verification Results | |
|---|---|
| Code | Description |
| 1 | SSN not in file (never issued) |

Have a question? Call **1-800-772-6270** Mon - Fri 7AM to 7PM Eastern Time to speak with Employer Customer Service personnel. For TDD/TTY call **1-800-325-0778**

**EXHIBIT 6**



## Background

In response to a Freedom of Information Request (FOIA) to the Social Security Administration for the release of Stanley Ann Dunham's ( Obamas mother ) application for a Social Security card ( the SS-5 form ), the following was released ) :



There is conclusive evidence that this is a forgery.

## Evidence

Look at the following two forms. The first one is the FOIA request released by Social Security. The second is another form filled out in 1959 ( the same year Dunhams was supposedly filled out )

Social Security fraud



Dunhams SS-5 form supposedly filled out in 1959



Actual SS-5 form from 1959

Now at the bottom of Dunhams SS-5 form , it can clearly be seen that the form was Revised on 7/65 . That is quite a task as seeing that she signed the form in 1959. More on that below

The forms look almost the same. There are just a few minor differences. They are noted in red on the forms. Basically what they did was just switch the locations of those two areas on the forms. Unless you were looking very closely, those 2 forms would look identical. Someone not paying attention would think the 1965 form was the 1959 form.

Some enhancements of the Revised statement on the Dunham form. It is clearly 7/65



Now if you look at the actual SS-5 form from 1959, in the upper left hand corner you see the Revised statement. It is not that clear, but looks like 7-46



What does Revised on a form mean ?

Whenever a change is made to an official government form ( in this case, the SS-5 form ), a Revision date has to be entered on the new form. It could be something as small as a single word change , or just the layout of the form. To illustrate this, I will show 2 forms. The first form is from 1947. It has a Revised date of 7/46 on it  Since this form was revised in 1946, a form from 1945 would look different. The second form is from 1945. As you can see, they are different looking forms.



1947

1945

**Proof that the 1959 form was a form revised in 1946**

Although from the image of the 1959 form it isn't too clear if it is a 46, there is a way to test it. We just have to look at forms between 1946 and 1960. They should all look the same. Following is the actual form from 1959, followed by those from 1947, 1948,1949,1953,1956 and 1960



1959



1947

1948



1949



1953



1956



1960

As you can see ALL of the forms are identical to the 1959 form. Thus the 1959 form was revised in 1946. But it really doesn't matter when that form was revised. The main thing is it was filled out in 1959. If the Dunham form was filled out in 1959, the forms should look the same. They don't.

**Where does that leave us ?**

1). The SS-5 form used in 1959 is a form that was revised in 1946

2). The Dunham form ( supposedly signed in 1959 ) is different from that used in 1959. In fact, it has the statement Revised 7/65 on the form. Short of using a time machine, there is no way she could have signed that in 1959.

3). It is obvious that the Dunham SS-5 form is a fake. The forger used a form that looked just like the one used in 1959, but he did not look close enough. He missed the layout change in those two fields. What is more disturbing though is **THIS FAKE WAS POSSIBLY PLACED INTO HER RECORD IN THE SOCIAL SECURITY ADMINISTRATIONS FILES. WHO DID THIS ?**

✳ ✳✳✳✳✳✳✳✳ **NOTICE** ✳✳✳✳✳✳✳✳✳

There is an Obot site going around saying that there was a form revision in 1955. This is what he presents as proof :



Notice anything strange about those two numbers ? The first "5" is longer and wider than the second. That isn't a result of "blurring". Both of those numbers should be the same height and width if they are the same numbers. They are not. What it is an indication of is "pixel" manipulation, either intentionally or as a result of a bad scan. Look at the following photo :



Under the top red dot , you see a pixel added. Under the bottom red dot, you see where a pixel was removed. Now let us fix it - remove the extra pixel and replace the missing one. You get the following:





Look familiar ? A clear 6 and 5. Two distinct numbers as indicated by the height and width. Nice try, Obot

(And it doesn't work in reverse. Starting with two 5's and turning a 5 into a 6 would leave you with two numbers the same length and width )

Note: For you Obots that are suggesting that the enhancements were manipulated, anybody with Photoshop can check it for themselves. They were all taken from the first image posted. The first is just a negative of the image. The second is with the brightness and contrast adjusted. The remaining is using the embossed feature. Sure you could manipulate one character to show what it actually isn't, but then the rest would not be clear. As you can see, all of the characters are clear. Now about the picture used. That is the original scan of the picture after it was recieved and was first posted. It is not some of the additional ones that have been floating around the net that have been enhanced or sharpened. That is critical. When a picture is sharpened, the pixels change. As was shown above, just 2 pixel changes can make a number 6 look like a 5. If there wasn't another 5 already next to it to compare in width and height, nobody would know the difference. Now, was the original scan "manipulated" before it was initially posted ? That is unknown. That is the reason why Dr. Taitz is requesting a certified copy from the Social Security Administration. All this page is for is to point out that the original document released to the internet is a forgery. If it was released by the Social Security Administration, then we have a serious problem. If not, then it is just another internet hoax that is floating around.

Also, nobody is suggesting that there were not any revisions between 1959 and 1965. There was one in 1963. That is irrelevent. I am sure there is overlap of a year on forms used also ( if they required the same information ). A note about the SS-5 form that is on the net that is dated 1965 but is on a form revised in 1963. Nothing unusual about that. The form is dated January, 1965. The revision to the 1965 form wasn't done until July, so of course it would still be on the 1963 form.

# EXHIBIT 7



---------------------- KEY INFORMATION ----------------------

Error.
Sorry, your request cannot be processed at this time because you have exceeded the daily limit
for the verification of these credentials.
*(6/8/2011 11 35 43 AM)*

FAQs

Your access is

---

U.S.Department of **Health & Human Services**

This page has been blocked due to a possible security threat. If further
action is required, please contact the ITO service desk for assistance at 1-
866-699-4872          1-866-699-4872      . Please include the error codes
listed below.

Access denied

Error Code:

Your issue ID for support is: 4def9810-2b-7114a9e-ffff