**Dr. Orly Taitz, ESQ**
**29839 Santa Margarita Parkway, STE 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
E-Mail: dr_taitz@yahoo.com, orly.taitz@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. ORLY TAITZ, ESQ, PRO SE<br>Plaintiff,<br><br>v<br><br>Michael Astrue, Commissioner of the<br>Social Security Administration,<br><br><br><br>Respondent | § Freedom of information violation<br>§ 5USC §552<br>§ CASE # 1:11-cv-00402<br>§ Assigned to Chief Judge<br>§<br>§ Hon. Royce C. Lamberth<br>§ Designation: FOIA/Privacy Act<br>§<br>§ **Motion for Clarification** |

## NOTICE OF MOTION AND MOTION FOR CLARIFICATION

Plaintiff Dr. Orly Taitz, ESQ, hereinafter "Taitz" is submitting this motion for Clarification to be decided based on the memorandum of points and authorities attached herein and oral argument, if the court finds, that the oral argument is required.

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant filed Motion to strike, requesting to seal the complaint, first amended complaint and all the exhibits or alternatively redact social security numbers.

Plaintiff thanks the court for allowing the documents not to be sealed, and only requesting refilling with redaction. Plaintiff believes that this case is of the outmost National importance and sealing the complaint and the exhibits will deprive the public of their right to know the truth.

Plaintiff, however, is requesting clarification from the court and the defense, as to what do they want redacted, if anything. Clarification is needed for following reasons:

1. There is a requirement of redaction of **VALID** social security numbers. Individuals should have only one social security number.

2. Affidavit of investigator Sankey, attached as an exhibit to the complaint, shows that national databases, such as Lexis Nexis and Choice Point, showed over a hundred bogus units of bogus social security numbers and addresses, which included some 39 different social security numbers, none of which were issued in HI, where Obama resided, when he started using a social security number. As one individual is supposed to have only one social security number, and there are N numbers in the databases, it means that at least (N-1) numbers are not valid and do not need to be redacted or all N numbers are invalid and do not need to be redacted. There was high probability, that all 39 numbers are invalid, as none were issued in HI. Affidavits of investigator Susan Daniels and recently retired senior deportation officer of the Department of Homeland Security, John Sampson, confirm, that Obama could not possibly obtain Connecticut social security number, while residing in HI. (Exhibits to first amended complaint)

3. Searching through those numbers Taitz found that Connecticut number 042-68-▓▓▓, is most commonly used.

4. Obama's selective service certificate shows him using this number.( Exhibit 1)

5. Social Security Verification systems (Exhibit 2) shows, however, that this number 042-68-4▓▓▓ was never issued to Obama. This means that none of the numbers used by Obama during his life and used today in the White House, are

valid numbers . Those are either numbers, that were never assigned or numbers, that were assigned to deceased individuals, whose death was not reported to the Social Security administration. Mr. Obama's lifelong friend, domestic terrorist William Ayers, aka Mr. "Guilty as sin, free as a bird", described in his memoirs, Fugitive Days, how he and his wife, Ms. domestic terrorist Bernadette Dohrn, searched through the cemeteries for graves of children, got their birth certificates and applied for the social security numbers under the names of the deceased. "After the Baltimore fiasco, stealing ID was forbidden. Instead we began to build ID sets around documents as flimsy as a fishing license or a laminated card available in a Times Square novelty shop called "Official ID." We soon figured out that the deepest and most foolproof ID had a government-issued Social Security card at its heart, and the best source of those were dead-baby birth certificates. I spent impious days over the next several months tramping through rural cemeteries in Iowa and Wisconsin, Illinois and North Dakota, searching for those sad little markers of people born between 1940 and 1950 who had died between 1945 and 1955. The numbers were surprising: two in one graveyard, a cluster of fourteen in another. Those poor souls had typically been issued birth certificates—available to us at any county courthouse for a couple of bucks and a simple form with information I could copy from the death announcement at the archive of the local paper—but they had never applied for a Social Security card.

Collecting those birth certificates became a small industry, and within a year we had over a hundred. For years I was a paper-made Joseph Brown, and then an Anthony Lee, remarkably durable identities. My on-paper official residences: a transient hotel in San Francisco and a warehouse in New York." Bill Ayers, Fugitive Days. Ayers had a whole business of forged social security card making. It is unfortunate, that the person, occupying the position of the U.S. president, was using and is using a bogus social security number.

Clearly Mr. Obama cannot suffer any losses, due to his use of an invalid number, however there is a great benefit to the public at large, to ascertain the loopholes and malfunction within the Social Security Administration and make sure, that not only Mr. Obama is ultimately prosecuted, but also to make sure, that proper measures are taken to prevent such occurrence in the future.    Great public interest and great significance of this most important matter of the national security outweigh minor inconveniences for the defendant commissioner of the Social Security administration and for Mr. Obama.

6. Since **NONE** of the numbers used by Mr. Obama represent a valid social security number, assigned to him, Taitz needs clarification from the court and the defendant, commissioner of the Social Security Administration, what exactly do they want her to redact? Do they want her to redact numerical gibberish, numbers that are invalid and were never assigned or the numbers, that were stolen from the deceased individuals? Please advise.

