Dr. Orly Taitz, ESQ
**29839 Santa Margarita Parkway, STE 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
E-Mail: , oriy.taitz@gmail.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. ORLY TAITZ, ESQ, PRO SE<br>Plaintiff,<br><br>v.<br><br>Michael Astrue, Commissioner of the<br>Social Security Administration,<br><br><br>Respondent | § Freedom of information violation<br>§     5USC §552<br>§<br>§<br>§ Certified mail proof of service<br>§ returned<br>§   11-cv-00402<br>§<br><br>§ Honorable Royce Lamberth<br>§ Chief Justice presiding |

Proof of service

I, Lila Dubert, am over 18 years old, I am not a party in this case and I served the US attorneys' office  with above pleadings by first class mail on 06.09.2011

Signed

Dated    6 - 20 - 11

**RECEIVED**

JUN 2 2 2011

Clerk, U.S. District and
Bankruptcy Courts



**Dr. Orly Taitz, ESQ**
**29839 Santa Margarita Parkway, STE 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
E-Mail: dr_taitz@yahoo.com, orly.taitz@gmail.com

*Leave to file DENIED.*
*No certificate of service*
*on counsel for defendant.*

*Royce C. Lamberth*
*U.S.D.J. 6/14/11*



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. ORLY TAITZ, ESQ, PRO SE | § Freedom of information violation |
| Plaintiff, | § 5USC §552 |
| | § CASE # 1:11-cv-00402 |
| v. | § Assigned to Chief Judge |
| | § |
| Michael Astrue, Commissioner of the | § Hon. Royce C. Lamberth |
| Social Security Administration, | § Designation: FOIA/Privacy Act |
| | § |
| | § **Motion for Default judgment** |
| | § |
| Respondent | § |

## NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT

Plaintiff Dr. Orly Taitz ESQ, hereinafter "Taitz" submits this motion for DEFAULT JUDGMENT to be decided based on the memorandum of points and authorities provided below and oral argument, if the court deems oral argument to be necessary.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Docket of this case reflects, that the answer from the respondent was due on May 5, 2011.

2. Defendant did not furnish his answer on May 5, 2011.

3. Plaintiff submitted two requests for default.

4. Defendant submitted his answer 18 days late on May 23, 2011

RECEIVED
Mail Room

JUN - 9 2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

5. Plaintiff respectfully requests this court to grant default judgment as the answer was significantly late, and in the interest of the national security of the

United States of America, it is crucial to obtain the application for the SSN 042-68-

;

6. Current FOIA request was made due to the fact that Mr. Barack Obama's Selective service certificate shows him using SSN 042-68-4     however SS verification system shows this number to be invalid, never issued to Barack Obama. Exhibits 3, 4

7. For three years Mr. Obama engaged in stonewalling and refused to release his long form birth certificate. Only 5 days prior to the oral argument in Barnett, Keyes et al v Obama 10-55084 in the Ninth Circuit Court of Appeals, Mr. Obama suddenly released his long form birth certificate, which is widely considered to be an attempt to influence the panel of the Ninth Circuit and make the case moot. Taitz, Plaintiff in this case, is also an attorney for 40 plaintiffs in Barnett v Obama, which includes complaint by the former UN Ambassador Alan Keyes, 10 state representatives and nearly 30 members of the military. While releasing this birth certificate Mr. Obama attacked ones, who challenged his legitimacy due to lack of valid vital records and due to lack of the Constitutional eligibility, calling them "carnival barkers". He unleashed a verbal and psychological pogrom on everyone who dared to speak up the truth and challenge his eligibility and legitimacy to the US presidency.

8. May 1 at 10 pm, only a few hours prior to May 2, 9 am hearing Mr. Obama announced capture, assassination and throwing overboard of the body of Osama Bin Laden, which temporarily drowned the eligibility issue.

9. Shortly thereafter Taitz received statements from experts Douglas Vogt Exhibit 1and Chito Papa Exhibit 2, attesting to the fact, that the long form birth certificate, released by Barack Obama, is a forgery.

TAITZ V ASTRUE   MOTION FOR DEFAULT JUDGMENT

2

10. Forged birth certificate is a motif for one to seek a social security number of a deceased individual.

11. Evidence, provided in the complaint, first amended complaint and this motion show, that we have and individual with a forged birth certificate and an invalid Social Security number usurping the position of the President of the United States and the Commander-in-Chief by virtue of use of forged and fraudulently obtained vital records. This is the most serious breach of the U.S. national security since the creation of this nation. The interest of protection of the public require urgent resolution of the case at hand.

