# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. ORLY TAITZ, ESQ, PRO SE,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>MICHAEL ASTRUE, COMMISSIONER  )<br>OF THE SOCIAL SECURITY  )<br>ADMINISTRATION,  )<br>  )<br>    Defendant.  )<br>_____ ) | Civil Action No. 11-CV-00402-RCL<br>The Honorable Royce C. Lamberth |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant hereby moves the Court to enter summary judgment in defendant's favor pursuant to Rule 56 of the Federal Rules of Civil Procedure. Attached in support of this motion are: (1) a statement of material facts not in dispute; (2) a memorandum of points and authorities; (3) a letter dated October 4, 2010, from Orly Taitz to Dawn Wiggins, FOIA Officer for the Social Security Administration, attached as Exhibit A; (4) a letter dated January 1, 2011, from Orly Taitz to Dawn Wiggins, attached as Exhibit B; (5) a letter dated March 2, 2011, from Dawn Wiggins to Orly Taitz, attached as Exhibit C; (6) a letter dated June 27, 2011, from Dawn Wiggins to Orly Taitz, attached as Exhibit D; and (7) a declaration of Dawn Wiggins, attached as Exhibit E.

Dated: July 1, 2011

Respectfully submitted,

TONY WEST
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

_/s/Patrick G. Nemeroff_____
PATRICK G. NEMEROFF

CA Bar No. 268928
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 305-8727
Fax: (202) 305-8517
Email: patrick.g.nemeroff@usdoj.gov

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2011, a copy of the foregoing Defendant's Motion for Summary Judgment, Memorandum in Support of Defendant's Motion for Summary Judgment, Proposed Order, and attached exhibits were served upon counsel of record via the Court's CM/ECF system.

\s\ *Patrick G. Nemeroff*
PATRICK G. NEMEROFF
CA Bar No. 268928
United States Department of Justice
Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC  20530
Tel. 202-305-8727
Fax 202-616-8470
patrick.g.nemeroff@usdoj.gov