**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| DR. ORLY TAITZ, ESQ, PRO SE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-CV-00402-RCL |
| | ) | The Honorable Royce C. Lamberth |
| MICHAEL ASTRUE, COMMISSIONER | ) | |
| OF THE SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

Pursuant to Local Civil Rule 7(h) of the Rules of the United States District Court for the

District of Columbia, Defendant Michael Astrue, Commissioner of the Social Security

Administration ("SSA") hereby submits the following statement of material facts as to which the

Defendant contends there is no genuine issue in connection with its motion for summary

judgment under Rule 56 of the Federal Rules of Civil Procedure.

1.      On October 4, 2010, Plaintiff, Dr. Orly Taitz, submitted a request under the

Freedom of Information Act, 5 U.S.C. § 552, to SSA, for information relating to individuals'

social-security numbers.  *See* Letter dated October 4, 2010, from Orly Taitz to Dawn Wiggins,

FOIA Officer for SSA, ("FOIA Request") at Exhibit A.  Specifically, this request sought:

1. Blank Form SS-5's for the years 1958, 1959, 1976, and 1977 (FOIA Request at 2);

2. The redacted Form SS-5 for the living individual who holds the social-security number xxx-xx-4425.  In particular, Plaintiff sought the following information: the gender of the applicant; the zip code to which the original social-security card was mailed, and the date of application (FOIA Request at 3);

3. The Form SS-5 for the deceased individual Margaret Bossing (FOIA Request at 3);

4. The Form SS-5 for the deceased individual Antoinette Demo (FOIA Request at 4);

5. The Form SS-5 for the deceased individual Lillian Appelby (FOIA Request at 4);

6. Documents revealing the names of the persons who assisted Margaret Bossing, Antoinette Demo, and Lillian Appleby in applying for their social-security numbers, as well as the official who processed their Form SS-5s (FOIA Request at 4);

7. Records showing that Harry C. Ballentyne or another SSA employee made changes to records pertaining to social-security numbers xxx-xx-5154, xxx-xx-4425, xxx-xx-4426, or xxx-xx-4427 (FOIA Request at 5).

8. All of the dates on which the Form SS-5 was revised (FOIA Request at 2);

9. An explanation as to how "could Stanley Ann Dunham fill out in 1959 a [Form SS-5], that would not exist until 1965" (FOIA Request at 2); and

10. An explanation of other anomalies Plaintiff alleged to exist in the social-security records of Stanley Ann Dunham and Shirley Dunham (FOIA Request at 2).

On January 1, 2011, Plaintiff filed an administrative appeal. *See* Letter dated January 1, 2011, from Orly Taitz to Dawn Wiggins, FOIA Officer for SSA, at Exhibit B.

2.      The SSA responded to Plaintiff's FOIA request on March 2, 2011. *See* Letter dated March 2, 2011, from Dawn Wiggins, FOIA Officer for SSA to Orly Taitz, ("March Response") at Exhibit C.  The SSA released to Plaintiff the Form SS-5's for the deceased individuals Margaret Bossing (item 3), Antoinette Demo (item 4), and Lillian Appleby (item 5). *See id.* at 1.  The SSA also included a blank Form SS-5 for the year 1976 (item 1). *See id.* at 2. The SSA did not locate responsive documents to some of the items requested by Plaintiff.  As to item 1, the SSA was unable to locate blank copies of the Form SS-5 for the years 1958, 1959, or 1977. *See id.* at 2; *see also* Wiggins Declaration ¶ 5.  The SSA did not administer that form until 1975. *See* Wiggins Declaration ¶ 5.  As to items 6 and 7, SSA does not maintain the names of persons who assist applicants in completing Form SS-5's or the names of employees who

process the forms, nor does it maintain information regarding employees who make changes to records. *Id.*; *see also* Wiggins Declaration ¶ 9. As to items 9 and 10, the SSA noted that those items constituted questions, not requests for documents, which FOIA does not require the SSA to answer. *Id.*; *see also* Wiggins Declaration ¶ 10. The SSA withheld under exemption 6 of FOIA the redacted Form SS-5 requested by Plaintiff in item 2. *See* Wiggins Declaration ¶¶ 6-9.

3.      On June 27, 2011, the SSA released additional documents to Plaintiff. *See* Letter dated June 27, 2011, from Dawn Wiggins, FOIA Officer for SSA to Orly Taitz ("June Response") at Exhibit D. In that letter, the SSA released as a matter of discretion a list of revision dates for the Form SS-5 (item 8). *Id.* An SSA employee had created the list in response to Plaintiff's FOIA request. *See* Wiggins Declaration ¶ 11. The SSA also released another copy of Stanley Ann Dunham's Form SS-5, which shows a clearer revision date. *Id.*

3.      On February 16, 2011, Plaintiff filed an action in this Court, No. 10-cv-402 (RCL), alleging that SSA had violated FOIA by failing to respond to Plaintiff's FOIA request within the required statutory time period, and asking that the Court order SSA to produce the requested documents. (Dkt. Nos. 1, 16.) Plaintiff filed an amended complaint on April 8, 2011. (Dkt. Nos. 3, 17). Plaintiff did not serve her complaint on the United States Attorney for the District of Columbia until April 21, 2011. Defendant filed an answer on May 23, 2011.

7.      The Declaration of Dawn Wiggins, Deputy Director of the Office of Privacy and Disclosure at the SSA, sets forth the details of the scope of SSA's search, as well as the grounds for SSA's withholdings pursuant to the FOIA exemptions 6 at issue between the parties. *See* Wiggins Declaration ¶¶ 5-11.

Dated: July 1, 2011                                        Respectfully submitted,

                                                          TONY WEST
                                                          Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

 /s/Patrick G. Nemeroff
PATRICK G. NEMEROFF
CA Bar No. 268928
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 305-8727
Fax: (202) 305-8517
Email: patrick.g.nemeroff@usdoj.gov

Attorneys for Defendant