## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. ORLY TAITZ, ESQ, PRO SE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 11-CV-00402-RCL |
| ) | The Honorable Royce C. Lamberth |
| MICHAEL ASTRUE, COMMISSIONER ) | |
| OF THE SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

This court, having considered defendant's motion for summary judgment, the memoranda of the parties, and the whole record herein, and being of the opinion that defendant is entitled to summary judgment,

It is hereby ORDERED that defendant's motion is GRANTED and this action is DISMISSED.

SO ORDERED, this ____ day of _____ 2011.


_____
ROYCE C. LAMBERTH
CHIEF UNITED STATES DISTRICT JUDGE