**DEFEND OUR FREEDOMS FOUNDATION**
29839 SANTA MARGARITA PARKWAY STE 100
RANCHO SANTA MARGARITA, CA 92688

1197

10 05 [illegible]

16-66/1220
2353

Pay To The Order Of SSA $ 81 [illegible]

Eighty one [illegible] Dollars

**Bank of America**
Rancho Santa Margarita
31531 Santa Margarita Pky
Rancho Santa Margarita CA
949.837.3482

For 3 FOIA [illegible]

MP

⑆122000661⑆1197⑈23532⑈67227⑈

Harland Clarke

Dr. Orly Taitz, ESQ

President

Defend Our Freedoms Foundation

29839 Santa Margarita pkwy, ste 100

Rancho Santa Margarita CA 92688

Phone 949-683-5411 Fax 949-766-7603

Orly.taitz@gmail.com OrlyTaitzESQ.com

10.04.10

Via Certified mail –return receipt

Ms Dawn Wiggins FOIA officer

Social Security Administration

OEO FOIA Workgroup

300 N. Green Street

P.O. Box 33022

Baltimore, MD 21290-3022

Dear Ms. Wiggins,

I am requesting US Code 5 §552 FOIA disclosure of the following information in regards to a number of matters, where the disclosure of information under US code 5 §552 FOIA is essential in the interest of U.S. National Security and preservation of the 14 th Amendment Equal Protections rights of the U.S. Citizens. A copy of this letter is being forwarded to 36,000 outlets of U.S. and International

media, Inspector General of the Department of Justice, Public Integrity Unit, International Criminal Bar Panel.

Requested information is as follows:

1. Official SS- 5 Social Security application for Stanley Ann Dunham, mother of Barack Obama,(Exhibit 1) shown to be filled out in 1959. However on the bottom of the card it shows revision 7/65. It appears that 7/65 signifies a revision date. A reasonable question arises "How could Stanley Ann Dunham fill out in 1959 a form, that would not exist until 1965"
2. Similarly, a number of news papers reported, that Barack Obama's mother, Stanley Ann Dunham, did not like to be called Stanley (her father's name) and went by the name Shirley Dunham. Social Security released official documents for Shirley Dunham show similar anomalies. SS death index shows: DUNHAM, SHIRLEY [redacted]-1493 Birth: 04 Nov 1941 Death: Jan 1975. However, officially released SS-5 application (Exhibit 2) for this number shows a different picture: [redacted]1493 Shirley Jean Applebee, 702 N Lee, Tomasket Wash. Born 11.04.1942, not 1941. It shows that the Social Security number on the form is partially printed and partially hand written. It looks like someone deleted the last four digits that were printed and have hand written over them "1493". Additionally, while the SS-5 application was allegedly filed out on 02.16.1958, the form used, was 7/65, meaning a form, that was not available until 1965. It appears that a passport was issued to her around the same time. Additionally, FOIA requests for passport records for Stanley Ann Dunham were not available for Stanley Ann Dunham's 1965 passport renewal with an excuse, that there was an order to destroy those passport records, while no such order was ever found. I am requesting an explanation for the above mentioned anomalies and discrepancies in the official public social security records of Stanley Ann Dunham and Shirley Dunham.

2. Please, provide the dates for the social security form SS-5 revisions. Please, provide official blank SS-5 forms for 1958, 1959, 1976, 1977.



TREASURY DEPARTMENT
INTERNAL REVENUE SERVICE

# U. S. SOCIAL SECURITY ACT
## APPLICATION FOR ACCOUNT NUMBER

PRINT NAME

STANLEY DUNHAM
(EMPLOYEE'S FIRST NAME) (MIDDLE NAME) (LAST NAME)
(MARRIED WOMEN: GIVE MAIDEN FIRST NAME, MAIDEN LAST NAME, AND HUSBAND'S LAST NAME)

3.
(STREET AND NUMBER) (POST OFFICE) (STATE)

F. W. Woolworth Co. 6. 205 E. Douglas, Wichita Kansas
(BUSINESS NAME OF PRESENT EMPLOYER) (BUSINESS ADDRESS OF PRESENT EMPLOYER)

7. 8.
(AGE AT LAST BIRTHDAY) (DATE OF BIRTH: (MONTH) (DAY) (YEAR, (SUBJECT TO LATER VERIFICATION)) (PLACE OF BIRTH)

10.
(FATHER'S FULL NAME) (MOTHER'S FULL MAIDEN NAME)

SEX: MALE ✓ FEMALE ___ (CHECK (✓) WHICH) 12. COLOR: WHITE ✓ NEGRO ___ OTHER ___ (CHECK (✓) WHICH) (SPECIFY)

IF REGISTERED WITH THE U.S. EMPLOYMENT SERVICE, GIVE NUMBER OF REGISTRATION CARD ___

IF YOU HAVE PREVIOUSLY FILLED OUT A CARD LIKE THIS, STATE Employee left my Service March 20, 1937 without filing Application for Account Number
(PLACE) (DATE)

7-6-37 16. F. W. Woolworth Co. Employer By [illegible]
(DATE SIGNED) (EMPLOYEE'S SIGNATURE, AS USUALLY WRITTEN)

DETACH ALONG THIS LINE

RETURN COMPLETED APPLICATION TO NEAREST SOCIAL SECURITY ADMINISTRATION DISTRICT OFFICE

# APPLICATION FOR SOCIAL SECURITY ACCOUNT NUMBER

REQUIRED UNDER THE FEDERAL INSURANCE CONTRIBUTIONS ACT
READ INSTRUCTIONS ON BACK BEFORE FILLING IN FORM

[REDACTED]-8522

DO NOT WRITE IN THE ABOVE SPACE

FILL IN EACH ITEM. PRINT IN BLACK OR DARK BLUE INK OR USE TYPEWRITER FOR ALL ITEMS EXCEPT SIGNATURE. IF THE INFORMATION CALLED FOR IN ANY ITEM IS NOT KNOWN, WRITE "UNKNOWN."

