# DR. ORLY TAITZ, ESQ

## PRESIDENT

## DEFEND OUR FREEDOMS FOUNDATION

## 29839 SANTA MARGARITA PKWY, STE 100

## RANCHO SANTA MARGARITA, CA 92688

## FAX 949-766-7603 PHONE 949-683-5411

## ORLY.TAITZ@GMAIL.COM

01.01.2011

Via Certified Mail/Return Receipt and e-mail

Attn Dawn Wiggins

Acting Executive Director

Office of Privacy and Disclosure

Social Security Administration

6401 Security Blvd

Baltimore, MD 21235-6401

FOIA.paofficers@ssa.gov

## ADMINISTRATIVE APPEAL

Dear Ms. Wiggins,

On October 4, 2010 I submitted to the Social Security Administration a 5 USC §552 FOIA request for information in regards to five Social Security applications of deceased individuals. This request was sent by certified mail with return receipt and was received by the SSA on October 8 2010 and was supposed to be processed within 30 days. Exhibit 1. I have affixed a check for processing of the above mentioned five applications.

JAN 1 3 2011

JAN 1 4 2011

As of now, 85 days after the request was received by the SSA, no information was received. I demand immediate processing of the above request and production of the information requested, or in the alternative an official final denial of the request with the explanation of the reason for such denial, so that I can proceed with this matter further in court and with the Judicial Committee of the House of Representatives.

Additionally, a number of supporters  of the Defend Our Freedoms Foundation have requested a copy of the SSA application for a deceased individual Thomas Woods ███-4424. Such information under provisions of 5USC §552 is extremely important, as this number is only one digit less than the number███ ██-4425, which was issued at the same time at the state of Connecticut. According to multiple National databases ███-4425 was originally issued in the state of Connecticut in 1977 to an elderly  individual born in 1890, who would have been 121 years old if he would be alive today. It appears that this individual is deceased, but the death of this individual was either never reported to the SSA, or was reported and deleted from the SSA database by someone within SSA.

We have traced  a number of such individuals born in and around 1890-1896, mostly female, who didn't apply for SS numbers until late in life, as they were homemakers, didn't work and didn't need social security numbers for most of their lives. These ladies got their SS numbers late in life, when they were in the retirement homes or hospitals and needed SS benefits for their medical care. In some instances those individuals and their families didn't even know that the social security numbers were issued, as the applications were filed out by somebody on the staff of the hospital or retirement home. In some instances the applications were filed out in and around the time of death of such individuals and actual   social security numbers were assigned and cards were issued after those individuals passed away. As such, the relatives did not know that the cards were issued and had no reason to provide the death certificates to the SSA. Unfortunately many such numbers ended up being used by illegal aliens or in illegal financial schemes. All five FOIA applications, that I requested, represent the SSA applications of individuals born in 1890-1896 and SS numbers, starting with digits 042  issued in CT around 1976-1977.

Most troubling is the fact that one such number ██████-4425 was assumed around 1980-1981 by Barack Hussein Obama, current President of the United States and Commander in Chief. National databases show this number associated with the dates of birth 1890 as well as April 8 1961 (04.08.1961) as well as August 4 1961 (08.04.1961). At the time this number was issued in Connecticut, Mr. Obama resided in HI, was nowhere near Connecticut and could not legally obtain this number. While according to National databases there are multiple SS numbers associated with Mr. Obama's name, this number was used by him most consistently and is used today, while residing in the White House, though it appears he used a different number, while serving in the Senate.

Clearly, this is an issue of national importance and urgency as national security is at stake. Deceased Mr. Woods' application ██████-4424 can shed light and pinpoint the date of application and receipt of the SS number as it is preceding ██████-4425 assumed by Mr. Obama.

In spite of numerous requests and considerable stonewalling SSA never provided the actual SS application for Mr. Woods. Only a numident was provided. While prior numidents for other individuals were legible, this numident is totaly worthless and illegible.   For example, when request was sent for the SS application for a deceased individual Renee Abima Obama, born October 31 2004 and deceased on December 25, 2004, SSA provided the names of her parents and the dates of the application as well as the date of receipt of the SS number.

