

# SOCIAL SECURITY

Refer to:
S9H: AF3216                                              March 2, 2011

Dr. Orly Taitz, Esq.
Defend Our Freedoms Foundation
29839 Santa Margarita Parkway
Suite 100
Rancho Santa Margarita, CA  92688

Dear Dr. Orly Taitz, Esq.:

This is in response to your October 4, 2010 Freedom of Information Act (FOIA) request for the following items:

1. Blank Form SS-5s for 1958, 1959, 1976, and 1977;
2. Zip Code, gender, and date of application for ▇▇▇▇4425
3. Form SS-5 for Margaret Bossing;
4. Form SS-5 for Antoinette Demo;
5. Form SS-5 for Lillian Appleby;
6. The names of the persons who assisted the applicants, as well as the official who processed the Form SS-5s; and
7. Written confirmation concerning whether Social Security Administration records show that Harry C. Ballantyne or any other person made changes, alterations, additions, or amendments to records pertaining to Social Security numbers ▇▇▇▇5154, ▇▇▇▇4425, ▇▇▇▇4426, or ▇▇▇▇4427.

In addition to the above items, you asked the following questions:

8. The dates for the Form SS-5 revisions;
9. How Stanley Ann Dunham could fill out a Form SS-5 in 1959 that did not exist until 1965; and
10. An explanation of the anomalies and discrepancies in Stanley Ann Dunham's and Shirley Dunham's records.

We have in our possession four pages of information responsive to your request, which we can release to you. We have enclosed the Form SS-5s for Margaret Bossing (item 3), Antoinette Demo (item 4), and Lillian Appleby (item 5).

Page 2 – Dr. Orly Taitz, Esq.

In response to item 1, we have enclosed a blank copy of Form SS-5 from 1976. We were unable to locate copies of the Form SS-5 for 1958, 1959, and 1977.

In response to the information you requested in item 2, the Privacy Act of 1974 (5 U.S.C. § 552a) protects personal information about the Social Security number (SSN) holder maintained in a Privacy Act system of records. We can comply with your request for disclosure if we have the person's consent or if the FOIA requires disclosure. In this case, we do not have the person's consent. The FOIA does not require release of records if disclosure would constitute an unwarranted invasion of personal privacy. See 5 U.S.C. § 552(b)(6).

In determining whether Exemption 6 of the FOIA applies here, we must balance the public interest in disclosure against the privacy interest of the person whose records you are requesting. The Supreme Court set out certain guiding principles for such determinations in Department of Justice v. Reporters Committee for Freedom of the Press, 489 U.S. 749 (1989).

According to this Supreme Court case, the only public interest that agencies should consider is whether disclosure of the records would shed light on the way an agency performs its statutory duties. We may not consider the identity of the requester, but instead, we must consider the nature of the requested records. While we acknowledge the public interest in knowing how we administer the Social Security Act, we find that disclosure of records containing personal information about the SSN holder would not shed light on how we perform our statutory duties.

You have not identified any public interest that justifies disclosing the requested information. Furthermore, you could use the requested information to identify the SSN holder with reasonable certainty. Therefore, disclosure of such personal information would be a clearly unwarranted invasion of personal privacy, and the FOIA exempts such records from disclosure.

We do not maintain the information you requested in items 6 and 7. We do not maintain information on the names of the persons who may assist applicants or the names of employees who process the Form SS-5. In addition, we do not maintain information on the names of employees making any changes, alterations, additions, or amendments to Social Security records.

Items 8, 9, and 10 of your request were questions rather than requests for documents. The FOIA is a statute that provides access to Federal government agencies' existing documents and records. Although the FOIA provides access, it does not require agencies to answer questions or do research in order to respond. See Zemansky v. United States E.P.A., 767 F. 2 569 (1985) and Poll v. Office of Special Counsel, 208 F. 3d 226, n.2 (10th Cir. 1999).

Page 3 – Dr. Orly Taitz, Esq.

Thank you for your payment to cover the cost of searching our records.

