

# SOCIAL SECURITY

June 27, 2011

Dr. Orly Taitz, Esq.
Defend Our Freedoms Foundation
29839 Santa Margarita Parkway
Suite 100
Rancho Santa Margarita, CA  92688

Dear Dr. Taitz:

This is in response to your Freedom of Information Act (FOIA) request dated October 4, 2010, in which you requested the dates for the Form SS-5 revisions.

Although we previously responded that FOIA does not require agencies to answer questions or do research in order to respond, we created a document in response to your FOIA request that provides the information you requested.  I have enclosed the document showing dates for the Form SS-5 revisions.  In addition, we are providing another copy of Stanley Ann Dunham's SS-5, which shows a clearer revision date.

We hope you find this information useful.

Sincerely,

Dawn S. Wiggins
Freedom of Information Officer

Enclosures

Versions of Form SS-5

| | |
|---|---|
| 1 | 1936: First version |
| 2 | 9/42 |
| 3 | 7/56 |
| 4 | 7/69 |
| 5 | 10/69 |
| 6 | 2/73 |
| 7 | 7/74 |
| 8 | 9/75 |
| 9 | 1/76 |
| 10 | 11/77 |
| 11 | 2/78 |
| 12 | 5/78 |
| 13 | 8/78 |
| 14 | 11/78 |
| 15 | 8/79 |
| 16 | 9/79 |
| 17 | 10/80 |
| 18 | 2/81 |
| 19 | 10/81 |
| 20 | 7/82 |
| 21 | 11/82 |
| 22 | 1/83 |
| 23 | 8/83 |
| 24 | 1/84 |
| 25 | 5/84 |
| 26 | 8/84 |
| 27 | 1/85 |
| 28 | 8/85 |
| 29 | 10/86 |
| 30 | 11/86 |
| 31 | 2/87 |
| 32 | 2/88 |
| 33 | 3/88 |
| 34 | 5/88 |
| 35 | 9/89 |
| 36 | 2/98 |
| 37 | 3/2001 |
| 38 | 11/2002 |
| 39 | 9/2003 |
| 40 | 10/2003 |
| 41 | 12/2005 |
| 42 | 5/2006 |
| 43 | 8/2009 |

**APPLICATION FOR SOCIAL SECURITY ACCOUNT NUMBER**

REQUIRED UNDER THE FEDERAL INSURANCE CONTRIBUTIONS ACT

RETURN COMPLETED APPLICATION TO NEAREST SOCIAL SECURITY ADMINISTRATION DISTRICT OFFICE

READ INSTRUCTIONS ON BACK BEFORE FILLING IN FORM

[ ]-8522

DO NOT WRITE IN THE ABOVE SPACE

FILL IN EACH ITEM — PRINT IN INK OR BY TYPEWRITER FOR ALL ITEMS EXCEPT SIGNATURE. IF THE INFORMATION CALLED FOR IN ANY ITEM IS NOT KNOWN, PRINT "UNKNOWN"

1. PRINT FULL NAME YOU WILL USE IN YOUR WORK — (FIRST NAME) (MIDDLE NAME. IF YOU USE NO MIDDLE NAME OR INITIAL DRAW A LINE —) (LAST NAME)
   STANLEY  ANN  DUNHAM

2. PRINT FULL NAME GIVEN YOU AT BIRTH: STANLEY ANN DUNHAM

3. MAILING ADDRESS (NO. AND ST., P.O. BOX OR RFD) (CITY, ZONE) (STATE)
   3206 E. LEXINGTON MERCER IS., WASH.

4. DATE OF BIRTH (MONTH) (DAY) (YEAR)  NOVEMBER 29, 1942

5. PLACE OF BIRTH (CITY) WICHITA  (COUNTY)  (STATE) KANSAS

6. AGE AT LAST BIRTHDAY  16

7. SEX  MALE [ ]  FEMALE [X]

8. MOTHER'S FULL NAME BEFORE HER MARRIAGE, REGARDLESS OF WHETHER LIVING OR DEAD
   MADELYN LEE PAYNE

9. COLOR  WHITE [X]  NEGRO [ ]  OTHER [ ]

10. FATHER'S FULL NAME, REGARDLESS OF WHETHER LIVING OR DEAD
    STANLEY ARMOUR DUNHAM

11. HAVE YOU EVER BEFORE APPLIED FOR OR HAD A SOCIAL SECURITY OR RAILROAD RETIREMENT NUMBER?
    YES [ ]  NO [X]  DON'T KNOW [ ]
    IF ANSWER IS "YES", PRINT THE STATE IN WHICH YOU FIRST APPLIED AND WHEN
    ALSO PRINT YOUR ACCOUNT NUMBER IF YOU KNOW IT

12. PRESENT STATE OF EMPLOYMENT: IF EMPLOYED ARE YOU SELF EMPLOYED [ ] unemployed

13. BUSINESS NAME OF EMPLOYER

14. EMPLOYER'S ADDRESS (NO. AND STREET) (CITY) (ZONE) (STATE)

15. WRITE YOUR NAME AS USUALLY WRITTEN (DO NOT PRINT)
    Stanley Ann Dunham

16. TODAY'S DATE  May 22, 1959

DO NOT WRITE IN THIS SPACE  050949

ACCOUNT NUMBER

Stanley Ann Dunham

TREASURY DEPARTMENT INTERNAL REVENUE SERVICE (Revised 7-56)