**DR. ORLY TAITZ, ESQ**
**ATTORNEY PRO SE**
**29839 SANTA MARGARITA PARKWAY, STE 100**
**RANCHO SANTA MARGARITA CA 92688**
**TEL: (949) 683-5411; FAX (949) 766-7603**
**E-MAIL: ORLY.TAITZ@GMAIL.COM**

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. ORLY TAITZ, ESQ, PRO SE<br>Plaintiff,<br><br>v.<br><br>MICHAEL ASTRUE, Commissioner of the<br>Social Security Administration,<br><br><br><br>Respondent | § Freedom of information violation<br>§     5USC §552<br>§       CASE # 1:11-cv-00402<br>§     Assigned to Chief Judge<br>§<br>§   Hon. Royce C. Lamberth<br>§ Designation: FOIA/Privacy Act<br>§ **PLAINTIFF'S MOTION   TO**<br>§ **COMPEL  SUBPOENA**<br>§<br>§  no oral argument requested |

Plaintiff Dr. Orly Taitz, ESQ moves this court for an order compelling compliance with a subpoena, forwarded to Ms. Loretta Fuddy, director of Health in the state of Hawaii, which  would aid in resolution of the case at hand.

Plaintiff asks the court to rule on this motion based on the memorandum of points and authorities attached herein and oral argument, if the court deems oral argument to be necessary.

### MEMORANDUM OF POINTS AND AUTHORITIES

The case at hand revolves around a 5USC§552 FOIA request for the original SS-5 application for CT SSN 042-68-xxxx, that Mr. Barack Obama is fraudulently using. According to his selective service certificate Mr. Obama is using this social security number,(Exhibit 1) however Social security administration states, that this number was never issued(Exhibit 2). Typically, individuals, who do not have valid

Taitz v Astrue Motion to Compel Subpoena

RECEIVED
Mail Room

JUL - 8 2011

Angela D. Caesar, Clerk of Court

birth certificates resort to using invalid social security numbers, therefore the birth certificate is at issue. After nearly three years of stonewalling and under the pressure of sagging approval rating and rising doubt about his legitimacy to the U.S. presidency,   Mr. Obama released, what he claims to be, his original long form birth certificate. Multiple experts provided affidavits, stating that the document released by Mr. Obama and posted on White House.gov  represents a forgery.  (Exhibits 3, 4, 5). Plaintiff filed multiple requests for access to the original birth certificate, which is supposed to be on file with the department of health in Hawaii. Plaintiff received a response from the registrar of the department of health in Hawaii, Mr. Alvin Onaka, stating that he and Ms. Loretta Fuddy, Director of Health, will not provide access to the original, due to considerations of privacy. Plaintiff filed an appeal, stating, that there cannot be a consideration of privacy, as Mr. Obama already released the document in question, and it is available to the public at large on the web site  WhiteHouse.gov. There is no genuine issue of privacy, as all the information in the document in question is public, but there is an issue of forgery, as multiple expert testimonies show the document to be forged.   Plaintiff did not get any response to her request for administrative appeal.

Plaintiff filed a rule 45 subpoena with the director of Health of the state of Hawaii, seeking access to the original document. Plaintiff received a response from the office of the Attorney General of Hawaii. June 13, 2011 response from the office of Attorney General of Hawaii (Exhibit 6), representing the director of Health, stated, that according to rule HRS §338-18 inspection of public health statistics records is allowed only in a number instances, among them §338-18(b)(9) "A person whose right to inspect or obtain a certified copy of the record is established by an order of a court of competent jurisdiction."

As such Plaintiff is respectfully requesting an order of this court to compel compliance with Rule 45 subpoena and permit inspection of public health statistics records of the original long form birth certificate, issued in 1961 to Mr. Obama. Privacy is no longer an issue, as Mr. Obama already released the document in question, it appears the Director of Health is simply looking for a court order, in order for her to be in compliance and not to be liable for technical violation of the rule.

US District court is a competent jurisdiction. Federal court under Rule 45, along with all applicable privilege rules, provide sufficient "tools" with which this court can adequately protect both the litigant's right to receive evidence and the government's interest in protecting its processes and resources. See Exxon shipping, 482 F 3d at 416, 417 (holding that "an agency's Touhy regulations do not relieve the district courts of the responsibility to analyze privilege or undue burden assertions under Rule 45" and concluding that that the federal discovery rules give district courts adequate tools to balance all competing interests); Connaught Laboratories, 7 F. Supp.2d at 480(recognizing "the district court's ability to balance the government's concerns with the private litigant's interest in obtaining evidence by applying the limitations and protections contained in the federal rules of Civil Procedure. As such this court is a competent jurisdiction to grant the subpoena in question.

Respectfully submitted

/s/ Dr. Orly Taitz, ESQ

29839 Santa Margarita Pkwy, ste 100

Rancho Santa Margarita CA 92688

ph 949-683-5411 fax 949-766-7603

Taitz v Astrue Motion to Compel Subpoena                    3

orly.taitz@gmail.com

## Service of process

I certify that a true and correct copy of the above pleadings were served on the defendant on 07.07. 2011 via mail and will be served by the court via ECF

Jill T. Nagamine

Deputy Attorney General

State of Hawaii

Health and Human Services Division'

465 South King Street Room 200

Honolulu HI 96813

/s/ Lila Dubert

DR. ORLY TAITZ, ESQ
ATTORNEY PRO SE
29839 SANTA MARGARITA PARKWAY, STE 100
RANCHO SANTA MARGARITA CA 92688
TEL: (949) 683-5411; FAX (949) 766-7603
E-MAIL: ORLY.TAITZ@GMAIL.COM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. ORLY TAITZ, ESQ, PRO SE<br>Plaintiff,<br><br>v.<br><br>MICHAEL ASTRUE, Commissioner of the<br>Social Security Administration,<br><br><br>Respondent | § Freedom of information violation<br>§ 5USC §552<br>§ CASE # 1:11-cv-00402<br>§ Assigned to Chief Judge<br>§<br>§ Hon. Royce C. Lamberth<br>§ Designation: FOIA/Privacy Act<br>§ **PLAINTIFF'S MOTION   TO**<br>§ **COMPEL  SUBPOENA**<br>§ no oral argument requested |

**Motion to compel Rule 45 subpoena to grant the Plaintiff access to the**
**original 1961 long form birth certificate of Mr. Barack Obama, stored at the**
**Health Department, State of Hawaii is Granted, so ORDERED**

---

**Chief Judge US District Court District of Columbia**

**Royce C. Lamberth**

6

# EXHIBIT 1



# Social Security Number Verification System (SSNVS)



## SSN Verification Results

Employer's EIN
Records Submitted   1
Failed   1
Verified Records   0

The following table displays your submitted results. The first column indicates if the submitted record verified, failed or employee is deceased. The first five digits of the SSN will be masked for verified records and records with a verification results code of 2, 3, 4 or 6.

