# EXHIBIT 1

| SELECTIVE SERVICE NUMBER | SOCIAL SECURITY NUMBER | SEX | DATE OF BIRTH |
|---|---|---|---|
| 61-1125539-1 | 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 | M | 08-04-61 |

(Do Not Write in the Above Space.)

61-1125539-1    50    01128-000350

BARACK HUSSEIN    OBAMA

2-02

If you have already reached age 26 or will do so in the current calendar year, you are no longer required to notify Selective Service of any future changes of address or changes to any other items on your registration record.

**Change of Information Form**

If any information shown is incorrect, make corrections, sign, and return this top portion to
Selective Service System, P.O. Box 94636, Palatine, Illinois 60094-4636.
Persons are not required to respond to this collection of information unless it displays a valid OMB
control number. The valid OMB control number of this information collection is OMB-3240-0003

TODAY'S DATE _____    SIGNATURE OF REGISTRANT _____

**GPO**  U.S. GOVERNMENT PRINTING OFFICE 2010-634-135/20001    SSS Form 3B (May-07)

- - - - - - - - - - - - - - - - - - - - (Cut along dotted line.) - - - - - - - - - - - - - - - - - - - - 



**Dear Registrant:**

Please keep this letter as legal proof of your registration. Or, you may keep only the wallet sized registration acknowledgment provided below for your convenience.

Use the top portion of this letter to update and/or correct your information. Please review it carefully. Mark through any mistakes and write in the correct information. If you made any changes, cut off the top portion of this letter, and mail it to the Selective Service System using the envelope provided. **If your information is correct, do not return this form.** However, when any of your information changes, you are required to notify the Selective Service System within 10 days. If changing only your address, you may go to www.sss.gov.

**FOR NON-IMMIGRANT ALIENS:** If you are on a valid visa and believe that you were registered in error, send this entire form and a copy of your I-94, I-95A, or Border Crossing Card (DSP-150) to: Selective Service System, P.O. Box 94638, Palatine, Illinois 60094-4638.

If you have questions about the Selective Service System, call 1-847-688-6888.

**Thank You!**

Here's your official

Registration Acknowledgment

Cut it out and safeguard it as your proof of having registered.

**Registration Acknowledgment**    SSS Form XX (May-07)

| SELECTIVE SERVICE NUMBER | | SOCIAL SECURITY NUMBER |
|---|---|---|
| 61-1125539-1    08-04-61 | | 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 |

BARACK HUSSEIN    OBAMA

The Selective Service System thanks you for registering.
This form is your official Registration Acknowledgment.
Cut it out and safeguard it as your proof of having registered.

_____
SIGNATURE OF REGISTRANT

Lawrence G. Romo

# EXHIBIT 2

 # Social Security Number Verification System (SSNVS)

◼ SSNVS Help

## SSN Verification Results

Employer's EIN
Records Submitted    1
Failed    1
Verified Records    0

Verify More SSNs
When the SSNs verify
Verify

The following table displays your submitted results. The first column indicates if the submitted record verified, failed or employee is deceased. The first five digits of the SSN will be masked for verified records and records with a verification results code of 2, 3, 4 or 6.

- **Failed** - Data does not match Social Security Administration's records. Select *What to do if an SSN Fails to Verify* for more information

- **Deceased** - Data matches Social Security Administration's records, and our records indicate that the person is deceased. For more information, please contact our general SSA information line at 1-800-772-1213 (TDD/TTY 1-800-325-0778) or your local Social Security field office. Select *Field Office Locator* to find the office nearest you

- **Verified** - Data matches Social Security Administration's records

| Results | SSN 999999999 | First Name | Middle Name | Last Name | Suffix | Date of Birth MMDDYYYY | Gender F/M | Verification Results |
|---|---|---|---|---|---|---|---|---|
| Failed | 042684425 | BARACK | | OBAMA | - | 08041961 | M | 1 |

| Verification Results | |
|---|---|
| Code | Description |
| 1 | SSN not in file (never issued) |

Have a question? Call **1-800-772-6270** Mon - Fri 7AM to 7PM Eastern Time to speak with Employer Customer Service personnel. For TDD/TTY call **1-800-325-0778**

**EXHIBIT 3**



# SOCIAL SECURITY

June 27, 2011

Dr. Orly Taitz, Esq.
Defend Our Freedoms Foundation
29839 Santa Margarita Parkway
Suite 100
Rancho Santa Margarita, CA  92688

Dear Dr. Taitz:

This is in response to your Freedom of Information Act (FOIA) request dated
October 4, 2010, in which you requested the dates for the Form SS-5 revisions.

Although we previously responded that FOIA does not require agencies to answer
questions or do research in order to respond, we created a document in response to your
FOIA request that provides the information you requested.  I have enclosed the document
showing dates for the Form SS-5 revisions.  In addition, we are providing another copy of
Stanley Ann Dunham's SS-5, which shows a clearer revision date.

We hope you find this information useful.

Sincerely,

Dawn S. Wiggins

Dawn S. Wiggins
Freedom of Information Officer

Enclosures

Versions of Form SS-5

| 1 | 1936: First version |
|---|---|
| 2 | 9/42 |
| 3 | 7/56 |
| 4 | 7/69 |
| 5 | 10/69 |
| 6 | 2/73 |
| 7 | 7/74 |
| 8 | 9/75 |
| 9 | 1/76 |
| 10 | 11/77 |
| 11 | 2/78 |
| 12 | 5/78 |
| 13 | 8/78 |
| 14 | 11/78 |
| 15 | 8/79 |
| 16 | 9/79 |
| 17 | 10/80 |
| 18 | 2/81 |
| 19 | 10/81 |
| 20 | 7/82 |
| 21 | 11/82 |
| 22 | 1/83 |
| 23 | 8/83 |
| 24 | 1/84 |
| 25 | 5/84 |
| 26 | 8/84 |
| 27 | 1/85 |
| 28 | 8/85 |
| 29 | 10/86 |
| 30 | 11/86 |
| 31 | 2/87 |
| 32 | 2/88 |
| 33 | 3/88 |
| 34 | 5/88 |
| 35 | 9/89 |
| 36 | 2/98 |
| 37 | 3/2001 |
| 38 | 11/2002 |
| 39 | 9/2003 |
| 40 | 10/2003 |
| 41 | 12/2005 |
| 42 | 5/2006 |
| 43 | 8/2009 |

# APPLICATION FOR SOCIAL SECURITY ACCOUNT NUMBER

REQUIRED UNDER THE FEDERAL INSURANCE CONTRIBUTIONS ACT

READ INSTRUCTIONS ON BACK BEFORE FILLING IN FORM

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

DO NOT WRITE IN THIS ABOVE SPACE

**STANLEY    ANN    DUNHAM**

PRINT FIRST NAME, MIDDLE NAME, LAST NAME

1. 3206 E. LEXINGTON MEADE IS., WASH?

2. November 29, 1942

3. WICHITA    KANSAS
   PLACE OF BIRTH

STANLEY ANN DUNHAM

8. MOTHER'S NAME BEFORE HER MARRIAGE

MADELYN LEE PAYNE

**STANLEY ARMOUR DUNHAM**

14. SIGN YOUR NAME AS USUAL

*Stanley Ann Dunham*

DO NOT WRITE IN THIS SPACE

| (STATE) | | PRINT FULL NAME GIVEN YOU AT BIRTH |
|---|---|---|

**Is., Wash.**   STANLEY ANN DUN

| (YEAR) | 6 | PLACE OF BIRTH   (CITY) | (COUNTY) |
|---|---|---|---|

**1942**   6   WICHITA

| M | 8 | MOTHER'S FULL NAME BEFORE EVER MARRIED, REGARDLESS OF |
|---|---|---|

**MADELYN LEE PA**

| R, SPECIFY) | | HAVE YOU EVER BEFORE APPLIED FOR OR HAD A SOCIAL SECURITY OR RAILROAD RETIREMENT NUMBER? | YES ☐ | (MAR |
|---|---|---|---|---|

| | 11 | IF ANSWER IS "YES", PRINT THE STATE IN WHICH YOU FIRST APPLIED AND WHEN | STATE |
|---|---|---|---|

| (STATE) | | ALSO PRINT YOUR ACCOUNT NUMBER IF YOU KNOW IT | |
|---|---|---|---|

OUR NAME AS USUALLY WRITTEN (DO NOT PRINT)

*Stanley Ann Dunham*

REVENUE SERVICE   (Revised 7-56)



(R)
42

6    PLACE OF BIRTH      CITY

**WICHITA**

8    MOTHER'S FULL NAME BEFORE EVER MARRI

*MADELYN L*

(FY)    HAVE YOU EVER BEFORE APPLIED
FOR OR HAD A SOCIAL SECURITY OR
RAILROAD RETIREMENT NUMBER?

11    IF ANSWER IS "YES" PRINT THE
STATE IN WHICH YOU FIRST
APPLIED AND WHEN

ATE)    ALSO PRINT YOUR ACCOUNT
NUMBER IF YOU KNOW IT

ME AS USUALLY WRITTEN (DO NOT PRINT)

*tanley Ann Du*

NUE SERVICE   (Revised 7 50)

# EXHIBIT 4

# These are 161 typed characters selected from Obama's birth certificate that do not match each other for style or size.

AAAAEEHHHHKKMM

RRSSSUUaaaaaaaa

aaaaaaaaaaaaaaaa

cccccceeeeeeeffgg

iiiiiiiiiiiiiii

lllllllll.lnnnnn

nnnnnnnnnnnnoooo

ooooooocpprrrr

ssssssstttttttt

uuuuuuuuuuuuuww

yyyyy 1ll122,,,,,

# AAEEKKMM

# RRSSUUss

# aaaaaa cc

# eeffggii

# llnnpprr

# ttttttttt

# uuyyll22

BARACK HUSSEIN OBAMA, II

MaleAugust4, 1961 724, P

Honolulu Oahu

Kapiolani Maternity & Gynecological Hospital

Honolulu Oahu Honolulu, Hawaii

5085 Kalanianaole Highway

BARACK HUSSEIN OBAMA African

25 Kenya, East Africa Student University

STANLEY ANN DUNHAM Caucasian

18 Wichita, Kansas None

A A E E K K M M

R R S S U U s s

a a a a a a c c

e e f f g g i i

l l n n p p r r

t t t t t t t t

u u y y 1 1 2 2







State of Florida
County of Palm Beach

this 9th day of June 2011

MICHAEL GERLICK
Notary Public, State of Florida
My Comm. Expires Nov. 29, 2013
No. DD943069

# EXHIBIT 5

Social Security fraud



APPLICATION FOR SOCIAL SECURITY ACCOUNT NUMBER

222-24-

APPLICATION FOR SOCIAL SECURITY ACCOUNT NUMBER

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

| | | | |
|---|---|---|---|
| John | Thomas | Mc Lemore | |

Mailing address: Bx 656 Mena Ark

Age on last birthday: 87   Date of birth: 8/30/73

Place of birth: Gray Rock Franklin Texas

Father's full name: Marion F McLemore

Mother's name before marriage: Lucy V Hutchins

Business name of employer: Self Employed

Today's date: 3/15/60

**EXHIBIT 6**

**Dr. Orly Taitz, Esq.**
**29839 Santa Margarita Parkway, STE 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
E-Mail: dr_taitz@yahoo.com

UNITED STTES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Dr Orly Taitz, Esquire, Pro Se, | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | Civil Action: |
| v. | ) | |
| | ) | |
| Barrack Hussein Obama, | ) | |
| Defendant | ) | |

### Affidavit of John N. Sampson

1.      My name is John N. Sampson. I am over 18 years of age, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2.      I am a citizen of the United States of America. I am 59 years old, and was born in Jackson Heights, Queens, New York and raised in the State of New York.

