# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. ORLY TAITZ, ESQ, PRO SE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL ASTRUE, COMMISSIONER )<br>OF THE SOCIAL SECURITY )<br>ADMINISTRATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 11-CV-00402-RCL<br>The Honorable Royce C. Lamberth |

## DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, AND ATTACHED EXHIBITS

Defendant Michael Astrue, Commissioner of the Social Security Administration, by and through its undersigned counsel, hereby moves the Court to strike from the record Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and all attached exhibits pursuant to Federal Rule of Civil Procedure 5.2. Those filings contain numerous social-security numbers, along with Plaintiff's allegations as to the individuals to whom those numbers are assigned. "Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number . . . a party or nonparty making the filing may include only . . . the last four digits of the social-security number." Fed. R. Civ. P. 5.2(a)(1). This is the third time Plaintiff has filed documents that include unredacted social-security numbers in violation of Rule 5.2, and it follows this Court's order striking Plaintiff's Complaint, First Amended Complaint, and attached exhibits because they contained unredacted social-security numbers. *See* Dkt. No. 13. Defendant accordingly moves the Court to strike Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and all attached exhibits.

1

Dated: July 20, 2011                    Respectfully submitted,

                                                        TONY WEST
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director,
Federal Programs Branch

*/s/ Patrick G. Nemeroff*
PATRICK G. NEMEROFF  (CA Bar 268928)
Trial Attorney, U.S. Dep't of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 305-8727
Fax: (202) 305-8517
Email: patrick.g.nemeroff@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2011, a copy of the foregoing Defendant's Motion to Strike Plaintiff's Opposition to Motion for Summary Judgment, and Attached Exhibits was served upon counsel of record via the Court's CM/ECF system.

\s\ *Patrick G. Nemeroff*
PATRICK G. NEMEROFF
CA Bar No. 268928
United States Department of Justice
Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC  20530
Tel. 202-305-8727
Fax 202-616-8470
patrick.g.nemeroff@usdoj.gov