# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. ORLY TAITZ, ESQ, PRO SE, </br></br>　　　　Plaintiff, </br></br>　　v. </br></br>MICHAEL ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, </br></br>　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br>Civil Action No. 11-CV-00402-RCL </br>The Honorable Royce C. Lamberth |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, AND ATTACHED EXHIBITS

　　This court, having considered Defendants' Motion to Strike Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and attached exhibits,

　　It is hereby ORDERED that Defendants' motion is GRANTED, and Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and attached exhibits are stricken from the record.

　　SO ORDERED, this ____ day of _____ 2011.


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ROYCE C. LAMBERTH
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE