UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 2 1 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DR. ORLY TAITZ, ESQ, PRO SE, )
)
Plaintiff, )
)
v. ) Civil Action No. 11-CV-00402-RCL
) The Honorable Royce C. Lamberth
MICHAEL ASTRUE, COMMISSIONER )
OF THE SOCIAL SECURITY )
ADMINISTRATION, )
)
Defendant. )
)

## [~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, AND ATTACHED EXHIBITS

This court, having considered Defendants' Motion to Strike Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and attached exhibits,

It is hereby ORDERED that Defendants' motion is GRANTED, and Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and attached exhibits are stricken from the record.

SO ORDERED, this 20th day of July 2011.

ROYCE C. LAMBERTH
CHIEF UNITED STATES DISTRICT JUDGE