UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ORLY TAITZ,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>Defendant. | Civil Action No. 11-402 |

## ORDER

Plaintiff Orly Taitz has orally notified the Court that she submitted a redacted version of her Opposition to Defendant's Motion for Summary Judgment to the Clerk of the Court, but that the Clerk instead filed a previously submitted and unredacted version of that document on the docket. Upon the Court's inquiry, the Clerk's Office has indicated that it can locate no version of plaintiff's filing other than the unredacted version. The Court has already granted [25] defendant's Motion to Strike [24] the unredacted version of plaintiff's filing. Based on plaintiff's oral representation to the Court, it is hereby

ORDERED that plaintiff shall file the redacted version of her Opposition to Defendant's Motion for Summary Judgment within fourteen (14) days of this date.

SO ORDERED this 21st day of July 2011.

_____
ROYCE C. LAMBERTH
Chief Judge
United States District Court