**Dr. Orly Taitz, ESQ**
**29839 Santa Margarita Parkway, STE 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
E-Mail: dr_taitz@yahoo.com, orly.taitz@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. ORLY TAITZ, ESQ, PRO SE<br>Plaintiff,<br><br>v.<br><br>Michael Astrue, Commissioner of the<br>Social Security Administration,<br><br><br>Respondent | § Freedom of information violation<br>§     5USC §552<br>§<br>§ Certified mail proof of service<br>§ returned<br>§   11-cv-00402<br>§<br>§ Honorable Royce Lamberth<br>§ Chief Justice presiding |

**Emergency motion for reconsideration of 07.21.2011 order striking the opposition to MSJ, due to the fact, that corrected redacted opposition was received by the court on 07.15.2011 by Federal Express and was not docketed by the clerk.**

**This motion is based on the memorandum of points and authorities attached herein and oral argument, if the oral argument is granted.**

**Emergency motion requesting to grant all pending motions by the Plaintiff, as defendant did not oppose any of the motions.**

**MEMORANDUM OF POINTS AND AUTHORITIES**

On 07.13.2011 Plaintiff filed by Fed Ex opposition to motion for Summary Judgment filed by the defendant. After the opposition was shipped by Fed Ex Plaintiff realized that the social security number was not redacted. The next day she printed out the motion and all the exhibits, redacted them and shipped by Fed

Taitz v Astrue Motion for reconsideration                                             1



Ex redacted version with a specific request for the clerk of the court to docket the second, redacted version. The second, redacted version, was received by the court timely on July 15th. (Fedex receipts are attached as an exhibit1 and 2).

Even though the clerk of the court got a specific letter and a redacted version, the posted the first unredacted version.

On the evening of 07.2o.2011 Mr. Nemeroff, attorney for the defendant filed a motion to strike the opposition due to the fact that the social security number was not redacted. Plaintiff called Mr. Nemeroff immediately and explained, that there was an error or sabotage by somebody in the clerk's office, who intentionally did not post the letter from the Plaintiff and the redacted pleading. Today on July 21, 2011 Plaintiff called the court, left two messages for deputy Robert Elliott and talked to the clerks' office employee, Mr. Johnson. Mr. Johnson stated, that somebody in the clerk's office probably thought that the second opposition was the same, as the one sent before and threw it away. He did not have an explanation, why would they throw it away, when there was an attached letter, explaining, that the first version was unredacted in error and there was a request to post the second, redacted version. He stated to plaintiff that all she can do, is Fed Ex again the pleadings. After the Plaintiff got off the phone, she got an order striking the opposition.

Plaintiff is greatly concerned, that there is an employee in this court, who is intentionally sabotaging the Plaintiff in order to allow a person of interest in this case, an individual, occupying the position of the President and Commander in Chief based on a forged long form birth certificate and a fraudulently obtained social security number to continue the usurpation of the U.S. Presidency in violation of civil rights of the Plaintiff and 311 million American citizens, who have a right to be governed by a legitimate president.

Additionally, in the period of five months Plaintiff has filed numerous motions, including a motion for Vogn index, motion for default judgment, filed due to the fact, that the answer was not filed timely and a number of other motions. Defendant did not oppose any of the motions. As such Plaintiff is requesting granting all of her pending motions.

Defendant is greatly concerned by the fact, that all of the Plaintiff's motions were completely ignored for five months now while Defendant's motions were granted immediately without giving the Plaintiff any opportunity to respond. Plaintiff is greatly concerned that there is more sabotage in this court and someone is intentionally not forwarding to your Honor any of the motions filed by the Plaintiff, while forwarding the motions by the Defendant.

## SUMMARY

**Plaintiff respectfully requests this court to reconsider its' order to strike the opposition to the motion for summary judgment and order the clerk of the court to docket the second, redacted version of the motion, which was sent by Fedex on 07.14.2011and received by the court on 07.15.2011.**

**Plaintiff respectfully requests the court to grant all of her pending motions, as none of her motions were opposed by the defendant.**

Sincerely

/s/ Dr. Orly Taitz, ESQ

**Affidavit of Orly Taitz**

I, Orly Taitz, am an attorney licensed by the Supreme Court of California and admitted to practice before the Supreme Court of the United States, 9th circuit court of Appeals and the Third Circuit court of Appeals.

