**Dr. Orly Taitz, ESQ**

**29839 Santa Margarita Parkway, STE 100**

**Rancho Santa Margarita CA 92688**

**Tel: (949) 683-5411; Fax (949) 766-7603**

**E-Mail:** dr_taitz@yahoo.com, **orly.taitz@gmail.com**

## UNITED STATES DISTRICT COURT

## FOR THE  DISTRICT OF COLUMBIA

| | |
|---|---|
| **Dr. ORLY TAITZ, ESQ, PRO SE** | § |
| **Plaintiff,** | § **Freedom of information violation** |
| | §     **5USC §552** |
| **v.** | §    **OPPOSITION TO** |
| | §   **MOTION FOR SUMMARY** |
| **Michael Astrue, Commissioner of the** | §   **JUDGMENT** |
| **Social Security Administration,** | §   **11-cv-00402** |
| | § |
| | § **Honorable Royce Lamberth** |
| **Respondent** | § **Chief Justice presiding** |

Taitz v Astrue opposition to motion for summary judgment



RECEIVED
Mail Room

1

JUL 2 5 2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Defendants motion for summary judgment needs to be denied based on the genuine issue of material fact.   Opposition will be based on the memorandum of points and authorities attached herein   and oral argument, if the court deems oral argument necessary.

# MEMORANDUM OF POINTS AND AUTHORITIES

## TABLE OF CONTENTS

1. AGENCY PROFFERED A FRAUDULENT STATEMENT, CLAIMING THAT SOCIAL SECURITY NUMBER 042-68-■■■■ BELONGS TO A LIVE PERSON, WHILE IT'S OWN RECORDS SHOW, THAT THIS NUMBER WAS NEVER ASSIGNED.......................................................................p5

2. DEFENDANT  PROVIDED THE PLAINTIFF A FORGED SS-5 FOR ANN DUNHAM, OBAMA'S MOTHER, WHICH SHOWS A PATTERN OF EITHER COVER UP OF FORGERY OR EXTREME RECKLESSNESS IN ALLOWING FORGED OR FRAUDULENT RECORDS TO BE FILED AS GENUINE RECORDS...............................................................................p6

3. SSA DOES NOT SPECIFY THAT THE SS-5 FOR 042-68-■■■■ IS A VALID DOCUMENT, THAT IT IS NOT A FRAUDULENTLY OBTAINED OR FORGED DOCUMENT.........................................................................p7

4. SSA DID NOT PROVIDE ANY ADMISSIBLE EVIDENCE, PROVING THAT SS-5 IN QUESTION EVEN EXISTS AND THAT IT WAS LEGALLY ASSIGNED TO A CURRENT "HOLDER" OF THE NUMBER……… p10

5. Cover up by SSA and Selective service point to fraud.................. p13

6. 4. 5USC§552(B)(6) RELATES TO FULL SOCIAL SECURITY NUMBERS, IT DOES NOT RELATE TO THE REDACTED NUMBERS AND REDACTED APPLICATIONS…………………………………………p14

7. REDACTED SS-5 DOES NOT INVADE PRIVACY...............................p14

8. THE RIGHT OF 311 MILLION AMERICAN CITIZENS TO HAVE A PRESIDENT, WHO IS NOT A FRAUD AND WHO IS NOT USURPING THE US PRESIDENCY BY VIRTUE OF  FRAUD  SUPERCEDES THE RIGHT OF  BARACK OBAMA TO FRAUDULENTLY USE THE SOCIAL SECURITY NUMBER, WHICH WAS NEVER ASSIGNED TO HIM....p15

## TABLE OF AUTHORITIES

Diamond v Atwood 43 F 3d 1538, 1540 (DC Cir 1995).............................p5

Ctr. for National Sec Studies v DOJ, 331 F3d 918, 925 (DC Cir, 2003)....p13

DOJ v Reporters Committee For Freedom of Press, 489 U.S.749, 772-73 (1989)............................................................................................................p17

National ass'n of Home Builders v Norton, 309 F 3d 26, 34 (DC Cir. 2002)

(quoting Reporters Comm., 489 U.S. at 773). ...............................................p17

Checkbook Ctr. for the Study of Srvs. v. U.S. Dep't of Health & Human

Servcs.,554 F 3d 1046 1056 (DC Cir 2009)..................................................p19

5 U.S.C.§552...............................................................................................p4

Federal Rules of Civil Procedure 56(a)........................................................p4

Horner, 879 F 2d at 879...............................................................................p11

The crux of the complaint is in FOIA request made by the Plaintiff herein, Dr.
Orly Taitz ESQ for the SS-5 (original application for the social security number)_
042-68▪▪▪▪, which is being used by President, Barack Obama, according to his
Selective Service Certificate (Exhibit 1, 10), but which was never assigned by the
Social Security Administration (SSA) according to the SSA verification letter,
which is a clear evidence of fraud. (Exhibit 2). A court reviews an agency
response to FOIA request de novo. See 5 USC 552(a)(4). Defendant,
Commissioner of the Social Security administration filed a motion for summary
judgment, seeking denial of the FOIA request. Summary judgment is appropriate
when there is no genuine issue as to any material fact and the moving party is
entitled to judgment as a matter of law. See Fed. R. Civ Pro 56(a); Diamond v

Atwood, 43 F 3d 1538, 1540 (DC Cir 1995). There is a genuine dispute in regards to material facts. The dispute is as follows:

**1. AGENCY PROFFERED A FRAUDULENT STATEMENT, CLAIMING THAT SOCIAL SECURITY NUMBER 042-68-████ BELONGS TO A LIVE PERSON, WHILE IT'S OWN RECORDS SHOW, THAT THIS NUMBER WAS NEVER ASSIGNED.**

The main point of dispute between the Plaintiff, Dr. Orly Taitz, ESQ and the defendant commissioner of the Social Security administration, Michael Astrue, and the Department of Justice, representing him , is refusal by the defendant to release a redacted  application for the above social security number, claiming, that it is used by a live person. In the motion for summary judgment Defendant is claiming that the social security number in question belongs to a live person and the interest of privacy of this person supersedes   the right of the public to know.

In her complaint and multiple subsequent motions Plaintiff provided  Exhibit #2, a letter from the Social Security Verifications systems, **stating that this number was never assigned**. So, how can it belong to a live person, if it was never assigned? This is clearly a fraudulent statement. Not only the application needs to be released, but this court needs to start a formal investigation of the criminal cover up, whereby it appears, that the Social Security Administration and

the Department of Justice are complicit in covering up Social security fraud, IRS fraud, elections fraud and possibly treason committed by Barack Obama.

## 2. DEFENDANT PROVIDED THE PLAINTIFF A FORGED SS-5 FOR ANN DUNHAM, OBAMA'S MOTHER, WHICH SHOWS A PATTERN OF EITHER COVER UP OF FORGERY OR EXTREME RECKLESSNESS IN ALLOWING FORGED OR FRAUDULENT RECORDS TO BE FILED AS GENUINE RECORDS.

When on July 2, 2011 the US attorneys' office filed a motion for summary judgment, in his memorandum he referred to an additional document, a list of dates for SS-5 revisions, which Plaintiff did not have. On July 5th Plaintiff got in her office a document in question Exhibit 3. It included a letter from the Social Security Administration and a copy of the SS-5 for Ann Dunham, mother of Barack Obama, where the date of revision of the form is stated as 1955. Another attachment to the same response shows compilation of dates of SS-5 revisions, which shows, that there was never a revision of this form in 1955, which in itself, shows, that the form is not valid.

Additionally, Plaintiff enlarged the form in question as a courtesy to the court. 200x and 300x enlargement not only shows, that the revision date is 1955, it also shows that the typesetting of two #5s in 1955 is different. One does not need to be an expert, to plainly see that two digits come from different type settings, which is

another sign of forgery. Additionally, Exhibit 4, an affidavit by Paul Irey, shows that the long form birth certificate provided by Barack Obama to the public on April 27, 2011, shows the same evidence of forgery, multiple type settings of the same letters and digits in the alleged copy of the long form birth certificate of Barack Obama, which makes it more likely than not and very plausible, that Obama's application to SS-5, if it even exists, is also forged, in the same manner, as his mother's application and his long form birth certificate.

Moreover, Plaintiff provided previously examples of 1959 SS-5 applications, which show different wording. Exhibit 5 shows that other applications in 1959 had in the upper left corner wording:

"Form SS-5

Department of Treasury

Internal Revenue Service"

Dunham's application does not contain such wording, which is another indication, that the form used is not genuine.

Additionally, Obama and his family are long time friends of known domestic terrorists Bill Ayers and Bernadine Dohrn. In her motion for clarification Taitz cited an excerpt from Fugitive Days, a novel by Ayers, where he admits to creating hundreds of forged Social Security numbers using the birth certificates of deceased children, as in those years, the Social Security applications were filled out later in

life, not at birth. Ayers described, how he searched through the cemeteries for graves of children, got their birth certificates and applied for the Social Security numbers under the names of the deceased. "After the Baltimore fiasco, stealing ID was forbidden. Instead we began to build ID sets around documents as flimsy as a fishing license or a laminated card available in a Times Square novelty shop called "Official ID." We soon figured out that the deepest and most foolproof ID had a government-issued Social Security card at its heart, and the best source of those were dead-baby birth certificates. I spent impious days over the next several months tramping through rural cemeteries in Iowa and Wisconsin, Illinois and North Dakota, searching for those sad little markers of people born between 1940 and 1950 who had died between 1945 and 1955. The numbers were surprising: two in one graveyard, a cluster of fourteen in another. Those poor souls had typically been issued birth certificates—available to us at any county courthouse for a couple of bucks and a simple form with information I could copy from the death announcement at the archive of the local paper—but they had never applied for a Social Security card.

Collecting those birth certificates became a small industry, and within a year we had over a hundred. For years I was a paper-made Joseph Brown, and then an Anthony Lee, remarkably durable identities. My on-paper official residences: a

transient hotel in San Francisco and a warehouse in New York." Bill Ayers, Fugitive Days.

Taitz provided affidavits of three experts showing that Obama's long form birth certificate is forged. Exhibit 4, 7, 8. That makes it more plausible, that Obama's Social Security number was obtained based on a forged and/or fraudulently obtained SS-5. It is yet another piece of evidence pointing to genuine dispute between the parties as to the material fact: Defendant claims, that the SS-5 for 042-68-▓▓▓ is an application of a live person, Plaintiff asserts, that based on all the evidence, there is no valid SS-5: either it does not exist at all, as according to SSA verification systems this number was never issued, or it is a SS-5 that was fraudulently obtained. As such, there is no justification for refusal to release the SS-5 pursuant to FOIA 5U.S.§552.

## 3. DEFENDANT DOES NOT SPECIFY THAT THE SS-5 FOR 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 IS A VALID DOCUMENT, THAT IT IS NOT A FRAUDULENTLY OBTAINED OR FORGED DOCUMENT.

What is interesting, is that the defendant does not claim, that the SS-5 is not a forged or fraudulently obtained document. It only states, that it belongs to a live person. Based on the SS-5 for Ann Dunham, Obama's mother, we can see that SSA presents to the public SS-5s, implying, that those are genuine and valid, even though all the evidence points to fraud and forgery. It is reasonable to believe, that

they are utilizing the same modus operandi in relation to Obama's SS-5. One of the valid reasons to obtain FOIA, is to reveal the conduct of the agency, that affects the public and possible fraud or negligence or incompetence in actions by the agency. "the public interest to be weighed against the privacy interest in this balancing test is "the extent to which disclosure would serve the core purposes of the FOIA by contributing significantly to public understanding of operations or activities of the government". SSA providing Social Security numbers based on bogus, fraudulently obtained or forged applications, is an operation of the government, that the public definitely would like to know more about and would like to see people culpable for such conduct, prosecuted.  A pattern of either negligence or cover up of fraud by the agency has tremendous applications on the nation as a whole and on the national security.

## 4. SSA DID NOT PROVIDE ANY ADMISSIBLE EVIDENCE, PROVING THAT THE SS-5 IN QUESTION EVEN EXISTS AND THAT IT WAS LEGALLY ASSIGNED TO A CURRENT "HOLDER" OF THE NUMBER.

Defendant, commissioner of SSA, simply provided a lot of smoke and mirrors, however he did not provide any admissible evidence to show that the SS-5 for 042-68-■■■ even exists on file. The only evidence provided, is the affidavit of Dawn Wiggins, FOIA officer, who spoke in generalities, but said nothing of substance

and provided no admissible evidence to show, that the SS-5 in question exists, that it was assigned to a person, who is alive today and that the holder of the number, who might be using it today, is doing so legally. ¶6 of the Affidavit of Dawn Wiggins states: "In response to Ms. Taitz request for information that related to SSNxxx-xx-4425, SSA responded that it could not release this information, because the Privacy Act protects personally identifiable information in a system of records. See 5 USC § 552a. Therefore, an agency may not disclose an individual's records without the written consent of the individual. See 5 U.S.C.a(b)". So,  what Defendant did here, in this affidavit by Dawn Wiggins, is an illusion for the court to fill in the information and connect the dots, imagining, that the SS-5 application exists and that the person who originally got this number is alive, however they never said it outright. Affidavits of licensed investigators Susan Daniels and Neil Sankey show that in national databases this number is connected to an individual born in 1890. So if Obama is illegally using this number, even though it was never legally assigned to anyone or was originally assigned or held by someone born in 1890, than the fact that Obama is simply a holder of the number (legal or illegal) will necessitate his signature according to the affidavit of Dawn Wiggins, but it does not mean that this number was legally assigned to anyone or that the person currently holding it, is doing that legally.

