UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ORLY TAITZ, )
)
    Plaintiff, )
)
v. )
) Civil Action No. 11-402 (RCL)
MICHAEL ASTRUE, )
COMMISSIONER OF THE SOCIAL )
SECURITY ADMINISTRATION, )
)
    Defendant. )

---

## ORDER

Attached hereto for filing under seal are two versions of a document submitted to the Court by plaintiff—one via email to the Courtroom Deputy Clerk, and one via FedEx to chambers—entitled Opposition to Motion for Summary Judgment.

The documents will not be docketed or placed on the public record because they contain information submitted in violation of Federal Rule of Civil Procedure 5.2(a)(1). *See* separate Memorandum & Order, issued this date.

The documents will be kept for consideration of possible sanctions against plaintiff.

**SO ORDERED** this 25th day of July 2011.

ROYCE C. LAMBERTH
Chief Judge
United States District Court