**Dr. Orly Taitz, ESQ**

**29839 Santa Margarita Parkway, STE 100**

**Rancho Santa Margarita CA 92688**

**Tel: (949) 683-5411; Fax (949) 766-7603**

**E-Mail:** dr_taitz@yahoo.com, **orly.taitz@gmail.com**

*Let this be filed, except for Exhibit 9, which shall be filed under seal only since it still contains improper redactions.*

*Royce C. Lamberth*
*U.S.D.J. 7/27/11*

## UNITED STATES DISTRICT COURT

### FOR THE  DISTRICT OF COLUMBIA

| | |
|---|---|
| **Dr. ORLY TAITZ, ESQ, PRO SE** | § |
| **Plaintiff,** | § **Freedom of information violation** |
| | § **5USC §552** |
| **v.** | § **OPPOSITION TO** |
| | § **MOTION FOR SUMMARY** |
| **Michael Astrue, Commissioner of the** | § **JUDGMENT** |
| **Social Security Administration,** | § **11-cv-00402** |
| | § |
| | § **Honorable Royce Lamberth** |
| **Respondent** | § **Chief Justice presiding** |

Taitz v Astrue opposition to motion for summary judgment



RECEIVED
Mail Room

2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Defendants motion for summary judgment needs to be denied based on the genuine issue of material fact.   Opposition will be based on the memorandum of points and authorities attached herein   and oral argument, if the court deems oral argument necessary.

# MEMORANDUM OF POINTS AND AUTHORITIES

## TABLE OF CONTENTS

1. AGENCY PROFFERED A FRAUDULENT STATEMENT, CLAIMING THAT SOCIAL SECURITY NUMBER ▮▮▮-4425 BELONGS TO A LIVE PERSON, WHILE IT'S OWN RECORDS SHOW, THAT THIS NUMBER WAS NEVER ASSIGNED........................................................................p5

2. DEFENDANT  PROVIDED THE PLAINTIFF A FORGED SS-5 FOR ANN DUNHAM, OBAMA'S MOTHER, WHICH SHOWS A PATTERN OF EITHER COVER UP OF FORGERY OR EXTREME RECKLESSNESS IN ALLOWING FORGED OR FRAUDULENT RECORDS TO BE FILED AS GENUINE RECORDS............................................................................p6

3. SSA DOES NOT SPECIFY THAT THE SS-5 FOR ▮▮▮-4425 IS A VALID DOCUMENT, THAT IT IS NOT A FRAUDULENTLY OBTAINED OR FORGED DOCUMENT...........................................................................p7

4. SSA DID NOT PROVIDE ANY ADMISSIBLE EVIDENCE, PROVING THAT SS-5 IN QUESTION EVEN EXISTS AND THAT IT WAS LEGALLY ASSIGNED TO A CURRENT "HOLDER" OF THE NUMBER......... p10

5. Cover up by SSA and Selective service point to fraud.................. p13

6. 4. 5USC§552(B)(6) RELATES TO FULL SOCIAL SECURITY NUMBERS, IT DOES NOT RELATE TO THE REDACTED NUMBERS AND REDACTED APPLICATIONS................................................p14

7. REDACTED SS-5 DOES NOT INVADE PRIVACY................................p14

8. THE RIGHT OF 311 MILLION AMERICAN CITIZENS TO HAVE A PRESIDENT, WHO IS NOT A FRAUD AND WHO IS NOT USURPING THE US PRESIDENCY BY VIRTUE OF FRAUD SUPERCEDES THE RIGHT OF BARACK OBAMA TO FRAUDULENTLY USE THE SOCIAL SECURITY NUMBER, WHICH WAS NEVER ASSIGNED TO HIM....p15

## TABLE OF AUTHORITIES

Diamond v Atwood 43 F 3d 1538, 1540 (DC Cir 1995)............................p5

Ctr. for National Sec Studies v DOJ, 331 F3d 918, 925 (DC Cir, 2003)....p13

DOJ v Reporters Committee For Freedom of Press, 489 U.S.749, 772-73 (1989).................................................................................................p17

National ass'n of Home Builders v Norton, 309 F 3d 26, 34 (DC Cir. 2002) (quoting Reporters Comm., 489 U.S. at 773). ...............................................p17

Checkbook Ctr. for the Study of Srvs. v. U.S. Dep't of Health & Human Servcs.,554 F 3d 1046 1056 (DC Cir 2009)...................................................p19

5 U.S.C.§552..............................................................................................p4

Federal Rules of Civil Procedure 56(a).......................................................p4

Horner, 879 F 2d at 879...........................................................................p11

The crux of the complaint is in FOIA request made by the Plaintiff herein, Dr. Orly Taitz ESQ  for the SS-5 (original application for the social security number)_ ▇▇▇-4425, which is being used by  President, Barack Obama, according to his Selective Service Certificate (Exhibit 1, 10), but which was never assigned by the Social Security Administration (SSA)  according to the SSA verification letter, which is a clear evidence of fraud. (Exhibit 2).  A court reviews an agency response to FOIA request de novo. See 5 USC 552(a)(4). Defendant, Commissioner of the Social Security administration filed a motion for summary judgment, seeking denial of the FOIA request. Summary judgment is appropriate when there is no genuine issue as to any material fact and the moving party is entitled to judgment as a matter of law. See Fed. R. Civ Pro 56(a); Diamond v

Atwood, 43 F 3d 1538, 1540 (DC Cir 1995). There is a genuine dispute in regards to material facts. The dispute is as follows:

## 1. AGENCY PROFFERED A FRAUDULENT STATEMENT, CLAIMING THAT SOCIAL SECURITY NUMBER ███-4425 BELONGS TO A LIVE PERSON, WHILE IT'S OWN RECORDS SHOW, THAT THIS NUMBER WAS NEVER ASSIGNED.

The main point of dispute between the Plaintiff, Dr. Orly Taitz, ESQ and the defendant commissioner of the Social Security administration, Michael Astrue, and the Department of Justice, representing him , is refusal by the defendant to release a redacted  application for the above social security number, claiming, that it is used by a live person. In the motion for summary judgment Defendant is claiming that the social security number in question belongs to a live person and the interest of privacy of this person supersedes   the right of the public to know.

In her complaint and multiple subsequent motions Plaintiff provided   Exhibit #2, a letter from the Social Security Verifications systems**, stating that this number was never assigned**. So, how can it belong to a live person, if it was never assigned? This is clearly a fraudulent statement. Not only the application needs to be released, but this court needs to start a formal investigation of the criminal cover up, whereby it appears, that the Social Security Administration and

the Department of Justice are complicit in covering up Social security fraud, IRS fraud, elections fraud and possibly treason committed by Barack Obama.

## 2. DEFENDANT  PROVIDED THE PLAINTIFF A FORGED SS-5 FOR ANN DUNHAM, OBAMA'S MOTHER, WHICH SHOWS A PATTERN OF EITHER COVER UP OF FORGERY OR EXTREME RECKLESSNESS IN ALLOWING FORGED OR FRAUDULENT RECORDS TO BE FILED AS GENUINE RECORDS.

When on July 2, 2011  the US attorneys' office  filed a motion for summary judgment, in his memorandum  he referred to an additional document, a list of dates for SS-5 revisions, which Plaintiff did not have. On July 5th Plaintiff got in her office a document in question  Exhibit 3. It included a letter from the Social Security Administration and a copy of the SS-5 for Ann Dunham, mother of Barack Obama, where the date of revision of the form is stated as 1955. Another attachment to the same response shows compilation of dates of SS-5 revisions, which shows, that there was never a revision of this form in 1955, which in itself, shows, that the form is not valid.

Additionally, Plaintiff enlarged the form in question as a courtesy to the court. 200x and 300x  enlargement not only shows, that the revision date is 1955, it also shows that the typesetting of two #5s in  1955 is different. One does not need to be an expert, to plainly see that two digits come from different type settings, which is

another sign of forgery. Additionally, Exhibit 4, an affidavit by Paul Irey, shows that the long form birth certificate provided by Barack Obama to the public on April 27, 2011, shows the same evidence of forgery, multiple type settings of the same letters and digits in the alleged copy of the long form birth certificate of Barack Obama, which makes it more likely than not and very plausible, that Obama's application to SS-5, if it even exists, is also forged, in the same manner, as his mother's application and his long form birth certificate.

Moreover, Plaintiff provided previously examples of 1959 SS-5 applications, which show different wording. Exhibit 5 shows that other applications in 1959 had in the upper left corner wording:

"Form SS-5

Department of Treasury

Internal Revenue Service"

Dunham's application does not contain such wording, which is another indication, that the form used is not genuine.

Additionally, Obama and his family are long time friends of known domestic terrorists Bill Ayers and Bernadine Dohrn. In her motion for clarification Taitz cited an excerpt from Fugitive Days, a novel by Ayers, where he admits to creating hundreds of forged Social Security numbers using the birth certificates of deceased children, as in those years, the Social Security applications were filled out later in

life, not at birth. Ayers described, how he searched through the cemeteries for graves of children, got their birth certificates and applied for the Social Security numbers under the names of the deceased. "After the Baltimore fiasco, stealing ID was forbidden. Instead we began to build ID sets around documents as flimsy as a fishing license or a laminated card available in a Times Square novelty shop called "Official ID." We soon figured out that the deepest and most foolproof ID had a government-issued Social Security card at its heart, and the best source of those were dead-baby birth certificates. I spent impious days over the next several months tramping through rural cemeteries in Iowa and Wisconsin, Illinois and North Dakota, searching for those sad little markers of people born between 1940 and 1950 who had died between 1945 and 1955. The numbers were surprising: two in one graveyard, a cluster of fourteen in another. Those poor souls had typically been issued birth certificates—available to us at any county courthouse for a couple of bucks and a simple form with information I could copy from the death announcement at the archive of the local paper—but they had never applied for a Social Security card.

Collecting those birth certificates became a small industry, and within a year we had over a hundred. For years I was a paper-made Joseph Brown, and then an Anthony Lee, remarkably durable identities. My on-paper official residences: a

transient hotel in San Francisco and a warehouse in New York." Bill Ayers, Fugitive Days.

Taitz provided affidavits of three experts showing that Obama's long form birth certificate is forged. Exhibit 4, 7, 8. That makes it more plausible, that Obama's Social Security number was obtained based on a forged and/or fraudulently obtained  SS-5. It is yet another piece of evidence pointing to genuine dispute between the parties as to the material fact: Defendant claims, that the SS-5 for ▉▉ ▉▉4425 is an application  of a live person, Plaintiff asserts, that based on all the evidence, there is no valid SS-5: either it does not exist at all, as according to SSA verification systems this number was never issued, or it is a SS-5 that was fraudulently obtained. As such, there is no justification for refusal to release the SS-5 pursuant to FOIA 5U.S.§552.

### 3. DEFENDANT DOES NOT SPECIFY THAT THE SS-5 FOR 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 IS A VALID DOCUMENT, THAT IT IS NOT A FRAUDULENTLY OBTAINED OR FORGED DOCUMENT.

What is interesting, is that the defendant does not claim, that the SS-5 is not a forged or fraudulently obtained document. It only states, that it belongs to a live person. Based on the SS-5 for Ann Dunham, Obama's mother, we can see that SSA presents to the public SS-5s, implying, that those are genuine and valid, even though all the evidence points to fraud and forgery. It is reasonable to believe, that

they are utilizing the same modus operandi in relation to Obama's SS-5. One of the valid reasons to obtain FOIA, is to reveal the conduct of the agency, that affects the public and possible fraud or negligence or incompetence in actions by the agency. "the public interest to be weighed against the privacy interest in this balancing test is "the extent to which disclosure would serve the core purposes of the FOIA by contributing significantly to public understanding of operations or activities of the government". SSA providing Social Security numbers based on bogus, fraudulently obtained or forged applications, is an operation of the government, that the public definitely would like to know more about and would like to see people culpable for such conduct, prosecuted.   A pattern of either negligence or cover up of fraud by the agency has tremendous applications on the nation as a whole and on the national security.

## 4. SSA DID NOT PROVIDE ANY ADMISSIBLE EVIDENCE, PROVING THAT THE SS-5 IN QUESTION EVEN EXISTS AND THAT IT WAS LEGALLY ASSIGNED TO A CURRENT "HOLDER" OF THE NUMBER.

Defendant, commissioner of SSA, simply provided a lot of smoke and mirrors, however he did not provide any admissible evidence to show that the SS-5 for ▉▉-▉-4425 even exists on file. The only evidence provided, is the affidavit of Dawn Wiggins, FOIA officer, who spoke in generalities, but said nothing of substance

and provided no admissible evidence to show, that the SS-5 in question exists, that it was assigned to a person, who is alive today and that the holder of the number, who might be using it today, is doing so legally. ¶6 of the Affidavit of Dawn Wiggins states: "In response to Ms. Taitz request for information that related to SSNxxx-xx-4425, SSA responded that it could not release this information, because the Privacy Act protects personally identifiable information in a system of records. See 5 USC § 552a. Therefore, an agency may not disclose an individual's records without the written consent of the individual. See 5 U.S.C.a(b)". So, what Defendant did here, in this affidavit by Dawn Wiggins, is an illusion for the court to fill in the information and connect the dots, imagining, that the SS-5 application exists and that the person who originally got this number is alive, however they never said it outright. Affidavits of licensed investigators Susan Daniels and Neil Sankey show that in national databases this number is connected to an individual born in 1890. So if Obama is illegally using this number, even though it was never legally assigned to anyone or was originally assigned or held by someone born in 1890, than the fact that Obama is simply a holder of the number (legal or illegal) will necessitate his signature according to the affidavit of Dawn Wiggins, but it does not mean that this number was legally assigned to anyone or that the person currently holding it, is doing that legally.

¶ 7 of the affidavit of Dawn Wiggins states:" In this case, the agency asserted Exemption 6 of the FOIA to withhold this information "..."the agency concluded that the personal information of the individual who holds a particular SSN falls within the category of files contemplated  by exemption 6." Based on what? What is the basis for such assertion? The only basis provided, is the fact, that someone is "holding" this number today: legally or illegally. According to memoirs of Obama's friend, domestic terrorist Bill Ayers, he created hundreds of bogus SSNs for himself, his wife, domestic terrorist Bernadine Dohrn and other "outstanding citizens", he associated with, while on the run. Based on the affidavit by Wiggins and logic of the defendant, just because the "holders" of such SSNs are alive, regardless of whether the holders are legal or illegal, the public will have no access to even redacted SS-5 of hundreds of such bogus numbers. Such individuals are able to  vote and negate votes of  hundreds  of  law abiding citizens, they are able to engage in multimillion dollar illegal transactions and go under the radar of  IRS and SSA, they can give or receive large campaign contributions or tax exempt non-profit donations, they can occupy the highest positions in the Federal and State governments, FBI, CIA, military, all of it can be done on an enormous scale simply because of the policies of SSA, which represent an absolute pinnacle of either complete idiocy or complete corruption.  This might be the reason, why this coup d'état could go on for over two years now without anyone sounding an alarm.

## 5. COVER UP BY THE SSA AND SELECTIVE SERVICE IS AN
## INDICATION OF FRAUD

After Obama's fraudulent use of the SSN ███████-4425 was established through the Selective Service and Social Security verification systems (Exhibits 1, 2 and 10), both agencies engaged in a cover up by denying citizens access to Obama's records. Exhibit 11 shows that the Selective Service blocked inquiry by posting a message "Sorry, your request cannot be processed at this time because you have exceeded the daily limit for the verifications of these credentials", even though the citizens did not check any other credentials. US department of Health and Human Services, Social Security Administration posted a message on their official web site: "This page has been blocked due to a positive security threat". This sudden refusal to provide information, which was readily available before, is not only an indication, that there is a genuine dispute as to the material fact, which would necessitate denial of the motion for summary judgment, but that the SSA and Selective Service are actively engaged in cover up of fraud committed. Not only they know, that the SSN in question was not assigned to a live person and that their claims, that it cannot be provided due to exception 6 of the 5USA§552 are bogus, but they know, that this number was not assigned to the person, who is using it, and they are now actively engaged in the cover up.

## 6.  5USC§552(B)(6) RELATES TO FULL SOCIAL SECURITY NUMBERS, IT DOES NOT RELATE TO THE REDACTED NUMBERS AND REDACTED APPLICATIONS.

SSA is basing its Motion for summary judgment on the fact, that courts have generally recognized that social security numbers fall within exemption 6 to FOIA, Sherman v Dep't of the Army 244 F3d 357, 364-65 (5th circuit), however, such exemption does not list redacted SS-5, and that is the record Taitz is seeking.

### 7. REDACTED SS-5 DOES NOT INVADE PRIVACY

Affidavit from recently retired deportation officer of the Department of Homeland Security, John Sampson, states, that release of redacted SS-5 is done routinely in order to ascertain SSA fraud. Exhibit 6.

"FOIA represents a balance struck by Congress between the public's right to know and the government's legitimate interest in keeping certain information confidential" Ctr. For Nat'l Sec. Studies v DOJ, 331 F3d 918,925 (D.C Cir, 2003). Redacted SS-5 represents such balance.  First of all, the SSA verification form states that the number in question was never assigned. If arguendo, the number would have been assigned, viewing the SS-5 in camera and/or releasing the redacted SS-5 would be within such viable compromise. If the name of the holder

is redacted, other information, such as gender, race, zip code can assist in identifying SSA fraud and would not violate one's privacy. This is the reason, why according to officer Sampson, such redacted SS-5s are routinely provided to law enforcement. Undoubtly, Mr. Astrue, Commissioner of the Social Security administration, is aware of the fact, that redacted SS-5s are routinely provided to the law enforcement. The only reason for his refusal to provide this SS-5, is his knowledge or suspicion, that this SS-5 does not exist or was fraudulently filed.

**8. THE RIGHT OF 311 MILLION AMERICAN CITIZENS TO HAVE A PRESIDENT, WHO IS NOT A FRAUD AND WHO IS NOT USURPING THE US PRESIDENCY BY VIRTUE OF FRAUD SUPERCEDES THE RIGHT OF BARACK OBAMA TO FRAUDULENTLY USE THE SOCIAL SECURITY NUMBER, WHICH WAS NEVER ASSIGNED TO HIM.**

As stated above, according to SSA, itself, the number in question was never issued. If arguendo, it was issued, the right of public to know supersedes the right of the holder of the number to privacy.

Taitz provided this court and law enforcement affidavits from Investigators Neil Sankey, Susan Daniels (Exhibit 9) and John Sampson (Exhibit 6) , stating, that for most of his life Obama is using the SSN ████-4425, issued in the state of CT, even though Obama never lived in CT and there is no legitimate reason or reasonable explanation for him to have such a number. The only explanation to

this fact was fraud. As this information became public and appeared in the media, millions of U.S. citizens went to the web site for the selective service ⸱⸱⸱⸱ᴡ.ꜱꜱꜱ.ɢᴏᴠ they entered the  number  in question , name Obama and his birthdate 08.04.1961 and got a response of a match. (Exhibit 10) So, the public at large already verified, that indeed Obama used this number, it became public knowledge. At issue is the cover up. Currently, as the members of the public are trying to do similar verification, they are getting a response "you exceeded your daily allowance of searches", even if they did not do any searches before. The public needs to know the reason for cover up. The public needs to know if  there was a breach of the national security.

Even, as the last four digits of the SSN ███████-4425 are  redacted, the public knows, that  the first three digits, 042, signify the state of  Connecticut-this is public knowledge. Obama's own memoirs  Dreams from my father and Audacity of Hope show, that Obama was never a resident of Ct. As such, the controversy is already in public domain. The public wants to know, how the US president got a social security number from the state of Connecticut, even though he never resided there. Privacy is no longer at play.

The  balance  between  the  almost  nonexistent  privacy  interest  and  the  public interest in disclosure here tips very sharply in favor of disclosure. While Congress did  not  intend  the  FOIA  to  facilitate  "disclosure  of  information  about  **private**

citizens that is accumulated in various governmental files but **that reveals little or nothing about an agency's own conduct,"**(emphasys added) *DOJ v. Reporters Committee For Freedom of Press*, 489 U.S. 749, 772-73 (1989) (quotations omitted), the former agency's conduct in assigning or re-assigning a social-security number to a **person with no apparent contact with a state**, at a time when the **former agency assigned numbers based on connection with that state**, has become an issue the subject of great public interest.  "Unless a **FOIA request advances 'the citizens' right to be informed about what their government is up to,'** no relevant public interest is at issue." *National Ass'n of Home Builders v. Norton*, 309 F.3d 26, 34 (D.C. Cir. 2002) (quoting *Reporters Comm.*, 489 U.S. at 773).   Google search of "Obama" and "SSN" will result in 1,730,000 hits, and demonstrates the "public interest" in this issue.   The information sought here would clearly advance "the citizens" right to be informed as to what their government is, or was, up to, and whether in fact the SSA's predecessor agency's processes were possibly subverted in a scheme to evade its controls.  To not release the document would simply feed the public's belief that the government has been party to, or the victim of, a fraud.

**The type of safeguard, that is envisioned in the exemption 6 of FOIA does not exist in case at hand.** This exception exists in relation **to average citizens**, whose name is not known and whose identity might be stolen by someone usng a

name and a social security number of a **private citizen**. In case at hand we have a

President of the United States of America using this number. Does the statute

envision a hypothetical, when some random  John Doe  from Any- town America

is entering a bank and saying: "I am Barack Hussein Obama, here is my social

security number, I want to withdraw a million dollars from this bank account." Is it

likely? Is it plausible? Of course not. While our other presidents might have had

more random names and one expects there to be more than one Bill Clinton or

Jimmy Carter, nobody has ever found another Barack Hussein Obama in the

U.S.A.   Uniqness of Obama's name and his position make exemption 6 irrelevant

to him and his vital records, it is safe to say, that even if an unredacted SS-5 is

published, nobody will try to steal his identity, never mind with redacted SS-5.


There are too many unanswered questions, and plaintiff has identified a

major public interest which will be served by disclosure of information related to

this particular social-security number.  A large portion of the public questions

whether this number involves actions such as those recited by Bill Ayers, a known

associate of Barack Obama, in *Fugitive Days*.  Releasing that information would

provide major insight into government functions that have been shrouded in

mystery and the subject of continuing unanswered conjecture, and help Plaintiff to

understand how, not the SSA, but its predecessor, fulfilled or did not fulfill its

obligations, contrary to the bare and unsupported allegations of the Wiggins Declaration ¶ 7.

In the presence of a clearly identified public interest of the sort the FOIA was intended to serve, the Court's inquiry should continue, and the exemption claimed should be overruled. This is not a situation such as that in *Consumers' Checkbook Ctr. for the Study of Servs. v. U.S. Dep't of Health & Human Servs.*, 554 F.3d 1046, 1056 (D.C. Cir. 2009), as referenced by Defendant, where the court "need not balance the non-existent public interest against every physician's substantial privacy interest in the Medicare payments he receives." The public interest here is far more than non-existent. Courts may have repeatedly recognized that "something, even a modest privacy interest, outweighs nothing every time," *Horner*, 879 F.2d at 879; but the interest here is far from nothing.

Because the agency improperly withheld the Form SS-5 under exemption 6, it is not entitled to summary judgment.

**In conclusion,** Michael Astrue, commissioner of the Social Security administration did not provide a shred of admissible evidence to show that the SS-5 even exists, and that it was not assigned to a person, who is deceased now, and that the person, who is using it now, is doing so legally. Plaintiff provided

irrefutable evidence that there is a genuine issue of material fact, due to which the motion for summary judgment needs to be denied. Additionally, Plaintiff has provided evidence, showing that there is a high likelihood of fraud, associated with the number in question and a cover up of such fraud. ObamaFraudGate, ObamaForgery Gate is much larger, than the Watergate. It will not go away until the matter is tried in court. More and more governmental officials become complicit in the cover up. Plaintiff believes, that not only the court needs to deny the motion for summary judgment and grant the FOIA request by the Plaintiff, but the court needs to start sua sponte an investigation of the massive fraud, that was uncovered within the SSA and allow the Plaintiff to conduct discovery of such fraud. This needs to be done before the 2012 election, if we are ever to have an honest election in this country. Plaintiff believes, that she might be the only person with enough strength of character to conduct such an investigation.

**If this court grants the motion for summary judgment and refuses release of the redacted SS-5 for SSN ████-4425, this court becomes complicit in the biggest cover up in the history of this nation.** Taitz is not asking Your Honor to tilt at windmills, but rather to stand firmly on the broad and sturdy platform of the U.S. Constitution and the overwhelming factual evidence of the case.

**Respectfully submitted,**

**/s/ Dr. Orly Taitz ESQ**

## AFFIDAVIT OF ORLY TAITZ

I, Orly Taitz, am a licensed attorney, admitted in all of the courts of the state of California, 9th Circuit Court of Appeals, Third Circuit Court of Appeals and the Supreme Court of the United States. I am over 18 years old, do not suffer from mental disability and have personal knowledge of the facts listed below:

1. Affidavit of licensed investigator Susan Daniels is a true and correct copy of the original affidavit of Susan Daniels received by me

2. Affidavit of retired deportation officer with the Department of Homeland Security John Sampson is a true and correct copy of the affidavit received by me.

3. Affidavit of scanning and printing expert Douglas Vogt is a true and correct copy of the original affidavit received by me.

4. Affidavit of Adobe Illustrator expert Chito Papa is a true and correct copy of the original affidavit received by me.

5. Affidavit of typesetting and printing expert Paul Irey is a true and correct copy of the original affidavit received by me.

I declare under the penalty of perjury, that all of the above is true and correct .

/s/ Dr. Orly Taitz, ESQ

07.13.2011

Taitz v Astrue opposition to motion for summary judgment          21

Proof of service

I, Lila Dubert, am over 18 years old, I am not a party in this case and I served

the US attorneys' office   with above pleadings by first class mail on 07.13.2011

Us Attorney -district of Columbia

555 4th street NW

Washington DC 20530

Signed

_____

Dated 07.13.2011

cc

cc Congressman Darrell Issa

Chairman

House Oversight Committee

2347 Rayburn House Building

Washington DC, 20515

cc Congressman Mike Rogers

Chairman

House Intelligence Committee

133 Cannon House Office building

Washington DC 20515

cc Congressman Sam Johnson

Taitz v Astrue opposition to motion for summary judgment          22

Chairman

House Subcommittee on Social Security

House Ways and Means Committee

2929 N Central Expy, 240

Richardson, TX 75080

cc Congressman Dana Rohrbacher

Chairman

House Subcommittee on Oversight and Investigations'

House Committee on Foreign Affairs

2300 Rayburn House Building

Washington DC 20515

**Dr. Orly Taitz, ESQ**

**29839 Santa Margarita Parkway, STE 100**

**Rancho Santa Margarita CA 92688**

**Tel: (949) 683-5411; Fax (949) 766-7603**

**E-Mail: dr_taitz@yahoo.com, orly.taitz@gmail.com**


# UNITED STATES DISTRICT COURT

# FOR THE  DISTRICT OF COLUMBIA


| | |
|---|---|
| **Dr. ORLY TAITZ, ESQ, PRO SE** | § |
| **Plaintiff,** | § **Freedom of information violation** |
| | §     **5USC §552** |
| **v.** | §     **OPPOSITION TO** |
| | §   **MOTION FOR SUMMARY** |
| **Michael Astrue, Commissioner of the** | §   **JUDGMENT** |
| **Social Security Administration,** | §   **11-cv-00402** |
| | § |
| | § **Honorable Royce Lamberth** |

Respondent                     § Chief Justice presiding

## OPPOSITION TO DEFENDANTS STATEMENT OF FACTS NOT IN DISPUTE

2. Defendant intentionally misrepresented the Plaintiffs FOIA request in ¶2. Defendant states: "Specifically, this request sought:…

2. the redacted Form SS-5 for the living individual, who holds the social security number xxx-xx-4425."

This is an absolutely false statement of fact.

Plaintiff provided the Defendant and the court information, showing that this number was never assigned according to the SSA own records and that in National databases this number was originally used by an individual born in 1890, who is presumed to be deceased, and from around 1980 was illegally assumed by Barack Hussein Obama. Plaintiff did not request the SSA to provide her with the SS-5 of a live individual, who is "holding" the number today, most probably illegally. She requested to know if this SS-5 was ever assigned, and if it was assigned, she wanted an application of the original owner, who was born in 1890 and who would be 121 years old today and is presumed to be deceased.   SS-5s of the deceased individuals are readily provided to the public through FOIA.

/s/ Dr. Orly Taitz ESQ
07.13.2011

**Dr. Orly Taitz, ESQ**
**29839 Santa Margarita Parkway, STE 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
**E-Mail: dr_taitz@yahoo.com, orly.taitz@gmail.com**

<div align="center">

**UNITED STATES DISTRICT COURT**
**FOR THE  DISTRICT OF COLUMBIA**

</div>

| | |
|---|---|
| **Dr. ORLY TAITZ, ESQ, PRO SE** | § |
| **Plaintiff,** | § **Freedom of information violation** |
| | §      **5USC §552** |
| **v.** | §    **OPPOSITION TO** |
| | §   **MOTION FOR SUMMARY** |
| **Michael Astrue, Commissioner of the** | §   **JUDGMENT** |
| **Social Security Administration,** | §    **11-cv-00402** |
| | § |
| | § **Honorable Royce Lamberth** |
| **Respondent** | § **Chief Justice presiding** |

(proposed) ORDER

This court, having considered defendant's motion for summary judgment, the memoranda of the parties, and the whole record herein, and being of the opinion that the defendant is not entitled to the summary judgment,

  MOTION FOR SUMMARY JUDGMENT BY THE DEFENDANT IS DENIED. SO ORDERED

---

SIGNED CHIEF JUDGE ROYCE C. LAMBERTH

---

DATED

# EXHIBIT 1

If you have already reached
age 26 or will do so in the
current calendar year, you
are no longer required to
notify Selective Service of
any future changes of
address or changes to any
other items on your
registration record.

Change of Information Form

Dear Registrant:

Please keep this letter as a record of your registration. Our records show only that you need registration. Acknowledgment provided below is not required.

Use the top portion of this letter to update and/or correct your information. Please read it carefully. Mark through any mistakes and write in the correct information. If you made any changes on the top portion of this letter, and mail it to the Selective Service System using the envelope provided. **If your information is correct, do not return this form.** However, when any of your information changes, you are required to notify the Selective Service System within 10 days. If changing only your address, you may go to www.sss.gov.

**FOR NON-IMMIGRANT ALIENS:** If you are on a valid visa and believe that you were registered in error, send this entire form and a copy of your I-94 or I-97 Visa or Border Crossing Card (I-586 I-95), to Selective Service System P.O. Box 94636, Palatine, Illinois 60094-4636.

If you have questions about the Selective Service System call 1-888-655-1825.

Thank You.



Registration Acknowledgment

Laurence G Romo

**EXHIBIT 2**

# Social Security Number Verification System (SSNVS)

## SSN Verification Results

- Fixing

- Deceased

- 

| Results | SSN 999999999 | First Name | Middle Name | Last Name | Suffix | Date of Birth MMDDYYYY | Gender F/M | Verification Results |
|---------|---------------|------------|-------------|-----------|--------|------------------------|------------|----------------------|
| | | | | | | | | |

### Verification Results

| Code | Description |
|------|-------------|
| | |

Have a question? Call 1-800-772-6270 M-F 7AM to 7PM Eastern Time to speak with Employer Customer Service personnel. For TDD/TTY call 1-800-325-0778

**EXHIBIT 3**

June 27, 2011

Dr. Orly Taitz, Esq.
Defend Our Freedoms Foundation
29839 Santa Margarita Parkway
Suite 100
Rancho Santa Margarita, CA  92688


Dear Dr. Taitz:

This is in response to your Freedom of Information Act (FOIA) request dated
October 4, 2010, in which you requested the dates for the Form SS-5 revisions.

Although we previously responded that FOIA does not require agencies to answer
questions or do research in order to respond, we created a document in response to your
FOIA request that provides the information you requested.  I have enclosed the document
showing dates for the Form SS-5 revisions   In addition, we are providing another copy of
Stanley Ann Dunham's SS-5, which shows a clearer revision date.

We hope you find this information useful.

Sincerely,

Dawn S Wiggins

Dawn S. Wiggins
Freedom of Information Officer


Enclosures

Versions of Form SS-5

| | |
|---|---|
| 1 | 1936: First version |
| 2 | 9/42 |
| 3 | 7/56 |
| 4 | 7/69 |
| 5 | 10/69 |
| 6 | 2/73 |
| 7 | 7/74 |
| 8 | 9/75 |
| 9 | 1/76 |
| 10 | 11/77 |
| 11 | 2/78 |
| 12 | 5/78 |
| 13 | 8/78 |
| 14 | 11/78 |
| 15 | 8/79 |
| 16 | 9/79 |
| 17 | 10/80 |
| 18 | 2/81 |
| 19 | 10/81 |
| 20 | 7/82 |
| 21 | 11/82 |
| 22 | 1/83 |
| 23 | 8/83 |
| 24 | 1/84 |
| 25 | 5/84 |
| 26 | 8/84 |
| 27 | 1/85 |
| 28 | 8/85 |
| 29 | 10/86 |
| 30 | 11/86 |
| 31 | 2/87 |
| 32 | 2/88 |
| 33 | 3/88 |
| 34 | 5/88 |
| 35 | 9/89 |
| 36 | 2/98 |
| 37 | 3/2001 |
| 38 | 11/2002 |
| 39 | 9/2003 |
| 40 | 10/2003 |
| 41 | 12/2005 |
| 42 | 5/2006 |
| 43 | 8/2009 |



ANN

(STATE)

PRINT FULL NAME GIVEN YOU AT BIRTH

Is., WASH. STANLEY ANN DUN

(YEAR)

1942

PLACE OF BIRTH   (CITY)            (COUNTY)

WICHITA

MOTHER'S FULL NAME BEFORE EVER MARRIED, REGARDLESS OF

MADELYN LEE PA

R, SPECIFY)

HAVE YOU EVER BEFORE APPLIED
FOR OR HAD A SOCIAL SECURITY OR
RAILROAD RETIREMENT NUMBER?

IF ANSWER IS "YES" PRINT THE
STATE IN WHICH YOU FIRST
APPLIED AND WHEN

(STATE)

ALSO PRINT YOUR ACCOUNT
NUMBER IF YOU KNOW IT

OUR NAME AS USUALLY WRITTEN (DO NOT PRINT)

REVENUE SERVICE   (Revised 7-AU)



(R)

42

PLACE OF BIRTH    CITY

**WICHITA**

MOTHER'S FULL NAME BEFORE HER MARR

*MADELYN L*

(F1)

HAVE YOU EVER BEFORE APPLIED
FOR OR HAD A SOCIAL SECURITY OR
RAILROAD RETIREMENT NUMBER?

11

IF ANSWER IS "YES" PRINT THE
STATE IN WHICH YOU FIRST
APPLIED AND WHEN

(TE)

ALSO PRINT YOUR ACCOUNT
NUMBER IF YOU KNOW IT

ME AS USUALLY WRITTEN (DO NOT PRINT)

INTE SERVICE

**EXHIBIT 4**

These are 161 typed characters selected from
Obama's birth certificate that do not match
each other for style or size.

AAAAEEHHHHKKMM

RRSSSUUaaaaaaaa

aaaaaaaaaaaaaaaa

cccccееееееeffgg

iiiiiiiiiiiiiiiii

lllllllllnnnnn

nnnnnnnnnnnoooo

ooooooooopprrrr

ssssstttttttttt

uuuuuuuuuuuuww

yyyyy11122ﾂﾂﾂﾂﾂ

AAEEKKMM

RRSSUUss

aaaaaa cc

ee ff gg ii

llnnpprr

ttttttttt

uuyyll22

BARACK HUSSEIN OBAMA, II

Male August 4, 1961 7:24 P

Honolulu Oahu

Kapiolani Maternity & Gynecological Hospital

Honolulu Oahu Honolulu, Hawaii

6085 Kalanianaole Highway

BARACK HUSSEIN OBAMA African

25 Kenya, East Africa Student University

STANLEY ANN DUNHAM Caucasian

18 Wichita, Kansas None

AAEEKKMM

RRSSUUss

aaaaaa cc

effgg ii

llnnpprr

tttttttt

uuyyll22





# Student

Difference in the lower case "t"

Eight different "t"s found.

t t t t t t t t

AAASSnn

Differences in size    angle    and width



udent
nce in the lower case "t"

different "t"s found.

ttttt

ASSnn

in size    angle    and width

MICHAEL GERLICK
Notary Public, State of Florida
My Comm Expires Nov 29, 2013
No. DD943069

**EXHIBIT 5**



**EXHIBIT 6**

Dr. Orly Taitz, Esq
29839 Santa Margarita Parkway, STE 100
Rancho Santa Margarita CA 92688
Tel. (949) 683-5411, Fax (949) 766-7603
E-Mail: dr_taitz@yahoo.com

## Affidavit of John N. Sampson



U.S. Department of Homeland Security

[illegible]

[illegible]
Office of Detention and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
Denver Field Office
4730 Paris Street
Denver, CO 80239

Dear Mr. Sargent:

On the occasion of your retirement after more than 25 [illegible] of service, I would like to take this opportunity to [illegible] wishes.

[illegible] Immigration and Naturalization Service and [illegible] with the Department [illegible] U.S. Immigration [illegible] Enforcement [illegible] contributed significant [illegible] work.

You have distinguished yourself [illegible]

[illegible] appreciation. [illegible] and

Sincerely,

[illegible] Hayes [illegible]
[illegible] Director

[illegible]

**EXHIBIT 7**

THE REPOSITORY™
ARCHIVE INDEX SYSTEMS, INC.

RESELLERS OF

(...)
(...) Washington 98615

WEB PAGES

May ... 201?

# Revised and Expanded Affidavit

I, Douglas R. Vogt, am over 18 years old, do not suffer from any mental impairment, have personal knowledge of ... in documents, imaging scanners and document imaging programs. Based on my knowledge and experience the following is true and correct:

## My Credentials

I have over ... years experience for analyzing the document. I owned a typesetting company (Nova Graphics) ... I currently own Archive Index Systems since 1995, which sells all types of document scanners worldwide and also developed document imaging software (TheRepository). I know how the scanners work and their capabilities. I have also sold other document imaging programs, such as Laser Fiche, Liberty and Alchemy. I have sold and installed document imaging systems in city and county governments, so I know their procedures with imaging systems and everything about the design of such programs. This will be important in understanding what has happened to the Obama's Certificate of Live Birth. I also have a good working knowledge of Adobe Photoshop and Illustrator.







What I Discovered about Obama's Certificate of Live Birth and why it is a Forgery

What the Obama administration released was a PDF image that they are trying to pass off as a Certificate Live Birth Long Form printed on green security paper by the County Health Department, but this form is a created forgery. Ironically the country has a lot to thank Mr. Donald Trump and Mr. Jerome Corsi and his new book, because they made President Obama's birth certificate a public issue which in turn forced the White House to produce this forgery to answer both of them. The Obama Certificate of Live Birth Long Form is a forgery for the following reasons.

1. Curved and non curved type. The image you're looking at was scanned in grayscale and some part is binary which cannot be on the same image. The reason I know this is because of the shadowing along the gutter (left-hand side) is produced by scanning in grayscale. It also means that the county employee who did the original scanning of all the forms did not take the individual pages out of the post binders. The reason is that all the pages in that book display a parallax distorted image of the lines and type. They curve and drop down to the left. If you look at line 2 (figure 3) on the form that says Sex you will notice the letters drop down one pixel but the typed word Male does not. Also notice the line just below Male drops down 5 pixels.



Fig... 3. Line 2 of the form to notice differences

The second incident of this parallax problem is seen in line 6c Name of Hospital or Institution (figure 4). The word Name drops down 1 pixel but the typed hospital name Kapiolani does not drop a row at all and again the line just below drops down 2 pixels, but not the name Kapiolani.

The conclusion you must come to is that the typed in form was superimposed over an existing original Certificate of Live Birth form. In fact, since I found some of the form headlines scanned in as binary and gray scale, the form itself is a composite but the person who created it did not flatten the image of the blank form and save it as one file before they started placing the typewriter text on the composite total. The only old status who reproduced this forgery could not evidently find a blank form in the clerks imaging database, so they were forced to clean up existing forms and overlay the typewriter type we see here. The other was also having for certificates with the correct stamped dates and that is why I think they used more than one original form. At first I wondered why the forger didn't just typeset the entire form first, so scan and overlay the type and not have to worry about the parallax problem. Then I remembered that in the early 1960s there was no private typesetting and this form was set in hot metal Linotype machine. The type design I think

[illegible]

**2. There is a white haloing around all the type on the form.** [illegible] ... and White (binary) image of the same type ... [illegible]

Name (Type or print)

BA ACK

5. ... Birth

[illegible]

[illegible] ... original Certificates of Live Birth (COLB) ... [illegible]

background and instructed the program to bring the type "forward" it blanked out the background noise, hence the haloing effect around the type.

[illegible]

SECURITY PACI
Ventura & Sepulve
15165 Ventura Bo
Sherman Oaks, Ca

[illegible]

[illegible]

**3. The Obama Certificate is loaded with both binary and grayscale letters** which is just another anomaly found in the document forgery. It appears the lines and some of the boxes were scanned using grayscale, but only some of the form headings were grayscale and sometimes it is only some letters. Figure 3 and Figure 4 give one example. You will notice that the *H* and *al* in Hospital, *I* in Institution, *th* and again the *h* and *l* in hospital were grayscale images, but the rest of the line is binary. The typewriter line below was scanned in as a binary image. I can also tell you for certainty that the form type was scanned in at a lower resolution (200 dpi). This is because of the size of the pixels on the letters were such that the openings on the *a* and *s* on the first line are not visible and filled in. This may also further indicate that forger took some of the type images from the microfilmed copies.

Hospital or Institution (If not in hospital o
Maternity &

[illegible]

[illegible]

[illegible]

[illegible] but the rest of the numbers are not. This is just another example of a cut and paste [illegible]

[illegible]

**4. The Sequential Number is a fraud.** [illegible] Barack Obama [illegible] August 8, 1961 and hand stamped the [illegible]

As stated in 3 the last 3 or the rows being grayscale image and the rest of the numbers are not original 141 again and neither proof that the Certificate number is a composite of two members and hence a forgery. This forgery comes under a separate offense and carries a 10 to 15 years in prison [see Appendix D, Title 19-1 p.37. See 16-Noah]

The facts I have shown you in 3 and 4 tell me several things about how this forgery was assembled. 1. Some persons at the Health Department, who had access to the document imaging program, searched the database for someone close to the actual birth date of Obama and found someone near the 4th of August 4 in fact he was born on the 4th and we should not assume that at all. Obama may have chosen the 4th of August because they had a baby who died close to his date of birth. The clerk may have cross-referenced the death database to find someone who had died and had a birth date close to Obama's. It has been reported that an infant girl named Virginia Sunahara was born near August 4th, 1961 and she was dispatched to Waimanu Oahu. HI was died on August 5, 1961 per the Kapiolani Women and Children's Medical Center due to complications. This happens to coincide with date of birth and not space. In the Society of twins. We could make two assuming here that the first would be that the Waimanu Hospital would have filled the COLB form as customary and made it to the County Health Department and the Kapiolani Medical Center would have filled out the death certificate. In the other less probable scenario is that her medical records were transferred to Kapiolani Hospital and they would produce the birth certificate and later the death certificate was later included in the group of birth certificates that contained the Nordyke twins.

The Federal Government wanted the States to cross reference the birth and death databases so the database would have that information. The date stamps have two different colors and sizes (see 5 below) which indicates that both dates came from different Certificates. We can conclude from this that more than one person was involved in the Hawaii Department of Health to assemble the different components that are used and also do the database searches to find the right Certificates to create the fraudulent Certificate of Live Birth and finally someone who signed the fraudulent certificate. Furthermore, after all the components were assembled they were then given to a graphic artist to actually assemble the whole thing and create the finished forgery. That graphic artist could be located anywhere. In short, this was a multi-state conspiracy to defraud the United States.

## 5. Two different colors and font sizes in Form box 22 and 20 *Date Accepted by Reg. General.*

What is very revealing about the box and date entry is there are two different colors on both times where there should be the one color overall. Both it is were scanned using binary mode, but I see two different colors again. 2. What I think this is showing us is that the person who put this fraud together was looking for a font that had the right date namely "August 8 19 1. As you can see the entry things that are printed in dark green (R 71, G 92, B 73) are "Date A" and "AUG-8-6" the rest of the type is in black. This tells me that the forger was working in color mode and what they copied from had a color value for some reason unless they put a color value on it. ~~Finally the font~~ ~~size of the rubber stamp in box 22 is larger than the stamp used in box 20. This is unlikely because~~ ~~the same rubber stamp would have been used at the same time, by the same registrar to stamp the~~ ~~dates in both places and again the font in box 22 is taller, we have two sets letters and numbers. This~~ ~~indicates these elements were taken from two separate fonts that they have been pieced apart using~~ ~~different rubber stamp.~~



The signature that is situated at point six for "Date Accepted by Local Reg..." Figure I-1 again shows [...] AUG -8 1961 [...]



**6. The official seal is not part of the Certificate of Live Birth.** The Hawaiian law (Section 1!-1-2 Seal of the Department of Health) states

[illegible paragraph]



The first Certificate of Live Birth Obama Inc campaign produced at an June of 2008 was the "Short Form" [...] COFB. Hawaii Department of Health is seal embossed [...] Health Department is using an electronic embosser [...] which applies circle pressure to press a raised seal from the edge of the paper. The Health Department's seal does not appear anywhere on the Obama COFB. A good embossment will

discoloring type and lines of a stamp and is clearly visible that are 7 is I seen on the Nordyke certificate of figure. Note, subject to Nancy's original target certificate damage image also clearly seen figure. It is now Obama's section 7 the COLB presented on April 27, 2011 is clearly only been seen while filters were used too. It is clear this is completely disappears once seen on the security stamped circle.



The color is red on the Original COLB certificate even in a generic color image done also to be seen. The seal embossing did not distort the lines or type on the scan and is most likely was not a physical Certificate. Not a red artificial document of certificate of Live Birth is an obvious forgery.

### 7. The hand stamped certification from the current registrar is a forged stamped notice.

The Department of Health has the job to produce a legal copy of the original Certificate of Live Birth to people who have the appropriate right to receive one. The Clerk in the office would search the document imaging database and retrieve the correct Certificate. The Clerk would then print out the tiff image on the green security paper. They would then take a rubber stamp that states the following LIBERTIES THIS IS A TRUE COPY OR ABSTRACT OF THE RECORD ON FILE IN THE HAWAII STATE DEPARTMENT OF HEALTH. Then below this notice would be the likeness of the State Registrar's signature in this case it was Alvin T. Onaka PH.D. Then the clerk would stamp the date to the left of the certification. See Figure 22 on a Certificate done one month before the Obama's April 25, 2011 Certificate. Please note that space is a hand stamp the certificate stamp is skewed up on the right hand side.

The actual density of the pixels is definitely above 30 DPI

Now let us look at the Obama's Certificate of figure 23 supposedly done on Apr 25, 2011. Notice the actual same rubber stamp was supposedly of the same hand reads 35 DPI but this area does not show up on the same rubber stamp used one month before. In Figure 24 you will see an enlargement of the word. You will see that the "N" has been created on the graphic artist on filling in pixels in certain pixels like the "N" but it really is too close once that the whole stamp is too straight on the form. It as it faces down made to look the lines of type are aligned with the pixels, the stamp has only become once the 35 DPI creation once that the whole stamp was placed there by

x

the graphic artist to look as straight as possible, there in my process... and now at a stamped notice that is covering the space that is perfect for the page.

Other investigators have reported what looks over it to be "I" under the capital "A" in "Akin." In future, this shadow that does not appear. We have as any time either I, and no one is already on the security image the longer used. And for yet to exit it was there. It was shared there deliberately for some reason but it was are it, has not yet.

**8. Multiple layers in the PDF file from the White House.** I am not the first one to find this fact and discover it. When you open up the PDF file in Adobe Illustrator and you turn off layers, you see a long list of nine different layers that correspond to different sections on the form, especially the signatures on the form. Figure 25 shows that this document most of the top sections and the content.

I discovered using just my Adobe Acrobat X Standard that I could also see the different component disappears when I enhance the image, to just 400% and used the "hand" tool to quickly move around the image. When I moved the image fast, the hidden type components also did disappear from the document but they stayed somewhat as I had concluded.

I also opened up the White House PDF file in WordPad so I could see the codes and headers in the file where I discovered the existence of the layers embedded in the code (see below). The big surprise I discovered was that the file was finished or created on April 27, 2011 and the copy I had downloaded from the White House website was modified on April 28, 2011 at 9:58 AM. The day after the press conference. This is very significant because the president and Press Secretary used Hawaii and picked up a signed and stamped paper Certificate of Live Birth and fly directly to Washington DC, showing the document, the reason has been from the world scenario that is not true. The Press Secretary proudly stated that he personally put up the PDF on the White House website and this is probably also how you see the PDF file came.

this is how the creation of the document and you see hidden objects signature in the file

This letter may have been accompanied by a CD with the files and images I worked from and the various things displayed in this report. These last are the six MP4 files of the three videos listed below. You may freely use these images and videos for your own report or public use.

Another good explanation of layering showing at least three layers.



If you notice the layers that contains most of the lines text and typewriter text

A Rebuttal to the Discovery of the Math Layers Found in the PDF File

[text illegible]

[text illegible]

[text illegible]

[text illegible]

#### Conclusion

[text illegible]

[text illegible]



Notary Public
State of Washington
ZACHARY S NIEBRUEGGE
My Appointment Expires Aug 9, 2013

THE REPOSITORY
ARCHIVE INDEX SYSTEMS, INC.

RESELLERS OF

WEB PAGES

May 1, 2011

# Affidavit

I, Douglas B. Vogt, now over 18 years of age, do not suffer from any mental impairment, have personal knowledge in the following and attest under penalty of perjury that I have knowledge and expertise in document imaging, scanners and document imaging programs. Based on my knowledge and expertise the following is true and correct.

My background

I have a unique background in analyzing documents. I started my own company for 14 years so I know type and font design very well. I currently own Archive Index Systems since 1993 which sells all types of document scanners worldwide. We also developed document imaging software (The Repository). I know how the scanners work. I have also sold other document imaging programs such as Laser Fiche, Liberty and Alchemy. I have sold and installed document imaging systems in city and county governments, so I know their procedures with imaging systems and even long used them to scan documents. This will be important in understanding what has happened with Obama's Certificate of Live Birth.





Figure 2. An actual Persons motor imaged Certificate of Live Birth.

What I Discovered about Obama's Certificate of Live Birth and why it is a Forgery.

What the Obama administration released is a PDF image that they are trying to pass off as a Certificate Live Birth form, form printed on green security paper by the County Health Department. The form is a created forgery for the following reasons.

**1. Curved and non-curved type.** The image [...] [...] typed [...] scanned in grayscale and some part in binary which cannot be on the same image. The reason I know this is because of the colors going along the right hand sides. It also means that the county employee who did the manual scanning of all the forms did not take the individual pages out of the post binders. The result is that on the pages in each book display a pretty distorted image of the lines and type. They [...] isolation of [...] type [...] line [...] 2, 3, 4 and 5 on the top that says Sex you will notice the letters drop down one pixel but the typical word *Male* does not. Also notice this line just below that drops down 3 pixels.



Figure [...] of [...] the county's online files.

The second incident of this pixel-dropping problem is seen right below *Name of Hospital* in *Honolulu* at line 6b. The word *Honolulu* is typed two pixels, but the typed-down in a name *Kapiolani* does not drop down at all. And again the line just below that where 2 pixels out of the name *Kapiolani*.



Figure [...] Line 6a at [...]. The typewriter name of the hospital does not drop down 2 pixels.

The conclusion you must come to is that the typed-in form was superimposed over an existing original Certificate of Live Birth form from my county. In fact since I found a sample of a form heading scanned in as white [...] it also means that the form itself is a composite, but the person who created it did not flatten the image of the image form and save it as one file before they started inserting the typewriter text on the composite form. The individual(s) who perpetrated this forgery could not even identify and flatten form or the codes imaging database, so they were forced to clean up existing forms and overlay the typewriter type we see here. The forger was also looking for certificates with the correct stamped dates and that's why I think they used more than one original form. At first I wondered why the forger didn't just typeset the entire form from scratch and overlay the type and not have to worry about the parallax problem. Then I remembered that in the early

[illegible text] the photo discussed [illegible] ... [illegible] ... type in this [illegible] copy [illegible] is [illegible] Roman Barclay [illegible] replicate the exact design. They were stuck [illegible] to the security sale [illegible] ... [illegible] on the scale

2. There is a white haloing around all the type on the form. [illegible] ... [illegible] ... [illegible] effect died [illegible] ... [illegible] scanned grayscale image. I figure [illegible] is a grayscale image scanned from [illegible] ... [illegible] would suffice that there is no haloing effect around the type and also the security pattern is seen on top of the type. I figure [illegible] color image where you can clearly see the security green color through the type and no haloing. Figure 8 shows [illegible] black and white binary image of the same type. [illegible] portion [illegible] image does not contain a halo [illegible] ... [illegible] scan makes the image accompanies the smudge [illegible] ... [illegible] convey some of the various image as made up of [illegible] ... [illegible] ... [illegible] ... [illegible] if they [illegible] coming it shown with a [illegible] grayscale effects. [illegible] is left over from the binary.

[illegible]
Name (type or print)

       [illegible] ACE

[illegible] illegible

Person [illegible] being [illegible] replaced]
[illegible] ... [illegible] ... [illegible] ... [illegible]

[illegible] apparent on screen

SECURITY PACIF
Ventura & Sepulve
15165 Ventura Bo
Sherman Oaks, Ca

Figure 8. [illegible] grayscale [illegible] ... [illegible] in [illegible] grayscale [illegible] ... [illegible] pattern [illegible]

3. The original document is loaded with both binary and grayscale letters or characters showing [illegible] ... [illegible] ... [illegible] lines and some of the boxes were scanned [illegible] ... [illegible] ... [illegible] grayscale [illegible] ... [illegible] some letters. In the 10 and 11 are figures of give one example. You can't notice [illegible] document in this Hospital. Figure 10 [illegible] on the edge of the sub-document Figure 11 above gives a closer image but it is not so clear due to binary [illegible] appear and below was scanned as a binary image. I can also tell you for certain [illegible] of the same pixels as scanned in [illegible] of the residue [illegible] but because [illegible] of the size of the pixels on the letters were such that they open up on the edge of the [illegible] the first line are not visible and [illegible] ...



[illegible] ... [illegible] same [illegible] scan [illegible] ... [illegible] to protect the

Another example is found in form box [illegible] the name *BARACK*. For some reason the "R" is a grayscale image and the rest is binary (Figure [illegible]). That means the "R" was originally on the form and the rest [illegible] added.

BA ACK

Figure [illegible] Another example of grayscale and binary on the same line

Another example is the Certificate number [illegible] (Figure 12). The last "1" on the form is a gray [illegible] image but the rest of the numbers are [illegible]. This is just another example of [illegible] and paste job. It also means we do not know what the real Certificate number is if there even is one. There are other form boxes that display the same feature, boxes 5b, 7c, 17, [illegible], 26, 18a.

ARTMENT OF HEALT
61 10641

Figure 12 The last "1" is grayscale and the rest are binary

**4. The Sequential Number is a fraud.** I would like you to refer back to Figures 1 and 2. You will notice that Barack Obama was supposed to have been born on Friday at 7:24 p.m. August 4, 1961 and the local registrar accepted it on Tuesday August 8, 1961 and hand stamped the Certificate number "61 10641". Then notice that the other Certificate of Susan E. Nordyke was born on Saturday at 2:12 p.m. August 5, 1961 and another registrar date stamped it on August 11, but her Certificate number is "61 10637." Keep in mind there would be only one Bates stamp machine in the office so the numbers would all be unique. There cannot be any duplicates so every Certificate has a unique serial number. Obama's Certificate would have most likely been mailed on the following Monday the 7th and received by the [illegible] Tuesday the 8th. Susan Nordyke's Certificate looks like it was [illegible] sometime earlier that week and not accepted until the 11th but she has a Certificate 4 numbers less than Obama's. It is impossible to have Obama's Certificate number to be four numbers higher than a Certificate that came in 3 days later.

The facts I have shown you in #3 and 4 tell me several things about how this forgery was assembled: 1. Some person(s) in the Health Department, who had access to the document imaging program, search the database for someone close to the actual birth date of Obama and found someone near the 4th of August. They may have crossed referenced the death database to find someone who had died and had a birth date close to Obama's. If you remember, the Federal Government wanted the States to cross reference the birth and death databases so the database would have that information. 2. The date stamps have two different colors and sizes (see #5 below) which indicates that both dates came from different Certificates. 3. More than one person is involved in the Hawaii Department of Health to assemble the different components that were used, do the database searches to find the right Certificates to create President Obama's Fraudulent Certificate of Live Birth and finally sign the fraudulent certificate. I believe that after all the components were

rest ... they were facing ... to ... it ... actually are able be able to tamp and create
her ... stead forgery. It seems His ... to conspire ... in denied the United States.

**5. Two different colors and font sizes in Form box 22 and 20 *Date Accepted by Reg. General.***

When ... we ... Reg. about this box and date entry ... if we are two different colors on both sides
that ... is ... Saying ... to ... consideration ... again ... see ... If Mr. ... says
this is showing us ... for the person who put Dist ... together was looking for a tamp did find the
right one namely "Aug. of 8 19 4 ". As soon as we see the only things that are printed in dark green
(Ref. 1 G 92, B-1 Date "Date "A" and "M G 8 6". The rest of the type is in black. This tells me
though ... we are looking at a date that ~~demanding the fontsize of the rubber stamp in box when~~
~~changes when the reality used in every box of this is unclear, because the same rubber stamp would have~~
~~appeared by dist same name if its same ... the sizes changes ... and even the micro or box. To Never~~
~~... use size letters and changes, in it means these elements were fused from two separate~~
~~... then printed with a completely using different rubber stamps~~





Figure 1... Form to General date is dark green in a dark.

The same figure is found in Form box 20 (Date Accepted by Local Reg.) Figure 14 again shows
that the this box has an entire date entry. Date "M" as "8 20" is in dark green (R-87, G-11 , B-87) and
then ... rubber stamp had again another line using just this date is completely ... this box 14 displays
the entire Box date information in a dark N (or Blue Navy) in dark Green.

**20.  Date Accepted by Local Reg.**

Figure ... ... ... ...

**6. Multiple layers in the PDF file from the White House.** ... this ... in ... one is the first out
and they deserve the cloud for discovering it. When ... Discovered is that when you open up the
PDF file ... Adobe editor you add content to ... ... ... ... simply ... some ... of ... content etc. that
consists of rid the content layers of the form, reducing the signatures on the form. I discovered using
a it has above Acrobat 8 Standard that I could also see the different components and support when I
add layer ... image or ... photo and use the ... to use ... and ... ... using the image When
I move each image onto the canvas type on screen ... I could not get it onto the ... but the lines
a good ... ... ... ... ...

A Rebuttal to the Discovery of the Multi Layers found in the PDF File

The ... rebuttal ... the multi layers was vetted on the PDF file released by the White House was a
rebuttal as ... a ... it ... the previous ... on ... given by ... the ... author of Juan't Vaele French lay on
April 30 ... ... ... the New York Times ... ... add.

Recorder is a tenable subdivision stood as of a Department over time case. he is used and I know [...] in every in our county ruling the mechanics and how they work as a file standard [...] on the PDF software and related to the scanned document from the Health Department offices. As stated before, the records they have would be absolutely no reason to be OCR'd and if they were asked to save the existence of a PDF image it would be from their existing PDF once stored in their document imaging program on the server. The program would have done its OCR processing at that time.

My qualifications on OCR programs are considerable. Our own document imaging program that I wrote myself is called Expo Reader. We integrated Type & tag into our software that is to characterize the image associated with a field when the file was created then books Key to our API. So long as OCR processes exist there as a constant, PDF, the file constants data at a time when a file had focus an image file, usually a compressed Group4 TIFF file because that is what PDF is about and that is the text file that contains the X and Y coordinates of all the words in the document. The starting point on the image file and the matrix file is usually the upper right-hand corner of the image measured in pixels. The text file and matrix files we've never been seen as separate layers and there is certainly no matte layers. The three tiles would be in a PDF "wrapper" and that's all. All OCR programs work on the same principle.

Conclusion:
The Certificate of Live Birth Obama presented to television on Apr 27, 2011 is a forgery.

In witness whereof he has hereto set his hand and seal.
Name of Notary ZACHARY S. NISBRUEGGE
Title BRANCH MGR   US BANK

I ZACHARY S. NISBRUEGGE   ... a Notary Public of King County and the State of Washington aforesaid, hereby certify that Douglas B. Vogt personally known to me to be the man in the foregoing affidavit personally appeared before me this day and having read by me duly sworn depose and say that he made oath of the within affidavit are true and correct.

Witness my hand at _____ of _____ the 13th day of May, 2011

Notary Public
My commission expires Aug 9 - 11

Notary Public
State of Washington
ZACHARY S NISBRUEGGE
My Appointment Expires Aug 9, 2011

**EXHIBIT 8**

Affidavit

STATE OF FLORIDA }
                         }S.S
COUNTY OF DUVAL }

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-48-082-0. I do not suffer from any mental impairment and can competently attest to the following under the penalty of perjury.

1. I am a professional web developer having graduated with a bachelor's degree in IT at ITT Technical Institute in Indianapolis, IN.

2. I have over ten years of experience of web designs and development and have often used software such as Adobe Photoshop and Adobe Illustrator.

3. I downloaded from the official Whitehouse website, . . . . . . . . . . . April 27, 2011 the new birth certificate of Barack Obama II:
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   . . . .

4. I observed that the birth certificate pdf file could be opened with Adobe Illustrator and the software revealed that this document has many layers of images on it. This indicates that the document was not a true copy of the original birth certificate, but a recently created document using Adobe Illustrator.

5. I further observed that this document does not have an embossed seal normally affixed by civil registrars to attest to the authenticity of government issued documents.

FURTHER AFFIANT SAYETH NOT

FELICITO PAPA

SUBSCRIBED TO AND SWORN TO before me on April 28, 2011

NOTARY PUBLIC

GODFREY C WILLIS, JR.
Notary Public, State of Florida
My comm. exp. Jan. 24, 2014
Comm. No DD 955008

STATE OF HAWAII

# CERTIFICATE OF LIVE BIRTH

FILE NUMBER **151**

DEPARTMENT OF HEALTH
**61 10641**

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| BA ACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born | 5a. Birth Date | | | | 5b. Hour |
|---|---|---|---|---|---|---|---|
| Male | Single ☑ Twin ☐ Triplet ☐ 1st ☐ 2nd ☐ 3rd ☐ | | Month: August | Day: 4 | Year: 1961 | | 7:24 P.M. |

| 6a. Place of Birth: City, Town or Rural Location | | 6b. Island |
|---|---|---|
| Honolulu | | Oahu |

| 6c. Name of Hospital or Institution (If not in hospital or institution, give street address) | 6d. Is Place of Birth Inside City or Town Limits? If no, give judicial district |
|---|---|
| Kapiolani Maternity & Gynecological Hospital | Yes ☑ No ☐ |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | 7e. Is Residence Inside City or Town Limits? If no, give judicial district |
|---|---|
| 6085 Kalanianaole Highway | Yes ☑ No ☐ |

| 7f. Mother's Mailing Address | 7g. Is Residence on a Farm or Plantation? |
|---|---|
| | Yes ☐ No ☑ |

| 8. Full Name of Father | | | 9. Race of Father |
|---|---|---|---|
| BARACK | HUSSEIN | OBAMA | African |

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother | | | 14. Race of Mother |
|---|---|---|---|
| STANLEY | ANN | DUNHAM | Caucasian |

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

| | 18a. Signature of Parent or Other Informant | | Parent ☑ Other ☐ | 18b. Date of Signature |
|---|---|---|---|---|
| I certify that the above stated information is true and correct to the best of my knowledge. | *Stanley Ann Dunham Obama* | | | 8-7-61 |
| I hereby certify that this child was born alive on the date and hour stated above. | 19a. Signature of Attendant | | M.D. ☑ D.O. ☐ Midwife ☐ Other ☐ | 19b. Date of Signature |
| | *David A. Sinclair* | | | 8 8 61 |
| 20. Date Accepted by Local Reg. | 21. Signature of Local Registrar | | 22. Date Accepted by Reg. General | |
| | *U K K Lee* | | 19 | |

| 23. Evidence for Delayed Filing or Alteration |
|---|
| |



**EXHIBIT 10**



------------------ KEY INFORMATION ------------------- ▾

## Selective Service Record Search Results

**Search Criteria**

Last Name: *obama*
Social Security Number: *** - ** - *4425*
Date of Birth: *08/04/1961*

**Matched Record**

| Selective Service Number: |
|:-:|
| 61-1125539-1 |
| |
| **Date of Registration** |
| 9/4/1980 |

To obtain written proof of Selective Service registration CLICK HERE and follow the
instructions on our "Registration Information" page

New Search ?

**FAQs**

**EXHIBIT 11**



------- ------- -------- KEY INFORMATION ------------------ ---

Sorry, your request cannot be processed at this time because you have exceeded the daily limit
for the verification of these credentials
*(6/8/2011 11:35:43 AM)*

Your access is

This page has been blocked due to a possible security threat. If further
action is required, please contact the ITO service desk for assistance at 1-
866-699-4872          1-866-699-4872      . Please include the error codes
listed below.

Access denied

Error Code:

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ORLY TAITZ, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) |
| | )     Civil Action No. 11-402 |
| MICHAEL ASTRUE, | ) |
| COMMISSIONER OF THE SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

## ORDER

Plaintiff Orly Taitz has orally notified the Court that she submitted a redacted version of her Opposition to Defendant's Motion for Summary Judgment to the Clerk of the Court, but that the Clerk instead filed a previously submitted and unredacted version of that document on the docket. Upon the Court's inquiry, the Clerk's Office has indicated that it can locate no version of plaintiff's filing other than the unredacted version. The Court has already granted [25] defendant's Motion to Strike [24] the unredacted version of plaintiff's filing. Based on plaintiff's oral representation to the Court, it is hereby

ORDERED that plaintiff shall file the redacted version of her Opposition to Defendant's Motion for Summary Judgment within fourteen (14) days of this date.

SO ORDERED this _____ day of July 2011.

_signature_
ROYCE C. LAMBERTH
Chief Judge
United States District Court



RECEIVED
Mail Room

JUL    2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia