**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **ORLY TAITZ,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 11-402 (RCL) |
| **MICHAEL ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,** | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of defendant's Motion for Summary Judgment [21], plaintiff's opposition [31], the reply thereto [32], the entire record herein, and the applicable law, and for the reasons set forth in the Court's Memorandum Opinion issued this date, it is hereby

ORDERED that defendant's Motion for Summary Judgment [21] is GRANTED.

Final judgment is hereby entered for defendant, dismissing this case with prejudice.

**SO ORDERED.**

Signed by Royce C. Lamberth, Chief Judge, on August 30, 2011.