**Dr. Orly Taitz, ESQ pro se**
**29839 Santa Margarita Parkway, STE 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
**E-Mail: dr_taitz@yahoo.com, orly.taitz@gmail.com**

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Dr. Orly Taitz, in *pro se*** ) | **Hon. Royce C. Lamberth** |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 11-cv-00402** |
| **v.** ) | |
| ) | <u>**Motion for Reconsideration**</u> |
| **Michael Astrue, Commissioner of the** ) | |
| **Social Security Administration,** ) | |
| ) | **[Request for Oral argument** |
| ) | **to be held within 20 days]** |
| ) | |
| **Respondent.** ) | |
| ————————————————— ) | **Filed: September 8, 2011** |

Dr. Orly Taitz, Esq. (Hereinafter "Taitz") submits this motion for reconsideration and respectfully requests emergency hearing and oral argument on the merits within 20 days, based on newly discovered information and based on an assertion of clear error and manifest injustice, pursuant to Federal Rule of Civil Procedure 59(e). This motion is based on the instant Memorandum of points and authorities, exhibits herein, and any matters present at oral argument.


RECEIVED
Mail Room

SEP - 9 2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## MEMORANDUM OF POINTS AND AUTHORITIES

While generally disfavored, a motion for reconsideration under Federal Rule of Civil Procedure section 59(e) may be granted in circumstances where a party presents new evidence not reasonably available prior to the judgment, or where it is shown that the prior ruling was clearly erroneous or manifestly unjust. *See e.g., Lake Hill Motors, Inc. v. Jim Bennett Yacht Sales, Inc.* (7th Cir. 2000).

In support of the instant motion, Taitz presents both newly discovered evidence and argues clear error and manifest injustice of this Honorable Court's August 30, 2011 Memorandum Opinion granting the Defendant's Summary Judgment Motion. Taitz presents the following for this Honorable Court's consideration:

- *Newly Discovered Information and Evidence Warrants Reconsideration and Denial of Defendant's Summary Judgment Motion.*

  a. *Plaintiff Presents New Evidence Regarding Waiver of Privacy by Prior Public Release of Social Security Number...*

  After Taitz submitted her opposition to motion for summary judgment, she appeared on a number of radio shows. During one of the shows, talk show host, Mr. Doug Hagmann, who is also a private investigator, related to Taitz that when Mr. Obama originally posted his tax returns on WhiteHouse.gov, he left his full Social Security number on one of the pages, and it was the same Connecticut social security number which is listed in the sworn affidavits of investigators Sankey, Daniels and Sampson which were previously submitted to this court.

Based on this information Taitz did her due diligence and further investigated the matter. She e-mailed thousands of interested citizens in an effort to ascertain   if they have records of the initial posting on WhiteHouse.gov of Obama's tax returns with his full social security number. She received reports, that on April 15, 2010 the *Huffington Post* published an article about Obama's tax returns being released and posted on White House.gov, they provided the link to the newly released reports.

Originally, as the tax returns were posted an employee who posted them did not "flatten" the file. What it meant is that if any person were to open this file in Adobe illustrator computer application, this person  could see layers of alterations made to the file. It showed on page 43 of Obama's 2009 return a full unredacted social security number, that started with 042. (*See* attached.Exhibit 1(a) and exhibit 1(b))

The moment this information was posted on the White House official web site it became public knowledge. It was not done by any illegal activity of the Plaintiff, it was done by Barack Obama himself or one of his employees, who  was authorized by Obama to post this tax return on the web. Taitz did not force Obama to post his full unredacted SSN on line. This number became public record.

As set forth in Plaintiff's earlier Opposition, every State had certain digits assigned to it as the first 3 digits of SSN. The first three digits in the number on the tax return in question was assigned to Connecticut. Of course, Obama was never a resident of Connecticut. Even without confirmation from the Social Security administration, it raises a concern well beyond "bare suspicion" of wrongdoing which, together with the substantial public interest in this matter, justifies release of SS-5 application to this number, or at least a redacted SS-5.

Adobe Ilustrator expert, Mr. Chito Papa, provided Taitz a sworn affidavit, (Exhibit 1, hereto) stating that indeed the initial file, posted by Obama, was not

flattened and showed that Barack Obama is using a Connecticut Social Security number as set forth in his tax returns. *Id.* Later this file was flattened and reposted however thousands of U.S. citizens got the initial document.

The number that was posted was xxx-xx-4425. This is the same Connecticut SSN that according to licensed investigators Susan Daniels, Neil Sankey and retired deportation officer John Sampson, Obama was using, and the same number, which according to e-verify was never assigned to Obama. (Exhibit 2 hereto, the "Affidavit of Linda Jordan" discussed below).

This startling recently discovered evidence is consistent with prior evidence showing that White House employees originally did not flatten the computer file they posted on April 27, 2011 which showed clear evidence of forgery in the computer image of Obama's alleged 1961 typewritten long form birth certificate. (Exhibit 4, hereto.)

That file showed how someone (yet to be identified) cut and pasted the signature of Obama's mother Stanley Ann D. Soetoro from another document, and how part of the name was deleted and "Obama" was added using modern computer graphics which did not even exist in 1961.

How could a White House employee leave such incriminating evidence visible to the public at large and not once, but twice? Maybe, it is a case of simple negligence of an employee, maybe, because there is so much fraud and forgery in most of Obama's records, that such signs of forgery were bound to appear at some point and become available to the public at large. Maybe, this employee of the White House was warning the public.

It is not "bare suspicion" under the present circumstances to charge that when one does not have a valid birth certificate, one needs to resort to use of a forged birth certificate and a stolen social security number of an elderly individual from a State where one has never resided, an individual whose death was not

recorded. All of the above provides evidence that indeed the most egregious fraud was committed upon each and every U.S. citizen and on the United States of America as a whole.

Evidence of such fraud shows that there is a significant public interest in confirmation of those facts. As Taitz provided this court with a tax return, which was personally signed by Barack Obama, showing him using a social security number from a state, where he never resided there is a high probability that SS-5 for the number listed on Obama's publicly released tax returns was assigned to another individual and there is justification for release of the redacted SS-5.

It is evidence certainly beyond the slender reed of "bare suspicion" that a person using this Social Security number is doing so illegally as he never resided in the state which issued this number. FOIA exemption 6 to 5 U.S. 552 **only relates to individuals, who are using the numbers legally, to individuals, who were legally awarded this number**. As it is highly likely this number was never legally awarded to Obama, Exemption 6 does not apply and SS-5 needs to be revealed.

> *b. ... and also regarding the selective service website information:*

This court misunderstood and misinterpreted the evidence provided in regards to the selective service official website www.sss.gov.

This court erroneously believed, that a person can check only his own registration. That is not the case. www.sss.gov is a public website. In order to clarify the matter Taitz provides her declaration (Exhibit 2(a), (b) and (c). Affidavit of Taitz and printout from official web site of Selective Service).

Taitz provides a printout of online verification, Exhibit 2(a).

It states:

"This service allows you to look up a man's selective Service number, as well as the date he registered. Enter a last name, social security number, and date of birth for the registered man, and click on 'submit'."

It clearly allows anyone to verify the service of any individual.

In her affidavit (Exhibit 2c) Taitz states under oath and penalty of perjury the following:

1. she studied sworn affidavits of investigators Sankey, Daniels and deportation officer Sampson, all of which show Obama using SSN xxx-xx-4425

2. She went to the official website www.sss.gov.

3. In the area for verification of service, she entered Obama's name, his date of birth 08.04.1961 and Connecticut social security number xxx-xx-4425, which Obama has been using for most of his life according to Daniels, Sampson and Sankey.

4. She received confirmation from www.sss.gov, an official website, which is run by the U.S. government, that indeed Barack Obama is using above Connecticut SSN Exhibit 2(b).

As Obama never resided in CT, this evidence shows fraud in Obama's Social Security records, which justifies reconsideration and granting Plaintiff's request for SS-5 application, or at least a redacted application.

> *c. ... and a request from a citizen for information on this matter:*

A third piece of new evidence, received by Taitz, is a sworn affidavit of witness Linda Jordan, showing, that according to Ms. Jordan's affidavit, she was greatly concerned by the reports of licensed investigators Sankey, Daniels and Sampson, which were provided to your Honor in this case and in Taitz v Obama 10-cv-151RCL. Ms. Jordan **repeatedly** requested the social Security administration and other authorities to provide the public with information

regarding whether Mr. Obama, is indeed fraudulently using a Social Security number which was never assigned to him.

Ms. Jordan **never received any response** from the Social Security administration. Ms. Jordan decided to investigate further. When any other individual but the President is concerned he has an employer or another individual above him in the chain of command. Such employer would do e-verify or SSVS verification, showing his employee's citizenship status and validity of the Social Security card, provided by this employee.

When President of the United States is concerned he does not have a specific individual who is higher than him in the chain of command. The U.S. President does not have one specific employer, who is supposed to do e-verify or SSVS check, to see that he has proper credentials. Citizens of the United States collectively employ him and pay his salary through their taxes. As such Ms. Jordan went to e-verify and submitted a request for verification.

Ms. Jordan entered Mr. Obama's name and Connecticut Social Security number that was submitted by investigators Sankey, Daniels and Sampson and which she verified through the official US government selective service website www.sss.gov. as one being used by Barack Obama since 1980.

According to the official government site e-verify, the number Mr. Obama uses on his own tax returns and according to the official U.S. government selective service web site was never assigned to him. E-verify shows, that there is no match between Obama's name and the social security number he is using. (Exhibit 3, hereto, the Affidavit of Linda Jordan and official e-verify response, showing no match between Obama's name and Connecticut Social Security number that Obama is using).

Ms. Jordan did this e-verify not by misrepresentation but in the good faith belief that every U.S. citizen is an effective "employer" of the U.S. President and

after she undertook all efforts to get cooperation from the Social Security administration, and after she encountered unprecedented corruption within the SSA, she personally performed e-verify. This simple e-verify was supposed to be done by the employees of the SSA. Why didn't they do it? Using lexicon of this Honorable Court, they "were toying with this court and the whole nation or they showed their stupidity."

> d. ...and that a number of members of Obama's family improperly and illegally used social security numbers:

On August 29, 2011 *Mail on Line, The Australian, The Washington Times,* and many other papers and radio shows around the world reported on an arrest of Barack Obama's uncle Omar Obama, who was in U.S. Illegally, and was ordered deported from the United States.

Even though Omar Obama was in the country illegally he had a Social Security number that he used for employment. An interview of his employer, Mr. Patel, an owner of a convenience store in MA revealed that Mr. Patel checked Omar Obama's papers and they showed to be valid. How does an illegal alien, ordered for deportation, have a valid social security number valid for employment?

Similarly, public reports revealed that Obama's aunt Zeituni Obama had a social security number from the state of Indiana, even though she was never a resident of Indiana. For years Ms. Obama received financial assistant for housing and social security benefits, while being an illegal alien and using a Social Security number from a state, where she never resided.

This new information shows a pattern of Social security fraud committed by multiple members of Obama's family. It, also, shows misconduct and recklessness of employees of Social Security Administration at best or criminal complicity at worst in allowing illegal use of Social Security numbers. This is an additional factor, that shows, that release of SS-5 for the number in question is warranted, as

it shows illegal conduct by a number of members of Obama's family, who are recipients of the SSNs, which warrants release of SS-5 not only for Connecticut number that Obama is using, but also of SS-5's for the social security numbers of his illegal alien relatives Omar Obama and Zeituni Obama. There is a tremendous public interest in understanding why so many illegal SSNs are being used, and to ascertain the root of the problem and abate social security fraud.

Fundamentally, the public interest in knowing whether we have a legitimate president or a criminal with a fraudulently obtained social security number **greatly exceeds Obama's interest in keeping private a Social Security number he has already disclosed and may be using illegally.**

●*Clear Error of the Prior Ruling Warrants Reconsideration and Denial of Defendant's Summary Judgment Motion.*

> a. This Honorable Court erred in its interpretation of
> 5 U.S.C. § 552 in assuming it applies to a "Living Person"
> when no such showing was made.

Taitz respectfully submits that Exception 6 of 5 U.S.C. § 552 was read and interpreted incorrectly by this court and there was an error of fact and law in interpretation of this statute.

Defendant Commissioner of the Social Security Administration and his Information officer Dawn Wiggins never stated that SSN xxx-xx-4425 belongs to an individual who is alive today and that the individual who is currently using this number is the same individual who legally obtained this number. Defendant never provided any evidence that would show that the number in question was assigned to an individual who is alive today and that the individual and who is currently using this number, got this number legally.

In light of the new evidence above which suggests more than a "bare suspicion" that the "Connecticut" Social Security Number used by Obama on his tax returns cannot be his, it is the case that the Defendant cannot have met its burden to establish that Exemption 6 applies in this case, Defendant's motion for summary judgment should be denied.

> *b. The Court erred in its assertion that there is no public interest in Barack Obama's use of a social security number from a state where he never resided.*

This court ruled that there is no public interest in Social Security number used by Barack Obama. While this might be true if there were no evidence pointing to social Security fraud, Taitz provided sworn affidavits from licensed investigators showing that Obama is using a social security number from a state where he never resided. U.S. citizens are following with great interest this case and following the actions of the federal government and specifically Commissioner of the Social Security Michael Astrue, who not only did not do any due diligence to check validity of this number, but also engaged in general campaign of obfuscation of records by all three branches of federal government.

Taitz provides as an exhibit a magazine article about this case, which shows over 1,000 comments posted by the readers within hours of the August 30th order. (See Exhibit 7 WND article and letters from readers sent to Taitz). This exhibit is not brought for the truth of the matter, but to show the tremendous public interest.

This should be weighed heavily against the purported "privacy interest" especially where as here, the Social Security number in question has already been released by its bearer.

> *c. The court erred in ignoring the affidavits from licensed investigators Sankey and Daniels and retired deportation officer Sampson.*

Taitz provided this court with a sworn affidavit of licensed investigators Susan Daniels, Neil Sankey and a retired deportation officer with the department of Homeland Security John Sampson. All of them used reputable national databases and found that for most of his life Obama has been using a Social Security number from a state, where he never resided. This in itself is evidence of fraud by an individual in the highest office in the land and threat to national security. This evidence is of extreme importance and should have been considered by the Court in rendering its opinion.

A reasonable person presented with affidavits of licensed investigators, affidavit of a senior deportation officer and a printout from an official Selective Service site would pose and have a reasonable suspicion, that impropriety indeed occurred and would at least request production of SS-5 in question for in camera inspection, to see whether such SS-5 even exists, and who was the legal holder of this number. U.S. citizens expect transparency in the courts and believe rightly that nobody is above the law.

For example, just four days prior to this court issuing its order on motion for summary judgment U.S. public was appraised of another similar case. U.S. v Moro-Lopez 3:2011-cv-00034 USDC District of Alaska. In this case a police officer in Alaska was arrested, received a prison term and a heavy fine for using a stolen Social Security number and other fraudulently obtained papers. Exhibit 8 (AP article and judgment in US v Moro-Lopez).

In Iqbal v Ashcroft, 56 US 129 S. Ct. 1937 (2009), a landmark case, where Javad Iqbal was imprisoned and later deported to Pakistan for doing the same thing Barack Obama is likely doing, fraudulently using a Social Security number, which was not legally assigned to him. Taitz submits that public interest and implication to breach of the U.S. national security in Taitz v. Astrue is much greater, than US

v. Moro-Lopez and Iqbal v. Ashcroft, whereby disregard by the court of the sworn affidavits of Sankey, Daniels and Sampson, was an error, that needs to be reversed.

> ### d. The Court erred in ignoring evidence of forgery in Obama's birth certificate.

Taitz provided this court with affidavits of three experts, Chito Papa, Paul Irey and Doug Vogt (Exhibit4, 5, 6) showing that alleged certified copy of Obama original long form birth certificate is a computer generated composite forgery and not a certified copy of a type written document from 1961. This represents important indirect circumstantial evidence of a motive for Social Security fraud. Individuals who have a valid birth certificate have no problem obtaining a valid Social security number in the State where they were born and resided. Individuals, who do not have a valid birth certificate, are forced to become inventive and resort to use of a forged birth certificate. The Court erred in ignoring this important evidence.

## •The "Manifest Injustice" of the Prior Ruling Warrants Reconsideration and Denial of Defendant's Summary Judgment Motion.

The unwillingness of the U.S. Government and Federal Courts to seriously address the issue of Obama's use of social security number likely not assigned to him and his use of computer generated forgery instead of a birth certificate represents a more eggregious violation of human rights than one for which the United States was already condemned by the Inter-American Commission for Human Rights. A United States Citizens' right to vote for a legitimate representative constitute an unalienable constitutional right and human right. Not too long ago, in 2003 in a report numbered #98/03 Case 11.204, the Inter-American commission for human rights condemned United States of America for

violating human rights of citizens of Washington DC who do not have representation in Congress:

"The Commission is therefore of the view that those provisions of the system's human rights instruments that guarantee political rights, including Article XX of the American Declaration, must be interpreted and applied so as to give meaningful effect to exercise of representative democracy in this Hemisphere. The Commission also considers that insights regarding the specific content of Article XX of the Declaration can properly be drawn from Article 23 of the American Convention and the Commission's previous interpretation of that provision, which parallels in several fundamental respects Article XX of the Declaration. Article 23 provides as follows:

1. Every citizen shall enjoy the following rights and opportunities:
a. to take part in the conduct of public affairs, directly or through freely chosen representatives;
b. to vote and to be elected in genuine periodic elections, which shall be by universal and equal suffrage and by secret ballot that guarantees the free expression of the will of the voters; and
c. to have access, under general conditions of equality, to the public service of his country.
•The law may regulate the exercise of the rights and opportunities referred to in the preceding paragraph only on the basis of age, nationality, residence, language, education, civil and mental capacity, or sentencing by a competent court in criminal proceedings.

Currently the United States Federal Government through the Commissioner of Social Security Administration, (as well as the Director of Health Department of the State of Hawaii, the Department of Justice and Federal Court System) are engaged in an even more egregious violation of human rights. To wit, today 311 million of American citizens are denied their basic human right to vote for an eligible president, they are denied any meaningful access to federal court system and system of justice to ascertain, whether an individual, occupying the position of

the U.S. president, is doing so legitimately or by fraud: through the use of a stolen

Social Security number and the use of a computer generated composite instead of a

valid long form birth certificate.

As the Plaintiff begun to bring forward evidence of likely fraud committed

by an individual in the nations highest elected office, she got only a response of

stonewalling, coverup, defamation, persecution, financial sanctions and ridicule. In

the interest of justice, Plaintiff requests this Court reconsider its August 30, 2011

decision and deny Defendant's Motion for Summary Judgment and grant Taitz'

request for SS-5 for the Connecticut number used on Obama's released tax returns.

(Unredacted exhibits are submitted under seal as an exhibit 8)

### 4. *Conclusion.*

**WHEREFORE** the court is respectfully asked to:

1. Reconsider its prior ruling and deny Defendant's motion for summary
judgment;

2. Grant Plaintiff's request for the SS-5 original application for Connecticut
social Security number xxx-xx-4425, currently being used by Barack Hussein
Obama;

3. If the court refuses to order release of unredacted  SS-5 for xxx-xx-4425,
to grant the plaintiff a redacted SS-5 for the above number.

4.  If the court refuses to order production of SS-5, the court is requested to
*sua sponte*  order SSA to produce SSVS or E-verify report, to confirm or deny
prior reports, received by the public, showing that  Connecticut Social Security
number xxx-xx-4425 , which Mr. Barack Hussein Obama is using on his tax

returns and his selective service indeed does not match with the name of the **LEGAL** holder  of this social security number in the official records of SSA.


Respectfully submitted,

/s/ Dr. Orly Taitz, Esq.

**CERTIFICATE OF SERVICE**

I. Lila Dubert, certify, that I am over 18 years old, I am not a party to above action and I served the defendant in the above captioned action with attached pleadings by first class mail, postage prepaid trough his attorney

Assistant U.S. attorney Patrick Nemerof

555 4th str. NW

Washington DC, 20530

Signed

Dated 09.07.2011

 cc Congressman Darrell Issa

Chairman

House Oversight Committee

2347 Rayburn House Building

Washington DC, 20515


cc Congressman Mike Rogers

Chairman

House Intelligence Committee

133 Cannon House Office building

Washington DC 20515

cc Congressman Sam Johnson

Chairman

House Subcommittee on Social Security

House Ways and Means Committee

2929 N Central Expy, 240

Richardson, TX 75080

cc Congressman Dana Rohrbacher

Chairman

House Subcommittee on Oversight and Investigations'

House Committee on Foreign Affairs

2300 Rayburn House Building

Washington DC 20515

US Commission
on Civil Rights
624 Ninth Street, NW
Washington, DC 20425 C

Public Integrity Section
Department of Justice
950 Pennsylvania Ave, NW
Washington DC 20530-0001

**Inter -American Commission** on **Human Rights**
1889 F Street, N.W.. Washington, D.C., 20006 U.S.A..
Tel.: 202-458-6002,     202-458-6002. Fax: 202-458-3992.

Office of the United Nations High Commissioner for Human Rights (OHCHR)

Special Rapporteur on the Situation of Human Rights Defenders
The Honorable Mrs. Margaret Sekaggya
Palais des Nations
CH-1211 Geneva 10, Switzerland
International Criminal bar Hague
BPI-ICB-CAPI

Head Office

Neuhuyskade 94

2596 XM The Hague

The Netherlands

Tel : 0031 (70) 3268070          0031 (70) 3268070

Fax : 0031 (70) 3353531

Email: info@bpi-icb.org

Website: www.bpi-icb.org

Regional Office - Americas / Bureau régional - Amériques / Oficina regional - Américas
137, rue St-Pierre
Montréal, Québec, Canada, H2Y 3T5
Tel : 001 (514) 289-8757          001 (514) 289-8757
Fax : 001 (514) 289-8590
Email: admin@bpi-icb.org
Website: www.bpi-icb.org

Laura Vericat Figarola
BPI-ICB-CAPI
Secretaria Barcelona
laura_bpi@icab.es
Address: Avenida Diagonal 529 1º2ª
08029 Barcelona, España
tel/fax 0034 93 405 14 24


United Nations Commission for
Civil Rights Defenders
Orsolya Toth (Ms)
Human Rights Officer

Civil and Political Rights Section
Special Procedures Division
Office of the High Commissioner for Human Rights
tel: + 41 22 917 91 51
email: ototh@ohchr.org

# EXHIBIT 1

Original Tax Posting.pdf Properties

General   PDF   Details

Title:

Author:

Subject:

Keywords:

Created:        Thursday, April 15, 2010, 11:15:29 AM

Modified:       Thursday, April 15, 2010, 11:15:29 AM

Application:

PDF Producer:   Mac OS X 10.5.8 Quartz PDFContext

Fast Web View:  No              PDF Version:   1.3

 Information on this page reflects the actual contents of
the Adobe PDF file. This page may differ from other
pages of this property sheet that display information
from the Windows file system.

OK          Cancel

Form **709**

Department of the Treasury
Internal Revenue Service

## United States Gift (and Generation-Skipping Transfer) Tax Return

▶ For gifts made during calendar year 2009)

▶ **See separate instructions.**

**2009**

| Part | General Information |
| --- | --- |

| | | | | | Yes | No |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Donor's first name and middle initial<br>BARACK H. | 2 | Donor's last name<br>OBAMA | 3 | Donor's social security number<br>~~2-4425~~ | |
| 4 | Address (number, street, and apartment number)<br>1600 PENNSYLVANIA AVENUE, NW | | | 5 | Legal residence (domicile)<br>ILLINOIS | |
| 6 | City, state, and ZIP code<br>WASHINGTON, DC   20500 | | | 7 | Citizenship (see instructions)<br>UNITED STATES | |
| 8 | If the donor died during the year, check here ▶ ☐ and enter date of death _____ , _____ | | | | | |
| 9 | If you extended the time to file this Form 709, check here ▶ ☐ | | | | | |
| 10 | Enter the total number of donees listed on Schedule A. Count each person only once. ▶ 2 | | | | | |
| 11a | Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | | | | | X |
| b | If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | | | | X |
| 12 | **Gifts by husband or wife to third parties.** Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? (See instructions.) (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. **If the answer is "No," skip lines 13–18 and go to Schedule A.)** | | | | X | |
| 13 | Name of consenting spouse MICHELLE L. OBAMA | | | 14 SSN ~~2-3682~~ | | |
| 15 | Were you married to one another during the entire calendar year? (see instructions) | | | | X | |
| 16 | If 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed/deceased, and give date ▶ | | | | | |
| 17 | Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.) | | | | | X |

## Current Tax Posting.pdf Properties

General  PDF  Details

Title:

Author:

Subject:

Keywords:

Created:      Thursday, April 15, 2010, 11:15:29 AM

Modified:     Thursday, April 15, 2010, 6:17:52 PM

Application:

PDF Producer:   Mac OS X 10.5.8 Quartz PDFContext

Fast Web View:  Yes          PDF Version:    1.6

 Information on this page reflects the actual contents of the Adobe PDF file. This page may differ from other pages of this property sheet that display information from the Windows file system.

OK          Cancel

**AFFIDAVIT**

STATE OF FLORIDA )
                )S.S.
COUNTY OF DUVAL)

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment and I competently attest to the following under the penalty of perjury:

1. I am a professional web developer having graduated with a bachelor's degree in IT from ITT Technical Institute in Indianapolis, IN. I have over ten years of experience of in web designs and development and I have often used software such as Adobe Photoshop and Adobe Illustrator.

2. On April 15, 2010, the Whitehouse website, www.whitehouse.gov, released the 2009 Form 1040 of Income Tax Return of President Barack H. Obama: http://www.whitehouse.gov/sites/default/files/president-obama-2010-complete-return.pdf.

3. I downloaded this 65-page pdf file on my computer. I observed that all information about the president's and the first lady's social security numbers were redacted. All blocks or spaces for social security numbers were blank, or "white-out."

4. I submit Exhibit A (attached herewith, page 43 part of 2009 Form 1040) Form 709 U.S. Gift Tax Return of Pres. Barack Obama. The space for his social security number is redacted or blank.

5. I submit too Exhibit B (attached herewith, page 49 part of 2009 Form 1040) Form 709 U.S. Gift Tax Return of First Lady Michelle Obama. The space for her social security number is redacted or blank.

6. Then through Adobe Illustrator software, I opened Exhibit A and B and found that these two pdf files have two layers each, not just one layer. When the top layer is turned off or dragged away, the social security numbers of both persons are revealed.

7. I submit Exhibit A1 (attached herewith) Form 709 U.S. Gift Tax Return of Pres. Barack Obama with his social security number revealed. The following information are revealed:

        1. Barack Obama's SSN. ▓▓▓▓58-4425
        2. Michelle Obama's SSN ▓▓▓▓▓0-2302
        3. An initial MLO on the side of Form 709
        4. A 1/4 inch dark square with notation on it.
        5. Preparer's SSN or PIN P00570974
          EIN 36-2700600
          Phone no. 312/372-0440

8. I submit Exhibit B1 (attached herewith) Form 709 U.S. Gift Tax Return of First Lady Michelle Obama with her social security number revealed. The following information are revealed:

    1. Michelle Obama's SSN ▬▬▬-2302
    2. Barack Obama's SSN. ▬▬▬-4425
    3. Preparer's SSN or PIN P00570974
      EIN 36-2700600
      Phone no. 312/372-0440

9. It is apparent that the tax preparer for Forms 709 of Pres. Obama may have forgotten to lock or flatten the covering top layers before posting them on the Internet. I later noticed that after April 15, 2010, the pdf file posted at the White House has been modified. The top layers on President Obama's Income Tax Return have been locked or flatten and could no longer be dragged out. His SSN and his wife's SSN were no longer visible.

FURTHER AFFIANT SAYETH NOT.

FELICITO PAPA

DAHLIA LOUIE
MY COMMISSION # DD993755
EXPIRES June 06, 2014
(407) 398-0153    FloridaNotaryService.com

SUBSCRIBED TO AND SWORN TO before me on August 24, 2011.

NOTARY PUBLIC

| Form **709** | United States Gift (and Generation-Skipping Transfer) Tax Return | | **2009** |
|---|---|---|---|
| | ▶ See separate instructions. | | |

| | 1 Donor's first name and middle initial | 2 Donor's last name | 3 Donor's social security number |
|---|---|---|---|
| | BARACK H. | OBAMA | |
| | 4 Address (number, street, and apartment number) | | 5 Legal residence (domicile) |
| | 1600 PENNSYLVANIA AVENUE, NW | | ILLINOIS |
| | 6 City, state, and ZIP code | | 7 Citizenship (see instructions) |
| | WASHINGTON, DC 20500 | | UNITED STATES |

**Part 1 — General Information**

| | | | Yes | No |
|---|---|---|---|---|
| 8 | If the donor died during the year, check here ▶ ___ and enter the date of death ___ | | | |
| 9 | If you extended the time to file this Form 709, check here ▶ ___ | | | |
| 10 | Enter the total number of donees listed on Schedule A. Count each person only once. ▶ | 2 | | |
| 11a | Have you (the donor) previously filed a Form 709 or 709-A for any other year? If "No," skip line 11b | | X | |
| b | Has your address changed since you last filed Form 709 or 709-A? | | | X |
| 12 | Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? See instructions. (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13–18 and go to Schedule A.) | | X | |
| 13 | Name of consenting spouse MICHELLE L. OBAMA | 14 SSN | | |
| 15 | Were you married to one another during the entire calendar year? (see instructions) | | X | |
| 16 | If 15 is "No," check whether ___ married ___ divorced or ___ widowed/deceased, and give date ▶ | | | |
| 17 | Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.) | | X | |
| 18 | Consent of Spouse. I consent to have the gifts (and generation-skipping transfers) made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent. | | | |

| Consenting spouse's signature ▶ *Michelle Obama* | Date ▶ 4-7-10 |
|---|---|

**Part 2 — Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Enter the amount from Schedule A, Part 4, line 11 | 1 | 0. |
| 2 | Enter the amount from Schedule B, line 3 | 2 | 0. |
| 3 | Total taxable gifts. Add lines 1 and 2 | 3 | 0. |
| 4 | Tax computed on amount on line 3 (see Table for Computing Gift Tax in separate instructions) | 4 | 0. |
| 5 | Tax computed on amount on line 2 (see Table for Computing Gift Tax in separate instructions) | 5 | 0. |
| 6 | Balance. Subtract line 5 from line 4 | 6 | 0. |
| 7 | Maximum unified credit (nonresident aliens, see instructions) | 7 | 345,800. |
| 8 | Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col. C) | 8 | |
| 9 | Balance. Subtract line 8 from line 7 | 9 | 345,800. |
| 10 | Enter 20% (.20) of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 (see instructions) | 10 | |
| 11 | Balance. Subtract line 10 from line 9 | 11 | 345,800. |
| 12 | Unified credit. Enter the smaller of line 6 or line 11 | 12 | 0. |
| 13 | Credit for foreign gift taxes (see instructions) | 13 | |
| 14 | Total credits. Add lines 12 and 13 | 14 | |
| 15 | Balance. Subtract line 14 from line 6. Do not enter less than zero | 15 | 0. |
| 16 | Generation-skipping transfer taxes (from Schedule C, Part 3, col. H, Total) | 16 | |
| 17 | Total tax. Add lines 15 and 16 | 17 | 0. |
| 18 | Gift and generation-skipping transfer taxes prepaid with extension of time to file | 18 | |
| 19 | If line 18 is less than line 17, enter balance due (see instructions) | 19 | 0. |
| 20 | If line 18 is greater than line 17, enter amount to be refunded | 20 | |

**Sign Here**

| ▶ X | | 4/7/10 | | ___ Yes ___ No |
|---|---|---|---|---|
| Signature of donor | | Date | | |

**Paid Preparer's Use Only**

| | *(signature)* | 3/30 | |
|---|---|---|---|
| | WINEBERG SOLHEIM HOWELL & SHAIN, PC | | |
| | 180 N LASALLE ST, STE 2200 | | |
| | CHICAGO, IL 60601 | | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 12 of the separate instructions for this form. **709**

# 709

**United States Gift (and Generation-Skipping Transfer) Tax Return**

► See separate instructions.

## 2009

| | |
|---|---|
| 1  Donor's first name and middle initial  **MICHELLE L.** | 2  Donor's last name  **OBAMA** |
| 4  Address (number, street, and apartment number)  **1600 PENNSYLVANIA AVENUE, NW** | 5  Legal residence (domicile)  **ILLINOIS** |
| 6  City, state, and ZIP code  **WASHINGTON, DC   20500** | 7  Citizenship (see instructions)  **UNITED STATES** |

3  Donor's social security number

**Part 1 — General Information**

| | | | Yes | No |
|---|---|---|---|---|
| 8 | If the donor died during the year, check here ► ___ and enter date of death ___ | | | |
| 9 | If you extended the time to file this Form 709, check here ► ___ | | | |
| 10 | Enter the total number of donees listed on Schedule A. Count each person only once. ► | 2 | | |
| 11a | Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | | | X | |
| 11b | If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | | | X |
| 12 | Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? (See instructions.) (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13–18 and go to Schedule A.) | | | X | |
| 13 | Name of consenting spouse  **BARACK H. OBAMA** | 14 SSN | | X | |
| 15 | Were you married to one another during the entire calendar year? (see instructions) | | | X | |
| 16 | If 15 is "No," check whether ___ married ___ divorced or ___ widowed/deceased, and give date ► | | | | |
| 17 | Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.) | | | X | |
| 18 | Consent of Spouse. I consent to have the gifts (and generation-skipping transfers) made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent. | | | | |

Consenting spouse's signature ► [signature]   Date ► 4/7/10

**Part 2 — Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Enter the amount from Schedule A, Part 4, line 11 | 1 | 0. |
| 2 | Enter the amount from Schedule B, line 3 | 2 | 0. |
| 3 | Total taxable gifts. Add lines 1 and 2 | 3 | 0. |
| 4 | Tax computed on amount on line 3 (see Table for Computing Gift Tax in separate instructions) | 4 | 0. |
| 5 | Tax computed on amount on line 2 (see Table for Computing Gift Tax in separate instructions) | 5 | 0. |
| 6 | Balance. Subtract line 5 from line 4 | 6 | 0. |
| 7 | Maximum unified credit (nonresident aliens, see instructions) | 7 | 345,800. |
| 8 | Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col. C) | 8 | |
| 9 | Balance. Subtract line 8 from line 7 | 9 | 345,800. |
| 10 | Enter 20% (.20) of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 (see instructions) | 10 | |
| 11 | Balance. Subtract line 10 from line 9 | 11 | 345,800. |
| 12 | Unified credit. Enter the smaller of line 6 or line 11 | 12 | 0. |
| 13 | Credit for foreign gift taxes (see instructions) | 13 | |
| 14 | Total credits. Add lines 12 and 13 | 14 | |
| 15 | Balance. Subtract line 14 from line 6. Do not enter less than zero | 15 | 0. |
| 16 | Generation-skipping transfer taxes (from Schedule C, Part 3, col. H, Total) | 16 | |
| 17 | Total tax. Add lines 15 and 16 | 17 | 0. |
| 18 | Gift and generation-skipping transfer taxes prepaid with extension of time to file | 18 | |
| 19 | If line 18 is less than line 17, enter balance due (see instructions) | 19 | 0. |
| 20 | If line 18 is greater than line 17, enter amount to be refunded | 20 | |

**Sign Here** ► X [signature] _Michelle Obama_ 4/7/10

Signature of donor

May the IRS discuss this return with the preparer shown below (see instructions)? X Yes ___ No

**Paid Preparer's Use Only**

[signature]   3/30/10

**WINEBERG SOLHEIM HOWELL & SHAIN, PC**
**180 N LASALLE ST, STE 2200**
**CHICAGO, IL 60601**

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 12 of the separate instructions for this form

**709**

# 709

**United States Gift (and Generation-Skipping Transfer) Tax Return**

▶ See separate instructions.

## 2009

| | | |
|---|---|---|
| 1 Donor's first name and middle initial<br>MICHELLE L. | 2 Donor's last name<br>OBAMA | 3 Donor's social security number<br>XXX-XX-2202 |
| 4 Address (number, street, and apartment number)<br>1600 PENNSYLVANIA AVENUE, NW | | 5 Legal residence (domicile)<br>ILLINOIS |
| 6 City, state, and ZIP code<br>WASHINGTON, DC  20500 | | 7 Citizenship (see instructions)<br>UNITED STATES |

### Part 1 — General Information

| | | Yes | No |
|---|---|---|---|
| 8 | If the donor died during the year, check here ▶ ___ and enter date of death ___ | | |
| 9 | If you extended the time to file this Form 709, check here ▶ | | |
| 10 | Enter the total number of donees listed on Schedule A. Count each person only once. ▶ 2 | | |
| 11a | Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | | X |
| 11b | If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | X |
| 12 | Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? (See instructions.) (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13-18 and go to Schedule A.) | | X |
| 13 | Name of consenting spouse  BARACK H. OBAMA | 14 SSN XXX-XX-4425 | |
| 15 | Were you married to one another during the entire calendar year? (see instructions) | | X |
| 16 | If 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed/deceased, and give date ▶ | | |
| 17 | Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.) | | X |
| 18 | Consent of Spouse. I consent to have the gifts (and generation-skipping transfers) made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent. | | |

Consenting spouse's signature ▶ _[signature]_       Date ▶ 4/7/10

### Part 2 — Tax Computation

| | | | |
|---|---|---|---|
| 1 | Enter the amount from Schedule A, Part 4, line 11 | 1 | 0. |
| 2 | Enter the amount from Schedule B, line 3 | 2 | 0. |
| 3 | Total taxable gifts. Add lines 1 and 2 | 3 | 0. |
| 4 | Tax computed on amount on line 3 (see Table for Computing Gift Tax in separate instructions) | 4 | 0. |
| 5 | Tax computed on amount on line 2 (see Table for Computing Gift Tax in separate instructions) | 5 | 0. |
| 6 | Balance. Subtract line 5 from line 4 | 6 | 0. |
| 7 | Maximum unified credit (nonresidents aliens, see instructions) | 7 | 345,800. |
| 8 | Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col. C) | 8 | |
| 9 | Balance. Subtract line 8 from line 7 | 9 | 345,800. |
| 10 | Enter 20% (.20) of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 (see instructions) | 10 | |
| 11 | Balance. Subtract line 10 from line 9 | 11 | 345,800. |
| 12 | Unified credit. Enter the smaller of line 6 or line 11 | 12 | 0. |
| 13 | Credit for foreign gift taxes (see instructions) | 13 | |
| 14 | Total credits. Add lines 12 and 13 | 14 | |
| 15 | Balance. Subtract line 14 from line 6. Do not enter less than zero | 15 | 0. |
| 16 | Generation-skipping transfer taxes from Schedule C, Part 3, col. H, Total | 16 | |
| 17 | Total tax. Add lines 15 and 16 | 17 | 0. |
| 18 | Gift and generation-skipping transfer taxes prepaid with extension of time to file | 18 | |
| 19 | If line 18 is less than line 17, enter balance due (see instructions) | 19 | 0. |
| 20 | If line 18 is greater than line 17, enter amount to be refunded | 20 | |

**Sign Here**

Signature of donor ▶ _Michelle Obama_   Date ▶ 4/7/10

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes  ☐ No

**Paid Preparer's Use Only**

Preparer's signature ▶ _[signature]_   Date 3/30/10   PTIN P00570571

Firm's name ▶ WINEBERG SOLHEIM HOWELL & SHAIN, PC   EIN 36-2708600

Firm's address ▶ 180 N LASALLE ST, STE 2200   Phone no. 312/372-0440

CHICAGO, IL 60601

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 12 of the separate instructions for this form.   709

14580330  132479-071115   2009.03030 OBAMA, BARACK H

**Form 709**

Department of the Treasury
Internal Revenue Service

**United States Gift (and Generation-Skipping Transfer) Tax Return**

For gifts made during calendar year 2009

▶ See separate instructions.

OMB No. 1545-0020

**2009**

| | | |
|---|---|---|
| 1 Donor's first name and middle initial<br>BARACK H. | 2 Donor's last name<br>OBAMA | 3 Donor's social security number<br>█████ 4425 |
| 4 Address (number, street, and apartment number)<br>1600 PENNSYLVANIA AVENUE, NW | | 5 Legal residence (domicile)<br>ILLINOIS |
| 6 City, state, and ZIP code<br>WASHINGTON, DC  20500 | | 7 Citizenship (see instructions)<br>UNITED STATES |

**Part 1 - General Information**

| | | Yes | No |
|---|---|---|---|
| 8 | If the donor died during the year, check here ▶ ☐ and enter date of death ▶ | | |
| 9 | If you extended the time to file this Form 709, check here ▶ ☐ | | |
| 10 | Enter the total number of donees listed on Schedule A. Count each person only once. ▶    2 | | |
| 11a | Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | X | |
| b | If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | X |
| 12 | Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? (See instructions.) (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13-18 and go to Schedule A.) | X | |
| 13 | Name of consenting spouse  MICHELLE L. OBAMA    14 SSN ███████ 2302 | | |
| 15 | Were you married to one another during the entire calendar year? (see instructions) | X | |
| 16 | If 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed/deceased, and give date ▶ | | |
| 17 | Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.) | X | |
| 18 | **Consent of Spouse.** I consent to have the gifts (and generation-skipping transfers) made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent. | | |
| | Consenting spouse's signature ▶ X *Michelle Obama*    Date ▶ 4-7-10 | | |

MLO

**Part 2 - Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Enter the amount from Schedule A, Part 4, line 11 | 1 | 0. |
| 2 | Enter the amount from Schedule B, line 3 | 2 | 0. |
| 3 | Total taxable gifts. Add lines 1 and 2 | 3 | 0. |
| 4 | Tax computed on amount on line 3 (see Table for Computing Gift Tax in separate instructions) | 4 | 0. |
| 5 | Tax computed on amount on line 2 (see Table for Computing Gift Tax in separate instructions) | 5 | 0. |
| 6 | Balance. Subtract line 5 from line 4 | 6 | 0. |
| 7 | Maximum unified credit (nonresident aliens, see instructions) | 7 | 345,800. |
| 8 | Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col. C) | 8 | |
| 9 | Balance. Subtract line 8 from line 7 | 9 | 345,800. |
| 10 | Enter 20% (.20) of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 (see instructions) | 10 | |
| 11 | Balance. Subtract line 10 from line 9 | 11 | 345,800. |
| 12 | Unified credit. Enter the smaller of line 6 or line 11 | 12 | 0. |
| 13 | Credit for foreign gift taxes (see instructions) | 13 | |
| 14 | Total credits. Add lines 12 and 13 | 14 | |
| 15 | Balance. Subtract line 14 from line 6. Do not enter less than zero | 15 | 0. |
| 16 | Generation-skipping transfer taxes (from Schedule C, Part 3, col. H, Total) | 16 | |
| 17 | Total tax. Add lines 15 and 16 | 17 | 0. |
| 18 | Gift and generation-skipping transfer taxes prepaid with extension of time to file | 18 | |
| 19 | If line 18 is less than line 17, enter **balance due** (see instructions) | 19 | 0. |
| 20 | If line 18 is greater than line 17, enter **amount to be refunded** | 20 | |

order here.

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including any accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than donor) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

▶ X _____   Date 4/7/10
Signature of donor

Attach check here.

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | Date 3/30/11 | Check if self-employed ☐ | Preparer's SSN or PTIN<br>P00570974 |
| Firm's name (or yours if self-employed), address, and ZIP code | WINEBERG SOLHEIM HOWELL & SHAIN, PC<br>180 N LASALLE ST, STE 2200<br>CHICAGO, IL 60601 | EIN 36-2700600<br>Phone no. 312/372-0440 | |

LHA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 12 of the separate instructions for this form.   Form **709** (2009)

1

**EXHIBIT 2**



-------------- KEY INFORMATION --------------

## Selective Service Online Registration Verification

**This service allows you to look up a man's Selective Service number, as well as the date he registered.** Enter a last name, social security number, and date of birth for the registered man, and click on "Submit."

Only registrations of men born on or after January 1, 1960, can be verified through this system. To obtain Selective Service information about men born earlier,                    and follow the instructions on our "Records" page.

This service is operational seven days a week. It is not available when system maintenance is scheduled from 2 a.m. to 4 a.m., U.S. Central Time, Tuesday through Saturday

| Selective Service Online Registration Search | |
|---|---|
| **Last Name:** | |
| **Social Security Number:** | **(No dashes or spaces)** |
| **Date of Birth:** | **(mmddyyyy)** |
| Submit     Reset | |

Men who have registered remain eligible for federal student aid, most federal jobs, and federal job training. Male non-citizens living in the U.S. who are 18 through 25 must register to remain eligible for citizenship

*Last Updated 8/14/2007*

*©2011 Selective Service System*



KEY INFORMATION

## Selective Service Record Search Results

### Search Criteria

**Last Name:** chrono
**Social Security Number:** *** ** 4425
**Date of Birth:** 05/04/1961

### Matched Record

**Selective Service Number:**
61-1125659-1

**Date of Registration**
9/4/1980

To obtain information of Selective Service registration, click HERE and follow the instructions on the Registration Verification page.

New Search?

FAQs

## AFFIDAVIT OF ORLY TAITZ

1. I, Orly Taitz, am over 18 years old, I am an attorney, licensed in the state of California and admitted in all courts of California, 9th Circuit Court of Appeals, 3rd Circuit Court of Appeals and Supreme Court of the United States. I have personal knowledge of the facts described below and I can competently testify at trial to the following:

2. I received information from licensed investigators Sankey and Daniels as well as recently retired senior deportation officer John Sampson, that for most of his life Barack Obama used  and is currently using a Connecticut social security number ███████-4425.

3. The first three digits of the number 042 were assigned by the Social Security administration to the state of Connecticut.

4.    Based on information and belief, Obama was never a resident of Connecticut.

5. Concerned that we have an individual fraudulently using a stolen social security number from a state, where he never resided, I decided to verify this information through official sources of the U.S. government.

6. I went on the official website for the  U.S. government www.sss.gov. This website provides verification of the Selective Service registration with the U.S. military.

7. One cannot occupy an executive position with the U.S. government without such registration with the Selective Service.

8. For verification one is supposed to enter the name, birthdate and social security number of the individual. If all three parameters match to the identification information on file, it will show "Matched record".

9. I personally entered name "Obama", birthdate 08.04.1961 and social security number ▇▇▇-4425, given to me by investigators Sankey, Daniels and Sampson.

10. I got a response "Matched record" . selective service number 61-1125539-1. Date of registration 9.4.1980.

11. From birth and until date of registration Obama was not a resident of Connecticut.

12. I also received a sworn affidavit from expert Chito Papa, showing, that Barack Obama is using the same Connecticut social security number ▇▇▇-4425 on his 2009 tax returns, which were posted on the official web site WhiteHouse.gov. This tax return was later reposted with the file flattened and the social security number electronically whitened, however the original file with the visible social security number was downloaded by Mr. Papa and multiple other individuals. A true and correct copy of such affidavit is attached herein.

13. I also received a sworn affidavit from Ms. Linda Jordan. A true and correct copy of such affidavit is attached herein.

12. As an attorney and officer of the court I declare under penalty of perjury, that above is true and correct statement of the facts. As an officer of the court I am requesting an immediate  hearing on this matter, as it shows that we have an unprecedented breach of the U.S. National security, we have an individual with a fraudulently obtained Social Security number from a state, where he never resided, occupying the position of the President of the United States and Commander-in-chief.

/s/ Dr. Orly Taitz, Esq.

**EXHIBIT 3**

I, Linda Jordan am over 18 years old, do not suffer from any mental impairment, have personal knowledge of the facts listed below and declare under penalty of perjury:

I used the government run E-Verify System to verify the employment eligibility for Barack H Obama (Obama) and it revealed a "Notice of Mismatch" between Obama's name, birth date and Social Security Number (SSN), compared to the information the Social Security Administration has on file.

I saw Obama's Selective Service Registration (SSR) form which was available on the web at www.sss.gov and copied the SSN Obama used on that form. I also read the reports of licensed investigators Neil Sankey, Susan Daniels and the opinion of retired senior deportation officer of the department of Homeland Security John Sampson, that the SSN Obama was using was fraudulent and/or never issued to him.

Between October 2008 and May 2011, I submitted several requests to agencies and people with the legal responsibility and authority to investigate the use of forged documents and election fraud, concerning Obama's birth records and SSN. (attachment A)

To date no one with the legal responsibility and authority has responded to any of my requests.

I read part of the testimony of Marianna LaCanfora before the Committee on Ways and Means Sub Committee on Social Security in the House of Representatives dated April 14th, 2011. She explained that a SSN in conjunction with a proper identity document determine whether a person is authorized to work. LaCanfora said that the E-Verify system run by the government is a free, Internet-based system that allows employers to electronically verify the employment eligibility of their employees. The Immigration Reform and Control Act of 1986 required all employers to verify the identity and employment eligibility of all new employees regardless of citizenship or national origin.

I considered myself to be one of the employers of the President of the United States.

1

On July 26, 2011, I tried to enroll in the E-Verify System but it required the employer to enter data from their employees I-9 Employment Eligibility Verification Form. I have been unable to locate one for Obama.

On August 17, 2011, I went back on the E-Verify website and saw that there was a "Self-Service" function that was more streamlined and easier to use when checking an employees eligibility. I entered the name Barack H Obama, birth date August 4, 1961 and SSN ███████-4425. This data was entered correctly. The report I got back from the SSA included a "Notice of Mismatch with Social Security Administration (SSA) Records". (attachment B)

Signed _____

    Linda Jordan 4419 So. Dawson St. Seattle WA 98118 206.723.6471

In the city of _____, County of _____

           Seattle Washington                  King

Dated the _____ day of _____, _____.

                            August        2011

Signature of the Notary _____

Date _____



# Notice of Mismatch with Social Security Administration (SSA) Records

Print                    Ver en Español

## Bring this notice with you when you visit SSA.

| For SSA Field Office Staff: Do not use EV-STAR; See POMS RM 10250.000ff |
| --- |

Obama Barack H
Name of the employee (Last Name, First Name, MI)
08/17/2011
Date of Mismatch

~~███-██~~-4425
Employee's Social Security Number (SSN)
2011229111431GY
Case Verification Number

Reason for this Notice:

**SSN does not match.** The Social Security Number (SSN) entered in Self Check is valid, but the name and/or date of birth entered do not match SSA records.

**SSN is invalid.** The Social Security Number (SSN) entered in Self Check is not a valid number.

**SSA unable to confirm U.S. Citizenship.** Cannot confirm that the employee is eligible to work because the SSA records do not show that the SSN Holder is a U.S. Citizen.

✓ **SSA record does not verify, Other reason.** SSA found a discrepancy in the record.

**SSA unable to process data.** SSA found a discrepancy in other data in the record.

## Instructions

**attachment B**                     8/17/2011 8:09 AM

# EXHIBIT 4

**Affidavit**

STATE OF FLORIDA )
                            )S.S
COUNTY OF DUVAL )

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville,
FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment
and can competently attest to the following under the penalty of perjury.

1.  I am a professional web developer having graduated with a bachelor's degree in
    IT at ITT Technical Institute in Indianapolis, IN

2.  I have over ten years of experience of web designs and development and have
    often used software such as Adobe Photoshop and Adobe Illustrator

3.  I downloaded from the official Whitehouse website, www.whitehouse.gov, April
    27, 2011, the new birth certificate of Barack Obama II
    http://www.whitehouse.gov/sites/default/files/rss_viewer/birth-certificate-long-
    form.pdf

4.  I observed that the birth certificate pdf file could be opened with Adobe Illustrator
    and the software revealed that this document has many layers of images on it.
    This indicates that the document was not a true copy of the original birth
    certificate, but a recently created document using Adobe Illustrator

    I further observed that this document does not have an embossed seal normally
    affixed by civil registrars to attest to the authenticity of government issued
    documents

FURTHER AFFIANT SAYETH NOT

FELICITO PAPA

SUBSCRIBED TO AND SWORN TO before me on April 28, 2011

NOTARY PUBLIC

GODFREY C WILLIS, JR.
Notary Public  State of Florida
My comm exp Jan 24, 2014
Comm No  DD 955008

CERTIFICATE OF LIVE BIRTH

BARACK HUSSEIN OBAMA, II

Male August 4, 1961 7:24 P

Honolulu Oahu

Kapiolani Maternity & Gynecological Hospital

Honolulu Oahu Honolulu, Hawaii

6085 Kalanianaole Highway

BARACK HUSSEIN OBAMA African

Kenya, East Africa Student University

STANLEY ANN DUNHAM Caucasian

Wichita, Kansas None

# student t

## Difference in the lower case "t"

### Eight different "t"s found.

t t t t t t t t

AAASSnn

144 146 203 15' 20' 172 193

Diff, rences in size ... angle ... and width

**EXHIBIT 6**

# ARCHIVE INDEX SYSTEMS, INC.

IMAGING TECHNOLOGIES TO EXPAND MAN'S KNOWLEDGE

P O Box 40135

BELLEVUE, WASHINGTON 98015

(425) 643.1131, FAX (240) 384-7297

For response to this letter: d eb grd @comcast net

**RESELLERS OF**
PRODUCTION DOCUMENT SCANNERS
WIDE-FORMAT SCANNERS
CHECK SCANNERS
BASED DOCUMENT IMAGING SOFTWARE
SCANNING SOFTWARE

**WEB PAGES**
www archiveindex com
www.wholesalecheckscanners.com

May 10, 2011

# Affidavit

I, Douglas B. Vogt, am over 18 years old, do not suffer from any mental impairment, have personal knowledge in the following and attest under penalty of perjury that I have knowledge and expertise in documents, imaging, scanners and document imaging programs. Based on my knowledge and expertise the following is true and correct

### My Credentials

I have a unique background for analyzing this document. I owned a typesetting company for 11 years so I know type and form design very well. I currently own Archive Index Systems since 1993, which sells all types of document scanners worldwide and also developed document imaging software (TheRepository). I know how the scanners work. I have also sold other document imaging programs, such as Laser Fiche, Liberty and Alchemy. I have sold and installed document imaging systems in city and county governments, so I know their procedures with imaging systems and everything about the design of such programs. This will be important in understanding what has happened with Obama's Certificate of Live Birth.





Figure 1. Tiff image of the Obama's Certificate of Live Birth dated August 8, 1961, presented on TV 4/27/2011.

Figure 2. Another Persons microfilmed Certificate of Live Birth dated August 11, 1961.

### What I Discovered about Obama's Certificate of Live Birth and why it is a Forgery.

What the Obama administration released is a PDF image that they are trying to pass off as a Certificate Live Birth Long Form printed on green security paper by the County Health Department. The form is a created forgery for the following reasons.

**1. Curved and non-curved type.** The image we are looking at was scanned in grayscale and some part in binary which cannot be on the same image. The reason I know this is because of the shadowing along the gutter (left-hand side). It also means that the county employees who did the original scanning of all the forms, did not take the individual pages out of the post binders. The result is that all the pages in that book display a parallax distorted image of the lines and type. They curve and drop down to the left. If you look at line 2 (Figure 3) on the form that says *Sex* you will notice the letters drop down one pixel but the typed word *Male* does not. Also notice the line just below *Male* drops down 3 pixels.



Figure 3. Line 2 of the form. Baseline differences.

The second incident of this parallax problem is seen in line 6c *Name of Hospital or Institution* (Figure 4). The word *Name* drops down 2 pixels, but the typed hospital name, *Kapiolani*, does not drop down at all. And again the line just below drops down 2 pixels, but not the name *Kapiolani.*



Figure 4. Line 6c at 500%. The typewriter name of the hospital does not drop down 2 pixels.

The conclusion you must come to is that the typed in form was superimposed over an existing original Certificate of Live Birth form from the county. In fact, since I found some of the form headings scanned in as binary and grayscale, the form itself is a composite but the person who created it did not flattened the image of the blank form and save it as one file before they started placing the typewriter text on the composite form. The individual(s) who perpetrated this forgery could not evidently find a blank form in the clerks imaging database, so they were forced to clean up existing forms and overlay the typewriter type we see here. The forger was also looking for certificates with the correct stamped dates and that is why I think they used more than one original form. At first I wondered why the forger didn't just typeset the entire form from scratch and overlay the type and not have to worry about the parallax problem. Then I remembered that in the early

1960s there was no phototypesetting and this form was set in hot metal from a linotype machine. The type design is Times Roman but they could never replicate the exact design. They were stuck having to use existing forms that were scanned in using binary and grayscale.

**2. There is a white haloing around all the type on the form**. Figure 5 is an example of this. This effect should not appear on a scanned grayscale image.  Figure 6 is a grayscale image scanned in at 240 dpi. You will notice that there is no haloing effect around the type and also the security pattern is seen through the type. Figure 7 is a color image where you can clearly see the security green color through the type and no haloing. Figure 8 shows a Black and White (binary) image of the same type. The important thing to remember is that you cannot have grayscale and binary on the same scan unless the image is a composite. That means that different components of the whole image are made up of smaller parts. Figure 9 is an enlarged version of Figure 6 showing what grayscale letters should look like compared to binary.



Figure 5. Obama's form.          Figure 6. Grayscale.          Figure 7. Color image.

Figure 8. Binary image.          Figure 9. An enlarged version of Figure 6 showing grayscale type.

**3. The Obama Certificate is loaded with both binary and grayscale letters** which is just another smoking gun that this form is a forgery. It appears the lines and some of the boxes were scanned using grayscale, but only some of the form headings were grayscale and sometimes it is only some letters. Figure 10 and Figure 4 give one example. You will notice that the *H* and, *al*, in Hospital, *l* in Institution. *(If* and again the *h* and *l* in hospital were grayscale images, but the rest of the line is binary. The typewriter line below was scanned in as a binary image.  I can also tell you for certainty that the form type was scanned in at a lower resolution (≤200 dpi). This is because of the size of the pixels on the letters were such that the openings on the *a* and *s* on the first line are not visible and filled in.

## Hospital or Institution (If not in hospital (

## )lani Maternity & Gyneco

Figure 10. showing a mixture of grayscale and binary type on the same line.

3

Another example is found in form box 1a. his name *BARACK* For some reason the "R" is a grayscale image and the rest is binary (Figure 11). That means the "R" was originally on the form and the rest was not until it was added.

# BARACK

Figure 11. Another example of grayscale and binary on the same line.

Another example is the Certificate number itself (Figure 12). The last "1" on the form is a grayscale image but the rest of the numbers are not. This is just another example of a cut and past job. It also means we do not know what the real Certificate number is if there even is one. There are other form boxes that display the same feature, boxes: 5b, 7e, 11, 13. 16. 18a.

# ARTMENT OF HEALT
# 61 10641

Figure 12. The last "1" is grayscale. but the rest are binary.

**4. The Sequential Number is a fraud.** I would like you to refer back to Figures 1 and 2. You will notice that Barack Obama was supposed to have been born on Friday at 7:24 p.m. August 4, 1961 and the local registrar accepted it on Tuesday August 8. 1961 and hand stamped the Certificate number "61 10641." Then notice that the other Certificate of Susan E. Nordyke was born on Saturday at 2:12 p.m. August 5, 1961 and another registrar date stamped it on August 11, but her Certificate number is "61 10637." Keep in mind there would be only one bates stamp machine in the office so the numbers would all be unique. There cannot be any duplicates so every Certificate has a unique serial number. Obama's Certificate would have most likely been mailed on the following Monday. the 7th and received by the Clerk Tuesday the 8th. Susan Nordyke's Certificate looks like it was mailed sometime earlier that week and not accepted until the 11th but she has a Certificate 4 numbers less than Obama's. It is impossible to have Obama's Certificate number to be four numbers higher than a Certificate that came in 3 days later.

The facts I have shown you in #3 and 4 tell me several things about how this forgery was assembled. 1. Some person(s) in the Health Department. who had access to the document imaging program. search the database for someone close to the actual birth date of Obama and found someone near the 4th of August. They may have crossed referenced the death database to find someone who had died and had a birth date close to Obama's. If you remember, the Federal Government wanted the States to cross reference the birth and death databases so the database would have that information. 2. The date stamps have two different colors and sizes (see #5 below) which indicates that both dates came from different Certificates. 3. More than one person is involved in the Hawaii Department of Health to assemble the different components that were used. do the database searches to find the right Certificates to create President Obama's fraudulent Certificate of Live Birth and finally sign the fraudulent certificate. I believe that after all the components were

assembled they were then given to a graphic artist to actually assemble the whole thing and create the finished forgery. In short this was a conspiracy to defraud the United States.

**5. Two different colors and font sizes in Form box 22 and 20** *Date Accepted by Reg. General.* What is very revealing about this box and date entry is there are two different colors on both lines. Both lines were scanned using binary mode, but I see two different colors (Figure 13). What I think this is showing us is that the person who put this fraud together was looking for a form that had the right date namely "August 8 19_1." As you can see the only things that are printed in dark green (R=71, G=92, B=73) are "Date A" and "AUG -8 6." The rest of the type is in black. This tells me that the forger was working in color mode. ~~Finally the Font size of the rubber stamp in box 22 is larger than the stamp used in box 20. This is unlikely because the same rubber stamp would have been used by the same registrar to stamp the dates in both places and sign the form in box 21. Since we have two size letters and numbers, that means these elements were taken from two separate forms that may have been years apart using different rubber stamps.~~



Figure 13. Two different colors, dark green and black.

The same thing is found in form box 20 "Date Accepted by Local Reg." Figure 14 again shows that the date has two different colors. The "AUG -8 196" is in dark green (R=87, G=111, B=87) and the "1" is in black. Yet again another irrefutable proof this form is a forgery. Form box 17a displays the same two color image in the word "None". The "Non" is in dark green.



Figure 14. Another example of two colors on the same line.

**6. Multiple layers in the PDF file from the White House.** I am not the first one to find this fact and they deserve the credit for discovering it. What they discovered is that when you open up the PDF file in Adobe Illustrator and you turn on layers, you see a long list of nine different layers that correspond to different sections of the form, including the signatures on the form. I discovered using just my Adobe Acrobat 8 Standard that I could also see the different components disappear when I enlarged the image to just 400% and used the "hand" tool to quickly move around the image. When I moved the image fast, the various type components would disappear from the form but the lines stayed just as I had concluded.

**A Rebuttal to the Discovery of the Multi Layers Found in the PDF File.**
The only rebuttal to the nine layers discovered in the PDF file released by the White House was a statement from a Canadian graphic artists from Quebec by the name of Jean-Claude Tremblay on April 29. It was reported by Fox News an on their web site at http://www.foxnews.com/politics/2011/04/27/expert-says-obamas-birth-certificate-legit .

He tries to excuse the multi-layers as merely an artifact of an OCR (Optical Character Recognition) engine and then saved as a PDF. There are two major reason he is wrong and I know from his statement he knows nothing about OCR engines and how they work and their file structure. First of all the Obama PDF certificate was supposed to have come directly from the Health Departments office. As stated before, the records they have would have absolutely no reason to be OCRed and if they were asked to give the customer a PDF image it would be from their existing TIFF image stored in their document imaging program on the server. The program would have done no OCR processing at that time.

My qualifications on OCR programs are considerable. Our own document imaging program, TheRepository, has an OCR option from Expervision that is called TypeReader. We integrated TypeReader into our program but to do this we had to sign a non-disclosure statement with them and then we got their Took Kit and API. When an OCR program saves a file as a searchable PDF, the file contains three main files within it. The first file is an image file, usually a compressed Group4 TIFF. The second file is a ASCII text file and the last file is a matrix file that contains the X and Y coordinates of all the words in the document. The Starting point for the image file and the matrix file is usually the upper right-left hand corner of the image measured in pixels. The test file and matrix files would never be seen as separate layers and there is certainly no nine layers. The three files would be in a PDF "wrapper" and that's all. All OCR programs work on the same principle.

**Conclusion**

The Certificate of Live Birth Obama presented on television on Aril 27, 2011 is a forgery.

In witness whereof he has hereto set his hand and seal.

Name of Notary: ZACHARY S. NIEBRUEGGE

Title: BRANCH MGR   U.S BANK

I, ZACHARY S. NIEBRUEGGE , a Notary Public of King County and the State of Washington aforesaid, hereby certify that Douglas B. Vogt personally known to me to be the affiant in the foregoing affidavit, personally appeared before me this day and having been by me duly sworn deposes and say that the facts set forth in the above affidavit are true and correct.

Witness my hand and official seal this the 10th day of May, 2011.

Notary Public

My Commission Expires: 8 / 9 /20 11

Douglas B. Vogt

Notary Public
State of Washington
ZACHARY S NIEBRUEGGE
My Appointment Expires Aug 9, 2011

**EXHIBIT 7**







The new Camaro Convertible is here.

CERTIFIGATE



# Judge rules on Obama's Social Security Number

### Tells attorney: 'Today is not your lucky day'

Posted: August 30, 2011
6:30 pm Eastern

By Bob Unruh
© 2011 WND

and 6,542 others like this

Announcing it's "not her lucky day," a federal judge in Washington, D.C., has told an eligibility attorney he has dismissed her case demanding information from the regarding President Obama's Social Security Number, sought because of suspicions it may be fraudulent.

The case was filed by California attorney who has brought many of the major court challenges to Obama's eligibility based on a lack of evidence that he meets the U.S. Constitution's requirement that be a "natural-born citizen."

*Jerome Corsi's New York Times best-seller, "Where's the Birth Certificate?" which addresses Obama's Social Security Number, is now available for immediate shipping, autographed by the author, only from the WND Superstore*

President Obama

The case at hand was filed against the Administration because Obama's number indicates a Connecticut residency, yet there is no evidence he ever lived in the state. He claims he grew up in Hawaii and apparently had a Social Security Number there, as he reported he worked in a Honolulu ice-cream shop.

The judge, Royce Lamberth, credited Taitz for her dedication to her cause but said that "today is not her lucky day."

*(Story continues below)*



Camaro

Today's WND News Highlights



If you live in California - you need to learn about this loophole to get insurance for $9!



United States

(Sept 2011) Drivers with no DUIs are eligible to receive a 65% discount on car insurance.

## "1 Weird Spice That Cures Diabetes"

ST PAUL, MN (BP News) - If you are one of the millions suffering from deadly and dangerous Diabetes type 1 or 2, you may finally be in luck.

Researchers have discovered a spice that better metabolizes glucose and minimizes free radical and oxidative damage to cells that occur when blood sugar levels remain high.

That spice is found in (            )

He concluded that there's no real interest in determining whether the Obama Social Security Number is genuine or fraudulent, arguing that the need for privacy for the president trumps all else



Today's WND Commentary Highlights

SIGN UP TO RECEIVE
FREE NEWS ALERTS

WND Search    GO

**WND Directory**
**WND Superstore**

Page 2 News
WND Local News
Commentary
WND Money
Diversions
Daily Blessing
WND TV/Radio
Whistleblower
WorldNetWeekly
G2 Bulletin
Red Alert
WND Poll
WND Forums
Petitions
Letters to the Editor
Joke of the Day
WND.Comics
Crossword
SportsNetDaily
TV Guide
Movieguide
Weather

**WND Resources**
About WND
WND Scoops
WND History
Who Reads Us
WND Books
Advertise with WND
WND RSS feeds
MOBILE.WND
News Alerts Sign Up
Donate to WND
US Newspapers
Foreign Newspapers
Major News Wires
Other News Services
Other Sites
Writers Archives
Government Officials
Search Engines
Media

**Entertainment**
**Job Bank**

**WND People**
**Contact WND**
**Who's Who at WND**
**Customer Service**
**Speakers and Talk Show**
**Guests**
**Commentators**

"The SSA explained that the Privacy Act of 1974    protects the personal information of social security number holders," he wrote "The SSA determined    the plaintiff had identified no public interest that would be served by disclosure

"Plaintiff makes no secret of her intention to use the redacted Form SS-5 to identify the holder of social security number xxx-xxx-4425 – or, as plaintiff puts it, to confirm her suspicion that the president is fraudulently using that number," the judge wrote

But Lamberth wrote in the case against Michael Astrue, Social Security commissioner, that whether Obama is using a fake number isn't his concern

"Even if plaintiff's allegations were true, an individual's status as a public official does not, as plaintiff contends, 'make exemption 6 irrelevant to him and his vital records'"

He said he would "disregard" documents from the                and the Social Security Number Verification System suggesting there are problems with Obama's number, because he "concludes" they were obtained "under false pretenses "

Taitz told WND she is submitting a motion for reconsideration based on new evidence that includes an affidavit from an individual who obtained a government affirmation that the         is using doesn't match his name

She said it is important to the public, because it could provide evidence of fraudulent IRS returns, fake election documents and Social Security fraud, should the allegations prove accurate

See a video report

Taitz also has filed a state court action on similar grounds in Hawaii, where there had been a hearing scheduled in September on orders from a federal judge to address the state's refusal to comply with a subpoena for                birth documentation

Her Petition for Writ of Mandamus, if granted, would require the state Department of Health to turn over to her the original 1961 Obama birth records the agency has kept from the American public

A mandamus action compels an official or government officer to perform a duty demanded by the petitioner

Taitz filed 48 pages of pleadings and exhibits before Circuit Court Judge Rhonda Nishimura

It is separate from the Astrue case, which she said would be appealed

Taitz has maintained that by releasing his long-form                to the American public on April 27, Obama has waived all privacy restrictions that would prevent the Hawaii DOH from making public the original 1961 birth records the agency has on file

"I decided to file the state case for mandamus because this is a separate case that stands on its own," Taitz told WND

Taitz charged that if the long-form birth certificate                released on April 27 is not on file in a 1961 original copy in the Hawaii DOH, then a criminal felony has been committed

"I don't believe there is any 1961 typewritten birth certificate document for Obama on file in the Hawaii DOH that looks anything like what the White House released," she asserted "Why else would the Hawaii DOH fight me so hard to keep us from seeing whatever birth records are on file?"

and 6,542 others like this





1,285 comments

This Judge should be terminated for not upholding the law. This is so blatantly covering up Obamas crimes

Can you say, "Bought Off?" I knew you could   .

I would be willing to bet most of our leadership is "bought off"

Absolutely - it crosses party lines - Congress is silent about everything the treasonous tyrant does .   remember how everything was gonna change after last November? NOTHING has changed

I have provided my SSN to all of the employers I have had over the years. Why does Obama who works for us have some privilege that makes him exempt from such information gathering by us, his employers?

Because of the presidential secrecy act - which he signed as an executive order on his very first day of office. Think he had something to hide??? And now they are using the bogus citizen's bogus orders to keep protecting him as he destroys our country

Only a RACIST would question The One, HOW DARE YOU!

Ha-ha, I have been called a racist so many times that it doesn't even affect me now. It used to hurt my feelings (yes, its possible) but now together with brother, and a few others, they no longer affect me

Judge Lamberth's Decision in the Taitz v Astrue Lawsuit is Another Stake into the Heart of the Rule of Law | by CDR Kerchner (Ret)

CDR Kerchner (Ret)

THIS IS BS - I'm tired of NO ONE having the nads to challenge this case all the way up! Are we that afraid that removing his illegal butt that it would incite race riots? We already have the race baitors like Sharpton, Jackson-Lee and the others

Kim-Douglas Vogt who is one of the people who have examined the birth certificate fraud is sending a 22 page document to the FBI From there to ALL federal/state judges. Anyone involved in our judicial system. This is so they cannot claim "plausible deniability!" Don't worry the TRUTH SHALL&WILL PREVAIL! Senators ISSA&GRASSLEY are going after this administration for FAST&FURIOUS as well. You cannot continue to break law after law and not be held accountable. Sheriff Arpaio is also looking into the fraudulent birth certificate issue. Don't let these OBOT CONEHEADS confuse or deter you from the facts. They not paid with your tax

**Sponsored Link:** Have you heard about a little-known way to own real silver bullion for around 3 bucks? Surprisingly, it's an investment opportunity created by the U S government. And it has nothing to do with stocks, options, ETFs, or even uncirculated bullion coins. Click here to learn more.

**Related Offers:**

Jerome Corsi's New York Times best-seller, "Where's the Birth Certificate?", which addresses Obama's Social Security Number, is now available for immediate shipping, autographed by the author, only from the WND Superstore

Get the most comprehensive special report ever produced on the Obama eligibility issue.



**Previous stories:**

State court case launched to retrieve birth records

Court tells Hawaii officials to explain Obama's birth records

Obama critic coming closer to Social Security records?

'Criminal' Obama secret gets no media attention

Social Security claim vanishes from O'Reilly podcast

O'Reilly falsely claims Conn. was residence for Obama Sr.

Gibbs sidesteps Obama's Social Security Number

Suppressed! Google hides Obama's Social Security # story

Google clamps down on Obama's Social Security story

Google hides Obama's Social Security Number story

Investigators: Obama uses Connecticut Soc. Sec. Number

THE FULL STORY: See listing of hundreds of exclusive WND reports on the eligibility issue

*Bob Unruh is a news editor for WorldNetDaily.com*



EMAIL BOB UNRUH | GO TO BOB UNRUH ARCHIVE

ICRA                Copyright 1997-2011
                All Rights Reserved  WorldNetDaily.com Inc        TRUST

Chief Judge Royce C. Lambreth
U.S. District Court for the District of Columbia
333 Constitution Ave. N.W.
Washington, D.C. 20001


Dear Judge Lambreth,

You have my empathy.

Sitting as a Federal Judge and handing down decisions on contentious cases no doubt leaves some individuals angry at you. Personally, my first reaction to your initial ruling dismissing Dr. Orly Taitz' case to uncover President Obama's real or fraudulent Social Security number was just that - anger. However, I wanted you to read this letter. So, I moderated my feelings. Anger is not a solid basis from which to ask any question. Let's just say I'm confused and perhaps you can clear up my confusion.

I have read your bio. You appear to be a reasonable individual. Texan, Viet Nam Vet, former Chairman of the Professional Ethics Committee of the Federal Bar Association. And, you have demonstrated a willingness to confront government when you felt a wrong had been perpetrated. Specifically in your dealings with The Interior Department you said, "the court has wanted to simply wash its hands of (this situation), but to do so would constitute an announcement that negligence and incompetence in government are beyond judicial remedy."

So here is my confusion: If, on the one hand, you are a no-nonsense straight shooting Texan and believe that a court should not simply "wash its hands" when it confronts government incompetence, why then would you do exactly that when your court is confronted by a level of potential abuse significantly more heinous than incompetence – fraud?

Please take a moment to reflect. I am not a wild man ranting in the night. I, too, am a Viet Nam Vet. I own a small business and love this country and the opportunities it offers as much as you do. I once swore, as you did, to "protect The Constitution of The United States against all enemies, both foreign and domestic." That oath has not and will never expire for either of us.

Dr. Taitz brought reason into your court. She clearly explained that the highest elected official in America may have committed fraud. Your court could send an individual to jail for that offence, if proven. Yet, you have so far chosen to wash your hands and not deal with the issue. With all due respect, that deeply troubles me. Do you genuinely feel that this ruling is in line with that oath you took – to uphold the laws of this land?

I pray that your court will pause, think, reflect, and reconsider that not only is there merit in Dr. Taitz' case, but that the people of The United States may be irreparably harmed if this matter is not resolved by your court.

Please allow this case to proceed. It would be the right thing to do. Will you do that?

All the best,

John Conkle

John Conkle, President and CEO
Boardwalk Collaboration Software, Inc.
510 1st Ave, #504
San Diego, CA 92101
619-702-7651

# EXHIBIT 8

Unredacted
Exhibits 1-3
Submitted under seal