**Dr. Orly Taitz, ESQ pro se**
**29839 Santa Margarita Parkway, STE 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
**E-Mail: dr_taitz@yahoo.com, orly.taitz@gmail.com**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Dr. Orly Taitz, in** *pro se* | ) Hon. Royce C. Lamberth |
| Plaintiff, | ) |
| v. | ) Case No. 11-cv-00402 |
| Michael Astrue, Commissioner of the Social Security Administration, | ) Reply to opposition to motion for reconsideration |
| | ) [Request for Oral argument to be held within 20 days] |
| Respondent. | ) |

Dr. Orly Taitz, Esq. (Hereinafter "Taitz") submits this reply to opposition to motion for reconsideration and respectfully requests emergency hearing and oral argument on the merits within 20 days, based on newly discovered information and based on an assertion of clear error and manifest injustice, pursuant to Federal Rule of Civil Procedure 59(e). This motion is based on the instant Memorandum of points and authorities, exhibits herein, and any matters present at oral argument.

Reply to Opposition to motion for reconsideration    1

RECEIVED Mail Room SEP 30 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

## MEMORANDUM OF POINTS AND AUTHORITIES

Opposition by the defendant, Commissioner of Social Security Michael Astrue did not oppose any substantive points of the motion for reconsideration and the motion should be considered unopposed on the merits. In case the court believes, that the substantive points were addressed, the Plaintiff provides the following argument in reply to opposition and in support for motion for reconsideration.

### EMERGENCY SITUATION

Defendant Michael Astrue, Commissioner of the Social Security administration through his attorneys, Department of Justice-US Attorneys' office, is claiming that the fact that Barack Obama, an individual without a valid Social Security number according to E-Verify, is occupying the position of the U.S. President and Commander in Chief, does not represent an emergency situation and therefore there should not be a reconsideration.

In response Plaintiff herein is using Your Honor's own lexicon: "They are either toying with the nation or showing their stupidity".

Taitz provided irrefutable evidence, showing that Barack Hussein Obama has used in his tax returns and his selective service a Connecticut Social Security number ▓▓▓-4425, which was never assigned to him according to E-Verify. Even without E-Verify, fraud is evident, as the number starts with 042, a number sequence assigned to the state of CT, where Obama never resided. Can our Commissioner of Social Security and our Department of Justice led by Eric Holder, be so completely brain -dead to suggest, that having a criminal with a stolen Social Security number, a forged birth certificate and an unknown allegiance, does not represent an emergency?

For Michael Astrue, a licensed attorney, Commissioner of Social Security Administration; for the US attorneys, representing him, <u>to even suggest</u>, that <u>there is no "legitimate public interest" in knowing whether we have a criminal in the White House with a fraudulently obtained Social Security number</u>, is simply unthinkable, it represents a total lack of allegiance to the Constitution of the United States of America, that they were sworn to protect. This behavior by the Commissioner of the Social Security administration and US attorneys representing him, is simply criminal, it simply amounts to obstruction of justice, aiding and abetting Social Security fraud and possibly treason against the United States of America. If this is not an emergency, what is, if there is no public interest in knowing, whether we have a criminal in the White House, when is there a public interest? Can there be a more dire emergency? We have a breach of the national security in the highest office in the land, and our Department of Justice does not grasp that this is an emergency?

It is hard to believe that we have such an unprecedented stupidity, therefore we are left to deduct, that we have an unprecedented level of corruption in all three brunches of our government, which allows this crime to go on for nearly three years. Specifically because it is the highest level of emergency, we need Your Honor to address the evidence and reconsider the motion for summary judgment.

## Newly available evidence

Defendant claims, that the Plaintiff fails to identify newly available evidence. Defendant claims, that the information provided by Taitz was received by her earlier and was not submitted timely. Clearly the department of Justice suffers from a case of collective dyslexia or does not understand simple English.

1. Taitz painstakingly explained in her motion and affidavit, that after she submitted her motion for reconsideration, in the end of August of 2011 she

did an interview with a talk show host Doug Hagmann. During the interview Mr. Hagmann alerted her, that Mr. Obama has left evidence of his full unredacted Social Security number in his tax returns which he posted on WhiteHouse.gov. Taitz has written to her supporters and got responses, that Mr. Obama posted a file on whitehouse.gov, which was not flattened and contained his full social security number. Only recently Taitz received an affidavit from Mr. Papa, attesting to this information, as well as affidavit from Linda Jordan. None of this information was available to Plaintiff before, there were no latches and she had no reason to believe that this information could be available. Information of Barack Obama's use of Connecticut social security number ███-██-4425 in his tax returns, is a newly discovered evidence for the Plaintiff, which was not available to her before.

2. Affidavit of Linda Jordan, showing that Connecticut SSN number ███-██-4425 did not match Barack Obama's name according to e-verify, is a newly acquired evidence, provided only a few days ago.
3. The evidence, that Barack Obama's uncle, who is an illegal alien, has a Social Security number, allocated to a citizen or legal alien and valid for employment, <u>is a new evidence, as it was reported only on August 30, 2011</u> that Barack Obama's uncle was arrested and his employer stated that he checked his Social Security number for employment. At the same time licensed investigator Susan Daniels ran the Social Security number for Zeutuni Obama, Barack Obama's aunt, and found that she had an Indiana Social Security number, even though she was never a resident of Indiana. This was a new information, which showed a clear pattern of the Social security fraud in Obama's family, which weighed in favor of releasing SS-5 for Connecticut SSN ███-██-4425, currently being used by Obama. Taitz

had no knowledge of this information before, did not expect such wide spread lawlessness and corruption and could not submit this information before.

## MOTION PROVIDED EVIDENCE AND ARGUMENT THAT THIS COURT MISUNDERSTOOD THE EVIDENCE PREVIOUSLY PROVIDED

In its order this court erroneously stated, that individuals can check only their own selective service registration. This was a clear error of fact. In the motion for reconsideration Taitz provided printouts from the selective service official web site and her affidavit, clarifying to the court, that SSS.gov allows any individual to check the selective service registration by simply entering the name, date of birth and social security number. She clarified to the court, that use of selective service certificate for verification of use of a certain social security number is legitimate.

## DISCLOSURE OF SS-5 PROVIDES AN INSIGHT TO SSA'S OPERATIONS OR ACTIVITIES

Defendant claims, that required disclosure under SS-5 would not provide an insight to SSA's operations and activities.

In response to analytically challenged defendant, plaintiff provides an explanation yet again. Taitz provided evidence, that a person occupying the position of the President of the United States and Commander in Chief, is doing so by using a Social Security number from a state, where he never resided, which is invalid according to e-verify and SSNVS. She also provided evidence, that at least two of his relatives were involved in Social Security fraud as well, which shows a pattern of Social Security fraud in Obama family. In prior pleadings she provided evidence, that his close friend and associate and fellow board member from 'Annenberg Challenge", Domestic terrorist Bill Ayers, admitted in his memoirs <u>Fugitive Days</u> to manufacturing over a 100 fraudulent Social Security IDs within one year out of 11 years, that he was underground. Taitz also provided this

court in prior pleadings, that according to most reputable National databases Obama's name is linked to multiple Social Security numbers, one of which belongs to the deceased mother of the former actuary of the Social Security Administration Mr. Harry Balantyne. Based on all of the above required document will help shed light on what is going on in the Social Security Administration, how all this fraud is possible and what can be done to abate it.  Today we are facing a de facto bankruptcy of the Social Security fund , whereby our total debt of around 14 trillion dwarfs in comparison to estimated 45-60 trillion of unfunded Social Security obligations. Not only US citizens have a legitimate interest in understanding, what is going on within the SSA, but they have a need for meaningful management of the SSA and purging of the fraudulently obtained SSA ID's which can be used for draining the fund of its' assets.  Today, with so many blue states demonstrating a very loose approach to voter registration and HAVA compliance, there is no doubt all of these Gogol's "Dead Souls" of SSA are voting and no doubt voting for Obama. If we are to have any resemblance to a clean election in 2012, this issue needs to be addressed and it needs to be addressed very soon. There is a tremendous interest to this case and this issue. One article in salon.com "GOP senior staffers huddle with birther leader Orly Taitz" by Justin Elliott was ranked #5 in Google news on September 26th. This means that millions and millions of people read this article and downloaded it. These U.S. citizens are extremely angry about this total dereliction of duties and corruption within the SSA and the Department of Justice. They are wondering, why should they continue working 4-6 month of every year to pay their taxes and SSA obligations, only to get arrogant non-response and persecution, when they legitimately request redress of grievances in regards to the fund. Not only this court should grant the Plaintiff's motion and release the requested SS-5, but this court should appoint a special master or special prosecutor to investigate massive SSA fraud,

which was uncovered by the Plaintiff, not only fraud committed by Obama, but also fraud committed by many others, which was not addressed and not prosecuted as of yet. If this court is serious about upholding the law and the Constitution and providing expedient and in-depth address to the issues raised, this court should consider appointing the Plaintiff herein as a special master in order to investigate not only the fraud by Obama, but also massive SSA fraud in general and massive elections fraud, which is related to the SSA fraud.

## CLAIMS OF UNAUTHORIZED ACCESS

Defendant claims that Obama's Social Security number was accessed via unauthorized means.

Again, Taitz explained that Mr. Obama posted his tax returns on line on World wide web on one of the most widely trafficked sites. WhiteHouse.gov. He did not flatten the pdf file, so any person anywhere in the world, who cared to buy a widely available computer program "Adobe Illustrator", could see the whole file and could see Mr. Obama's unredacted full tax return. Nobody did anything illegal or unauthorized in downloading the file, that Mr. Obama himself posted. There was no need for any authorization: the file was right there, in front of anybody, who downloaded it and saw layers and layers of documents and the full Social Security number for both Barack and Michelle Obama and their signatures underneath. There was no need to enter any password, there was no warning, that only authorized personal can read those files. The files were posted on WhiteHouse.com for the whole world to see and those files had a full social security number for Barack Obama. Mr. Obama either made a mistake or did it on purpose to taunt the whole nation, to "toy" with the whole nation, using Your Honor's lexicon, to tell us: "I can commit any crime, I can commit Social Security fraud, elections fraud, selective service fraud, IRS fraud by using a Social Security

number, which was never assigned to me, and all of your officials in the Social Security administration, all of your attorneys of the US attorneys' office, all of your congressmen and all of your judges are so corrupt, that they will simply look the other way, persecute the dissidents and attorneys -whistle-blowers and nothing will be done to me" . That is what this man saying and so far it is working for him.

For example, Obama in one of his speeches stated that he travelled to all 57 states. Was it an unauthorized access, was it illegal for members of the public to record his speech? Was it illegal for our members of the media to comment on it and state that this mistake might be an evidence of the fact, that in his mind he is thinking of 57 Muslim states as states where he has affinity and allegiance and not 50 U.S. states, which he is destroying with his policies? Yes, when Obama stated that he travelled to all 57 states, he probably misspoke, it was a Freudian slip, he did not intend to actually state, what was on his mind, but he did. It cannot be taken back and it is evidence of his frame of mind.

Similarly, when Obama posted his tax returns on line, did not flatten the file and left his full unredacted Social Security number available to the public, he might have not intended to show it, but he did, it cannot be taken back and it is a legitimately obtained evidence of the Social Security fraud, as the document contained Obama's signature and the number ███████-4425 starting with 042 number sequence from the state of CT, where he never resided.

Criminals make mistakes; that is how they are being caught on a daily basis by police, by the FBI and other agencies. Sometimes criminals leave behind their finger prints, their shoe imprints and their messages on recording machines. Obama left behind evidence of fraud by posting a fraudulently obtained Social Security number in his tax returns. If our authorities, including the defendant Michael Astrue, commissioner of the Social Security Administration, and the

Department of Justice were to do their job, and not engage in obstruction of Justice, this matter would have been discovered and criminally prosecuted years ago.

How is this different from the Watergate, United States v. Nixon, 418 U.S. 683 (1974)? An analogy: if Watergate were to happen today, the Department of Justice and this court would be claiming that the Watergate tapes are a private property and Nixon's right to privacy outweighs the right of the public to know, even though in 1974 the special prosecutor and the courts decided otherwise. The difference between Watergate and ObamaFraudGate or ObamaForgeryGate is in one simple fact: during Watergate our government actually worked, it had a notion of decency, integrity and need to be true to the oath of office to protect the Constitution, while today and for the last two and a half years our government has paralyzed by corruption. Due to the governmental dereliction of duties ordinary citizens stepped up to the plate: plaintiff herein attorney Orly Taitz, 200 members of the US military and 10 state representatives, who signed up as her clients-plaintiffs, retired Colonel Gregory Hollister, a resident of Washington state Linda Jordan, retired Senior Deportation Officer John Sampson, licensed investigators Neil Sankey and Susan Daniels, retired official Paula Hohn, experts Paul Irey, Douglas Vogt, Felicito Papa and many others who spent hours investigating, contacting our corrupt officials and Congressmen to no avail. All of these people should be thanked by the government for the courage and strength of character, not attacked. Just as Paul Revere was riding his horse and screaming at the top of his lungs "the British are coming". These people are riding the Internet and jumping into the abyss of murky waters of the U.S. jurisprudence and screaming "a criminal is in the White House, a person with a stolen Social Security number, with a forged birth certificate is in the White House". In the case of Paul

Revere we at least knew who was coming and where from. In the case of Obama we know nothing:

a. his Social Security number is from a state where he never resided, connected in databases to the date of birth of 1890 and does not match to his name in E-Verify and SSNVS

b. according to experts Vogt, Irey and Papa his birth certificate is a computer generated forgery

c since his SSN is not valid, his IRS number and returns are not valid

d since his SSN is not valid, his Selective Service certificate is not valid

e. the previously submitted Student clearing House record shows him attending Columbia University only for 9 months and not 2 years as he claims, which means he is defrauding the nation in relation to his educational records and his residency between September 1981-September 1982

f. there is a gap of at least a year in the personal history of this man, whereby nobody knows, where he was and what was he doing, between September 1981-September 1982

g. due to all of the above, he never proved his identity and Natural born status while running for the U.S. president, which makes his election a case of the biggest fraud in the history of this nation.

How in the world can anyone state, that all of the above does not represent a case of public interest and that Obama's privacy supersedes the right of the public, the right of 311 million U.S. citizens to know, whether we have a legitimate president, to know who is this man?

These claims of privacy are so laughable that it sounds like a good sitcom material. Sadly enough it is not a laughing matter. Examples of damage to the US economy and security stemming from Obama's actions are staggering.

Taitz provided pleadings as an intervener in a case of <u>Hornbeck v Salazar 2:10-cv-01663 MLCF</u>, where representatives of Oil and Gas industry in the Gulf of Mexico were suing the Obama administration over its' moratorium on offshore drilling. After the presiding federal judge Martin Feldman issued an injunction against the illegal moratorium, the Obama administration continued killing U.S. jobs by proceeding with a de facto moratorium via refusal to issue drilling permits. At the same time Obama travelled to Brazil, where his large donor and benefactor George Soros is heavily invested in an oil conglomerate Petrobras, and where Obama congratulated Brazil for their oil and gas offshore drilling and promised Brazil, that U.S. will be its' biggest customer. 80,000 American oil and gas industry workers lost their jobs as a result of these actions by the Obama administration. Those 80,000 workers have 80,000 spouses, some 200,000 children, all of whom are now becoming impoverished, unable to pay their mortgages, losing their homes and life savings. There are thousands of examples like these all over the country in different industries. Can Your Honor look these people in the eyes and with a straight face tell them, that they have no right to know, that there is "**no legitimate public interest**" in verifying legitimacy of this person for the position of the U.S. president? Can Your Honor tell them, that Obama's right to privacy in a fraudulently obtained Social Security number from a state, where he never resided, which is invalid per E-Verify, outweighs the right of all of these people to know?

Your Honor, Taitz is not asking you to cut the baby in half. She is asking you for the most minimal order: to release a redacted application for the Social Security number ###-##-4425, which would show the gender, race, date of birth and zip code of the applicant. This is not too much to ask to release, in light of the fact, that the full number was already released by Obama, the person, who is currently

using it, and in light of tremendous public interest and importance for the whole nation.

## CONCLUSION

The information provided in the motion for reconsideration represented new information that is of the most exigent nature, that clearly shows that Barack Hussein Obama is occupying the position of the U.S. President and Commander in-Chief using in his tax returns and in his Selective Service registration a fraudulently obtained Social Security number-████-4425 from a state, where he never resided, and which does not match e-verify records for this number. This is the most exigent matter in the history of this nation. It is unthinkable to believe that we can have such an unprecedented level of corruption in all three branches of our government, that this court would rule, that this information is not of exigent nature and that the release of a redacted SS-5 application for this SSN is not warranted. Interest of the nation in having a legitimate president with valid identification records trumps any expectations of privacy of Mr. Obama in using a Social Security number, which he himself made public by posting it on WhiteHouse.gov and which was never legally assigned to him.

Respectfully submitted,

/s/ Dr. Orly Taitz, Esq.

## CERTIFICATE OF SERVICE

I. Lila Dubert, certify, that I am over 18 years old, I am not a party to above action and I served the defendant in the above captioned action with attached pleadings by first class mail, postage prepaid trough his attorney

Assistant U.S. attorney Patrick Nemerof

555 4th str. NW

Washington DC, 20530

Signed *[signature]* 9-28-11

Dated 09.27.2011

cc Congressman Darrell Issa

Chairman

House Oversight Committee

2347 Rayburn House Building

Washington DC, 20515

cc Congressman Mike Rogers

Chairman

House Intelligence Committee

133 Cannon House Office building

Washington DC 20515

cc Congressman Sam Johnson

Chairman

House Subcommittee on Social Security

House Ways and Means Committee

2929 N Central Expy, 240

Richardson, TX 75080

cc Congressman Dana Rohrbacher

Chairman

House Subcommittee on Oversight and Investigations'

House Committee on Foreign Affairs

2300 Rayburn House Building

Washington DC 20515

US Commission
on Civil Rights
624 Ninth Street, NW
Washington, DC 20425 C

Public Integrity Section

Department of Justice
950 Pennsylvania Ave, NW
Washington DC 20530-0001

**Inter -American Commission** on **Human Rights**
 1889 F Street, N.W.. Washington, D.C., 20006 U.S.A..
 Tel.: 202-458-6002,    202-458-6002. Fax: 202-458-3992.


   Office of the United Nations High Commissioner for Human Rights (OHCHR)
   Special Rapporteur on the Situation of Human Rights Defenders
   The Honorable Mrs. Margaret Sekaggya
   Palais des Nations
   CH-1211 Geneva 10, Switzerland
   International Criminal bar Hague
   BPI-ICB-CAPI

   Head Office

Neuhuyskade 94

2596 XM The Hague

The Netherlands

Tel : 0031 (70) 3268070          0031 (70) 3268070

Fax : 0031 (70) 3353531

Email: info@bpi-icb.org

Website: www.bpi-icb.org

   Regional Office - Americas / Bureau régional - Amériques / Oficina regional - Américas
137, rue St-Pierre
Montréal, Québec, Canada, H2Y 3T5
Tel : 001 (514) 289-8757          001 (514) 289-8757
Fax : 001 (514) 289-8590
Email: admin@bpi-icb.org
Website: www.bpi-icb.org

   Laura Vericat Figarola
   BPI-ICB-CAPI
   Secretaria Barcelona

laura_bpi@icab.es
Address: Avenida Diagonal 529 1°2ª
08029 Barcelona, España
tel/fax 0034 93 405 14 24

United Nations Commission for
Civil Rights Defenders
Orsolya Toth (Ms)
Human Rights Officer
Civil and Political Rights Section
Special Procedures Division
Office of the High Commissioner for Human Rights
tel: + 41 22 917 91 51
email: ototh@ohchr.org