**Dr. Orly Taitz, ESQ pro se**
**29839 Santa Margarita Parkway, STE 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
**E-Mail: dr_taitz@yahoo.com, orly.taitz@gmail.com**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. Orly Taitz, in *pro se* | ) Hon. Royce C. Lamberth |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 11-cv-00402 |
| v. | ) |
| | ) Notice of Appeal |
| Michael Astrue, Commissioner of the | ) |
| Social Security Administration, | ) Request to stay final order |
| | ) pending appeal |
| | ) |
| | ) |
| Respondent. | ) |

Dr. Orly Taitz, Esq. (Hereinafter "Taitz") is hereby notifying this court of an Appeal being filed challenging the following orders:

1. Order granting Motion for Summary Judgment by the defendant Michael Astrue, commissioner of the Social Security administration. Plaintiff files this appeal based on following:

Reply to Opposition to motion for reconsideration



a. Court made an error of facts of the case and misrepresented the case and the argument by the Plaintiff in its' order, as well as error of law.

b. Court showed bias against the Plaintiff, political dissident civil rights leader attorney Dr. Orly Taitz and in favor of the defendant, Commissioner of the Social Security administration, aimed at shielding from criminal prosecution Mr. Barack Hussein Obama, II, currently occupying the position of the President of the United States and Commander in Chief, party of interest in the case, in spite of clear, undeniable, irrefutable evidence, presented by the Plaintiff, showing that Barack Obama is fraudulently using a Social Security number, issued in the state, where he never resided, which was never assigned to him according to the Social Security administration. Contrary to the court assertion, in and around March of 1977, when above Social Security number was issued in the state of Connecticut, according to the Social Security own guidelines, the application was supposed to be submitted from the state of Connecticut. At a time Barack Obama was 16 years old and resided in Hawaii and was nowhere near the state of Connecticut, which clearly shows him fraudulently using a Social Security number issued to another individual. The court erred in completely ignoring affidavits of Senior Deportation office of the Department of Homeland Security John Sampson, licensed investigators Susan Daniels and Neil Sankey, attesting to the fact, that the application for Connecticut Social Security number 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, had to be submitted and mailed from Connecticut, as well as information that in the national databases this Social Security number is connected to multiple dates of birth, including birth in 1890, which places the holder of the above number at an age of 121 years old, which is clearly not the age of Barack Obama.

2. Order, denying motion for reconsideration is appealed on the same grounds.

3. Order, denying preparation of Vaugn index is appealed on the same grounds

4. Plaintiff Moves this court to stay its' final order pending appeal, so the Plaintiff can proceed with the Motion to compel hearing currently scheduled for November 21, 2011 in USDC in HI to compel inspection of Barack Obama's original birth certificate, allegedly created in 1961 and kept in the Health Department in Hawaii since then. Plaintiff previously argued to the court, that Barack Obama's use of a fraudulently obtained Connecticut Social Security number is integrally connected to his fraudulent use of a computer generated birth certificate, which is a forgery based on statements of experts Chito Papa, Douglas Vogt and Paul Irey. When one does not have a valid birth certificate, one resorts to obtaining a forged, fraudulently obtained Social Security number. This is a matter of outmost urgency for the United States national security, as we currently have an individual, occupying the position of the U.S. President and Commander in Chief without a valid Social Security number, without a valid birth certificate and consequently without any other valid identification papers, as any secondary IDs are based on a valid BC and SSN ID. In light of the gravity of this situation and unprecedented danger to the U.S. interests, plaintiff moves this court to stay its' final order pending appeal.

Respectfully submitted

/s/ Dr. Orly Taitz, ESQ

## PROPOSED ORDER

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. Orly Taitz, in *pro se* | ) Hon. Royce C. Lamberth |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 11-cv-00402 |
| v. | ) |
| | ) Notice of Appeal |
| Michael Astrue, Commissioner of the | ) |
| Social Security Administration, | ) Request to stay final order |
| | ) pending appeal |
| | ) |
| | ) |
| Respondent. | ) |
| | ) |

Motion to stay final order pending appeal is hereby granted

signed

Chief Judge Royce C. Lamberth

---

### CERTIFICATE OF SERVICE

I. Lila Dubert, certify, that I am over 18 years old, I am not a party to above action and I served the defendant in the above captioned action with attached pleadings by first class mail, postage prepaid through his attorney

Assistant U.S. attorney Patrick Nemeroff

555 4th str. NW

Washington DC, 20530

Signed

Dated   10.18..2011

cc Congressman Darrell Issa

Chairman

House Oversight Committee

2347 Rayburn House Building

Washington DC, 20515

cc Congressman Mike Rogers

Chairman

House Intelligence Committee

133 Cannon House Office building

Washington DC 20515

cc Congressman Sam Johnson

Chairman

House Subcommittee on Social Security

House Ways and Means Committee

2929 N Central Expy, 240

Richardson, TX 75080

cc Congressman Dana Rohrbacher

Chairman

House Subcommittee on Oversight and Investigations'

House Committee on Foreign Affairs

2300 Rayburn House Building

Washington DC 20515

US Commission

on Civil Rights
624 Ninth Street, NW
Washington, DC 20425 C

Public Integrity Section
Department of Justice
950 Pennsylvania Ave, NW
Washington DC 20530-0001

**Inter -American Commission** on **Human Rights**
1889 F Street, N.W.. Washington, D.C., 20006 U.S.A..
Tel.: 202-458-6002,   202-458-6002. Fax: 202-458-3992.

Office of the United Nations High Commissioner for Human Rights (OHCHR)
  Special Rapporteur on the Situation of Human Rights Defenders
  The Honorable Mrs. Margaret Sekaggya
  Palais des Nations
  CH-1211 Geneva 10, Switzerland
  International Criminal bar Hague
  BPI-ICB-CAPI

  Head Office

Neuhuyskade 94

2596 XM The Hague

The Netherlands

Tel : 0031 (70) 3268070         0031 (70) 3268070

Fax : 0031 (70) 3353531

Email: info@bpi-icb.org

Website: www.bpi-icb.org

   Regional Office - Americas / Bureau régional - Amériques / Oficina regional - Américas
137, rue St-Pierre
Montréal, Québec, Canada, H2Y 3T5
Tel : 001 (514) 289-8757         001 (514) 289-8757
Fax : 001 (514) 289-8590

Email: admin@bpi-icb.org
Website: www.bpi-icb.org

   Laura Vericat Figarola
   BPI-ICB-CAPI
   Secretaria Barcelona
   laura_bpi@icab.es
   Address: Avenida Diagonal 529 1°2ª
   08029 Barcelona, España
   tel/fax 0034 93 405 14 24


United Nations Commission for
Civil Rights Defenders
Orsolya Toth (Ms)
Human Rights Officer
Civil and Political Rights Section
Special Procedures Division
Office of the High Commissioner for Human Rights
tel: + 41 22 917 91 51
email: ototh@ohchr.org