# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 11-5304**  **September Term 2011**

1:11-cv-00402-RCL

Filed On: May 25, 2012

Orly Taitz, Dr.,

       Appellant

v.

Michael James Astrue, Commissioner of the Social Security Administration,

       Appellee

**MANDATE**

**BEFORE:** Rogers, Griffith, and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the motion for summary affirmance and the opposition thereto; the motion for summary reversal, styled as a "motion for summary judgment in favor of the appellant," which includes a request to appoint a special prosecutor; and the motion for default judgment, it is

**ORDERED** that the motion for default judgment be denied. It is

**FURTHER ORDERED** that the motion for summary reversal be denied and the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court correctly concluded that disclosure of the requested information "would constitute a clearly unwarranted invasion of personal privacy." 5 U.S.C. § 552(b)(6). Appellant has not demonstrated any valid public interest in disclosure to balance against the substantial privacy interest at stake. See Horowitz v. Peace Corps, 428 F.3d 271, 278 (D.C. Cir. 2005) ("If there is no public interest in the disclosure of certain information, 'something, even a modest privacy interest, outweighs nothing every time.'" (quoting Nat'l Ass'n of Retired Fed. Employees v. Horner, 879 F.2d 873, 879 (D.C. Cir. 1989)).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk