Attention clerk of the Court:

on 06.07. 2013 Judge Lamberth declined to give the leave of court to docket attached motions, as he found some areas, where redaction was insufficient. Please, find the motions with corrected redactions to be submitted to Judge Lamberth to be docketed ASAP

Sincerely

/s/ Orly Taitz, ESq

06.07.2013

*Let this be filed along with the attached motions and documents.*

*Royce C. Lamberth*
*U.S.D.J.  6/13/13*

RECEIVED
Mail Room

JUN 1 0 2013

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia