UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DR. ORLY TAITZ, ESQ., PRO SE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 11-cv-402 (RCL) |
| MICHAEL ASTRUE, COMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of defendant's Motion [48] for leave to late file their opposition to plaintiff's Motion for reconsideration, defendant's motion is hereby **GRANTED**.

Upon consideration of plaintiff's Motion [49] to strike defendant's opposition, plaintiff's motion is **DENIED**.

Upon consideration of plaintiff's request [46] to treat the motion for reconsideration as conceded, plaintiff's request is **DENIED**.

Upon consideration of plaintiff's Motion [45] for reconsideration, the opposition and reply thereto, and the record herein, plaintiff's motion is **DENIED**. This case was dismissed on August 30, 2011. *See* Order, ECF No. 34. Federal Rule of Civil Procedure 60(c) requires any motion for reconsideration on the basis of newly discovered evidence to be filed "no more than a year after the entry of the judgment or order."

Upon consideration of plaintiff's request (appended to her motion for reconsideration) that this Court take judicial notice of certain information from the 1940 Census, plaintiff's request is **DENIED**. These are not the sort of records that are appropriate for judicial notice.

Authenticated copies of such records would have to be provided before they could be considered by a court. Since plaintiff's motion for reconsideration is untimely in any event, giving plaintiff leave to try to produce authenticated records would be futile. The same is true for plaintiff's request that the Court take judicial notice of President Obama's tax return and other documents proffered by plaintiff.

It is **SO ORDERED** this 9th day of October 2013.

Signed by Royce C. Lamberth, United States District Judge.