**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. ORLY TAITZ, ESQ, PRO SE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>ACTING COMMISSIONER, )<br>SOCIAL SECURITY ADMINISTRATION )<br>)<br>Defendant. )<br>) | Civil Action No. 11-CV-00402-RCL<br>The Honorable Royce C. Lamberth |

**[PROPOSED] ORDER**

Having considered Defendant's Motion to Strike Plaintiff's renewed Motion for Reconsideration, dkt. no. 52, it is hereby ORDERED that Defendant's motion is GRANTED and Dkt. No. 52 and its exhibits are stricken from the record.

IT IS SO ORDERED.

_____      _____

(DATE)                                                              UNITED STATES DISTRICT JUDGE