**Dr. Orly Taitz, ESQ**

**29839 Santa Margarita Parkway, STE 100**

**Rancho Santa Margarita CA 92688**

**Tel: (949) 683-5411; Fax (949) 766-7603**

**E-Mail: dr_taitz@yahoo.com, orly.taitz@gmail.com**

# UNITED STATES DISTRICT COURT

# FOR THE  DISTRICT OF COLUMBIA

| | |
|---|---|
| **Dr. ORLY TAITZ, ESQ, PRO SE** | § Case 11-cv-402 |
| **Plaintiff,** | § Hon Judge Lamberth |
| | §Chief Judge Presiding |
| **v.** | § |
| | § *Let this be filed.* |
| | § *Roger. Lamberth* |
| **Michael Astrue, Commissioner of the** | § *U.S.D.J. 10/16/13* |
| **Social Security Administration,** | § |
| | § |
| | § |
| | § |
| **Respondent** | § |

RECEIVED
Mail Room
OCT 1 5 2013
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Taitz v Astrue  Motion for Reconsideration 10.12.2013          1

## MOTION FOR RECONSIDERATION OF 10.09.2013 ORDER, AS THE ORDER WAS ISSUED IN ERROR

### ARGUMENT

In June 2013 Plaintiff filed a Motion for Reconsideration under Statute 60B2,6.

The court made an error of fact and stated that the motion had to be filed within a year from the final judgment. The court did not notice that the motion was filed under both clauses 2 and 6 of Statute 60Bb. The court considered only 60 B2, which is supposed to be filed within 1 year, however the court did not consider 60B6 part of the motion, which does not have any time limitation.

RULE 60. RELIEF FROM A JUDGMENT OR ORDER

(a) CORRECTIONS BASED ON CLERICAL MISTAKES; OVERSIGHTS AND OMISSIONS. The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice. But after an appeal has been docketed in the appellate court and while it is pending, such a mistake may be corrected only with the appellate court's leave.

(b) GROUNDS FOR RELIEF FROM A FINAL JUDGMENT, ORDER, OR PROCEEDING. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

    (1) mistake, inadvertence, surprise, or excusable neglect;

    (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

    (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

    (4) the judgment is void;

(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

**(6) ANY OTHER REASON THAT JUSTIFIES RELIEF.**

(c) TIMING AND EFFECT OF THE MOTION.

(1) *Timing.* A motion under Rule 60(b) must be made within a reasonable time—and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding.


Motion for Reconsideration under 60B6 can be filed at any time, there is no time limitation,  only 60B 1,2, 3 have a year limitation. 60B6 Motion for reconsideration can be filed 10 years from the final order or a 100 years after the final order, as long as it serves justice, as long as it is "inequitable to permit a judgment to stand." FED. R. CIV. P. 60(b); Ackerman v. United States, 340 U.S. 193, 202 (1950) (Black, J., dissenting). The case at hand deals with the fact that Barack Obama is occupying the position of the U.S. President by fraud and using fabricated IDs as a basis of his identity and basis of his legitimacy for the U.S. Presidency. Extraordinary circumstance justifies FRCP 60B6 Ackermann v. United States, 340 U.S. 193, 71 S.Ct. 209, 95 L.Ed. 207 (1950). Usurpation of the U.S. Presidency represents an extraordinary circumstance which justifies granting a Motion for Reconsideration under FRCP 60B6. As a matter of fact, this is the most extraordinary circumstance in the history of this nation. Any time evidence surfaces, which can assist the court in adjudication of the matter on the merits and in stopping  the usurpation of the U.S. Presidency, it has to be considered, as it serves Justice. Not considering such evidence not only will not serve justice, but would constitute treason against the United States of America. Plaintiff hopes that this court will not commit treason against the United States of America by

when the case was filed and when she fraudulently claimed that the SS-5 for xxx-xx-4425 cannot be released due to consideration of privacy . She had in front of her Bounel's SS-5 for xxx-xx-4425, she knew in 2011 that Bounel  was born in 1890, she knew of SSA 120 year rule and she knew that she had no right to use the excuse of privacy in denying the production of SS-5. Wiggins acted with malice, in her zeal to cover up crime committed by Obama, she defrauded this honorable court, committed perjury, engaged in obstruction of justice and possibly treason.

Taitz would like to remind Honorable Judge Lamberth that in and around December , 1994, he sanctioned White House aide Ira Magaziner, who worked for President Clinton and committed fraud in his sworn affidavit submitted to Judge Lamberth and ordered to  pay sanctions of nearly $300,000 because of the White House and Justice Department's "dishonest" and "reprehensible" conduct in failing to reveal to the court key information about the health-care-reform task force headed by first lady Hillary Rodham Clinton. APPS, et al. v. Clinton, 813 F. Supp. (D.D.C. 1993)

U.S. District Judge Royce Lamberth said the government should pay $285,864 for the conduct of its lawyers in handling a lawsuit filed by a doctors group while the first lady was working on health-care reform during President Clinton's first term.

"It is clear that the decisions here were made at the highest levels of government, and the government itself is - and should be - accountable

when its officials run amok," *id*. Further, Your Honor referred this case to Attorney General Janet Reno seeking a special prosecutor and to Eric Holder, who was at a time U.S. Attorney for the District of Columbia, to seek criminal prosecution. Holder refused to prosecute Magaziner. Ironically, now, some 16 years later, we see another U.S. President, his aides and possibly the same Eric Holder defrauding the nation and courts not only in relation to yet another health care reform, but in relation to the very identity, legitimacy and citizenship of the putative President.

Fraud Committed by Wiggins is much more egregious, as she was engaged in a de facto RICO, in a scheme to defraud the court and the nation as a whole and to cover up Obama's use of a stolen Social Security number and his use of fabricated IDs.

Due to flagrant error this court should reconsider and grant the Motion for Reconsideration.

Public concern not only warrants consideration, it dictates an urgent, immediate reconsideration as National Security is at stake and a 16 trillion U.S. economy is at stake.

Further, this court did not grant requested Judicial Notice, stating that it needs notarized documents for such judicial notice. However, yet again, due to the fact that Plaintiff is bringing forward a complaint dealing with fraud committed by an individual sitting in the White House, numerous agencies of the U.S. government

are refusing to cooperate, often documents are disappearing or being falsified. The only way to obtain a requested certified copy,  is for it to be requested by the court itself.

As such, Plaintiff is requesting this court to sign attached proposed orders directing following agencies and officials of the U.S. Government to certify attached documents:

1. Order/ subpoena to John H. Thompson, Director of the  U.S. Census, to furnish within ten days of receipt of this order, a certified copy of the attached page of the U.S. Census, Population schedule, SD 24, ED No 3-1199, Sheet No-13B, Enumerated April 16, 1940, State-New York, County- the Bronx, New York City, Ward of the city 7A-D showing Harry Bounel residing in Bronx, NY and being 50 years old in 1940.

2. Order to Denis McDonough, White House Chief of Staff ,  to provide within ten days from the receipt of this order a certified copy of the electronic computer file of the attached Form 709, from Barack Obama's 2009 tax return, in the exact form as it was posted on Whitehouse.gov on April 15, 2010 at 11:11:29 prior to alteration of the file which was done the same day, April 15, 2010 at 6:17:52PM


3. Order to the Commissioner of  Social Security Administration to provide certification of 2010 "120 year rule", which was published by the Chief FOIA officer of the SSA in 2011.

4.  Order to the Commissioner of Social Security to provide a certified copy of SSNVS  report attached herein, which shows that Social Security number xxx-xx-4425, which was used by Obama in his tax returns and made public by posting on WhiteHouse.gov on April 15, 2010 at 11:15:29 AM, was never assigned by the SSA to Barack Obama.

Respectfully submitted,

Dr. Orly Taitz, ESQ

10.11.2013

# UNITED STATES DISTRICT COURT

# FOR THE  DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. ORLY TAITZ, ESQ, PRO SE | § Case 11-cv-402 |
| Plaintiff, | § Hon Judge Lamberth |
| | §Chief Judge Presiding |
| v. | § |
| Michael Astrue, Commissioner of the | § |
| Social Security Administration, | § |
| Respondent | § Proposed order |

Plaintiff's motion for reconsideration filed on June 7,2013 and docketed on 06.13.2013 as Document #45 is GRANTED

Signed

Royce C. Lamberth USDC Judge

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. ORLY TAITZ, ESQ, PRO SE | § Case 11-cv-402 |
| Plaintiff, | § Hon Judge Lamberth |
| | §Chief Judge Presiding |
| v. | § |
| Michael Astrue, Commissioner of the | § |
| Social Security Administration, | § |
| Respondent | § |

Proposed order

Commissioner of Social Security Administration is ordered to provide this court within ten days of the receipt of this order with a certified copy of the attached 2011 report of the Chief FOIA officer of the social security administration relating to "120 year rule".

_____

Signed

Royce C. Lamberth USDC Judge

## SOCIAL SECURITY ADMINISTRATION

### Chief FOIA Officer Report for 2011

I. __Steps Taken to Apply the Presumption of Openness__

1. **Describe the steps your agency has taken to ensure that the presumption of openness is being applied to all decisions involving the FOIA.**

   The Social Security Administration (SSA) has always taken pride in our level of service to the public. In that tradition, we continue to use the President's Memorandum and the Attorney General's Guidance to ensure that staff throughout the agency understand and implement the presumption of openness when they respond to FOIA requests.

   Throughout the year, two agency components, the Office of Disability Adjudication and Review and the Office of Systems, were the subject of a high volume of FOIA requests. We initiated meetings with Agency FOIA coordinators in these offices to discuss the FOIA requests and proactively sought opportunities to promote the open government directive to respond to them.

   a. **Describe how the President's FOIA Memorandum and the Attorney General's FOIA Guidelines have been publicized throughout your agency.**

   We have publicized the President's FOIA Memorandum and the Attorney General's FOIA Guidelines through the following activities:

   - The Chief FOIA Officer issued a memorandum to senior staff stating the FOIA policy that agencies must apply a presumption in favor of disclosure when responding to a FOIA request.

   - We designed an information packet that we distributed to the agency's FOIA coordinators and posted on our Intranet website. The packet includes several items, including copies of the OPEN Government Act of 2007, the President's FOIA Memorandum and corresponding Attorney General's FOIA Guidelines, and the Chief FOIA Officer's memorandum to senior staff regarding the new FOIA guidance and presumptive disclosure policy. The packet also contains the FOIA response deadlines, the list of SSA FOIA coordinators, and a statement regarding their responsibilities for the FOIA annual report.

1

**b.  What training has been attended and/or conducted on the new FOIA Guidelines?**

- In 2010, the Office of Privacy and Disclosure (OPD) in the Office of the General Counsel (OGC), which serves as SSA's FOIA office, gave presentations on implementing the new FOIA guidelines at the New OGC Employee Training Session in March, the OPD Biennial Conference in July, and the Annual OGC Conference held in September.

- We continue to revise and update our in-house FOIA/Privacy Act training program instituted last year that focuses on the various technical, legal, and "hands-on" issues involved in processing FOIA requests.  The training ensures that analysts understand the importance of presumptive disclosures, and allows us to discuss recent disclosure issues and examine new opportunities for preparing future disclosures.

- We continued our commitment to encourage and provide staff the opportunity to attend outside FOIA training.  Staff attended FOIA training sponsored or supported by agencies and organizations like the Department of Justice, the American Society of Access Professionals, and the International Association of Privacy Professionals.  This training included all aspects of FOIA, including those that focused on a basic FOIA overview, open government principles, presumptive disclosure, and privacy policy.  The training also included multiple "hands on" workshops.

**c.  How has your agency created or modified your internal guidance to reflect the presumption of openness?**

- We have developed a more collaborative relationship with agency FOIA coordinators.  This improved relationship ensures that they have our support when conducting extensive searches to provide the most complete and timely responses possible.  This approach includes assisting the coordinators when obtaining and reviewing information to ensure that they apply the presumption of openness.

- We are performing more peer reviews and collaborating with other offices in our agency that continually provide us with documents in response to FOIA requests to ensure that we release the maximum amount of information possible.  We are also focusing on the discretionary exemptions, such as exemption 2 and exemption 5.

2

- We have revisited longstanding decisions regarding the withholding of certain frequently requested data, to determine if our recommended guidance is still applicable and reflects the presumption of openness. For instance, we issued new guidance for disclosing extremely aged individuals' original Social Security Applications (SS-5) when our records do not indicate a date of death. We developed a new policy that establishes a "120 year rule" and assumes that an individual is alive unless their birth date exceeds 120 years or we have proof of the individual's death. This new policy enabled us to release more information and potentially reduced requests on appeal.

d. **To what extent has your agency made discretionary releases of otherwise exempt information?**

- We review every request with the intent to release as much information as possible. We no longer withhold information that would be exempt under exemption 2 (low) of the FOIA. For example, we now release transmittal sheets, route slips, and cover sheets that would cause no harm if released.

- We developed new procedures to review "sensitive" Program Operations Manual System (POMS) with the responsible components. After this review, we released some information from the POMS that we previously had designated as "sensitive."

- In 2009, we formed a workgroup to review our analyses for some of our most frequently requested types of documents. For example, we receive many requests for Appeals Council Working Papers (ACWP). Because of the ACWP workgroup's activity, we proactively released routine information that previously we withheld under exemption 2 (low), such as transmittal sheets, route slips, and cover sheets. In addition, under exemption 5, we released in full additional segregable portions of ACWP documents.

e. **What exemptions would have covered the information that was released as a matter of discretion?**

- We released information in the examples above that we previously withheld pursuant to FOIA Exemption 2 (low) and (high) and FOIA Exemption 5.

3

Case 1:11-cv-00402-RCL   Document 56   Filed 11/12/13   Page 14 of 36
Case 1:11-cv-00402-RCL   Document 52   Filed 10/16/13   Page 14 of 37
Case 1:11-cv-00402-RCL   Document 45   Filed 06/13/13   Page 21 of 74

f.  How does your agency review records to determine whether discretionary releases are possible?

- We use peer reviews and legal reviews, and often consult with the owner(s) of the records to apply the presumption of openness. We also review our guidance on release of frequently requested documents to determine if it is consistent with the presumption of openness.

g.  Describe any other initiatives undertaken by your agency to ensure that the presumption of openness is being applied.

- We continuously emphasize to our FOIA coordinators and other agency staff the importance of government openness, and their responsibility to ensure that we are providing the most information to the public. When necessary, we conduct meetings and conference calls with them. In particularly difficult cases, we consult with the Department of Justice to assist us in making decisions on discretionary releases.

- Our management team meets regularly to review the progress of the oldest cases. In these meetings, staff updates our managers on developing, searching, and reviewing cases, and assistance they need to move the cases to closure. We now have a round-table discussion to assist analysts with particularly complex cases. We use a team approach that includes input from managers, senior FOIA analysts, and peers on the best ways to analyze, review, and research requests.

- We work closely with the Office of the Chief Information Officer to be proactive when disclosing information to the public through our Open Government initiatives. We disclose statistical information about SSA's workloads, processing times, and Administrative Law Judge disposition rates.

2.  **Report the extent to which the numbers of requests where records have been released in full and the numbers of requests where records have been released in part has changed from those numbers as reported in your previous year's Annual FOIA Report.**

In our FY 2010 Annual FOIA report, we reported an increase in the number of full releases from 26,344 in FY 2009 to 31,099 in FY 2010. The number of partial grants decreased from 3005 in FY 2009 to 1507 in FY 2010.

Case 1:11-cv-00402-RCL   Document 56   Filed 11/12/13   Page 15 of 36
Case 1:11-cv-00402-RCL   Document 52   Filed 10/16/13   Page 15 of 37

Case 1:11-cv-00402-RCL   Document 45   Filed 06/13/13   Page 22 of 74

We believe that our consistent attention to the openness principle has contributed to our increase in full releases. However, the reduction in partial releases is harder to determine. The reduction in partial releases may be attributed to the type of FOIA requests that we typically receive. For instance, the vast majority of cases we process at SSA request personal information regarding living individuals. The requested records contain medical, health, financial, and other personal information about social security claimants, and often ask for the earnings records for millions of people. We usually withhold this type of information for personal privacy reasons under FOIA Exemption 6. In addition, the Internal Revenue Code protects most of the earnings information we possess and requires us to exempt this information from disclosure under FOIA Exemption 3. These exemptions leave us little or no room for discretionary disclosures.

Therefore, for this portion of the report, we think that the most meaningful statistics relate to the number of cases to which we applied Exemptions 2 and 5, as the FOIA permits agencies more discretion to disclose under these exemptions. For instance, the number of times we applied these exemptions for initial requests decreased between FY 2009 and FY 2010 as follows:

Exemption 2
FY 2009 —applied 69 times
FY 2010—applied 66 times

Exemption 5
FY 2009—applied 86 times
FY 2010 —applied 75 times

II.  <u>Steps Taken to Ensure that Your Agency has an Effective System in Place For Responding to Requests</u>

Describe here the steps your agency has taken to ensure that your system for responding to requests is effective and efficient. This section should include a discussion of how your agency has addressed the key roles played by the broad spectrum of agency personnel who work with FOIA professionals in responding to requests, including, in particular, steps taken to ensure that FOIA professionals have sufficient IT support. To do so, answer the questions below and then include any additional information that you would like to describe how your agency ensures that your FOIA system is efficient and effective.

a.  Do FOIA professionals within your agency have sufficient IT support?

Yes.  We have sufficient IT support for the FOIA professionals at our agency.  We have a team within our Office of Systems dedicated to providing maintenance and support for our electronic Freedom of Information System (eFOIA).  We also have direct access to IT support to post frequently requested documents to our internet sites.

Case 1:11-cv-00402-RCL   Document 56   Filed 11/12/13   Page 16 of 36
Case 1:11-cv-00402-RCL   Document 52   Filed 10/16/13   Page 16 of 37
Case 1:11-cv-00402-RCL   Document 45   Filed 06/13/13   Page 23 of 74

b.  **Describe how your agency's FOIA professionals interact with your Open
    Government Team.**

OPD and the agency's Office of Open Government (OOG) maintain an extremely close
working relationship on an ongoing basis. Accordingly, OPD was a key collaborator
with OOG in developing the agency's Open Government Plan in FY 2010. OPD FOIA
analysts served on several project workgroups and authored significant sections of the
plan.

As a main stakeholder in the plan, OPD also played a central role in reviewing and
refining various drafts of the plan, which included a scored evaluation by an
independent outside reviewer. This evaluation rendered the highest possible score for
the sections related to FOIA. Our staff continued to work with OOG on an on-going
basis up through the plan's publication on June 24, 2010.

Additionally, OPD senior leadership and FOIA analysts serve on the agency's Open
Government Steering Committee. The Committee confers on a regular basis on all
aspects of Open Government, and provides ongoing oversight of the agency's Data
Inventory and Plan for Releasing High Value Data.

c.  **Describe the steps your agency has taken to assess whether adequate staffing is
    being devoted to responding to FOIA requests.**

We are continuously looking at our case processing system to ensure that we are
processing FOIA requests in the most effective and efficient manner, and that we have
experienced staff assigned to appropriate requests. To ensure the optimum use of staff
within our FOIA office, we streamlined the procedure by which we assign FOIA
requests to senior analysts and to the analysts who actually process the requests. Senior
analysts now have the major role in the initial development and coordination of FOIA
requests sent to our components to obtain requested documents. We continue to
provide training to our new analysts to prepare them to handle FOIA requests. In
addition, we recently hired an intern to assist the in-take FOIA process and one FOIA
analyst to process requests. With the additional staff and the continuous training, we
have been able to reduce our backlog from 90 in FY 2009 to 68 in FY 2010.

This fiscal year, we reassessed our process for obtaining requested documents. We
stressed that components must have adequate staffing to respond timely and accurately
when searching for agency records. We also conducted training for staff in our
component offices to ensure they are aware of their responsibilities under the FOIA.

Case 1:11-cv-00402-RCL   Document 56   Filed 11/12/13   Page 17 of 36
Case 1:11-cv-00402-RCL   Document 52   Filed 10/16/13   Page 17 of 37
Case 1:11-cv-00402-RCL   Document 45   Filed 06/13/13   Page 24 of 74

d.  **Describe any other steps your agency has undertaken to ensure that your FOIA system operates efficiently and effectively.**

We are always looking for ways to enhance the eFOIA case processing system. We are committed to using technology to enhance our capabilities. In 2007, we implemented a new browser-based platform, called eFOIA, which we designed specifically to automate much of the workflow for handling Privacy Act and FOIA requests. In FY 2010, we released four updates to the system with two more systems improvements scheduled for release soon.

III.  **Steps Take to Increase Proactive Disclosures**

**Describe here the steps your agency has taken to increase the amount of material that is available on your agency website, including providing examples of proactive disclosures that have been made since issuance of the new FOIA Guidelines. In doing so, answer the questions listed below and describe any additional steps taken by your agency to make proactive disclosures of information.**

a.  **Has your agency added new material to your agency website since last year?**

Yes. Our FOIA Reading Room page contains links to information made available to the public by several agency components in the past year. Examples of these releases are testimony given by agency officials before Congress during FY 2010, Office of the Inspector General (OIG) Audit Reports, FY 2010 Press Releases, and Budget Reports.

In addition, our FOIA Reading Room contains a link to data sets and informational holdings the agency has posted to data.gov in support of our Open Government Plan. During FY 2010, the agency released 20 data sets on data.gov containing information not previously available to the public. Many of the data sets contain statistical tables of information compiled in response to an identified public need and demand, particularly from the research community. Previously, the information in these files was available only through a FOIA request.

b.  **What types of records have been posted?**

Please see our response to the previous question. We received a high volume of requests for data sets, and we have posted statistical data regarding SSA's work processes, as well as surveys, and reports.

7

c.   **Give examples of the types of records your agency now posts that used to be available only by making a FOIA request for them.**

Examples include the following:
- Administrative Law Judge (ALJ) disposition data
- Hearing Office Dispositions per ALJ per Day Rate Ranking Report
- Number of Hearings Held In-Person or via Video-Conferencing
- Hearing Office Average Processing Time Ranking Report
- Hearing Office Workload Data
- NETSTAT Report—(the average amounts of time it takes for various appeals to move to various levels)
- SSA State Agency Workload Data

d.   **What system do you have in place to routinely identify records that are appropriate for posting?**

Our eFOIA case processing system automatically identifies frequently requested items that we consider for posting to our Reading Room. Senior analysts also flag frequently requested documents and sensitive requests for Reading Room consideration.

e.   **How do you utilize social media in disseminating information?**

SSA has begun to utilize social media on many popular sites, including Facebook, Twitter, and YouTube. Our presence on these sites allows wider dissemination of information to the public, including press releases, informational videos on our programs and services, and frequently requested material such as our most popular baby names list.

We have also implemented idea-sharing technology provided by IdeaScale, to inform and obtain feedback from the public on our Open Government initiatives, and have contracted with a cloud-computing provider to implement a more interactive "frequently asked questions" section of our website, "SSA's Online Answers Knowledgebase."

8

Case 1:11-cv-00402-RCL   Document 56   Filed 11/12/13   Page 19 of 36
Case 1:11-cv-00402-RCL   Document 52   Filed 10/16/13   Page 19 of 37

Case 1:11-cv-00402-RCL   Document 45   Filed 06/13/13   Page 26 of 74

f.   Describe any other steps taken to increase proactive disclosures at your agency.

We continuously search for ways to be more proactive in providing the most access to the public:

- We are in the process of re-designing our FOIA Reading Room to be more user-friendly and to link to other sites that may be of interest to the public.

- We continue to work with our FOIA coordinators throughout the agency to help us identify information that would be of interest to the public and could be posted to our website for public access.

- We continuously post new links on the FOIA Reading Room for information that may be of interest to the public, even if this information is available elsewhere. We have linked to information on the agency's budget and performance information, our international agreements, our Exhibit 300s (major IT investments), and provided information regarding payments under the American Recovery and Reinvestment Act of 2009.

IV.  **Steps Taken to Greater Utilize Technology**

**A key component of the President's FOIA Memorandum was the direction to "use modern technology to inform citizens about what is known and done by their Government." In addition to using the internet to make proactive disclosures, agencies should also be exploring ways to utilize technology to respond to requests. In 2010 agencies reported widespread use of technology in handling FOIA request. For this section of your Chief FOIA Officer Report for 2011, please answer the following more targeted questions:**

1.   **Electronic receipt of FOIA requests:**

a.   **What proportions of the components within your agency which receive FOIA requests have the capability to receive such requests electronically?**

SSA has a centralized FOIA process staffed by FOIA professionals at our headquarters in Baltimore, MD. Our headquarters staff receives and processes all FOIA requests electronically via our eFOIA system. We receive FOIA requests through email, commercial mail services, via fax, or from other SSA components

9

in paper form and then scan and process them electronically within the eFOIA system.

b. **To what extent have you increased the number of components doing so since the filing of your last Chief FOIA Officer Report?**

N/A

c. **What methods does your agency use to receive requests electronically?**

Our eFOIA system offers an online service via the Internet that allows members of the public to make FOIA requests and pay online. We also use an e-mail account to receive FOIA requests, and we receive requests via FAX.

2. **Electronic tracking of FOIA request:**

a. **What proportion of components within your agency which receive FOIA requests have the capability to receive such requests electronically?**

SSA has a centralized FOIA process at our headquarters in Baltimore, and we have the capability to receive requests electronically.

b. **To what extent have you increased the number of components doing so since the filing of your last Chief FOIA Officer Report?**

N/A

c. **What methods does your agency use to track requests electronically?**

We capture, maintain, and track FOIA requests through our eFOIA system. eFOIA is a web-based work management Intranet and Internet system that we use to control, manage, and process FOIA requests.

3. **Electronic process of FOIA requests:**

a. **What proportion of components within your agency which receive FOIA requests have the capability to process such requests electronically?**

As answered above, we have a centralized electronic FOIA process.

10

b. To what extent have you increased the number of components doing so since the filing of your last Chief FOIA Officer Report?

N/A

c. What methods does your agency use to process requests electronically?

Our agency uses the eFOIA system to receive, track, manage, and process FOIA requests. In addition to electronic requests we receive via the Internet, we receive other requests through regular mail, commercial mail services, via fax, or from other SSA components in paper form. We electronically scan and process these requests within the eFOIA system.

4. Electronic preparation of your Annual FOIA report:

a. What type of technology does your agency use to prepare your agency's Annual FOIA Report, i.e. specify whether the technology is FOIA-specific or a generic data-processing system.

We use eFOIA, a modified commercial off the shelf product, to prepare our Annual FOIA Report. The eFOIA system is a web-based system specifically designed to process electronic and paper FOIA requests. Our eFOIA system captures most of the data we need to prepare our annual report.

b. If you are not satisfied with your existing system to prepare your Annual FOIA Report, describe the steps you have taken to increase your use of technology for next year.

The eFOIA system provides us with an efficient mechanism to manage, track, and control the FOIA workload and to prepare the Annual FOIA Report as required by DOJ.

V. Steps Taken to Reduce Backlogs and Improve Timeliness in Responding to Requests

1. If your agency has a backlog, report here whether that backlog is decreasing. That reduction should be measured in two ways. First, report whether the number of backlogged requests and backlogged administrative appeals that remain pending at the end of the fiscal year decreased or increased, and by how many, when compared with last fiscal year. Second, report whether your agency closed in

11

Fiscal Year 2010 the ten oldest of those pending requests and appeals from Fiscal
Year 2009, and if not, report how many of them your agency did close.

Although we have a minimal backlog, we decreased both our initial case backlog and
our administrative appeal backlog in FY 2010 as follows:

| Initial Cases | Administrative Appeal Cases |
|---|---|
| FY 2009—90 | FY 2009—9 |
| FY 2010   68 | FY 2010—3 |

We closed the ten oldest pending requests and appeals from FY 2009 in FY 2010.

2.  **If there has not been a reduction in the backlog as measured by either of these
    metrics, describe why that has occurred.  In doing so, answer the following
    questions and then include any other additional explanation.**

    N/A.  During FY 2010, our backlog decreased.

3.  **Describe the steps your agency is taking to reduce any backlogs and to improve
    timeliness in responding to requests and administrative appeals.  In doing so
    answer the following questions and then also include any other steps being taken to
    improve timeliness.**

    a.  **Does your agency routinely set goals and monitor the progress of your FOIA
        caseload?**

        Yes.  We conduct bi-weekly meetings with management and senior analysts to set
        milestones and to monitor our backlog to assess the status of old cases, identify
        the cause for any delay, and to reduce this workload as quickly as possible.

    b.  **Has your agency increased its FOIA staffing?**

        Yes.  We hired an additional full-time analyst and an intern to improve our overall
        FOIA process.

    c.  **Has your agency made IT improvements to increase timeliness?**

        No.  However, we will continue to evaluate the need for system improvements.

12

d.  Has your agency Chief FOIA Officer been involved in overseeing your
    agency's capacity to process requests?

Yes.  The Chief FOIA Officer is instrumental in promoting the importance of
FOIA within the agency.  He championed our need for additional staff to improve
the agency FOIA process, as well as highlighted the importance of the FOIA and
Open government to senior staff.  He also encourages and ensures that OPD staff
is able to attend appropriate training.

### Spotlight on Success

**Out of all the activities undertaken by your agency in this last year to increase
transparency, describe here one success story that you would like to highlight as
emblematic of your efforts.**

In the past year, we have increased our presence on social media sites, such as Facebook,
YouTube, and Twitter.  Our use of these applications provides a new and versatile outlet
for communicating our programs and new initiatives, and allowed transparent public
dialogue about them.  For instance, our postings on Facebook have already generated
hundreds of public comments, acting as a valuable outlet for those wishing to either
praise our programs and services, or provide critiques of how we might improve.

We continue to explore new and creative ways in which to expand our use of these
applications to increase public awareness and transparency.

Case 1:11-cv-00402-RCL   Document 56   Filed 11/12/13   Page 24 of 36
Case 1:11-cv-00402-RCL   Document 52   Filed 10/16/13   Page 25 of 37
BSO - SSN Verification Results                                    Page 1 of 1

Social Security Online                    **Business Services Online**

www.socialsecurity.gov    BSO Main Menu  |  BSO Information  |  Contact Us  |  Keyboard
Navigation  |  Logout



# Social Security Number Verification System (SSNVS)



## SSN Verification Results

| Employer's EIN: | |
|---|---|
| Records Submitted: | 1 |
| Failed: | 1 |
| Verified Records: | 0 |

The following table displays your submitted results. The first column indicates if the submitted record verified, failed or employee is deceased. The first five digits of the SSN will be masked for verified records and records with a verification results code of 2, 3, 4 or 6.

Verify More SSNs
What to do if an SSN fails to verify
Field Office Locator

- **Failed** - Data does not match Social Security Administration's records. Select What to do if an SSN Fails to Verify for more information.

- **Deceased** - Data matches Social Security Administration's records, and our records indicate that the person is deceased. For more information, please contact our general SSA information line at 1-800-772-1213 (TDD/TTY 1-800-325-0778) or your local Social Security field office. Select Field Office Locator to find the office nearest you.

- **Verified** - Data matches Social Security Administration's records.

| Results | SSN 999999999 | First Name | Middle Name | Last Name | Suffix | Date of Birth MMDDYYYY | Gender F/M | Verification Results |
|---|---|---|---|---|---|---|---|---|
| Failed | ████4425 | BARACK | - | OBAMA | - | 08041961 | M | 1 |

| Verification Results | |
|---|---|
| Code | Description |
| 1 | SSN not in file (never issued). |

Have a question? Call **1-800-772-6270** Mon. - Fri. 7AM to 7PM Eastern Time to speak with Employer Customer Service personnel. For TDD/TTY call **1-800-325-0778**.

https://secure.ssa.gov/apps12z/SSNVS/interactiveVerification.do

UNITED STATES DISTRICT COURT

FOR THE  DISTRICT OF COLUMBIA

Dr. ORLY TAITZ, ESQ, PRO SE          § Case 11-cv-402

　　　　　　　　Plaintiff,                § Hon Judge Lamberth

　　　　　　　　　　　　　　　　　　§Chief Judge Presiding

　　　　　　　　v.                        §

Michael Astrue, Commissioner of the      §

　Social Security Administration,        §

　　　　　　Respondent                  §

Proposed order

　John H. Thompson, Director of the  U.S. Census Bureau is ordered herein to provide within 10 days from receipt of this order a certified copy of the attached page of the 1940 U.S. Census:  Population schedule, SD 24, ED No 3-1199, Sheet No-13B, Enumerated April 16, 1940, State-New York, County- the Bronx, New York City, Ward of the city 7A-D showing Harry Bounel residing in Bronx, NY and being 50 years old in 1940.

Signed

Royce C. Lamberth USDC Judge

UNITED STATES DISTRICT COURT

FOR THE  DISTRICT OF COLUMBIA


| | |
|---|---|
| Dr. ORLY TAITZ, ESQ, PRO SE | § Case 11-cv-402 |
| Plaintiff, | § Hon Judge Lamberth |
| | §Chief Judge Presiding |
| v. | § |
| Michael Astrue, Commissioner of the | § |
| Social Security Administration, | § |
| Respondent | § Proposed order |


Denis McDonough, White House Chief of Staff  is ordered to provide within ten days from the receipt of this order a certified copy of the electronic computer file of the attached Form 709, from Barack Obama's 2009 tax return, in the exact form as it was posted on Whitehouse.gov on April 15, 2010 at 11:11:29 prior to alteration of the file which was done the same day, April 15, 2010 at 6:17:52PM

Signed

Royce C. Lamberth USDC Judge

Taitz v Astrue  Motion for Reconsideration 10.12.2013                    13

Original Tax Posting.pdf Properties

General   PDF   Details

Title:

Author:

Subject:

Keywords:

Created:        Thursday, April 15, 2010, 11:15:29 AM

Modified:       Thursday, April 15, 2010, 11:15:29 AM

Application:

PDF Producer:   Mac OS X 10.5.8 Quartz PDFContext

Fast Web View:  No          PDF Version:   1.3

Information on this page reflects the actual contents of
the Adobe PDF file. This page may differ from other
pages of this property sheet that display information
from the Windows file system.

OK          Cancel

**Form 709**

Department of the Treasury
Internal Revenue Service

**United States Gift (and Generation-Skipping Transfer) Tax Return**

(For gifts made during calendar year 2009)

▶ See separate instructions.

OMB No. 1545-0020

**2009**

| 1. Donor's first name and middle initial | 2. Donor's last name | 3. Donor's social security number |
|---|---|---|
| BARACK H. | OBAMA | ██████4425 |

| 4. Address (number, street, and apartment number) | 5. Legal residence (domicile) |
|---|---|
| 1600 PENNSYLVANIA AVENUE, NW | ILLINOIS |

| 6. City, state, and ZIP code | 7. Citizenship (see instructions) |
|---|---|
| WASHINGTON, DC   20500 | UNITED STATES |

**Part 1 - General Information**

|  |  | Yes | No |
|---|---|---|---|
| 8. If the donor died during the year, check here ▶ ☐ and enter date of death |  |  |  |
| 9. If you extended the time to file this Form 709, check here ▶ ☐ |  |  |  |
| 10. Enter the total number of donees listed on Schedule A. Count each person only once. ▶ | 2 |  |  |
| 11a. Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b |  | X |  |
| b. If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? |  |  | X |
| 12. Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? (See instructions.) (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13-18 and go to Schedule A.) |  | X |  |
| 13. Name of consenting spouse: MICHELLE L. OBAMA | 14. SSN ██████2302 |  |  |
| 15. Were you married to one another during the entire calendar year? (see instructions) |  |  | X |
| 16. If 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed/deceased, and give date ▶ |  |  |  |
| 17. Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.) |  |  | X |
| 18. Consent of Spouse. I consent to have the gifts (and generation-skipping transfers) made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent. |  |  |  |

Consenting spouse's signature ▶ X *Michelle Obama*   Date ▶ 4-7-10

**Part 2 - Tax Computation**

| 1 | Enter the amount from Schedule A, Part 4, line 11 | 1 | 0. |
|---|---|---|---|
| 2 | Enter the amount from Schedule B, line 3 | 2 | 0. |
| 3 | Total taxable gifts. Add lines 1 and 2 | 3 | 0. |
| 4 | Tax computed on amount on line 3 (see Table for Computing Gift Tax in separate instructions) | 4 | 0. |
| 5 | Tax computed on amount on line 2 (see Table for Computing Gift Tax in separate instructions) | 5 | 0. |
| 6 | Balance. Subtract line 5 from line 4 | 6 | 0. |
| 7 | Maximum unified credit (nonresident aliens, see instructions) | 7 | 345,800. |
| 8 | Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col. C) | 8 |  |
| 9 | Balance. Subtract line 8 from line 7 | 9 | 345,800. |
| 10 | Enter 20% (.20) of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 (see instructions) | 10 |  |
| 11 | Balance. Subtract line 10 from line 9 | 11 | 345,800. |
| 12 | Unified credit. Enter the smaller of line 6 or line 11 | 12 | 0. |
| 13 | Credit for foreign gift taxes (see instructions) | 13 |  |
| 14 | Total credits. Add lines 12 and 13 | 14 |  |
| 15 | Balance. Subtract line 14 from line 6. Do not enter less than zero | 15 | 0. |
| 16 | Generation-skipping transfer taxes (from Schedule C, Part 3, col. H, Total) | 16 |  |
| 17 | Total tax. Add lines 15 and 16 | 17 | 0. |
| 18 | Gift and generation-skipping transfer taxes prepaid with extension of time to file | 18 |  |
| 19 | If line 18 is less than line 17, enter balance due (see instructions) | 19 | 0. |
| 20 | If line 18 is greater than line 17, enter amount to be refunded | 20 |  |

Under penalties of perjury, I declare that I have examined this return, including any accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than donor) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Sign Here**

X _____ Signature of donor   Date 4/7/10

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date 3/30/10 | Check if self-employed ☐ | Preparer's SSN or PTIN P██████974 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | WINEBERG SOLHEIM HOWELL & SHAIN, PC 190 N LASALLE ST, STE 3200 CHICAGO, IL 60601 | EIN ██████9600 | Phone no. ██████0440 |

LHA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 12 of the separate instructions for this form.   Form 709 (2009)

 **Current Tax Posting.pdf Properties**

General   PDF   Details

Title:

Author:

Subject:

Keywords:

Created:        Thursday, April 15, 2010, 11:15:29 AM

Modified:       Thursday, April 15, 2010, 6:17:52 PM

Application:

PDF Producer:   Mac OS X 10.5.8 Quartz PDFContext

Fast Web View:  Yes            PDF Version:    1.6

 Information on this page reflects the actual contents of the Adobe PDF file. This page may differ from other pages of this property sheet that display information from the Windows file system.

OK          Cancel

**Form 709**

Department of the Treasury
Internal Revenue Service

**United States Gift (and Generation-Skipping Transfer) Tax Return**

(For gifts made during calendar year 2009)

▶ See separate instructions.

OMB No. 1545-0020

**2009**

**Part 1 – General Information**

| 1 Donor's first name and middle initial | 2 Donor's last name | 3 Donor's social security number |
|---|---|---|
| BARACK H. | OBAMA | |

| 4 Address (number, street, and apartment number) | 5 Legal residence (domicile) |
|---|---|
| 1600 PENNSYLVANIA AVENUE, NW | ILLINOIS |

| 6 City, state, and ZIP code | 7 Citizenship (see instructions) |
|---|---|
| WASHINGTON, DC  20500 | UNITED STATES |

|  |  | Yes | No |
|---|---|---|---|
| 8 If the donor died during the year, check here ▶ ☐ and enter date of death _____ | | | |
| 9 If you extended the time to file this Form 709, check here ▶ ☐ | | | |
| 10 Enter the total number of donees listed on Schedule A. Count each person only once. ▶ | 2 | | |
| 11a Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | | X | |
| b If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | | X |
| 12 Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? (See instructions.) If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13–18 and go to Schedule A.) | | X | |
| 13 Name of consenting spouse  MICHELLE L. OBAMA | 14 SSN | | |
| 15 Were you married to one another during the entire calendar year? (see instructions) | | X | |
| 16 If 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed/deceased, and give date (see instructions) ▶ | | | |
| 17 Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.) | | X | |
| 18 Consent of Spouse. I consent to have the gifts (and generation-skipping transfers) made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent. | | | |

Consenting spouse's signature ▶ X _Michelle Obama_   Date ▶ 4-7-10

AFFIDAVIT

STATE OF FLORIDA )
                 )S.S.
COUNTY OF DUVAL )

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-45-087-0. I do not suffer from any mental impairment and I competently attest to the following under the penalty of perjury:

1.  I am a professional web developer having graduated with a bachelor's degree in IT from ITT Technical Institute in Indianapolis, IN. I have over ten years of experience of in web designs and development and I have often used software such as Adobe Photoshop and Adobe Illustrator.

2.  On April 15, 2010, the Whitehouse website, www.whitehouse.gov, released the 2009 Form 1040 of Income Tax Return of President Barack H. Obama:
    http://www.whitehouse.gov/sites/default/files/president-obama-2010-complete-return.pdf.

3.  I downloaded this 65-page pdf file on my computer. I observed that all information about the president's and the first lady's social security numbers were redacted. All blocks or spaces for social security numbers were blank, or "white-out."

4.  I submit Exhibit A (attached herewith, page 43 part of 2009 Form 1040) Form 709 U.S. Gift Tax Return of Pres. Barack Obama. The space for his social security number is redacted or blank.

5.  I submit too Exhibit B (attached herewith, page 49 part of 2009 Form 1040) Form 709 U.S. Gift Tax Return of First Lady Michelle Obama. The space for her social security number is redacted or blank.

6.  Then through Adobe Illustrator software, I opened Exhibit A and B and found that these two pdf files have two layers each, not just one layer. When the top layer is turned off or dragged away, the social security numbers of both persons are revealed.

7.  I submit Exhibit A1 (attached herewith) Form 709 U.S. Gift Tax Return of Pres. Barack Obama with his social security number revealed. The following information are revealed:

        1. Barack Obama's SSN ████████-4425
        2. Michelle Obama's SSN ████████-2302
        3. An initial MLO on the side of Form 709
        4. A 1/4 inch dark square with notation on it.
        5. Preparer's SSN or PIN P005709174
           EFN 36227006090
           Phone no. 312/372-0440

8. Exhibit Exhibit B1 (attached herewith) Form 709 U.S. Gift Tax Return of First Lady Michelle Obama with her social security number covered. The following information are revealed:

    1. Michelle Obama's SSN 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
    2. Barack Obama's SSN- 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
    3. Preparer's SSN or PIN P00570074
      EIN 36-2700600
      Phone no. 312-372-0440

9. It is apparent that the tax preparer for Form 709 of Pres. Obama may have forgotten to lock or flatten the covering top layers before posting them on the Internet. I later noticed that after April 15, 2010, the pdf file posted at the White House has been modified. The top layers on President Obama's Income Tax Return have been locked or flatten and could no longer be dragged out. His SSN and his wife's SSN were no longer visible.

FURTHER AFFIANT SAYETH NOT.

_(signature)_

FELICITO PAPA

_(notary seal)_
ESPINA V. MANGLICMOT
Notary Public - State of Florida
My Comm. Expires Oct 27, 2015
Commission # EE 142010
Bonded Through National Notary Assn.

SUBSCRIBED TO AND SWORN TO before me on May 23, 2013.

_(signature)_

NOTARY PUBLIC

FL DL – P100-245-45-022-0
     by. 03/02/2020

Form **709**

Department of the Treasury
Internal Revenue Service

United States Gift (and Generation-Skipping Transfer) Tax Return

► (For gifts made during calendar year 2009)

► See separate instructions.

**2009**

**Part** **General Information**

| | | | |
|---|---|---|---|
| 1 | Donor's first name and middle initial | 2 Donor's last name | 3 Donor's social security number |
| | BARACK H. | OBAMA | 4495 |
| 4 | Address (number, street, and apartment number) | | 5 Legal residence (domicile) |
| | 1600 PENNSYLVANIA AVENUE, NW | | ILLINOIS |
| 6 | City, state, and ZIP code | | 7 Citizenship (see instructions) |
| | WASHINGTON, DC 20500 | | UNITED STATES |

| | | Yes | No |
|---|---|---|---|
| 8 | If the donor died during the year, check here ► ☐ and enter date of death _____ | | |
| 9 | If you extended the time to file this Form 709, check here ► ☐ | | |
| 10 | Enter the total number of donees listed on Schedule A. Count each person only once. ► | 2 | |
| 11a | Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | | X |
| b | If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | |
| 12 | Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? (See instructions.) (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13-18 and go to Schedule A.) | | X |
| 13 | Name of consenting spouse   MICHELLE L. OBAMA | 14 SSN   2503 | |
| 15 | Were you married to one another during the entire calendar year? (see instructions) | | X |
| 16 | If 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed, and give date ► _____ | | |
| 17 | Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.) | | X |

**Dr. Orly Taitz, ESQ**

**29839 Santa Margarita Parkway, STE 100**

**Rancho Santa Margarita CA 92688**

**Tel: (949) 683-5411; Fax (949) 766-7603**

**E-Mail: dr_taitz@yahoo.com, orly.taitz@gmail.com**

## UNITED STATES DISTRICT COURT

## FOR THE  DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Dr. ORLY TAITZ, ESQ, PRO SE** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **Michael Astrue, Commissioner of the** | § | |
| **Social Security Administration,** | § | **11-cv-00402** |
| | § | |
| | § | |
| | § | **Honorable Royce Lamberth** |
| **Respondent** | § | **Chief Justice presiding** |

Certificate of service

I, Lila Dubert, am not a party to the above captioned case, I am over 18 years old and I attest that I served the defendant with attached pleadings by mailing them via first class mail on 10.11.2013 the pleadings attached herein by first class mail to the address of the attorney for the defendant:

US Attorneys' office

Attn Patrick Nemeroff

555 Fourth str. NW

Washington DC 20530

Lila Dubert

**FedEx** **NEW** *Package*
Express  US Airbill

FedEx Tracking Number **8030 4190 7077**

Form 10 No **0200**

Sender's C

**1 From** *Please print and press hard*

Date 10.11.2013

Sender's FedEx Account Number

Sender's Name Orly Taitz

Phone 949.683.5411

Company Law office of Orly Taitz

Address 29839 S margate, #100

City RSM  State CA  ZIP 92688

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name Clerk of the Court  Phone 202.354.3080

Company US District Court

Address 333 Constitution Ave

Address

City Washington  State DC  ZIP 20001

**Easy new Peel-and-Stick airbill. No pouch needed.**
Apply airbill directly to your package. See directions on back.

**4 Express Package Service**

**Next Business Day**

☐ FedEx First Overnight
☐ FedEx Priority Overnight
☐ FedEx Standard Overnight

**2 or 3 Business Days**

☐ FedEx 2Day A.M.
☐ FedEx 2Day
☐ FedEx Express Saver

**5 Packaging**

☐ FedEx Envelope*  ☑ FedEx Pak*  ☐ FedEx Box  ☐ FedEx Tube

**6 Special Handling and Delivery Signature Options**

☐ SATURDAY Delivery

☐ No Signature Required  ☑ Direct Signature  ☐ Indirect Signature

Does this shipment contain dangerous goods?

☐ No  ☐ Yes  ☐ Yes  ☐ Dry Ice

☐ Cargo Aircraft Only

**7 Payment** *Bill to:*

☐ Sender  ☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Ca

Total Packages  Total Weight  Total Declared Value

64