Respectfully submitted,

Dr. Orly Taitz, ESQ
**29839 Santa Margarita Parkway, STE 10**
Rancho Santa Margarita CA 92688
**Tel: (949) 683-5411; Fax (949) 766-7603**
E-Mail: orly.taitz@gmail.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. ORLY TAITZ, ESQ, PRO SE<br>Plaintiff, | § Freedom of information violation<br>§      5USC §552<br>§ |
| v. | § |
| Michael Astrue, Commissioner of the<br>Social Security Administration, | § Certified mail proof of service<br>§   returned<br>§   11-cv-00402<br>§ |
| Respondent | § Honorable Royce Lamberth<br>§ Chief Justice presiding |

Proof of service

I, Lila Dubert, am over 18 years old, I am not a party in this case and I served the US attorneys' office with above pleadings by first class mail on 06.09.2011

Signed  _____

Dated  6-20-11

/s/ Dr. Orly Taitz, ESQ

29839 Santa Margarita Pkwy, ste 100

Rancho Santa Margarita CA 92688

ph 949-683-5411 fax 949-766-7603

orly.taitz@gmail.com

### Service of process

I certify that a true and correct copy of the above was served on 06.06.2011 on:

Us Attorney -district of Columbia

555 4th street NW

Washington DC 20530

(being served by ECF)

cc Congressman Darrell Issa

Chairman

House Oversight Committee

2347 Rayburn House Building

Washington DC, 20515

cc Congressman Mike Rogers

Chairman

House Intelligence Committee

133 Cannon House Office building

Washington DC 20515

Taitz v Astrue Motion for Clarification 06.06.2011     5

# Social Security Number Verification System (SSNVS)



## SSN Verification Results

Block 1 of 1
Records Submitted: 1
Failed: 1
Verified/Deceased: 0

The following table displays your submitted results. The first column indicates if the submitted record verified, failed, or is deceased. The first 5 digits of the SSN have been masked to verify and protect employer confidentiality and SSN privacy.

- **Failed** – Data does not match Social Security Administration records. See below for more information.

- **Deceased** – Data matches Social Security Administration records, and our records indicate the number holder is deceased. For more information, please contact your local SSA office by calling 1-800-772-1213 or visit the Social Security Administration website to find the office nearest you.

- **Verified** – Data matches Social Security Administration records.

| Result | SSN 999999999 | First Name | Middle Name | Last Name | Suffix | Date of Birth MMDDYYYY | Gender F/M | Verification Results |
|---|---|---|---|---|---|---|---|---|
| | xxxxx-**** | BARACK | | OBAMA | | 08041961 | M | |

### Verification Results

| Code | Description |
|---|---|
| | SSN not in the file (never issued) |

Have a question? Call 1-800-772-6270 Mon.-Fri. 7 a.m. to 7 p.m. Eastern Time to speak with Employer Customer Service personnel. For TDD/TTY call 1-800-325-0778.

ԱԱԼԱԱԱԱԱԱԱԱԱԱԱԱԱԱԱԱԱԱԱԱԱԱԱԱԱԱԱԱԱԱԱԱԱԱ

A.. 25528-1    TO    01122-000250

BARACK HUSSEIN   OBAMA

If you have already reached age 26 or will do so in the current calendar year, you are no longer required to notify Selective Service of any future changes of address or changes to any other items on your registration record.

Change of Information Form

G2C



Dear Registrant:

Please keep this letter as legal proof of your registration...
registration acknowledgment provided below for your records.

Use the top portion of this letter to update and/or correct information. Please read it carefully. Mark through any mistakes and write in the correct information. If you made any corrections on the top portion of this letter, send it to the Selective Service System in the envelope provided. If your **information is correct, do not return this form.** However, when any of your information changes, you are required to notify the Selective Service System within 10 days. If changing only your address, ... www.sss.gov.

**FOR NON-IMMIGRANT ALIENS:** If you are on a valid visa and believe that you were registered in error, send this entire form and a copy of your I-94, I-551A, or Border Crossing Card (DSP-150) to Selective Service System, P.O. Box 94638, Palatine, Illinois 60094-4638.

If you have questions about the Selective Service System call 1-847-688-6888.

Thank You!

Registration Acknowledgment

BARACK HUSSEIN    OBAMA

Lawrence G. Romo

**Dr. Orly Taitz, ESQ**
**29839 Santa Margarita Parkway, STE 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
E-Mail: dr_taitz@yahoo.com, orly.taitz@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. ORLY TAITZ, ESQ, PRO SE<br>Plaintiff,<br><br>v.<br><br>Michael Astrue, Commissioner of the<br>Social Security Administration,<br><br><br>Respondent | § Freedom of information violation<br>§ 5USC §552<br>§<br>§ Certified mail proof of service<br>§ returned<br>§ 11-cv-00402<br>§<br>§<br>§ Honorable Royce Lamberth<br>§ Chief Justice presiding |

Proof of service

I, Lila Dubert, am over 18 years old, I am not a party in this case and I served the US attorneys' office with above pleadings by first class mail on 06.09.2011

Signed _____

Dated  6-20-11