12. There will be no detriment to the defendant Commissioner of the Social Security administration, Michael Astrue, or Mr. Obama if the default judgment is entered and the required application is released, as one cannot be harmed by release of the application to an invalid Social Security number.

13. There is a high likelihood of further stone walling and aiding and abetting Mr. Obama by the US attorneys' office and Department of Justice, led by Obama appointee Attorney General Eric Holder, representing the Defendant, as prior criminal complaints on the matter by the Plaintiff and thousands of U.S. citizens went unanswered.

14. There is no other remedy, that would provide the information and the document in question.

15. Privacy interests do not attach to release of invalid document.

16. Balancing the hardships will unquestionably tip the scale in favor of granting this motion for default judgment and ordering the Social Security administration to provide to the Plaintiff the original application to the social security number 042-68-٤‾‾‾٤.

## DECLARATION OF ORLY TAITZ

I, Orly Taitz,  am over 18 years old, do not suffer from any mental impairment , have personal knowledge of facts described below and will be able to competently testify to the following:

1. Affidavit of expert Douglas Vogt is a true and correct copy of such affidavit , provided to me by Douglas Vogt.

2. Affidavit of expert Chito Papa is a true and correct copy of the affidavit, provided to me by Chito Papa.

I declare under penalty of perjury and laws of the state of California and the United States , that  that all the facts stated and circumstances described above are true and correct statements.

Further, Affiant saith naught.

By:_____

06.07.2011

/s/ Dr. Orly Taitz, ESQ

29839 Santa Margarita Pkwy, ste 100

Rancho Santa Margarita CA 92688

ph 949-683-5411 fax 949-766-7603

orly.taitz@gmail.com

## Service of process

TAITZ V ASTRUE   MOTION FOR DEFAULT JUDGMENT

I certify that a true and correct copy of the above pleadings was served on the defendant on 06.07.2011 via mailing to the US district court for the district of Columbia to be docketed and served by ECF

Signed

Process server

Lila Dubert

29839 Santa Margarita ste 100

Santa Margarita CA 92688


cc Congressman Darrell Issa

Chairman

House Oversight Committee

2347 Rayburn House Building

Washington DC, 20515


cc Congressman Mike Rogers

Chairman

House Intelligence Committee

133 Cannon House Office building

Washington DC 20515


cc Congressman Sam Johnson

Chairman

House Subcommittee on Social Security

TAITZ V ASTRUE   MOTION FOR DEFAULT JUDGMENT

5

House Ways and Means Committee

2929 N Central Expy, 240

Richardson, TX 75080


cc Congressman Dana Rohrbacher

Chairman

House Subcommittee on Oversight and Investigations'

House Committee on Foreign Affairs

2300 Rayburn House Building

Washington DC 20515

# EXHIBIT 1

TAITZ V ASTRUE   MOTION FOR DEFAULT JUDGMENT

**Affidavit**

STATE OF FLORIDA )
                 )S.S.
COUNTY OF DUVAL )

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment and can competently attest to the following under the penalty of perjury:

1.  I am a professional web developer having graduated with a bachelor's degree in IT at ITT Technical Institute in Indianapolis, IN.

2.  I have over ten years of experience of web designs and development and have often used software such as Adobe Photoshop and Adobe Illustrator.

3.  I downloaded from the official Whitehouse website, www.whitehouse.gov, April 27, 2011, the new birth certificate of Barack Obama II:
    http://www.whitehouse.gov/sites/default/files/rss_viewer/birth-certificate-long-form.pdf

4.  I observed that the birth certificate pdf file could be opened with Adobe Illustrator and the software revealed that this document has many layers of images on it. This indicates that the document was not a true copy of the original birth certificate, but a recently created document using Adobe Illustrator.

5.  I further observed that this document does not have an embossed seal normally affixed by civil registrars to attest to the authenticity of government issued documents.

FURTHER AFFIANT SAYETH NOT.

FELICITO PAPA

SUBSCRIBED TO AND SWORN TO before me on April 28, 2011.

NOTARY PUBLIC

GODFREY C WILLIS, JR.
Notary Public, State of Florida
My comm. exp. Jan. 24, 2014
Comm. No. DD 955008

**THEREPOSITORY™**

**ARCHIVE INDEX SYSTEMS, INC.**

IMAGING TECHNOLOGIES TO EXPAND MAN'S KNOWLEDGE

P.O. Box 40135

**BELLEVUE, WASHINGTON 98015**

(425) 643.1131; FAX (240) 384-7297

For response to this letter: dianold@comcast.net

RESELLERS OF
PRODUCTION DOCUMENT SCANNERS
WIDE-FORMAT SCANNERS
CHECK SCANNERS
WEB-BASED DOCUMENT IMAGING SOFTWARE
SCANNING SOFTWARE

WEB PAGES
www.archiveindex.com
www.wholesalecheckscanners.com

May 10, 2011

# Affidavit

I, Douglas B. Vogt, am over 18 years old, do not suffer from any mental impairment, have personal knowledge in the following and attest under penalty of perjury that I have knowledge and expertise in documents, imaging, scanners and document imaging programs. Based on my knowledge and expertise the following is true and correct

**My Credentials**

I have a unique background for analyzing this document. I owned a typesetting company for 11 years so I know type and form design very well. I currently own Archive Index Systems since 1993, which sells all types of document scanners worldwide and also developed document imaging software (TheRepository). I know how the scanners work. I have also sold other document imaging programs, such as Laser Fiche, Liberty and Alchemy. I have sold and installed document imaging systems in city and county governments, so I know their procedures with imaging systems and everything about the design of such programs. This will be important in understanding what has happened with Obama's Certificate of Live Birth.




Figure 1. Tiff image of the Obama's Certificate of Live Birth dated August 8, 1961, presented on TV 4/27/2011.



Figure 2. Another Persons microfilmed Certificate of Live Birth dated August 11, 1961.

**What I Discovered about Obama's Certificate of Live Birth and why it is a Forgery.**

What the Obama administration released is a PDF image that they are trying to pass off as a Certificate Live Birth Long Form printed on green security paper by the County Health Department. The form is a created forgery for the following reasons.

**1. Curved and non-curved type.** The image we are looking at was scanned in grayscale and some part in binary which cannot be on the same image. The reason I know this is because of the shadowing along the gutter (left-hand side). It also means that the county employees who did the original scanning of all the forms, did not take the individual pages out of the post binders. The result is that all the pages in that book display a parallax distorted image of the lines and type. They curve and drop down to the left. If you look at line 2 (Figure 3) on the form that says *Sex* you will notice the letters drop down one pixel but the typed word *Male* does not. Also notice the line just below *Male* drops down 3 pixels.



Figure 3. Line 2 of the form. Baseline differences.

The second incident of this parallax problem is seen in line 6c *Name of Hospital or Institution* (Figure 4). The word *Name* drops down 2 pixels, but the typed hospital name, *Kapiolani*, does not drop down at all. And again the line just below drops down 2 pixels, but not the name *Kapiolani*.



Figure 4. Line 6c at 500%. The typewriter name of the hospital does not drop down 2 pixels.

The conclusion you must come to is that the typed in form was superimposed over an existing original Certificate of Live Birth form from the county. In fact, since I found some of the form headings scanned in as binary and grayscale, the form itself is a composite but the person who created it did not flattened the image of the blank form and save it as one file before they started placing the typewriter text on the composite form. The individual(s) who perpetrated this forgery could not evidently find a blank form in the clerks imaging database, so they were forced to clean up existing forms and overlay the typewriter type we see here. The forger was also looking for certificates with the correct stamped dates and that is why I think they used more than one original form. At first I wondered why the forger didn't just typeset the entire form from scratch and overlay the type and not have to worry about the parallax problem. Then I remembered that in the early

2

Case 2:10-cv-01663-MLCF-JCW   Document 259-3   Filed 05.11.11   Page 3 of 2

1960s there was no phototypesetting and this form was set in hot metal from a linotype machine. The type design is Times Roman but they could never replicate the exact design. They were stuck having to use existing forms that were scanned in using binary and grayscale.

**2. There is a white haloing around all the type on the form.** Figure 5 is an example of this. This effect should not appear on a scanned grayscale image. Figure 6 is a grayscale image scanned in at 240 dpi. You will notice that there is no haloing effect around the type and also the security pattern is seen through the type. Figure 7 is a color image where you can clearly see the security green color through the type and no haloing. Figure 8 shows a Black and White (binary) image of the same type. The important thing to remember is that you cannot have grayscale and binary on the same scan unless the image is a composite. That means that different components of the whole image are made up of smaller parts. Figure 9 is an enlarged version of Figure 6 showing what grayscale letters should look like compared to binary.



Figure 5. Obama's form        Figure 6. Grayscale.        Figure 7. Color image.

Figure 8. Binary image.        Figure 9. An enlarged version of Figure 6 showing grayscale type.

**3. The Obama Certificate is loaded with both binary and grayscale letters** which is just another smoking gun that this form is a forgery. It appears the lines and some of the boxes were scanned using grayscale, but only some of the form headings were grayscale and sometimes it is only some letters. Figure 10 and Figure 4 give one example. You will notice that the *H* and, *al,* in Hospital, *I* in Institution, *(If* and again the *h* and *l* in hospital were grayscale images, but the rest of the line is binary. The typewriter line below was scanned in as a binary image. I can also tell you for certainty that the form type was scanned in at a lower resolution (≤200 dpi). This is because of the size of the pixels on the letters were such that the openings on the *a* and *s* on the first line are not visible and filled in.

Figure 10. showing a mixture of grayscale and binary type on the same line.

3

Another example is found in form box 1a, his name *BARACK*. For some reason the "R" is a grayscale image and the rest is binary (Figure 11). That means the "R" was originally on the form and the rest was not until it was added.

# BARACK

Figure 11. Another example of grayscale and binary on the same line.

Another example is the Certificate number itself (Figure 12). The last "1" on the form is a grayscale image but the rest of the numbers are not. This is just another example of a cut and past job. It also means we do not know what the real Certificate number is if there even is one. There are other form boxes that display the same feature, boxes: 5b, 7e, 11, 13, 16, 18a.

# ARTMENT OF HEALT
# 61 10641

Figure 12. The last "1" is grayscale, but the rest are binary.

**4. The Sequential Number is a fraud.** I would like you to refer back to Figures 1 and 2. You will notice that Barack Obama was supposed to have been born on Friday at 7:24 p.m. August 4, 1961 and the local registrar accepted it on Tuesday August 8, 1961 and hand stamped the Certificate number "61 10641." Then notice that the other Certificate of Susan E. Nordyke was born on Saturday at 2:12 p.m. August 5, 1961 and another registrar date stamped it on August 11, but her Certificate number is "61 10637." Keep in mind there would be only one bates stamp machine in the office so the numbers would all be unique. There cannot be any duplicates so every Certificate has a unique serial number. Obama's Certificate would have most likely been mailed on the following Monday, the 7th and received by the Clerk Tuesday the 8th. Susan Nordyke's Certificate looks like it was mailed sometime earlier that week and not accepted until the 11th but she has a Certificate 4 numbers less than Obama's. It is impossible to have Obama's Certificate number to be four numbers higher than a Certificate that came in 3 days later.

The facts I have shown you in #3 and 4 tell me several things about how this forgery was assembled. 1. Some person(s) in the Health Department, who had access to the document imaging program, search the database for someone close to the actual birth date of Obama and found someone near the 4th of August. They may have crossed referenced the death database to find someone who had died and had a birth date close to Obama's. If you remember, the Federal Government wanted the States to cross reference the birth and death databases so the database would have that information. 2. The date stamps have two different colors and sizes (see #5 below) which indicates that both dates came from different Certificates. 3. More than one person is involved in the Hawaii Department of Health to assemble the different components that were used, do the database searches to find the right Certificates to create President Obama's fraudulent Certificate of Live Birth and finally sign the fraudulent certificate. I believe that after all the components were

4

assembled they were then given to a graphic artist to actually assemble the whole thing and create the finished forgery. In short this was a conspiracy to defraud the United States.

**5. Two different colors and font sizes in Form box 22 and 20 *Date Accepted by Reg. General.*** What is very revealing about this box and date entry is there are two different colors on both lines. Both lines were scanned using binary mode, but I see two different colors (Figure 13). What I think this is showing us is that the person who put this fraud together was looking for a form that had the right date namely "August 8 19_1." As you can see the only things that are printed in dark green (R=71, G=92, B=73) are "Date A" and "AUG -8 6." The rest of the type is in black. This tells me that the forger was working in color mode. Finally the Font size of the rubber stamp in box 22 is larger than the stamp used in box 20. This is unlikely because the same rubber stamp would have been used by the same registrar to stamp the dates in both places and sign the form in box 21. Since we have two size letters and numbers, that means these elements were taken from two separate forms that may have been years apart using different rubber stamps.



Figure 13. Two different colors, dark green and black.

The same thing is found in form box 20 "Date Accepted by Local Reg." Figure 14 again shows that the date has two different colors. The "AUG -8 196" is in dark green (R=87, G=111, B=87) and the "1" is in black. Yet again another irrefutable proof this form is a forgery. Form box 17a displays the same two color image in the word "None". The "Non" is in dark green.



Figure 14. Another example of two colors on the same line.

**6. Multiple layers in the PDF file from the White House.** I am not the first one to find this fact and they deserve the credit for discovering it. What they discovered is that when you open up the PDF file in Adobe Illustrator and you turn on layers, you see a long list of nine different layers that correspond to different sections of the form, including the signatures on the form. I discovered using just my Adobe Acrobat 8 Standard that I could also see the different components disappear when I enlarged the image to just 400% and used the "hand" tool to quickly move around the image. When I moved the image fast, the various type components would disappear from the form but the lines stayed just as I had concluded.

**A Rebuttal to the Discovery of the Multi Layers Found in the PDF File.**
The only rebuttal to the nine layers discovered in the PDF file released by the White House was a statement from a Canadian graphic artists from Quebec by the name of Jean-Claude Tremblay on April 29. It was reported by Fox News an on their web site at:
http://www.foxnews.com/politics/2011/04/29/expert-says-obamas-birth-certificate-legit/.

# EXHIBIT 2

# EXHIBIT 3

**Affidavit**

STATE OF FLORIDA )
                 )S.S.
COUNTY OF DUVAL)

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment and can competently attest to the following under the penalty of perjury:

1. I am a professional web developer having graduated with a bachelor's degree in IT at ITT Technical Institute in Indianapolis, IN.

2. I have over ten years of experience of web designs and development and have often used software such as Adobe Photoshop and Adobe Illustrator.

3. I downloaded from the official Whitehouse website, www.whitehouse.gov, April 27, 2011, the new birth certificate of Barack Obama II: http://www.whitehouse.gov/sites/default/files/rss_viewer/birth-certificate-long-form.pdf

4. I observed that the birth certificate pdf file could be opened with Adobe Illustrator and the software revealed that this document has many layers of images on it. This indicates that the document was not a true copy of the original birth certificate, but a recently created document using Adobe Illustrator.

5. I further observed that this document does not have an embossed seal normally affixed by civil registrars to attest to the authenticity of government issued documents.

FURTHER AFFIANT SAYETH NOT.

FELICITO PAPA

SUBSCRIBED TO AND SWORN TO before me on April 28, 2011.

NOTARY PUBLIC

GODFREY C WILLIS, JR.
Notary Public, State of Florida
My comm. exp. Jan. 24, 2014
Comm. No. DD 955008

STATE OF HAWAII

**CERTIFICATE OF LIVE BIRTH**

FILE NUMBER **151**

DEPARTMENT OF HEALTH
**61 10641**

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| BA ACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born 1st, 2nd, 3rd | 5a. Birth Date | Month | Day | Year | 5b. Hour |
|---|---|---|---|---|---|---|---|
| Male | Single ☒ Twin ☐ Triplet ☐ | 1st ☐ 2nd ☐ 3rd ☐ | | August | 4 | 1961 | 7:24 P.M. |

| 6a. Place of Birth: City, Town or Rural Location | 6b. Island |
|---|---|
| Honolulu | Oahu |

| 6c. Name of Hospital or Institution (If not in hospital or institution, give street address) | 6d. Is Place of Birth Inside City or Town Limits? If no, give judicial district |
|---|---|
| Kapiolani Maternity & Gynecological Hospital | Yes ☒ No ☐ |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | 7e. Is Residence Inside City or Town Limits? If no, give judicial district |
|---|---|
| 6085 Kalanianaole Highway | Yes ☐ No ☒ |

| 7f. Mother's Mailing Address | 7g. Is Residence on a Farm or Plantation? Yes ☐ No ☒ |
|---|---|

| 8. Full Name of Father | 9. Race of Father |
|---|---|
| BARACK HUSSEIN OBAMA | African |

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother | 14. Race of Mother |
|---|---|
| STANLEY ANN DUNHAM | Caucasian |

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

| I certify that the above stated information is true and correct to the best of my knowledge. | 18a. Signature of Parent or Other Informant | Parent ☒ Other ☐ | 18b. Date of Signature 8-7-61 |
|---|---|---|---|
| | *(Stanley) Ann Dunham Obama* | | |

| I hereby certify that this child was born alive on the date and hour stated above. | 19a. Signature of Attendant | M.D. ☒ D.O. ☐ Midwife ☐ Other ☐ | 19b. Date of Signature 8 8 61 |
|---|---|---|---|
| | *David A. Sinclair* | | |

| 20. Date Accepted by Local Reg. | 21. Signature of Local Registrar | 22. Date Accepted by Reg. General |
|---|---|---|
| | *UK Lee* | AUG -8 1961 |

| 23. Evidence for Delayed Filing or Alteration |
|---|



61-1125539-1    04?-68-▮▮▮    M   08-04-61

|l.ll..ll..ll.l..l.l..l.ll..ll....ll.l.l.l.ll...l.ll

61-1125539-1    50    01128-000350

BARACK HUSSEIN   OBAMA

2-02

|||||||||||||||||||||||||||||||||||||||

**If you have already reached age 26 or will do so in the current calendar year. you are no longer required to notify Selective Service of any future changes of address or changes to any other items on your registration record.**

Change of Information Form

G2C

(Cut above dotted line.)



### Dear Registrant:

Please keep this letter as legal proof of your registration. Or you may keep only the wallet sized registration acknowledgment provided below for your convenience

Use the top portion of this letter to update and or correct your information. Please review it carefully. Mark through any mistakes and write in the correct information. If you made any changes, cut off the top portion of this letter, and mail it to the Selective Service System using the envelope provided. **If your information is correct, do not return this form.** However, when any of your information changes, you are required to notify the Selective Service System within 10 days. If changing only your address, you may go to www.sss.gov

**FOR NON-IMMIGRANT ALIENS:** If you are on a valid visa and believe that you were registered in error, send this entire form and a copy of your I-94, I-95A, or Border Crossing Card (DSP-150) to Selective Service System, P.O. Box 94638, Palatine, Illinois 60094-4638

If you have questions about the Selective Service System, call 1-847-688-6888

### Thank You!

Registration Acknowledgment

61-1125539-1          08-04-61          042-68-▮▮▮▮

BARACK HUSSEIN   OBAMA

Lawrence G Romo

# EXHIBIT 4

# Social Security Number Verification System (SSNVS)

 **SSNVS Help**

## SSN Verification Results

Employer's EIN
Records Submitted     1
Failed                1
Verified Records      0

The following table displays your submitted results. The first column indicates if the submitted record verified, failed or employee is deceased. The first five digits of the SSN will be masked for verified records and records with a verification results code of 2, 3, 4 or 6.

- **Failed** - Data does not match Social Security Administration's records. Select for more information.

- **Deceased** - Data matches Social Security Administration's records, and our records indicate that the person is deceased. For more information, please contact our general SSA information line at 1-800-772-1213 (TDD/TTY 1-800-325-0778) or your local Social Security field office. Select to find the office nearest you.

- **Verified** - Data matches Social Security Administration's records.

| Results | SSN 999999999 | First Name | Middle Name | Last Name | Suffix | Date of Birth MMDDYYYY | Gender F/M | Verification Results |
|---------|---------------|------------|-------------|-----------|--------|------------------------|------------|----------------------|
|         | 042684425     | BARACK     |             | OBAMA     | -      | 08041961               | M          |                      |

| Verification Results | |
|------|--------------------|
| Code | Description |
| 1 | SSN not in file (never issued) |

Have a question? Call **1-800-772-6270** Mon - Fri 7AM to 7PM Eastern Time to speak with Employer Customer Service personnel. For TDD/TTY call **1-800-325-0778**

**PROPOSED ORDER**

Motion for default judgment is hereby GRANTED

_____

US District Court Judge Royce C. Lamberth