1 PRINT NAME YOU GAVE YOUR PRESENT EMPLOYER OR IF UNEMPLOYED, THE NAME YOU WILL USE WHEN EMPLOYED — FIRST NAME: STANLEY — MIDDLE NAME (IF YOU USE NO MIDDLE NAME OR INITIAL, DRAW A LINE ——): ANN — LAST NAME: DUNHAM

2 MAILING ADDRESS (NO. AND ST., P.O. BOX, OR RFD) (CITY) (ZONE) (STATE): 3206 E. LEXINGTON MERCER IS., WASH.

3 PRINT FULL NAME GIVEN YOU AT BIRTH: STANLEY ANN DUNHAM

4 AGE ON LAST BIRTHDAY: 16

5 DATE OF BIRTH (MONTH) (DAY) (YEAR): NOVEMBER 29, 1942

6 PLACE OF BIRTH (CITY) (COUNTY) (STATE): WICHITA — KANSAS

7 FATHER'S FULL NAME, REGARDLESS OF WHETHER LIVING OR DEAD: STANLEY ARMOUR DUNHAM

8 MOTHER'S FULL NAME BEFORE EVER MARRIED, REGARDLESS OF WHETHER LIVING OR DEAD: MADELYN LEE PAYNE

9 SEX (CHECK (X) WHICH): MALE [ ] FEMALE [X]

10 COLOR OR RACE (MARK (X) WHICH) (IF OTHER, SPECIFY): WHITE [X] NEGRO [ ] OTHER [ ]

11 HAVE YOU EVER BEFORE APPLIED FOR OR HAD A SOCIAL SECURITY OR RAILROAD RETIREMENT NUMBER? (MARK (X) WHICH): YES [ ] NO [X] DON'T KNOW [ ]

IF ANSWER IS "YES," PRINT THE STATE IN WHICH YOU FIRST APPLIED AND WHEN — STATE — DATE

ALSO PRINT YOUR ACCOUNT NUMBER IF YOU KNOW IT — ACCOUNT NUMBER

12 BUSINESS NAME OF EMPLOYER. IF UNEMPLOYED WRITE "UNEMPLOYED": unemployed

EMPLOYER'S ADDRESS (NO. AND STREET) (CITY) (ZONE) (STATE)

13 TODAY'S DATE: May 27, 1959

14 WRITE YOUR NAME AS USUALLY WRITTEN (DO NOT PRINT): Stanley Ann Dunham

Form SS-5 TREASURY DEPARTMENT Internal Revenue Service (Revised 7-55) 16—[illegible]

3. Previously I requested release of Social Security number application for ████-4425, issued in the state of CT in and around 1977 to an elderly individual born in 1890. This number was later assumed by Barack Obama. Release of the SSA application was refused by SSA. Due to the fact that the full application was denied, I am requesting only partial information:

a. zip code to which the original card was mailed

b. gender of the applicant

c. date of the application

Please, see attached a sworn affidavit from a recently retired senior deportation officer of the department of Homeland Security John Sampson, attesting to the fact, that it is a common practice to release a partial redacted SS-5 application. (Exhibit 3)

4. Research of the National databases shows that there were several individuals born between 1890-1896, who obtained Social security cards shortly before passing away, possibly for the purpose of receipt of the Medicare benefits. I am requesting a photocopy of the original applications for SS-5 for these individuals, as they are deceased and privacy concerns would not apply in regards to deceased individuals. Please see an enclosed check for the $27 fee per copy, made payable to the Social Security Administration, attached, for photocopies of the following SS-5 applications:

Bossing Margaret

-4437

Birth 07 January, 1896

Death November 1982

**SS card issued around 1977, Fairfield CT**

DEMO, ANTOINETTE

Born 30 May 1890

Died Apr 1979 8806810 (Danbury, Fairfield, CT)(none specified)

Connecticut [redacted]9248

**Social security card issued between 1977-1979, Fairfield CT**

Lillian Connors (Cleary?) Appleby

Born Brooklyn, NY, 1890

Died 06.03.1978

**SS number [redacted]-8180 issued in 1976-1977 in CT**

Last known address Twin Oak Lane, Wilton, Fairfield, CT

5. If another individual assisted those elderly persons in filling out such SS application, I am requesting information on the names of the individuals, who assisted the applicants as well as the official, who processed them.

6. Please, see attached sworn affidavit of a licensed investigator, certified by the department of the Homeland Security, Susan Daniels. It states that in the in the national databases name Barack Obama is linked to other Social Security numbers, among them [redacted]5154

This number was actually assigned to Lucille T Ballantyne

born 12.22.1912

died 09.13.98

The son of Ms. Ballantyne, Harry C. Ballantyne was the Actuary of the Social Security Administration with access to all Social Security records and death indices. I called Mr. Ballantyne at his residence at Sykesville, MD. I stated to Mr.

Ballantyne, that National databases show the name Barack Hussein Obama linked to his deceased mother's social security number, I asked Mr. Ballantyne, if he can help me figure out how could that happen, being a former actuary of the Social Security administration, he probably can explain. He was not surprised by my phone call. He stated:

- "Dead people have no rights. I laugh at this."

-Taitz "Laugh at what?"

-Ballantyne "That people say, he is not a Natural Born Citizen"

-Taitz "Why do you laugh ?"

-Ballantyne "Republicans would have picked up on this. They are very devious. Republicans are. Republicans are very devious."

-Taitz "Judging by the answer, I assume you are a Democrat?"

-Ballantyne "Yes, I am. I have to end the conversation now."

He closed the phone. Interestingly enough, I never asked about the Natural Born Citizenship. Mr. Ballantyne volunteered this information on his own.

As any change, and/or correction and/or amendment in the social security records is supposed to leave a paper trail and electronic trail, showing the access code of the employee, who effectuated the change, please advice, if the paper trail and/or electronic trail of such records shows **Mr. Harry C. Ballantyne, Actuary of the Social Security Administration**, or any other individual making any changes or alterations and/or additions, and/or amendments to Social Security records [redacted]5154 and/or [redacted]-4425, [redacted]4426, and/or [redacted]-4427 or any other records, contained in the Affidavits of the investigators Sankey(Exhibit 4), Daniels(exhibit 3) and Sampson (Exhibit 1).

As breach of the integrity of the Social Security Administration represents the matter of National Security, and the time is of the essence, I request an expedited response to this request to be provided before or not later than the prescribed FOIA 20 days response time.

Sincerely,

Dr. Orly Taitz ESQ.- President of

Defend our Freedoms Foundation

 29839 Santa Margarita Pkwy, ste 100

Rancho Santa Margarita Ca 92688


Glenn Fine

Inspector General

Department of Justice

950 Pennsylvania Ave,

 N.W. Washington DC 20530-0001


Public Integrity Section

Department of Justice

950 Pennsylvania Ave, NW

Washington DC 20530-0001


Office of the United Nations High Commissioner for Human Rights (OHCHR)

Special Rapporteur on the Situation of Human Rights Defenders

The Honorable Mrs. Margaret Sekaggya

Palais des Nations

CH-1211 Geneva 10, Switzerland


10.03.10. Request for information under the Freedom of Information Act U.S. Code 5-552  6

International Criminal bar Hague

United Nations Commission for

Civil Rights Defenders

*Orsolya Toth (Ms)*

Human Rights Officer

Civil and Political Rights Section

Special Procedures Division

Office of the High Commissioner for Human Rights

tel: + 41 22 917 91 51

email: ototh@ohchr.org

**Dr. Orly Taitz, Esq.**
**29839 Santa Margarita Parkway, STE 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
E-Mail: dr_taitz@yahoo.com

UNITED STTES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Dr. Orly Taitz, Esquire, Pro Se, Plaintiff | ) | |
| v. | ) | Civil Action: |
| Barrack Hussein Obama, Defendant | ) | |

## Affidavit of John N. Sampson

1. My name is John N. Sampson. I am over 18 years of age, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2. I am a citizen of the United States of America. I am 59 years old, and was born in Jackson Heights, Queens, New York and raised in the State of New York.

3. I am the Chief Executive Officer, Owner, and Operator, of CSI Consulting and Investigations LLC, a consulting and private investigative firm registered with the Secretary of State of Colorado as a Limited Liability Company pursuant to the laws of the State of Colorado. The company was formed in the State of Colorado on January 2, 2009 and is in good standing with the Secretary of State of Colorado. Colorado does not have any licensing requirements or provisions for private investigators.

4. I am a retired Senior Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), having retired after 25 plus years of credible federal service, on August 30, 2008. (See Exhibit "A", attached)

5. As a result of my former employment, and in furtherance of my current employment, I have appeared as an expert witness in numerous courts throughout the United States, having been admitted as an expert witness in the areas of immigration law, immigration enforcement, immigration fraud, immigration marriage fraud, visa fraud, Violence Against Women Act fraud, and as a forensic document analyst. The States in which I've testified as an expert witness include Colorado, New York, Arizona, Florida, Nebraska. I have also been endorsed as an expert witness relating to the aforementioned areas in California, Massachusetts, and Florida.

6. I have personal knowledge of all of the facts and circumstances described herein below and will testify in open court to all of the same.

7. From my personal experience having dealt with the verification of social security numbers being used by illegal aliens in violation of law, when there is a need for verification of the legitimacy of a Social Security number, certain information can be, and is routinely, obtained from the Social Security administration on questionable social security numbers that is permitted to be released under the Privacy Act. This information is of non identifying nature and includes, but is not limited to:

a. The exact date that the social security number in question was issued;

b. The zip code to which the Social Security number card was mailed to;

c. The age of the applicant at the time they applied for the Social Security number in question.

d. The gender of the applicant who applied for the Social Security number in question.

8. While this information does not provide the identity of the account holder which is Privacy Act protected, it is beneficial in determining if a suspect social security number is being used fraudulently or being misused by someone other than the rightful account holder without violating the provisions of the Privacy Act. If the Social Security Administration should refuse to provide the requested information, a court order directing the release of the aforementioned non identifying information would be useful and beneficial in determining if a particular social security number was being misused in violation of Title 42 United States Code, Section 408(a)(7)(B), a felony cognizable under the laws of the United States.

9. I swear under the penalties of perjury that all the facts stated and circumstances described above are true and correct to the best of my knowledge and belief.

10. I have not been compensated for making this affidavit.

Further, Affiant sayeth not.

Signed and executed in Strasburg, Colorado on this 23rd day of September, 2010.

By: [signature]
John N. Sampson

Signed and subscribed to this 23rd day of September, 2010 in Strasburg, Adams County, State of Colorado.

[signature]
Notary Public Adams County, Colorado

my commission expires 1-11-11

Dr. Orly Taitz, Attorney-at-Law
(California SBN 223433)
Orly Taitz Law Offices
26302 La Paz, Suite 211
Mission Viejo, California 92691
Telephone: (949) 683-5411
E-Mail: dr_taitz@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA (SOUTHERN) DIVISION

| | | |
|---|---|---|
| Captain Pamela Barnett, et al., Plaintiffs, | § | |
| v. | § | Civil Action: |
| Barack Hussein Obama, Michelle L.R. Obama, Hillary Rodham Clinton, Secretary of State, Robert M. Gates, Secretary of Defense, Joseph R. Biden, Vice-President and President of the Senate, Defendants. | § | **SACV09-00082-DOC (Anx)** |

**Affidavit of Susan Daniels**

1. My name is Susan Elizabeth Daniels. I am over 18 years old, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2. I am a citizen of the United States of America, I am 68 years old and I was born and raised in the State of Ohio.

3. I am licensed by the State of Ohio as a private investigator; I am president of Daniels and Associates Investigations, Inc., incorporated in March 1995, license number 65199565509.

4. I have personal knowledge of all the facts and circumstances described herein below and will testify in open court to all of the same.

5. I located a social security number for Barack Hussein Obama and found that it was issued between 1977-1979 in the State of Connecticut but as I investigated

further, I found an additional eight social security numbers. One of the numbers had (Deceased) behind it. I was able to find the name of the person the SSN actually belonged to and printed it from the Social Security Administration death index.

6. I researched social security numbers for Michelle Obama. When I ran her name, two different social security numbers appeared for her, includimg one that does not belong to her but is listed for her at 1600 Pennsylvania Ave., Washington, D.C.

7. The true and correct copies I personally obtained are attached.

8. I solemnly swear under penalty of perjury that all the facts stated and circumstances described above are true and correct statements.

9. I have not received any compensation for making this affidavit.

Further, Affiant saith naught.
Signed and executed in Mentor, OH on this 19th day of October, 2009.

By: [signature]
Susan Elizabeth Daniels

## NOTARY'S JURAT

Susan Elizabeth Daniels appeared before me in person on this 19 day of October, 2009, in Mentor (city), Lake County Ohio (state), U.S.A (country) and having presented to me her driver's license and having been sworn by me duly under oath and having been admonished that she did so under penalty of perjury, she did then and there depose herself and give the above-listed statements in my presence in the form of his written affidavit.

Specifically but without limitation, Susan Elizabeth Daniels did in my presence authenticate the documents attached here as a true and correct copy of the documents she obtained and described in her affidavit.

Notary Public in the State of Ohio

Business Address of Notary: 8039 BROADMOOR, MENTOR, OH 44060

NOTARIAL SEAL STATE OF OHIO

JAMES V. LOIACONO, Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration Date
Section 147.03 O.R.C.

My Seal Appears Above this line.

My Printed Name is: JAMES V. LOIACONO; my notarial commission or license expires on: LIFETIME / STATEWIDE

| All | Full Name | Age/DOB | Address | Dates | Phone Information |
|---|---|---|---|---|---|
| | MICHELLE OBAMA<br>Gender: Female<br>350-60-xxxx | | 5046 S GREENWOOD AVE<br>CHICAGO IL 60615-2806 | Aug 05 - Aug 07 | |
| | MICHELLE OBAMA<br>Gender: Female | | 1 OLD STATE CAPITOL PLZ APT<br>SPRINGFIELD IL 62701-1512 | May 09 - Sep 09 | |
| | MICHELLE OBAMA<br>Gender: Female<br>282-88-xxxx | | 1600 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20500-0003<br>Newspaper facility. | Jun 08 - Sep 09 | |
| | MICHELLE OBAMA<br>Gender: Female<br>522-67-xxxx | | 5030 QUENTIN ST<br>DENVER CO 80239-4312 | Jul 09 - Aug 09 | 303-365-5697 - MDT |
| | MICHELLE OBAMA<br>Gender: Female | | 123 W NORTH AVE<br>CAROL STREAM IL 60188-2001 | Mar 09 - Aug 09 | |
| | MICHELLE OBAMA<br>Gender: Female<br>324-56-xxxx | | 936 4 MILE RD NW APT<br>GRAND RAPIDS MI 49544-1503 | Jan 09 - Jul 09 | |
| | MICHELLE OBAMA<br>Gender: Female | | 505 CATHARINE ST<br>PHILADELPHIA PA 19147-3009 | Apr 07 | |
| | MICHELLE OBAMA<br>Gender: Female | | 3550 S RHODES AVE APT 1802<br>CHICAGO IL 60653-1273 | | |
| | MICHELLE OBAMA<br>Gender: Female | | 1901 COLLEGE AVE<br>FREDERICK MD 21701 | Jun 09 - Sep 09 | |
| | MICHELLE OBAMA<br>Gender: Female | | 1 PENNSYLVANNIA<br>BEVERLY HILLS CA 90210 | Jan 09 - Sep 09 | |

# SSN Verifier Plus

## SSN [redacted]-4425

| Year(s) and State Issued | |
|---|---|
| **Year(s) issued:** | 1977-1979 |
| **State issued:** | Connecticut |

| Social Security Death Index |
|---|
| **SSN not found in Social Security Death Index** |

| Names Associated With SSN |
|---|
| OBAMA, BARACK |
| OBAMA, BARACK HUSSEIN |

| Dates of Birth Associated With SSN |
|---|
| 1890 |
| 08/04/1961 |
| 04/08/1961 |

# Standard People Search

## 105 Records

**Search Criteria**

**Name:** OBAMA, BARACK

**Flags:** Arrests, Bankruptcies, Criminal Records, Evictions, Professional Licenses, Warrants

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK H | 295 HARVARD ST 1505 **2x** CAMBRIDGE MA 02139-2382 **Reported: 01/2009 - 01/01/2009** **County:** Middlesex | Map It | | | N |
| | OBAMA BARACK | 1600 PENN AVE **1x** WASHINGTON DC 20007 **Reported: 12/2008 - 12/2008** **County:** District of Columbia | Map It | | | N |
| | OBAMA BARACK | 559 W GOLF RD **1x** ARLINGTON HTS IL 60005-3904 **Reported: 11/2008 - 11/2008** **County:** Cook | Map It | | | N |
| | OBAMA BARACK | 56 THORNTON RD **1x** NEEDHAM MA 02492-4330 **Reported: 09/2008 - 11/2008** **County:** NORFOLK | Map It | | | N |
| | OBAMA BARACK | 713 HART SENATE **1x** WASHINGTON DC 20510-0001 **Reported: 11/2008 - 11/2008** **County:** District of Columbia | Map It | | | N |
| | OBAMA BARACK | 3535 OLIVE ST **1x** DENVER CO 80207-1523 **Reported: 09/2008 - 11/2008** **County:** Denver | Map It | | (720)336-7722 | N |
| | OBAMA BARACK | 810 E 13TH AVE **1x** EUGENE OR 97401-3742 (POSSIBLE HIGH RISK) **Reported: 09/2008 - 11/2008** **County:** Lane | Map It | | | N |
| | OBAMA BARACK | 435 DALLAS AVE **1x** LANCASTER TX 75146 **Reported: 09/2008 - 11/2008** **County:** Dallas | Map It | | | N |
| | OBAMA BARACK L | 1930 WALLACE ST **2x** PHILADELPHIA PA 19130-3220 **Reported: 09/17/2008 - 10/03/2008** **County:** Philadelphia | Map It | | **Landline:** (215)235-3040 | N |
| | OBAMA BARACK | 1000 NW 33 AVE **2x** FORT WORTH TX 76180 **Reported: 04/2008 - 09/2008** **County:** Tarrant | Map It | [redacted]-6554 | | N |
| **Reports** | **Name** | **Address** | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK | 123 MAIN ST **1x** CHARLESTON SC 29464 **Reported: 08/2008 - 09/2008** **County:** Charleston | Map It | | | N |

| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK PK<br>CHICAGO IL 60615<br>**Reported: 08/20/2008 - 08/20/2008**<br>**County:** Cook | 1x | Map It | [redacted]-4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK LWYR | 14 W ERIE ST<br>CHICAGO IL 60654<br>(POSSIBLE HIGH RISK)<br>**Reported: 08/20/2008 - 08/20/2008**<br>**County:** Cook | 1x | Map It | | **Cell:**<br>(312)310-0069 | N |
| E-mail: bobama@lawmbg.com | | **(No IP Address Reported)** | | | | **Phone: (312)751-1170** | |
| | OBAMA BARACK | **NO ADDRESS REPORTED**<br>**CHICAGO IL 60615**<br>**Reported: 08/18/2008 - 08/18/2008**<br>**County:** Cook | | | | | N |
| | OBAMA BARACK | 180 N LASALLE<br>CHICAGO IL 60601<br>(POSSIBLE HIGH RISK)<br>**Reported: 08/18/2008 - 08/18/2008**<br>**County:** Cook | 1x | Map It | | | N |
| | OBAMA BARACK | 83775 BATES RD<br>JACKSON NJ 08527<br>**Reported: 02/2008 - 08/2008**<br>**County:** Ocean | 2x | Map It | [redacted]-5154 (DECEASED) See attached "A"<br>**Issued: 1954-1955 in IA** | | N |
| | OBAMA BARACK | 1000 33RD AVE<br>FORT WORTH TX 76180<br>**Reported: 08/2008 - 08/2008**<br>**County:** Tarrant | 1x | Map It | | | N |
| | OBAMA BARACK | 505 FARR C<br>COLUMBUS GA 31907-6275<br>**Reported: 01/2008 - 08/2008**<br>**County:** Muscogee | 3x | Map It | [redacted]-2965 | | N |
| | OBAMA BARACK | 1603 RUCKER RD<br>ALPHARETTA GA 30004-1435<br>**Reported: 08/2008 - 08/2008**<br>**County:** FULTON | 1x | Map It | | | N |
| | OBAMA BARACK HUSSEIN | 180 N LA SALLE ST 2200<br>CHICAGO IL 60601-2610<br>(POSSIBLE HIGH RISK)<br>**Reported: 06/01/2007 - 06/01/2008**<br>**County:** Cook | 4x | Map It | [redacted]-4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | **Landline:**<br>(773)684-4809 | N |
| **Reports** | **Name** | **Address** | | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK | OBAMA LN<br>FRANKLIN WI 53132<br>**Reported: 05/2008 - 06/2008**<br>**County:** Milwaukee | 1x | Map It | | | N |
| | OBAMA BARACK | 123 WHITE HOUSE<br>IRVINE CA 92618<br>**Reported: 06/2008 - 06/2008**<br>**County:** ORANGE | 1x | Map It | | | N |
| | OBAMA BARACK | 15 A 1A<br>MANALAPAN FL 33462<br>**Reported: 05/2008 - 05/2008**<br>**County:** Palm Beach | 1x | Map It | | | N |
| | OBAMA BARACK HUSSEIN | 5046 S GREENWOOD AVE<br>CHICAGO IL 60615-2806<br>(POSSIBLE HIGH RISK)<br>**Reported: 12/01/2007 - 04/01/2008**<br>**County:** Cook | 5x | Map It | [redacted]-4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | **Landline:**<br>(773)684-4809 | N |

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1 **1x**<br>CHICAGO IL 60615<br>**Reported: 03/25/2008 - 03/25/2008**<br>**County:** Cook | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK | **NO ADDRESS REPORTED**<br>**CHICAGO IL 0**<br>**Reported: 03/03/2008 - 03/03/2008** | | | | N |
| | OBAMA BARACK | 40 TRANSFER ST **1x**<br>DENVER CO 80207<br>**Reported: 03/2008 - 03/2008**<br>**County:** Denver | Map It | | **Landline:**<br>(303)545-0199 | N |
| | OBAMA BARACK | 111 PENNSYLVANIA AVE **3x**<br>WASHINGTON UT 84780<br>**Reported: 08/2007 - 02/2008**<br>**County:** Washington | Map It | [redacted]-7090 | | N |
| | OBAMA BARACK | 505 FARR C **1x**<br>COLUMBUS GA 31907<br>**Reported: 02/2008 - 02/2008**<br>**County:** Muscogee | Map It | [redacted]-2961<br>**Issued: 1988-1989 in AL** | | N |
| | OBAMA BARACK LWYR | 14 W ERIE ST **7x**<br>CHICAGO IL 60610<br>(POSSIBLE HIGH RISK)<br>**Reported: 01/02/2008 - 01/02/2008**<br>**County:** Cook | Map It | | **Landline:**<br>(312)751-1170<br>**Cell:**<br>(312)310-0069 | N |

E-mail: bobama@lawmbg.com **(No IP Address Reported)** **Phone: (312)751-1170**

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK PK **8x**<br>CHICAGO IL 60615<br>**Reported: 01/02/2008 - 01/02/2008**<br>**County:** Cook | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 04/08/1961 Age: 48** | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK | PO BOX 1236 **1x**<br>PROVO UT 84603-1236<br>**Reported: 01/2008 - 01/2008**<br>**County:** Utah | | | | N |
| | OBAMA BARACK | 15 A1A **1x**<br>MANALAPAN FL 33434<br>**Reported: 01/2008 - 01/2008**<br>**County:** Palm Beach | Map It | [redacted]-4987 | | N |
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1 **8x**<br>CHICAGO IL 60615<br>**Reported: 11/15/2007 - 11/15/2007**<br>**County:** Cook | Map It | [redacted]-4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 04/08/1961 Age: 48** | **Landline:**<br>(773)684-4809 | N |
| | MR OBAMA BARACK H | 5046 S GREENWOOD AVE **12x**<br>CHICAGO IL 60615-2806<br>(POSSIBLE HIGH RISK)<br>**Reported: 07/2005 - 11/15/2007**<br>**County:** Cook | Map It | [redacted]-4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/01/1961 Age: 48** | | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY **3x**<br>SOMERVILLE MA 02145<br>**Reported: 06/01/1986 - 10/01/2007**<br>**County:** Middlesex | Map It | [redacted]-4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1 **12x**<br>SOMERVILLE MA 02145<br>**Reported: 07/17/2001 - 10/01/2007**<br>**County:** Middlesex | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 04/08/1961 Age: 48** | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK | 918 BAINBRIDGE ST **1x**<br>PHILADELPHIA PA 19147<br>**Reported: 08/2007 - 08/2007**<br>**County:** Philadelphia | Map It | | | N |

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK | 123 MAIN ST **1x**<br>LANSING MI 48910<br>**Reported: 07/2007 - 07/2007**<br>**County:** Ingham | Map It | | | N |
| | OBAMA BARACK H | 180 N LA SALLE ST 2200N **2x**<br>CHICAGO IL 60601-2501<br>(POSSIBLE HIGH RISK)<br>**Reported: 02/2007 - 06/2007**<br>**County:** Cook | Map It | [redacted]-4425<br>**Issued: 1977-1979 in CT** | | N |
| | OBAMA BARACK | 1236 PO BOX **2x**<br>PROVO UT 84603<br>**Reported: 06/2007 - 06/2007**<br>**County:** Utah | | [redacted]-8765 | | N |
| | OBAMA BARACK | 610 E OLD WILLOW RD **1x**<br>PROSPECT HEIGHTS IL 60070-1913<br>**Reported: 04/2007 - 04/2007**<br>**County:** Cook | Map It | | | N |
| | OBAMA BARACK | 505 CATHARINE ST **1x**<br>PHILADELPHIA PA 19147-3009<br>**Reported: 04/2007 - 04/2007**<br>**County:** Philadelphia | Map It | | | N |
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1 **3x**<br>CHICAGO IL 60615-5916<br>**Reported: 07/2006 - 07/2006**<br>**County:** Cook | Map It | [redacted]-4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK S | 607 E ADAMS ST **9x**<br>SPRINGFIELD IL 62701-1634<br>(POSSIBLE HIGH RISK)<br>**Reported: 04/21/2006 - 05/07/2006**<br>**County:** Sangamon | Map It | | **Landline:**<br>(217)492-5089 | N |
| | OBAMA BARACK HUSSEIN | 300 MASSACHUSETTS AVE 5 **1x**<br>WASHINGTON DC 20001<br>**Reported: 02/01/2006 - 02/01/2006**<br>**County:** District of Columbia | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 227 6TH ST **1x**<br>WASHINGTON DC 20002<br>**Reported: 02/01/2006 - 02/01/2006**<br>**County:** District of Columbia | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 300 MASSACHUSETTS AVE **10x**<br>WASHINGTON DC 20001-2629<br>**Reported: 09/2005 - 02/01/2006**<br>**County:** District of Columbia | Map It | [redacted]-4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 04/08/1961 Age: 48** | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK H | 300 MASSACHUSETTS AV **3x**<br>WASHINGTON DC 20001-2640<br>**Reported: 06/01/1986 - 02/01/2006**<br>**County:** District of Columbia | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | **684-4809** | N |
| | OBAMA BARACK HUSSEIN | 227 6TH ST **8x**<br>WASHINGTON DC 20002<br>**Reported: 02/01/2006 - 02/01/2006**<br>**County:** District of Columbia | Map It | [redacted]-4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 04/08/1961 Age: 48** | **Landline:**<br>(773)684-4809 | N |
| **Reports** | **Name** | **Address** | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK H **AKA:** OBAMA BARACK **AKA:** | 227 6TH ST **2x**<br>WASHINGTON DC 20002-6067<br>**Reported: 06/01/1986 - 02/01/2006**<br>**County:** District of Columbia | Map It | [redacted]-4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | **684-4809** | N |

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARBACK | | | | | |
| | OBAMA BARACK | 14 W ERIE ST 2x<br>CHICAGO IL 60610-5397<br>(POSSIBLE HIGH RISK)<br>**Reported: 12/21/2004 - 01/2006**<br>**County:** Cook | Map It | | **Landline:** (312)751-1170 | N |
| **E-mail:** bobama@lawmbg.com | | **(No IP Address Reported)** | | | **Phone: (312)751-1170** | |
| | OBAMA BARACK | 5046 S GREENWOOD AVE 2x<br>CHICAGO IL 60615-2806<br>(POSSIBLE HIGH RISK)<br>**Reported: 07/2005 - 11/2005**<br>**County:** Cook | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT** | **Landline:** (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 54501 E VIEW PARK 6x<br>CHICAGO IL 60615<br>**Reported: 08/01/1997 - 05/26/2005**<br>**County:** Cook | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | **Landline:** (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 7436 S EUCLID AVE 2 1x<br>CHICAGO IL 60649<br>**Reported: 05/26/2005 - 05/26/2005**<br>**County:** Cook | Map It | [redacted]-4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | **Landline:** (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 54501 SE VW 1x<br>CHICAGO IL 60615<br>**Reported: 05/26/2005 - 05/26/2005**<br>**County:** Cook | Map It | [redacted]-4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | **Landline:** (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5450 E VIEW PARK 1 1x<br>CHICAGO IL 60615<br>**Reported: 05/26/2005 - 05/26/2005**<br>**County:** Cook | Map It | [redacted]-4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | **Landline:** (773)684-4809 | N |
| | OBAMA BARACK | 5450 S EAST VIEW PARK 1 1x<br>CHICAGO IL 60615-5916<br>**Reported: 05/2005 - 05/2005**<br>**County:** Cook | Map It | | | N |
| | OBAMA BARACK | 1013 E 53RD ST 9x<br>CHICAGO IL 60615-4311<br>**Reported: 12/21/2004 - 01/14/2005**<br>**County:** Cook | Map It | | **Landline:** (773)363-1996 | N |
| | OBAMA BARACK | 14 W ERIE ST 1x<br>CHICAGO IL 60654-5397<br>(POSSIBLE HIGH RISK)<br>**Reported: 12/21/2004 - 01/06/2005**<br>**County:** Cook | Map It | | **Landline:** (312)751-1170 | N |
| **E-mail:** bobama@lawmbg.com | | **(No IP Address Reported)** | | | **Phone: (312)751-1170** | |

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK | 10131/ 53RD ST 1x<br>CHICAGO IL 60615<br>**Reported: 07/2003 - 07/2003**<br>**County:** Cook | Map It | | **Landline:** (773)363-1996 | N |
| | OBAMA BARACK | 10131 53RD ST 1x<br>CHICAGO IL 60615<br>**Reported: 07/2003 - 07/2003**<br>**County:** Cook | Map It | | **Landline:** (773)363-1996 | N |
| | OBAMA BARACK SEN | 1741 E 71ST ST 7x<br>CHICAGO IL 60649<br>**Reported: 02/01/2003 - 02/01/2003**<br>**County:** Cook | Map It | | **Landline:** (773)363-1996 | N |
| **E-mail:** jenmasondist13@prodigy.net | | | | **IP address: 192.100.76.133** | **Reported: 10/(** | |

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1 **4x** CHICAGO IL 60615-5916 **Reported: 10/1997 - 10/2002** **County:** Cook | Map It | [redacted]-4425 **Issued: 1977-1979 in CT** **DOB: 08/04/1961 Age: 48** | | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1 **1x** CHICAGO IL 60615 **Reported: 07/2002 - 07/2002** **County:** Cook | Map It | [redacted]-4425 **Issued: 1977-1979 in CT** | | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1 **1x** CHICAGO IL 60615 **Reported: 07/2002 - 07/2002** **County:** Cook | Map It | [redacted]-2302 **Issued: 1975-1976 in IL** | | N |
| | OBAMA BARACK H | 365 BROADWAY **7x** SOMERVILLE MA 02145-2440 **Reported: 06/01/1986 - 07/17/2001** **County:** Middlesex | Map It | [redacted]-4425 **Issued: 1977-1979 in CT** **DOB: 08/04/1961 Age: 48** | **684-4809** | N |
| | OBAMA BARACK HUSSEIN | 7436 S EUCLID AVE 2 **8x** CHICAGO IL 60649 **Reported: 11/13/2000 - 11/13/2000** **County:** Cook | Map It | [redacted]-4425 **Issued: 1977-1979 in CT** **DOB: 04/08/1961 Age: 48** | **Landline:** (773)684-4809 | N |
| | OBAMA BARACK H | 7436 S EUCLID AV **8x** CHICAGO IL 60649-3626 **Reported: 06/01/1986 - 11/13/2000** **County:** Cook | Map It | [redacted]-4425 **Issued: 1977-1979 in CT** **DOB: 08/04/1961 Age: 48** | **684-4809** | N |
| | OBAMA BARACK HUSSEIN | 5450 VIEW PA **8x** CHICAGO IL 60615 **Reported: 10/01/1999 - 10/01/1999** **County:** Cook | Map It | [redacted]-4425 **Issued: 1977-1979 in CT** **DOB: 04/08/1961 Age: 48** | **Landline:** (773)684-4809 | N |

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK H | 54501 SE VIEW PK **1x** CHICAGO IL 60615 **Reported: 06/01/1986 - 10/01/1999** **County:** Cook | Map It | [redacted]-4425 **Issued: 1977-1979 in CT** **DOB: 08/1961 Age: 48** | **684-4809** | N |
| | OBAMA BARACK HUSSEIN | 54501 SE VIEW PK **1x** CHICAGO IL 60615 **Reported: 10/01/1999 - 10/01/1999** **County:** Cook | Map It | [redacted]-4425 **Issued: 1977-1979 in CT** **DOB: 08/04/1961 Age: 48** | **Landline:** (773)684-4809 | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PA 1 **5x** CHICAGO IL 60615-5916 **Reported: 06/01/1986 - 10/01/1999** **County:** Cook | Map It | [redacted]-4425 **Issued: 1977-1979 in CT** **DOB: 08/04/1961 Age: 48** | **684-4809** **Landline:** (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5450 VIEW PA **1x** CHICAGO IL 60615 **Reported: 10/01/1999 - 10/01/1999** **County:** Cook | Map It | [redacted]-4425 **Issued: 1977-1979 in CT** **DOB: 08/04/1961 Age: 48** | **Landline:** (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 49798 PO BOX **1x** CHICAGO IL 60649 **Reported: 09/01/1999 - 09/01/1999** **County:** Cook | | [redacted]-4425 **Issued: 1977-1979 in CT** **DOB: 08/04/1961 Age: 48** | **Landline:** (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | B49798 PO **1x** CHICAGO IL 60649 **Reported: 09/01/1999 - 09/01/1999** **County:** Cook | Map It | [redacted]-4425 **Issued: 1977-1979 in CT** **DOB: 08/04/1961 Age: 48** | **Landline:** (773)684-4809 | N |
| | OBAMA BARACK H | B49798 PO **2x** CHICAGO IL 60649 **Reported: 09/1999 - 09/1999** **County:** Cook | Map It | [redacted]-4425 **Issued: 1977-1979 in CT** | | N |

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | PO BOX 49798 **2x**<br>CHICAGO IL 60649<br>**Reported: 09/1999 - 09/1999**<br>**County:** Cook | | [redacted]4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | **Landline:**<br>(773)684-4809 | **N** |
| | OBAMA BARACK SEN | 2152 E 71ST ST **7x**<br>CHICAGO IL 60649<br>**Reported: 05/01/1999 - 05/01/1999**<br>**County:** Cook | Map It | | **Landline:**<br>(773)363-1996 | **N** |
| | OBAMA BARACK HUSSEIN | 1440 E 52ND ST **8x**<br>CHICAGO IL 60615<br>**Reported: 01/01/1999 - 01/01/1999**<br>**County:** Cook | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 04/08/1961 Age: 48** | **Landline:**<br>(773)684-4809 | **N** |
| **Reports** | **Name** | **Address** | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK HUSSEIN | 1440 E 52ND ST **1x**<br>CHICAGO IL 60615<br>**Reported: 01/01/1999 - 01/01/1999**<br>**County:** Cook | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | **Landline:**<br>(773)684-4809 | **N** |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1 **1x**<br>SOMERVILLE MA 02143<br>**Reported: 11/12/1997 - 11/12/1997**<br>**County:** Middlesex | Map It | [redacted]-4425<br>**Issued: 1977-1979 in CT** | | **N** |
| | OBAMA BARACK H | 54501 E VIEW PARK **4x**<br>CHICAGO IL 60615<br>**Reported: 06/1997 - 06/1997**<br>**County:** Cook | Map It | [redacted]-4425<br>**Issued: 1977-1979 in CT** | | **N** |
| | OBAMA BARACK HUSSEIN | 54501 VIEW PA **16x**<br>CHICAGO IL 60615<br>**Reported: 10/01/1994 - 10/01/1994**<br>**County:** Cook | Map It | [redacted]-4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 04/08/1961 Age: 48** | **Landline:**<br>(773)684-4809 | **N** |
| | OBAMA BARACK H | 54501 SE VIEW PA **5x**<br>CHICAGO IL 60615-5942<br>**Reported: 06/01/1986 - 10/01/1994**<br>**County:** Cook | Map It | [redacted]-4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | **684-4809** | **N** |
| | OBAMA BARACK H | 5450 S EAST VIEW PK 1 **1x**<br>CHICAGO IL 60615<br>**Reported: 06/01/1986 - 10/01/1994**<br>**County:** Cook | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/1961 Age: 48** | | **N** |
| | OBAMA BARACK HUSSEIN | 54501 SE VIEW PA **2x**<br>CHICAGO IL 60615<br>**Reported: 10/01/1994 - 10/01/1994**<br>**County:** Cook | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | **Landline:**<br>(773)684-4809 | **N** |
| | OBAMA BARACK | 365 BROADWAY ST **4x**<br>BOSTON MA 02111<br>(POSSIBLE HIGH RISK)<br>**Reported: 08/01/1994 - 08/01/1994**<br>**County:** Suffolk | Map It | | **Landline:**<br>(617)623-1266 | **N** |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY ST **1x**<br>BOSTON MA 02111<br>(POSSIBLE HIGH RISK)<br>**Reported: 08/01/1994 - 08/01/1994**<br>**County:** Suffolk | Map It | [redacted]-4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | **Landline:**<br>(773)684-4809 | **N** |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE **8x**<br>CHICAGO IL 60615<br>**Reported: 12/01/1993 - 12/01/1993**<br>**County:** Cook | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 04/08/1961 Age: 48** | **Landline:**<br>(773)684-4809 | **N** |
| **Reports** | **Name** | **Address** | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE **1x**<br>CHICAGO IL 60615<br>**Reported: 12/01/1993 - 12/01/1993** | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | **Landline:**<br>(773)684-4809 | **N** |

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | | **County:** Cook | | | | |
| | OBAMA BARACK | 5450 EASTVIEW PK 1 **1x**<br>CHICAGO IL 60615<br>**Reported: 08/01/1993 - 09/01/1993**<br>**County:** Cook | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT** | | N |
| | OBAMA BARACK | 7436 S EUCLID AVE **2x**<br>CHICAGO IL 60649-3626<br>**Reported: 08/1993 - 08/1993**<br>**County:** Cook | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT** | | N |
| | OBAMA BARACK HUSSEIN | 365 W BROADWAY **1x**<br>BOSTON MA 02127<br>(POSSIBLE HIGH RISK)<br>**Reported: 07/01/1991 - 07/01/1991**<br>**County:** Suffolk | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK H | 5324 S KIMBARK AVE **3x**<br>CHICAGO IL 60615-5287<br>**Reported: 06/01/1988 - 12/1990**<br>**County:** Cook | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1 **1x**<br>SOMERVILLE MA 02145<br>**Reported: 08/01/1988 - 09/01/1988**<br>**County:** Middlesex | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 1990** | **Landline:**<br>(617)623-1266 | N |
| | OBAMA BARACK HUSSEIN | 1N N **1x**<br>CHICAGO IL 60615<br>**Reported: 01/01/1988 - 01/01/1988**<br>**County:** Cook | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK H | N 1N **2x**<br>CHICAGO IL 60615<br>**Reported: 01/1988 - 01/1988**<br>**County:** Cook | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | | N |
| | OBAMA BARACK HUSSEIN | 5429 S HARPER AVE 1N **1x**<br>CHICAGO IL 60615<br>**Reported: 10/01/1986 - 10/01/1986**<br>**County:** Cook | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK H | 5429 S HARPER AVE 1N **3x**<br>CHICAGO IL 60615-5548<br>**Reported: 06/01/1986 - 10/1988**<br>**County:** Cook | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | | N |
| | OBAMA BARACK H | 1440 E 52ND ST **1x**<br>CHICAGO IL 60615-4131<br>**Reported: 04/1986 - 04/1986**<br>**County:** Cook | Map It | **DOB: 08/1961 Age: 48** | | N |
| | OBAMA BARACK H | 5450 EASTVIEW PARK 1 **2x**<br>CHICAGO IL 60615<br>**County:** Cook | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/1961 Age: 48** | | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1 **2x**<br>SOMERVILLE MA 02145-2440<br>**County:** Middlesex | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 1890** | | N |
| | OBAMA BARACK H | 5450 E VIEW PARK 1 **2x**<br>CHICAGO IL 60615<br>**County:** Cook | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT** | | N |
| | OBAMA BARACK H | 54501 SE VW **2x**<br>CHICAGO IL 60615<br>**County:** Cook | Map It | [redacted]4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | **684-4809** | N |

Welcome to RootsWeb.com

roots ancestry DISCOVER MORE >

"A"

Home Searches Family Trees Mailing Lists Message Boards Web Sites Passwords Help

Type In Your Name & Get Your Instant Family Tree!

Your First Name: Your Last Name: Your State: Nationwide

# Social Security Death Index Search Results

85,156,742 Records
last updated on 9-28-2009

The key to your research
Join Ancestry.com Today!

The most full-featured SSDI search engine on the internet

| Field | Value | Records | Results |
|---|---|---|---|
| SSN | [redacted]5154 | 1 | |

Viewing 1-1 of 1

| Name | Birth | Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|---|---|---|---|---|---|---|---|---|
| LUCILLE I BALLANTYNE | 22 Dec 1912 | 13 Sep 1998 (V) | 50140 (Lamoni, Decatur, IA) | (none specified) | [redacted]-5154 | Iowa | SS-5 Letter<br>Add Post-em<br>Search Ancestry.com | |

Viewing 1-1 of 1

(V)=(Verified) Report verified with a family member or someone acting on behalf of a family member.
(P)=(Proof) Death Certificate Observed.

You can now order the SS-5 Form for deceased individuals directly from the Social Security Administration online at https://secure.ssa.gov/apps9/eFOIA-FEWeb/internet/main.jsp

Search Hundreds of Thousands of Family Tree

First Name:

Last Name:

Search

One Family

---

Last name Exact

First Name

Middle Name (initial)

SSN [redacted]5154

Last Residence Last Benefit

Zip

State

County

City

Birth