While the same information was requested on Thomas Woods, it was denied citing privacy as the parents of Thomas Woods are alive. No explanation was provided, as to why previously SSA provided the names of the live parents of deceased individuals, such as Renee Abima Obama, but is refusing to provide the names of the parents of Thomas Woods.

I demand expedited processing and release of the original SSA application for ████-████-4424 for deceased Thomas Woods or in the alternative a legible numident with unredacted dates of application, issuance of the SS number, as well as the names of the parents.

Additionally, my original request included a sworn affidavit of a recently retired senior deportation office , Mr. John Sampson. As SSA denied my prior requests for information under FOIA on the application for ██████-4425, citing privacy, I requested limited information for this number, such as sex of the applicant and zip code from where the application was sent and where the social security card was sent . This information will not specifically identify the  owner of the number, but would help expose an illegal user of the number. Affidavit of the senior deportation officer Sampson attest to the fact, that such techniques are routinely used by the governmental agencies in order to expose illegal use of SS numbers. It is mind boggling, that while such limited information is provided routinely, it was not provided to me, even though it is of critical importance for national security.

Continued refusal to provide requested information can be viewed as an attempt by an employee of the Social Security Administration to aid and abet in perpetration of the Social Security fraud and elections fraud.

Due to the fact that this issue is of paramount importance for the national security, I demand priority expedient handling of this administrative appeal and I demand a response within 20 days.

Sincerely


Dr. Orly Taitz, ESQ


CC Public Integrity Section

Department of Justice

950 Pennsylvania Ave, NW

Washington DC 20530-0001


Office of the United Nations High Commissioner for Human Rights (OHCHR)

Special Rapporteur on the Situation of Human Rights Defenders

The Honorable Mrs. Margaret Sekaggya

Palais des Nations

CH-1211 Geneva 10, Switzerland

International Criminal bar Hague

United Nations Commission for

Civil Rights Defenders

Orsolya Toth (Ms)

Human Rights Officer

Civil and Political Rights Section

Special Procedures Division

Office of the High Commissioner for Human Rights

tel: + 41 22 917 91 51

email: ototh@ohchr.org

# DR. ORLY TAITZ, ESQ

## PRESIDENT

## DEFEND OUR FREEDOMS FOUNDATION

## 29839 SANTA MARGARITA PKWY, STE 100

## RANCHO SANTA MARGARITA CA 92688

10.03.10

Ms Dawn Wiggins

Social Security Administration

OEO FOIA Workgroup

300 N. Green Street

P.O. Box 33022

Baltimore, MD 21290-3022

Dear Ms. Higgins,

I am requesting US Code 5 §552 FOIA disclosure of the following information in regards to a number of matters where the disclosure of information under US code 5 §552 FOIA is essential in the interest of US National Security and preservation of the 14 th amendment Equal Protections rights of the U.S. Citizens. A copy of this letter is being forwarded to the 36,000 outlets of U.S. and International media, Inspector General of the Department of Justice and Public Integrity Unit,

Requested information is as follows:

1. Official SS- 5 Social security application for Stanley Ann Dunham, mother of Barack Obama,(Exhibit 1)  show it to be filled out in 1959, however on the bottom of the card, the revision  7/65. What does 7/65 mean? Does it mean Revision date 7/1965?

2.  What are the dates for the social security form SS-5 revisions?

3. Previously I requested release of Social Security number application ███████-4425, issued  in the state of CT in and around 1977 to an elderly  individual born in 1890 and later assumed by Barack Obama. SSA refused to provide the application. Due to the fact that the full application was denied, I am requesting only partial information:

a. zip code to which the original card was mailed

b. gender of the applicant

c. date of the application

Please, see attached a sworn affidavit from a recently retired senior deportation officer of the department of Homeland Security John Sampson, attesting to the fact that it is a common practice to release partial SS-5 application. (Exhibit 2)

4. Research of the National databases shows that there were several individuals born between 1890-1896, who obtained Social security cards shortly before passing away, possibly for the purpose of receipt of the Medicare benefits. I am requesting a certified photocopy of the original applications for ss-5 for these individuals, as they are deceased and privacy concerns would not apply in regards to deceased individuals. Please see an enclosed check for the $27 fee per copy, made payable to the Social Security Administration, attached to the request

Bossing Margaret

-4437

Birth 07 January, 1896

Death November 1982

SS card issued around 1977



DEMO, ANTOINETTE

Born 30 May 1890

Died Apr 1979   8806810 (Danbury, Fairfield, CT)(none specified)

Connecticut ████9248

Social security card issued between 1977-1979

5. If another individual assisted those elderly in filling out such SS application, I am requesting information on the name of the individual, who assisted the applicants as well as the official, who processed them.

6. Please, see attached sworn affidavit of a licensed investigator, certified by the department of the Homeland Security, Susan Daniels. It states the in the national databases name Barack Obama is linked to other social security numbers, among them ▮▮▮-5154

This number was actually assigned to    Lucille T Ballantyne

born 12.22.1912

died  09.13.98

The son of Ms. Ballantyne, Harry C. Ballantyne was the Actuary of the Social security administration with an access to all social security records and death indexes. As any change in the social security records is supposed to leave a paper trail and electronic trail, showing the access code of the employee, who effectuated the change, please advice, if the paper trail and/or electronic trail of such records shows  Mr. Harry C. Ballantyne, Actuary of the Social Security Administration, making any changes or alterations and/or additions to Social Security records ▮▮▮5154 and/or ▮▮▮-4425, ▮▮▮-4426, and/or ▮▮▮ 4427 or any other records, contained in the Affidavits of the investigators Sankey(Exhibit 4), Daniels(exhibit 3) and Sampson (Exhibit 1).

As breach of the integrity of the Social Security administration represents the matter of National security and the time is of the essence, I request a response to this request within 20 days,

Sincerely,

Dr. Orly Taitz ESQ.- President of

Defend our Freedoms Foundation

29839 Santa Margarita Pkwy, ste 100

Rancho Santa Margarita Ca 92688


Public Integrity Section

Department of Justice

950 Pennsylvania Ave, NW

Washington DC 20530-0001


Office of the United Nations High Commissioner for Human Rights (OHCHR)

Special Rapporteur on the Situation of Human Rights Defenders

The Honorable Mrs. Margaret Sekaggya

Palais des Nations

CH-1211 Geneva 10, Switzerland

International Criminal bar Hague


United Nations Commission for

Civil Rights Defenders

Orsolya Toth (Ms)

Human Rights Officer

Civil and Political Rights Section

Special Procedures Division

Office of the High Commissioner for Human Rights

tel: + 41 22 917 91 51

email: ototh@ohchr.org

Dear Orly,

I have mailed a FOIA appeal regarding the "computer printout" for Thomas Wood, as follows:

Date:  December 27, 2010

Executive Director for the Office of Public Disclosure

Social Security Administration

6401 Security Blvd.

Baltimore, MD  21235

REQUEST REVIEW OF FOIA DECISION

   RE: THOMAS WOOD, SSN ███████-4424, SS-5 ORIGINAL APPLICATION REQUEST

Dear Sir,

I disagree with the decision made by Dawn Wiggins, Freedom of Information
Officer, *Social Security Administration, who responded to my Oct 19, 2010*
request for "a photocopy of the actual application for a Social Security card (Form
SS-5)" for Thomas Wood, (SSN ███████4424, deceased July 1981), by mailing me a
computer printout that is so poorly reproduced as to be unreadable, (copy
attached) and which she refers to as "the original application for a Social Security

number for the above individual, as requested". I am attaching a copy of Ms. Wiggins' Nov 30, 2010 letter to me.

I paid $27.00 by check #3079, posted to my bank account on Dec 20, 2010 for the *original SS-5 form, not for this unreadable printout which does not contain the* applicant's signature, nor date of signing. The document that I received is most definitely not an "original SS-5 application form".

In addition, Ms. Wiggins stated "We have deleted the names of the parents, however, as they may still be living."

I wish to point out the INCONSISTENCY of Ms. Wiggins' policy of deleting the parents' names in her Nov 30, 2010 letter compared to her lack of that policy to delete the parents' names in her March 29, 2010 letter to me in which she enclosed a Numident Printout for a deceased individual which plainly shows the mother and father's names even though they are still living. I am attaching that Numident Printout and Ms. Wiggins' March 29, 2010 letter to illustrate the inconsistency between her response to me in March 2010 and her response to me on Nov 30, 2010.

However, I will concede to the redaction of *Thomas Wood's* mother and father's names, and again make my request for Thomas Wood's original SS-5 Social Security Number application form.

Please honor my request and mail the original SS-5 form to:

Paula Hoehn

Sincerely,

Paula Hoehn

---

Update on other SS-5 requests:

P. Grazia, SSN ████-4429, FOIA request made 10-19-10, check for fee posted to my bank 12-20-10, but no reply from FOIA yet.

Antoinette Demo, SSN ████-9248 - Rec'd letter from Mona Finch-FOIA, dated 11/22/10 that my request will be processed as soon as possible.

Lucille Ballantyne, SSN ████-5154 - Rec'd letter from Mona Finch-FOIA dated 11/22/10 that my request will be processed as soon as possible.

Paula Hoehn

**Dr. Orly Taitz, Esq**
**29839 Santa Margarita Parkway, STE 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
E-Mail: dr_taitz@yahoo.com


UNITED STTES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


| | | |
|---|---|---|
| Dr. Orly Taitz, Esquire, Pro Se, | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | Civil Action: |
| v. | ) | |
| | ) | |
| Barrack Hussein Obama, | ) | |
| Defendant | ) | |


### Affidavit of John N. Sampson

1.      My name is John N. Sampson. I am over 18 years of age, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2.      I am a citizen of the United States of America, I am 58 years old, and was born in Jackson Heights, Queens, New York and raised in the State of New York.

3.      I am the Chief Executive Officer, Owner, and Operator, of CSI Consulting and Investigations LLC, a consulting and private investigative firm registered with the Secretary of State of Colorado as a Limited Liability Company pursuant to the laws of the State of Colorado. The company was formed in the State of Colorado on January 2, 2009 and is in good standing with the Secretary of State of Colorado. Colorado does not have any licensing requirements or provisions for private investigators.

4.      I have personal knowledge of all of the facts and circumstances described herein below and will testify in open court to all of the same.

5.      On, or about, November 16, 2009, Orly Taitz, the attorney who is prosecuting the above captioned matter, requested that I access LocatePlus, a commercial database that I subscribe to,

which is located in the State of Massachusetts, and with whom I have a user agreement, and requested that I obtain any and all legally available information relating to U.S. Social Security number ████4425.

6.      On, or about, November 16, 2009, pursuant to the aforementioned request by Orly Taitz, I requested from LocatePlus, any and all legally obtainable information relating to SSN ████ 4425.

7.      As a result of this inquiry, I came to learn that Plaintiff Barrack Hussein Obama, has used this Social Security number since at least from June 1, 1986 to present. A detailed report was generated showing family relationships, past residence history, real property owned by Mr. Obama, and other detailed information to include, but not limited to, driver's license information, telephone numbers associated with Mr. Obama, and people possibly related to Mr. Obama.

8.      This information was obtained pursuant to a legitimate and permissible search under the user agreement I have with LocatePlus. This request was made in connection with a pending civil action, which is one of the expressed permissible purposes to conduct such an inquiry through LocatePlus, as well as a possible criminal violation of United States law, and possible fraud.

9.      As a result of this search and the results that were obtained, on or about November 17, 2009, I accessed a public access database named "SSN Validator" at http://www.ssnvalidator.com/. The information this site provided me was that SSN ████4425 was issued by the Social Security Administration based upon an application filed for a Social Security Number in the State of Connecticut between the years 1976 and 1977.

10.     Based upon information and belief, Plaintiff Barrack Hussein Obama has never had a direct connection with the State of Connecticut and has never claimed residency in the State of Connecticut.

11.     I am a recently retired Senior Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (DHS ICE) having retired on August 30, 2008.

12.     As a result of my formal training as an immigration officer, conducted at the Federal Law Enforcement Training Center (FLETC), located in Brunswick, Georgia, and advanced training received at FLETC in Artesia, New Mexico and elsewhere during my 27 year career, as well as my professional experience spanning 27 years of federal law enforcement, it is my knowledge and belief that Social Security Numbers can only be applied for in the State in which the applicant habitually resides and has their official residence.

13.     During the period between January 1, 1976 and December 31, 1977 inclusive, it is my knowledge and belief that Barrack Hussein Obama habitually resided solely within the State of Hawaii and was between the ages of 14 and 16 during the time period stated above. During that period of time, based upon information and belief, Mr. Obama resided with his maternal grandparents, Madelyn and Stanley Dunham in the State of Hawaii.

14.     On or about February 2, 2010, I received an email from a person identifying himself as "Jim Russo". Operations Manager for LocatePlus, 100 Cummings Center, Suite 235M, Beverly, MA, 01915, requesting that I contact him regarding my account.

15.     On or about February 3, 2010, I telephoned Mr. Russo at 978-921-2727, extension 319 and inquired as to why he wished to discuss my account. At that time, Mr. Russo stated that LocatePlus had noticed I had conducted what he called a "celebrity political figure" inquiry and wanted to know why I had done so and which permissible reason pursuant to the user agreement I was under with LocatePlus pertained to my making my inquiry.

16.     I told Mr. Russo that I was a private investigator in the State of Colorado, that I had been tasked by Dr. Orly Taitz, an attorney in California who was prosecuting a civil suit involving Mr. Obama and that I had emails and other documentation that I could send him verifying that fact. Mr. Russo stated that he would appreciate it if I would send that information to him which I did on or about February 3, 2010. He assured me at that time that if I were to provide this information to him it would resolve any "issues" LocatePlus may have regarding my inquiry into a "political celebrity".

17.     In the email I sent to Mr. Russo, I offered to have Dr. Taitz send him an email as well confirming the fact that I had been tasked by her to conduct this inquiry pursuant to a pending civil suit in the United States District Court for the Central District of California. He stated that he would like to receive such an email.

18.     On or about February 4, 2010, Dr. Orly Taitz, at my request, sent Mr. Russo an email indicating that she had requested me, in connection with the pending civil suit in California against Mr. Obama, to conduct research through the commercial databases I habitually use as a private investigator, related to SSN█████-4425.

19.     Numerous emails have been exchanged between me and Mr. Russo due to the fact that as of February 2, 2010, my account with LocatePlus has been frozen and I can no longer access this database despite the fact that I responded to their inquiries and have provided evidence to them indicating that I had followed the user agreement we have entered into. I have repeatedly asked that my account be unlocked, unfrozen, and made available to me.

20.     Despite all of this, as of March 8, 2010, my account remains frozen and I am unable to conduct legitimate, legal database searches in connection with my business. As a result, I am being financially harmed, unable to conduct legal, lawful, legitimate investigations pursuant to law, and unable to provide to my clients, the services they have contracted with me to provide, thereby subjecting me to possible civil litigation for failing to provide contracted services.

21.     Based upon information and belief, misuse of a Social Security number is a direct violation of Title 42 United States Code, Section 408(a)(7)(B), which is a federal felony punishable under Title 18 United States Code by fine or imprisonment of up to five years, or both.

22.    I swear under the penalties of perjury that all the facts stated and circumstances described above are true and correct to the best of my knowledge and belief.

23.    I have not been compensated for making this affidavit.

Further, Affiant sayeth not.

Signed and executed in Aurora, Colorado on this 8 day of March, 2010.

By: _____
                John N. Sampson

**Dr. Orly Taitz, Esq.**
**29839 Santa Margarita Parkway, STE 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
E-Mail: dr_taitz@yahoo.com

UNITED STTES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Dr. Orly Taitz, Esquire, Pro Se, | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | Civil Action: |
| v. | ) | |
| | ) | |
| Barrack Hussein Obama, | ) | |
| Defendant | ) | |

### Affidavit of John N. Sampson

1.      My name is John N. Sampson. I am over 18 years of age, am of sound mind and free of
any mental disease or psychological impairment of any kind or condition.

2.      I am a citizen of the United States of America. I am 59 years old, and was born in
Jackson Heights, Queens, New York and raised in the State of New York.

3.      I am the Chief Executive Officer, Owner, and Operator, of CSI Consulting and
Investigations LLC, a consulting and private investigative firm registered with the Secretary of
State of Colorado as a Limited Liability Company pursuant to the laws of the State of Colorado.
The company was formed in the State of Colorado on January 2, 2009 and is in good standing
with the Secretary of State of Colorado. Colorado does not have any licensing requirements or
provisions for private investigators.

4.      I am a retired Senior Deportation Officer of the United States Department of Homeland
Security, Immigration and Customs Enforcement (ICE), having retired after 25 plus years of
credible federal service, on August 30, 2008. (See Exhibit "A", attached)

1

5.      As a result of my former employment, and in furtherance of my current employment, I have appeared as an expert witness in numerous courts throughout the United States, having been admitted as an expert witness in the areas of immigration law, immigration enforcement, immigration fraud, immigration marriage fraud, visa fraud, Violence Against Women Act fraud, and as a forensic document analyst. The States in which I've testified as an expert witness include Colorado, New York, Arizona, Florida, Nebraska. I have also been endorsed as an expert witness relating to the aforementioned areas in California, Massachusetts, and Florida.

6.      I have personal knowledge of all of the facts and circumstances described herein below and will testify in open court to all of the same.

7.      From my personal experience having dealt with the verification of social security numbers being used by illegal aliens in violation of law, when there is a need for verification of the legitimacy of a Social Security number, certain information can be, and is routinely, obtained from the Social Security administration on questionable social security numbers that is permitted to be released under the Privacy Act. This information is of non identifying nature and includes, but is not limited to:

        a.      The exact date that the social security number in question was issued;

        b.      The zip code to which the Social Security number card was mailed to;

        c.      The age of the applicant at the time they applied for the Social Security number in question.

        d.      The gender of the applicant who applied for the Social Security number in question.

8.      While this information does not provide the identity of the account holder which is Privacy Act protected, it is beneficial in determining if a suspect social security number is being used fraudulently or being misused by someone other than the rightful account holder without violating the provisions of the Privacy Act. If the Social Security Administration should refuse to provide the requested information, a court order directing the release of the aforementioned non identifying information would be useful and beneficial in determining if a particular social security number was being misused in violation of Title 42 United States Code, Section 408(a)(7)(B), a felony cognizable under the laws of the United States.

9.      I swear under the penalties of perjury that all the facts stated and circumstances described above are true and correct to the best of my knowledge and belief

10.     I have not been compensated for making this affidavit.

Further, Affiant sayeth not.

Signed and executed in Strasburg, Colorado on this 23 rd day of September, 2010.

2

*Office of Detention and Removal Operations*

**U.S. Department of Homeland Security**
425 I Street, NW
Washington, DC  20536



**U.S. Immigration
and Customs
Enforcement**

AUG 22

Mr. John Sampson
Office of Detention and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
Denver Field Office
4730 Paris Street
Denver, CO  80239

Dear Mr. Sampson:

On the occasion of your retirement after more than 25 years of service, I would like to take this
opportunity to express my sincerest appreciation and best wishes.

In the course of your dedicated service to the Immigration and Naturalization Service
and your time with the Department of Homeland Security, U.S. Immigration and Customs
Enforcement, we have seen many changes and accomplishments and you have contributed
significantly to those.  Your expertise and professionalism were displayed in all aspects of your
work.

You have distinguished yourself through the years and you should feel proud of your lasting
accomplishments.  Your knowledge and dedication will be greatly missed, but know that the
program and agency have benefited greatly because of your work and numerous contributions.

On behalf of the Office of Detention and Removal Operations, I extend our most sincere
appreciation.  We wish you all the best in your future endeavors and much happiness for you and
your family.

Sincerely,

James T. Hayes, Jr.
Acting Director

www.ice.gov

By: _____
John N. Sampson

Signed and subscribed to this ___23rd___ day of September, 2010 in Strasburg, Adams County, State of Colorado.

_____
Notary Public  Adams County, Colorado

My commission expires 1-11-11

3