If you disagree with this decision, you may request a review. Mail your appeal within 30 days after you receive this letter to the Executive Director for the Office of Privacy and Disclosure, Social Security Administration, 6401 Security Boulevard, Baltimore, Maryland 21235. Mark the envelope "Freedom of Information Appeal."

Sincerely,

Dawn S. Wiggins
Freedom of Information Officer

Enclosures

# MARGARET A BOSSING CLAIM NUMBER ███-10-36-0 DOB 01-07-96 PC 1 DOC A91 B252

DO NOT WRITE IN THE ABOVE SPACE

| # | Field | Value |
|---|---|---|
| 1 | FULL NAME OF PERSON SHOWN ABOVE (First name) | MARGARET A. Gottscham BOSSING (Last name) |
| 2 | FULL NAME AT BIRTH IF OTHER THAN ABOVE | MARGARET A. Gottscham |
| 3 | PLACE OF BIRTH (City) | DRESDEN — GERMANY (State) |
| 4 | MOTHER'S FULL NAME AT HER BIRTH | MARIE AUGUSTE BECKERT |
| 5 | FATHER'S FULL NAME | FERDINAND Gottscham |
| 6 | PERSON'S SEX | FEMALE ☒ MALE ☐ |
| 7 | PERSON'S COLOR OR RACE | WHITE ☒ NEGRO ☐ OTHER ☐ |
| 8 | PERSON'S DATE OF BIRTH | JAN 7 1896 |
| 9 | PERSON'S PRESENT AGE | 81 |
| 10 | HAS THE PERSON EVER BEFORE APPLIED FOR OR HAD A SOCIAL SECURITY NUMBER | NO ☒  YES ☐ |
| 11 | TODAY'S DATE | FEB 14 1977 |
| 12 | TELEPHONE NUMBER | 847-8598 |
| 13 | SIGNATURE | Margaret A. Bossing |

NOTICE: Whoever, with intent to falsify his or someone else's true identity, willfully furnishes or causes to be furnished false information in applying for a social security number, is subject to a fine of not more than $1,000 or imprisonment for up to 1 year, or both.

MARGARET A BOSSING
NORWALK CT 06851

LOWER ROCK LA

FORM SSA-5S30 (2-72)

7 0 5 4 2 3 6 9 0



ANTOINETTE DEMO
CLAIM NUMBER -2152 D  DOB 05-30-90  PC 1  DOC 090  D500

1. ANTOINETTE
2. ANTOINETTE BUGLISSA
3. — ITALY
4. JULIA LAO BUGLISSA
5. DOMINIC BUGLISSA
6. 5-30-1890
7. 86
8. F
9. W
10. YES
11. 3/5/77
12. 7437388
13. Julius F Demo Sen-Cond

JULIUS F DEMO CONS FOR ANTOINETTE DEMO
38 APPLE BLOSSOM LN
DANBURY CT 06810

**LILLIAN APPLEBY**
**CLAIM NUMBER** -3039 D   **DOB** 08-18-90   PC 1   DOC A91   A141

FORM SSA-9638 (2-73)

| # | Field | Value |
|---|---|---|
| 1 | Person's Name Shown Above (First Name) | LILLIAN |
| | (Middle Name or Initial) | ELIZABETH |
| | (Last Name) | APPLEBY |
| 2 | Person's Full Name at Birth | LILLIAN ELIZABETH CONNERS |
| 3 | Person's Place of Birth (City) | NEW YORK CITY |
| | (County, if known) | — |
| | (State) | NEW YORK |
| 4 | Name of Person's Mother at Her Birth | MARY O'CONNER |
| 5 | Name of Person's Father | JOSEPH CONNERS |
| 6 | Person's Date of Birth (Month/Day/Year) | 08/18/1890 |
| 7 | Person's Present Age | 86 |
| 8 | Person's Sex | FEMALE |
| 9 | Person's Color or Race | WHITE |
| 10 | Has this person ever before applied for or had a social security number? | NO |
| 11 | Today's Date | — |
| 12 | Telephone Number | 762-5824 |
| 13 | Signature | Lillian E. Appleby — Sarah A. Bent, DAUGHTER |

Mailing Address:
LILLIAN APPLEBY
9 TWIN OAK LANE
WILTON CT 06897

NOTICE — Whoever, with intent to falsify his or someone else's true identity, willfully furnishes or causes to be furnished false information in applying for a social security number, is subject to a fine of not more than $1,000 or imprisonment for up to 1 year, or both.

ID: CN: DO:

DO NOT WRITE IN THE ABOVE SPACE

# APPLICATION FOR A SOCIAL SECURITY NUMBER

See Instructions on Back. Print in Black or Dark Blue Ink or Use Typewriter.

Form Approved, OMB No. 72-R0571 No social security number may be issued unless this form is completed (26 CFR, Part 31.6011(b)-2)

1 Print FULL NAME YOU WILL USE IN WORK OR BUSINESS — (First Name) (Middle Name or Initial—if none, draw line ——) (Last Name)

2 Print FULL NAME GIVEN YOU AT BIRTH

6 YOUR DATE OF BIRTH (Month) (Day) (Year)

3 PLACE OF BIRTH (City) (County if known) (State)

7 YOUR PRESENT AGE (Age on last birthday)

4 MOTHER'S FULL NAME AT HER BIRTH (Her maiden name)

8 YOUR SEX ☐ MALE ☐ FEMALE

5 FATHER'S FULL NAME (Regardless of whether living or dead)

9 YOUR COLOR OR RACE ☐ WHITE ☐ NEGRO ☐ OTHER

10 HAVE YOU EVER BEFORE APPLIED FOR OR HAD A UNITED STATES SOCIAL SECURITY, RAILROAD, OR TAX ACCOUNT NUMBER? ☐ NO ☐ DON'T KNOW ☐ YES → (If "Yes" Print State in which you applied and Date you applied and Social Security Number if known)

11 YOUR MAILING ADDRESS (Number and Street, Apt. No., P.O. Box, or Rural Route) (City) (State) (Zip Code)

12 TODAY'S DATE

NOTICE: Whoever, with intent to falsify his or someone else's true identity, willfully furnishes or causes to be furnished false information in applying for a social security number, is subject to a fine of not more than $1,000 or imprisonment for up to 1 year, or both.

13 TELEPHONE NUMBER

14 Sign YOUR NAME HERE (Do Not Print)

DHEW, Social Security Administration
Form SS-5 (1-76)

☐ RESCREEN ☐ ASSIGN ☐ DUP ISSUED

Return completed application to nearest SOCIAL SECURITY ADMINISTRATION OFFICE

**Information Furnished On This Form Is CONFIDENTIAL**

**INSTRUCTIONS**

**One Number Is All You Ever Need For Social Security And Tax Purposes**
**Special Attention Should Be Given To Items Listed Below**

Fill in this form completely and correctly. If any information is not known and is unavailable, write "unknown." Use typewriter or print legibly in dark ink.

1 Your social security card will be typed with the name you show in item 1. However, if you want to use the name shown in item 2, attach a signed request to this form.

3 If not born in the USA, enter the name of the country in which you were born.

5 If a stepfather, adopting father, or foster father is shown, include the relationship after name; for example, "John H. Jones, stepfather."

10 If you have ever before filled out an application like this for a social security, railroad, or tax number, check "yes" even if you never received your card. If you check "yes," give the name of the State and the approximate date on which you applied. Also enter your social security number if you did receive the card and remember the number. You may find your number on an old tax return, payroll slip, or wage statement.

11 If you get your mail in the country, without a street address, show your R.D. Route, and Box number; if at the post office, show your P.O. Box No.; if there is no such way of showing your mail address, show the town or post office name. If mail under your name is not normally received at the address which you show, use an "in care of" address.

14 Sign your name as usually written. Do not print unless this is your usual signature. (If unable to write, make a mark witnessed by two persons who can write. The witnesses preferably should be persons who work with the applicant and both must sign this application. A parent, guardian, or custodian who completes this form on behalf of another person should sign his own name followed by his title or relationship to the applicant; for example, "John Smith, father.")

FOR DISTRICT OFFICE USE

FOR BUREAU OF DATA PROCESSING