- **Failed** - Data does not match Social Security Administration's records. Select What to do if a record fails to verify for more information.

- **Deceased** - Data matches Social Security Administration's records, and our records indicate that the person is deceased. For more information, please contact our general SSA information line at 1-800-772-1213 (TDD/TTY 1-800-325-0778) or your local Social Security field office. Select Field Office Locator to find the office nearest you.

- **Verified** - Data matches Social Security Administration's records.

| Results | SSN 999999999 | First Name | Middle Name | Last Name | Suffix | Date of Birth MMDDYYYY | Gender F/M | Verification Results |
|---------|---------------|------------|-------------|-----------|--------|------------------------|------------|----------------------|
| Failed | 042684425 | BARACK | - | OBAMA | - | 08041961 | M | 1 |

| Verification Results | |
|------|-------------|
| **Code** | **Description** |
| 1 | SSN not in file (never issued) |

Have a question? Call **1-800-772-6270** Mon. - Fri. 7AM to 7PM Eastern Time to speak with Employer Customer Service personnel. For TDD/TTY call **1-800-325-0778**

https://secure.ssa.gov/apps12z/SSNVS/interactiveVerification.do

**EXHIBIT 2**

61-1125539-1    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    ...

||.|||.||..||.||.|.|.||.||...||.|.|..||||...||||

61-1125539-1    50    01128-000350

BARACK HUSSEIN   OBAMA

2-02

If you have already reached
age 26 or will do so in the
current calendar year, you
are no longer required to
notify Selective Service of
any future changes of
address or changes to any
other items on your
registration record.

Change of Information Form

G&N



Dear Registrant:

Please keep this letter as legal proof of your registration ... ... ... ... ...
registration acknowledgment you ... ... ... ... ...

... the top portion of this letter ... ...
carefully. Mark through the mistakes and write in the ... ... ...
the top portion of this letter and mail it to the Selective Service System in the envelope provided. If your
**information is correct, do not return this form.** However, when there is new information that you are
required to notify the Selective Service System within ... days. If changing ... your address, ... ...
www.sss.gov.

**FOR NON-IMMIGRANT ALIENS:** If you ... ... visa and ... ... ... were registered in error
send this entire form and a copy of your I-94, I-551, or Border Crossing Card (I-586) to:
to: Selective Service System, PO Box 94638, Palatine, Illinois 60094-4638

If you have questions about the Selective Service System, call 1-847-688-6888

Thank You!

Registration Acknowledgment

61-1125539-1    28-04-02    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

BARACK HUSSEIN   OBAMA

Lawrence G  Romo

# EXHIBIT 3

# These are 161 typed characters selected from Obama's birth certificate that do not match each other for style or size.

AAAAEEHHHHKKMM

RRSSSUUaaaaaaaa

aaaaaaaaaaaaaaaa

cccccceeeeeeeeffgg

iiiiiiiiiiiiiiii

lllllllllnnnnn

nnnnnnnnnnnoooo

ooooooocpprrrr

ssssssttttttttt

uuuuuuuuuuuuuww

yyyyy 11122,,,,,

AAEEKKMM

RRSSUUss

aaaaaa cc

ee ff gg ii

llnnpprr

tttttttt

uuyy1122

BARACK HUSSEIN OBAMA, II

Male August 4, 1961 724 P

Honolulu Oahu

Kapiolani Maternity & Gynecological Hospital

Honolulu Oahu Honolulu, Hawaii

6085 Kalanianaole Highway

BARACK HUSSEIN OBAMA African

25 Kenya, East Africa Student University

STANLEY ANN DUNHAM Caucasian

18 Wichita, kansas None

AAEEKKMM
RRSSUUss
aaaaaa cc
ee ff gg ii
ll nn pp rr
t t t t t t t t
uuyy1122

These are selected after
comparison from
Obama's birth certificate
If all the letters are from the same
typewriter ... why don't
they match?  It appears that it
was put together with letters from
different sources
and this means it's a FORGERY

AA EE KK MM
RR SS UU ss
aaaaaa cc
ee ff gg ii
ll nn pp rr
ttttttt
uu yy ll 22

# Student

## Difference in the lower case "t"

### Eight different "t"s found.

t t t t t t t t

## Differences in size, angle, and width



AAA Ss nn



different "t"s found.

State of Fawan
County of Palm Beach
this 9th day of June 2011

MICHAEL GERLICK
Notary Public, State of Florida
My Comm. Expires Nov. 29, 2013
No. DD943069

# EXHIBIT 4

**RESELLERS OF**
PRODUCTION DOCUMENT SCANNERS
WIDE-FORMAT SCANNERS
CHECK SCANNERS
:B-BASED DOCUMENT IMAGING SOFTWARE
SCANNING SOFTWARE

**THEREPOSITORY™**
**ARCHIVE INDEX SYSTEMS, INC.**
IMAGING TECHNOLOGIES TO EXPAND MAN'S KNOWLEDGE
P.O. BOX 40135
BELLEVUE, WASHINGTON 98015
(425) 643.1131, FAX (240) 384-7297
For response to this letter: diehold@comcast.net

**WEB PAGES**
www.archiveindex.com
www.wholesalecheckscanners.com

May 22, 2011

# Revised and Expanded Affidavit

I, Douglas B. Vogt, am over 18 years old, do not suffer from any mental impairment, have personal knowledge in the following and attest under penalty of perjury that I have knowledge and expertise in documents, imaging, scanners and document imaging programs. Based on my knowledge and expertise the following is true and correct

### My Credentials

I have a unique background for analyzing this document. I owned a typesetting company (Nova Typesetting) for 11 years so I know type and form design very well. I currently own Archive Index Systems since 1993, which sells all types of document scanners worldwide and also developed document imaging software (TheRepository). I know how the scanners work and their capabilities. I have also sold other document imaging programs, such as Laser Fiche, Liberty and Alchemy. I have sold and installed document imaging systems in city and county governments, so I know their procedures with imaging systems and everything about the design of such programs. This will be important in understanding what has happened with Obama's Certificate of Live Birth. I also have a good working knowledge of Adobe Photoshop and Illustrator.



Figure 1. Tiff image of the Obama's Certificate of Live Birth dated August 8, 1961.



Figure 2. The microfilmed Certificate of Live Birth of Susan Nordyke dated August 11, 1961.

What I Discovered about Obama's Certificate of Live Birth and why it is a Forgery.

What the Obama administration released is a PDF image that they are trying to pass off as a Certificate Live Birth Long Form printed on green security paper by the County Health Department, but this form is a created forgery. Ironically the country has a lot to thank Mr. Donald Trump and Mr. Jerome Corsi and his new book, because they made President Obama's birth certificate a public issue which in turn forced the White House to produce this forgery to answer both of them. The Obama Certificate of Live Birth Long Form is a forgery for the following reasons.

**1. Curved and non-curved type.** The image we are looking at was scanned in grayscale and some part in binary which cannot be on the same image. The reason I know this is because of the shadowing along the gutter (left-hand side) is produced by scanning in grayscale. It also means that the county employee who did the original scanning of all the forms, did not take the individual pages out of the post binders. The result is that all the pages in that book display a parallax distorted image of the lines and type. They curve and drop down to the left. If you look at line 2 (Figure 3) on the form that says *Sex* you will notice the letters drop down one pixel but the typed word *Male* does not. Also notice the line just below *Male* drops down 3 pixels.



Figure 3. Line 2 of the form. Baseline differences.

The second incident of this parallax problem is seen in line 6c *Name of Hospital or Institution* (Figure 4). The word *Name* drops down 2 pixels, but the typed hospital name, *Kapiolani*, does not drop down at all, and again the line just below drops down 2 pixels, but not the name *Kapiolani.*

The conclusion you must come to is that the typed in form was superimposed over an existing original Certificate of Live Birth form. In fact, since I found some of the form headings scanned in as binary and grayscale, the form itself is a composite but the person who created it did not flattened the image of the blank form and save it as one file before they started placing the typewriter text on the composite form. The individual(s) who perpetrated this forgery could not evidently find a blank form in the clerks imaging database, so they were forced to clean up existing forms and overlay the typewriter type we see here. The forger was also looking for certificates with the correct stamped dates and that is why I think they used more than one original form. At first I wondered why the forger didn't just typeset the entire form from scratch and overlay the type and not have to worry about the parallax problem. Then I remembered that in the early 1960s there was no phototypesetting and this form was set in hot metal from a linotype machine. The type design I think

2

background and instructed the program to bring the type "forward" it blanked out the background image, hence the halloing effect around the type.



URN, NO RECEIPT NECESSAR

SECURITY PACII
Ventura & Sepulvei
15165 Ventura Bou
Sherman Oaks, Ca

Figure 8. Binary image.        Figure 9. An enlarged version of Figure 6 showing grayscale type.



Figure 10, Inverted image of Figure 2.

3. **The Obama Certificate is loaded with both binary and grayscale letters** which is just another smoking gun that this form is a forgery. It appears the lines and some of the boxes were scanned using grayscale, but only some of the form headings were grayscale and sometimes it is only some letters. Figure 11 and Figure 4 give one example. You will notice that the $H$ and, $al$, in Hospital, $I$ in Institution, $(If$ and again the $h$ and $I$ in hospital were grayscale images, but the rest of the line is binary. The typewriter line below was scanned in as a binary image. I can also tell you for certainty that the form type was scanned in at a lower resolution ($\leq$200 dpi). This is because of the size of the pixels on the letters were such that the openings on the $a$ and $s$ on the first line are not visible and filled in. This may also further indicate that forger took some of the type images from the microfilmed copies.

**Hospital or Institution (If not in hospital**

**)lani Maternity & Gyneco**

4

Figure 11. showing a mixture of grayscale and binary type on the same line.

Another example is found in form box 1a, his name *BARACK*. For some reason the "R" is a grayscale image and the rest is binary (Figure 13). That means the "R" was originally on the form and the rest was not until it was added.

The question again is: Why did the forger leave some grayscale type images in the form and not just erase the whole form? The answer is that he/she needed the grayscale images to re-establish the baseline of the type for the superimposed binary type. This also told me that the forger was an experienced graphic artist.



Figure 13. Another example of grayscale and binary on the same line.

Another example is the Certificate number itself (Figure 14). The last "1" on the form is a grayscale image but the rest of the numbers are not. This is just another example of a cut and paste job. It also means we do not know what the real Certificate number is if there even is one. There are other form boxes that display the same feature, boxes: 5b, 7e, 11, 13, 16, 18a.



Figure 14. The last "1" is grayscale, but the rest are binary.

**4. The Sequential Number is a fraud.** I would like you to refer back to Figures 1 and 2. You will notice that Barack Obama was supposed to have been born on Friday at 7:24 p.m. August 4, 1961 and the local registrar supposedly accepted it on Tuesday August 8, 1961 and hand stamped the Certificate number "61 10641." Then notice that the other Certificate of Susan E. Nordyke was born on Saturday at 2:12 p.m. August 5, 1961 and another registrar date stamped it on August 11, but her Certificate number is "61 10637." Susan Nordyke was a twin and her sister's Certificate number is 61 10638. Keep in mind there would be only one bates stamp machine in the office so the numbers would all be unique. There cannot be any duplicates so every Certificate has a unique serial number. Obama's Certificate would have most likely been mailed on the following Monday, the 7th and received by the Clerk Tuesday the 8th. Susan Nordyke and her sisters' Certificates looks like they were mailed sometime earlier that week and not accepted until the 11th but Susan has a Certificate 4 numbers less than Obama's. It is impossible to have Obama's Certificate number to be four numbers higher than a Certificate that came in 3 days later.

5

As stated in #3 the last "1" on the form is a grayscale image but the rest of the numbers are not (Figure 14), again irrefutable proof that the Certificate number is a composite of two numbers and hence a forgery. This forgery comes under a separate offense and carries with it 5-years in prison [see Appendix D: Title 19, Ch.47, Sec, 1028(d)1].

The facts I have shown you in #3 and 4 tell me several things about how this forgery was assembled. 1. Some person(s) in the Health Department, who had access to the document imaging program, searched the database for someone close to the actual birth date of Obama and found someone near the 4th of August, if in fact he was born on the 4th and we should not assume that at all. Obama may have chosen the 4th of August because they had a baby who died close to his date of birth. The clerk may have crossed referenced the death database to find someone who had died and had a birth date close to Obama's. It has been reported that an infant girl named Virginia Sunahara was born on August 4, 1961 at Wahiawa Hospital in Wahiawa, Oahu, HI who died on August 5, 1961 at the Kapiolani Women and Children's Medical Center, due to complications. This happens to coincide with date of birth and birthplace of the Nordyke twins. We could make two assuming here. The first would be that the Wahiawa Hospital would have filled the COLB form as customary and mailed it to the County Health Department and the Kapiolani Medical Center would have filled out the death certificate. The other less probable would be that her medical records were transferred to Kapiolani Hospital and they would produce the birth certificate and later the death certificate was later included in the group of birth certificates that contained the Nordyke twins.

The Federal Government wanted the States to cross reference the birth and death databases so the database would have that information. The date stamps have two different colors and sizes (see #5 below) which indicates that both dates came from different Certificates. We can conclude from this that more than one person was involved in the Hawaii Department of Health to assemble the different components that were used and also do the database searches to find the right Certificates to create the fraudulent Certificate of Live Birth and finally someone who signed the fraudulent certificate. I believe that after all the components were assembled they were then given to a graphic artist to actually assemble the whole thing and create the finished forgery. That graphic artist could be located anywhere. In short this was a multi-state conspiracy to defraud the United States.

**5. Two different colors and font sizes in Form box 22 and 20** *Date Accepted by Reg. General.* What is very revealing about this box and date entry is there are two different colors on both lines where there should be no color at all. Both lines were scanned using binary mode, but I see two different colors (Figure 15). What I think this is showing us is that the person who put this fraud together was looking for a form that had the right date namely "August 8 19_1." As you can see the only things that are printed in dark green (R=71, G=92, B=73) are "Date A" and "**AUG -8 6**." The rest of the type is in black. This tells me that the forger was working in color mode and what they copied from had a color value for some reason unless they put a color value on it. ~~Finally the font size of the rubber stamp in box 22 is larger than the stamp used in box 20. This is unlikely because the same rubber stamp would have been used, at the same time, by the same registrar to stamp the dates in both places and sign the form in box 21. Since we have two size letters and numbers, this means these elements were taken from two separate forms that may have been years apart using different rubber stamps.~~

6

**22.** **Date Accepted by Reg**
**AUG -8 1961**

Figure 15. Two different colors, dark green and black.

The same thing is found in form box 20 "Date Accepted by Local Reg." Figure 16 again shows that the date has two different colors. The **"AUG -8 196"** is in dark green (R=87, G=111, B=87) and the "1" is in black. Yet again another irrefutable proof this form is a forgery. Form box 17a displays the same two color image in the word "None". The "Non" is in dark green.

**20.** **Date Accepted by Local Reg.**
**AUG -8 1961**

Figure 16. Another example of two colors on the same line.

**6. The official seal is not part of the Certificate of Live Birth.** The Hawaiian law (Section 11-1-2 Seal of the Department of Health) states:

> a) The official seal of the department of health shall be circular in shape, **two and one-fourth inches in diameter.** At the curve on the top portion there shall be the words "DEPARTMENT OF HEALTH" and at the curve on the bottom portion there shall be the words "STATE OF HAWAII." At the curve on each side portion shall be a star. In the center of the seal shall be the Caduceus, a winged rod entwined with two serpents, which has long been recognized as a universal symbol of medicine. The Caduceus shall be encircled by an indentation, which shall separate it from the words "DEPARTMENT OF HEALTH" and "STATE OF HAWAII ."



Figure 17, Seal on Obamas Short Form     Figure 18: Nordyke seal from 1966     Figure 19: Obama's COLB long form Apr.2011

The first Certificate of Live Birth Obama the candidate produced in June of 2008 was the "Short Form" of the COLB. It had the Department of Health's seal embossed on it (Figure 17) appearing on it about 3" from the bottom of the 11 inch paper. That told me the Health Department is using an electric embosser, which applies ample pressure to leave a clearly visible embossment. Hand seal embossers have only 1¾ inch or less, clearance for a 2¼ inch seal, from the edge of the paper. The Health Department seal does not appear obvious on the Obama COLB. A good embossment will

7

distort the type and lines on a form and is clearly visible (Figure 21). Even on the Nordyke Certificate (Figure 18) in spite of it being an inverted image from a microfilmed image, it is clearly seen. Figure 19 shows Obama's seal on the COLB presented on April 27, 2011 is visible only because a color filter was used to see it, otherwise it completely disappears in the design of the security paper (Figure 20).



Figure 20: Seal on Obama's    Figure 21: Hand stamped seal from
COLB From April 27, 2011.    an original COLB from 1962.

The official seal on the Obama COLB is a second or even third generation image from another form. The seal embossing did not distort the lines or type on the form and it most likely was never part of his Certificate. Yet another indication this Certificate of Live Birth is an obvious forgery.

**7. The hand stamped certification from the current registrar is a forged stamped notice.**

The Department of health has the right to produce a legal copy of the original Certificate of Live Birth to people who have the appropriate right to receive one. The Clerk in the office would search the document imaging database and retrieve the correct Certificate. The Clerk would then print out the Tiff image on the green security paper. They would then take a rubber stand that states the following: I CERTIFY THIS IS A TRUE COPY OR ABSTRACT OF THE RECORD ON FILE IN THE HAWAII STATE DEPARTMENT OF HEALTH. Then below this notice would be the likeness of the State Registrar's signature, in this case it was Alvin T. Onaka, Ph.D. Then the clerk would stamp the date to the left of the certification. See Figure 22 for a Certificate done one month before the Obama's April 25, 2011 Certificate. Please note that since it is a hand stamp the certificate stamp is skewed up on the right-hand side.



Figure 22. Registrar stamp on a persons Certificate done March 2011.

Now let us look at the Obama's Certificate (Figure 23) supposedly done on Aril 25, 2011. Notice the registrars' rubber stamp has an error on the word "the" which reads "TXE," but this error does not show up on the same rubber stamp used one month before. In Figure 24 you will see an enlargement of the word. You will notice that the "X" had been created by the graphic artist by filling in pixels so it appears like an "X" but it really is not. Also notice that the whole stamp is too straight on the form. The red lines drawn under two of the lines of type are aligned with the pixels. The stamp rises only two pixels over 3". My conclusion is that the whole stamp was placed there by

8

the graphic artist to look as straight as possible. The only problem is that no hand stamped notice like this would be placed that perfect on the page.

I CERTIFY THIS IS A TRUE COPY OR
ABSTRACT OF THE RECORD ON FILE IN
THE HAWAII STATE DEPARTMENT OF HEALTH

APR 2 5 2011

*Alvin T. Onaka, Ph.D.*

STATE REGISTRAR

Figure 23. Obama's Registrar stamp with the errors on it,



Figure 24. Enlargment of the "TXE."

Other investigators have mentioned what looks like an italic "*E*" under the capital A in Alvin. In Figure 22 the same artifact does not appear. We have to assume either the artifact was already on the security image the forger used, and forgot to erase it, or it was placed there deliberately for some reason that we don't know yet.

**8. Multiple layers in the PDF file from the White House.** I am not the first one to find this fact and they deserve the credit for discovering it. What they discovered is that when you open up the PDF file in Adobe Illustrator and you turn on layers, you see a long list of nine different layers that correspond to different sections of the form, including the signatures on the form. Figure 25 shows the layer that contains most of the Typewriter and form text.

I discovered using just my Adobe Acrobat 8 Standard that I could also see the different components disappear when I enlarged the image to just 400% and used the "hand" tool to quickly move around the image. When I moved the image fast, the various type components would disappear from the form but the lines stayed just as I had concluded.

I also opened up the White House PDF file in WordPad so I could see the codes and headers in the file. There I discovered the evidence for the 9 layers embedded in the code (see below). The big surprise I discovered was that the file was finished or created on April 27, 2011 and the copy I had downloaded from the White House web site was modified on April 28, 2011 at 9:58 AM, the day after the news conference. The whole White House story that the President had his Seattle based lawyer fly to Hawaii and pick up a signed and stamped paper Certificate of Live Birth and fly directly to Washington DC, is obviously not the document the public has been shown. In other words the whole story is not true. The Press Secretary proudly stated that he personally put up the PDF on the White House web site and that's probably all they got was the PDF by e-mail.

```
2 0 obj
<</Subtype/XML/Length 3759/Type/Metadata>>stream
<xap:                        T12.09:24Z</xap:CreateDate>
    <xap:CreatorTool>Preview</xap.CreatorTool>
    <xap:                        T09:58:24-07:00</xap:ModifyDate>
    <xap:MetadataDate>2011-04-28T09:58:24-07:00</xap:MetadataDate>
```

The following are the header codes for the 9 layers embedded throughout the file.

```
13 0 obj
<</Subtype/Image/Length 299366/Filter/DCTDecode/BitsPerComponent 8/ColorSpace 9 0 R/Width 1652/Height 1276/Type/XObject>>stream
14 0 obj
<</Subtype/Image/Length 67980/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 1454/Height 1819/Type/XObject>>stream
15 0 obj
<</Subtype/Image/Length 5510/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 199/Height 778/Type/XObject>>stream
```

9

16 0 obj
<</Subtype/Image/Length 480/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 42/Height 274/Type/XObject>>stream
17 0 obj
<</Subtype/Image/Length 633/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 123/Height 228/Type/XObject>>stream
18 0 obj
<</Subtype/Image/Length 436/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 47/Height 216/Type/XObject>>stream
19 0 obj
<</Subtype/Image/Length 173/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 34/Height 70/Type/XObject>>stream
20 0 obj
<</Subtype/Image/Length 671/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 243/Height 217/Type/XObject>>stream
21 0 obj
<</Subtype/Image/Length 344/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 132/Height 142/Type/XObject>>stream

This letter may have been accompanied by a CD with the files and images I worked from and the screen shots displayed in this report. I have also included MP4 files of the three videos listed below. You may freely use these images and text for your own report or public notice.

Some of the examples of the layering can be found on the following YouTube web sites.
This one shows the layering in Illustrator:
http://www.youtube.com/watch?v=wQAqvtXcnKg&feature=related

This one shows that letter "B" in box 1e and 8 are exactly the same. An example of cut and paste.
http://www.youtube.com/watch?v=aMLdrrC1-xs&feature=mfu_in_order&list=UL

Another good explanation of layering showing at least 9 layers.
http://www.youtube.com/watch?v=QNJfdKCIbH4&feature=related

The original PDF is on the enclosed CD with this report and you can also download it from the web site: http://www.vectorpub.com/Obamas_Certificate_Forgery.html. The discovering of nine layers in the PDF image didn't matter for my analysis 1 through 7 because I was able to export the image as a TIFF (18.35 MB) out of that PDF using my Adobe Standard software. So I was working from a flattened image and was able to find all that I did, in other words the layers were irrelevant to me but was just further proof that the Obama's Certificate of Live Birth is a forgery.



Figure 25: The layer that contains most of the forms text and typewriter text.

10

**A Rebuttal to the Discovery of the Multi Layers Found in the PDF File.**

The only rebuttal to the nine layers discovered in the PDF file released by the White House was a statement from a Canadian graphic artists from Quebec by the name of Jean-Claude Tremblay on April 29. It was reported by Fox News and on their web site at:
http://www.foxnews.com/politics/2011/04/29/expert-says-obamas-birth-certificate-legit/.

He tries to excuse the multi-layers as merely an artifact of an OCR (Optical Character Recognition) engine and then saved as a PDF. There are two major reason he is wrong and I know from his statement he knows nothing about OCR engines and how they work and their file structure. First of all the Obama PDF certificate was supposed to have come directly from the Health Departments office. As stated before, the records they have would have absolutely no reason to be OCRed and if they were asked to give the customer a PDF image it would be from their existing TIFF image stored in their document imaging program on the server. The program would have done no OCR processing at that time.

My qualifications on OCR programs are considerable. Our own document imaging program, TheRepository, has an OCR option from Expervision that is called TypeReader. We integrated TypeReader into our program but to do this we had to sign a non-disclosure statement with them and then we got their Took Kit and API. When an OCR program saves a file as a searchable PDF, the file contains three main files within it. The first file is an image file, usually a compressed Group4 TIFF. The second file is a ASCII text file and the last file is a matrix file that contains the X and Y coordinates of all the words in the document. The starting point for the image file and the matrix file is usually the upper left hand corner of the image measured in pixels. The text file and matrix files would never be seen as separate layers and there is certainly no nine layers. The three files would be in a PDF "wrapper" and that's all. All OCR programs work on the same principle.

**Conclusion**

The Certificate of Live Birth Obama presented on television on Aril 27, 2011 is a forgery.

In witness whereof he has hereto set his hand and seal.

Name of Notary: _ƷAC\\INY ⁓ ᴺIEᴜᴿᴇᴜᴳᴳᵉ

Title: ᴺ₋ᴄᴛᴀᴿʸ ꝑᴜᴮʟıᴄ

I, _ƷAC\\INY ⁓ ᴺIEᴜᴿᴇᴜᴳᴳᵉ_____, a Notary Public of King County and the State of Washington aforesaid, hereby certify that Douglas B. Vogt personally known to me to be the affiant in the foregoing affidavit, personally appeared before me this day and having been by me duly sworn deposes and say that the facts set forth in the above affidavit are true and correct.

Witness my hand and official seal this the 22ⁿᵈ day of May, 2011.

_____
Notary Public

My Commission Expires: _ / _ /2011



Notary Public
State of Washington
ZACHARY S NIEBRUEGGE
My Appointment Expires Aug 9, 2011

Douglas B. Vogt

11

THEREPOSITORY™

**RESELLERS OF**
PRODUCTION DOCUMENT SCANNERS
WIDE-FORMAT SCANNERS
CHECK SCANNERS
B-BASED DOCUMENT IMAGING SOFTWARE
SCANNING SOFTWARE

**ARCHIVE INDEX SYSTEMS, INC.**
IMAGING TECHNOLOGIES TO EXPAND MAN'S KNOWLEDGE
P.O. BOX 40135
BELLEVUE, WASHINGTON 98015
(425) 643.1131, FAX (240) 384-7297
For response to this letter: ᵃ ᵉʰᵒᵘⁱᵈ ʳᵉᵐᵘᵃˢⁱ  ᵒⁱ

**WEB PAGES**
www.archiveindex.com
www.wholesalecheckscanners.com

May 10, 2011

# Affidavit

I, Douglas B. Vogt, am over 18 years old, do not suffer from any mental impairment, have personal knowledge in the following and attest under penalty of perjury that I have knowledge and expertise in documents, imaging, scanners and document imaging programs. Based on my knowledge and expertise the following is true and correct

### My Credentials

I have a unique background for analyzing this document. I owned a typesetting company for 11 years so I know type and form design very well. I currently own Archive Index Systems since 1993, which sells all types of document scanners worldwide and also developed document imaging software (TheRepository). I know how the scanners work. I have also sold other document imaging programs, such as Laser Fiche, Liberty and Alchemy. I have sold and installed document imaging systems in city and county governments, so I know their procedures with imaging systems and everything about the design of such programs. This will be important in understanding what has happened with Obama's Certificate of Live Birth.




Figure 1. Tiff image of the Obama's Certificate of Live Birth dated August 8, 1961, presented on TV 4/27/2011.

Figure 2. Another Persons microfilmed Certificate of Live Birth dated August 11, 1961.

### What I Discovered about Obama's Certificate of Live Birth and why it is a Forgery.

What the Obama administration released is a PDF image that they are trying to pass off as a Certificate Live Birth Long Form printed on green security paper by the County Health Department. The form is a created forgery for the following reasons.

**1. Curved and non-curved type.** The image we are looking at was scanned in grayscale and some part in binary which cannot be on the same image. The reason I know this is because of the shadowing along the gutter (left-hand side). It also means that the county employees who did the original scanning of all the forms, did not take the individual pages out of the post binders. The result is that all the pages in that book display a parallax distorted image of the lines and type. They curve and drop down to the left. If you look at line 2 (Figure 3) on the form that says *Sex* you will notice the letters drop down one pixel but the typed word *Male* does not. Also notice the line just below *Male* drops down 3 pixels.



Figure 3. Line 2 of the form. Baseline differences.

The second incident of this parallax problem is seen in line 6c *Name of Hospital or Institution* (Figure 4). The word *Name* drops down 2 pixels, but the typed hospital name, *Kapiolani*, does not drop down at all. And again the line just below drops down 2 pixels, but not the name *Kapiolani*.



Figure 4. Line 6c at 500%. The typewriter name of the hospital does not drop down 2 pixels.

The conclusion you must come to is that the typed in form was superimposed over an existing original Certificate of Live Birth form from the county. In fact, since I found some of the form headings scanned in as binary and grayscale, the form itself is a composite but the person who created it did not flatten the image of the blank form and save it as one file before they started placing the typewriter text on the composite form. The individual(s) who perpetrated this forgery could not evidently find a blank form in the clerks imaging database, so they were forced to clean up existing forms and overlay the typewriter type we see here. The forger was also looking for certificates with the correct stamped dates and that is why I think they used more than one original form. At first I wondered why the forger didn't just typeset the entire form from scratch and overlay the type and not have to worry about the parallax problem. Then I remembered that in the early

2

1960s there was no phototypesetting and this form was set in hot metal from a linotype machine. The type design is Times Roman but they could never replicate the exact design. They were stuck having to use existing forms that were scanned in using binary and grayscale.

**2. There is a white haloing around all the type on the form**. Figure 5 is an example of this. This effect should not appear on a scanned grayscale image. Figure 6 is a grayscale image scanned in at 240 dpi. You will notice that there is no haloing effect around the type and also the security pattern is seen through the type. Figure 7 is a color image where you can clearly see the security green color through the type and no haloing. Figure 8 shows a Black and White (binary) image of the same type. The important thing to remember is that you cannot have grayscale and binary on the same scan unless the image is a composite. That means that different components of the whole image are made up of smaller parts. Figure 9 is an enlarged version of Figure 6 showing what grayscale letters should look like compared to binary.

Figure 5. Obama's form

Figure 6. Grayscale.

Figure 7. Color image.

Figure 8. Binary image.

Figure 9. An enlarged version of Figure 6 showing grayscale type.

**3. The Obama Certificate is loaded with both binary and grayscale letters** which is just another smoking gun that this form is a forgery. It appears the lines and some of the boxes were scanned using grayscale, but only some of the form headings were grayscale and sometimes it is only some letters. Figure 10 and Figure 4 give one example. You will notice that the *H* and, *al*, in Hospital, *I* in Institution, *(If* and again the *h* and *l* in hospital were grayscale images, but the rest of the line is binary. The typewriter line below was scanned in as a binary image. I can also tell you for certainty that the form type was scanned in at a lower resolution ($\leq$200 dpi). This is because of the size of the pixels on the letters were such that the openings on the *a* and *s* on the first line are not visible and filled in.

Figure 10. showing a mixture of grayscale and binary type on the same line.

3

Another example is found in form box 1a, his name *BARACK*. For some reason the "R" is a grayscale image and the rest is binary (Figure 11). That means the "R" was originally on the form and the rest was not until it was added.

# BARACK

Figure 11. Another example of grayscale and binary on the same line.

Another example is the Certificate number itself (Figure 12). The last "1" on the form is a grayscale image but the rest of the numbers are not. This is just another example of a cut and past job. It also means we do not know what the real Certificate number is if there even is one. There are other form boxes that display the same feature, boxes: 5b, 7e, 11, 13, 16, 18a.

# ARTMENT OF HEALT
# 61  10641

Figure 12. The last "1" is grayscale, but the rest are binary.

**4. The Sequential Number is a fraud.** I would like you to refer back to Figures 1 and 2. You will notice that Barack Obama was supposed to have been born on Friday at 7:24 p.m. August 4, 1961 and the local registrar accepted it on Tuesday August 8, 1961 and hand stamped the Certificate number "61 10641." Then notice that the other Certificate of Susan E. Nordyke was born on Saturday at 2:12 p.m. August 5, 1961 and another registrar date stamped it on August 11, but her Certificate number is "61 10637." Keep in mind there would be only one bates stamp machine in the office so the numbers would all be unique. There cannot be any duplicates so every Certificate has a unique serial number. Obama's Certificate would have most likely been mailed on the following Monday, the 7th and received by the Clerk Tuesday the 8th. Susan Nordyke's Certificate looks like it was mailed sometime earlier that week and not accepted until the 11th but she has a Certificate 4 numbers less than Obama's. It is impossible to have Obama's Certificate number to be four numbers higher than a Certificate that came in 3 days later.

The facts I have shown you in #3 and 4 tell me several things about how this forgery was assembled. 1. Some person(s) in the Health Department, who had access to the document imaging program, search the database for someone close to the actual birth date of Obama and found someone near the 4th of August. They may have crossed referenced the death database to find someone who had died and had a birth date close to Obama's. If you remember, the Federal Government wanted the States to cross reference the birth and death databases so the database would have that information. 2. The date stamps have two different colors and sizes (see #5 below) which indicates that both dates came from different Certificates. 3. More than one person is involved in the Hawaii Department of Health to assemble the different components that were used, do the database searches to find the right Certificates to create President Obama's fraudulent Certificate of Live Birth and finally sign the fraudulent certificate. I believe that after all the components were

4

assembled they were then given to a graphic artist to actually assemble the whole thing and create the finished forgery. In short this was a conspiracy to defraud the United States.

**5. Two different colors and font sizes in Form box 22 and 20** *Date Accepted by Reg. General.* What is very revealing about this box and date entry is there are two different colors on both lines. Both lines were scanned using binary mode, but I see two different colors (Figure 13). What I think this is showing us is that the person who put this fraud together was looking for a form that had the right date namely "August 8 19_1." As you can see the only things that are printed in dark green (R=71, G=92, B=73) are "Date A" and "AUG -8 6." The rest of the type is in black. This tells me that the forger was working in color mode. ~~Finally the Font size of the rubber stamp in box 22 is larger than the stamp used in box 20. This is unlikely because the same rubber stamp would have been used by the same registrar to stamp the dates in both places and sign the form in box 21. Since we have two size letters and numbers, that means these elements were taken from two separate forms that may have been years apart using different rubber stamps.~~



Figure 13. Two different colors, dark green and black.

The same thing is found in form box 20 "Date Accepted by Local Reg." Figure 14 again shows that the date has two different colors. The "AUG -8 196" is in dark green (R=87, G=111, B=87) and the "1" is in black. Yet again another irrefutable proof this form is a forgery. Form box 17a displays the same two color image in the word "None". The "Non" is in dark green.



Figure 14. Another example of two colors on the same line.

**6. Multiple layers in the PDF file from the White House.** I am not the first one to find this fact and they deserve the credit for discovering it. What they discovered is that when you open up the PDF file in Adobe Illustrator and you turn on layers, you see a long list of nine different layers that correspond to different sections of the form, including the signatures on the form. I discovered using just my Adobe Acrobat 8 Standard that I could also see the different components disappear when I enlarged the image to just 400% and used the "hand" tool to quickly move around the image. When I moved the image fast, the various type components would disappear from the form but the lines stayed just as I had concluded.

A Rebuttal to the Discovery of the Multi Layers Found in the PDF File.
The only rebuttal to the nine layers discovered in the PDF file released by the White House was a statement from a Canadian graphic artists from Quebec by the name of Jean-Claude Tremblay on April 29. It was reported by Fox News an on their web site at
http://www.foxnews.com/politics/2011/04/29/expert-says-obamas-birth-certificate-legit/.

5

He tries to excuse the multi-layers as merely an artifact of an OCR (Optical Character Recognition) engine and then saved as a PDF. There are two major reason he is wrong and I know from his statement he knows nothing about OCR engines and how they work and their file structure. First of all the Obama PDF certificate was supposed to have come directly from the Health Departments office. As stated before, the records they have would have absolutely no reason to be OCRed and if they were asked to give the customer a PDF image it would be from their existing TIFF image stored in their document imaging program on the server. The program would have done no OCR processing at that time.

My qualifications on OCR programs are considerable. Our own document imaging program, TheRepository, has an OCR option from Expervision that is called TypeReader. We integrated TypeReader into our program but to do this we had to sign a non-disclosure statement with them and then we got their Took Kit and API. When an OCR program saves a file as a searchable PDF, the file contains three main files within it. The first file is an image file, usually a compressed Group4 TIFF. The second file is a ASCII text file and the last file is a matrix file that contains the X and Y coordinates of all the words in the document. The Starting point for the image file and the matrix file is usually the upper right-left hand corner of the image measured in pixels. The test file and matrix files would never be seen as separate layers and there is certainly no nine layers. The three files would be in a PDF "wrapper" and that's all. All OCR programs work on the same principle.

**Conclusion**
The Certificate of Live Birth Obama presented on television on Aril 27, 2011 is a forgery.

In witness whereof he has hereto set his hand and seal.
Name of Notary: *ZACHARY S. WERBRUGGE*

Title: *BRANCH MGR   U.S BANK*

I, *ZACHARY S. WERBRUGGE*, a Notary Public of King County and the State of Washington aforesaid, hereby certify that Douglas B. Vogt personally known to me to be the affiant in the foregoing affidavit, personally appeared before me this day and having been by me duly sworn deposes and say that the facts set forth in the above affidavit are true and correct.

Witness my hand and official seal this the 10th day of May, 2011.

Notary Public

My Commission Expires: __8_ / _9_ /20_11_

Notary Public
State of Washington
ZACHARY WERBRUGGE
My Appointment Expires Aug 9, 2011

Douglas B. Vogt

# EXHIBIT 5

04.28/2011   00:18   9047789787          UPS STORE                              PAGE  01/03

**Affidavit**

STATE OF FLORIDA )
                  )S.S.
COUNTY OF DUVAL)

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment and can competently attest to the following under the penalty of perjury:

1. I am a professional web developer having graduated with a bachelor's degree in IT at ITT Technical Institute in Indianapolis, IN.

2. I have over ten years of experience of web designs and development and have often used software such as Adobe Photoshop and Adobe Illustrator.

3. I downloaded from the official Whitehouse website, www.whitehouse.gov, April 27, 2011, the new birth certificate of Barack Obama II: http://www.whitehouse.gov/sites/default/files/rss_viewer/birth-certificate-long-form.pdf

4. I observed that the birth certificate pdf file could be opened with Adobe Illustrator and the software revealed that this document has many layers of images on it. This indicates that the document was not a true copy of the original birth certificate, but a recently created document using Adobe Illustrator.

5. I further observed that this document does not have an embossed seal normally affixed by civil registrars to attest to the authenticity of government issued documents.

FURTHER AFFIANT SAYETH NOT.

FELICITO PAPA

SUBSCRIBED TO AND SWORN TO before me on April 28, 2011.

NOTARY PUBLIC

    GODFREY C WILLIS, JR.
    Notary Public, State of Florida
    My comm. exp. Jan. 24, 2014
    Comm. No. DD 955008

04/28/2011   00:18   9047789707          UPS STORE          PAGE   02/03

| STATE OF HAWAII | CERTIFICATE OF LIVE BIRTH | DEPARTMENT OF HEALTH |
|---|---|---|

FILE NUMBER 151     61 10641

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| BARACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born | 5a. Birth | Month | Day | Year | 5b. Hour |
|---|---|---|---|---|---|---|---|
| Male | Single ☒ Twin ☐ Triplet ☐ | 1st ☐ 2nd ☐ 3rd ☐ | | August | 4 | 1961 | 7:24 P.M. |

| 6a. Place of Birth: City, Town or Rural Location | 6b. Island |
|---|---|
| Honolulu | Oahu |

| 6c. Name of Hospital or Institution (if not in hospital or institution, give street address) | 6d. Is Place of Birth Inside City or Town Limits? If no, give judicial district |
|---|---|
| Kapiolani Maternity & Gynecological Hospital | Yes ☒ No ☐ |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | 7e. Is Residence Inside City or Town Limits? If no, give judicial district |
|---|---|
| 6085 Kalanianaole Highway | Yes ☒ No ☐ |

| 7f. Mother's Mailing Address | 7g. Is Residence on a Farm or Plantation? |
|---|---|
| | Yes ☐ No ☒ |

| 8. Full Name of Father |
|---|
| BARACK HUSSEIN OBAMA |

| 9. Race of Father |
|---|
| African |

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother |
|---|
| STANLEY ANN DUNHAM |

| 14. Race of Mother |
|---|
| Caucasian |

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

| 18. I certify that the above named child was born alive on the date and hour stated above. | Signature of Parent or Other Informant | Parent ☒ Other | 19. Date of Signature |
|---|---|---|---|
| | (Signed) Ann Dunham Obama | | 8-7-61 |

| 20. I hereby certify that this child was born alive on the date and hour stated above. | Signature of Attendant | M.D. ☒ D.O. Midwife Other | Date of Signature |
|---|---|---|---|
| | (Signed) David A. Sinclair | | 8.8.61 |

| 22. Date Accepted by Local Reg. | 21. Signature of Local Registrar | 23. Date Accepted by Reg. General |
|---|---|---|
| AUG - 8 1961 | U K Lee | AUG - 8 1961 |

Evidence for Delayed Filing or Alteration

I CERTIFY THIS IS A TRUE COPY OR
ABSTRACT OF THE RECORD ON FILE IN
THE HAWAII STATE DEPARTMENT OF HEALTH

Alvin T. Onaka, Ph.D.
STATE REGISTRAR

APR 25 2011

04/28/2011   00:18   9047789707                    UPS STORE                         PAGE   03/03

# EXHIBIT 6

NEIL ABERCROMBIE
GOVERNOR



DAVID M. LOUIE
ATTORNEY GENERAL

RUSSELL A. SUZUKI
FIRST DEPUTY ATTORNEY GENERAL

**STATE OF HAWAII**
**DEPARTMENT OF THE ATTORNEY GENERAL**
Health & Human Services Division
465 South King Street, Room 200
Honolulu, Hawaii 96813
(808) 587-3050   Fax (808) 587-3077

June 13, 2011

<u>VIA FACSIMILE (949) 766-7603 & U.S. MAIL</u>

Dr. Orly Taitz, Esq.
29839 Santa Margarita Parkway
Suite 100
Rancho Santa Margarita, CA 92688

 Re: Subpoenas to Loretta Fuddy, Director of Health, State of Hawaii Department of
    Health for "original 1961 typewritten birth certificate # 10641 for Barack Obama, II,
    issued 08.08.1961, signed by Dr. David Sinclair, Stanley Ann Dunham Obama and
    registrar Lee, stored in the Health Department of the state of HI from 08.08.1961 until
    now." (1) United States District Court for the District of Columbia 11-cv-402, and (2)
    United States District Court for the District of Hawaii dcdce 1:2011-cv-00402.

Dear Dr. Taitz:

  My client, Loretta Fuddy, the Director of the Department of Health, State of Hawaii, is in
receipt of the two above-referenced subpoenas issued by you. Pursuant to Hawaii state law, and as
explained below, it is unlawful for Director Fuddy to comply with your request.

  Neither subpoena was issued or served upon my client in accordance with the requirements
of Federal Rules of Civil Procedure ("FRCP"), Rule 45, thus, it is our position that we have no duty
to respond, however, to avoid confusion, our objections to those subpoenas, pursuant to Rule 45,
FRCP, are noted below.

  In addition to the procedural defects, these subpoenas would require disclosure of privileged
or other protected matter, and there is no exception that applies to allow disclosure to you. Vital
statistics records, such as birth certificates, are protected by strict confidentiality requirements under
state law. Section 338-18, Hawaii Revised Statutes ("HRS"), prohibits disclosure of the records
sought by your subpoenas without a showing of a direct and tangible interest.

  HRS §338-18 provides that:
a)  To protect the integrity of vital statistics records, to ensure their proper use, and to
ensure the efficient and proper administration of the vital statistics system, **it shall be
unlawful for any person to permit inspection of, or to disclose information contained**

Dr. Orly Taitz, Esq.
June 13, 2011
Page 2

in vital statistics records, or to copy or issue a copy of all or part of any such record, except as authorized by this part or by rules adopted by the department of health.
(b)     The department shall not permit inspection of public health statistics records, or issue a certified copy of any such record or part thereof, unless it is satisfied that the applicant has a direct and tangible interest in the record. The following persons shall be considered to have a direct and tangible interest in a public health statistics record:

> (1) The registrant;
> (2) The spouse of the registrant;
> (3) A parent of the registrant;
> (4) A descendant of the registrant;
> (5) A person having a common ancestor with the registrant;
> (6) A legal guardian of the registrant;
> (7) A person or agency acting on behalf of the registrant;
> (8) A personal representative of the registrant's estate;
> (9) A person whose right to inspect or obtain a certified copy of the record is established by an order of a court of competent jurisdiction;
> (10) Adoptive parents who have filed a petition for adoption and who need to determine the death of one or more of the prospective adopted child's natural or legal parents;
> (11) A person who needs to determine the marital status of a former spouse in order to determine the payment of alimony;
> (12) A person who needs to determine the death of a nonrelated co-owner of property purchased under a joint tenancy agreement; and
> (13) A person who needs a death certificate for the determination of payments under a credit insurance policy.

The list of persons with a direct and tangible interest in vital statistics records is limited to the thirteen enumerated categories listed above. My client is not satisfied that you have a direct and tangible interest in the record you seek, and you have not claimed to have such an interest. Therefore, because you are unable to satisfy HRS § 338-18(b)(9), the Director of Health cannot provide to you the birth record you seek.

Based on the above, please be advised that this letter serves as written objection to your subpoena pursuant to Rule 45(c)(2)(B), Federal Rules of Civil Procedure.

Very truly yours,

Jill T. Nagamine
Deputy Attorney General

cc: Loretta Fuddy, Director of Health