3.      I am the Chief Executive Officer, Owner, and Operator, of CSI Consulting and Investigations LLC, a consulting and private investigative firm registered with the Secretary of State of Colorado as a Limited Liability Company pursuant to the laws of the State of Colorado. The company was formed in the State of Colorado on January 2, 2009 and is in good standing with the Secretary of State of Colorado  Colorado does not have any licensing requirements or provisions for private investigators.

4.      I am a retired Senior Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), having retired after 25 plus years of credible federal service, on August 30, 2008  (See Exhibit "A", attached)

1

5      As a result of my former employment, and in furtherance of my current employment, I have appeared as an expert witness in numerous courts throughout the United States, having been admitted as an expert witness in the areas of immigration law, immigration enforcement, immigration fraud, immigration marriage fraud, visa fraud, Violence Against Women Act fraud, and as a forensic document analyst. The States in which I've testified as an expert witness include Colorado, New York, Arizona, Florida, Nebraska. I have also been endorsed as an expert witness relating to the aforementioned areas in California, Massachusetts, and Florida.

6.      I have personal knowledge of all of the facts and circumstances described herein below and will testify in open court to all of the same.

7.      From my personal experience having dealt with the verification of social security numbers being used by illegal aliens in violation of law, when there is a need for verification of the legitimacy of a Social Security number, certain information can be, and is routinely, obtained from the Social Security administration on questionable social security numbers that is permitted to be released under the Privacy Act. This information is of non identifying nature and includes, but is not limited to:

   a.      The exact date that the social security number in question was issued;

   b       The zip code to which the Social Security number card was mailed to;

   c.      The age of the applicant at the time they applied for the Social Security number in question.

   d.      The gender of the applicant who applied for the Social Security number in question.

8.      While this information does not provide the identity of the account holder which is Privacy Act protected, it is beneficial in determining if a suspect social security number is being used fraudulently or being misused by someone other than the rightful account holder without violating the provisions of the Privacy Act. If the Social Security Administration should refuse to provide the requested information, a court order directing the release of the aforementioned non identifying information would be useful and beneficial in determining if a particular social security number was being misused in violation of Title 42 United States Code, Section 408(a)(7)(B), a felony cognizable under the laws of the United States.

9      I swear under the penalties of perjury that all the facts stated and circumstances described above are true and correct to the best of my knowledge and belief.

10.      I have not been compensated for making this affidavit.

Further, Affiant sayeth not

Signed and executed in Strasburg, Colorado on this 23 rd day of September, 2010.

2

By _____
John N. Sampson

Signed and subscribed to this ___23rd___ day of September, 2010 in Strasburg, Adams County,
State of Colorado.

_____          my commission expires 1-11-11
Notary Public  Adams County, Colorado

3

*Office of Detention and Removal Operations*
**U.S. Department of Homeland Security**
425 I Street, NW
Washington, DC  20536



**U.S. Immigration
and Customs
Enforcement**

AUG **2 2**

Mr. John Sampson
Office of Detention and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
Denver Field Office
4730 Paris Street
Denver, CO  80239

Dear Mr. Sampson:

On the occasion of your retirement after more than 25 years of service, I would like to take this
opportunity to express my sincerest appreciation and best wishes.

In the course of your dedicated service to the Immigration and Naturalization Service
and your time with the Department of Homeland Security, U.S. Immigration and Customs
Enforcement, we have seen many changes and accomplishments and you have contributed
significantly to those.  Your expertise and professionalism were displayed in all aspects of your
work.

You have distinguished yourself through the years and you should feel proud of your lasting
accomplishments.  Your knowledge and dedication will be greatly missed, but know that the
program and agency have benefited greatly because of your work and numerous contributions.

On behalf of the Office of Detention and Removal Operations, I extend our most sincere
appreciation.  We wish you all the best in your future endeavors and much happiness for you and
your family.

Sincerely,

James T. Hayes, Jr.
Acting Director

www.ice.gov

# EXHIBIT 7

**THEREPOSITORY™**
## ARCHIVE INDEX SYSTEMS, INC.
IMAGING TECHNOLOGIES TO EXPAND MAN'S KNOWLEDGE
P.O. Box 40135
**BELLEVUE, WASHINGTON 98015**
(425) 643.1131; FAX (240) 384-7297
For response to this letter dvohold@comcast.net

**RESELLERS OF**
PRODUCTION DOCUMENT SCANNERS
WIDE-FORMAT SCANNERS
CHECK SCANNERS
.B-BASED DOCUMENT IMAGING SOFTWARE
SCANNING SOFTWARE

**WEB PAGES**
www.archiveindex.com
www.wholesalecheckscanners.com

May 22, 2011

# Revised and Expanded Affidavit

I, Douglas B. Vogt, am over 18 years old, do not suffer from any mental impairment, have personal knowledge in the following and attest under penalty of perjury that I have knowledge and expertise in documents, imaging, scanners and document imaging programs. Based on my knowledge and expertise the following is true and correct

## My Credentials

I have a unique background for analyzing this document. I owned a typesetting company (Nova Typesetting) for 11 years so I know type and form design very well. I currently own Archive Index Systems since 1993, which sells all types of document scanners worldwide and also developed document imaging software (TheRepository). I know how the scanners work and their capabilities. I have also sold other document imaging programs, such as Laser Fiche, Liberty and Alchemy. I have sold and installed document imaging systems in city and county governments, so I know their procedures with imaging systems and everything about the design of such programs. This will be important in understanding what has happened with Obama's Certificate of Live Birth. I also have a good working knowledge of Adobe Photoshop and Illustrator.





Figure 1. Tiff image of the Obama's Certificate of Live Birth dated August 8, 1961.

Figure 2. The microfilmed Certificate of Live Birth of Susan Nordyke dated August 11, 1961.

What I Discovered about Obama's Certificate of Live Birth and why it is a Forgery.

What the Obama administration released is a PDF image that they are trying to pass off as a Certificate Live Birth Long Form printed on green security paper by the County Health Department, but this form is a created forgery. Ironically the country has a lot to thank Mr. Donald Trump and Mr. Jerome Corsi and his new book, because they made President Obama's birth certificate a public issue which in turn forced the White House to produce this forgery to answer both of them. The Obama Certificate of Live Birth Long Form is a forgery for the following reasons.

**1. Curved and non-curved type.** The image we are looking at was scanned in grayscale and some part in binary which cannot be on the same image. The reason I know this is because of the shadowing along the gutter (left-hand side) is produced by scanning in grayscale. It also means that the county employee who did the original scanning of all the forms, did not take the individual pages out of the post binders. The result is that all the pages in that book display a parallax distorted image of the lines and type. They curve and drop down to the left. If you look at line 2 (Figure 3) on the form that says *Sex* you will notice the letters drop down one pixel but the typed word *Male* does not. Also notice the line just below *Male* drops down 3 pixels.



Figure 3. Line 2 of the form. Baseline differences.

The second incident of this parallax problem is seen in line 6c *Name of Hospital or Institution* (Figure 4). The word *Name* drops down 2 pixels, but the typed hospital name, *Kapiolani*, does not drop down at all, and again the line just below drops down 2 pixels, but not the name *Kapiolani.*

The conclusion you must come to is that the typed in form was superimposed over an existing original Certificate of Live Birth form. In fact, since I found some of the form headings scanned in as binary and grayscale, the form itself is a composite but the person who created it did not flattened the image of the blank form and save it as one file before they started placing the typewriter text on the composite form. The individual(s) who perpetrated this forgery could not evidently find a blank form in the clerks imaging database, so they were forced to clean up existing forms and overlay the typewriter type we see here. The forger was also looking for certificates with the correct stamped dates and that is why I think they used more than one original form. At first I wondered why the forger didn't just typeset the entire form from scratch and overlay the type and not have to worry about the parallax problem. Then I remembered that in the early 1960s there was no phototypesetting and this form was set in hot metal from a linotype machine. The type design I think

2

is Times Roman but they could never replicate the exact design. They were stuck having to use existing forms that were scanned in using binary and grayscale.



Figure 4. Line 6c at 500%. The typewriter name of the hospital does not drop down 2 pixels.

**2. There is a white haloing around all the type on the form**. Figure 5 is an example of this. This effect should not appear on a scanned grayscale image. Figure 6 is a grayscale image scanned in at 240 dpi. You will notice that there is no haloing effect around the type and also the security pattern is seen through the type. Figure 7 is a color image where you can clearly see the security green color through the type and no haloing. Figure 8 shows a Black and White (binary) image of the same type. The important thing to remember is that you cannot have grayscale and binary on the same scan unless the image is a composite. This means that different components of the whole image are made up of smaller parts. Figure 9 is an enlarged version of Figure 6 showing what grayscale letters should look like compared to binary.



Figure 5. Obama's form          Figure 6. Grayscale.          Figure 7. Color image.

The next question would be: What would have caused the haloing effect? We know that all the original Certificates of Live Birth (COLB) were microfilmed because we can see the Nordyke Certificate (Figure 2) was microfilmed. Then some time after 2004 the paper original copies, in post binder books, were scanned using a commercial document scanner with a flatbed, scanned as grayscale images. The forger was working with two types of images. He/she may have used images printed from the microfilmed copy and then scanned the printout in grayscale. At that point the forger would have to invert the image so as to have a white background, black type. Figure 10 is an example of an inverted image of Figure 2. The result would be like Figure 9 but a whiter background. The image I am working with in Figure 10 is only 94 DPI but the forger was working with much higher resolution (≥240 dpi). At that point the forger converted the grayscale to a binary image and placed it onto the background form image. The problem was that there were still image values for the pixels around the placed type so when he/she placed the type image over the

background and instructed the program to bring the type "forward" it blanked out the background image, hence the halloing effect around the type.





Figure 8. Binary image.        Figure 9. An enlarged version of Figure 6 showing grayscale type.



Figure 10, Inverted image of Figure 2.

**3. The Obama Certificate is loaded with both binary and grayscale letters** which is just another smoking gun that this form is a forgery. It appears the lines and some of the boxes were scanned using grayscale, but only some of the form headings were grayscale and sometimes it is only some letters. Figure 11 and Figure 4 give one example. You will notice that the *H* and, *al,* in Hospital, *I* in Institution, *(If* and again the *h* and *I* in hospital were grayscale images, but the rest of the line is binary. The typewriter line below was scanned in as a binary image. I can also tell you for certainty that the form type was scanned in at a lower resolution ($\leq$200 dpi). This is because of the size of the pixels on the letters were such that the openings on the *a* and *s* on the first line are not visible and filled in. This may also further indicate that forger took some of the type images from the microfilmed copies.

**Hospital or Institution (If not in hospital c**

**)lani Maternity & Gyneco**

4

Figure 11. showing a mixture of grayscale and binary type on the same line.

Another example is found in form box 1a, his name *BARACK*. For some reason the "R" is a grayscale image and the rest is binary (Figure 13). That means the "R" was originally on the form and the rest was not until it was added.

The question again is: Why did the forger leave some grayscale type images in the form and not just erase the whole form? The answer is that he/she needed the grayscale images to re-establish the baseline of the type for the superimposed binary type. This also told me that the forger was an experienced graphic artist.



Figure 13. Another example of grayscale and binary on the same line.

Another example is the Certificate number itself (Figure 14). The last "1" on the form is a grayscale image but the rest of the numbers are not. This is just another example of a cut and paste job. It also means we do not know what the real Certificate number is if there even is one. There are other form boxes that display the same feature, boxes: 5b, 7e, 11, 13, 16, 18a.



Figure 14. The last "1" is grayscale, but the rest are binary.

**4. The Sequential Number is a fraud.** I would like you to refer back to Figures 1 and 2. You will notice that Barack Obama was supposed to have been born on Friday at 7:24 p.m. August 4, 1961 and the local registrar supposedly accepted it on Tuesday August 8, 1961 and hand stamped the Certificate number "61 10641." Then notice that the other Certificate of Susan E. Nordyke was born on Saturday at 2:12 p.m. August 5, 1961 and another registrar date stamped it on August 11, but her Certificate number is "61 10637." Susan Nordyke was a twin and her sister's Certificate number is 61 10638. Keep in mind there would be only one bates stamp machine in the office so the numbers would all be unique. There cannot be any duplicates so every Certificate has a unique serial number. Obama's Certificate would have most likely been mailed on the following Monday, the 7th and received by the Clerk Tuesday the 8th. Susan Nordyke and her sisters' Certificates looks like they were mailed sometime earlier that week and not accepted until the 11th but Susan has a Certificate 4 numbers less than Obama's. It is impossible to have Obama's Certificate number to be four numbers higher than a Certificate that came in 3 days later.

5

As stated in #3 the last "1" on the form is a grayscale image but the rest of the numbers are not (Figure 14), again irrefutable proof that the Certificate number is a composite of two numbers and hence a forgery. This forgery comes under a separate offense and carries with it 5-years in prison [see Appendix D: Title 19, Ch.47, Sec, 1028(d)1].

The facts I have shown you in #3 and 4 tell me several things about how this forgery was assembled. 1. Some person(s) in the Health Department, who had access to the document imaging program, searched the database for someone close to the actual birth date of Obama and found someone near the 4th of August, if in fact he was born on the 4th and we should not assume that at all. Obama may have chosen the 4th of August because they had a baby who died close to his date of birth. The clerk may have crossed referenced the death database to find someone who had died and had a birth date close to Obama's. It has been reported that an infant girl named Virginia Sunahara was born on August 4, 1961 at Wahiawa Hospital in Wahiawa, Oahu, HI who died on August 5, 1961 at the Kapiolani Women and Children's Medical Center, due to complications. This happens to coincide with date of birth and birthplace of the Nordyke twins. We could make two assuming here. The first would be that the Wahiawa Hospital would have filled the COLB form as customary and mailed it to the County Health Department and the Kapiolani Medical Center would have filled out the death certificate. The other less probable would be that her medical records were transferred to Kapiolani Hospital and they would produce the birth certificate and later the death certificate was later included in the group of birth certificates that contained the Nordyke twins.

The Federal Government wanted the States to cross reference the birth and death databases so the database would have that information. The date stamps have two different colors and sizes (see #5 below) which indicates that both dates came from different Certificates. We can conclude from this that more than one person was involved in the Hawaii Department of Health to assemble the different components that were used and also do the database searches to find the right Certificates to create the fraudulent Certificate of Live Birth and finally someone who signed the fraudulent certificate. I believe that after all the components were assembled they were then given to a graphic artist to actually assemble the whole thing and create the finished forgery. That graphic artist could be located anywhere. In short this was a multi-state conspiracy to defraud the United States.

**5. Two different colors and font sizes in Form box 22 and 20 *Date Accepted by Reg. General.***
What is very revealing about this box and date entry is there are two different colors on both lines where there should be no color at all. Both lines were scanned using binary mode, but I see two different colors (Figure 15). What I think this is showing us is that the person who put this fraud together was looking for a form that had the right date namely "August 8 19_1." As you can see the only things that are printed in dark green (R=71, G=92, B=73) are "Date A" and "**AUG -8  6**." The rest of the type is in black. This tells me that the forger was working in color mode and what they copied from had a color value for some reason unless they put a color value on it. ~~Finally the font size of the rubber stamp in box 22 is larger than the stamp used in box 20. This is unlikely because the same rubber stamp would have been used, at the same time, by the same registrar to stamp the dates in both places and sign the form in box 21. Since we have two size letters and numbers, this means these elements were taken from two separate forms that may have been years apart using different rubber stamps.~~

**22.**

Figure 15. Two different colors, dark green and black.

The same thing is found in form box 20 "Date Accepted by Local Reg." Figure 16 again shows that the date has two different colors. The **"AUG -8 196"** is in dark green (R=87, G=111, B=87) and the **"1"** is in black. Yet again another irrefutable proof this form is a forgery. Form box 17a displays the same two color image in the word "None". The "Non" is in dark green.

**20. Date Accepted by Local Reg.**

Figure 16. Another example of two colors on the same line.

**6. The official seal is not part of the Certificate of Live Birth.** The Hawaiian law (Section 11-1-2 Seal of the Department of Health) states:

> a) The official seal of the department of health shall be circular in shape, **two and one-fourth inches in diameter.** At the curve on the top portion there shall be the words "DEPARTMENT OF HEALTH" and at the curve on the bottom portion there shall be the words "STATE OF HAWAII." At the curve on each side portion shall be a star. In the center of the seal shall be the Caduceus, a winged rod entwined with two serpents, which has long been recognized as a universal symbol of medicine. The Caduceus shall be encircled by an indentation, which shall separate it from the words "DEPARTMENT OF HEALTH" and "STATE OF HAWAII ."



Figure 17, Seal on Obamas Short Form          Figure 18: Nordyke seal from 1966          Figure 19: Obama's COLB long form Apr.2011

The first Certificate of Live Birth Obama the candidate produced in June of 2008 was the "Short Form" of the COLB. It had the Department of Health's seal embossed on it (Figure 17) appearing on it about 3" from the bottom of the 11 inch paper. That told me the Health Department is using an electric embosser, which applies ample pressure to leave a clearly visible embossment. Hand seal embossers have only 1¾ inch or less, clearance for a 2¼ inch seal, from the edge of the paper. The Health Department seal does not appear obvious on the Obama COLB. A good embossment will

7

distort the type and lines on a form and is clearly visible (Figure 21). Even on the Nordyke Certificate (Figure 18) in spite of it being an inverted image from a microfilmed image, it is clearly seen. Figure 19 shows Obama's seal on the COLB presented on April 27, 2011 is visible only because a color filter was used to see it, otherwise it completely disappears in the design of the security paper (Figure 20).



Figure 20: Seal on Obama's COLB From April 27, 2011.    Figure 21: Hand stamped seal from an original COLB from 1962.

The official seal on the Obama COLB is a second or even third generation image from another form. The seal embossing did not distort the lines or type on the form and it most likely was never part of his Certificate. Yet another indication this Certificate of Live Birth is an obvious forgery.

### 7. The hand stamped certification from the current registrar is a forged stamped notice.

The Department of health has the right to produce a legal copy of the original Certificate of Live Birth to people who have the appropriate right to receive one. The Clerk in the office would search the document imaging database and retrieve the correct Certificate. The Clerk would then print out the Tiff image on the green security paper. They would then take a rubber stand that states the following: I CERTIFY THIS IS A TRUE COPY OR ABSTRACT OF THE RECORD ON FILE IN THE HAWAII STATE DEPARTMENT OF HEALTH. Then below this notice would be the likeness of the State Registrar's signature, in this case it was Alvin T. Onaka, Ph.D. Then the clerk would stamp the date to the left of the certification. See Figure 22 for a Certificate done one month before the Obama's April 25, 2011 Certificate. Please note that since it is a hand stamp the certificate stamp is skewed up on the right-hand side.



Figure 22. Registrar stamp on a persons Certificate done March 2011.

Now let us look at the Obama's Certificate (Figure 23) supposedly done on Aril 25, 2011. Notice the registrars' rubber stamp has an error on the word "the" which reads "TXE," but this error does not show up on the same rubber stamp used one month before. In Figure 24 you will see an enlargement of the word. You will notice that the "X" had been created by the graphic artist by filling in pixels so it appears like an "X" but it really is not. Also notice that the whole stamp is too straight on the form. The red lines drawn under two of the lines of type are aligned with the pixels. The stamp rises only two pixels over 3". My conclusion is that the whole stamp was placed there by

the graphic artist to look as straight as possible. The only problem is that no hand stamped notice like this would be placed that perfect on the page.

I CERTIFY THIS IS A TRUE COPY OR
ABSTRACT OF THE RECORD ON FILE IN
THE HAWAII STATE DEPARTMENT OF HEALTH

APR 2 5 2011

*Alvin T. Onaka, Ph.D.*
STATE REGISTRAR

Figure 23. Obama's Registrar stamp with the errors on it,



Figure 24. Enlargment of the "TXE."

Other investigators have mentioned what looks like an italic "*E*" under the capital A in Alvin. In Figure 22 the same artifact does not appear. We have to assume either the artifact was already on the security image the forger used, and forgot to erase it, or it was placed there deliberately for some reason that we don't know yet.

**8. Multiple layers in the PDF file from the White House.** I am not the first one to find this fact and they deserve the credit for discovering it. What they discovered is that when you open up the PDF file in Adobe Illustrator and you turn on layers, you see a long list of nine different layers that correspond to different sections of the form, including the signatures on the form. Figure 25 shows the layer that contains most of the Typewriter and form text.

I discovered using just my Adobe Acrobat 8 Standard that I could also see the different components disappear when I enlarged the image to just 400% and used the "hand" tool to quickly move around the image. When I moved the image fast, the various type components would disappear from the form but the lines stayed just as I had concluded.

I also opened up the White House PDF file in WordPad so I could see the codes and headers in the file. There I discovered the evidence for the 9 layers embedded in the code (see below). The big surprise I discovered was that the file was finished or created on April 27, 2011 and the copy I had downloaded from the White House web site was modified on April 28, 2011 at 9:58 AM, the day after the news conference. The whole White House story that the President had his Seattle based lawyer fly to Hawaii and pick up a signed and stamped paper Certificate of Live Birth and fly directly to Washington DC, is obviously not the document the public has been shown. In other words the whole story is not true. The Press Secretary proudly stated that he personally put up the PDF on the White House web site and that's probably all they got was the PDF by e-mail.

```
2 0 obj
<</Subtype/XML/Length 3759/Type/Metadata>>stream
<xap.                        T12.09:24Z</xap:CreateDate>
    <xap.CreatorTool>Preview</xap.CreatorTool>
    <xap:                    T09:58:24-07:00</xap:ModifyDate>
    <xap.MetadataDate>2011-04-28T09:58:24-07:00</xap:MetadataDate>
```

The following are the header codes for the 9 layers embedded throughout the file.

```
13 0 obj
<</Subtype/Image/Length 299366/Filter/DCTDecode/BitsPerComponent 8/ColorSpace 9 0 R/Width 1652/Height 1276/Type/XObject>>stream
14 0 obj
<</Subtype/Image/Length 67980/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 1454/Height 1819/Type/XObject>>stream
15 0 obj
<</Subtype/Image/Length 5510/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 199/Height 778/Type/XObject>>stream
```

16 0 obj
<</Subtype/Image/Length 480/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 42/Height 274/Type/XObject>>stream
17 0 obj
<</Subtype/Image/Length 633/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 123/Height 228/Type/XObject>>stream
18 0 obj
<</Subtype/Image/Length 436/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 47/Height 216/Type/XObject>>stream
19 0 obj
<</Subtype/Image/Length 173/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 34/Height 70/Type/XObject>>stream
20 0 obj
<</Subtype/Image/Length 671/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 243/Height 217/Type/XObject>>stream
21 0 obj
<</Subtype/Image/Length 344/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 132/Height 142/Type/XObject>>stream

This letter may have been accompanied by a CD with the files and images I worked from and the screen shots displayed in this report. I have also included MP4 files of the three videos listed below. You may freely use these images and text for your own report or public notice.

Some of the examples of the layering can be found on the following YouTube web sites.
This one shows the layering in Illustrator:
http://www.youtube.com/watch?v=wQAqvtXcnKg&feature=related

This one shows that letter "B" in box 1e and 8 are exactly the same. An example of cut and paste.
http://www.youtube.com/watch?v=aMLdrrC1-xs&feature=mfu_in_order&list=UL

Another good explanation of layering showing at least 9 layers.
http://www.youtube.com/watch?v=QNJfdKCIbH4&feature=related

The original PDF is on the enclosed CD with this report and you can also download it from the web site: http://www.vectorpub.com/Obamas_Certificate_Forgery.html. The discovering of nine layers in the PDF image didn't matter for my analysis 1 through 7 because I was able to export the image as a TIFF (18.35 MB) out of that PDF using my Adobe Standard software. So I was working from a flattened image and was able to find all that I did, in other words the layers were irrelevant to me but is just further proof that the Obama's Certificate of Live Birth is a forgery.



Figure 25: The layer that contains most of the forms text and typewriter text.

**A Rebuttal to the Discovery of the Multi Layers Found in the PDF File.**

The only rebuttal to the nine layers discovered in the PDF file released by the White House was a statement from a Canadian graphic artists from Quebec by the name of Jean-Claude Tremblay on April 29. It was reported by Fox News and on their web site at:

http://www.foxnews.com/politics/2011/04/29/expert-says-obamas-birth-certificate-legit/.

He tries to excuse the multi-layers as merely an artifact of an OCR (Optical Character Recognition) engine and then saved as a PDF. There are two major reason he is wrong and I know from his statement he knows nothing about OCR engines and how they work and their file structure. First of all the Obama PDF certificate was supposed to have come directly from the Health Departments office. As stated before, the records they have would have absolutely no reason to be OCRed and if they were asked to give the customer a PDF image it would be from their existing TIFF image stored in their document imaging program on the server. The program would have done no OCR processing at that time.

My qualifications on OCR programs are considerable. Our own document imaging program, TheRepository, has an OCR option from Expervision that is called TypeReader. We integrated TypeReader into our program but to do this we had to sign a non-disclosure statement with them and then we got their Took Kit and API. When an OCR program saves a file as a searchable PDF, the file contains three main files within it. The first file is an image file, usually a compressed Group4 TIFF. The second file is a ASCII text file and the last file is a matrix file that contains the X and Y coordinates of all the words in the document. The Starting point for the image file and the matrix file is usually the upper left hand corner of the image measured in pixels. The text file and matrix files would never be seen as separate layers and there is certainly no nine layers. The three files would be in a PDF "wrapper" and that's all. All OCR programs work on the same principle.

**Conclusion**

The Certificate of Live Birth Obama presented on television on Aril 27, 2011 is a forgery.

In witness whereof he has hereto set his hand and seal.

Name of Notary: _____

Title: _____

I, _____, a Notary Public of King County and the State of Washington aforesaid, hereby certify that Douglas B. Vogt personally known to me to be the affiant in the foregoing affidavit, personally appeared before me this day and having been by me duly sworn deposes and say that the facts set forth in the above affidavit are true and correct.

Witness my hand and official seal this the 22nd day of May, 2011.

_____
Notary Public

My Commission Expires: ___ / ___ /2011

Notary Public
State of Washington
ZACHARY S NIEBRUEGGE
My Appointment Expires Aug 9, 2011

_____
Douglas B. Vogt

11

**THEREPOSITORY™**

**ARCHIVE INDEX SYSTEMS, INC.**

IMAGING TECHNOLOGIES TO EXPAND MAN'S KNOWLEDGE

P.O. BOX 40135

**BELLEVUE, WASHINGTON 98015**

(425) 643.1131, FAX (240) 384-7297

For response to this letter:

RESELLERS OF
PRODUCTION DOCUMENT SCANNERS
WIDE-FORMAT SCANNERS
CHECK SCANNERS
.B-BASED DOCUMENT IMAGING SOFTWARE
SCANNING SOFTWARE

WEB PAGES
www.archiveindex.com
www.wholesalecheckscanners.com

May 10, 2011

# Affidavit

I, Douglas B. Vogt, am over 18 years old, do not suffer from any mental impairment, have personal knowledge in the following and attest under penalty of perjury that I have knowledge and expertise in documents, imaging, scanners and document imaging programs. Based on my knowledge and expertise the following is true and correct

### My Credentials

I have a unique background for analyzing this document. I owned a typesetting company for 11 years so I know type and form design very well. I currently own Archive Index Systems since 1993, which sells all types of document scanners worldwide and also developed document imaging software (TheRepository). I know how the scanners work. I have also sold other document imaging programs, such as Laser Fiche, Liberty and Alchemy. I have sold and installed document imaging systems in city and county governments, so I know their procedures with imaging systems and everything about the design of such programs. This will be important in understanding what has happened with Obama's Certificate of Live Birth.





Figure 1. Tiff image of the Obama's Certificate of Live Birth dated August 8, 1961, presented on TV 4/27/2011.

Figure 2. Another Persons microfilmed Certificate of Live Birth dated August 11, 1961.

### What I Discovered about Obama's Certificate of Live Birth and why it is a Forgery.

What the Obama administration released is a PDF image that they are trying to pass off as a Certificate Live Birth Long Form printed on green security paper by the County Health Department. The form is a created forgery for the following reasons.

**1. Curved and non-curved type.** The image we are looking at was scanned in grayscale and some part in binary which cannot be on the same image. The reason I know this is because of the shadowing along the gutter (left-hand side). It also means that the county employees who did the original scanning of all the forms, did not take the individual pages out of the post binders. The result is that all the pages in that book display a parallax distorted image of the lines and type. They curve and drop down to the left. If you look at line 2 (Figure 3) on the form that says *Sex* you will notice the letters drop down one pixel but the typed word *Male* does not. Also notice the line just below *Male* drops down 3 pixels.



Figure 3. Line 2 of the form. Baseline differences.

The second incident of this parallax problem is seen in line 6c *Name of Hospital or Institution* (Figure 4). The word *Name* drops down 2 pixels, but the typed hospital name, *Kapiolani*, does not drop down at all. And again the line just below drops down 2 pixels, but not the name *Kapiolani*.



Figure 4. Line 6c at 500%. The typewriter name of the hospital does not drop down 2 pixels.

The conclusion you must come to is that the typed in form was superimposed over an existing original Certificate of Live Birth form from the county. In fact, since I found some of the form headings scanned in as binary and grayscale, the form itself is a composite but the person who created it did not flattened the image of the blank form and save it as one file before they started placing the typewriter text on the composite form. The individual(s) who perpetrated this forgery could not evidently find a blank form in the clerks imaging database, so they were forced to clean up existing forms and overlay the typewriter type we see here. The forger was also looking for certificates with the correct stamped dates and that is why I think they used more than one original form. At first I wondered why the forger didn't just typeset the entire form from scratch and overlay the type and not have to worry about the parallax problem. Then I remembered that in the early

2

1960s there was no phototypesetting and this form was set in hot metal from a linotype machine. The type design is Times Roman but they could never replicate the exact design. They were stuck having to use existing forms that were scanned in using binary and grayscale.

**2. There is a white haloing around all the type on the form.** Figure 5 is an example of this. This effect should not appear on a scanned grayscale image. Figure 6 is a grayscale image scanned in at 240 dpi. You will notice that there is no haloing effect around the type and also the security pattern is seen through the type. Figure 7 is a color image where you can clearly see the security green color through the type and no haloing. Figure 8 shows a Black and White (binary) image of the same type. The important thing to remember is that you cannot have grayscale and binary on the same scan unless the image is a composite. That means that different components of the whole image are made up of smaller parts. Figure 9 is an enlarged version of Figure 6 showing what grayscale letters should look like compared to binary.



Figure 5. Obama's form.        Figure 6. Grayscale.        Figure 7. Color image.

Figure 8. Binary image.        Figure 9. An enlarged version of Figure 6 showing grayscale type.

**3. The Obama Certificate is loaded with both binary and grayscale letters** which is just another smoking gun that this form is a forgery. It appears the lines and some of the boxes were scanned using grayscale, but only some of the form headings were grayscale and sometimes it is only some letters. Figure 10 and Figure 4 give one example. You will notice that the *H* and, *al*, in Hospital, *I* in Institution, *(If* and again the *h* and *l* in hospital were grayscale images, but the rest of the line is binary. The typewriter line below was scanned in as a binary image. I can also tell you for certainty that the form type was scanned in at a lower resolution (≤200 dpi). This is because of the size of the pixels on the letters were such that the openings on the *a* and *s* on the first line are not visible and filled in.

Figure 10. showing a mixture of grayscale and binary type on the same line.

3

Another example is found in form box 1a, his name *BARACK*. For some reason the "R" is a grayscale image and the rest is binary (Figure 11). That means the "R" was originally on the form and the rest was not until it was added.

# BARACK

Figure 11. Another example of grayscale and binary on the same line.

Another example is the Certificate number itself (Figure 12). The last "1" on the form is a grayscale image but the rest of the numbers are not. This is just another example of a cut and past job. It also means we do not know what the real Certificate number is if there even is one. There are other form boxes that display the same feature, boxes: 5b, 7e, 11, 13, 16, 18a.

# ARTMENT OF HEALT
# 61 10641

Figure 12. The last "1" is grayscale, but the rest are binary.

**4. The Sequential Number is a fraud.** I would like you to refer back to Figures 1 and 2. You will notice that Barack Obama was supposed to have been born on Friday at 7:24 p.m. August 4, 1961 and the local registrar accepted it on Tuesday August 8, 1961 and hand stamped the Certificate number "61 10641." Then notice that the other Certificate of Susan E. Nordyke was born on Saturday at 2:12 p.m. August 5, 1961 and another registrar date stamped it on August 11, but her Certificate number is "61 10637." Keep in mind there would be only one bates stamp machine in the office so the numbers would all be unique. There cannot be any duplicates so every Certificate has a unique serial number. Obama's Certificate would have most likely been mailed on the following Monday, the 7th and received by the Clerk Tuesday the 8th. Susan Nordyke's Certificate looks like it was mailed sometime earlier that week and not accepted until the 11th but she has a Certificate 4 numbers less than Obama's. It is impossible to have Obama's Certificate number to be four numbers higher than a Certificate that came in 3 days later.

The facts I have shown you in #3 and 4 tell me several things about how this forgery was assembled. 1. Some person(s) in the Health Department, who had access to the document imaging program, search the database for someone close to the actual birth date of Obama and found someone near the 4th of August. They may have crossed referenced the death database to find someone who had died and had a birth date close to Obama's. If you remember, the Federal Government wanted the States to cross reference the birth and death databases so the database would have that information. 2. The date stamps have two different colors and sizes (see #5 below) which indicates that both dates came from different Certificates. 3. More than one person is involved in the Hawaii Department of Health to assemble the different components that were used, do the database searches to find the right Certificates to create President Obama's fraudulent Certificate of Live Birth and finally sign the fraudulent certificate. I believe that after all the components were

assembled they were then given to a graphic artist to actually assemble the whole thing and create the finished forgery. In short this was a conspiracy to defraud the United States.

**5. Two different colors and font sizes in Form box 22 and 20** *Date Accepted by Reg. General.* What is very revealing about this box and date entry is there are two different colors on both lines. Both lines were scanned using binary mode, but I see two different colors (Figure 13). What I think this is showing us is that the person who put this fraud together was looking for a form that had the right date namely "August 8 19_1." As you can see the only things that are printed in dark green (R=71, G=92, B=73) are "Date A" and "AUG -8 6." The rest of the type is in black. This tells me that the forger was working in color mode. ~~Finally the Font size of the rubber stamp in box 22 is larger than the stamp used in box 20. This is unlikely because the same rubber stamp would have been used by the same registrar to stamp the dates in both places and sign the form in box 21. Since we have two size letters and numbers, that means these elements were taken from two separate forms that may have been years apart using different rubber stamps.~~



Figure 13. Two different colors, dark green and black.

The same thing is found in form box 20 "Date Accepted by Local Reg." Figure 14 again shows that the date has two different colors. The "AUG -8 196" is in dark green (R=87, G=111, B=87) and the "1" is in black. Yet again another irrefutable proof this form is a forgery. Form box 17a displays the same two color image in the word "None". The "Non" is in dark green.



Figure 14. Another example of two colors on the same line.

**6. Multiple layers in the PDF file from the White House.** I am not the first one to find this fact and they deserve the credit for discovering it. What they discovered is that when you open up the PDF file in Adobe Illustrator and you turn on layers, you see a long list of nine different layers that correspond to different sections of the form, including the signatures on the form. I discovered using just my Adobe Acrobat 8 Standard that I could also see the different components disappear when I enlarged the image to just 400% and used the "hand" tool to quickly move around the image. When I moved the image fast, the various type components would disappear from the form but the lines stayed just as I had concluded.

**A Rebuttal to the Discovery of the Multi Layers Found in the PDF File.**
The only rebuttal to the nine layers discovered in the PDF file released by the White House was a statement from a Canadian graphic artists from Quebec by the name of Jean-Claude Tremblay on April 29. It was reported by Fox News an on their web site at
http://www.foxnews.com/politics/2011/04/29/expert-says-obamas-birth-certificate-legit/.

He tries to excuse the multi-layers as merely an artifact of an OCR (Optical Character Recognition) engine and then saved as a PDF. There are two major reason he is wrong and I know from his statement he knows nothing about OCR engines and how they work and their file structure. First of all the Obama PDF certificate was supposed to have come directly from the Health Departments office. As stated before, the records they have would have absolutely no reason to be OCRed and if they were asked to give the customer a PDF image it would be from their existing TIFF image stored in their document imaging program on the server. The program would have done no OCR processing at that time.

My qualifications on OCR programs are considerable. Our own document imaging program, TheRepository, has an OCR option from Expervision that is called TypeReader. We integrated TypeReader into our program but to do this we had to sign a non-disclosure statement with them and then we got their Took Kit and API. When an OCR program saves a file as a searchable PDF, the file contains three main files within it. The first file is an image file, usually a compressed Group4 TIFF. The second file is a ASCII text file and the last file is a matrix file that contains the X and Y coordinates of all the words in the document. The Starting point for the image file and the matrix file is usually the upper right-left hand corner of the image measured in pixels. The test file and matrix files would never be seen as separate layers and there is certainly no nine layers. The three files would be in a PDF "wrapper" and that's all. All OCR programs work on the same principle.

**Conclusion**

The Certificate of Live Birth Obama presented on television on Aril 27, 2011 is a forgery.


In witness whereof he has hereto set his hand and seal.

Name of Notary: ~~ZACHARY~~ S. ~~NEBRUEGGE~~

Title: BRANCH MGR  U.S BANK

I, ZACHARY  S.  NEBRUEGGE , a Notary Public of King County and the State of Washington aforesaid, hereby certify that Douglas B. Vogt personally known to me to be the affiant in the foregoing affidavit, personally appeared before me this day and having been by me duly sworn deposes and say that the facts set forth in the above affidavit are true and correct.

Witness my hand and official seal this the 10th day of May, 2011.

Notary Public

My Commission Expires: 8 / 9 /20 11

Douglas B. Vogt

6

# EXHIBIT 8

**Affidavit**

STATE OF FLORIDA )
                 )S.S.
COUNTY OF DUVAL)

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment and can competently attest to the following under the penalty of perjury:

1.  I am a professional web developer having graduated with a bachelor's degree in IT at ITT Technical Institute in Indianapolis, IN.

2.  I have over ten years of experience of web designs and development and have often used software such as Adobe Photoshop and Adobe Illustrator.

3.  I downloaded from the official Whitehouse website, www.whitehouse.gov, April 27, 2011, the new birth certificate of Barack Obama II:
    http://www.whitehouse.gov/sites/default/files/rss_viewer/birth-certificate-long-form.pdf

4.  I observed that the birth certificate pdf file could be opened with Adobe Illustrator and the software revealed that this document has many layers of images on it. This indicates that the document was not a true copy of the original birth certificate, but a recently created document using Adobe Illustrator.

5.  I further observed that this document does not have an embossed seal normally affixed by civil registrars to attest to the authenticity of government issued documents.

FURTHER AFFIANT SAYETH NOT.

_____
FELICITO PAPA

SUBSCRIBED TO AND SWORN TO before me on April 28, 2011.

_____
NOTARY PUBLIC

GODFREY C WILLIS, JR.
Notary Public, State of Florida
My comm. exp. Jan. 24, 2014
Comm. No. DD 955008

STATE OF HAWAII — **CERTIFICATE OF LIVE BIRTH** — FILE NUMBER **151** — DEPARTMENT OF HEALTH **61 10641**

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| BARACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born | 5a. Birth Date | Month | Day | Year | 5b. Hour |
|---|---|---|---|---|---|---|---|
| Male | Single ☑ Twin ☐ Triplet ☐ | 1st ☐ 2nd ☐ 3rd ☐ | | August | 4 | 1961 | 7:24 P.M. |

| 6a. Place of Birth: City, Town or Rural Location | 6b. Island |
|---|---|
| Honolulu | Oahu |

| 6c. Name of Hospital or Institution (If not in hospital or institution, give street address) | 6d. Is Place of Birth Inside City or Town Limits? If no, give judicial district |
|---|---|
| Kapiolani Maternity & Gynecological Hospital | Yes ☑ No ☐ |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | 7e. Is Residence Inside City or Town Limits? If no, give judicial district |
|---|---|
| 6085 Kalanianaole Highway | Yes ☑ No ☐ |

| 7f. Mother's Mailing Address | 7g. Is Residence on a Farm or Plantation? |
|---|---|
| | Yes ☐ No ☑ |

| 8. Full Name of Father | | | 9. Race of Father |
|---|---|---|---|
| BARACK | HUSSEIN | OBAMA | African |

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother | | | 14. Race of Mother |
|---|---|---|---|
| STANLEY | ANN | DUNHAM | Caucasian |

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

| | | |
|---|---|---|
| I certify that the above stated information is true and correct to the best of my knowledge. | 18a. Signature of Parent or Other Informant — *(signed)* Ann Dunham Obama | Parent ☑ Other ☐  18b. Date of Signature  8-7-61 |
| I hereby certify that this child was born alive on the date and hour stated above. | 19a. Signature of Attendant — *(signed)* David A Sinclair | M.D. ☑ D.O. ☐ Midwife ☐ Other ☐  19b. Date of Signature  8·8·61 |
| 20. Date Accepted by Local Reg.  AUG –8 1961 | 21. Signature of Local Registrar — *(signed) U K Lee* | 22. Date Accepted by Reg. General  AUG –8 1961 |

| 23. Evidence for Delayed Filing or Alteration |
|---|
| |

APR 25 2011

I CERTIFY THIS IS A TRUE COPY OR ABSTRACT OF THE RECORD ON FILE IN THE HAWAII STATE DEPARTMENT OF HEALTH.

*(signed)* Alvin T. Onaka, Ph.D.
STATE REGISTRAR



# EXHIBIT 9

Dr. Orly Taitz, Attorney-at-Law
(California SBN 223433)
Orly Taitz Law Offices
26302 La Paz, Suite 211
Mission Viejo, California 92691
Telephone: (949) 683-5411
E-Mail: dr_taitz@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA (SOUTHERN) DIVISION

| | | |
|---|---|---|
| Captain Pamela Barnett, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action: |
| | § | |
| Barack Hussein Obama, | § | **SACV09-00082-DOC (Anx)** |
| Michelle L.R. Obama, | § | |
| Hillary Rodham Clinton, Secretary of State, | § | |
| Robert M. Gates, Secretary of Defense, | § | |
| Joseph R. Biden, Vice-President and | § | |
| President of the Senate, | § | |
| Defendants. | § | |

## Affidavit of Susan Daniels

1.     My name is Susan Elizabeth Daniels. I am over 18 years old, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2.     I am a citizen of the United States of America, I am 68 years old and I was born and raised in the State of Ohio.

3.     I am licensed by the State of Ohio as a private investigator; I am president of Daniels and Associates Investigations, Inc.,  incorporated in March 1995, license number 65199565509.

4.     I have personal knowledge of all the facts and circumstances described herein below and will testify in open court to all of the same.

5.     I located a social security number for Barack Hussein Obama and found that it was issued between 1977-1979 in the State of Connecticut but as I investigated

further, I found an additional eight social security numbers. One of the numbers had (Deceased) behind it. I was able to find the name of the person the SSN actually belonged to and printed it from the Social Security Administration death index.

6.     I researched social security numbers for Michelle Obama. When I ran her name, two different social security numbers appeared for her, includimg one that does not belong to her but is listed for her at 1600 Pennsylvania Ave., Washington, D.C.

7.     The true and correct copies I personally obtained are attached.

8.     I solemnly swear under penalty of perjury that all the facts stated and circumstances described above are true and correct statements.

9.     I have not received any compensation for making this affidavit.

Further, Affiant saith naught.
Signed and executed in _Mentor_, OH_ on this _19th_ day of October, 2009.

By _Susan Elizabeth Daniels_
Susan Elizabeth Daniels

# NOTARY'S JURAT

Susan Elizabeth Daniels appeared before me in person on this _19_ day of October, 2009, in _Mentor_ (city), _Lake County Ohio_ (state), _U.S.A_ (country) and having presented to me her driver's license and having been sworn by me duly under oath and having been admonished that she did so under penalty of perjury, she did then and there depose herself and give the above-listed statements in my presence in the form of his written affidavit.

Specifically but without limitation, Susan Elizabeth Daniels did in my presence authenticate the documents attached here as a true and correct copy of the documents she obtained and described in her affidavit.

_____

Notary Public in the State of Ohio

Business Address of Notary: _8038 BROADMOOR, MENTOR, OA 44060_



JAMES V. LOIACONO, Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration Date
Section 147.03 O.R.C.

_____

My Seal Appears Above this line.

My Printed Name is: _JAMES V. Loiacono_ ; my notarial commission or license expires on: _LIFETIME / STATEWIDE_

Person Search

| | All | Full Name | Age/DOB | Address | Dates | Phone Information | |
|---|---|---|---|---|---|---|---|
| | | MICHELLE OBAMA<br><br>Gender: Female<br>350-60-xxxx | | 5046 S GREENWOOD AVE<br>CHICAGO IL 60615-2806 | Aug 05 - Aug 07 | | |
| | | MICHELLE OBAMA<br><br>Gender: Female | | 1 OLD STATE CAPITOL PLZ APT<br>SPRINGFIELD IL 62701-1512 | May 09 - Sep 09 | | |
| | | MICHELLE OBAMA<br><br>Gender: Female<br>282-88-xxxx | | 1600 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20500-0003<br>Newspaper facility. | Jun 08 - Sep 09 | | |
| | | MICHELLE OBAMA<br><br>Gender: Female<br>522-67-xxxx | | 5030 QUENTIN ST<br>DENVER CO 80239-4312 | Jul 09 - Aug 09 | 303-365-5697 - MDT | |
| | | MICHELLE OBAMA<br><br>Gender: Female | | 123 W NORTH AVE<br>CAROL STREAM IL 60188-2001 | Mar 09 - Aug 09 | | |
| | | MICHELLE OBAMA<br><br>Gender: Female<br>324-56-xxxx | | 936 4 MILE RD NW APT<br>GRAND RAPIDS MI 49544-1503 | Jan 09 - Jul 09 | | |
| | | MICHELLE OBAMA<br><br>Gender: Female | | 505 CATHARINE ST<br>PHILADELPHIA PA 19147-3009 | Apr 07 | | |
| | | MICHELLE OBAMA<br><br>Gender: Female | | 3550 S RHODES AVE APT 1802<br>CHICAGO IL 60653-1273 | | | |
| | | MICHELLE OBAMA<br><br>Gender: Female | | 1901 COLLEGE AVE<br>FREDERICK MD 21701 | Jun 09 - Sep 09 | | |
| | | MICHELLE OBAMA<br><br>Gender: Female | | 1 PENNSYLVANNIA<br>BEVERLY HILLS CA 90210 | Jan 09 - Sep 09 | | |

# SSN Verifier Plus

SSN ████████ 4425

| Year(s) and State Issued | |
|---|---|
| Year(s) Issued: | 1977–1979 |
| State Issued: | Connecticut |

| Social Security Death Index |
|---|
| **SSN not found in Social Security Death Index** |

| Names Associated With SSN |
|---|
| OBAMA, BARACK |
| OBAMA, BARACK HUSSEIN |

| Dates of Birth Associated With SSN |
|---|
| 1890 |
| 08/04/1961 |
| 04/08/1961 |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

# Standard People Search

## 105 Records

**Search Criteria**

**Name:** OBAMA, BARACK

**Flags:** Arrests, Bankruptcies, Criminal Records, Evictions, Professional Licenses, Warrants

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| 🔲 | OBAMA BARACK H | 295 HARVARD ST 1505 CAMBRIDGE MA 02139-2382 **Reported:** 01/2009 - 01/01/2009 **County:** Middlesex | **2x** Map It | | | N |
| 🔲 | OBAMA BARACK | 1600 PENN AVE WASHINGTON DC 20007 **Reported:** 12/2008 - 12/2008 **County:** District of Columbia | **1x** Map It | | | N |
| 🔲 | OBAMA BARACK | 559 W GOLF RD ARLINGTON HTS IL 60005-3904 **Reported:** 11/2008 - 11/2008 **County:** Cook | **1x** Map It | | | N |
| 🔲 | OBAMA BARACK | 56 THORNTON RD NEEDHAM MA 02492-4330 **Reported:** 09/2008 - 11/2008 **County:** NORFOLK | **1x** Map It | | | N |
| 🔲 | OBAMA BARACK | 713 HART SENATE WASHINGTON DC 20510-0001 **Reported:** 11/2008 - 11/2008 **County:** District of Columbia | **1x** Map It | | | N |
| 🔲 | OBAMA BARACK | 3535 OLIVE ST DENVER CO 80207-1523 **Reported:** 09/2008 - 11/2008 **County:** Denver | **1x** Map It | | (720)336-7722 | N |
| 🔲 | OBAMA BARACK | 810 E 13TH AVE EUGENE OR 97401-3742 (POSSIBLE HIGH RISK) **Reported:** 09/2008 - 11/2008 **County:** Lane | **1x** Map It | | | N |
| 🔲 | OBAMA BARACK | 435 DALLAS AVE LANCASTER TX 75146 **Reported:** 09/2008 - 11/2008 **County:** Dallas | **1x** Map It | | | N |
| 🔲 | OBAMA BARACK L | 1930 WALLACE ST PHILADELPHIA PA 19130-3220 **Reported:** 09/17/2008 - 10/03/2008 **County:** Philadelphia | **2x** Map It | | Landline: (215)235-3040 | N |
| 🔲 | OBAMA BARACK | 1000 NW 33 AVE FORT WORTH TX 76180 **Reported:** 04/2008 - 09/2008 **County:** Tarrant | **2x** Map It | 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 | | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| 🔲 | OBAMA BARACK | 123 MAIN ST CHARLESTON SC 29464 **Reported:** 08/2008 - 09/2008 **County:** Charleston | **1x** Map It | | | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK PK **1x** CHICAGO IL 60615 **Reported:** 08/20/2008 - 08/20/2008 **County:** Cook | Map It | -4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK LWYR | 14 W ERIE ST **1x** CHICAGO IL 60654 (POSSIBLE HIGH RISK) **Reported:** 08/20/2008 - 08/20/2008 **County:** Cook | Map It | | Cell: (312)310-0069 | N |
| E-mail: bobama@lawmbg.com | | (No IP Address Reported) | | | Phone: (312)751-1170 | |
| | OBAMA BARACK | NO ADDRESS REPORTED CHICAGO IL 60615 **Reported:** 08/18/2008 - 08/18/2008 **County:** Cook | | | | N |
| | OBAMA BARACK | 180 N LASALLE **1x** CHICAGO IL 60601 (POSSIBLE HIGH RISK) **Reported:** 08/18/2008 - 08/18/2008 **County:** Cook | Map It | | | N |
| | OBAMA BARACK | 83775 BATES RD **2x** JACKSON NJ 08527 **Reported:** 02/2008 - 08/2008 **County:** Ocean | Map It | 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 (DECEASED) *See* **Issued:** 1954-1955 in IA *Attached "A"* | | N |
| | OBAMA BARACK | 1000 33RD AVE **1x** FORT WORTH TX 76180 **Reported:** 08/2008 - 08/2008 **County:** Tarrant | Map It | | | N |
| | OBAMA BARACK | 505 FARR C **3x** COLUMBUS GA 31907-6275 **Reported:** 01/2008 - 08/2008 **County:** Muscogee | Map It | 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 | | N |
| | OBAMA BARACK | 1603 RUCKER RD **1x** ALPHARETTA GA 30004-1435 **Reported:** 08/2008 - 08/2008 **County:** FULTON | Map It | | | N |
| | OBAMA BARACK HUSSEIN | 180 N LA SALLE ST 2200 **4x** CHICAGO IL 60601-2610 (POSSIBLE HIGH RISK) **Reported:** 06/01/2007 - 06/01/2008 **County:** Cook | Map It | -4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| **Reports** | **Name** | **Address** | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK | OBAMA LN **1x** FRANKLIN WI 53132 **Reported:** 05/2008 - 06/2008 **County:** Milwaukee | Map It | | | N |
| | OBAMA BARACK | 123 WHITE HOUSE **1x** IRVINE CA 92618 **Reported:** 06/2008 - 06/2008 **County:** ORANGE | Map It | | | N |
| | OBAMA BARACK | 15 A 1A **1x** MANALAPAN FL 33462 **Reported:** 05/2008 - 05/2008 **County:** Palm Beach | Map It | | | N |
| | OBAMA BARACK HUSSEIN | 5046 S GREENWOOD AVE **5x** CHICAGO IL 60615-2806 (POSSIBLE HIGH RISK) **Reported:** 12/01/2007 - 04/01/2008 **County:** Cook | Map It | -4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |

10/2/09 9:14 AM

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1 **1x** CHICAGO IL 60615 **Reported:** 03/25/2008 - 03/25/2008 **County:** Cook | Map It | ▉425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK | **NO ADDRESS REPORTED** CHICAGO IL 0 **Reported:** 03/03/2008 - 03/03/2008 | | | | N |
| | OBAMA BARACK | 40 TRANSFER ST **1x** DENVER CO 80207 **Reported:** 03/2008 - 03/2008 **County:** Denver | Map It | | Landline: (303)545-0199 | N |
| | OBAMA BARACK | 111 PENNSYLVANIA AVE **3x** WASHINGTON UT 84780 **Reported:** 08/2007 - 02/2008 **County:** Washington | Map It | 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 | | N |
| | OBAMA BARACK | 505 FARR C **1x** COLUMBUS GA 31907 **Reported:** 02/2008 - 02/2008 **County:** Muscogee | Map It | 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 **Issued:** 1988-1989 in AL | | N |
| | OBAMA BARACK LWYR | 14 W ERIE ST **7x** CHICAGO IL 60610 (POSSIBLE HIGH RISK) **Reported:** 01/02/2008 - 01/02/2008 **County:** Cook | Map It | | Landline: (312)751-1170 Cell: (312)310-0069 | N |

E-mail: bobama@lawmbg.com            (No IP Address Reported)            Phone: (312)751-1170

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK PK **8x** CHICAGO IL 60615 **Reported:** 01/02/2008 - 01/02/2008 **County:** Cook | Map It | ▉4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK | PO BOX 1236 **1x** PROVO UT 84603-1236 **Reported:** 01/2008 - 01/2008 **County:** Utah | | | | N |
| | OBAMA BARACK | 15 A1A **1x** MANALAPAN FL 33434 **Reported:** 01/2008 - 01/2008 **County:** Palm Beach | Map It | 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 | | N |
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1 **8x** CHICAGO IL 60615 **Reported:** 11/15/2007 - 11/15/2007 **County:** Cook | Map It | ▉4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | MR OBAMA BARACK H | 5046 S GREENWOOD AVE **12x** CHICAGO IL 60615-2806 (POSSIBLE HIGH RISK) **Reported:** 07/2005 - 11/15/2007 **County:** Cook | Map It | ▉4425 **Issued:** 1977-1979 in CT **DOB:** 08/01/1961 **Age:** 48 | | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY **3x** SOMERVILLE MA 02145 **Reported:** 06/01/1986 - 10/01/2007 **County:** Middlesex | Map It | ▉4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1 **12x** SOMERVILLE MA 02145 **Reported:** 07/17/2001 - 10/01/2007 **County:** Middlesex | Map It | ▉4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK | 918 BAINBRIDGE ST **1x** PHILADELPHIA PA 19147 **Reported:** 08/2007 - 08/2007 **County:** Philadelphia | Map It | | | N |

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK | 123 MAIN ST LANSING MI 48910 **Reported:** 07/2007 - 07/2007 **County:** Ingham    1x | Map It | | | N |
| | OBAMA BARACK H | 180 N LA SALLE ST 2200N CHICAGO IL 60601-2501 (POSSIBLE HIGH RISK) **Reported:** 02/2007 - 06/2007 **County:** Cook    2x | Map It | -4425 **Issued:** 1977-1979 in CT | | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK | 1236 PO BOX PROVO UT 84603 **Reported:** 06/2007 - 06/2007 **County:** Utah    2x | | 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 | | N |
| | OBAMA BARACK | 610 E OLD WILLOW RD PROSPECT HEIGHTS IL 60070-1913 **Reported:** 04/2007 - 04/2007 **County:** Cook    1x | Map It | | | N |
| | OBAMA BARACK | 505 CATHARINE ST PHILADELPHIA PA 19147-3009 **Reported:** 04/2007 - 04/2007 **County:** Philadelphia    1x | Map It | | | N |
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615-5916 **Reported:** 07/2006 - 07/2006 **County:** Cook    3x | Map It | -4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK S | 607 E ADAMS ST SPRINGFIELD IL 62701-1634 (POSSIBLE HIGH RISK) **Reported:** 04/21/2006 - 05/07/2006 **County:** Sangamon    9x | Map It | | Landline: (217)492-5089 | N |
| | OBAMA BARACK HUSSEIN | 300 MASSACHUSETTS AVE 5 WASHINGTON DC 20001 **Reported:** 02/01/2006 - 02/01/2006 **County:** District of Columbia    1x | Map It | -4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 227 6TH ST WASHINGTON DC 20002 **Reported:** 02/01/2006 - 02/01/2006 **County:** District of Columbia    1x | Map It | -4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 300 MASSACHUSETTS AVE WASHINGTON DC 20001-2629 **Reported:** 09/2005 - 02/01/2006 **County:** District of Columbia    10x | Map It | -4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | 300 MASSACHUSETTS AV WASHINGTON DC 20001-2640 **Reported:** 06/01/1986 - 02/01/2006 **County:** District of Columbia    3x | Map It | -4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 227 6TH ST WASHINGTON DC 20002 **Reported:** 02/01/2006 - 02/01/2006 **County:** District of Columbia    8x | Map It | -4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK H AKA: OBAMA BARACK AKA: | 227 6TH ST WASHINGTON DC 20002-6067 **Reported:** 06/01/1986 - 02/01/2006 **County:** District of Columbia    2x | Map It | -4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | 684-4809 | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARBACK | | | | | |
| | OBAMA BARACK | 14 W ERIE ST **2x** CHICAGO IL 60610-5397 (POSSIBLE HIGH RISK) **Reported:** 12/21/2004 - 01/2006 **County:** Cook | Map It | | Landline: (312)751-1170 | N |
| | **E-mail:** bobama@lawmbg.com | | (No IP Address Reported) | | **Phone:** (312)751-1170 | |
| | OBAMA BARACK | 5046 S GREENWOOD AVE **2x** CHICAGO IL 60615-2806 (POSSIBLE HIGH RISK) **Reported:** 07/2005 - 11/2005 **County:** Cook | Map It | ▬▬4425 **Issued:** 1977-1979 in CT | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 54501 E VIEW PARK **6x** CHICAGO IL 60615 **Reported:** 06/01/1997 - 05/26/2005 **County:** Cook | Map It | ▬▬4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 7436 S EUCLID AVE 2 **1x** CHICAGO IL 60649 **Reported:** 05/26/2005 - 05/26/2005 **County:** Cook | Map It | ▬▬4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 54501 SE VW **1x** CHICAGO IL 60615 **Reported:** 05/26/2005 - 05/26/2005 **County:** Cook | Map It | ▬▬4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5450 E VIEW PARK 1 **1x** CHICAGO IL 60615 **Reported:** 05/26/2005 - 05/26/2005 **County:** Cook | Map It | ▬▬4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK | 5450 S EAST VIEW PARK 1 **1x** CHICAGO IL 60615-5916 **Reported:** 05/2005 - 05/2005 **County:** Cook | Map It | | | N |
| | OBAMA BARACK | 1013 E 53RD ST **9x** CHICAGO IL 60615-4311 **Reported:** 12/21/2004 - 01/14/2005 **County:** Cook | Map It | | Landline: (773)363-1996 | N |
| | OBAMA BARACK | 14 W ERIE ST **1x** CHICAGO IL 60654-5397 (POSSIBLE HIGH RISK) **Reported:** 12/21/2004 - 01/06/2005 **County:** Cook | Map It | | Landline: (312)751-1170 | N |
| | **E-mail:** bobama@lawmbg.com | | (No IP Address Reported) | | **Phone:** (312)751-1170 | |
| **Reports** | **Name** | **Address** | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK | 10131/ 53RD ST **1x** CHICAGO IL 60615 **Reported:** 07/2003 - 07/2003 **County:** Cook | Map It | | Landline: (773)363-1996 | N |
| | OBAMA BARACK | 10131 53RD ST **1x** CHICAGO IL 60615 **Reported:** 07/2003 - 07/2003 **County:** Cook | Map It | | Landline: (773)363-1996 | N |
| | OBAMA BARACK SEN | 1741 E 71ST ST **7x** CHICAGO IL 60649 **Reported:** 02/01/2003 - 02/01/2003 **County:** Cook | Map It | | Landline: (773)363-1996 | N |
| | **E-mail:** jenmasondist13@prodigy.net | | **IP address:** 192.100.76.133 | | **Reported:** 10/C |

Tracers Information Specialists, Inc. - Standard People Search       https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| ▦ | OBAMA BARACK H | 5450 S EAST VIEW PARK 1 **4x** CHICAGO IL 60615-5916 **Reported:** 10/1997 - 10/2002 **County:** Cook | Map It | ██-4425 **Issued:** 1977-1979 in CT DOB: 08/04/1961 Age: 48 | | N |
| ▦ | OBAMA BARACK H | 5450 S EAST VIEW PARK 1 **1x** CHICAGO IL 60615 **Reported:** 07/2002 - 07/2002 **County:** Cook | Map It | ██-4425 **Issued:** 1977-1979 in CT | | N |
| ▦ | OBAMA BARACK H | 5450 S EAST VIEW PARK 1 **1x** CHICAGO IL 60615 **Reported:** 07/2002 - 07/2002 **County:** Cook | Map It | 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 **Issued:** 1975-1976 in IL | | N |
| ▦ | OBAMA BARACK H | 365 BROADWAY **7x** SOMERVILLE MA 02145-2440 **Reported:** 06/01/1986 - 07/17/2001 **County:** Middlesex | Map It | ██-4425 **Issued:** 1977-1979 in CT DOB: 08/04/1961 Age: 48 | 684-4809 | N |
| ▦ | OBAMA BARACK HUSSEIN | 7436 S EUCLID AVE 2 **8x** CHICAGO IL 60649 **Reported:** 11/13/2000 - 11/13/2000 **County:** Cook | Map It | ██-4425 **Issued:** 1977-1979 in CT DOB: 04/08/1961 Age: 48 | Landline: (773)684-4809 | N |
| ▦ | OBAMA BARACK H | 7436 S EUCLID AV **8x** CHICAGO IL 60649-3626 **Reported:** 06/01/1986 - 11/13/2000 **County:** Cook | Map It | ██-4425 **Issued:** 1977-1979 in CT DOB: 08/04/1961 Age: 48 | 684-4809 | N |
| ▦ | OBAMA BARACK HUSSEIN | 5450 VIEW PA **8x** CHICAGO IL 60615 **Reported:** 10/01/1999 - 10/01/1999 **County:** Cook | Map It | ██-4425 **Issued:** 1977-1979 in CT DOB: 04/08/1961 Age: 48 | Landline: (773)684-4809 | N |
| **Reports** | **Name** | **Address** | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| ▦ | OBAMA BARACK H | 54501 SE VIEW PK **1x** CHICAGO IL 60615 **Reported:** 06/01/1986 - 10/01/1999 **County:** Cook | Map It | ██-4425 **Issued:** 1977-1979 in CT DOB: 08/1961 Age: 48 | 684-4809 | N |
| ▦ | OBAMA BARACK HUSSEIN | 54501 SE VIEW PK **1x** CHICAGO IL 60615 **Reported:** 10/01/1999 - 10/01/1999 **County:** Cook | Map It | ██-4425 **Issued:** 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| ▦ | OBAMA BARACK H | 5450 S EAST VIEW PA 1 **5x** CHICAGO IL 60615-5916 **Reported:** 06/01/1986 - 10/01/1999 **County:** Cook | Map It | ██-4425 **Issued:** 1977-1979 in CT DOB: 08/04/1961 Age: 48 | 684-4809 Landline: (773)684-4809 | N |
| ▦ | OBAMA BARACK HUSSEIN | 5450 VIEW PA **1x** CHICAGO IL 60615 **Reported:** 10/01/1999 - 10/01/1999 **County:** Cook | Map It | ██-4425 **Issued:** 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| ▦ | OBAMA BARACK HUSSEIN | 49798 PO BOX **1x** CHICAGO IL 60649 **Reported:** 09/01/1999 - 09/01/1999 **County:** Cook | | ██-4425 **Issued:** 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| ▦ | OBAMA BARACK HUSSEIN | B49798 PO **1x** CHICAGO IL 60649 **Reported:** 09/01/1999 - 09/01/1999 **County:** Cook | Map It | ██-4425 **Issued:** 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| ▦ | OBAMA BARACK H | B49798 PO **2x** CHICAGO IL 60649 **Reported:** 09/1999 - 09/1999 **County:** Cook | Map It | ██-4425 **Issued:** 1977-1979 in CT | | N |

10/2/09 9:14 AM

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | PO BOX 49798 CHICAGO IL 60649 **2x** **Reported:** 09/1999 - 09/1999 **County:** Cook | | ▬4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK SEN | 2152 E 71ST ST CHICAGO IL 60649 **7x** **Reported:** 05/01/1999 - 05/01/1999 **County:** Cook | Map It | | Landline: (773)363-1996 | N |
| | OBAMA BARACK HUSSEIN | 1440 E 52ND ST CHICAGO IL 60615 **8x** **Reported:** 01/01/1999 - 01/01/1999 **County:** Cook | Map It | ▬4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK HUSSEIN | 1440 E 52ND ST CHICAGO IL 60615 **1x** **Reported:** 01/01/1999 - 01/01/1999 **County:** Cook | Map It | ▬4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1 SOMERVILLE MA 02143 **1x** **Reported:** 11/12/1997 - 11/12/1997 **County:** Middlesex | Map It | ▬4425 **Issued:** 1977-1979 in CT | | N |
| | OBAMA BARACK H | 54501 E VIEW PARK CHICAGO IL 60615 **4x** **Reported:** 06/1997 - 06/1997 **County:** Cook | Map It | ▬4425 **Issued:** 1977-1979 in CT | | N |
| | OBAMA BARACK HUSSEIN | 54501 VIEW PA CHICAGO IL 60615 **16x** **Reported:** 10/01/1994 - 10/01/1994 **County:** Cook | Map It | ▬4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | 54501 SE VIEW PA CHICAGO IL 60615-5942 **5x** **Reported:** 06/01/1986 - 10/01/1994 **County:** Cook | Map It | ▬4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | 684-4809 | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PK 1 CHICAGO IL 60615 **1x** **Reported:** 06/01/1986 - 10/01/1994 **County:** Cook | Map It | ▬4425 **Issued:** 1977-1979 in CT **DOB:** 08/1961 **Age:** 48 | | N |
| | OBAMA BARACK HUSSEIN | 54501 SE VIEW PA CHICAGO IL 60615 **2x** **Reported:** 10/01/1994 - 10/01/1994 **County:** Cook | Map It | ▬4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK | 365 BROADWAY ST BOSTON MA 02111 **4x** (POSSIBLE HIGH RISK) **Reported:** 08/01/1994 - 08/01/1994 **County:** Suffolk | Map It | | Landline: (617)623-1266 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY ST BOSTON MA 02111 **1x** (POSSIBLE HIGH RISK) **Reported:** 08/01/1994 - 08/01/1994 **County:** Suffolk | Map It | ▬4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE CHICAGO IL 60615 **8x** **Reported:** 12/01/1993 - 12/01/1993 **County:** Cook | Map It | ▬4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 **Age:** 48 | Landline: (773)684-4809 | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE CHICAGO IL 60615 **1x** **Reported:** 12/01/1993 - 12/01/1993 | Map It | ▬4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 **Age:** 48 | Landline: (773)684-4809 | N |

|  |  | County: Cook | |  |  |  |  |
|---|---|---|---|---|---|---|---|
| ▦ | OBAMA BARACK | 5450 EASTVIEW PK 1   **1x** CHICAGO IL 60615 **Reported:** 08/01/1993 - 09/01/1993 **County:** Cook | Map It | ████4425 **Issued:** 1977-1979 in CT |  |  | N |
| ▦ | OBAMA BARACK | 7436 S EUCLID AVE   **2x** CHICAGO IL 60649-3626 **Reported:** 08/1993 - 08/1993 **County:** Cook | Map It | ████4425 **Issued:** 1977-1979 in CT |  |  | N |
| ▦ | OBAMA BARACK HUSSEIN | 365 W BROADWAY   **1x** BOSTON MA 02127 (POSSIBLE HIGH RISK) **Reported:** 07/01/1991 - 07/01/1991 **County:** Suffolk | Map It | ████4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: (773)684-4809 |  | N |
| ▦ | OBAMA BARACK H | 5324 S KIMBARK AVE   **3x** CHICAGO IL 60615-5287 **Reported:** 06/01/1986 - 12/1990 **County:** Cook | Map It | ████4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 |  |  | N |
| ▦ | OBAMA BARACK HUSSEIN | 365 BROADWAY B1   **1x** SOMERVILLE MA 02145 **Reported:** 08/01/1988 - 09/01/1988 **County:** Middlesex | Map It | ████4425 **Issued:** 1977-1979 in CT **DOB:** 1990 | Landline: (617)623-1266 |  | N |
| ▦ | OBAMA BARACK HUSSEIN | 1N N   **1x** CHICAGO IL 60615 **Reported:** 01/01/1988 - 01/01/1988 **County:** Cook | Map It | ████4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: (773)684-4809 |  | N |
| ▦ | OBAMA BARACK H | N 1N   **2x** CHICAGO IL 60615 **Reported:** 01/1988 - 01/1988 **County:** Cook | Map It | ████4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 |  |  | N |
| ▦ | OBAMA BARACK HUSSEIN | 5429 S HARPER AVE 1N   **1x** CHICAGO IL 60615 **Reported:** 10/01/1986 - 10/01/1986 **County:** Cook | Map It | ████4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: (773)684-4809 |  | N |
| ▦ | OBAMA BARACK H | 5429 S HARPER AVE 1N   **3x** CHICAGO IL 60615-5548 **Reported:** 06/01/1986 - 10/1986 **County:** Cook | Map It | ████4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 |  |  | N |

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| ▦ | OBAMA BARACK H | 1440 E 52ND ST   **1x** CHICAGO IL 60615-4131 **Reported:** 04/1986 - 04/1986 **County:** Cook | Map It | **DOB:** 08/1961 Age: 48 |  | N |
| ▦ | OBAMA BARACK H | 5450 EASTVIEW PARK 1   **2x** CHICAGO IL 60615 **County:** Cook | Map It | ████4425 **Issued:** 1977-1979 in CT **DOB:** 08/1961 Age: 48 |  | N |
| ▦ | OBAMA BARACK HUSSEIN | 365 BROADWAY B1   **2x** SOMERVILLE MA 02145-2440 **County:** Middlesex | Map It | ████4425 **Issued:** 1977-1979 in CT **DOB:** 1890 |  | N |
| ▦ | OBAMA BARACK H | 5450 E VIEW PARK 1   **2x** CHICAGO IL 60615 **County:** Cook | Map It | ████4425 **Issued:** 1977-1979 in CT |  | N |
| ▦ | OBAMA BARACK H | 54501 SE VW   **2x** CHICAGO IL 60615 **County:** Cook | Map It | ████4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | 684-4809 | N |

Social Security Death Index Search Results                    http://ssdi.rootsweb.ancestry.com/cgi-bin/ssdi.cgi

Welcome to RootsWeb.com Sign in

roots                              ancestry          DISCOVER MORE >

Home      **Searches**      Family Trees      Mailing Lists      Message Boards      Web Sites      Passwords      Help

**Type In Your Name & Get Your Instant Family Tree!**

Your First Name.          Your Last Name          Your State
                                                   Nationwide ▾

## Social Security Death Index Search Results

85,156,742 Records
last updated on 9-28-2009

?The key to your research
Join Ancestry.com Today!

The most full-featured SSDI search engine on the internet

| Field | Value | Records | Results |
|-------|-------|---------|---------|
| SSN | 485405154 | 1 | |

Viewing **1-1 of 1**

Search
Hundreds of
Thousands
of
Family Tree

| Name | Birth | Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|------|-------|-------|---------------|-------------|-----|--------|-------|--------------|
| LUCILLE I BALLANTYNE | 22 Dec 1912 | 13 Sep 1998 (V) | 50140 (Lamoni, Decatur, IA) | (none specified) | 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 | Iowa | SS-5 Letter Add Post-em Search Ancestry.com | |

Viewing **1-1 of 1**

First Name:

Last Name:

Search

(V)=(Verified) Report verified with a family member or someone acting on behalf of a family member.
(P)=(Proof) Death Certificate Observed.

You can now order the SS-5 Form for deceased individuals directly from the Social Security Administration
online at https://secure.ssa.gov/apps9/eFOIA-FEWeb/internet/main.jsp

One      Family

| | | |
|---|---|---|
| Last name | | Exact ▾ |
| First Name | | |
| Middle Name | | (initial) |
| SSN | 485405154 | |

| Last | Residence | Last | Benefit |
|------|-----------|------|---------|
| Zip | | | |
| State | | | |
| County | | | |
| City | | | |
| Birth | | | |

# EXHIBIT 10



---------------------- KEY INFORMATION ---------------------- ▼

## Selective Service Record Search Results

### Search Criteria

**Last Name:** *obama*
**Social Security Number:** *** - ** - *4425*
**Date of Birth:** *08/04/1961*

### Matched Record

**Selective Service Number:**
61-1125539-1

**Date of Registration**
9/4/1980

To obtain written proof of Selective Service registration CLICK HERE and follow the instructions on our "Registration Information" page

[ New Search ? ]

**FAQs**

**EXHIBIT 11**



------------------- KEY INFORMATION -------------------- ▼

### Error.

Sorry, your request cannot be processed at this time because you have exceeded the daily limit
for the verification of these credentials.
*(6/8/2011 11:35:43 AM)*

**FAQs**

Your access is

# denied

 U S Department of **Health & Human Services**

This page has been blocked due to a possible security threat. If further
action is required, please contact the ITO service desk for assistance at 1-
866-699-4872        1-866-699-4872      . Please include the error codes
listed below.

Access denied

Error Code:

Your issue ID for support is: 4def9810-2b-7114a9e-ffff

**EXHIBIT 12**

Verification Response                                                    Page 1 of 2



National Student Clearinghouse

Verification Response




Printer
Friendly
Version
(Requires
Adobe Acrobat
Reader)

Congratulations! We have successfully completed your verification request. If you have any questions, see our DegreeVerify FAQs.

**Abbreviated View**    Expanded View

| | | | |
|---|---|---|---|
| **Transaction ID:** | 022313534 | **Date Requested:** | 03/06/2011 11:26 EST |
| **Requested By:** | ORLY TAITZ | **Date Notified:** | 03/06/2011 11:26 EST |

**Status:** Confirmed
**Fee:** $10.00
**Credit Card Order#:** 6672402
**Credit Card Confirm Email:** dr_taitz@yahoo.com

INFORMATION YOU PROVIDED

| | | | |
|---|---|---|---|
| **Subject Name:** | BARACK | | OBAMA |
| | *First Name* | *Middle Name* | *Last Name* |
| **Name Used While Attending School:** (if different from above) | | | |
| | *First Name* | *Middle Name* | *Last Name* |
| **Date of Birth:** | 08/04/1961 | | |
| | *mm/dd/yyyy* | | |
| **School Name:** | COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK | | |
| **Attempt To:** | Verify a degree | | |

INFORMATION VERIFIED

| | |
|---|---|
| **Name On School's Records:** | BARACK HUSSEIN OBAMA |
| **Date Awarded:** | 05/17/1983 |
| **Degree Title:** | BACHELOR OF ARTS |
| **Official Name of School:** | COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK |
| **Major Course(s) of Study:** | POLITICAL SCIENCE |
| **Dates of Attendance:** | 09/01/1982 to 05/31/1983 |