I am over 18 years old, I do not suffer from any mental impairment and I have personal knowledge of the facts below:

Taitz v Astrue Motion for reconsideration                                                                 3

1. On 07.13.2011 I sent by Fedex an opposition for Summary Judgment Exhibit 1 Receipt from Fedex
2. On 07.14.2011 I noticed that the social security number was not redacted and I sent by Fedex a second redacted version of the opposition to motion for summary judgment. Exhibit 2 Receipt from Fedex
3. With my second redacted version I included a letter to the clerk of the court, asking her to docket the second redacted version.

I attest under penalty of perjury, that all of the above is true and correct.

/s/ Orly Taitz

07.21.2011

**Certificate of service**

I, Rita Momtazian, certify, that I served the defendant via his attorney Patrick Nemroff, by fax with the above emergency motion

**/s/ Rita Momtazian**

Cc Congressman Darel Issa

Chairman of the House Oversight committee

2347 House Rayburn Building

Washington DC 20515

Congressman Lamar Smith

Chairman House Committee on the Judiciary

2409 Rayburn House office Building

Washington DC 20515

Ph 202-225-4236

Taitz v Astrue Motion for reconsideration                                                    4

Fax 202-225-8628

# EXHIBIT 1

## FedEx US Airbill — Sender's Copy

Tracking Number: 8741 7417 8134

**1 From**
Date: 07.13.2011
Sender's Name: Dr. Orly Taitz ESQ
Phone: (949) 683 5411
Company: Law Office of Orly Taitz
Address: 29839 S. Margarita, Ste 100
City: Rancho Santa Margarita  State: CA  ZIP: 92688

**3 To**
Recipient's Name: Clerk of the Court
Company: US District Court
Address: 333 Constitution Ave
Address: Washington, DC
ZIP: 20001

**4a Express Package Service:** FedEx Standard Overnight

**5 Packaging:** FedEx Envelope

**6 Special Handling:** No Signature Required; No dangerous goods

606

---

### FedEx Office Receipt

30102 SANTA MARGARITA PKY
RANCHO SANTA MARGARITA, CA 92688

Location: NZJKK
Device ID: NZJKK-POS2
Employee: 2271078
Transaction: 7702537290?

STANDARD OVERNIGHT
8741741781340.40 lb (S)    34.67
Scheduled Delivery Date 07/15/2011

Shipment Subtotal:    34.67
Total Due:    34.67
(V) CreditCard:    34.67
************6080

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

July 13, 2011 5:47:19 PM

**EXHIBIT 2**



# SECOND, REDACTED COPY OF THE OPPOSITION TO MSJ WAS RECEIVED BY THE COURT ON FRIDAY, SHOULD BE DOCKETTED TODAY

*Posted on* | July 18, 2011 | 11 Comments

I noticed that Obama's SSN was not redacted in the opposition, that was sent by Fed Ex on Wednesday 07.13.2011. Even though SSA in their own official form states, that this number was never assigned, that it is invalid, I printed out a new copy, redacted the last four digits of the SSN in question and paid for fed ex again and shipped the redacted copy with the explanation to the clerk of the court. Second Fed ex letter sent on 07.14.2011 was delivered to the clerk of the court on Friday. It should be docketted today.
Taitz v Astrue Fed ex of second redacted copy





Please enter a tracking/FedEx Office order no.
Please limit your inquiry to 30 tracking/FedEx Office order numbers.

| Enter tracking number | Track |

- Detailed Results
- Notifications

Tracking no.: 876242689341
E-mail notifications
Select time format:
12H

|

24H
Delivered


Initiated
Picked up
In transit
Delivered
Delivered
Signed for by:
.PALMER

Shipment Dates

Ship date
Jul 14, 2011

Delivery date
Jul 15, 2011 8:55 AM
Destination

Signature Proof of Delivery


Shipment Options
Help
Hold at FedEx Location
Hold at FedEx Location service is not available for this shipment.
Shipment Facts
Help
Service type
Priority Pak
Weight
1.0 lbs/.5 kg
Delivered to

Shipping/Receiving
Status
Pieces
Date/Time
Status
Shipment Travel History
Help
Select time zone:

Local Scan Time ▼

Others:

Select ▼

All shipment travel activity is displayed in local time for the location
To display the shipment travel activity in local time of the scan, please select "Local Scan Time" time zone option.

**Alert**: To determine the destination time zone for this shipment please select from the Others list.

**Alert**: To determine the origin time zone for this shipment please select from the Others list.

No entries found
Date/Time
Activity
Location
Details
Jul 15, 2011 8:55 AM
Delivered
Jul 15, 2011 8:19 AM
On FedEx vehicle for delivery
WASHINGTON, DC
Jul 15, 2011 7:38 AM
At local FedEx facility
WASHINGTON, DC
Jul 15, 2011 7:18 AM
Delivery exception
WASHINGTON, DC
Incorrect address ⁇
Jul 15, 2011 6:14 AM
At destination sort facility
WASHINGTON, DC
Jul 15, 2011 3:32 AM
Departed FedEx location
MEMPHIS, TN
Jul 15, 2011 12:38 AM
Arrived at FedEx location
MEMPHIS, TN
Jul 14, 2011 6:31 PM
Left FedEx origin facility

IRVINE, CA
Jul 14, 2011 5:51 PM
Picked up
IRVINE, CA

Gmail   Calendar   Documents   Photos   Reader   Web   more

Search Mail   Search the Web   Show    Create

The conversation has been m

**Mail**
Contacts

Tasks

Compose mail

**Inbox (23372)**
Buzz
Starred
Important
**Sent Mail**
**Drafts (159)**

**Brent (8)**
Interesting
paypal and donations
7 more▼

**Chat**
Search, add, or invite

Orly Taitz
Invisible

You are invisible.
Go visible

Call phone
Ben Sley
"During times of univer..
Fred Smart
Ryan Panzarello
Make your own good I
Alex Wallenwein
Bill Hunt
David Yuan
Ella Kaisman
I predict future happine...
lhmlevy@aol.com
Mike
Robert

**Invite a friend**
Give Gmail to:

[Send Invite] 50 left

Violent Crime Lawyers - www.NoCuffs com/Violence - Getting Caught with Violence is

**Urgent**  Inbox X

from   **Orly Taitz** orly.taitz@gmail.com                              hide
to     patrick.g.nemeroff@usdoj.gov
date   Thu, Jul 21, 2011 at 12:42 PM
subject   Urgent
mailed-by   gmail.com

Mr. Nemeroff
please, find this motion for reconsidertion of the order to strike. I called you yesterda
will stipulate to motion for reconsideration, due to the fact, that the redacted version
Sincerely
Dr. Orly Taitz, ESQ

--
Dr Orly TaitzESQ
29839 Santa Margarita pkwy, ste 100
Rancho Santa Margarita, CA 92688
ph 949-683-5411   fax949-766-7603
orlytaitzesq.com

📄 **Taitz v Astrue Motion for reconsideration.docx**
    20K   View   Download

Reply   Forward

Archive   Spam   Delete              Move to Inbox   Labels

8.8 GB (32%) of 27.4 GB                                         ©2011 Go

**Mail**
Contacts

Tasks

Compose mail

**Urgent**   x   Inbox   x

    **Orly Taitz**   Mr. Nemeroff please, find this motion for reconsidertion of the order
    **Nemeroff, Patrick G. (CIV) to me**

Dr. Taitz,

We take no position on your motion for reconsideration.

Best,
Patrick

7 more▼

**From:**

**Chat**

Search, add, or invite

  **Orly Taitz**
  Invisible

Reply    Forward

You are invisible.
Go visible

  Call phone
  **Bill Hunt**
  **Ella Kaisman**
  I predict future happinc
  lhmlevy@aol.com
  **Ryan Panzarello**
  Make your own good l .
  **Gregg Jackson**
  **Alex Wallenwein**
  **David Yuan**
  **Fred Smacker**
  **Mike**
  **Robert**

**Invite a friend**
Give Gmail to:

    **Archive**    Spam    Delete      Move to    Labels    More

[Send Invite] 50 left

  Preview Invite