¶ 7 of the affidavit of Dawn Wiggins states:" In this case, the agency asserted Exemption 6 of the FOIA to withhold this information "…"the agency concluded that the personal information of the individual who holds a particular SSN falls within the category of files contemplated by exemption 6." <u>Based on what?</u> What is the basis for such assertion? The only basis provided, is the fact, that someone is "holding" this number today: legally or illegally. According to memoirs of Obama's friend, domestic terrorist Bill Ayers, he created hundreds of bogus SSNs for himself, his wife, domestic terrorist Bernadine Dohrn and other "outstanding citizens", he associated with, while on the run. Based on the affidavit by Wiggins and logic of the defendant, just because the "holders" of such SSNs are alive, regardless of whether the holders are legal or illegal, the public will have no access to even redacted SS-5 of hundreds of such bogus numbers. Such individuals are able to vote and negate votes of hundreds of law abiding citizens, they are able to engage in multimillion dollar illegal transactions and go under the radar of IRS and SSA, they can give or receive large campaign contributions or tax exempt non-profit donations, they can occupy the highest positions in the Federal and State governments, FBI, CIA, military, all of it can be done on an enormous scale simply because of the policies of SSA, which represent an absolute pinnacle of either complete idiocy or complete corruption. This might be the reason, why this coup d'état could go on for over two years now without anyone sounding an alarm.

## 5. COVER UP BY THE SSA AND SELECTIVE SERVICE IS AN
## INDICATION OF FRAUD

After Obama's fraudulent use of the SSN 042-68-‑‑‑‑ was established through the Selective Service and Social Security verification systems (Exhibits 1, 2 and 10), both agencies engaged in a cover up by denying citizens access to Obama's records. Exhibit 11 shows that the Selective Service blocked inquiry by posting a message  "Sorry, your request cannot be processed at this time because you have exceeded the daily limit for the verifications of these credentials", even though the citizens did not check any other credentials. US department of Health and Human Services, Social Security Administration posted a message on their official web site: "This page has been blocked due to a positive security threat". This sudden refusal to provide information, which was readily available before, is not only an indication, that there is a genuine dispute as to the material fact, which would necessitate denial of the motion for summary judgment, but that the SSA and Selective Service are actively engaged in cover up of fraud committed. Not only they know, that the SSN in question was not assigned to a live person and that their claims, that it cannot be provided due to exception 6 of the 5USA§552 are bogus, but they know, that this number was not assigned to the person, who is using it, and they are now actively engaged in the cover up.

## 6. 5USC§552(B)(6) RELATES TO FULL SOCIAL SECURITY NUMBERS, IT DOES NOT RELATE TO THE REDACTED NUMBERS AND REDACTED APPLICATIONS.

SSA is basing its Motion for summary judgment on the fact, that courts have generally recognized that social security numbers fall within exemption 6 to FOIA, Sherman v Dep't of the Army 244 F3d 357, 364-65 (5th circuit), however, such exemption does not list redacted SS-5, and that is the record Taitz is seeking.

### 7. REDACTED SS-5 DOES NOT INVADE PRIVACY

Affidavit from recently retired deportation officer of the Department of Homeland Security, John Sampson, states, that release of redacted SS-5 is done routinely in order to ascertain SSA fraud. Exhibit 6.

"FOIA represents a balance struck by Congress between the public's right to know and the government's legitimate interest in keeping certain information confidential" Ctr. For Nat'l Sec. Studies v DOJ, 331 F3d 918,925 (D.C Cir, 2003). Redacted SS-5 represents such balance.  First of all, the SSA verification form states that the number in question was never assigned. If arguendo, the number would have been assigned, viewing the SS-5 in camera and/or releasing the redacted SS-5 would be within such viable compromise. If the name of the holder

is redacted, other information, such as gender, race, zip code can assist in identifying SSA fraud and would not violate one's privacy. This is the reason, why according to officer Sampson, such redacted SS-5s are routinely provided to law enforcement. Undoubtly, Mr. Astrue, Commissioner of the Social Security administration, is aware of the fact, that redacted SS-5s are routinely provided to the law enforcement. The only reason for his refusal to provide this SS-5, is his knowledge or suspicion, that this SS-5 does not exist or was fraudulently filed.

## 8. THE RIGHT OF 311 MILLION AMERICAN CITIZENS TO HAVE A PRESIDENT, WHO IS NOT A FRAUD AND WHO IS NOT USURPING THE US PRESIDENCY BY VIRTUE OF FRAUD SUPERCEDES THE RIGHT OF BARACK OBAMA TO FRAUDULENTLY USE THE SOCIAL SECURITY NUMBER, WHICH WAS NEVER ASSIGNED TO HIM.

As stated above, according to SSA, itself, the number in question was never issued. If arguendo, it was issued, the right of public to know supersedes the right of the holder of the number to privacy.

Taitz provided this court and law enforcement affidavits from Investigators Neil Sankey, Susan Daniels (Exhibit 9) and John Sampson (Exhibit 6) , stating, that for most of his life Obama is using the SSN 042-68-████, issued in the state of CT, even though Obama never lived in CT and there is no legitimate reason or reasonable explanation for him to have such a number.   The only explanation to

this fact was fraud. As this information became public and appeared in the media, millions of U.S. citizens went to the web site for the selective service www.sss.gov they entered the number in question, name Obama and his birthdate 08.04.1961 and got a response of a match. (Exhibit 10) So, the public at large already verified, that indeed Obama used this number, it became public knowledge. At issue is the cover up. Currently, as the members of the public are trying to do similar verification, they are getting a response "you exceeded your daily allowance of searches", even if they did not do any searches before. The public needs to know the reason for cover up. The public needs to know if there was a breach of the national security.

Even, as the last four digits of the SSN 042-68-■■■■ are redacted, the public knows, that the first three digits, 042, signify the state of Connecticut-this is public knowledge. Obama's own memoirs Dreams from my father and Audacity of Hope show, that Obama was never a resident of Ct. As such, the controversy is already in public domain. The public wants to know, how the US president got a social security number from the state of Connecticut, even though he never resided there. Privacy is no longer at play.

The balance between the almost nonexistent privacy interest and the public interest in disclosure here tips very sharply in favor of disclosure. While Congress did not intend the FOIA to facilitate "disclosure of information about **private**

citizens that is accumulated in various governmental files but **that reveals little or nothing about an agency's own conduct,**"(emphasys added)  *DOJ v. Reporters Committee For Freedom of Press*, 489 U.S. 749, 772-73 (1989) (quotations omitted), the former agency's conduct in assigning or re-assigning a social-security number to a **person with no apparent contact with a state**, at a time when the **former agency assigned numbers based on connection with that state**, has become an issue the subject of great public interest.  "Unless a **FOIA request advances 'the citizens' right to be informed about what their government is up to,'** no relevant public interest is at issue." *National Ass'n of Home Builders v. Norton*, 309 F.3d 26, 34 (D.C. Cir. 2002) (quoting *Reporters Comm.*, 489 U.S. at 773).   Google search of "Obama" and "SSN" will result in 1,730,000 hits, and demonstrates the "public interest" in this issue.   The information sought here would clearly advance "the citizens" right to be informed as to what their government is, or was, up to, and whether in fact the SSA's predecessor agency's processes were possibly subverted in a scheme to evade its controls.  To not release the document would simply feed the public's belief that the government has been party to, or the victim of, a fraud.

**The type of safeguard, that is envisioned in the exemption 6 of FOIA does not exist in case at hand.** This exception exists in relation **to average citizens,** whose name is not known and whose identity might be stolen by someone usng a

name and a social security number of a **private citizen**. In case at hand we have a

President of the United States of America using this number. Does the statute

envision a hypothetical, when some random  John Doe  from Any- town America

is entering a bank and saying: "I am Barack Hussein Obama, here is my social

security number, I want to withdraw a million dollars from this bank account." Is it

likely? Is it plausible? Of course not. While our other presidents might have had

more random names and one expects there to be more than one Bill Clinton or

Jimmy Carter, nobody has ever found another Barack Hussein Obama in the

U.S.A.    Uniqness of Obama's name and his position make exemption 6 irrelevant

to him and his vital records, it is safe to say, that even if an unredacted SS-5 is

published, nobody will try to steal his identity, never mind with redacted SS-5.

There are too many unanswered questions, and plaintiff has identified a

major public interest which will be served by disclosure of information related to

this particular social-security number.   A large portion of the public questions

whether this number involves actions such as those recited by Bill Ayers, a known

associate of Barack Obama, in *Fugitive Days*.  Releasing that information would

provide major insight into government functions that have been shrouded in

mystery and the subject of continuing unanswered conjecture, and help Plaintiff to

understand how, not the SSA, but its predecessor, fulfilled or did not fulfill its

obligations, contrary to the bare and unsupported allegations of the Wiggins Declaration ¶ 7.

In the presence of a clearly identified public interest of the sort the FOIA was intended to serve, the Court's inquiry should continue, and the exemption claimed should be overruled.  This is not a situation such as that in *Consumers' Checkbook Ctr. for the Study of Servs. v. U.S. Dep't of Health & Human Servs.*, 554 F.3d 1046, 1056 (D.C. Cir. 2009), as referenced by Defendant, where the court "need not balance the non-existent public interest against every physician's substantial privacy interest in the Medicare payments he receives."  The public interest here is far more than non-existent.  Courts may have repeatedly recognized that "something, even a modest privacy interest, outweighs nothing every time," *Horner*, 879 F.2d at 879; but the interest here is far from nothing.

Because the agency improperly withheld the Form SS-5 under exemption 6, it is not entitled to summary judgment.

**In conclusion,** Michael Astrue, commissioner of the Social Security administration did not provide a shred of admissible evidence to show that the SS-5 even exists, and that it was not assigned to a person, who is deceased now, and that the person, who is using it now, is doing so legally. Plaintiff provided

irrefutable evidence that there is a genuine issue of material fact, due to which the motion for summary judgment needs to be denied. Additionally, Plaintiff has provided evidence, showing that there is a high likelihood of fraud, associated with the number in question and a cover up of such fraud. ObamaFraudGate, ObamaForgery Gate is much larger, than the Watergate. It will not go away until the matter is tried in court. More and more governmental officials become complicit in the cover up. Plaintiff believes, that not only the court needs to deny the motion for summary judgment and grant the FOIA request by the Plaintiff, but the court needs to start sua sponte an investigation of the massive fraud, that was uncovered within the SSA and allow the Plaintiff to conduct discovery of such fraud. This needs to be done before the 2012 election, if we are ever to have an honest election in this country. Plaintiff believes, that she might be the only person with enough strength of character to conduct such an investigation.

**If this court grants the motion for summary judgment and refuses release of the redacted SS-5 for SSN 042-68-4▇▇▇, this court becomes complicit in the biggest cover up in the history of this nation.** Taitz is not asking Your Honor to tilt at windmills, but rather to  stand  firmly on the broad and sturdy platform of the U.S. Constitution and the overwhelming factual evidence of the case.

**Respectfully submitted,**

**/s/ Dr. Orly Taitz ESQ**

Taitz v Astrue opposition to motion for summary judgment          20

## AFFIDAVIT OF ORLY TAITZ

I, Orly Taitz, am a licensed attorney, admitted in all of the courts of the state of California, 9th Circuit Court of Appeals, Third Circuit Court of Appeals and the Supreme Court of the United States. I am over 18 years old, do not suffer from mental disability and have personal knowledge of the facts listed below:

1. Affidavit of  licensed investigator Susan Daniels is a true and correct copy of the original affidavit of Susan Daniels received by me

2. Affidavit of retired deportation officer with the Department of Homeland Security John Sampson is a true and correct copy of the affidavit received by me.

3. Affidavit of scanning and printing expert Douglas Vogt is a true and correct copy of the original affidavit received by me.

4. Affidavit of Adobe Illustrator expert Chito Papa is a true and correct copy of the original affidavit received by me.

5. Affidavit of typesetting and printing expert Paul Irey is a true and correct copy of the original affidavit received by me.

I declare under the penalty of perjury, that all of the above is true and correct .

/s/ Dr. Orly Taitz, ESQ

07.13.2011

Proof of service

I, Lila Dubert, am over 18 years old, I am not a party in this case and I served

the US attorneys' office   with above pleadings by first class mail on 07.13.2011

Us Attorney -district of Columbia

555 4th street NW

Washington DC 20530

Signed

Dated 07.13.2011

cc

cc Congressman Darrell Issa

Chairman

House Oversight Committee

2347 Rayburn House Building

Washington DC, 20515


cc Congressman Mike Rogers

Chairman

House Intelligence Committee

133 Cannon House Office building

Washington DC 20515


cc Congressman Sam Johnson

Chairman

House Subcommittee on Social Security

House Ways and Means Committee

2929 N Central Expy, 240

Richardson, TX 75080


cc Congressman Dana Rohrbacher

Chairman

House Subcommittee on Oversight and Investigations'

House Committee on Foreign Affairs

2300 Rayburn House Building

Washington DC 20515

**Dr. Orly Taitz, ESQ**

**29839 Santa Margarita Parkway, STE 100**

**Rancho Santa Margarita CA 92688**

**Tel: (949) 683-5411; Fax (949) 766-7603**

**E-Mail: dr_taitz@yahoo.com, orly.taitz@gmail.com**

## UNITED STATES DISTRICT COURT

## FOR THE  DISTRICT OF COLUMBIA

| | |
|---|---|
| **Dr. ORLY TAITZ, ESQ, PRO SE** | § |
| **Plaintiff,** | § **Freedom of information violation** |
| | §        **5USC §552** |
| **v.** | §        **OPPOSITION TO** |
| | §    **MOTION FOR SUMMARY** |
| **Michael Astrue, Commissioner of the** | §    **JUDGMENT** |
| **Social Security Administration,** | §    **11-cv-00402** |
| | § |
| | § **Honorable Royce Lamberth** |

**Respondent**               **§ Chief Justice presiding**

## OPPOSITION TO DEFENDANTS STATEMENT OF FACTS NOT IN DISPUTE

2. Defendant intentionally misrepresented the Plaintiffs FOIA request in ¶2. Defendant states: "Specifically, this request sought:…

2. the redacted Form SS-5 for the living individual, who holds the social security number xxx-xx-4425."

This is an absolutely false statement of fact.

Plaintiff provided the Defendant and the court information, showing that this number was never assigned according to the SSA own records and that in National databases this number was originally used by an individual born in 1890, who is presumed to be deceased, and from around 1980 was illegally assumed by Barack Hussein Obama. Plaintiff did not request the SSA to provide her with the SS-5 of a live individual, who is "holding" the number today, most probably illegally. She requested to know if this SS-5 was ever assigned, and if it was assigned, she wanted an application of the original owner, who was born in 1890 and who would be 121 years old today and is presumed to be deceased.   SS-5s of the deceased individuals are readily provided to the public through FOIA.

/s/ Dr. Orly Taitz ESQ

07.13.2011

Dr. Orly Taitz, ESQ
29839 Santa Margarita Parkway, STE 100
Rancho Santa Margarita CA 92688
Tel: (949) 683-5411; Fax (949) 766-7603
E-Mail: dr_taitz@yahoo.com, orly.taitz@gmail.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Dr. ORLY TAITZ, ESQ, PRO SE** | § |
| **Plaintiff,** | § **Freedom of information violation** |
| | § **5USC §552** |
| **v.** | § **OPPOSITION TO** |
| | § **MOTION FOR SUMMARY** |
| **Michael Astrue, Commissioner of the** | § **JUDGMENT** |
| **Social Security Administration,** | § **11-cv-00402** |
| | § |
| | § **Honorable Royce Lamberth** |
| **Respondent** | § **Chief Justice presiding** |

(proposed) ORDER

This court, having considered defendant's motion for summary judgment, the memoranda of the parties, and the whole record herein, and being of the opinion that the defendant is not entitled to the summary judgment,

MOTION FOR SUMMARY JUDGMENT BY THE DEFENDANT IS DENIED. SO ORDERED

_____

SIGNED CHIEF JUDGE ROYCE C. LAMBERTH

_____

DATED

Taitz v Astrue opposition to motion for summary judgment            26

**Dr. Orly Taitz, ESQ**

**29839 Santa Margarita Parkway, STE 100**

**Rancho Santa Margarita CA 92688**

**Tel: (949) 683-5411; Fax (949) 766-7603**

**E-Mail:** dr_taitz@yahoo.com, **orly.taitz@gmail.com**

## UNITED STATES DISTRICT COURT

## FOR THE  DISTRICT OF COLUMBIA

| | |
|---|---|
| **Dr. ORLY TAITZ, ESQ, PRO SE** | § |
| **Plaintiff,** | § **Freedom of information violation** |
| | §     **5USC §552** |
| **v.** | §     **OPPOSITION TO** |
| | §    **MOTION FOR SUMMARY** |
| **Michael Astrue, Commissioner of the** | §    **JUDGMENT** |
| **Social Security Administration,** | §    **11-cv-00402** |
| | § |
| | § **Honorable Royce Lamberth** |
| **Respondent** | § **Chief Justice presiding** |

## OPPOSITION TO DEFENDANTS STATEMENT OF FACTS NOT IN DISPUTE

2. Defendant intentionally misrepresented the Plaintiffs FOIA request in ¶2. Defendant states: "Specifically, this request sought:…

2. the redacted Form SS-5 for the living individual, who holds the social security number xxx-xx-4425."

This is an absolutely false statement of fact.

Plaintiff provided the Defendant and the court information, showing that this number was never assigned according to the SSA own records and that in National databases this number was originally used by an individual born in 1890, who is presumed to be deceased, and from around 1980 was illegally assumed by Barack Hussein Obama. Plaintiff did not request the SSA to provide her with the SS-5 of a live individual, who is "holding" the number today, most probably illegally. She requested to know if this SS-5 was ever assigned, and if it was assigned, she wanted an application of the original owner, who was born in 1890 and who would be 121 years old today and is presumed to be deceased.   SS-5s of the deceased individuals are readily provided to the public through FOIA.

/s/ Dr. Orly Taitz ESQ

07.13.2011

# EXHIBIT 1

BSO - SSN Verification Results                                              Page 1 of 1

# Social Security Number Verification System (SSNVS)

 SSNVS Help

## SSN Verification Results

Employer's EIN
Records Submitted      1
Failed                 1
Verified Records       0

The following table displays your submitted results. The first column indicates if the submitted record verified, failed or employee is deceased. The first five digits of the SSN will be masked for verified records and records with a verification results code of 2, 3, 4 or 6

- **Failed** - Data does not match Social Security Administration's records. Select for more information

- **Deceased** - Data matches Social Security Administration's records, and our records indicate that the person is deceased. For more information, please contact our general SSA information line at 1-800-772-1213 (TDD/TTY 1-800-325-0778) or your local Social Security field office. Select to find the office nearest you

- **Verified** - Data matches Social Security Administration's records

| Results | SSN 999999999 | First Name | Middle Name | Last Name | Suffix | Date of Birth MMDDYYYY | Gender F/M | Verification Results |
|---------|---------------|------------|-------------|-----------|--------|------------------------|------------|----------------------|
|         | 042684███     | BARACK     |             | OBAMA     | -      | 08041961               | M          |                      |

| Verification Results | |
|------|------------|
| Code | Description |
| 1    | SSN not in file (never issued) |

Have a question? Call **1-800-772-6270** Mon - Fri 7AM to 7PM Eastern Time to speak with Employer Customer Service personnel. For TDD/TTY call **1-800-325-0778**

**EXHIBIT 2**

61-1125539-1    042-68-442-    M    08-04-61

||||.|||..||..||.||.||.|..||.|||.....||.|.||.||.||....||||

61-1125539-1    50    01128-000350

BARACK HUSSEIN  OBAMA

2-02

|||||||||||||||||||||||||||||||

**If you have already reached age 26 or will do so in the current calendar year, you are no longer required to notify Selective Service of any future changes of address or changes to any other items on your registration record.**

Change of Information Form

G2O

(cut along dotted line)

**Dear Registrant:**

Please keep this letter as legal proof of your registration. Or you may keep only the wallet-sized registration acknowledgment provided below for your convenience.

Use the top portion of this letter to update and/or correct your information. Please review it carefully. Mark through any mistakes and write in the correct information. If you made any changes, cut off the top portion of this letter, and mail it to the Selective Service System using the envelope provided. **If your information is correct, do not return this form.** However, when any of your information changes, you are required to notify the Selective Service System within 10 days. If changing only your address, you may go to www.sss.gov.

**FOR NON-IMMIGRANT ALIENS:** If you are on a valid visa and believe that you were registered in error, send this entire form and a copy of your I-94, I-95A, or Border Crossing Card (DSP 150) to Selective Service System, P.O. Box 94638, Palatine, Illinois 60094-4638.

If you have questions about the Selective Service System, call 1-847-688-6888.

**Thank You!**

Registration Acknowledgment

61-1125539-1          08-04-61          042-68-4

BARACK HUSSEIN   OBAMA

Lawrence G  Romo

**EXHIBIT 3**

June 27, 2011

Dr. Orly Taitz, Esq.
Defend Our Freedoms Foundation
29839 Santa Margarita Parkway
Suite 100
Rancho Santa Margarita, CA  92688

Dear Dr. Taitz:

This is in response to your Freedom of Information Act (FOIA) request dated
October 4, 2010, in which you requested the dates for the Form SS-5 revisions.

Although we previously responded that FOIA does not require agencies to answer
questions or do research in order to respond, we created a document in response to your
FOIA request that provides the information you requested.  I have enclosed the document
showing dates for the Form SS-5 revisions.  In addition, we are providing another copy of
Stanley Ann Dunham's SS-5, which shows a clearer revision date.

We hope you find this information useful.

Sincerely,

Dawn S Wiggins

Dawn S. Wiggins
Freedom of Information Officer

Enclosures

Versions of Form SS-5

| 1 | 1936: First version |
|---|---|
| 2 | 9/42 |
| 3 | 7/56 |
| 4 | 7/69 |
| 5 | 10/69 |
| 6 | 2/73 |
| 7 | 7/74 |
| 8 | 9/75 |
| 9 | 1/76 |
| 10 | 11/77 |
| 11 | 2/78 |
| 12 | 5/78 |
| 13 | 8/78 |
| 14 | 11/78 |
| 15 | 8/79 |
| 16 | 9/79 |
| 17 | 10/80 |
| 18 | 2/81 |
| 19 | 10/81 |
| 20 | 7/82 |
| 21 | 11/82 |
| 22 | 1/83 |
| 23 | 8/83 |
| 24 | 1/84 |
| 25 | 5/84 |
| 26 | 8/84 |
| 27 | 1/85 |
| 28 | 8/85 |
| 29 | 10/86 |
| 30 | 11/86 |
| 31 | 2/87 |
| 32 | 2/88 |
| 33 | 3/88 |
| 34 | 5/88 |
| 35 | 9/89 |
| 36 | 2/98 |
| 37 | 3/2001 |
| 38 | 11/2002 |
| 39 | 9/2003 |
| 40 | 10/2003 |
| 41 | 12/2005 |
| 42 | 5/2006 |
| 43 | 8/2009 |



ANN

(STATE)

PRINT FULL NAME GIVEN YOU AT BIRTH

Is., Wash.³ | STANLEY ANN DUN...

(YEAR) | PLACE OF BIRTH    CITY              COUNTY

1942 | ⁵ WICHITA

...N | ⁸ MOTHER'S FULL NAME BEFORE EVER MARRIED, REGARDLESS OF...

MADELYN LEE PA...

R, SPECIFY) | HAVE YOU EVER BEFORE APPLIED FOR OR HAD A SOCIAL SECURITY OR RAILROAD RETIREMENT NUMBER?    (MAR

| 11 | IF ANSWER IS "YES" PRINT THE STATE IN WHICH YOU FIRST APPLIED AND WHEN    STATE

(STATE) | ALSO PRINT YOUR ACCOUNT NUMBER IF YOU KNOW IT

OUR NAME AS USUALLY WRITTEN (DO NOT PRINT)

REVENUE SERVICE   (Revised 7-...)



(R)  
42

PLACE OF BIRTH

WICHITA

MOTHER'S FULL NAME BEFORE HER MARR...

MADELYN L

(FY)  
HAVE YOU EVER BEFORE APPLIED FOR OR HAD A SOCIAL SECURITY OR RAILROAD RETIREMENT NUMBER?

11  
IF ANSWER IS "YES" PRINT THE STATE IN WHICH YOU FIRST APPLIED AND WHEN

ATE)  
ALSO PRINT YOUR ACCOUNT NUMBER IF YOU KNOW IT

ME AS USUALLY WRITTEN (DO NOT PRINT)

...TE SERVICE ...REVISED...

**EXHIBIT 4**

These are 161 typed characters selected from
Obama's birth certificate that do not match
each other for style or size.

AAAAEEHHHHKKMM

RRSSSUUaaaaaaaa

aaaaaaaaaaaaaaaa

cccccceeeeeeeeffgg

iiiiiiiiiiiiiiiii

llllllllllnnnnn

nnnnnnnnnnnoooo

ooooooooopprrrr

sssssstttttttt

uuuuuuuuuuuww

yyyyy11122,,,,,

AAEEKKMM

RRSSUUss

aaaaaa cc

ee ff gg ii

llnnpprr

tttttttt

uuyy1122



BARACK HUSSEIN OBAMA, II

Male August 4, 1961 724, P

Honolulu Oahu

Kapiolani Maternity & Gynecological Hospital

5085 Kalanianaole Highway

Honolulu Oahu Honolulu, Hawaii

BARACK HUSSEIN OBAMA African

25 Kenya, East Africa Student University

STANLEY ANN DUNHAM Caucasian

18 Wichita, kansas None

AAEEKKMM

RRSSUUss

aaaaaacc

əeffggii

llnnppr r

ttttttttt

uuyyll22



# Student

Difference in the lower case "t"

Eight different "t"s found.

t t t t t t t t

AAASSnn

Differences in size     angle     and width



in size      angle      and width

udent

nce in the lower case "t"

t t t t t

: different: different "t"'s found.

A SS nn

MICHAEL GERLICK
Notary Public, State of Florida
My Comm Expires Nov 29, 2013
No. DD943069

**EXHIBIT 5**



**EXHIBIT 6**

**Dr. Orly Taitz, Esq.**
**29839 Santa Margarita Parkway, STE 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
E-Mail: dr_taitz@yahoo.com

UNITED STTES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Dr. Orly Taitz, Esquire, Pro Se. | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | Civil Action |
| v. | ) | |
| | ) | |
| Barrack Hussein Obama, | ) | |
| Defendant | ) | |

### Affidavit of John N. Sampson

1    My name is John N. Sampson. I am over 18 years of age, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2    I am a citizen of the United States of America. I am 59 years old, and was born in Jackson Heights, Queens, New York and raised in the State of New York.

3    I am the Chief Executive Officer, Owner, and Operator, of CSI Consulting and Investigations LLC, a consulting and private investigative firm registered with the Secretary of State of Colorado as a Limited Liability Company pursuant to the laws of the State of Colorado. The company was formed in the State of Colorado on January 2, 2009 and is in good standing with the Secretary of State of Colorado. Colorado does not have any licensing requirements or provisions for private investigators.

4    I am a retired Senior Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), having retired after 25 plus years of credible federal service, on August 30, 2008. (See Exhibit "A", attached)

1

5      As a result of my former employment, and in furtherance of my current employment, I have appeared as an expert witness in numerous courts throughout the United States, having been admitted as an expert witness in the areas of immigration law, immigration enforcement, immigration fraud, immigration marriage fraud, visa fraud, Violence Against Women Act fraud, and as a forensic document analyst. The States in which I've testified as an expert witness include Colorado, New York, Arizona, Florida, Nebraska. I have also been endorsed as an expert witness relating to the aforementioned areas in California, Massachusetts and Florida.

6      I have personal knowledge of all of the facts and circumstances described herein below and will testify in open court to all of the same.

7      From my personal experience having dealt with the verification of social security numbers being used by illegal aliens in violation of law, when there is a need for verification of the legitimacy of a Social Security number, certain information can be, and is routinely, obtained from the Social Security administration on questionable social security numbers that is permitted to be released under the Privacy Act. This information is of non identifying nature and includes, but is not limited to:

      a      The exact date that the social security number in question was issued.

      b      The zip code to which the Social Security number card was mailed to.

      c      The age of the applicant at the time they applied for the Social Security number in question.

      d      The gender of the applicant who applied for the Social Security number in question.

8      While this information does not provide the identity of the account holder which is Privacy Act protected, it is beneficial in determining if a suspect social security number is being used fraudulently or being misused by someone other than the rightful account holder without violating the provisions of the Privacy Act. If the Social Security Administration should refuse to provide the requested information, a court order directing the release of the aforementioned non identifying information would be useful and beneficial in determining if a particular social security number was being misused in violation of Title 42 United States Code, Section 408(a)(7)(B), a felony cognizable under the laws of the United States.

9      I swear under the penalties of perjury that all the facts stated and circumstances described above are true and correct to the best of my knowledge and belief.

10     I have not been compensated for making this affidavit.

Further, Affiant sayeth not.

Signed and executed in Strasburg, Colorado on this _____ day of September, 2010

2

Office of Detention and Removal Operations
U.S. Department of Homeland Security
425 I Street, NW
Washington, DC  20536



U.S. Immigration
and Customs
Enforcement

'''⌐ 2 2

Mr. John Sampson
Office of Detention and Removal Operations
U.S. Immigration and Customs Enforcement
U.S  Department of Homeland Security
Denver Field Office
4730 Paris Street
Denver, CO  80239

Dear Mr. Sampson:

On the occasion of your retirement after more than 25 years of service, I would like to take this opportunity to express my sincerest appreciation and best wishes

In the course of your dedicated service to the Immigration and Naturalization Service and your time with the Department of Homeland Security, U.S. Immigration and Customs Enforcement, we have seen many changes and accomplishments and you have contributed significantly to those.  Your expertise and professionalism were displayed in all aspects of your work.

You have distinguished yourself through the years and you should feel proud of your lasting accomplishments.  Your knowledge and dedication will be greatly missed, but know that the program and agency have benefited greatly because of your work and numerous contributions.

On behalf of the Office of Detention and Removal Operations. I extend our most sincere appreciation.  We wish you all the best in your future endeavors and much happiness for you and your family

Sincerely,

James T. Hayes, Jr.
Acting Director

www.ice.gov

By                   
John N. Sampson

Signed and subscribed to this _____ day of September, 2010 in Strasburg, Adams County, State of Colorado

Notary Public Adams County, Colorado

3

**EXHIBIT 7**

**RESELLERS OF**
(faded text)

**THE REPOSITORY ™**
**ARCHIVE INDEX SYSTEMS, INC.**
(faded address line)
P O box 4213
BELLEVUE, WASHINGTON 98015
(425) 643-1131  FAX 206 384-7237
(faded)

**WEB PAGES**
www.archiveindex.com
www.thesearchenginearchiveindex.com

May 22, 2011

# Revised and Expanded Affidavit

I, Douglas B. Vogt, am over 18 years old, do not suffer from any mental impairment, have personal knowledge in the following and attest under penalty of perjury that I have knowledge and expertise in documents, imaging, scanners and document imaging programs. Based on my knowledge and expertise the following is true and correct

### My Credentials

I have a unique background for analyzing this document. I owned a typesetting company (Nova Typesetting) for 11 years so I know type and form design very well. I currently own Archive Index Systems since 1995, which sells all types of document scanners worldwide and also developed document imaging software (TheRepository). I know how the scanners work and their capabilities. I have also sold other document imaging programs, such as Laser Fiche, Liberty and Alchemy. I have sold and installed document imaging systems in city and county governments so I know their procedures with imaging systems and everything about the design of such programs. This will be important in understanding what has happened with Obama's Certificate of Live Birth. I also have a good working knowledge of Adobe Photoshop and Illustrator.





Figure 1. Tiff image of the Obama's Certificate of Live Birth dated August 8, 1961

Figure 2. The microfilmed Certificate of Live Birth of Susan Nordyke dated August 11, 1961

What I Discovered about Obama's Certificate of Live Birth and why it is a Forgery.

What the Obama administration released is a PDF image that they are trying to pass off as a Certificate Live Birth Long Form printed on green security paper by the County Health Department, but this form is a created forgery. Ironically the country has a lot to thank Mr. Donald Trump and Mr. Jerome Corsi and his new book, because they made President Obama's birth certificate a public issue which in turn forced the White House to produce this forgery to answer both of them. The Obama Certificate of Live Birth Long Form is a forgery for the following reasons.

**1. Curved and non-curved type.** The image we are looking at was scanned in grayscale and some part in binary which cannot be on the same image. The reason I know this is because of the shadowing along the gutter (left-hand side) is produced by scanning in grayscale. It also means that the county employee who did the original scanning of all the forms, did not take the individual pages out of the post binders. The result is that all the pages in that book display a parallax distorted image of the lines and type. They curve and drop down to the left. If you look at line 2 (Figure 3) on the form that says *Sex* you will notice the letters drop down one pixel but the typed word *Male* does not. Also notice the line just below *Male* drops down 3 pixels.



Figure 3  Line 2 of the form  Baseline differences

The second incident of this parallax problem is seen in line 6c *Name of Hospital or Institution* (Figure 4). The word *Name* drops down 2 pixels, but the typed hospital name, *Kapiolani*, does not drop down at all, and again the line just below drops down 2 pixels, but not the name *Kapiolani*.

The conclusion you must come to is that the typed in form was superimposed over an existing original Certificate of Live Birth form. In fact, since I found some of the form headings scanned in as binary and grayscale, the form itself is a composite but the person who created it did not flattened the image of the blank form and save it as one file before they started placing the typewriter text on the composite form. The individual(s) who perpetrated this forgery could not evidently find a blank form in the clerks imaging database, so they were forced to clean up existing forms and overlay the typewriter type we see here. The forger was also looking for certificates with the correct stamped dates and that is why I think they used more than one original form. At first I wondered why the forger didn't just typeset the entire form from scratch and overlay the type and not have to worry about the parallax problem. Then I remembered that in the early 1960s there was no phototypesetting and this form was set in hot metal from a linotype machine. The type design I think

2

s Times Roman but they could never replicate the older design. They were stuck having to use existing fonts that were scanned out using binary and grayscale.



Figure 4 Type 6b at 800%.   The typeface name of the hospital does not drop down 2 pixels

**2. There is a white haloing around all the type on the form**. Figure 5 is an example of this. This effect should not appear on a scanned grayscale image. Figure 6 is a grayscale image scanned in at 240 dpi. Now will notice that there is no haloing effect around the type and also the security pattern is seen through the type. Figure 7 is a color image where you can clearly see the security green color through the type and no haloing. Figure 8 shows a Black and White (binary) image of the same type. The important thing to remember is that you cannot have grayscale and binary on the same scan unless the image is a composite. This means that different components of the whole image are made up of smaller parts. Figure 9 is an enlarged version of Figure 6 showing what grayscale letters shot in binary are supposed to be.

Name   (Type or print)

BA ACK

3.   This Birth

Single ☐  Twin ☐  Triplet ☐

Figure 5 Obama's form            Figure 6  Grayscale            Figure 7  Color image

The next question would be: What would have caused the haloing effect? We know that all the original Certificates of Live Birth (COLB) were microfilmed because we can see the Nordyke Certificate (Figure 2) was microfilmed. Then some time after 2004 the paper original copies, in bost binder books, were scanned using a commercial document scanner with a flatbed, scanned as grayscale images. The forger was working with two types of images. He she may have used images printed from the microfilmed copy and then scanned the printout in grayscale. At that point the forger would have to invert the image so as to have a white background, black type. Figure 10 is an example of an inverted image of Figure 2. The result would be like Figure 9 but a whiter background. The image I am working with in Figure 10 is only 94 DPI but the forger was working with much higher resolution (240 dpi). At that point the forger converted the grayscale to a binary image and placed it into the background and text. Figure. The problem was that there were still image values for the pixels around the placed type so when he she placed the type image over the

3

background and instructed the program to bring the type "forward" it blanked out the background image, hence the halloing effect around the type



Figure 9 binary image                    Figure 9 An enlarged version of Figure 6 showing grayscale type



Figure 10, inverted image of Figure 2

3. The Obama Certificate is loaded with both binary and grayscale letters which is just another smoking gun that this form is a forgery. It appears the lines and some of the boxes were scanned using grayscale, but only some of the form headings were grayscale and sometimes it is only some letters. Figure 11 and Figure 4 give one example. You will notice that the *H* and *al.* in Hospital, *I* in Institution, *H* and again the *h* and *l* in hospital were grayscale images, but the rest of the line is binary. The typewriter line below was scanned in as a binary image. I can also tell you for certainty that the form type was scanned in at a lower resolution (≃200 dpi). This is because of the size of the pixels on the letters were such that the openings on the *a* and *s* on the first line are not visible and filled in. This may also further indicate that forger took some of the type images from the microfilmed copies.

## Hospital or Institution (If not in hospital c

## )lani Maternity & Gyneco

Figure 11 shows and a mixture of grayscale and binary type on the same line

Another example is found in item box 1c, his name *BARACK*. For some reason the "R" is a grayscale image and the rest is binary, Figure 13. That means the "R" was originally on the form and the rest was not and it was added.

The question again is: Why did the forger leave some grayscale type images in the form and not just erase the whole form? The answer is that is she needed the grayscale images to re-establish the baseline of the type for the superimposed binary type. This also told me that the forger was an experienced graphic artist.



Figure 13 A close-up of the original grayscale and binary on the same line

Another example is the Certificate number used in date 14a. The last "1" on the form is a grayscale image but the rest of the numbers are not. This is just another example of a cut and paste job. It also means we don't know what the real Certificate number is if there even is one. There are other problems that overlay the same features, boxes 5b, 7e, 11, 13, 16, 18a.



Figure 14 The last "1" is grayscale but the rest is binary

**4. The Sequential Number is a fraud.** I would like you to refer back to Figures 1 and 2. You will notice that Barack Obama was supposed to have been born on Friday at 7:24 p.m. August 4, 1961 and the local registrar supposedly accepted it on Tuesday August 8, 1961 and hand stamped the Certificate number 151 1961 in the lower right at the center of the date. Susan M. Nordyke was born on Saturday at 2:12 p.m. August 5, 1961 and another registrar date stamped it on August 11, but her Certificate number is 151 1960 1. Susan Nordyke was a twin and her sister's Certificate number is 151 1964. Keep in mind, there was only one date stamp machine in the office so the numbers would all be unique. There cannot be any duplicates so every Certificate has a unique serial number. Obama's certificate would have arrived likely been mailed on the following Monday, the 7th and received by the Clerk Tuesday the 8. Susan Nordyke and her sisters' Certificates looks like they were mailed sometime earlier that week and not accepted until the 11th but Susan has a Certificate 4 numbers less than Obama's. It is impossible to have Obama's Certificate number to be four numbers higher than a Certificate that came in 3 days later.

As stated in #3 the last "1" on the form is a grayscale image but the rest of the numbers are not (figure 14), again irrefutable proof that the Certificate number is a composite of two numbers and hence a forgery. This forgery comes under a separate offense and carries with it 5-years in prison [see Appendix D: Title 19, Ch 47, Sec. 1028(d)1]

The facts I have shown you in #3 and 4 tell me several things about how this forgery was assembled. 1. Some person(s) in the Health Department, who had access to the document imaging program, searched the database for someone close to the actual birth date of Obama and found someone near the 4th of August, if in fact he was born on the 4th and we should not assume that at all. Obama may have chosen the 4th of August because they had a baby who died close to his date of birth. The clerk may have crossed referenced the death database to find someone who had died and had a birth date close to Obama's. It has been reported that an infant girl named Virginia Sunahara was born on August 4, 1961 at Wahiawa Hospital in Wahiawa, Oahu, HI who died on August 5, 1961 at the Kapiolani Women and Children's Medical Center, due to complications. This happens to coincide with date of birth and birthplace of the Nordyke twins. We could make two assuming here. The first would be that the Wahiawa Hospital would have filled the COLB form as customary and mailed it to the County Health Department and the Kapiolani Medical Center would have filled out the death certificate. The other less probable would be that her medical records were transferred to Kapiolani Hospital and they would produce the birth certificate and later the death certificate was later included in the group of birth certificates that contained the Nordyke twins.

The Federal Government wanted the States to cross reference the birth and death databases so the database would have that information. The date stamps have two different colors and sizes (see #5 below) which indicates that both dates came from different Certificates. We can conclude from this that more than one person was involved in the Hawaii Department of Health to assemble the different components that were used and also do the database searches to find the right Certificates to create the fraudulent Certificate of Live Birth and finally someone who signed the fraudulent certificate. I believe that after all the components were assembled they were then given to a graphic artist to actually assemble the whole thing and create the finished forgery. That graphic artist could be located anywhere. In short this was a multi-state conspiracy to defraud the United States.

**5. Two different colors and font sizes in Form box 22 and 20 *Date Accepted by Reg. General.***
What is very revealing about this box and date entry is there are two different colors on both lines where there should be no color at all. Both lines were scanned using binary mode, but I see two different colors (figure 15). What I think this is showing us is that the person who put this fraud together was looking for a form that had the right date namely "August 8 19_1." As you can see the only things that are printed in dark green (R, 71, G=92, B=73) are "Date A" and "**AUG -8  6.**" The rest of the type is in black. This tells me that the forger was working in color mode and what they copied from had a color value for some reason unless they put a color value on it. ~~Finally the font size of the rubber stamp in box 22 is larger than the stamp used in box 20. This is unlikely because the same rubber stamp would have been used, at the same time, by the same registrar to stamp the dates in both places, and sign the form in box 21. Since we have two size letters and numbers, this means these elements were taken from two separate forms that may have been years apart using different rubber stamps.~~



Figure 15. Two different color inks, dark green and black

The same thing is found in form box 20 "Date Accepted by Local Reg." Figure 16 again shows that the date has two different colors. The "AUG -8 196" is in dark green (R=87, G=111, B=87) and the "1" is in black. Yet again another irrefutable proof this form is a forgery. Form box 17a displays the same two color image in the word "None". The "Non" is in dark green



Figure 16. Another example of two colors on the same line

### 6. The official seal is not part of the Certificate of Live Birth. The Hawaiian law (Section 11-1-2 Seal of the Department of Health) states

a. The official seal of the department of health shall be circular in shape, **two and one-fourth inches in diameter**. At the curve on the top portion there shall be the words "DEPARTMENT OF HEALTH" and at the curve on the bottom portion there shall be the words "STATE OF HAWAII." At the curve on each side portion shall be a star. In the center of the seal shall be the Caduceus, a winged rod entwined with two serpents which has long been recognized as the universal symbol of medicine. The Caduceus shall be enclosed by an indentation which shall separate it from the words "DEPARTMENT OF HEALTH" and "STATE OF HAWAII."

Figure 18. Official Seal of the DOH    Figure 19. Obama's COLB    gathered Feb. 2011

The first Certificate of Live Birth Obama the candidate produced in June of 2008 was the "Short Form" of the COLB. It had the Department of Health's seal embossed on it (Figure 17) appearing on it about 3" from the bottom of the 11 inch paper. That told me the Health Department is using an electric embosser, which applies ample pressure to leave a clearly visible embossment. Hand seal embossers have only 1½ inch or less clearance for a 2¼ inch seal, from the edge of the paper. The Health Department seal does not appear obvious on the Obama COLB. A good embossment will

distort the type and lines on a form and is clearly visible (figure 21). Even on the Nordyke Certificate (figure 18) in spite of it being an inverted image from a microfilmed image, it is clearly seen. Figure 19 shows Obama's seal on the COLB presented on April 27, 2011 is visible only because a color filter was used to see it, otherwise it completely disappears in the design of the security paper (figure 20).



Figure 20  Seal on Obama's    Figure 21  Hand stamped seal from
COLB from April 27, 2011     a 'original' COLB from 1962

The official seal on the Obama COLB is a second or even third generation image from another form. The seal embossing did not distort the lines or type on the form and it most likely was never part of this Certificate, Yet another indication this Certificate of Live Birth is an obvious forgery.

### 7. The hand stamped certification from the current registrar is a forged stamped notice.

The Department of health has the right to produce a legal copy of the original Certificate of Live Birth to people who have the appropriate right to receive one. The Clerk in the office would search the document imaging database and retrieve the correct Certificate. The Clerk would then print out the Tiff image on the green security paper. They would then take a rubber stand that states the following. I CERTIFY THIS IS A TRUE COPY OR ABSTRACT OF THE RECORD ON FILE IN THE HAWAII STATE DEPARTMENT OF HEALTH. Then below this notice would be the likeness of the State Registrar's signature, in this case it was Alvin T. Onaka, Ph.D. Then the clerk would stamp the date to the left of the certification. See Figure 22 for a Certificate done one month before the Obama's April 25 2011 Certificate. Please note that since it is a hand stamp the certificate stamp is skewed up on the right hand side.

Figure 22  Registrar stamp on a persons Certificate done March 2011

Now let us look at the Obama's Certificate (Figure 23) supposedly done on April 25, 2011. Notice the registrars' rubber stamp has an error on the word "line" which reads ": NE." but this error does not show up on the same rubber stamp used one month before. In Figure 24 you will see an enlargement of the word. You will notice that the "X" had been created by the graphic artist by filling in pixels so it appears like an "X" but it really is not. Also notice that the whole stamp is too straight on the form. The red lines drawn under two of the lines of type are aligned with the pixels. The stamp rises only two pixels over 3". My conclusion is that the whole stamp was placed there by

the graphic artist to look as straight as possible. The only problem is that no name stamped notice like this would be placed that perfect on the page.

.

Figure 23. Obama's Registration stamp from the sample scan

Figure 24. Entire image of the "TXE 1

Other investigators have questioned what looks like an italic "/1" under the capital A in Alvin. In Figure 22 the same artifact does not appear. We have to assume either the artifact was already on the security image the forger used, and forgot to erase it, or it was placed there deliberately for some reason that we don't know yet.

**8. Multiple layers in the PDF file from the White House.** I am not the first one to find this fact and they deserve the credit for discovering it. What they discovered is that when you open up the PDF file in Adobe Illustrator and you turn on layers, you see a long list of nine different layers that correspond to different sections of the form, including the signatures on the form. Figure 25 shows the layers that contains most of the Typewriter and form text.

I discovered using just my Adobe Acrobat 8 Standard that I could also see the different components disappear when I enlarged the image to just 400% and used the "hand" tool to quickly move around the image. When I moved the image fast, the various type components would disappear from the form but the lines stayed just as I had concluded.

I also opened up the White House PDF file in WordPad so I could see the codes and headers in the file. There I discovered the evidence for the 9 layers embedded in the code (see below). The big surprise I discovered was that the file was finished or created on April 27, 2011 and the copy I had downloaded from the White House web site was modified on April 28, 2011 at 9:58 AM, the day after the news conference. The White White House says that the President had his Seattle based lawyer fly to Hawaii and pick up a signed and stamped paper Certificate of Live Birth and fly directly to Washington DC, is obviously not the document the public has been shown. In other words the whole story is not true. The Press Secretary proudly stated that he personally put up the PDF on the White House web site and that's probably all they got was the PDF by e-mail.

```
2 J c0
>> Subtype  Wid.oXp'n 0 EndTrue Vs asn as'rs art
< 1.ea0                         Tr:ED = J42S cn   D = re.a.Js
    >>>JL Crea c'0, hFJ,n.e. Ayn0.e.snT
      R = .0:               TTRd J A6 TD    J re 10 21D Ts
      .0>,Yar9 and, me.2Ih' 1 Aus.T0F of u1n "  D s.J Va.a0FL.c.h
```

The following are the header codes for the 9 layers embedded throughout the file.

```
'0<  J.0.
J 0  mJsub mode venath 2LJ.0.3 Ps D 0TDet  oe BxsPs Curvd an .2 T_c Dsdus x DF A an ' 8CL = J   J.1P.Tyoe xQt ers henoph
no Jsu.
xn Subtype Image La gm 6TuE0 Fma  FisteDet  ce ImgeTMesk nue BxsPsrCnncos.sn'  from 1484 Height 18F+ Tyne xDr en>>stream
'0C.J.0
>> Subtyoe Image Length 6010J n nFsateDecoue ImageDecue hue 8 xPerD, nou1 en's Wdth 199Fesight  " Fp Type xQue   >>stream
```

18 obj
<< Subtype /Image Length 490 Filter FlateDecode ImageMask true BitsPerComponent 1 Width 42 Height 274 Type /Object>>stream
19 obj
<< Subtype /Image Length 309 Filter FlateDecode ImageMask true BitsPerComponent 1 Width 123 Height 228 Type /Object>>stream
19 obj
<< Subtype /Image Length 450 Filter FlateDecode ImageMask true BitsPerComponent 1 Width 47 Height 215 Type /Object>>stream
19 obj
<< Subtype /Image Length 1013 Filter FlateDecode ImageMask true BitsPerComponent 1 Width 14 Height 10 Type /Object>>stream
20 obj
<< Subtype /Image Length 677 Filter FlateDecode ImageMask true BitsPerComponent 1 Width 243 Height 215 Type /Object>>stream
21 obj
<< Subtype /Image Length 344 Filter FlateDecode ImageMask true BitsPerComponent 1 Width 132 Height 142 Type /Object>>stream

This letter may have been accompanied by a CD with the files and images I worked from and the screenshots displayed in this report. I have also included MP4 files of the three videos listed below. You may freely use these images and text for your own report or public notice.

Some of the examples of the layering can be found on the following YouTube web sites. This one shows the layering in Illustrator

This one shows that letter "B" in box 1c and 8 are exactly the same. An example of cut and paste

Another good explanation of layering showing at least 9 layers

The original PDF is on the enclosed CD with this report and you can also download it from the web site.                                                    The discovering of nine layers in the PDF image didn't matter for my analysis 1 through 7 because I was able to export the image as a TIFF (18.35 MB) out of that PDF using my Adobe Standard software. So I was working from a flattened image and was able to find all that I did, in other words the layers were irrelevant to me but was just further proof that the Obama's Certificate of Live Birth is a forgery.



Figure 25. The layer that contains most of the forms text and typewriter text.

A Rebuttal to the Discovery of the Multi Layers Found in the PDF File.

The only rebuttal to the nine layers discovered in the PDF file released by the White House was a statement from a Canadian graphic artist from Quebec by the name of Jean-Claude Tremblay on April 29. It was reported by Fox News and on their web site at

He tries to excuse the multi-layers as merely an artifact of an OCR (Optical Character Recognition) engine and then saved as a PDF. There are two major reasons he is wrong and I know from his statement he knows nothing about OCR engines and how they work and their file structure. First of all the Obama PDF certificate was supposed to have come directly from the Health Departments office. As stated before, the records they have would have absolutely no reason to be OCRed and if they were asked to give the customer a PDF image it would be from their existing TIFF image stored in their document imaging program on the server. The program would have done no OCR processing at that time.

My qualifications on OCR programs are considerable. Our own document imaging program, TheRepository, has an OCR option from Expervision that is called TypeReader. We integrated TypeReader into our program but to do this we had to sign a non-disclosure statement with them and then we got their Tools Kit and API. When an OCR program saves a file as a searchable PDF, the file contains three main files within it. The first file is an image file, usually a compressed Group4 TIFF. The second file is a ASCII text file and the last file is a matrix file that contains the X and Y coordinates of all the words in the document. The Starting point for the image file and the matrix file is usually the upper left hand corner of the image measured in pixels. The text file and matrix files would never be seen as separate layers and there is certainly no nine layers. The three files would be in a PDF "wrapper" and that's all. All OCR programs work on the same principle.

Conclusion

The Certificate of Live Birth Obama presented on television on April 27, 2011 is a forgery.

In witness whereof he has hereto set his hand and seal.

Name of Notary:  _____

Title  _____

I _____ a Notary Public of King County and the State of Washington aforesaid, hereby certify that Douglas B. Vogt personally known to me to be the affiant in the foregoing affidavit, personally appeared before me this day and having been by me duly sworn deposes and say that the facts set forth in the above affidavit are true and correct.

Witness my hand and official seal this the 22nd day of May, 2011.

_____
Notary Public

My Commission Expires _____ , 2011

Notary Public
State of Washington
ZACHARY S NIEBRUEGGE
My Appointment Expires Aug 9, 2011

Douglas B. Vogt

11

Case 1:11-cv-00402-RCL   Document 28   Filed 07/25/11   Page 66 of 94

THE REPOSITORY ™
ARCHIVE INDEX SYSTEMS, INC.

RESELLERS OF

WEB PAGES
www.archiveindex.com
www.wholesalecheckscanners.com

BELLEVUE, WASHINGTON 98015

May 10, 2011

# Affidavit

I, Douglas B. Vogt, am over 18 years old, do not suffer from any mental impairment, have personal knowledge in the following and attest under penalty of perjury that I have knowledge and expertise in documents, imaging, scanners and document imaging programs. Based on my knowledge and expertise the following is true and correct.

### My Credentials

I have a unique background for analyzing this document. I owned a typesetting company for 16 years so I know type and form design very well. I currently own Archive Index Systems since 1993, which sells all types of document scanners worldwide and also developed document imaging software (TheRepository). I know how the scanners work. I have also sold other document imaging programs, such as Laser Fiche, Liberty and Alchemy. I have sold and installed document imaging systems in city and county governments, so I know their procedures with imaging systems and everything about the design of such programs. This will be important in understanding what has happened with Obama's Certificate of Live Birth.

 

Figure 1. Full image of the Obama's Certificate of Live Birth dated August 8, 1961 presented on TV 4-27-2011

Figure 2. Another Persons microfilmed Certificate of Live Birth dated August 11, 1961

### What I Discovered about Obama's Certificate of Live Birth and why it is a Forgery.

What the Obama administration released is a PDF image that they are trying to pass off as a Certificate Live Birth Long Form printed on green security paper by the County Health Department. The form is a created forgery for the following reasons.

**1. Curved and non-curved type.** The image we are looking at was scanned in grayscale and some part in Binary which cannot be on the same image. The reason I know this is because of the shadowing along the gutter (left-hand side). It also means that the county employees who did the original scanning of all the forms did not take the individual pages out of the post binders. The result is that all the pages in that book display a parallax distorted image of the lines and type. They curve and drop down to the left. If you look at line 2 (Figure 3) on the form that says Sex you will notice the letters drop down one pixel but the typed word *Male* does not. Also notice the line just below *Male* drops down 3 pixels.



Figure 3. Line 2 of the form. Baseline differences.

The second incident of this parallax problem is seen in line 6e *Name of Hospital or Institution* (Figure 4). The word *Name* drops down 2 pixels, but the typed hospital name, *Kapiolani* does not drop down at all. And again the line just below drops down 2 pixels, but not the name *Kapiolani*.

Figure 4. Line 6e at 500%. The typewriter name of the hospital does not drop down 2 pixels.

The conclusion you must come to is that the typed in form was superimposed over an existing original Certificate of Live Birth form from the county. In fact, since I found some of the form headings scanned in as binary and grayscale, the form itself is a composite but the person who created it did not flattened the image of the blank form and save it as one file before they started placing the typewriter text on the composite form. The individual(s) who perpetrated this forgery could not evidently find a blank form in the clerks imaging database, so they were forced to clean up existing forms and overlay the typewriter type we see here. The forger was also looking for certificates with the correct stamped dates and that is why I think they used more than one original form. At first I wondered why the forger didn't just typeset the entire form from scratch and overlay the type and not have to worry about the parallax problem. Then I remembered that in the early

2

1960s there was no photo typesetting, and this form was set in hot metal from a Linotype machine. The type design is Times Roman but they could never replicate the exact design. They were stuck having to use existing forms that were scanned in using binary and grayscale.

**2. There is a white haloing around all the type on the form.** Figure 5 is an example of this. This effect should not appear on a scanned grayscale image. Figure 6 is a grayscale image scanned in at 240 dpi. You will notice that there is no haloing effect around the type and also the security pattern is seen through the type. Figure 7 is a color image where you can clearly see the security green color through the type and no haloing. Figure 8 shows a Black and White (binary) image of the same type. The important thing to remember is that you cannot have grayscale and binary on the same scan unless the image is a composite. That means that different components of the whole image are made up of separate parts. Figure 9 is an enlarged version of figure 6 showing what grayscale letters should look like compared to binary.

Name (Type or print)

BA ACK

3. Time Birth

Single ☑  Twin ☐  Triplet ☐

Figure 5 Obama's form          Figure 6 Grayscale    Figure 7 Color image

URN NO RECEIPT NECESSARY

**SECURITY PACH**
Ventura & Sepulve
15165 Ventura Bou
Sherman Oaks, Ca

Figure 8 Binary image          Figure 9 An enlarged version of Figure 6 showing grayscale type

**3. The Obama Certificate is loaded with both binary and grayscale letters** which is just another smoking gun that this is in fact a forgery. It appears the lines and some of the boxes were scanned using grayscale but many of the form design parts were grayscale and sometimes it is only some letters. Figure 10 and Figure 4 give one example. You will notice that the *H* and *al* in Hospital, *I* in Institution, *O* and again the *a* and *I* in hospital were grayscale images, but the rest of the line is binary. The typewriter line below was scanned in as a binary image. I can also tell you for certainty that the form type was scanned in at a lower resolution (200 dpi). This is because of the size of the pixels on the letters were such that the openings on the *a* and *s* on the first line are not visible and filled in.

**Hospital or Institution (If not in hospital c**

**lani Maternity & Gyneco**

Figure 10 showing a mixture of grayscale and binary type on the same line.

Another example is found in form box 1a. his name *BARACK*. For some reason the "R" is a grayscale image and the rest is binary (Figure 11). That means the "R" was originally on the form and the rest was not until it was added.



Figure 11. Another example of grayscale and binary on the same line

Another example is the Certificate number itself (Figure 12). The last "1" on the form is a grayscale image but the rest of the numbers are not. This is just another example of a cut and past job. It also means we do not know what the real Certificate number is if there even is one. There are other form boxes that display the same feature, boxes: 5b, 7e, 11, 13, 16, 18a.

# ARTMENT OF HEALT
# 61 10641

Figure 12. The last "1" is grayscale, but the rest are binary.

**4. The Sequential Number is a fraud.** I would like you to refer back to Figures 1 and 2. You will notice that Barack Obama was supposed to have been born on Friday at 7:24 p.m. August 4, 1961 and the local registrar accepted it on Tuesday August 8, 1961 and hand stamped the Certificate number "61 10641." Then notice that the other Certificate of Susan E. Nordyke was born on Saturday at 2:12 p.m. August 5, 1961 and another registrar date stamped it on August 11, but her Certificate number is "61 10637." Keep in mind there would be only one bates stamp machine in the office so the numbers would all be unique. There cannot be any duplicates so every Certificate has a unique serial number. Obama's Certificate would have most likely been mailed on the following Monday, the 7th and received by the Clerk Tuesday the 8th. Susan Nordyke's Certificate looks like it was mailed sometime earlier that week and not accepted until the 11th but she has a Certificate 4 numbers less than Obama's. It is impossible to have Obama's Certificate number to be four numbers higher than a Certificate that came in 3 days later.

The facts I have shown you in #3 and 4 tell me several things about how this forgery was assembled. 1. Some person(s) in the Health Department, who had access to the document imaging program, search the database for someone close to the actual birth date of Obama and found someone near the 4th of August. They may have crossed referenced the death database to find someone who had died and had a birth date close to Obama's. If you remember, the Federal Government wanted the States to cross reference the birth and death databases so the database would have that information. 2. The date stamps have two different colors and sizes (see #5 below) which indicates that both dates came from different Certificates. 3. More than one person is involved in the Hawaii Department of Health to assemble the different components that were used, do the database searches to find the right Certificates to create President Obama's fraudulent Certificate of Live Birth and finally sign the fraudulent certificate. I believe that after all the components were

1

assembled they were then given to a graphic artist to actually assemble the whole thing and create the finished forgery. In short this was a conspiracy to defraud the United States.

**5. Two different colors and font sizes in Form box 22 and 20** *Date Accepted by Reg. General.* What is very revealing about this box and date entry is there are two different colors on both lines. Both lines were scanned using binary mode, but I see two different colors (figure 13). What I think this is showing us is that the person who put this fraud together was looking for a form that had the right date namely "August 8 19 1." As you can see the only things that are printed in dark green (R=71, G=92, B=73) are "Date A" and "AEG -8 6." The rest of the type is in black. This tells me that the forger was working in color mode. ~~Finally the font size of the rubber stamp in box 22 is larger than the stamp used in box 20. This is unlikely because the same rubber stamp would have been used by the same registrar to enter the dates in both places and sign the form in box 24. Since we have two size letters and numbers that means these elements were taken from two separate forms that may have been years apart using different rubber stamp.~~



Figure 13. Two different colors, dark green and black.

The same thing is found in form box 20 "Date Accepted by Local Reg." Figure 14 again shows that the date has two different colors. The "AEG -8 196" is in dark green (R 87, G 111, B 87) and the "1" is in black. Yet again, another irrefutable proof this form is a forgery. Form box 17a displays the same two color image in the word "None." The "Non" is in dark green.



Figure 14. Another example of two colors in the same line.

**6. Multiple layers in the PDF file from the White House.** I am not the first one to find this fact and they deserve the credit for discovering it. What they discovered is that when you open up the PDF file in Adobe Illustrator and you turn on layers you see a long list of nine different layers that correspond to different sections of the form, including the signatures on the form. I discovered using just my Adobe Acrobat 8 Standard that I could also see the different components disappear when I enlarged the image to just 400% and used the "hand" tool to quickly move around the image. When I moved the image fast, the various type components would disappear from the form but the lines stayed just as I had concluded.

**A Rebuttal to the Discovery of the Multi Layers Found in the PDF File.**

The only rebuttal to the nine layers discovered in the PDF file released by the White House was a statement from a Canadian graphic artist from Quebec by the name of Jean-Claude Tremblay on April 29. It was reported by Fox News and on their web site at:

He tries to excuse the multi-layers as merely an artifact of an OCR (Optical Character Recognition) engine and then saved as a PDF. There are two major reason he is wrong and I know from his statement he knows nothing about OCR engines and how they work and their file structure. First of all the Obama PDF certificate was supposed to have come directly from the Health Departments office. As stated before, the records they have would have absolutely no reason to be OCRed and if they were asked to give the customer a PDF image it would be from their existing TIFF image stored in their document imaging program on the server. The program would have done no OCR processing at that time.

My qualifications on OCR programs are considerable. Our own document imaging program, The Repository, has an OCR option from Expervision that is called TypeReader. We integrated TypeReader into our program but to do this we had to sign a non-disclosure statement with them and then we got their Took Kit and API. When an OCR program saves a file as a searchable PDF, the file contains three main files within it. The first file is an image file, usually a compressed Group4 TIFF. The second file is a ASCII text file and the last file is a matrix file that contains the X and Y coordinates of all the words in the document. The starting point for the image file and the matrix file is usually the upper right-left hand corner of the image measured in pixels. The text file and matrix files would never be seen as separate layers and there is certainly no nine layers. The three files would be in a PDF "wrapper" and that's all. All OCR programs work on the same principle.

Conclusion

The Certificate of Live Birth Obama presented on television on Aril 27, 2011 is a forgery.

In witness whereof he has hereto set his hand and seal

Name of Notary: ZACHARY S. NIEBRUEGGE

Title: BRANCH MGR   U.S BANK

I ZACHARY S. NIEBRUEGGE, a Notary Public of King County and the State of Washington aforesaid, hereby certify that Douglas B. Vogt personally known to me to be the affiant in the foregoing affidavit, personally appeared before me this day and having been by me duly sworn deposes and say that the facts set forth in the above affidavit are true and correct.

Witness my hand and official seal this the 10th day of May, 2011

Notary Public

My Commission Expires: 8 9 2011

Notary Public
State of Washington
ZACHARY S NIEBRUEGGE
My Appointment Expires Aug 9, 2011

Douglas B. Vogt

6

**EXHIBIT 8**

**Affidavit**

STATE OF FLORIDA )
                 )S.S.
COUNTY OF DUVAL )

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment and can competently attest to the following under the penalty of perjury:

1. I am a professional web developer having graduated with a bachelor's degree in IT at ITT Technical Institute in Indianapolis, IN.

2. I have over ten years of experience of web designs and development and have often used software such as Adobe Photoshop and Adobe Illustrator.

3. I downloaded from the official Whitehouse website, ......... , April 27, 2011 the new birth certificate of Barack Obama II:

4. I observed that the birth certificate pdf file could be opened with Adobe Illustrator and the software revealed that this document has many layers of images on it. This indicates that the document was not a true copy of the original birth certificate, but a recently created document using Adobe Illustrator.

5. I further observed that this document does not have an embossed seal normally affixed by civil registrars to attest to the authenticity of government issued documents.

FURTHER AFFIANT SAYETH NOT.

FELICITO PAPA

SUBSCRIBED TO AND SWORN TO before me on April 28, 2011.

NOTARY PUBLIC

GODFREY C WILLIS, JR.
Notary Public, State of Florida
My comm. exp. Jan. 24, 2014
Comm. No. DD 955008





**EXHIBIT 9**

Dr. Orly Taitz, Attorney-at-Law
(California SBN 223433)
Orly Taitz Law Offices
26302 La Paz, Suite 211
Mission Viejo, California 92691
Telephone: (949) 683-5411
E-Mail: dr_taitz@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA (SOUTHERN) DIVISION

| | | |
|---|---|---|
| Captain Pamela Barnett, et al.,<br>Plaintiffs,<br><br>v.<br><br>Barack Hussein Obama,<br>Michelle L.R. Obama,<br>Hillary Rodham Clinton, Secretary of State,<br>Robert M. Gates, Secretary of Defense,<br>Joseph R. Biden, Vice-President and<br>President of the Senate,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action:<br><br>**SACV09-00082-DOC (Anx)** |

## Affidavit of Susan Daniels

1.     My name is Susan Elizabeth Daniels. I am over 18 years old, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2.     I am a citizen of the United States of America, I am 68 years old and I was born and raised in the State of Ohio.

3.     I am licensed by the State of Ohio as a private investigator; I am president of Daniels and Associates Investigations, Inc., incorporated in March 1995, license number 65199565509.

4.     I have personal knowledge of all the facts and circumstances described herein below and will testify in open court to all of the same.

5.     I located a social security number for Barack Hussein Obama and found that it was issued between 1977-1979 in the State of Connecticut but as I investigated

further, I found an additional eight social security numbers. One of the numbers had (Deceased) behind it. I was able to find the name of the person the SSN actually belonged to and printed it from the Social Security Administration death index.

6.      I researched social security numbers for Michelle Obama. When I ran her name, two different social security numbers appeared for her, includimg one that does not belong to her but is listed for her at 1600 Pennsylvania Ave., Washington, D.C.

7.      The true and correct copies I personally obtained are attached.

8.      I solemnly swear under penalty of perjury that all the facts stated and circumstances described above are true and correct statements.

9.      I have not received any compensation for making this affidavit.

Further, Affiant saith naught.
Signed and executed in _____, ____ on this ____ day of
October, 2009.

By: _____
        Susan Elizabeth Daniels

# NOTARY'S JURAT

Susan Elizabeth Daniels appeared before me in person on this _____ day of October, 2009, in _____ (city), _____ (state), _____ (country) and having presented to me her driver's license and having been sworn by me duly under oath and having been admonished that she did so under penalty of perjury, she did then and there depose herself and give the above-listed statements in my presence in the form of his written affidavit.

Specifically but without limitation, Susan Elizabeth Daniels did in my presence authenticate the documents attached here as a true and correct copy of the documents she obtained and described in her affidavit.

_____

Notary Public in the State of Ohio

Business Address of Notary: _____

JAMES V. LOIACONO, Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration Date
Section 147.03 O.R.C.

_____

My Seal Appears Above this line.

My Printed Name is: _____ ; my notarial commission or license expires on: _____

https://secure.accurint.com/app/bps/main

| | All | Full Name | Age/DOB | Address | Dates | Phone Information |
|---|---|---|---|---|---|---|
| | | MICHELLE OBAMA Gender Female | | S GREENWOOD AVE CHICAGO IL | Aug 05 - Aug 07 | |
| | | MICHELLE OBAMA Gender Female | | OLD STATE CAPITOL PLAZA SPRINGFIELD | May 09 - Sep 09 | |
| | | MICHELLE OBAMA Gender Female | | 1600 PENNSYLVANIA AVE NW WASHINGTON DC Newspaper facility. | Jun 08 - Sep 09 | |
| | | MICHELLE OBAMA Gender Female | | DENVER | Jul 09 - Aug 09 | - MDT |
| | | MICHELLE OBAMA Gender Female | | AVE | Mar 09 - Aug 09 | |
| | | MICHELLE OBAMA Gender Female | | GRAND RAPIDS FL | Jan 09 - Jul 09 | |
| | | MICHELLE OBAMA Gender Female | | | Apr 07 | |
| | | MICHELLE OBAMA Gender Female | | | | |
| | | MICHELLE OBAMA Gender Female | | 1301 COLLEGE AVE FREDERICA MD 21701 | Jun 09 - Sep 09 | |
| | | MICHELLE OBAMA Gender Female | | PENNSYLVANIA BEVERLY HILLS CA | Jan 09 - Sep 09 | |

# SSN Verifier Plus

SSN: ~~XXX-XX-~~4425

| | |
|---|---|
| Year(s) Issued: | 1977-1979 |
| State Issued: | Connecticut |

| |
|---|
| SSN not found in Social Security Death Index |

| |
|---|
| OBAMA, BARACK |
| OBAMA, BARACK HUSSEIN |

| |
|---|
| 1890 |
| 08/04/1961 |
| 04/08/1961 |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

# Standard People Search

## 105 Records

Search Criteria

Name: OBAMA, BARACK

Flags: Arrests, Bankruptcies, Criminal Records, Evictions, Professional Licenses, Warrants

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
|  | OBAMA BARACK H | 295 HARVARD ST ... DODGE ... Reported: 01/2009 - 01/2009 County: ... | 2x | | | N |
|  | OBAMA BARACK | 1306 ... WASHINGTON DC ... Reported: 12/2008 - 12/2008 County: ... | 1x | | | N |
|  | OBAMA BARACK | 641 W GOLF RD ... Reported: 11/2008 - 11/2008 County: Cook | 1x | | | N |
|  | OBAMA BARACK | ... Reported: 09/2008 - 11/2008 County: ... | 1x | | | N |
|  | OBAMA BARACK | 711 HART SENATE ... WASHINGTON DC ... Reported: 11/2008 - 11/2008 County: District of Columbia | 1x | | | N |
|  | OBAMA BARACK | 9403 OLIVE ST DENVER ... Reported: 09/2008 - 11/2008 County: Denver | 1x | | | N |
|  | OBAMA BARACK | ... Reported: 09/2008 - 11/2008 County: Long | 1x | | | N |
|  | OBAMA BARACK | 400 DALLAS AVE ... Reported: 09/2008 - 11/2008 County: Dallas | 1x | | | N |
|  | OBAMA BARACK L | 1930 WALLACE ST PHILADELPHIA PA 19130-3331 Reported: 09/17/2008 - 10/03/2008 County: Philadelphia | 2x | | Landline: ... | N |
|  | OBAMA BARACK | 1000 NW 3 AVE FORT WORTH TX 76100 Reported: 04/2008 - 09/2008 County: Tarrant | 2x | ... | | N |

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
|  | OBAMA BARACK | 123 MAIN ST CHARLESTON SC 29... Reported: 08/2008 - 09/2008 County: Charleston | 1x | | | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | OBAMA BARACK HUSSEIN | 1x CHICAGO IL 60615 Reported: 08/20/2008 - 08/20/2008 County: | | Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: | N |
|---|---|---|---|---|---|---|
| | OBAMA BARACK LWYR | 1x CHICAGO IL ( ) Reported: 08/20/2008 - 08/20/2008 County: | | | Cell: | N |

E-mail: (No IP Address Reported)          Phone: (312)751-1170

| | OBAMA BARACK | NO ADDRESS REPORTED CHICAGO IL 60615 Reported: 08/18/2008 - 08/18/2008 County: | | | | N |
|---|---|---|---|---|---|---|
| | OBAMA BARACK | 1x ( ) Reported: 08/18/2008 - 08/18/2008 County: | | | | N |
| | OBAMA BARACK | 2x Reported: 02/2008 - 08/2008 County: | | Issued: 1954-1955 in IA | N |
| | OBAMA BARACK | 1x Reported: 08/2008 - 08/2008 County: | | | | N |
| | OBAMA BARACK | 3x Reported: 01/2008 - 08/2008 County: | | | | N |
| | OBAMA BARACK | 1x Reported: 08/2008 - 08/2008 County: | | | | N |
| | OBAMA BARACK HUSSEIN | 4x ( ) Reported: 06/01/2007 - 06/01/2008 County: | | Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: | N |

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK | 1x Reported: 05/2008 - 06/2008 County: | | | | N |
| | OBAMA BARACK | 1x Reported: 06/2008 - 06/2008 County: | | | | N |
| | OBAMA BARACK | 1x Reported: 05/2008 - 05/2008 County: | | | | N |
| | OBAMA BARACK HUSSEIN | 5x CHICAGO IL 60615 ( ) Reported: 12/01/2007 - 04/01/2008 County: | | Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: | N |

Tracers Information Specialists, Inc. - Standard People Search        https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=

| | | | | | | |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | [illegible] ST [illegible] 1x CHICAGO IL [illegible] Reported: 03/25/2008 - 03/25/2008 County: Cook | [illegible] | ▓▓▓▓ -25 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: [illegible] | N |
| | OBAMA BARACK | NO ADDRESS REPORTED CHICAGO IL 0 Reported: 03/03/2008 - 03/03/2008 | | | | N |
| | OBAMA BARACK | [illegible] ST 1x [illegible] CO [illegible] Reported: 03/2008 - 03/2008 County: Denver | [illegible] | | Landline: [illegible] | N |
| | OBAMA BARACK | [illegible] AVE 3x [illegible] Reported: 08/2007 - 02/2008 County: Washington | [illegible] | [illegible] | | N |
| | OBAMA BARACK | [illegible] 1x [illegible] Reported: 02/2008 - 02/2008 County: [illegible] | [illegible] | [illegible] Issued: 1988-1989 in AL | | N |
| | OBAMA BARACK LWYR | [illegible] 7x CHICAGO IL [illegible] ( ) Reported: 01/02/2008 - 01/02/2008 County: Cook | [illegible] | | Landline: [illegible] Cell: [illegible] | N |

E-mail: [illegible]@[illegible]        (No IP Address Reported)        Phone: (312)751-1170

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | [illegible] 8x CHICAGO IL [illegible] Reported: 01/02/2008 - 01/02/2008 County: Cook | | ▓▓▓▓ Issued: 1977-1979 in CT DOB: 04/08/1961 Age: 48 | Landline [illegible] | N |
| | OBAMA BARACK | PO BOX [illegible] 1x [illegible] Reported: 01/2008 - 01/2008 County: [illegible] | | | | N |
| | OBAMA BARACK | [illegible] 1x [illegible] Reported: 01/2008 - 01/2008 County: Palm Beach | [illegible] | [illegible] | | N |
| | OBAMA BARACK HUSSEIN | [illegible] ST 8x CHICAGO IL 60613 Reported: 11/15/2007 - 11/15/2007 County: Cook | [illegible] | ▓▓▓▓ Issued: 1977-1979 in CT DOB: 04/08/1961 Age: 48 | Landline: [illegible] | N |
| | MR OBAMA BARACK H | [illegible] GREENWOOD AVE 12x CHICAGO IL [illegible] ( ) Reported: 07/2005 - 11/15/2007 County: Cook | [illegible] | ▓▓▓▓ -23 Issued: 1977-1979 in CT DOB: 08/01/1961 Age: 48 | | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY 3x SOMERVILLE MA 02[illegible] Reported: 06/01/1986 - 10/01/2007 County: Middlesex | [illegible] | ▓▓▓▓ -25 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: [illegible] | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B 12x SOMERVILLE MA 02[illegible] Reported: 07/17/2001 - 10/01/2007 County: Middlesex | | ▓▓▓▓ -25 Issued: 1977-1979 in CT DOB: 04/08/1961 Age: 48 | Landline: [illegible] | N |
| | OBAMA BARACK | 6[illegible] BAINBRIDGE ST 1x PHILADELPHIA PA 19[illegible] Reported: 08/2007 - 08/2007 County: Philadelphia | [illegible] | | | N |

10/2/09 9:14 AM

Tracers Information Specialists, Inc. - Standard People Search    https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | OBAMA BARACK | | 1x | | | | | N |
| | | **Reported:** 07/2007 - 07/2007 **County:** | | | | | | |
| | OBAMA BARACK H | | 2x | | | **Issued:** 1977-1979 in CT | | N |
| | | **Reported:** 02/2007 - 06/2007 **County:** Cook | | | | | | |

| Reports | Name | Address | Maps | | SSN / DOB | | Phone | AR |
|---|---|---|---|---|---|---|---|---|
| | OBAMA BARACK | | 2x | | | | | N |
| | | **Reported:** 06/2007 - 06/2007 **County:** | | | | | | |
| | OBAMA BARACK | | 1x | | | | | N |
| | | **Reported:** 04/2007 - 04/2007 **County:** Cook | | | | | | |
| | OBAMA BARACK | | 1x | | | | | N |
| | | **Reported:** 04/2007 - 04/2007 **County:** Providence | | | | | | |
| | OBAMA BARACK HUSSEIN | | 3x | | **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | | Landline: | N |
| | | **Reported:** 07/2006 - 07/2006 **County:** | | | | | | |
| | OBAMA BARACK S | | 9x | | | | Landline: | N |
| | | **Reported:** 04/21/2006 - 05/07/2006 **County:** Sangamon | | | | | | |
| | OBAMA BARACK HUSSEIN | | 1x | | **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | | Landline: | N |
| | | **Reported:** 02/01/2006 - 02/01/2006 **County:** | | | | | | |
| | OBAMA BARACK HUSSEIN | | 1x | | **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | | Landline: | N |
| | | **Reported:** 02/01/2006 - 02/01/2006 **County:** District of Columbia | | | | | | |
| | OBAMA BARACK HUSSEIN | | 10x | | **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 Age: 48 | | Landline: | N |
| | | **Reported:** 09/2005 - 02/01/2006 **County:** District of Columbia | | | | | | |
| | OBAMA BARACK H | | 3x | | **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | | 684-4809 | N |
| | | **Reported:** 06/01/1986 - 02/01/2006 **County:** District of Columbia | | | | | | |
| | OBAMA BARACK HUSSEIN | | 8x | | **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 Age: 48 | | Landline: | N |
| | | **Reported:** 02/01/2006 - 02/01/2006 **County:** District of Columbia | | | | | | |

| Reports | Name | Address | Maps | | SSN / DOB | | Phone | AR |
|---|---|---|---|---|---|---|---|---|
| | OBAMA BARACK H AKA: OBAMA BARACK AKA: | WASHINGTON, DC 20002-6061 | 2x | | **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | | 684-4809 | N |
| | | **Reported:** 06/01/1986 - 02/01/2006 **County:** District of Columbia | | | | | | |

10/2/09 9:14 AM

Tracers Information Specialists, Inc. - Standard People Search     https://www.tracersinfo.com/SearchCentral/ViewReturn.php3?pargs=..

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARBACK | | | | | |
| | OBAMA BARACK | (  ) Reported: 12/21/2004 - 01/2006 County: | 2x | | Landline: | N |
| E-mail: | | (No IP Address Reported) | | Phone: (312)751-1170 | | |
| | OBAMA BARACK | Reported: 07/2005 - 11/2005 County: | 2x | Issued: 1977-1979 in CT | Landline: | N |
| | OBAMA BARACK HUSSEIN | Reported: 06/01/1997 - 05/26/2005 County: | 6x | Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: | N |
| | OBAMA BARACK HUSSEIN | Reported: 05/26/2005 - 05/26/2005 County: | 1x | Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: | N |
| | OBAMA BARACK HUSSEIN | Reported: 05/26/2005 - 05/26/2005 County: | 1x | Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: | N |
| | OBAMA BARACK HUSSEIN | Reported: 05/26/2005 - 05/26/2005 County: | 1x | Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: | N |
| | OBAMA BARACK | Reported: 05/2005 - 05/2005 County: | 1x | | | N |
| | OBAMA BARACK | Reported: 12/21/2004 - 01/14/2005 County: | 9x | | Landline: | N |
| | OBAMA BARACK | (  ) Reported: 12/21/2004 - 01/06/2005 County: | 1x | | Landline: | N |
| E-mail: | | (No IP Address Reported) | | Phone: (312)751-1170 | | |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK | 10131 53RD ST CHICAGO IL 60615 Reported: 07/2003 - 07/2003 County: | 1x | | Landline: | N |
| | OBAMA BARACK | 10131 53RD ST CHICAGO IL 60615 Reported: 07/2003 - 07/2003 County: | 1x | | Landline: | N |
| | OBAMA BARACK SEN | Reported: 02/01/2003 - 02/01/2003 County: | 7x | | Landline: | N |
| E-mail: | | IP address: 192.100.76.133 | | | Reported: 10/( | |

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK H | ▪▪▪▪▪▪▪▪▪ 4x CHICAGO IL ▪▪▪▪▪ **Reported:** 10/1997 - 10/2002 **County:** Cook | | ▪▪▪▪-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | | N |
| | OBAMA BARACK H | ▪▪▪▪ S EAST VIEW PARK ▪ 1x CHICAGO IL 60615 **Reported:** 07/2002 - 07/2002 **County:** Cook | | ▪▪▪▪-▪▪▪ **Issued:** 1977-1979 in CT | | N |
| | OBAMA BARACK H | 5730 S EAST VIEW PARK ▪ 1x CHICAGO IL 60615 **Reported:** 07/2002 - 07/2002 **County:** Cook | | ▪▪▪-▪▪-▪▪▪ **Issued:** 1975-1976 in IL | | N |
| | OBAMA BARACK H | 365 BROADWAY ▪ 7x SOMERVILLE ▪ ▪▪▪▪▪-▪▪▪ **Reported:** 06/01/1986 - 07/17/2001 **County:** Middlesex | | ▪▪▪▪-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | ▪▪▪▪▪ S DORCHESTER AVE ▪ 8x CHICAGO IL 60637 **Reported:** 11/13/2000 - 11/13/2000 **County:** Cook | | ▪▪▪▪-▪▪▪ **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 Age: 48 | Landline: (773)▪▪▪-▪▪▪ | N |
| | OBAMA BARACK H | ▪▪▪▪ S ▪▪▪▪ ▪▪ 8x CHICAGO IL ▪▪▪▪▪ **Reported:** 06/01/1986 - 11/13/2000 **County:** Cook | | ▪▪▪▪-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | ▪▪▪▪ ▪▪ RD 8x CHICAGO IL ▪▪▪▪▪ **Reported:** 10/01/1999 - 10/01/1999 **County:** Cook | | ▪▪▪▪-▪▪▪ **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 Age: 48 | Landline: ▪▪▪▪ | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK H | ▪▪▪▪ ▪▪ VIEW PK ▪ 1x CHICAGO IL 60615 **Reported:** 06/01/1986 - 10/01/1999 **County:** Cook | | ▪▪▪▪-4425 **Issued:** 1977-1979 in CT **DOB:** 08/1961 Age: 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | ▪▪▪▪ S ▪▪▪▪ ▪▪ 1x CHICAGO IL 60615 **Reported:** 10/01/1999 - 10/01/1999 **County:** ▪▪▪▪ | | ▪▪▪▪-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: ▪▪▪▪ | N |
| | OBAMA BARACK H | ▪▪▪▪ S EAST VIEW PK ▪ 5x OAK ▪▪▪ CHICAGO IL 60615 **Reported:** 06/01/1986 - 10/01/1999 **County:** ▪▪ | | ▪▪▪▪-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | 684-4809 Landline: (773)▪▪▪-▪▪▪ | N |
| | OBAMA BARACK HUSSEIN | ▪▪▪▪ ▪▪ ▪▪▪ 1x CHICAGO IL 606-8 **Reported:** 10/01/1999 - 10/01/1999 **County:** ▪▪▪▪ | | ▪▪▪▪-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: (773)▪▪▪-▪▪▪ | N |
| | OBAMA BARACK HUSSEIN | 4700 PO BOX ▪ 1x CHICAGO IL 606-8 **Reported:** 09/01/1999 - 09/01/1999 **County:** Cook | | ▪▪▪▪-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: (773)▪▪▪-▪▪▪ | N |
| | OBAMA BARACK HUSSEIN | B-0700 PO ▪ 1x CHICAGO IL 606-8 **Reported:** 09/01/1999 - 09/01/1999 **County:** Cook | | ▪▪▪▪-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: ▪▪▪▪ | N |
| | OBAMA BARACK H | B-0700 PO ▪ 2x CHICAGO IL 606-8 **Reported:** 09/1999 - 09/1999 **County:** Cook | | ▪▪▪▪-4425 **Issued:** 1977-1979 in CT | | N |

Tracers Information Specialists, Inc. – Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | | | | | |
|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | [illegible address] CHICAGO IL 606?? 2x **Reported:** 09/1999 - 09/1999 **County:** Cook | | ...425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: ... | N |
| | OBAMA BARACK SEN | [illegible] CHICAGO IL 606?? 7x **Reported:** 05/01/1999 - 05/01/1999 **County:** Cook | ... | | Landline: ... | N |
| | OBAMA BARACK HUSSEIN | ??40 E 62ND ST CHICAGO IL 606?3 8x **Reported:** 01/01/1999 - 01/01/1999 **County:** Cook | ...40 | ...425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 Age: 48 | Landline: ... | N |

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | [illegible] ST CHICAGO IL 606?3 1x **Reported:** 01/01/1999 - 01/01/1999 **County:** Cook | | ...25 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: ... | N |
| | OBAMA BARACK HUSSEIN | [illegible] 1x **Reported:** 11/12/1997 - 11/12/1997 **County:** Middlesex | | ...25 **Issued:** 1977-1979 in CT | | N |
| | OBAMA BARACK H | [illegible] CHICAGO IL 606?3 4x **Reported:** 06/1997 - 06/1997 **County:** Cook | | ... **Issued:** 1977-1979 in CT | | N |
| | OBAMA BARACK HUSSEIN | [illegible] CHICAGO IL 606?? 16x **Reported:** 10/01/1994 - 10/01/1994 **County:** Cook | | ...25 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 Age: 48 | Landline: ... | N |
| | OBAMA BARACK H | [illegible] CHICAGO IL 606?3 8x **Reported:** 06/01/1986 - 10/01/1994 **County:** Cook | | ...425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | 684-4809 | N |
| | OBAMA BARACK H | [illegible] CHICAGO IL 606?? 1x **Reported:** 06/01/1986 - 10/01/1994 **County:** Cook | | ...25 **Issued:** 1977-1979 in CT | | N |
| | OBAMA BARACK HUSSEIN | [illegible] CHICAGO IL 606?3 2x **Reported:** 10/01/1994 - 10/01/1994 **County:** Cook | | ...425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: ... | N |
| | OBAMA BARACK | 635 BROADWAY ST BOSTON MA 0211? ( ) 4x **Reported:** 08/01/1994 - 08/01/1994 **County:** Suffolk | ... | | Landline: ... | N |
| | OBAMA BARACK HUSSEIN | 335 BROADWAY ST BOSTON MA 0211? ( ) 1x **Reported:** 08/01/1994 - 08/01/1994 **County:** Suffolk | ...P | ...25 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: ... | N |
| | OBAMA BARACK HUSSEIN | 532? S PARK AVE CHICAGO IL 606?5 8x **Reported:** 12/01/1993 - 12/01/1993 **County:** Cook | ... | ...25 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 Age: 48 | Landline: ... | N |

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 532? S PARK AVE CHICAGO IL 606?5 1x **Reported:** 12/01/1993 - 12/01/1993 | ... | ...425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: (773)6?? - ??? | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=...

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | | County: | | | | |
| | OBAMA BARACK | 1x Reported: 08/01/1993 - 09/01/1993 County: | | Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK | 2x Reported: 08/1993 - 08/1993 County: | | Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK HUSSEIN | 1x ( ) Reported: 07/01/1991 - 07/01/1991 County: | | Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline. | N |
| | OBAMA BARACK H | 3x Reported: 06/01/1986 - 12/1990 County: | | Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | | N |
| | OBAMA BARACK HUSSEIN | 1x Reported: 08/01/1988 - 09/01/1988 County: | | Issued: 1977-1979 in CT DOB: 1990 | Landline: | N |
| | OBAMA BARACK HUSSEIN | 1x Reported: 01/01/1988 - 01/01/1988 County: | | Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: | N |
| | OBAMA BARACK H | 2x Reported: 01/1988 - 01/1988 County: | | Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | | N |
| | OBAMA BARACK HUSSEIN | 1x Reported: 10/01/1986 - 10/01/1986 County: | | Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: | N |
| | OBAMA BARACK H | 3x Reported: 06/01/1986 - 10/1986 County: | | Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK H | 1x Reported: 04/1986 - 04/1986 County: | | DOB: 08/1961 Age: 48 | | N |
| | OBAMA BARACK H | 2x CHICAGO IL County: Cook | | Issued: 1977-1979 in CT DOB: 08/1961 Age: 48 | | N |
| | OBAMA BARACK HUSSEIN | 2x 183 BROADWAY SOMERVILLE County: | | Issued: 1977-1979 in CT DOB: 1890 | | N |
| | OBAMA BARACK H | 2x CHICAGO IL County: Cook | | Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK H | 2x CHICAGO IL County: | | Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | 684-4809 | N |

Social Security Death Index Search Results                    http://ssdi.rootsweb.ancestry.com/cgi-bin/ssdi.cgi



Welcome to RootsWeb.com

Searches

Your First Name        Your Last Name        Your State
                                             Nationwide ▾    **Search »**

# Social Security Death Index Search Results

85,156,742 Records
last updated on 9-28-2009

The key to your research

The most full-featured SSDI search engine on the internet

### Field Value      Records Results
SSN    485405154  1

Viewing **1-1** of **1**

| Name | Birth | Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|------|-------|-------|----------------|--------------|-----|--------|-------|---------------|
| LUCILLE I BALLANTYNE | 22 Dec 1912 | 13 Sep 1998 (V) | 50140 (Lamoni, ) | (none specified) | 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 | Iowa | | First Name: |

Viewing **1-1** of **1**                                                         Last Name:

(V)=(Verified) Report verified with a family member or someone acting on behalf of a family member.
(P)=(Proof) Death Certificate Observed

You can now order the SS-5 Form for deceased individuals directly from the Social Security Administration
online at

| | Exact | |
|---|-------|---|
| Last name | | |
| First Name | | |
| Middle Name | (initial) | |
| SSN | 485405154 | |
| Last  Residence | Last  Benefit | |
| Zip | | |
| State | | |
| County | | |
| City | | |
| Birth | | |

# EXHIBIT 10



---------------- KEY INFORMATION ---------------- ▾

## Selective Service Record Search Results

### Search Criteria

**Last Name:** *obama*
**Social Security Number:** *** - ** - 4425
**Date of Birth:** *08/04/1961*

### Matched Record

**Selective Service Number:**
61-1125539-1

**Date of Registration**
9/4/1980

To obtain written proof of Selective Service registration CLICK HERE and follow the
instructions on our "Registration Information" page

New Search ?

**FAQs**

**EXHIBIT 11**



---------------------- KEY INFORMATION ----------------------      ▾

Sorry, your request cannot be processed at this time because you have exceeded the daily limit
for the verification of these credentials
*(6/8/2011 11:35:43 AM)*

Your access is

U.S. Department of Health & Human Services

This page has been blocked due to a possible security threat. If further
action is required, please contact the ITO service desk for assistance at 1-
866-699-4872         1-866-699-4872     . Please include the error codes
listed below.

Access denied

Error Code: